Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of New Jersey**

Case number (*If known*): _____ Chapter ____7____

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Sure Thing Sales, LLC. |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Sure Thing Toys |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 45-4293561 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 45 Villa Road | |
| Number      Street | Number       Street |
| | P.O. Box |
| Little Falls           NJ      07424 | |
| City                State    ZIP Code | City                State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Passaic County | |
| County | Number       Street |
| | |
| | City                State      ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | _____ |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

Debtor    Sure Thing Sales, LLC.      Case number *(if known)* _____
_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

459120

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                         MM / DD / YYYY

         District _____ When _____ Case number _____
                         MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

         District _____ When _____
                                        MM / DD / YYYY

         Case number, if known _____

| Debtor | Sure Thing Sales, LLC. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
_____ Number        Street

_____

_____
City                                State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☑ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    Sure Thing Sales, LLC.
_____    Case number *(if known)* _____
Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/29/2024
MM / DD / YYYY

✖ /s/ Ryan Wing
_____
Signature of authorized representative of debtor

Ryan Wing
_____
Printed name

Title  Member
_____

**18. Signature of attorney**

✖ /s/ Aiden Murphy
_____
Signature of attorney for debtor

Date  05/29/2024
MM / DD / YYYY

Aiden Murphy
_____
Printed name

Scura Wigfield, Heyer, Stevens & Cammarota LLP
_____
Firm name

1599 Hamburg Turnpike
_____
Number        Street

Wayne
_____
City

NJ
_____
State

07470
_____
ZIP Code

973-696-8391
_____
Contact phone

amurphy@scura.com
_____
Email address

12324
_____
Bar number

NJ
_____
State

**Fill in this information to identify the case:**

Debtor name _____ Sure Thing Sales, LLC. _____

United States Bankruptcy Court for the: _____ District of New Jersey _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:** **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .............................................................

   $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................

   $ _____ 1,242,100.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ................................................................

   $ _____ 1,242,100.00

---

**Part 2:** **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .................

   $ _____ 818,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.................................................

   $ _____ 218,830.33

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................

   +$ _____ 2,108,424.85

4. **Total liabilities** ................................................................................................................
   Lines 2 + 3a + 3b

   $ _____ 3,145,255.18

---

**Fill in this information to identify the case:**

Debtor name ___Sure Thing Sales, LLC.___

United States Bankruptcy Court for the: ___District of New Jersey___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                                    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Bank of America | Checking | 9  4  5  2 | $ 0.00 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. PayPal | $ 0.00 |
| 4.2. Quickbooks | $ 0.00 |

5. **Total of Part 1**                                                                                  $ 0.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1. | $ |
| 7.2. | $ |

Debtor     Sure Thing Sales, LLC.                                    Case number (if known)_____
           Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1._____    $_____

    8.2._____    $_____

**9. Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.    $_____

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:    _____  –  _____  = ........➔    $_____
                               face amount           doubtful or uncollectible accounts

11b. Over 90 days old:    _____  –  _____  = ........➔    $_____
                               face amount           doubtful or uncollectible accounts

**12. Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____    _____    $_____

    14.2._____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:

    15.1._____    _____%    _____    $_____

    15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

**17. Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor    Sure Thing Sales, LLC. _____    Case number (if known)_____
        Name

### Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 22. **Other inventory or supplies** Inventory _____ | _____ MM / DD / YYYY | $ _____ | Cost value _____ | 1,200,000.00 $ _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 1,200,000.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $ _____ | _____ | $ _____ |

Debtor      Sure Thing Sales, LLC.                                    Case number (if known)_____
            Name

33. **Total of Part 6.**                                             $_____

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Office furniture | $_____ | _____ | $ 2,000.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Office equipment | $_____ | _____ | $ 5,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | · $_____ |

43. **Total of Part 7.**                                             $ 7,000.00

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Sure Thing Sales, LLC.
_____    Case number (if known)_____
          Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Manlift, shelving, conveyor system, tape machines, misc.

| | | | |
|---|---|---|---|
| | $_____ | Debtor's estimates | $ 30,000.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 30,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    Sure Thing Sales, LLC.                                                            Case number (if known)_____
          Name

---

| **Part 9:** | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>Surethingtoys.com | $_____ | _____ | 100.00<br>$_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer List | $_____ | _____ | 5,000.00<br>$_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$5,100.00

---

Debtor    Sure Thing Sales, LLC.
Name _____    Case number (if known)_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**

Description (include name of obligor)

_____    _____  −  _____  = ➜  $_____
                                    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____  $_____
_____    Tax year _____  $_____
_____    Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor    Sure Thing Sales, LLC.
          _____    Case number (if known)_____
          Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 0.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 1,200,000.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 7,000.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 30,000.00 | |
| 88. **Real property.** Copy line 56, Part 9. ................................................ ➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 5,100.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 1,242,100.00 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................................    1,242,100.00    $ 1,242,100.00

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Sure Thing Sales, LLC. |
| United States Bankruptcy Court for the: | District of New Jersey |
| Case number (If known): | |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
Amazon Capital Services, Inc.

Describe debtor's property that is subject to a lien
Inventory

$ 818,000.00          $ 1,200,000.00

Creditor's mailing address
2201 Westlake Avenue
Seattle, WA 98121

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name

Describe debtor's property that is subject to a lien

$_____          $_____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred

Last 4 digits of account number

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 818,000.00

Debtor      Sure Thing Sales, LLC.
            Name

Case number (if known)_____

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Amazon Capital Services, Inc<br>410 Terry Ave. North,<br>Seattle, WA, 98109 | Line 2. 1 | _____ |
| Davis Wright Tremaine LLP<br>920 Fifth Ave. - Suite 3300<br>Seattle, WA, 98104 | Line 2. 1 | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Sure Thing Sales, LLC. |
| United States Bankruptcy Court for the: | District of New Jersey |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address
Alabama Department of Revenue
PO Box 327790

Montgomery, AL, 36132-7790

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8  )

As of the petition filing date, the claim is: $ 2,600.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____

**2.2** | Priority creditor's name and mailing address
Arizona Department of Revenue
PO Box 29010

Phoenix, AZ, 85038

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8  )

As of the petition filing date, the claim is: $ 46.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____

**2.3** | Priority creditor's name and mailing address
Arkansas Department of Revenue
PO Box 1272

Little Rock, AR, 72203-1272

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8  )

As of the petition filing date, the claim is: $ 158.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____

Debtor _____    Case number _(if known)_____
         Sure Thing Sales, LLC.
         Name

---

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |

---

**2.4** **Priority creditor's name and mailing address**
California Department of Tax and Fee Administration
PO Box 942879

Sacramento, CA, 94279-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19,821.00        $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.5** **Priority creditor's name and mailing address**
Colorado Department of Revenue
PO Box 17087

Denver, CO, 80217-0087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,082.76        $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.6** **Priority creditor's name and mailing address**
Comptroller of Maryland
110 Carroll Street

Annapolis, MD, 21411-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 113.84        $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.7** **Priority creditor's name and mailing address**
Florida Department of Revenue
1415 W. US Highway 90 - STE 115

Lake City, FL, 32055-6156

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 93.17        $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

| Debtor | Sure Thing Sales, LLC. | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.8**  **Priority creditor's name and mailing address**

Georgia Department of Revenue
PO Box 105408

Atlanta, GA, 30348-5408

Total claim: $ 0.00     Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.9**  **Priority creditor's name and mailing address**

Government of the District of Columbia
1101 4th St. SW

Washington, DC, 20024

Total claim: $ 32.64     Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.10**  **Priority creditor's name and mailing address**

Idaho State Tax Commission
PO Box 76

Boise, ID, 83707

Total claim: $ 6.24     Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.11**  **Priority creditor's name and mailing address**

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA, 19101

Total claim: $ 150,000.00     Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

Debtor    Sure Thing Sales, LLC.    Case number *(if known)*_____
         Name

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.12  Priority creditor's name and mailing address**                                    $208.35        $_____

Iowa Department of Revenue
PO Box 10412

Des Moines, IA, 50306-0412

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.13  Priority creditor's name and mailing address**                                    $12.18         $_____

Kentucky Department of Revenue
PO Box 299

Frankfort, KY, 40602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.14  Priority creditor's name and mailing address**                                    $310.85        $_____

Louisiana Sales and Use Tax Commission For Remote Sellers
7722 Office Park Blvd. - Suite 400

Baton Rouge, LA, 70809

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.15  Priority creditor's name and mailing address**                                    $1,040.40      $_____

Massachusetts Department of Revenue
PO Box 7043

Boston, MA, 02204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

Debtor    Sure Thing Sales, LLC.                                    Case number (if known) _____
         Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**                    **Priority amount**

---

**2.** ⁱ⁶ **Priority creditor's name and mailing address**

Michigan Department of Treasury
PO Box 30406

Lansing, MI, 48909-7906

$ 1,602.36          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.** ¹⁷ **Priority creditor's name and mailing address**

Minnisota Department of Revenue
Mail Station 6330

St. Paul, MN, 55146-6330

$ 38.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.** ¹⁸ **Priority creditor's name and mailing address**

Mississippi Department of Revenue
PO Box 1033

Jackson, MS, 39215

$ 30.40          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.** ¹⁹ **Priority creditor's name and mailing address**

Nebraska Department of Revenue
PO Box 98923

Lincoln, NE, 68509-8923

$ 7.77          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name                                                    Case number *(if known)*_____

**Part 1.**    **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount
---|---|---

**2.20**  **Priority creditor's name and mailing address**

New Jersey Department of Labor
PO Box 059

Trenton, NJ, 08646-0059

$ 4,262.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_8_ )**

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.21**  **Priority creditor's name and mailing address**

New Jersey Division of Taxation
PO Box 999

Trenton, NJ, 08646-0999

$ 2,998.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_8_ )**

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.22**  **Priority creditor's name and mailing address**

New Mexico Taxation & Revenue
1200 South St. Francis Dr.

Santa Fe, NM, 87505

$ 0.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_8_ )**

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.23**  **Priority creditor's name and mailing address**

New York Department of Taxation and Finance
PO Box 5300

Albany, NY, 12205-0300

$ 9,226.99    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_8_ )**

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Sure Thing Sales, LLC.
        Name                                          Case number *(if known)*

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|                | Total claim | Priority amount |
|----------------|-------------|-----------------|

---

**2.24**  **Priority creditor's name and mailing address**

North Dakota Office of the State Tax
Commissioner
600 E. Boulevard Ave. - Dept 127

Bismark, ND, 58505-0599

Total claim: $ 10.50    Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.25**  **Priority creditor's name and mailing address**

Ohio Department of Taxation
PO Box 2678

Columbus, OH, 43216-2678

Total claim: $ 6.67    Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.26**  **Priority creditor's name and mailing address**

Oklahoma Tax Commission
PO Box 26850

Oklahoma City, OK, 73126-0850

Total claim: $ 388.71    Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.27**  **Priority creditor's name and mailing address**

Pennsylvania Department of Revenue
PO Box 280404

Harrisburg, PA, 17128-0431

Total claim: $ 32.48    Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.28** **Priority creditor's name and mailing address**

South Dakota Department of Revenue
445 East Capital Ave.

Pierre, SD, 57501-3185

$ 1.18          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.29** **Priority creditor's name and mailing address**
State of California Franchise Tax Board
PO Box 942857

Sacramento, CA, 94257-0540

$ 3,200.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.30** **Priority creditor's name and mailing address**
State of Hawaii
PO Box 1530

Honolulu, HI, 96806-1530

$ 6.63          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.31** **Priority creditor's name and mailing address**

State of Maine
PO Box 9101

Augusta, ME, 04332-9101

$ 300.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
         Name

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.32**  **Priority creditor's name and mailing address**
State of New Jersey, Division of Taxation
Compliance and Enforcement - Bankruptcy Unit
3 John Fitch Way, 5th Floor, Po box 245
Trenton, NJ, 08695

**Total claim** $ 15,000.00    **Priority amount** $ _____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.33**  **Priority creditor's name and mailing address**
Tennessee Department of Revenue
500 Deaderick St.  - 3rd Fl.

Nashville, TN, 37242

**Total claim** $ 5,079.73    **Priority amount** $ _____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.34**  **Priority creditor's name and mailing address**
Texas Comptroller of Public Accounts
PO Box 149348

Austin, TX, 78714-9348

**Total claim** $ 1,000.00    **Priority amount** $ _____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.35**  **Priority creditor's name and mailing address**
Texas Comptroller of Public Accounts
PO Box 1149354

Austin, TX, 78711-9354

**Total claim** $ 112.64    **Priority amount** $ _____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

| Debtor | Sure Thing Sales, LLC. | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 1.** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.36  Priority creditor's name and mailing address**

Vermont Department of Taxes
PO Box 1881

Montpelier, VT, 05601-1881

$ 0.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.37  Priority creditor's name and mailing address**

Virginia Department of Taxation
PO Box 1777

Richmond, VA, 23218-1777

$ 0.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.38  Priority creditor's name and mailing address**

Wisconsin Department of Revenue
PO Box 3028

Milwaukee, WI, 53201-3028

$ 0.50          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.39  Priority creditor's name and mailing address**

Wyoming Department of Revenue
122 West 25th St. - Suite E301

Cheyenne, WY, 82002-0110

$ 0.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

Debtor ___Sure Thing Sales, LLC._____   Case number _(if known)_____
        Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
Aarhiel Fernandez
90 Canterbury Avenue

Daly City, CA, 94015

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 54.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Aaron  Gaspard
1201 S College Rd, 2

Lafayette, LA, 70503

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Aaron Bourg
166 East 102nd Street

Cut Off, LA, 70345

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 89.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Aaron Buzzas
1825 Burlington Avenue

Missoula, MT, 59801

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Aaron Campbell
16830 dry run road south

Dry run, PA, 17220-9709

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 69.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Aaron Cortez
915 South Aprilia Avenue

Compton, CA, 90220

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 35.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
        Name

Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.**7   **Nonpriority creditor's name and mailing address**

Aaron D Archuleta
P.O. Box 668

Espanola, NM, 87532

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.**8   **Nonpriority creditor's name and mailing address**

Aaron Davis
224 S. Spencer St.

FRACKVILLE, PA, 17931

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 55.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.**9   **Nonpriority creditor's name and mailing address**

Aaron Elliott
42956 Beachall Street

Chantilly, VA, 20152

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 116.59

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.**10   **Nonpriority creditor's name and mailing address**

Aaron Escobedo
2034 N 18th Ave Apt 8

Melrose Park, IL, 60160

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.**11   **Nonpriority creditor's name and mailing address**

Aaron Foster
205 N Forke Dr

Advance, NC, 27006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 150.96

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 12    **Nonpriority creditor's name and mailing address**

Aaron Gartin
2180 rt65

Delbarton, WV, 25670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 13    **Nonpriority creditor's name and mailing address**

Aaron herkenhoff
1025 Flagler st

Durham, NC, 27713

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.22

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 14    **Nonpriority creditor's name and mailing address**

Aaron Herrera-Pacheco
4611 W Broadway, Apt. B

Hawthorne, CA, 90250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 661.45

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 15    **Nonpriority creditor's name and mailing address**

Aaron Howard
527 Turkey Lane

Cynthiana, KY, 41031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 16    **Nonpriority creditor's name and mailing address**

Aaron Jackson
228 Alverstone Street

DeSoto, TX, 75115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | | Case number (if known) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 17    **Nonpriority creditor's name and mailing address**

Aaron Labajo
15480 Red Pepper Place

Fontana, CA, 92336

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 52.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 18    **Nonpriority creditor's name and mailing address**

aaron moore
715 Almondwood Place

La Vergne, TN, 37086

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.49

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 19    **Nonpriority creditor's name and mailing address**

Aaron Mullinix
337 South Hightpoint Road, 2

Spartanburg, SC, 29301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 33.16

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 20    **Nonpriority creditor's name and mailing address**

Aaron Nuezca
600 William Street, 109

Oakland, CA, 94612

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 52.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 21    **Nonpriority creditor's name and mailing address**

Aaron Nugent
97 Norman Street

Manchester, CT, 6040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 170.12

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 22 Nonpriority creditor's name and mailing address**

Aaron Simpliciano
94-413 Honowai Place

Waipahu, HI, 96797

**As of the petition filing date, the claim is:** $77.94
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 23 Nonpriority creditor's name and mailing address**

Aaron Sims
30w Pebble Beach Cir, 104

Glendale Heights, IL, 60139

**As of the petition filing date, the claim is:** $49.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 24 Nonpriority creditor's name and mailing address**

Aaron Smith
13291 Criolla Circle

Eastvale, CA, 92880

**As of the petition filing date, the claim is:** $38.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 25 Nonpriority creditor's name and mailing address**

Aaron Souvanno
1609 Amy Avenue

Glendale Heights, IL, 60139

**As of the petition filing date, the claim is:** $13.19
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 26 Nonpriority creditor's name and mailing address**

Aaron Tang
47 Highfield Lane

Nutley, NJ, 7110

**As of the petition filing date, the claim is:** $182.32
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor ___Sure Thing Sales, LLC_____   Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

3.27 **Nonpriority creditor's name and mailing address**

Aaron Taylor
2907 Kidder Rd

Clinton, MD, 20735

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.65

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.28 **Nonpriority creditor's name and mailing address**

Aaron Tietjen
9762 s. chylene dr

sandy, UT, 84092

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 203.76

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.29 **Nonpriority creditor's name and mailing address**

Aaron Villicana
3148 La Mantia Drive

Yuba City, CA, 95993

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.86

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.30 **Nonpriority creditor's name and mailing address**

Aaron Woods
6501 Colonial Drive, Apt #3

Myrtle Beach, SC, 29572

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.31 **Nonpriority creditor's name and mailing address**

Aaron Yunk
5201 E. US highway 95, LOT 137

Yuma, AZ, 85365

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC
_____
Name                                Case number (if known)_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 32   **Nonpriority creditor's name and mailing address**

Aarti Kasabwala
583 Paulison Ave

Clifton, NJ, 07011-4120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 66.98

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 33   **Nonpriority creditor's name and mailing address**

AB Donegan
525 Park Terrace

Greensboro, NC, 27403

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.34

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 34   **Nonpriority creditor's name and mailing address**

abbi o?Aômalley
3105 East 5th Road, lot j

La Salle, IL, 61301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.99

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 35   **Nonpriority creditor's name and mailing address**

Abbie Gettys
936 Achord Circle, Apt. 22

Dublin, GA, 31021

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 48.59

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 36   **Nonpriority creditor's name and mailing address**

Abbigail Copeland
1484 E Louise Dr

Columbia City, IN, 46725

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 119.99

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Debtor    Sure Thing Sales, LLC
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 37   **Nonpriority creditor's name and mailing address**

Abby Dycus
1350 Fort Lamar Rd

Charleston, SC, 29412

**As of the petition filing date, the claim is:** $ 35.96
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

**3.** 38   **Nonpriority creditor's name and mailing address**

Abdallah Higazy
21021 Aldine Westfield Road, 1204

Humble, TX, 77338

**As of the petition filing date, the claim is:** $ 19.99
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

**3.** 39   **Nonpriority creditor's name and mailing address**

Abdi Rosa
402 Jewell St

Columbus, IN, 47203

**As of the petition filing date, the claim is:** $ 26.74
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

**3.** 40   **Nonpriority creditor's name and mailing address**

Abdulla Faiq
40 Metropolitan Oval Apt 2A

Bronx, NY, 10462

**As of the petition filing date, the claim is:** $ 35.99
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

**3.** 41   **Nonpriority creditor's name and mailing address**

Abdullah Bakolka
4882 West wiley post way, B6101

SALT LAKE CITY, UT, 84116

**As of the petition filing date, the claim is:** $ 27.99
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

Debtor ___Sure Thing Sales, LLC._____    Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 42    **Nonpriority creditor's name and mailing address**

Abel Mota
4522 S Harding

Chicago, IL, 60632-4016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 92.60

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 43    **Nonpriority creditor's name and mailing address**

Abiel Reyes
7809 State Line Avenue

Munster, IN, 46321

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 44    **Nonpriority creditor's name and mailing address**

Abigail Cole
1420 Mulberry Ln.

St. Joseph, MI, 49085

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.38

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 45    **Nonpriority creditor's name and mailing address**

Abigail Ott
3114 S. Herman St., Apt A

Milwaukee, WI, 53207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 46    **Nonpriority creditor's name and mailing address**

Abigail Schwartz
9153 County Road 3

Owatonna, MN, 55060

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.12

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC. | Case number (if known) |
|--------|------------------------|------------------------|
|        | Name                   |                        |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.47** **Nonpriority creditor's name and mailing address**

Abigail Stringham
17434 Hoskinson Rd

poolesville, MD, 20837

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.48** **Nonpriority creditor's name and mailing address**

Abigail Wilson
5109 N 33rd St

Arlington, VA, 22207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.49** **Nonpriority creditor's name and mailing address**

Abigaile Caaway
10950 Welsh Road

San Diego, CA, 92126

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 54.94

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50** **Nonpriority creditor's name and mailing address**

Abigale Rippe
6914 Cottonwood Circle

Eastvale, CA, 92880

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 7.53

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51** **Nonpriority creditor's name and mailing address**

Abigayil Ramirez
310 East 9th St

BAKERSFIELD, CA, 93307

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 141.77

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
Name

Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.52** Nonpriority creditor's name and mailing address

Abraham Castro
1418 Paddocks Way

Powder Springs, GA, 30127

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.61

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.53** Nonpriority creditor's name and mailing address

Abraham FLores
24191 Pleasant Run Rd

Moreno Valley, CA, 92557

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.54** Nonpriority creditor's name and mailing address

Abraham Gonzalez
556 N Chardonnay Dr

Covina, CA, 91723

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.55** Nonpriority creditor's name and mailing address

Abraham Higginbotham
14641 Deervale Place

Sherman Oaks, CA, 91403

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.56** Nonpriority creditor's name and mailing address

Abraham Mata
6425 Clara St

Bell Gardens, CA, 90201

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.17

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
        Name

Case number (if known) _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.57**  **Nonpriority creditor's name and mailing address**

Abraham Ponce
16255 Daisy View Court

Conroe, TX, 77302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12.98

---

**3.58**  **Nonpriority creditor's name and mailing address**

Abraham Rivera
808 flatters way

Pflugerville , TX, 78660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 125.55

---

**3.59**  **Nonpriority creditor's name and mailing address**

Abram Yang
1918 Georgia Avenue

Sheboygan, WI, 53081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 34.80

---

**3.60**  **Nonpriority creditor's name and mailing address**

Absaar Jawed
49 Green Street, Apartment B

Westwood, NJ, 7675

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 678.86

---

**3.61**  **Nonpriority creditor's name and mailing address**

Absalom Menchavez
4346 Faith Home Road

Ceres, CA, 95307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 74.16

---

Debtor   Sure Thing Sales, LLC.
Name

Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.62** Nonpriority creditor's name and mailing address

Ace owo
1064 60th Street

Brooklyn, NY, 11219

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.64

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

Ace Royal
1985 S Knox Ct

Denver, CO, 80219

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.69

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address

AD L
335 Isabel St.

Los Angeles, CA, 90065

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.02

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.65** Nonpriority creditor's name and mailing address

Adalicia Garcia-Bellorin
6622 Shadygrove St.

Tujunga, CA, 91042

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address

Adam  Conner
5522 Cory Street

Fairview Heights, IL, 62208

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.98

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.67  Nonpriority creditor's name and mailing address**

Adam Bransky
92 3rd Ave, Apt 1

Garwood, NJ, 7027

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 42.63**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68  Nonpriority creditor's name and mailing address**

Adam Dilley
1750 Brookview Rd

Baltimore, MD, 21222

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 37.99**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.69  Nonpriority creditor's name and mailing address**

Adam Dutro
29040 Spring Rd #501

Pine Valley, CA, 91962

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 32.31**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.70  Nonpriority creditor's name and mailing address**

Adam Enriquez
4719 Hunter Peak Ct

Antioch, CA, 94531

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 404.94**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.71  Nonpriority creditor's name and mailing address**

Adam Faulkner
1658 N Olympic

Mesa, AZ, 85205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 20.56**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72**  **Nonpriority creditor's name and mailing address**

Adam Flores
13950 milton ave, suite 200A

westminister, CA, 92683

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.80

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.73**  **Nonpriority creditor's name and mailing address**

Adam Fox
5770 Ruhl Rd.

Fairview, PA, 16415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.91

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.74**  **Nonpriority creditor's name and mailing address**

Adam Grey
135 Garfield Pl, Apt 423

Cincinnati, OH, 45202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.01

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.75**  **Nonpriority creditor's name and mailing address**

Adam Lopez
4513 La Madera Avenue

El Monte, CA, 91732

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.76**  **Nonpriority creditor's name and mailing address**

Adam Miller
100 1st Avenue

Reisterstown, MD, 21136

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.33

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.77** Nonpriority creditor's name and mailing address

Adam Nelson
106 Indian Hills Lane

Circle Pines, MN, 55014

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 85.69

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.78** Nonpriority creditor's name and mailing address

Adam Nikirk
714 North 7th Street

Grand Junction, CO, 81501

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 9.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.79** Nonpriority creditor's name and mailing address

Adam Orwig
4 West 32 nd St.

Sand Springs, OK, 74063

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 239.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.80** Nonpriority creditor's name and mailing address

Adam Presson
20264 NEWSOME RD

OAKBORO, NC, 28129-9580

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 47.07

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.81** Nonpriority creditor's name and mailing address

Adam Rivera
1410 West Dekalb Street

Egg Harbor City, NJ, 8215

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 176.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor ___Sure Thing Sales, LLC._____    Case number _(if known)_____
       Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.82** Nonpriority creditor's name and mailing address

Adam RYAN
832 S. Nova Road, 100

Daytona Beach, FL, 32114

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 139.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.83** Nonpriority creditor's name and mailing address

Adam Sabata
224 Edinboro Drive

Southern Pines, NC, 28387

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.76

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.84** Nonpriority creditor's name and mailing address

Adam Schmidt
8133 Sepulveda Boulevard, 102

Panorama City, CA, 91402

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.85** Nonpriority creditor's name and mailing address

Adam Shields
303 FIRESIDE ST.

Oceanside, CA, 92058

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 47.59

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.86** Nonpriority creditor's name and mailing address

Adam Smith
2543 Flintridge Drive

Glendale, CA, 91206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor _____Sure Thing Sales, LLC_____   Case number _(if known)_____
           Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.87** **Nonpriority creditor's name and mailing address**

Adam Strantz
790 N Dick Ave

Hamilton, OH, 45013

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.67

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.88** **Nonpriority creditor's name and mailing address**

Adam Vitale
269 Chestnut Hill Road

Emmaus, PA, 18049

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 109.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.89** **Nonpriority creditor's name and mailing address**

Adam Xiong
4688 E Pitt Ave

Fresno, CA, 93725

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 319.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.90** **Nonpriority creditor's name and mailing address**

adan  bojorquez
2125 GREENLEE DR

EL PASO, TX, 79936

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.91** **Nonpriority creditor's name and mailing address**

Adan Flores
7701 Calle Paraiso NE

Albuquerque, NM, 87113

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 43.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
         Name

Case number _(if known)_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.92** **Nonpriority creditor's name and mailing address**

Adan Rivas
4313 Altura Avenue, Apt 2

El Paso, TX, 79903

**As of the petition filing date, the claim is:**   $ 70.34
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.93** **Nonpriority creditor's name and mailing address**

Adhitya Sripennem
1853 26th Street, #115, View on 26th

Boulder, CO, 80302

**As of the petition filing date, the claim is:**   $ 29.39
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.94** **Nonpriority creditor's name and mailing address**

Aditya Aiyer
7029 Heron Cir

Carlsbad, CA, 92011

**As of the petition filing date, the claim is:**   $ 25.84
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.95** **Nonpriority creditor's name and mailing address**

Adniel Hernandez
82309 Valencia Avenue

Indio, CA, 92201

**As of the petition filing date, the claim is:**   $ 244.67
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.96** **Nonpriority creditor's name and mailing address**

Adolfo Angel Medina
10603 S Wilcrest Dr, #43

Houston, TX, 77099

**As of the petition filing date, the claim is:**   $ 25.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC_____    Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.97**  **Nonpriority creditor's name and mailing address**

Adonis Inman
3485 Princess Tammy Cove

Tucker, GA, 30084

**As of the petition filing date, the claim is:**    $ 11.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.98**  **Nonpriority creditor's name and mailing address**

Adonis Rodriguez
452 Satsuma Lane

Orlando, FL, 32835

**As of the petition filing date, the claim is:**    $ 477.87
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.99**  **Nonpriority creditor's name and mailing address**

Adria Renouard
26099 W ORAIBI DR

BUCKEYE, AZ, 85396

**As of the petition filing date, the claim is:**    $ 52.79
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100**  **Nonpriority creditor's name and mailing address**

Adrian Angel
5007 Caprock Dr

Pearland, TX, 77584

**As of the petition filing date, the claim is:**    $ 90.92
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101**  **Nonpriority creditor's name and mailing address**

Adrian Bocanegra
610 N Mississippi ave

Blg Lake, TX, 76932

**As of the petition filing date, the claim is:**    $ 184.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|--------|------------------------|------------------------|
| | Name | |

| Part 2: | Additional Page |
|---------|------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102  Nonpriority creditor's name and mailing address**

adrian burstein
2100 NE 208th st

Miami, FL, 33179

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 37.44

---

**3.103  Nonpriority creditor's name and mailing address**

Adrian Castillo
3828 Wilberta Street

Olney, MD, 20832

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 49.99

---

**3.104  Nonpriority creditor's name and mailing address**

Adrian Contreras
13526 East Evans Avenue

Aurora, CO, 80014

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19.99

---

**3.105  Nonpriority creditor's name and mailing address**

Adrian Contreras
9326 Sandpiper Tree

San Antonio, TX, 78251

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 86.59

---

**3.106  Nonpriority creditor's name and mailing address**

Adrian Escobar
147 Abney Drive

Houston, TX, 77060

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28.13

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|--------|------------------------|--------------------------|
| | Name | |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3. 107  Nonpriority creditor's name and mailing address**

Adrian Fernandez
1728 North Karlov Avenue

Chicago, IL, 60639

**As of the petition filing date, the claim is:** $32.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 108  Nonpriority creditor's name and mailing address**

Adrian Garcia
12303 Serenity Farm

San Antonio, TX, 78249

**As of the petition filing date, the claim is:** $67.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 109  Nonpriority creditor's name and mailing address**

Adrian Gonzalez-Perez
5151 W Roscoe St

Chicago, IL, 60641-4205

**As of the petition filing date, the claim is:** $21.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 110  Nonpriority creditor's name and mailing address**

Adrian Herrera
5943 Fox Point Trail,

Dallas, TX, 75249

**As of the petition filing date, the claim is:** $59.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 111  Nonpriority creditor's name and mailing address**

Adrian Joseph Aguilar
10815 Hesby Street, 209

Los Angeles, CA, 91601

**As of the petition filing date, the claim is:** $49.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC
_____    Case number _(if known)_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.112** Nonpriority creditor's name and mailing address

Adrian Lara
231 Briarwood Drive

Elgin, IL, 60120

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.35

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.113** Nonpriority creditor's name and mailing address

Adrian Nunez
7435 Wilcox

El Paso, TX, 79915

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.13

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.114** Nonpriority creditor's name and mailing address

Adrian P
100 Chapel Street, Apt 2

New Haven, CT, 6513

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.115** Nonpriority creditor's name and mailing address

Adrian Proctor
1838 CONCORD AVE SE

GRAND RAPIDS, MI, 49506-4629

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.116** Nonpriority creditor's name and mailing address

Adrian Rivas
1474 Chaffee st, Apt 103

Upland, CA, 91786

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC._____
        Name

Case number _(if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.**117  **Nonpriority creditor's name and mailing address**

adrian ruiz
605 colchester ct

middletown, DE, 19709

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 176.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**118  **Nonpriority creditor's name and mailing address**

Adrian Washington
6114 Noah Way

Hanover, MD, 21076

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 126.13

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**119  **Nonpriority creditor's name and mailing address**

Adrian Wong
3855 Kent Way

South San Francisco, CA, 94080

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 85.66

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**120  **Nonpriority creditor's name and mailing address**

Adriana  Huerta
1860 Thompson Ave

Atlanta , GA, 30344

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**121  **Nonpriority creditor's name and mailing address**

Adriana Price
6881 Linda Creek Ct

Las Vegas, NV, 89178

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.25

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC
Name

Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 122    **Nonpriority creditor's name and mailing address**

Adriana Rodriguez
3314 PEBBLE BEACH DR

HARLINGEN, TX, 78550

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 123    **Nonpriority creditor's name and mailing address**

Adriana Tercilla
905 NE 199th St, 205

Miami, FL, 33179

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 106.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 124    **Nonpriority creditor's name and mailing address**

Adrianna Meucci
4231 15th Avenue Southwest

Naples, FL, 34116

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 168.26

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 125    **Nonpriority creditor's name and mailing address**

Adrianne Garcia
714 Pebblecreek Dr

Garland, TX, 75040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 92.00

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 126    **Nonpriority creditor's name and mailing address**

Adrien Rodriguez
27747 E Frost Pl

Aurora, CO, 80016-6253

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.19

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC                                      Case number (if known)
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 127  **Nonpriority creditor's name and mailing address**

Adrienne Abercrombie
1608 Hollis Dr

Orlando, FL, 32822

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.70

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 128  **Nonpriority creditor's name and mailing address**

Adrienne Gamble
325 S 400 E Apt 1

Salt Lake City, UT, 84111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.25

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 129  **Nonpriority creditor's name and mailing address**

Agustin Arroyo
32 Pierce street

Newark, NJ, 7103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 130  **Nonpriority creditor's name and mailing address**

Ahlexus Deang
336 Manton Ave

Providence, RI, 2909

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.44

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 131  **Nonpriority creditor's name and mailing address**

Ahmed Flores
423 W locust st

Covington , VA, 24426

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.37

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
        Name                                                    Case number (if known)

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 132 | **Nonpriority creditor's name and mailing address**

Aidan Ball
393 Monmouth Boulevard

Galesburg, IL, 61401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.23

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 133 | **Nonpriority creditor's name and mailing address**

Aidan Esposito
28 Lynwood Rd

Cedar Grove, NJ, 7009

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.78

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 134 | **Nonpriority creditor's name and mailing address**

Aidan Machin
18 High Pond Ln

Bedminster, NJ, 7921

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.31

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 135 | **Nonpriority creditor's name and mailing address**

Aidan O'Brien
17315 Cougar Trails Dr.

Wildwood, MO, 63040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 136 | **Nonpriority creditor's name and mailing address**

Aiden Orton
2925 Madison Avenue, Apt 4

Burlington, IA, 52601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
         Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3.**137**  **Nonpriority creditor's name and mailing address**

Aileen Gonzalez
3819 Lawrence Ct

Monroe, NC, 28110-8646

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.00

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.**138**  **Nonpriority creditor's name and mailing address**

Aileen Hernandez
10 Clayton St, Apt 1

Malden, MA, 2148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.99

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.**139**  **Nonpriority creditor's name and mailing address**

Aisha Heidt
91-310 Peleleu Pl

Ewa Beach, HI, 96706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.99

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.**140**  **Nonpriority creditor's name and mailing address**

Aisha Swain
39 E 8330 S

Sandy, UT, 84070-2115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.86

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.**141**  **Nonpriority creditor's name and mailing address**

Aivre Sutton
9875 Prominent Peak Heights, Apt 315

Colorado Springs, CO, 80924

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.82

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F       Schedule E/F: Creditors Who Have Unsecured Claims       page 38 of ___1682

Debtor    Sure Thing Sales, LLC.
_____    Case number _(if known)_____
Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

3.142 **Nonpriority creditor's name and mailing address**

AJ Garcia
1208 Northeast 41st Avenue

Homestead, FL, 33033

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3.143 **Nonpriority creditor's name and mailing address**

AJ Ramirez
3823 Calle Buenos Aires

Brownsville, TX, 78526

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3.144 **Nonpriority creditor's name and mailing address**

Aja Leeann Cruz
587 Westmoor Ave

Daly City, CA, 94015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.17

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3.145 **Nonpriority creditor's name and mailing address**

Ajana Jones
7702 Girard Circle

Omaha, NE, 68122

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 57.99

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3.146 **Nonpriority creditor's name and mailing address**

Alain De Quesada
1695 Southwest 12th Street

Miami, FL, 33135

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 69.54

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.147  Nonpriority creditor's name and mailing address**

alaina jones
3129 Federalist Ln

Sacramento, CA, 95827

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 94.60

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.148  Nonpriority creditor's name and mailing address**

alan aguilar
1821 North 40th Avenue

Phoenix, AZ, 85009

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 170.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.149  Nonpriority creditor's name and mailing address**

Alan Byron Rosillo
12040 SHELDON ST, APT B37

Sun valley, CA, 91352

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 146.71

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.150  Nonpriority creditor's name and mailing address**

Alan Cornford
8477 North Meadowlark Lane

Stillman Valley, IL, 61084

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 39.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.151  Nonpriority creditor's name and mailing address**

Alan Dunmire
70 E Prada Pacana Lane

Washington, UT, 84780

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor   Sure Thing Sales, LLC
         Name                                                          Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 152   **Nonpriority creditor's name and mailing address**

Alan Gonsalez
1907 West Jay Street, Apt F

Pasco, WA, 99301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 34.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 153   **Nonpriority creditor's name and mailing address**

Alan Hernandez
9817 Larga Dr.

Dallas, TX, 75220

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 154   **Nonpriority creditor's name and mailing address**

Alan Jeffers
3236 E Avenue H2

Lancaster, CA, 93535

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 155   **Nonpriority creditor's name and mailing address**

Alan Lord
11 Baker Ln

Lakeville, MA, 2347

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23.36

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 156   **Nonpriority creditor's name and mailing address**

Alan Natanagara
928 Sycamore Drive

Decatur, GA, 30030

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 187.96

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 41 of ___1682

Debtor    Sure Thing Sales, LLC
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.157  **Nonpriority creditor's name and mailing address**

Alan Sayer
402 Hunter Avenue

Niles, OH, 44446

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.158  **Nonpriority creditor's name and mailing address**

Alan Shepherd
3812 Market Street

West Valley City, UT, 84119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 88.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.159  **Nonpriority creditor's name and mailing address**

Alan Simon
14253 N. 50th DR.

Glendale, AZ, 85306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.160  **Nonpriority creditor's name and mailing address**

alan vozila
2443 29th Avenue

San Francisco, CA, 94116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.161  **Nonpriority creditor's name and mailing address**

Alayne Avery
29104 homewood dr

Wickliffe, OH, 44092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 98.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number _(if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 162    **Nonpriority creditor's name and mailing address**

Albert Dockweiler
2462 Crisfield Street

Toms River, NJ, 8755

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 163    **Nonpriority creditor's name and mailing address**

Albert Gonzalez
11343 LOVEBIRD LN

HOUSTON, TX, 77067

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 164    **Nonpriority creditor's name and mailing address**

Albert Huerta
2591 West 7590 South

West Jordan, UT, 84084

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 24.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 165    **Nonpriority creditor's name and mailing address**

Albert Huynh
8322 Worthy Drive

Midway City, CA, 92655

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 84.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 166    **Nonpriority creditor's name and mailing address**

Albert Melgar
10403 Gypsy Ave

Weeki Wachee, FL, 34613

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name    Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **167** **Nonpriority creditor's name and mailing address**

Albert Mendoza
15 San Raphael Pl

POMONA, CA, 91766

**As of the petition filing date, the claim is:** $ 54.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **168** **Nonpriority creditor's name and mailing address**

Albert Phan
5808 Laguna Seca Way

San Jose, CA, 95123

**As of the petition filing date, the claim is:** $ 10.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **169** **Nonpriority creditor's name and mailing address**

Albert Soliz
1432 E Broadway Rd

Mesa, AZ, 85204

**As of the petition filing date, the claim is:** $ 22.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **170** **Nonpriority creditor's name and mailing address**

Albert Valencia
2142 Tosca Ln

DALLAS, TX, 75224-4151

**As of the petition filing date, the claim is:** $ 25.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **171** **Nonpriority creditor's name and mailing address**

Albert Vega
1213 S. Pacific Dr.

Fullerton, CA, 92833

**As of the petition filing date, the claim is:** $ 21.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 172 **Nonpriority creditor's name and mailing address**

Alberto Gonzalez
2950 Sanchez Avenue, Apartment 3

Eagle Pass, TX, 78852

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.94

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 173 **Nonpriority creditor's name and mailing address**

Alberto Vite
6719 Flamewood Dr

Arlington, TX, 76001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.46

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 174 **Nonpriority creditor's name and mailing address**

Albet Rowan
2919 Cane Field Drive

Sugar Land, TX, 77479

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 204.54

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 175 **Nonpriority creditor's name and mailing address**

Ale Bautista
4 Vin Court

Napa, CA, 94558

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.31

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 176 **Nonpriority creditor's name and mailing address**

Ale Lozano
2446 Nutwood Ave, Apt H11

Fullerton, CA, 92831-3173

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 138.98

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Debtor ____Sure Thing Sales, LLC._____    Case number _(if known)_____
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 177  **Nonpriority creditor's name and mailing address**

Alec Cerrillo
14778 W LARKSPUR DR

Surprise, AZ, 85379

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.03

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 178  **Nonpriority creditor's name and mailing address**

Alec Crawford
15 Arrowhead

Irvine, CA, 92618

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 179  **Nonpriority creditor's name and mailing address**

Alec Toillion
224 Sakata Street,

Brighton, CO, 80601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 180  **Nonpriority creditor's name and mailing address**

Alejandra  Montoya
3 Arbor Ct

Hampton Bays, NY, 11946

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.95

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 181  **Nonpriority creditor's name and mailing address**

Alejandra Carrillo
2000 36th Avenue, 207

Oakland, CA, 94601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name

_____
Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 182    **Nonpriority creditor's name and mailing address**

Alejandra De La Huerta
10911 Sherry Lee Cove

Austin, TX, 78753

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25.96

---

**3.** 183    **Nonpriority creditor's name and mailing address**

Alejandra Garcia
2014 Rogelio Avenue

El Paso, TX, 79902

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 43.29

---

**3.** 184    **Nonpriority creditor's name and mailing address**

Alejandra Rodriguez
332 To To Lo Chee Drive

Hialeah, FL, 33010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 70.61

---

**3.** 185    **Nonpriority creditor's name and mailing address**

Alejandro Acevedo
39589, Calle Cabernet

Temecula, CA, 92591

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,021.94

---

**3.** 186    **Nonpriority creditor's name and mailing address**

Alejandro Alvarez
44 College Avenue, A house

Poughkeepsie, NY, 12603

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 49.98

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 187 **Nonpriority creditor's name and mailing address**

Alejandro Belmontes
404 South Bruner Street

West Point, NE, 68788

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 69.53

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 188 **Nonpriority creditor's name and mailing address**

Alejandro Calderon
3223 MADISON ST

Omaha, NE, 68107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.23

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 189 **Nonpriority creditor's name and mailing address**

Alejandro Castillo
16236 78th rd n

Loxahatchee, FL, 33470

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 33.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 190 **Nonpriority creditor's name and mailing address**

alejandro hernandez
24919 magic mountain pkwy apt 721

Valencia, CA, 91355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 191 **Nonpriority creditor's name and mailing address**

Alejandro Jimenez
1319 N Eastern Ave

Los Angeles, CA, 90063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
        _____
        Name

Case number (if known)_____

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.**192  **Nonpriority creditor's name and mailing address**

Alejandro Marcucci
626 Coral Way, Apt 601B

Coral Gables, FL, 33134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 149.49

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**193  **Nonpriority creditor's name and mailing address**

Alejandro Morales
1105 E Pico Blvd

Los Angeles, CA, 90021-2223

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 100.72

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**194  **Nonpriority creditor's name and mailing address**

Alejandro Palacios
6955 W 24th Ln

Hialeah, FL, 33016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.88

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**195  **Nonpriority creditor's name and mailing address**

Alejandro Sanchez Perez
3080 Tuscaloosa Ln

Lexington, KY, 40515

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 36.03

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**196  **Nonpriority creditor's name and mailing address**

Alejandro Somilleda
609 N Joplin Ave

Joplin, MO, 64801-2431

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 197  **Nonpriority creditor's name and mailing address**

Alek Johnson
3665 Westwind Dr

Beavercreek, OH, 45440

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

$ 23.47

---

**3.** 198  **Nonpriority creditor's name and mailing address**

Alen Del Valle
9590 Catawba Ave.

Fontana, CA, 92335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

$ 38.78

---

**3.** 199  **Nonpriority creditor's name and mailing address**

Alen Del Valle
9590 Catawba Avenue

Fontana, CA, 92335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

$ 54.94

---

**3.** 200  **Nonpriority creditor's name and mailing address**

alena dotzauer
1415 Norwood Crest Court

Raleigh, NC, 27614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

$ 34.31

---

**3.** 201  **Nonpriority creditor's name and mailing address**

Alesha Bolton
176 Old Middlesboro Highway

LaFollette, TN, 37766

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

$ 58.98

Debtor    Sure Thing Sales, LLC.
          Name                                                    Case number _(if known)_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 202 **Nonpriority creditor's name and mailing address**

Alesha Bolton
176 Old Middlesboro Highway

LaFollette, TN, 37766

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 115.78

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 203 **Nonpriority creditor's name and mailing address**

Alessa Saengyothinh
2914 Kelly Drive

Elgin, IL, 60124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.69

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 204 **Nonpriority creditor's name and mailing address**

Alessandro  Mureno
822 East Century Boulevard

Los Angeles, CA, 90002

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.21

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 205 **Nonpriority creditor's name and mailing address**

Alessio Bordoni
104 Greenpoint Avenue, 4L

Brooklyn, NY, 11222

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 206 **Nonpriority creditor's name and mailing address**

Aleth Romanillos
4201 Toland way.

Los Angeles, CA, 90065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 114.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor   Sure Thing Sales, LLC.
         Name

Case number *(if known)*

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 207 **Nonpriority creditor's name and mailing address**

Alex Anacleto
107 South Bowser Road, #244

Richardson, TX, 75081

**As of the petition filing date, the claim is:** $ 51.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 208 **Nonpriority creditor's name and mailing address**

Alex Bradley
202 Queensbury Ct

Acworth, GA, 30102

**As of the petition filing date, the claim is:** $ 88.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 209 **Nonpriority creditor's name and mailing address**

Alex Brenner
8426 54th Ave S

Seattle, WA, 98118

**As of the petition filing date, the claim is:** $ 58.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 210 **Nonpriority creditor's name and mailing address**

Alex Cain
984 Kempson Ct

Westfield, IN, 46074

**As of the petition filing date, the claim is:** $ 11.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 211 **Nonpriority creditor's name and mailing address**

Alex Cast
843 DEEP SPRINGS DR

CLAREMONT, CA, 91711-1449

**As of the petition filing date, the claim is:** $ 46.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
        Name                                                      Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.212  **Nonpriority creditor's name and mailing address**

Alex Chan
14 Sunset Drive

Chatham, NJ, 7928

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 223.90

---

3.213  **Nonpriority creditor's name and mailing address**

Alex Chrisco
668 Port Mann Row, Z5

Taylorsville, UT, 84123

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12.86

---

3.214  **Nonpriority creditor's name and mailing address**

Alex Ciccone
3413 Alvara Court

Spring Hill, FL, 34609

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 15.96

---

3.215  **Nonpriority creditor's name and mailing address**

Alex Connelly-Zackular
136 ruthven street

boston, MA, 2121

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 14.99

---

3.216  **Nonpriority creditor's name and mailing address**

Alex Douangdara
2186 S 2125 w

Woods Cross, UT, 84087

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 88.99

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **217** | **Nonpriority creditor's name and mailing address**

Alex Dusza
116 Lyndale Avenue

Nottingham, MD, 21236

$ 11.65

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**          _____

**Last 4 digits of account number**          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **218** | **Nonpriority creditor's name and mailing address**

Alex Eckroth
8044 Felecity Court

Springfield, VA, 22153

$ 37.99

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**          _____

**Last 4 digits of account number**          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **219** | **Nonpriority creditor's name and mailing address**

Alex Espinoza
2355 Goldenrod Court

Aurora, IL, 60506

$ 52.98

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**          _____

**Last 4 digits of account number**          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **220** | **Nonpriority creditor's name and mailing address**

Alex Godoy-Fowler
4400 Falcon Parkway

Flowery Branch, GA, 30542

$ 33.97

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**          _____

**Last 4 digits of account number**          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **221** | **Nonpriority creditor's name and mailing address**

Alex Hernandez
2033 Pacina Drive

San Jose, CA, 95116

$ 41.99

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**          _____

**Last 4 digits of account number**          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Sure Thing Sales, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 222**   **Nonpriority creditor's name and mailing address**

Alex Hower
415 Sandstone Dr. NE

Rio Rancho, NM, NM, 87124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 53.77

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 223**   **Nonpriority creditor's name and mailing address**

Alex Johnson
51 Red Bud Cir

Amelia, OH, 45102

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 224**   **Nonpriority creditor's name and mailing address**

Alex Klapat
3733 Elm Avenue

Baltimore, MD, 21211

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 17.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 225**   **Nonpriority creditor's name and mailing address**

Alex Lam
13042 Vinson Court

Maryland Heights, MO, 63043

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 226**   **Nonpriority creditor's name and mailing address**

Alex Licon
21816 Elaine Avenue

Hawaiian Gardens, CA, 90716

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 55.10

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
         Name

Case number *(if known)*_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.227**  Nonpriority creditor's name and mailing address

Alex Lira
327 N Soto St

Los Angeles, CA, 90033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 127.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.228**  Nonpriority creditor's name and mailing address

Alex Macneill
13 Nyack Street

Watertown, MA, 2472

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.74

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.229**  Nonpriority creditor's name and mailing address

Alex Malecha
910 linden St s

Northfield, MN, 55057

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 88.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.230**  Nonpriority creditor's name and mailing address

Alex Martinez
1325 15th St.

SAN DIEGO, CA, 92154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.231**  Nonpriority creditor's name and mailing address

Alex Medina
955 Cambridge Drive

Mason, OH, 45040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 7.48

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC._____
        Name

_____Case number _(if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.232  **Nonpriority creditor's name and mailing address**

alex myatt
835 west Godfrey drive

lincoln, NE, 68521

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.233  **Nonpriority creditor's name and mailing address**

alex o
774 Park Way

South San Francisco, CA, 94080

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.05

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.234  **Nonpriority creditor's name and mailing address**

Alex Olmos
12171 Terra Bella Street

Pacoima, CA, 91331

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.45

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.235  **Nonpriority creditor's name and mailing address**

alex palafox
29500 el presidio ln.

menifee, CA, 92584

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.67

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.236  **Nonpriority creditor's name and mailing address**

Alex Parker
2820 Pasadena Avenue

Kingman, AZ, 86401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.24

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
         Name

         Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 237   **Nonpriority creditor's name and mailing address**

Alex Pinto
640 Santa Barbara St

Los Banos, CA, 93635

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 75.02

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 238   **Nonpriority creditor's name and mailing address**

Alex Rivera
628 S Pasadena

Mesa, AZ, 85210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 189.94

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 239   **Nonpriority creditor's name and mailing address**

alex sokol
6130 reseda blvd, apt 102

tarana, CA, 91335

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 52.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 240   **Nonpriority creditor's name and mailing address**

Alex Vaccaro
268 Tucker Dr

Worthington, OH, 43085

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.16

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 241   **Nonpriority creditor's name and mailing address**

Alex Weber
5540 Euclid Way

Farmington, MN, 55024

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 17.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC

Name

Case number *(if known)*

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.242** Nonpriority creditor's name and mailing address

Alex Westerfield
2334 New Hope Road

Zebulon, GA, 30295

**As of the petition filing date, the claim is:** $54.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.243** Nonpriority creditor's name and mailing address

Alex Wilson
3505 Avenida Simi

Simi Valley, CA, 93063

**As of the petition filing date, the claim is:** $16.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.244** Nonpriority creditor's name and mailing address

Alex Yanish
4837 53rd St S

Fargo, ND, 58104

**As of the petition filing date, the claim is:** $21.49
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.245** Nonpriority creditor's name and mailing address

Alexa Cassaro
1020 Rahway Ave, --

Westfield, NJ, 7090

**As of the petition filing date, the claim is:** $62.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.246** Nonpriority creditor's name and mailing address

Alexa Deaderick
6992 Cinnamon dr.

Sparks, NV, 89436

**As of the petition filing date, the claim is:** $11.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC._____  Case number _(if known)_____
Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 247  **Nonpriority creditor's name and mailing address**

Alexa Lee
525 North Alpine Drive

Beverly Hills, CA, 90210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 248  **Nonpriority creditor's name and mailing address**

Alexa Urquiza
529 S Hilda Ct

Anaheim, CA, 92806

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 125.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 249  **Nonpriority creditor's name and mailing address**

Alexander Brison
5910 Stevehaven Ln

Cumming, GA, 30028

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 250  **Nonpriority creditor's name and mailing address**

Alexander Charles
4 Lacey Lane

Norwalk, CT, 6854

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.87

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 251  **Nonpriority creditor's name and mailing address**

Alexander Cooper
2678 36th Ave

San Francisco, CA, 94116

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 152.06

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.252 Nonpriority creditor's name and mailing address**

Alexander Daniels
8003 South Scottsburg Court

Aurora, CO, 80016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 35.63**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.253 Nonpriority creditor's name and mailing address**

Alexander Gutierrez
4014 Calle Puebla

Laredo, TX, 78046

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 12.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.254 Nonpriority creditor's name and mailing address**

Alexander Jacobs
2 Hammond circle

Hudson, MA, 1749

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 38.98**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.255 Nonpriority creditor's name and mailing address**

Alexander James Dodson
610 Pawtucket Ave.

PAWTUCKET, RI, 2860

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 100.98**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.256 Nonpriority creditor's name and mailing address**

Alexander Kiser
4503 4th st s

Moorhead, MN, 56560

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 14.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor     Sure Thing Sales, LLC                                                  Case number (if known)
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.257** Nonpriority creditor's name and mailing address

Alexander LeMaine
167 Edenfield Ave.

Watertown, MA, 02472-1816

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 9.99

---

**3.258** Nonpriority creditor's name and mailing address

Alexander Markowitz
1650 10th Ave

Brooklyn, NY, 11215-6002

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 58.99

---

**3.259** Nonpriority creditor's name and mailing address

Alexander Mayo
1105 Arabian Arch

Chesapeake, VA, 23322

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 41.99

---

**3.260** Nonpriority creditor's name and mailing address

Alexander Neff
20421 Berrywood Ln

TAMPA, FL, 33647

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 68.99

---

**3.261** Nonpriority creditor's name and mailing address

Alexander Ortega
PO Box 250062, Carr 467 K3 H8 Int Bo
Camaseye

AGUADILLA, PR, 604

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 66.97

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor ___Sure Thing Sales, LLC___
          Name

                                                                          Case number _(if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 262  **Nonpriority creditor's name and mailing address**

Alexander Owhadi
9407 Clover Glen Dr

Riverview, FL, 33569

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 263  **Nonpriority creditor's name and mailing address**

Alexander Rivas
176 Westview Lane

Hewlett, NY, 11557

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.16

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 264  **Nonpriority creditor's name and mailing address**

Alexander Rozmiarek
20602 Snicker Ct

Waynesville, MO, 65583

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.75

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 265  **Nonpriority creditor's name and mailing address**

Alexander Santa Clara
3648 Westwood Blvd. Apt.1

Los angeles, CA, 90034

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 266  **Nonpriority creditor's name and mailing address**

Alexander Stokes
396 Pratt St

Buffalo, NY, 14204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 146.80

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.267   **Nonpriority creditor's name and mailing address**

Alexander Surton
W4815 Kemp Ave, PO Box 7

Irma, WI, 54442

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 67.51

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.268   **Nonpriority creditor's name and mailing address**

Alexanderia  Caballero
1933 E Bradford St

Stockton, CA, 95205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.88

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.269   **Nonpriority creditor's name and mailing address**

Alexandra Carmona
2634 Idaho Road

Naperville, IL, 60564

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.30

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.270   **Nonpriority creditor's name and mailing address**

Alexandra Chavez
17168 Newhope St Apt 204

Fountain Valley, CA, 92708-8220

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 47.84

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.271   **Nonpriority creditor's name and mailing address**

Alexandra Esquivel
3410 Deerwood Ln

Missouri City, TX, 77459

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 368.04

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____    Case number _(if known)_____
        Sure Thing Sales, LLC.
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 272    **Nonpriority creditor's name and mailing address**

Alexandra Fusella
271 Lovers Lane

Rutherfordton, NC, 28139

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 273    **Nonpriority creditor's name and mailing address**

Alexandra Gardner
1906 W Neilscott Dr

Nampa, ID, 83651

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 274    **Nonpriority creditor's name and mailing address**

Alexandra Hartwell
47 Jackladder Drive

Middle Sackville, NS, B4E 2X6

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.67

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 275    **Nonpriority creditor's name and mailing address**

Alexandra Katsos
4397 Crowne Lake Circle, 2G

Jamestown, NC, 27282

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.60

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 276    **Nonpriority creditor's name and mailing address**

Alexandra Lockhart
808 Western Ave

Joliet, IL, 60435-6922

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.49

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Sure Thing Sales, LLC
_____
Name

Case number _(if known)_ _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 277    **Nonpriority creditor's name and mailing address**

Alexandra Lopez
1545 West 215th Street

Torrance, CA, 90501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 278    **Nonpriority creditor's name and mailing address**

Alexandra Marah
941 Elm Road

Halethorpe, MD, 21227

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 279    **Nonpriority creditor's name and mailing address**

Alexandra Martin
9903 Ebb Street

Houston, TX, 77089

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 143.95

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 280    **Nonpriority creditor's name and mailing address**

Alexandra Peterson
20 Hassayampa Trail

Henderson, NV, 89052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 281    **Nonpriority creditor's name and mailing address**

Alexandrea Tackett
13408 120th Ave E

Puyallup, WA, 98374

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 389.87

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 282  **Nonpriority creditor's name and mailing address**

Alexandria Barker
101 NELSON ST

HOLDEN, MA, 1520

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 283  **Nonpriority creditor's name and mailing address**

Alexandrla Young
307 Burnt Pine Court

Apex, NC, 27502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 284  **Nonpriority creditor's name and mailing address**

Alexi Atteberry
16828 Falda Ave

Torrance, CA, 90504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 285  **Nonpriority creditor's name and mailing address**

Alexia Blackman
6137 Snowberry Lane NE

Bremerton, WA, 98311

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 286  **Nonpriority creditor's name and mailing address**

Alexia Christou
25-40 Shore Boulevard, #LF

Astoria, NY, 11102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                                    Case number (if known)

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

3. 287    **Nonpriority creditor's name and mailing address**

Alexia Palmer
235 E 73rd St Apt 10A

New York, NY, 10021

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 42.45

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 288    **Nonpriority creditor's name and mailing address**

Alexis Avalos
2828 E Placita Galapagos

Tucson, AZ, 85706

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.13

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 289    **Nonpriority creditor's name and mailing address**

Alexis Chua
17829 LUDLOW ST

GRANADA HILLS, CA, 91344

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.13

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 290    **Nonpriority creditor's name and mailing address**

Alexis Fishleigh
469 South Street

Chardon, OH, 44024

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.81

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 291    **Nonpriority creditor's name and mailing address**

Alexis Kaminsky
5150 Grand Canyon Rd NW

Concord, NC, 28027

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 72.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.

Name

Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 292 | **Nonpriority creditor's name and mailing address**

Alexis Lebron
Alturas de Villa del Rey, R9 calle Espa?±a

Caguas, PR, 725

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 293 | **Nonpriority creditor's name and mailing address**

alexis lucas
790 grand st brooklyn ny, 2 f

brooklyn, NY, 11211

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 138.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 294 | **Nonpriority creditor's name and mailing address**

Alexis Moreno
406 Blossom Way

Hayward, CA, 94541

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 295 | **Nonpriority creditor's name and mailing address**

Alexis Morley
11621 Pine Grove Lane

Parker, CO, 80138

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 296 | **Nonpriority creditor's name and mailing address**

Alexis Olson
1308 Otter Lane

Oregon City, OR, 97045

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number _(if known)_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 297    **Nonpriority creditor's name and mailing address**

Alexis Rodriguez
3040 Haber Ave

Melrose Park, IL, 60164

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.09

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 298    **Nonpriority creditor's name and mailing address**

Alexis Sanders
1828 Lightwood Lane Northwest

Acworth, GA, 30102

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 299    **Nonpriority creditor's name and mailing address**

alexus santikul
6092 Bankside Way

Reno, NV, 89523

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 300    **Nonpriority creditor's name and mailing address**

Alfedo Arroyo
1751 Prairie Rose way

WASCO, CA, 93280

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 104.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 301    **Nonpriority creditor's name and mailing address**

Alfonso Laster
483 Thors Street

Pontiac , MI, 48342

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.
         Name

Case number (if known) _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 302   **Nonpriority creditor's name and mailing address**

Alfonso R Tapia
24945 CALLE EL ROSARIO

SALINAS, CA, 93908

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 127.99

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 303   **Nonpriority creditor's name and mailing address**

Alfred Annas III
1122 Ver Circle Northeast

Palm Bay, FL, 32905

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.81

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 304   **Nonpriority creditor's name and mailing address**

Alfred Eastburn
803 Warren Rd

Lutz, FL, 33548

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 92.44

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 305   **Nonpriority creditor's name and mailing address**

Alfred Valenzuela
10122 Alondra Dr

Bakersfield, CA, 93311

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.97

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 306   **Nonpriority creditor's name and mailing address**

Alfredo Felix
3239 Yellow Rose Trail

Gainesville, GA, 30507

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.98

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Sure Thing Sales, LLC
_____    _____
          Name                                    Case number _(if known)_

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.** 307  **Nonpriority creditor's name and mailing address**

Ali Abdul Mateen-El
1859 Benedict Way

Pomona, CA, 91767

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 281.10

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 308  **Nonpriority creditor's name and mailing address**

Ali Al-Husseini
2860 Legion Lake Rd

Douglasville, GA, 30135

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.37

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 309  **Nonpriority creditor's name and mailing address**

Ali Asencio
3028 Mountainview Court

Grapevine, TX, 76051

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 310  **Nonpriority creditor's name and mailing address**

Alibia Young
3981 Farm to Market Road 2808

Kempner, TX, 76539

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 311  **Nonpriority creditor's name and mailing address**

Alice Deng
19864 Calle Cadiz

Walnut, CA, 91789

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 312 | **Nonpriority creditor's name and mailing address**

Alice Mahone
2101 Wingfield Rd.

Charlottesville, VA, 22901

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 313 | **Nonpriority creditor's name and mailing address**

Alice Rodgers
6184marsi

Windsor, CA, 95492

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 314 | **Nonpriority creditor's name and mailing address**

Alice Zhu
4210 Fairmount St, Apt 4008

Dallas, TX, 75219

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.13

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 315 | **Nonpriority creditor's name and mailing address**

Alicia Bozzuto
13322 Greenwood Ave N, Apt. 403

Seattle, WA, 98133

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.68

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 316 | **Nonpriority creditor's name and mailing address**

Alicia Daubert
6650 Greenshire Drive

Indianapolis, IN, 46220

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 55.62

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|--------|-----------------------|------------------------|
| | Name | |

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 317 | **Nonpriority creditor's name and mailing address**

Alicia Gonzalez
1215 Kimberly Lane

Glen Burnie, MD, 21061

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.83

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 318 | **Nonpriority creditor's name and mailing address**

Alicia Padron
4 East Dogwood Court

Westampton, NJ, 8060

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 170.96

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 319 | **Nonpriority creditor's name and mailing address**

Alicia Roe
205 Spice Hollow Rd

JOHNSON CITY, TN, 37604

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.46

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 320 | **Nonpriority creditor's name and mailing address**

Alicia Silva
859 BLUE PARK AVE

SANTA TERESA, NM, 88008

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.27

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 321 | **Nonpriority creditor's name and mailing address**

Alicia Wright
11804 N 1000 W

Monticello, IN, 47960

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
           Name

           Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 322  **Nonpriority creditor's name and mailing address**

Aliette Garcia
14951 Southwest 167th Street

Miami, FL, 33187

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 44.93

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 323  **Nonpriority creditor's name and mailing address**

Alina Gomez
602 Northwest 136th Avenue

Miami, FL, 33182

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.53

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 324  **Nonpriority creditor's name and mailing address**

Alisa Gonzalez
2356 63rd St

Brooklyn, NY, 11204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.05

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 325  **Nonpriority creditor's name and mailing address**

Alisay moore
644 East 45th Street, house

Los Angeles, CA, 90011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 56.92

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 326  **Nonpriority creditor's name and mailing address**

Alisha Hessing
305 Rolling Meadow Court

Anna, TX, 75409

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.96

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number (if known)_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 327   **Nonpriority creditor's name and mailing address**

Alison  Vargas
1345 East Puente Street

Covina, CA, 91724

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 1.00

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 328   **Nonpriority creditor's name and mailing address**

Alison Cykana
4022 Toban Drive

Madison, WI, 53704

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers with Outstanding Deposits

$ 15.81

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 329   **Nonpriority creditor's name and mailing address**

Alison MacWilliams
10925 Parkway Court

Plymouth, IN, 46563

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers with Outstanding Deposits

$ 101.97

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 330   **Nonpriority creditor's name and mailing address**

Alissa Scott
313 Angela dr

Burleson, TX, 76028

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers with Outstanding Deposits

$ 19.99

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 331   **Nonpriority creditor's name and mailing address**

allan bennerson
36 Linden Street, C 8

Brooklyn, NY, 11221

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers with Outstanding Deposits

$ 57.98

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    One Thing Sales, LLC
_____
Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.332** Nonpriority creditor's name and mailing address

Allan Bennett
2914 Blankenship Loop Southwest

Lilburn, GA, 30047

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 302.05

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.333** Nonpriority creditor's name and mailing address

Allan Glover III
1802 Galahad Lane

Arlington, TX, 76014-1533

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 209.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.334** Nonpriority creditor's name and mailing address

Allan Pascua
15150 SW 167th St

Miami, FL, 33187-0806

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 18.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.335** Nonpriority creditor's name and mailing address

Allan Punsalan
178-19 69th Avenue

Fresh Meadows, NY, 11365

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 48.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.336** Nonpriority creditor's name and mailing address

Allan Ritumban
8315 HIGHRIDGE PL

RANCHO CUCAMONGA, CA, 91730

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 85.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_ _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.337** Nonpriority creditor's name and mailing address

Allandale Pequet
12086 Ash Ave

Orosi, CA, 93647-2629

**As of the petition filing date, the claim is:** $ 29.07
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.338** Nonpriority creditor's name and mailing address

Alle Wong
9513 Blue Mountain Way

Sacramento, CA, 95829

**As of the petition filing date, the claim is:** $ 28.26
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.339** Nonpriority creditor's name and mailing address

Allen Cook
478North 2nd Street

Nashville, TN, 37207

**As of the petition filing date, the claim is:** $ 42.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.340** Nonpriority creditor's name and mailing address

Allen Ge
3601 KESWICK CT

SAN JOSE, CA, 95127

**As of the petition filing date, the claim is:** $ 209.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.341** Nonpriority creditor's name and mailing address

allen mayhew
19 Racine Court

Greenville, SC, 29617-1717

**As of the petition filing date, the claim is:** $ 50.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Sure Thing Sales, LLC
_____
Name

_____
Case number (if known)

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.**342 **Nonpriority creditor's name and mailing address**

Allen Peacock
206 Redfern Street

Hamilton, NJ, 8610

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 40.50

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.**343 **Nonpriority creditor's name and mailing address**

Allen Sao
29 Troy Street

Lowell, MA, 1851

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 138.10

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.**344 **Nonpriority creditor's name and mailing address**

Allen Sturtevant
77 W Harmony St

Penns Grove, NJ, 08069-1320

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.**345 **Nonpriority creditor's name and mailing address**

Allen Sullivan
2220 160th Ave Ct E

Sumner, WA, 98391

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.52

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.**346 **Nonpriority creditor's name and mailing address**

allen to
21612 audubon way

lake forest, CA, 92630

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC.
          Name                                                    Case number (if known)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 347    **Nonpriority creditor's name and mailing address**

Alliance Entertainment
8201 Peters Rd. - Suite 1000

Plantation, FL, 33324

**As of the petition filing date, the claim is:**    $ 767.11
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 348    **Nonpriority creditor's name and mailing address**

Allie Willson
537 South Court Street

medina, OH, 44256

**As of the petition filing date, the claim is:**    $ 28.81
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 349    **Nonpriority creditor's name and mailing address**

Allisa Ames
18 Oleander Drive

Stafford, VA, 22554

**As of the petition filing date, the claim is:**    $ 41.06
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 350    **Nonpriority creditor's name and mailing address**

Allison Aniloff
101 Allison rd , APT C9

Horsham, PA, 19044

**As of the petition filing date, the claim is:**    $ 21.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 351    **Nonpriority creditor's name and mailing address**

Allison Burke
135 Hilltop Acres

Yonkers, NY, 10704

**As of the petition filing date, the claim is:**    $ 7.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor    Sure Thing Sales, LLC.
          Name

Case number _(if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 352   **Nonpriority creditor's name and mailing address**

Allison Bye
162 Inglewood Street

Long Lake, MN, 55356

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.03

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 353   **Nonpriority creditor's name and mailing address**

Allison De Neufville
1602 Georgina Avenue

Santa Monica, CA, 90402

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 354   **Nonpriority creditor's name and mailing address**

Allison Metzinger
23815 Castle Peak

San Antonio, TX, 78258

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 355   **Nonpriority creditor's name and mailing address**

Allison Myers
2171 spanish moss dr

Jacksonville, FL, 32246

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 356   **Nonpriority creditor's name and mailing address**

Allison Pena
10253 Hanna Avenue

Chatsworth, CA, 91311

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.** 357   **Nonpriority creditor's name and mailing address**

Allison Teets
7264 Elm Tree Ter Apt B

Mechanicsville, VA, 23111-1248

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.71

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 358   **Nonpriority creditor's name and mailing address**

Allyson Enriquez
17 ANDREA DR

COLUMBUS, NJ, 8022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.55

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 359   **Nonpriority creditor's name and mailing address**

Allyson Riley
394 Violet Dr.

Robinson, TX, 76706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 360   **Nonpriority creditor's name and mailing address**

Allyssa Garrido
4061 Maison lane

Tracy, CA, 95377

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.16

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 361   **Nonpriority creditor's name and mailing address**

Alma Perez
203 Reynosa Ave

Bakersfield, CA, 93307-7088

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.362** Nonpriority creditor's name and mailing address

almitra colon
56 Bay 22nd St, 2fl

Brooklyn, NY, 11214

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

$ 21.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.363** Nonpriority creditor's name and mailing address

Alondra Sanchez
15959 Meadowside Street

La Puente, CA, 91744

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

$ 26.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.364** Nonpriority creditor's name and mailing address

Alonso Martinez
1850 W Lincoln Ave, Space # 30

El Centro, CA, 92243

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

$ 12.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.365** Nonpriority creditor's name and mailing address

Alora Schoenberg
9480 Virginia Center Boulevard, 330

Vienna, VA, 22181

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

$ 28.61

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.366** Nonpriority creditor's name and mailing address

Alvarez Park
1474 243rd St.

Harbor City, CA, 90710

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

$ 213.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC
         Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.367** Nonpriority creditor's name and mailing address

Alvaro Matos
11191 Langley Dr

Los Alamitos, CA, 90720

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

$ 21.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.368** Nonpriority creditor's name and mailing address

Alvin Zhang
545 Sycamore Lane, #219

Davis, CA, 95616

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

$ 53.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.369** Nonpriority creditor's name and mailing address

Alycia Knabenshue
77 Ferndale Rd N

Wayzata, MN, 55391

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

$ 92.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.370** Nonpriority creditor's name and mailing address

Alysa hallock
1010 Godwin Avenue

Chesapeake, VA, 23324

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

$ 44.51

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.371** Nonpriority creditor's name and mailing address

Alyson Hudak
27 Hemenway Rd

Framingham, MA, 01701-3134

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

$ 14.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Sure Thing Sales, LLC.
_____    _____
Name                                 Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 372  **Nonpriority creditor's name and mailing address**

Alyssa Alva
105 Oak St

Modesto, CA, 95351

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 11.99

---

**3.** 373  **Nonpriority creditor's name and mailing address**

Alyssa Clevinger
2544 W Pikes Peak Dr.

Flagstaff, AZ, 86001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 29.99

---

**3.** 374  **Nonpriority creditor's name and mailing address**

Alyssa Conine
4801 Sanger Avenue, 48

Waco, TX, 76710

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 27.04

---

**3.** 375  **Nonpriority creditor's name and mailing address**

Alyssa Freese
644 Propp Ave

Franklin Square, NY, 11010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 39.99

---

**3.** 376  **Nonpriority creditor's name and mailing address**

Alyssa Gama
2355 Adirondack Row, Unit 2

San Diego, CA, 92139

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 32.99

---

Debtor  Sure Thing Sales, LLC    Case number *(if known)*_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3. 377**  **Nonpriority creditor's name and mailing address**

Alyssa Garcia
1870 Naomi Drive

Morris, IL, 60450

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.80

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 378**  **Nonpriority creditor's name and mailing address**

Alyssa M Arteaga
3731 South Glenstone Avenue, Lot 17 A

Springfield, MO, 65804

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 379**  **Nonpriority creditor's name and mailing address**

Alyssa Mettauer
1415 N Main

BLANCHARD, OK, 73010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 380**  **Nonpriority creditor's name and mailing address**

Alyssa Moore
41930 Mayberry Avenue

Hemet, CA, 92544

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 381**  **Nonpriority creditor's name and mailing address**

Alyssa Ortisi
16300 Wysong Drive

Clinton Township, MI, 48035

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.03

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.382** **Nonpriority creditor's name and mailing address**

Alyssa Peterson
319 Pine Knoll Dr, Apt 1A

Battle Creek, MI, 49014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 23.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.383** **Nonpriority creditor's name and mailing address**

Alyssa Salinas
1012 E La Cantera Ave, Apt 4

McAllen, TX, 78503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 69.26**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.384** **Nonpriority creditor's name and mailing address**

Alyssia  Walowski
300 Fairwood Road

Bethany , CT, 6524

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 30.83**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.385** **Nonpriority creditor's name and mailing address**

Alyvia Crummy
1870 42nd St S , 304

Fargo , ND, 58103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 13.96**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.386** **Nonpriority creditor's name and mailing address**

Amabelle Lumbreras
18977 TRUCKE WAY

WALNUT, CA, 91789

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 18.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.387** Nonpriority creditor's name and mailing address

amal shindy
3257 Bernal Avenue, a

Pleasanton, CA, 94566

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.11

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.388** Nonpriority creditor's name and mailing address

Amanda  Lugo
300 Cherry St, 11H

New York, NY, 10002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.87

Basis for the claim:  Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.389** Nonpriority creditor's name and mailing address

amanda abbasi
19 River Birch DR

Kingston, GA, 30145

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.99

Basis for the claim:  Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.390** Nonpriority creditor's name and mailing address

Amanda Barnhart
13582 E HWY 40 Lot 161

SILVER SPRINGS, FL, 34488-3954

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

Basis for the claim:  Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.391** Nonpriority creditor's name and mailing address

Amanda Barrett
8 Edgewood Dr

Newnan, GA, 30263

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.83

Basis for the claim:  Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.

Name

Case number *(if known)*

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.**392**    **Nonpriority creditor's name and mailing address**

Amanda Bielefeld
W5625 County Road KK

Appleton, WI, 54915

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

3.**393**    **Nonpriority creditor's name and mailing address**

Amanda Bonela
61 Madison Avenue, Apt 1

Everett, MA, 2149

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 103.01

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

3.**394**    **Nonpriority creditor's name and mailing address**

Amanda Cabaniss
8809 Stirrup Way

Fort Worth, TX, 76244

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 54.11

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

3.**395**    **Nonpriority creditor's name and mailing address**

Amanda Chamberlain
1420 W 22nd Street

Miami Beach, FL, 33140

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 17.11

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

3.**396**    **Nonpriority creditor's name and mailing address**

Amanda Christie
6924 Chaffee Rd, Unit 21

Des Moines, IA, 50315

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor    Sure Thing Sales, LLC

Name                                                    Case number (if known)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.397**  Nonpriority creditor's name and mailing address

AMANDA ELDREDGE
707 Union Ln

Brielle, NJ, 8730

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.31

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.398**  Nonpriority creditor's name and mailing address

Amanda Harvey
212 Knight Ave

Runnemede, NJ, 8078

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.58

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.399**  Nonpriority creditor's name and mailing address

Amanda Hicks
2990 Mc Kinley Avenue

Columbus, OH, 43204

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.86

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.400**  Nonpriority creditor's name and mailing address

Amanda Johnson
4600 Old Town Dr

Winston Salem, NC, 27106

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 88.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.401**  Nonpriority creditor's name and mailing address

Amanda Massey
4484 Graystone Dr

Southaven, MS, 38671-7500

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 65.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 90 of __1682__

Debtor     Sure Thing Sales, LLC.
           Name                                                    Case number (if known)

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** **402** **Nonpriority creditor's name and mailing address**

Amanda McIntyre
3029 WINCHESTER DRIVE

Valparaiso, IN, 46383

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **403** **Nonpriority creditor's name and mailing address**

Amanda Muffley
126 Ellis Drive

Yorktown, VA, 23692

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **404** **Nonpriority creditor's name and mailing address**

Amanda Murphy
965 Bluffpoint Drive

Columbus, OH, 43235

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 88.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **405** **Nonpriority creditor's name and mailing address**

Amanda Plaugher
3825 Yamala Court

Orlando, FL, 32826

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **406** **Nonpriority creditor's name and mailing address**

Amanda Quinn
7005 Atlantic Ave

Virginia Beach, VA, 23451

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                                    Case number (if known)

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 407  **Nonpriority creditor's name and mailing address**

AMANDA ROME
159A Megan Drive

Houma, LA, 70364

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.18

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 408  **Nonpriority creditor's name and mailing address**

Amanda Rusk
2211 North 21st Street

Lafayette, IN, 47904

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.90

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 409  **Nonpriority creditor's name and mailing address**

Amanda Russell
11802 Southwest 83rd Drive

Lake Butler, FL, 32054

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.94

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 410  **Nonpriority creditor's name and mailing address**

Amanda Santiago
344 E Markison Ave

Columbus, OH, 43207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 44.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 411  **Nonpriority creditor's name and mailing address**

Amanda Siler
8048 Montague Ct

Glen Burnie, MD, 21061

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.79

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.                                Case number *(if known)*_____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3. 412**   **Nonpriority creditor's name and mailing address**

Amanda Van Horn
101 Pacific Ave

Sharpsburg, GA, 30277

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 413**   **Nonpriority creditor's name and mailing address**

Amani Tovar
22045 West Lakeland Trail

Plainfield, IL, 60544

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.55

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 414**   **Nonpriority creditor's name and mailing address**

Amari Guzman
600 West 26th Street

Norfolk, VA, 23517

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.71

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 415**   **Nonpriority creditor's name and mailing address**

Amari Virginia Hopkins
26 Watermill Ct

Stafford, VA, 22556

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 416**   **Nonpriority creditor's name and mailing address**

Amaya Culbertson
6366 Bonnie View Drive

San Diego, CA, 92119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.62

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page 93 of ___1682

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_ _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.** 417  **Nonpriority creditor's name and mailing address**

amber  rauhut
2323 Island View Drive

West Bloomfield Township, MI, 48324

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 418  **Nonpriority creditor's name and mailing address**

Amber Case
17945 Blue Creek Court

Reno, NV, 89508

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 41.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 419  **Nonpriority creditor's name and mailing address**

Amber Case
17945 Blue Creek Ct

Reno, NV, 89508

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.05

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 420  **Nonpriority creditor's name and mailing address**

Amber Champion
1 MacArthur Blvd, Apt 616

Haddon Township, NJ, 8108

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 54.36

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 421  **Nonpriority creditor's name and mailing address**

Amber Franks
3939 NW 85TH TER, APT. D

Kansas City, MO, 64154

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 56.58

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.  Case number *(if known)*
_____
Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3.  **422**  **Nonpriority creditor's name and mailing address**

Amber Li
16816 East Maplewood DR

Aurora, CO, 80016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.62

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3.  **423**  **Nonpriority creditor's name and mailing address**

Amber Marie Mize
320 Ridgewood ave, D1

Gainesville, GA, 30501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.88

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3.  **424**  **Nonpriority creditor's name and mailing address**

Amber Riley
214 North Mimosa Lane

Bridgeport, WV, 26330

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 550.91

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3.  **425**  **Nonpriority creditor's name and mailing address**

Amber Roscoe-Diaz
6708 Mountain Hawk Loop NE

Rio Rancho, NM, 87144

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.90

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3.  **426**  **Nonpriority creditor's name and mailing address**

Amber Silberberger
9235 Gamma Ln

Montague, CA, 96064

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.61

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor    Sure Thing Sales, LLC.
_____    Case number (if known)_____
Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.427  Nonpriority creditor's name and mailing address**

Amber Slachta
2121 S Terripin Cir

mesa, AZ, 85209

**As of the petition filing date, the claim is:**  $ 84.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.428  Nonpriority creditor's name and mailing address**

Amber Vanadore
23 Riverplace Drive

Greenville, SC, 29611

**As of the petition filing date, the claim is:**  $ 296.79
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.429  Nonpriority creditor's name and mailing address**

Amber Villalobos
11457 Loch Lomond Drive

Whittier, CA, 90606

**As of the petition filing date, the claim is:**  $ 22.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.430  Nonpriority creditor's name and mailing address**

Amber West
509 E Valencia Ave, A

Burbank, CA, 91501-2571

**As of the petition filing date, the claim is:**  $ 26.45
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.431  Nonpriority creditor's name and mailing address**

Amelia Goncalves
86 Caroline Dr.

Taunton, MA, 2780

**As of the petition filing date, the claim is:**  $ 39.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number _(if known)_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 432   **Nonpriority creditor's name and mailing address**

Amelia Orozco
310 Carol Dr

Grand Prairie, TX, 75052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.99

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 433   **Nonpriority creditor's name and mailing address**

American Express
PO Box 1270

Newark, NJ, 07101-1270

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 135,332.74

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 434   **Nonpriority creditor's name and mailing address**

Amia Janae Warren
1888 McCullough Drive

Lexington, KY, 40511

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.65

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 435   **Nonpriority creditor's name and mailing address**

Amida Fulmer
127 Hammock Road

Trussville, AL, 35173

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.98

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 436   **Nonpriority creditor's name and mailing address**

Amir Kondolojy
15044 Greenmount dr

Woodbridge, VA, 22193

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 76.30

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Debtor    Sure Thing Sales, LLC.
Name

_____    Case number (if known)_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 437    **Nonpriority creditor's name and mailing address**

Amman Gerald
3512 Sudbury Lane

Louisville, KY, 40220

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.62

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 438    **Nonpriority creditor's name and mailing address**

Ammy Concepcion
426 W Osceola Ave

Clewiston, FL, 33440

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 439    **Nonpriority creditor's name and mailing address**

Amy Agosto
1129 Stratford Avenue, Ground Floor

The Bronx, NY, 10472

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 440    **Nonpriority creditor's name and mailing address**

Amy Aleksiev
1541 Onyx Circle

Longmont, CO, 80504

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 441    **Nonpriority creditor's name and mailing address**

amy calle
134-50 58th ave, 1

flushing, NY, 11355

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 152.41

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC
_____    Case number _(if known)_____
Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 442    **Nonpriority creditor's name and mailing address**

Amy Castronovo
1367 KENORA PL

Escondido, CA, 92027

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.99

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 443    **Nonpriority creditor's name and mailing address**

Amy Chan
12104 Hallwood Drive

El Monte, CA, 91732

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.48

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 444    **Nonpriority creditor's name and mailing address**

AMY COX
2001 AZALEA DR

VALDOSTA, GA, 31602

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 445    **Nonpriority creditor's name and mailing address**

Amy Failor
3563 Orrstown Rd

Orrstown, PA, 17244

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 44.51

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 446    **Nonpriority creditor's name and mailing address**

Amy Golden-Bouchard
63 Boutelle Rd

Bangor, ME, 04401-5842

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.65

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.447** Nonpriority creditor's name and mailing address

Amy Guo
1156 Harold Rd

District of North Vancouver, BC, V7K1G3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.18

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.448** Nonpriority creditor's name and mailing address

Amy Ho
8008 Emerson PL

Rosemead, CA, 91770

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.449** Nonpriority creditor's name and mailing address

Amy Johnson
1721 Flores Street

Seaside, CA, 93955

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.39

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.450** Nonpriority creditor's name and mailing address

Amy L Purvis
2299 7th avenue

MILTON, WA, 98354

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.451** Nonpriority creditor's name and mailing address

Amy Lopez
202 Ten Eyck Walk, 2B

Brooklyn, NY, 11206

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Sure Thing Sales, LLC.
        Name                                                    Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.452** Nonpriority creditor's name and mailing address

Amy Matlock
15825 Quorum Dr, Apt 2130

ADDISON, TX, 75001-3486

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 131.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.453** Nonpriority creditor's name and mailing address

AMY MURDOCK
849 W. ABBEY DR.

MEDINA, OH, 44256

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.80

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.454** Nonpriority creditor's name and mailing address

Amy Nobles
125 W Main St

Dryden, NY, 13053

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.455** Nonpriority creditor's name and mailing address

Amy Page
1419 Poplar Street

Lebanon, PA, 17042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.456** Nonpriority creditor's name and mailing address

Amy Povick
4211 South 94th Street

Greenfield, WI, 53228

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F           Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.**__457__  **Nonpriority creditor's name and mailing address**

Amy Rockey
1804 Stonecrest Ct

North Chesterfield, VA, 23236

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.99

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**__458__  **Nonpriority creditor's name and mailing address**

Amy Tran
5010 Southeast 114th Avenue

Portland, OR, 97266

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 35.99

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**__459__  **Nonpriority creditor's name and mailing address**

Amy Williamson
29 Lake Village Court

Johnson City, TN, 37601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.13

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**__460__  **Nonpriority creditor's name and mailing address**

Amy Yaskoff
7543 Loop St

Navarre, FL, 32566

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.98

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**__461__  **Nonpriority creditor's name and mailing address**

Amy Zeng
3872 Stone Pointe Way

Pleasanton, CA, 94588

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 213.87

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

3.462    **Nonpriority creditor's name and mailing address**

An Vo
24800 Townsend Ave

Hayward, CA, 94544

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.463    **Nonpriority creditor's name and mailing address**

Ana Cestero
1827 Ryon Falls Dr

Richmond, TX, 77469

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.464    **Nonpriority creditor's name and mailing address**

Ana cubilla
4203 South 19th Street

Omaha, NE, 68107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.465    **Nonpriority creditor's name and mailing address**

Ana G Rios
3018 NW Port Ave

Lincoln City, OR, 97367-4707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.466    **Nonpriority creditor's name and mailing address**

Ana Li
10676 Ellen St

El Monte, CA, 91731

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 106.68

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor        Sure Thing Sales, LLC.                                    Case number *(if known)*
              Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3. 467** **Nonpriority creditor's name and mailing address**

Ana Michelle Gomez
125 Crosspoint Road, Apt 8204

Boerne, TX, 78006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.46

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred                    ☑ No
                                                    ☐ Yes
Last 4 digits of account number

---

**3. 468** **Nonpriority creditor's name and mailing address**

Ana Michelle Gomez
125 Crosspoint Road, Apt 8204

Boerne, TX, 78006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred                    ☑ No
                                                    ☐ Yes
Last 4 digits of account number

---

**3. 469** **Nonpriority creditor's name and mailing address**

Ana Rivera
2553 W Catalina Dr

Phoenix, AZ, 85017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.57

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred                    ☑ No
                                                    ☐ Yes
Last 4 digits of account number

---

**3. 470** **Nonpriority creditor's name and mailing address**

Ana Sanchez
6257 Columbus Ave, 6257 Columbus Ave

Van Nuys, CA, 91411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.83

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred                    ☑ No
                                                    ☐ Yes
Last 4 digits of account number

---

**3. 471** **Nonpriority creditor's name and mailing address**

Ana Valdes Behrens
6486 W 80th Dr Unit B

Arvada, CO, 80003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred                    ☑ No
                                                    ☐ Yes
Last 4 digits of account number

---

Debtor    Sure Thing Sales, LLC.                    Case number *(if known)*_____

    Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 472  **Nonpriority creditor's name and mailing address**

Ana Valdes Behrens
6486 W 80th Dr Unit B

Arvada, CO, 80003

**As of the petition filing date, the claim is:**    $ 37.75
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 473  **Nonpriority creditor's name and mailing address**

Ana Vallejo
11400 Culver Blvd, 11

Los Angeles, CA, 90066

**As of the petition filing date, the claim is:**    $ 41.59
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 474  **Nonpriority creditor's name and mailing address**

Anabel Hill
20316 Hunt Club Dr

Harper Woods, MI, 48225

**As of the petition filing date, the claim is:**    $ 31.79
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 475  **Nonpriority creditor's name and mailing address**

Anais Rivera
2620 Centennial Court

Duluth, GA, 30096

**As of the petition filing date, the claim is:**    $ 15.89
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 476  **Nonpriority creditor's name and mailing address**

Anas Rahman
4305 47 Street, Apt A22

Sunnyside, NY, 11104

**As of the petition filing date, the claim is:**    $ 65.31
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC.
        Name                                    Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.477** **Nonpriority creditor's name and mailing address**

Anastasia Evseeva
22 Old Ranch Road

Laguna Niguel, CA, 92677

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 87.97

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.478** **Nonpriority creditor's name and mailing address**

Anastasiia Osypova
2562 Seymour Avenue

The Bronx, NY, 10469

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 52.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.479** **Nonpriority creditor's name and mailing address**

Andi Kausch
208 CLEVELAND LN

PRINCETON, NJ, 8540

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12.78

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.480** **Nonpriority creditor's name and mailing address**

Andi Nguyen
10281 Empress Ave

San Diego, CA, 92126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29.08

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.481** **Nonpriority creditor's name and mailing address**

andre fuller
7044 DARTMOUTH AVE

UNIVERSITY CITY, MO, 63130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor _____
        Sure Thing Sales, LLC.
        Name

        Case number _(if known)_ _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 482   **Nonpriority creditor's name and mailing address**

Andre Robles
6301 Ming Ave, apt. 69

Bakersfield, CA, 93309

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 24.99

---

**3.** 483   **Nonpriority creditor's name and mailing address**

Andre Santiago
2620 Fatemeh Circle

Anchorage, AK, 99507

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 26.99

---

**3.** 484   **Nonpriority creditor's name and mailing address**

Andre West
506 Marinella Aisle

Irvine, CA, 92606

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 64.64

---

**3.** 485   **Nonpriority creditor's name and mailing address**

Andrea Aguilar
631 Sandalwood Dr

El Cajon, CA, 92021

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 16.22

---

**3.** 486   **Nonpriority creditor's name and mailing address**

Andrea Aleman
2719 Logan Drive

Mansfield, TX, 76063

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 39.99

---

Debtor    Sure Thing Sales, LLC.                                    Case number *(if known)*
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.**487  **Nonpriority creditor's name and mailing address**

Andrea Cruz
10455 Allenby Street

Riverside, CA, 92505

**As of the petition filing date, the claim is:**    $ 32.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.**488  **Nonpriority creditor's name and mailing address**

Andrea Haywood
145 Pebble Court

Pike Road, AL, 36064

**As of the petition filing date, the claim is:**    $ 26.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.**489  **Nonpriority creditor's name and mailing address**

andrea nava
1789 ARMAND DR

MILPITAS, CA, 95035

**As of the petition filing date, the claim is:**    $ 45.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.**490  **Nonpriority creditor's name and mailing address**

Andrea Ortega
8301 Mesa RD

Santee, CA, 92071

**As of the petition filing date, the claim is:**    $ 9.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.**491  **Nonpriority creditor's name and mailing address**

Andrea Przybylski
7015 Forest Meadow

San Antonio, TX, 78240

**As of the petition filing date, the claim is:**    $ 189.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.492**  **Nonpriority creditor's name and mailing address**

Andres Acosta
4133 Durfee Avenue

Pico Rivera, CA, 90660

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.22

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.493**  **Nonpriority creditor's name and mailing address**

Andres Gutierrez
3004 South L Street

Oxnard, CA, 93033

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.494**  **Nonpriority creditor's name and mailing address**

Andres Landeros
4050 N CENTRAL AVE

CHICAGO, IL, 60634-1832

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 54.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.495**  **Nonpriority creditor's name and mailing address**

Andres Lopez
1201 West Pottery Street

Lake Elsinore, CA, 92530

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 101.97

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.496**  **Nonpriority creditor's name and mailing address**

Andres Luna
719 East 40th Place, Apt 8

Los Angeles, CA, 90011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 191.62

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name                                                                    Case number *(if known)*_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3. 497**    **Nonpriority creditor's name and mailing address**

Andres S Perez
805 24 Ave. Apt. F

Santa Cruz, CA, 95062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 76.44

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 498**    **Nonpriority creditor's name and mailing address**

Andres Valbuena
1321 Porter Street, A

Richmond, VA, 23224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.71

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 499**    **Nonpriority creditor's name and mailing address**

Andres Vazquez
4734N 79TH Dr

Phoenix, AZ, 85033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 500**    **Nonpriority creditor's name and mailing address**

Andrew  Chau
13431 Wynant Dr

Garden Grove, CA, 92844

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 501**    **Nonpriority creditor's name and mailing address**

Andrew  J  Glidewell
121 E Tenny Ave

Louisville, KY, 40214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 120.00

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
Name _____   Case number _(if known)_ _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.502** Nonpriority creditor's name and mailing address

Andrew  Park
827 Whitewater Drive

Fullerton, CA, 92833

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 24.99

---

**3.503** Nonpriority creditor's name and mailing address

Andrew  Ramos
1641 W Monte Vista Ave

VISALIA, CA, 93277-7332

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 400.00

---

**3.504** Nonpriority creditor's name and mailing address

Andrew  Thomas Azud
231 Adeline Drive

Westminster, MD, 21157

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 37.99

---

**3.505** Nonpriority creditor's name and mailing address

Andrew  Ward
3187 Bellevue Avenue, Apt B6

Syracuse, NY, 13219

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 29.98

---

**3.506** Nonpriority creditor's name and mailing address

Andrew Albrecht
2224 broadhead Place

Lexington, KY, 40515

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 34.97

---

Debtor    Sure Thing Sales, LLC.
Name                                          Case number *(if known)*

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 507  **Nonpriority creditor's name and mailing address**

Andrew Alguera
25 Starlight Ct

West Babylon, NY, 11704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.42

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 508  **Nonpriority creditor's name and mailing address**

andrew aros
13940 leedy ave.

sylmar, CA, 91342

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 509  **Nonpriority creditor's name and mailing address**

Andrew Avila
3828 Tahiti Ln

Modesto, CA, 95356

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.75

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 510  **Nonpriority creditor's name and mailing address**

Andrew Bartholet
11 OAK DR

STONINGTON, CT, 6378

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 296.79

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 511  **Nonpriority creditor's name and mailing address**

Andrew Belleza
2010 Ardmore Ave, Apt 74

Fort Wayne, IN, 46802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.06

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC
         Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** _512_  **Nonpriority creditor's name and mailing address**

Andrew Bennett
300 Prairie Avenue

Bozeman, MT, 59718

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** _513_  **Nonpriority creditor's name and mailing address**

Andrew Bogdan
616 Union Mills Road

Broadalbin, NY, 12025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** _514_  **Nonpriority creditor's name and mailing address**

Andrew Brooks
320 McHenry Rd, Unit 20

Glendale, CA, 91206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** _515_  **Nonpriority creditor's name and mailing address**

Andrew Bruck
2335 Washington St, 302

San Francisco, CA, 94115

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 253.46

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** _516_  **Nonpriority creditor's name and mailing address**

Andrew Bullen
1178 Boyds Corner RD

Middletown, DE, 19709

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

| Debtor | Sure Thing Sales, LLC. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 517   **Nonpriority creditor's name and mailing address**

Andrew Burnette
2925 Camden Drive

West Chicago, IL, 60185

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 109.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 518   **Nonpriority creditor's name and mailing address**

Andrew Chavez
17375 Via Calma

Tustin, CA, 92780

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.92

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 519   **Nonpriority creditor's name and mailing address**

andrew cleair
1424 Elm St

Fort Collins, CO, 80521

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.95

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 520   **Nonpriority creditor's name and mailing address**

Andrew Cook
863 Highlander Trail

Hudson, WI, 54016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 521   **Nonpriority creditor's name and mailing address**

Andrew Cooklin
1603 Pcr 800

Perryville, MO, 63775

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.78

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  Sure Thing Sales, LLC.
         Name                                    Case number (if known)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3.**522** Nonpriority creditor's name and mailing address

Andrew Defenbaugh
4545 East Arapahoe Place

Centennial, CO, 80122

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3.**523** Nonpriority creditor's name and mailing address

ANDREW DEMAYO
401 WOLFE ST

VALLEJO, CA, 94590

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3.**524** Nonpriority creditor's name and mailing address

Andrew Elliott
37908 Greenwich St

Clinton Township, MI, 48036

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 99.98

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3.**525** Nonpriority creditor's name and mailing address

Andrew Escobar
5437 GEYSER AVE

Tarzana, CA, 91356

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 93.06

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3.**526** Nonpriority creditor's name and mailing address

Andrew Feller
8400 Metronome Drive

Raleigh, NC, 27613

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.38

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
         Name                                          Case number (if known)

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.527** Nonpriority creditor's name and mailing address

Andrew Gutierrez
5216 North Muscatel Avenue

San Gabriel, CA, 91776

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 62.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.528** Nonpriority creditor's name and mailing address

Andrew Hensarling
7664 Apple Valley Road

Germantown, TN, 38138

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.16

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.529** Nonpriority creditor's name and mailing address

Andrew Hoefer
7109 Old Harbor Avenue

Anchorage, AK, 99504

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 104.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.530** Nonpriority creditor's name and mailing address

Andrew J Richards
16375 Parkwood Dr

Macomb, MI, 48044-3220

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.96

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.531** Nonpriority creditor's name and mailing address

Andrew Jacobs
3221 Florence Avenue

Steger, IL, 60475

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 50.12

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC
         Name                                            Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.** 532   **Nonpriority creditor's name and mailing address**

Andrew Kooser
7608 HALSEY ST, APT 203

LENEXA, KS, 66216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 533   **Nonpriority creditor's name and mailing address**

Andrew Le
208 Adams ave

Biloxi, MS, 39531

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 17.11

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 534   **Nonpriority creditor's name and mailing address**

Andrew Lewis
13805 10th Terrace

Grandview, MO, 64030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 119.45

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 535   **Nonpriority creditor's name and mailing address**

Andrew Masi
12838 W. Segovia Dr.

Litchfield Park, AZ, 85340

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.02

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 536   **Nonpriority creditor's name and mailing address**

Andrew Mersel
11 Cypress Ct.

Bordentown, NJ, 8505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.93

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|--------|------------------------|--------------------------|
|        | Name                   |                          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 537  **Nonpriority creditor's name and mailing address**

Andrew Mihalkovic
2865 Einstein Dr

Virginia Beach, VA, 23456

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 15.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 538  **Nonpriority creditor's name and mailing address**

Andrew Miller
10916 Tesson Ferry Road

St. Louis, MO, 63123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 34.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 539  **Nonpriority creditor's name and mailing address**

Andrew Moore
9064 Brandywine

Northfield, OH, 44067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 14.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 540  **Nonpriority creditor's name and mailing address**

Andrew Morris
3019 35th Ave

Rock Island, IL, 61201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 24.95

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 541  **Nonpriority creditor's name and mailing address**

Andrew Munoz
13662 Beckner Street

La Puente, CA, 91746

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 27.48

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name _____    Case number _(if known)_ _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. 542  **Nonpriority creditor's name and mailing address**

Andrew Nguyen
11245 E Ulysses Ave

Mesa, AZ, 85212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.55

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 543  **Nonpriority creditor's name and mailing address**

Andrew Nielson
824 Rim View Ln E

Twin Falls, ID, 83301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 544  **Nonpriority creditor's name and mailing address**

Andrew O'Laughlin
48 Vogel Circle

Arnold, MO, 63010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.91

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 545  **Nonpriority creditor's name and mailing address**

Andrew Patton
710 Berkeley Ave.

Orange, NJ, 7050

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 409.94

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 546  **Nonpriority creditor's name and mailing address**

Andrew Ramirez
3055 Cudahy St

Huntington Park, CA, 90255

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.13

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      Sure Thing Sales, LLC.
            Name                                    Case number _(if known)_____

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 547    **Nonpriority creditor's name and mailing address**

Andrew Roman
2901 Virginia ave, 10

Bakersfield, CA, 93307

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 42.21

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 548    **Nonpriority creditor's name and mailing address**

Andrew Ruelas
2756 East Hickory Street

Gilbert, AZ, 85298

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 49.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 549    **Nonpriority creditor's name and mailing address**

Andrew Salgado
1541 COVE DR

PROSPECT HEIGHTS, IL, 60070

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27.61

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 550    **Nonpriority creditor's name and mailing address**

andrew sirianni
8223 Southeast 71st Street

Mercer Island, WA, 98040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 149.90

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 551    **Nonpriority creditor's name and mailing address**

Andrew Smith
500 locust st

Burdett, KS, 67523

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 57.61

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor   Sure Thing Sales, LLC.

Name

Case number (if known)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 552   **Nonpriority creditor's name and mailing address**

Andrew Swailes
16450 Macon Street, Apt. 301

CLERMONT, FL, 34714

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 15.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 553   **Nonpriority creditor's name and mailing address**

Andrew Vu
5567 Annandale Place

Corona, CA, 92880

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 554   **Nonpriority creditor's name and mailing address**

Andrew Wlodyga
6647 Hanna Ct

Byron, MI, 48418

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 555   **Nonpriority creditor's name and mailing address**

Andrew Wong
157 Crestmount Ave, 1

Tonawanda, NY, 14150

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 58.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 556   **Nonpriority creditor's name and mailing address**

Andrew Wright
3365 Diego Bay Circle

Las Vegas, NV, 89117

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
        Name                    Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.**557  **Nonpriority creditor's name and mailing address**

Andrew Yen
14561 Manchester Ave

Chino, CA, 91710-6969

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 267.96

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**558  **Nonpriority creditor's name and mailing address**

Andrew Yenco
5046 Relleum Avenue

Cincinnati, OH, 45238

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**559  **Nonpriority creditor's name and mailing address**

Andria Hoover
8031 California Ave SW

Seattle, WA, 98136

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**560  **Nonpriority creditor's name and mailing address**

andrieth martinez
urb.las monjitas calle novicia 328

PONCE, PR, 730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**561  **Nonpriority creditor's name and mailing address**

Andy Craig
235 e hale st

Ridgeway, OH, 43345

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 134.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor ___Sure Thing Sales, LLC_____ Case number _(if known)_____
Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

3. 562 **Nonpriority creditor's name and mailing address**

Andy Cruz
10810 Odyssey Court

Houston, TX, 77099

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

3. 563 **Nonpriority creditor's name and mailing address**

Andy De Santiago
158 N 13th Ave, Apt. C

Upland, CA, 91786

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

3. 564 **Nonpriority creditor's name and mailing address**

Andy Everett
232 Oakwood Drive

Layton, UT, 84040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.88

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

3. 565 **Nonpriority creditor's name and mailing address**

Andy Gilles
592 Sunset Ave

Keizer, OR, 97303

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 389.94

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

3. 566 **Nonpriority creditor's name and mailing address**

Andy Gomez
8045 Sw 107 Ave, Apt.316

Miami, FL, 33173

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.44

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.567** Nonpriority creditor's name and mailing address

Andy Leung
3315 Del Mar Avenue, B

Rosemead, CA, 91770

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 106.66

---

**3.568** Nonpriority creditor's name and mailing address

Andy Lopez
12401 Tierra Ana Court

El Paso, TX, 79938

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 74.66

---

**3.569** Nonpriority creditor's name and mailing address

Andy McGrath
8318 Robey Ave

Annandale, VA, 22003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 11.99

---

**3.570** Nonpriority creditor's name and mailing address

Andy Melgar
16503 MOUNT HOPE DR

Cypress, TX, 77433

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 41.11

---

**3.571** Nonpriority creditor's name and mailing address

Andy Nguyen
1125 9th Street

San Leon, TX, 77539

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 65.99

---

| Debtor | Sure Thing Sales, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.572  Nonpriority creditor's name and mailing address**

Andy Nguyen
930 Ball Avenue

Escondido, CA, 92026

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 329.94

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.573  Nonpriority creditor's name and mailing address**

andy wong
8621 Greylag way

Elk Grove, CA, 95757

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 227.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.574  Nonpriority creditor's name and mailing address**

Aneth Tirado
434 SECT. NOGUERAS

CIDRA, PR, 739

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.575  Nonpriority creditor's name and mailing address**

Angel Alvarez
10430 Cr 800

Royse City, TX, 75189

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.576  Nonpriority creditor's name and mailing address**

Angel Camarillo
2705 Seine Ave

Highland, CA, 92346

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.54

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  Sure Thing Sales, LLC    Case number *(if known)*
_____
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 577  **Nonpriority creditor's name and mailing address**

Angel Cebreros
649 Erica Street

Escondido, CA, 92027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 41.99

---

**3.** 578  **Nonpriority creditor's name and mailing address**

angel hernandez
131 Saint Nicholas Avenue

New York, NY, 10026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 78.99

---

**3.** 579  **Nonpriority creditor's name and mailing address**

Angel Herrera
1501 Barlow Ave

Dallas, TX, 75224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 28.13

---

**3.** 580  **Nonpriority creditor's name and mailing address**

Angel Medina
45 St James St

West Hartford, CT, 6119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 85.07

---

**3.** 581  **Nonpriority creditor's name and mailing address**

Angel Mendez
2907 Brighton Ave

Los Angeles, CA, 90018-3123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 39.39

---

Debtor  Sure Thing Sales, LLC
        Name                                              Case number *(if known)*

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.582**  **Nonpriority creditor's name and mailing address**

Angel Quintero
1414 South Eastern Avenue

Commerce, CA, 90040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 16.53**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.583**  **Nonpriority creditor's name and mailing address**

Angel Soto
200 Mill St, APT. B6

Belleville, NJ, 7109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 14.92**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.584**  **Nonpriority creditor's name and mailing address**

Angel Soto
P. O. Box 2077

Hatillo, PR, 659

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 33.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.585**  **Nonpriority creditor's name and mailing address**

Angel Valerio
10250 Spencer Street, 1102

Las Vegas, NV, 89183

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 11.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.586**  **Nonpriority creditor's name and mailing address**

Angel Vazquez
4808 Blue Springs Dr

Nashville, TN, 37211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 36.04**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC                                    Case number (if known)
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.**587  **Nonpriority creditor's name and mailing address**

Angel Velasquez
3837 Hellman ave

Los ?°ngeles, CA, 90032

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.13

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**588  **Nonpriority creditor's name and mailing address**

Angela Brown
143 Margate Drive, Address 2

Albany, GA, 31721

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**589  **Nonpriority creditor's name and mailing address**

Angela Emmons
7365 North Peppermill Way

Boise, ID, 83714

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.61

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**590  **Nonpriority creditor's name and mailing address**

Angela Kelly
123 Trailwood Avenue

Aiken, SC, 29803

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**591  **Nonpriority creditor's name and mailing address**

Angela Pham
1011 South Main Street, APT 4601

Carrollton, TX, 75006

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 99.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____    Case number *(if known)*_____
Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 592  **Nonpriority creditor's name and mailing address**

Angela Pluck
19972 New Rome Road

Nevada City, CA, 95959

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 593  **Nonpriority creditor's name and mailing address**

Angela Simpkins
1550 Jasmine Trail

Sevierville, TN, 37862

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 594  **Nonpriority creditor's name and mailing address**

Angela Yan
260 Clara Terrace

Fremont, CA, 94539

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.89

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 595  **Nonpriority creditor's name and mailing address**

Angelia Ouk
4930n North Drake Avenue

Chicago, IL, 60625

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 596  **Nonpriority creditor's name and mailing address**

Angelica  Siangco
4231 Shady River

Missouri City, TX, 77459

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.86

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.                    Case number (if known)_____
         Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3.**597** Nonpriority creditor's name and mailing address

Angelica Buckley
3005 Rugeley St

Bay City, TX, 77414

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.22

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3.**598** Nonpriority creditor's name and mailing address

Angelica Cain
P.O. Box 733

Howland, ME, 4448

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.53

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3.**599** Nonpriority creditor's name and mailing address

Angelica Pearson
20216 south mountain road

Santa paula , CA, 93060

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.05

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3.**600** Nonpriority creditor's name and mailing address

Angelica Shoemaker
149 Eckenrode Rd

Loretto, PA, 15940

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3.**601** Nonpriority creditor's name and mailing address

Angelika Sobilo
628 Humboldt St, 2

Brooklyn, NY, 11222

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.

Name

Case number *(if known)*_____

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 602  **Nonpriority creditor's name and mailing address**

Angelina Ayvazyan
17450 Weddington Street

Los Angeles, CA, 91316

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 42.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 603  **Nonpriority creditor's name and mailing address**

Angelina Buscaglia
143 Brendan Avenue

Buffalo, NY, 14217

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 604  **Nonpriority creditor's name and mailing address**

angelina sirico
643 Parakeet Court, 643

Kissimmee, FL, 34759

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 202.16

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 605  **Nonpriority creditor's name and mailing address**

Angelina Ulaj
7323 State Rte 55

Neversink, NY, 12765

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 45.35

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 606  **Nonpriority creditor's name and mailing address**

Angeline Salva
6824 Trovita Way

Citrus Heights, CA, 95610

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 58.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                                    Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. 607    **Nonpriority creditor's name and mailing address**

Angelique Gatti
401 Prospect Avenue, Apt 2

Brooklyn, NY, 11215

**As of the petition filing date, the claim is:**          $ 40.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
**Date or dates debt was incurred**    _____    ☑ No
**Last 4 digits of account number**    _____    ☐ Yes

---

3. 608    **Nonpriority creditor's name and mailing address**

Angelique Ramirez
7747 pioneer blvd

whittier, CA, 90606

**As of the petition filing date, the claim is:**          $ 69.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
**Date or dates debt was incurred**    _____    ☑ No
**Last 4 digits of account number**    _____    ☐ Yes

---

3. 609    **Nonpriority creditor's name and mailing address**

Angellica Carter
5361 Longhorn Trail

Gulf Breeze, FL, 32563

**As of the petition filing date, the claim is:**          $ 133.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
**Date or dates debt was incurred**    _____    ☑ No
**Last 4 digits of account number**    _____    ☐ Yes

---

3. 610    **Nonpriority creditor's name and mailing address**

Angelo Atienza
46 franklin ave

Rockaway, NJ, 7866

**As of the petition filing date, the claim is:**          $ 83.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
**Date or dates debt was incurred**    _____    ☑ No
**Last 4 digits of account number**    _____    ☐ Yes

---

3. 611    **Nonpriority creditor's name and mailing address**

Angelo Beltrame
921 Rowlett Avenue

Melrose Park, IL, 60164

**As of the petition filing date, the claim is:**          $ 22.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
**Date or dates debt was incurred**    _____    ☑ No
**Last 4 digits of account number**    _____    ☐ Yes

---

Debtor  Sure Thing Sales, LLC.                                    Case number *(if known)*_____
_____
       Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.** 612   **Nonpriority creditor's name and mailing address**

Angelo Martinez
1555 South 9th Street

Milwaukee, WI, 53204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.31

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

**3.** 613   **Nonpriority creditor's name and mailing address**

Angelo Tagliavia
1434 big bend rd, B

WAUKESHA, WI, 53189-7651

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 42.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

**3.** 614   **Nonpriority creditor's name and mailing address**

Angely  Martinez
3317 101st Street

Queens, NY, 11368

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 52.20

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

**3.** 615   **Nonpriority creditor's name and mailing address**

Angie Lacombe
15 Woods Lane

Cranston, RI, 2921

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 52.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

**3.** 616   **Nonpriority creditor's name and mailing address**

Angie Ramirez
818 Richcrest Drive, Apt 2901

Houston, TX, 77060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.53

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

Debtor    Sure Thing Sales, LLC.
          Name                                                    Case number (if known)

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.617   Nonpriority creditor's name and mailing address**

angie rivera
3832 wenonah avenue

berwyn, IL, 60402

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 99.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.618   Nonpriority creditor's name and mailing address**

Ania T. Manley
11801 Breton Court, 22C

Reston, VA, 20191

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.619   Nonpriority creditor's name and mailing address**

Anibal Rosado
62 Lower Ridgeview Circle, Unit C

East Stroudsburg, PA, 18302

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.77

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.620   Nonpriority creditor's name and mailing address**

Anika Perry
13305 Northeast 45th Street

Vancouver, WA, 98682

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.621   Nonpriority creditor's name and mailing address**

Anissa Libler
6467 N Daden Drive

Alexandria, IN, 46001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.90

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC
_____    Case number _(if known)_____
Name

| | |
|---|---|
| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.622** Nonpriority creditor's name and mailing address

Anita Beth Benkert
1245 Burr Oak Circle

Greenwood, IN, 46143

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.70

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.623** Nonpriority creditor's name and mailing address

Aniya Patterson
4307 57th Ave, Apt 4

Bladensburg, MD, 20710

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.71

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.624** Nonpriority creditor's name and mailing address

ann aldrich
209 Hawick Rd

Inwood, WV, 25428

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.625** Nonpriority creditor's name and mailing address

Ann Aldrich
209 hawick rd

Inwood, WV, 25428

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.42

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.626** Nonpriority creditor's name and mailing address

Ann Craig
2924 Swansea Cres E

Allison Park, PA, 15101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC
_____
Name

_____
Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.627** **Nonpriority creditor's name and mailing address**

ann Endsley
1121 K St

Modesto, CA, 95354

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.628** **Nonpriority creditor's name and mailing address**

Ann Palmisciano
227 George Allen rd

Chepachet, RI, 2814

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.629** **Nonpriority creditor's name and mailing address**

Ann Wymer
3409 Eryn Place

Hudson, OH, 44236

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.01

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.630** **Nonpriority creditor's name and mailing address**

Anna  Sebastianelli
22 Riverview Drive

Jessup, PA, 18434

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.631** **Nonpriority creditor's name and mailing address**

Anna Kapinos
63 Crane Avenue

Westfield, MA, 1085

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116.86

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3.632  **Nonpriority creditor's name and mailing address**

anna milagrosa
24W661 Meadow Lake Dr

Naperville, IL, 60540

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 85.11

---

3.633  **Nonpriority creditor's name and mailing address**

Anna Trenholm
4959 Wetzel dr NW

Depauw , IN, 47115

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 161.96

---

3.634  **Nonpriority creditor's name and mailing address**

anna wilcox
13829 S Vestry Rd

Draper, UT, 84020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 96.99

---

3.635  **Nonpriority creditor's name and mailing address**

Annabel Alford
18310 Hrebik Road

Stewartstown, PA, 17363

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 28.61

---

3.636  **Nonpriority creditor's name and mailing address**

Annabelle Madison
203 Sutterville cv

Austin, TX, 78717

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8.99

---

| Debtor | Sure Thing Sales, LLC. | | Case number *(if known)* |
|--------|------------------------|--|---------------------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.637 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 16.98 |
|---|---|---|

AnnaLee Dragon
21 Albany Ave, Apt C

Green Island, NY, 12183

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

| 3.638 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 47.32 |
|---|---|---|

Annalisa Villanueva
517 Forest Village Cir

La Marque, TX, 77568-1505

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

| 3.639 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 101.98 |
|---|---|---|

AnnaMae Murphy
6679 Grand Oaks Dr

Las Vegas, NV, 89156

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

| 3.640 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 618.95 |
|---|---|---|

AnnaMae Murphy
6679 Grand Oaks Dr

Las Vegas, NV, 89156

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

| 3.641 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 17.99 |
|---|---|---|

anne adamson
309 8th Street

Huntington Beach, CA, 92648

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC

Name

Case number *(if known)*

| Part 2: | Additional Page |
| --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3. **642** **Nonpriority creditor's name and mailing address**

Anne Ligas
17 South Woodland Ave

East Brunswick, NJ, 8816

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **643** **Nonpriority creditor's name and mailing address**

Anne McGuire
1261 NE Market Dr.

Fairview, OR, 97024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **644** **Nonpriority creditor's name and mailing address**

Anne Smith
91 Guygrace Lane

Webster, NY, 14580

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **645** **Nonpriority creditor's name and mailing address**

ANNE WRIGHT
310 COTTAGE AVE

HORSHAM, PA, 19044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **646** **Nonpriority creditor's name and mailing address**

Annette Lee
1102 Iron Ridge Court

Herndon, VA, 20170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 105.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC    Case number *(if known)*
_____
Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 647 | **Nonpriority creditor's name and mailing address**

annmalene Watson
3211 Pearl Street APT 502

Nacogdoches, TX, 75965

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 37.88

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.** 648 | **Nonpriority creditor's name and mailing address**

ANNYELA QUEZADA
3192 VIA VIGANELLO

Chula Vista, CA, 91914

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 25.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.** 649 | **Nonpriority creditor's name and mailing address**

Anri Ocampo
754 KIKANAI LOOP

HONOLULU, HI, 96818-4434

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 87.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.** 650 | **Nonpriority creditor's name and mailing address**

Anthea Murphy
4616 Heights Drive

Columbia Heights, MN, 55421

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 12.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.** 651 | **Nonpriority creditor's name and mailing address**

Anthony  Germanotta
3209 Capri Drive

Philadelphia, PA, 19145

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 58.31

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor    One Thing Sales, LLC
_____
Name                                    Case number (if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.652** Nonpriority creditor's name and mailing address

Anthony  Saez
2901 Utopia Drive

Miramar, FL, 33023

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 371.97

---

**3.653** Nonpriority creditor's name and mailing address

Anthony Andrews
23 Brunswick Ln, Unit B

Palm Coast, FL, 32137-3627

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 129.44

---

**3.654** Nonpriority creditor's name and mailing address

Anthony Annunziato
8403 247th Street

Bellerose, NY, 11426

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 22.99

---

**3.655** Nonpriority creditor's name and mailing address

Anthony Battaglini
2232 North McCord Road

Toledo, OH, 43615

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 26.93

---

**3.656** Nonpriority creditor's name and mailing address

Anthony Bocci
1837 N 52nd Street, BSMT

Seattle, WA, 98103

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 39.99

---

| Debtor | Sure Thing Sales, LLC. | | Case number (if known) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 657    **Nonpriority creditor's name and mailing address**

Anthony Breslin
12574 SPRINGBROOK LN SW

LAKEWOOD, WA, 98499-3356

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 74.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 658    **Nonpriority creditor's name and mailing address**

Anthony Callaway
12491 Red Fox Dr

Gulfport, MS, 39503

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 76.95

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 659    **Nonpriority creditor's name and mailing address**

Anthony Canez
63 West Maple Avenue

Heber, CA, 92249

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 660    **Nonpriority creditor's name and mailing address**

Anthony Corns
14006 Kentucky 57

Tollesboro, KY, 41189

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 661    **Nonpriority creditor's name and mailing address**

Anthony Corona
7860 Steddom Drive

Rosemead, CA, 91770

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 16.42

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
        Name

Case number _(if known)_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 662 **Nonpriority creditor's name and mailing address**

Anthony Diaz
7009 Via Bella Luna Avenue

Las Vegas, NV, 89131

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 42.25

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 663 **Nonpriority creditor's name and mailing address**

anthony diehm
313 n 875 e

Mill Creek, IN, 46365

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 664 **Nonpriority creditor's name and mailing address**

Anthony Guzman
37 CHADWICK RD

HILLSDALE, NJ, 7642

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 69.30

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 665 **Nonpriority creditor's name and mailing address**

Anthony Irineo
208 Parker Avenue, Apartment 5

Passaic, NJ, 7055

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 30.91

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 666 **Nonpriority creditor's name and mailing address**

Anthony J Gomez
240 Cabrini Blvd Apt B, 240 Cabrini Blvd Apt B

New York, NY, 10033-1128

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 76.19

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                    Case number (if known)

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

3.667   **Nonpriority creditor's name and mailing address**

Anthony Johnson
999 North Silver Springs Boulevard

Wichita, KS, 67212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.668   **Nonpriority creditor's name and mailing address**

Anthony Jones
5569 Pinehurst Ln

Columbia, MO, 65202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.669   **Nonpriority creditor's name and mailing address**

Anthony Knutson
911 E 4th St

Litchfield, MN, 55355

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 61.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.670   **Nonpriority creditor's name and mailing address**

Anthony Kukich
8734 Center Drive

North Royalton, OH, 44133

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.59

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.671   **Nonpriority creditor's name and mailing address**

Anthony Marosi
3652 Wright Brothers Avenue, 304c

Goldsboro, NC, 27534

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 85.39

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Sure Thing Sales, LLC. | Case number (if known) |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.672** Nonpriority creditor's name and mailing address

Anthony Martinez
7640 West Sunset Drive

Elmwood Park, IL, 60707

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 60.49

---

**3.673** Nonpriority creditor's name and mailing address

Anthony May
405 22nd Ave

Seattle, WA, 98122

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 29.75

---

**3.674** Nonpriority creditor's name and mailing address

anthony maybin
2268 Dutch Lane Northwest

Newark, OH, 43055

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 70.95

---

**3.675** Nonpriority creditor's name and mailing address

Anthony Merckel
836 Halyard Drive

Avon, IN, 46123

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 41.72

---

**3.676** Nonpriority creditor's name and mailing address

ANTHONY NICHOLSON
7099 N Hualapai Way, 1100

Las Vegas, NV, 89166

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 24.99

---

Debtor   Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.677** **Nonpriority creditor's name and mailing address**

Anthony Palumbo
41 Shotwell Avenue

Staten Island, NY, 10312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10.99

---

**3.678** **Nonpriority creditor's name and mailing address**

Anthony Parrotta
109 Winchester Drive

Liverpool, NY, 13088

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 77.99

---

**3.679** **Nonpriority creditor's name and mailing address**

Anthony Pena
3803 Pipers Crest Street

San Antonio, TX, 78251

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25.99

---

**3.680** **Nonpriority creditor's name and mailing address**

Anthony Powell
2124 Knickerbocker St. SW

Wyoming, MI, 49519

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 49.99

---

**3.681** **Nonpriority creditor's name and mailing address**

Anthony Ramirez
8051 West Georgia Avenue

Glendale, AZ, 85303

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 47.99

---

Debtor ___Sure Thing Sales, LLC._____ Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3. 682   Nonpriority creditor's name and mailing address**

Anthony Rivera
11 Forest Acres Drive haverhill MA, 11B

Haverhill, MA, 1835

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.18

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 683   Nonpriority creditor's name and mailing address**

Anthony Sassone
23 Tarragon Terrace

Halfmoon, NY, 12065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.04

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 684   Nonpriority creditor's name and mailing address**

Anthony Scott
7 Lydia Court

Pikesville, MD, 21208

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 42.39

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 685   Nonpriority creditor's name and mailing address**

Anthony Smith
18320 West Cinnabar Avenue

Waddell, AZ, 85355

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.56

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 686   Nonpriority creditor's name and mailing address**

Anthony Soliz
3160 Vera Lane

Bluffdale, UT, 84065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 212.34

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 687  **Nonpriority creditor's name and mailing address**

Anthony Soria
6316 Alamo St

Springfield, VA, 22150

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 51.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 688  **Nonpriority creditor's name and mailing address**

Anthony Testa
13423 Hidden Valley St, None

Eastvale, CA, 92880

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 118.50

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 689  **Nonpriority creditor's name and mailing address**

Antoinette Bonanno
24 Maple Wing Drive

Central Islip, NY, 11722

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 690  **Nonpriority creditor's name and mailing address**

antoinette marturana
1821 Meadow Trails Drive

Florissant, MO, 63031

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 182.38

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 691  **Nonpriority creditor's name and mailing address**

Antonia Martinez
97 William Patterson Court

Princeton, NJ, 8540

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 47.97

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)* _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 692  **Nonpriority creditor's name and mailing address**

Antonino Garufi
383 Littleworth Lane

Sea Cliff, NY, 11579

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 163.93

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 693  **Nonpriority creditor's name and mailing address**

Antonino N Sabado
2601 COLUMBUS ST, APT C37

BAKERSFIELD, CA, 93306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.88

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 694  **Nonpriority creditor's name and mailing address**

Antonio Bailey
23619 Misty Peak

San Antonio, TX, 78258

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 134.22

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 695  **Nonpriority creditor's name and mailing address**

Antonio Borrero
5 Terra Nova Drive

Hopewell Junction, NY, 12533

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.99

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 696  **Nonpriority creditor's name and mailing address**

Antonio Cespedes
2541 82nd Street, 1

Queens, NY, 11370

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.99

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor   Sure Thing Sales, LLC.
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 697** **Nonpriority creditor's name and mailing address**

Antonio Contreras
4132 East 5th Street

Tucson, AZ, 85711

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 45.98

---

**3. 698** **Nonpriority creditor's name and mailing address**

Antonio Garza
401 E 27TH ST

HOUSTON, TX, 77008-2203

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 37.88

---

**3. 699** **Nonpriority creditor's name and mailing address**

Antonio Jimenez
4529 West 64th Place

Chicago, IL, 60629

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 445.38

---

**3. 700** **Nonpriority creditor's name and mailing address**

ANTONIO LARA
306 NW 114TH AVE APT 103

MIAMI, FL, 33172-4754

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 125.99

---

**3. 701** **Nonpriority creditor's name and mailing address**

Antonio Martinez
928 Ivanhoe Ln.

Dyer, IN, 46311

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 64.99

---

Debtor     Sure Thing Sales, LLC.                                                    Case number (if known)
            Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 702 **Nonpriority creditor's name and mailing address**

Antonio Romero
21011 Osterman Rd., Apt.C300

Lake Forest, CA, 92630

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 25.85

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 703 **Nonpriority creditor's name and mailing address**

ANTONIO SANCHEZ
950 49th Street, Apt 6F

Brooklyn, NY, 11219

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 13.05

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 704 **Nonpriority creditor's name and mailing address**

Antonio Santillan-Martinez
239 West I St, Apt. 2

Los Banos, CA, 93635

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 209.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 705 **Nonpriority creditor's name and mailing address**

Antonio Torres
16 Mill Pond Dr.

Lancaster, PA, 17603

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 185.48

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 706 **Nonpriority creditor's name and mailing address**

Antonio Vela
9209 S Avers Ave

Evergreen Park, IL, 60805

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 120.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC
          Name                                              Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 707   **Nonpriority creditor's name and mailing address**

April Bermel
2100 s lewis St, APT 217

Anaheim, CA, 92802

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.08

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 708   **Nonpriority creditor's name and mailing address**

april defrancesco
29 Joseph pl.

Wayne, NJ, 7470

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 154.96

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 709   **Nonpriority creditor's name and mailing address**

April Iverson
1227 Davenport St

Sturgis, SD, 57785-1922

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 710   **Nonpriority creditor's name and mailing address**

April Kittel
107 Fairview Rd

Thousand Oaks, CA, 91362

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 35.38

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 711   **Nonpriority creditor's name and mailing address**

April Simons
346 Gentry Crossing Boulevard

Mount Washington, KY, 40047

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3. 712    Nonpriority creditor's name and mailing address**

April Vieyra
16007 Cutten Rd

Houston, TX, 77070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.94

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3. 713    Nonpriority creditor's name and mailing address**

April Vigil
1125 Liberty Avenue

Ogden, UT, 84404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3. 714    Nonpriority creditor's name and mailing address**

April Wittenstrom
301 Randle St

Valparaiso, IN, 46383

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3. 715    Nonpriority creditor's name and mailing address**

Arabian Young
243 white oak road

Lake Elsinore, CA, 92530

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 155.94

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3. 716    Nonpriority creditor's name and mailing address**

Araceli Guzman
301 Esma Street

San Antonio, TX, 78223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.63

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor   Sure Thing Sales, LLC.
         Name                                              Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.717**  **Nonpriority creditor's name and mailing address**

arammaru kim
7416 western bay dr

buena park, CA, 90621

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 155.13

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.718**  **Nonpriority creditor's name and mailing address**

Arely Rivera
1835 Ash Dr SW

Los Lunas, NM, 87031

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 30.41

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.719**  **Nonpriority creditor's name and mailing address**

Ari McDonald
9026 S. Essex Ave

Chicago, IL, 60617

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.720**  **Nonpriority creditor's name and mailing address**

Aria Cirillo
3880 LONE MESA DR

LAS VEGAS, NV, 89147

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.17

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.721**  **Nonpriority creditor's name and mailing address**

Arian Nguyen
13211 Kerry St

Garden Grove, CA, 92844

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 52.19

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC                                    Case number (if known)
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.722** Nonpriority creditor's name and mailing address

Ariana Perez
402 SIERRA VISTA ST, Apt 4

CORONA, CA, 92882

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.35

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.723** Nonpriority creditor's name and mailing address

Ariana Tyler
1 Westford Pl, Apt 1

Allston, MA, 2134

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.724** Nonpriority creditor's name and mailing address

Arianna Cheng
1925 Kemp Rd

Marietta, GA, 30066

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.725** Nonpriority creditor's name and mailing address

Arianna Gleason
21446 Yucca Loma Road

Apple Valley, CA, 92307-5846

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.92

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.726** Nonpriority creditor's name and mailing address

Arianna Goff
7440 E Thomas Road, Apt 144

Scottsdale, AZ, 85251

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.16

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|--------|-----------------------|--------------------------|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.727** Nonpriority creditor's name and mailing address

Ariel Eskridge
33612 Spring Hill Drive

Glade Spring, VA, 24340

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 55.80

---

**3.728** Nonpriority creditor's name and mailing address

Ariel Harbin
900 goddard apt 33

Lincoln park, MI, 48229

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9.99

---

**3.729** Nonpriority creditor's name and mailing address

Ariel Lin
36 Jackie Drive

Long Valley, NJ, 7853

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 77.98

---

**3.730** Nonpriority creditor's name and mailing address

Ariel Lo
2981 Avenue U

Brooklyn, NY, 11229

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 249.95

---

**3.731** Nonpriority creditor's name and mailing address

Ariel Marin
17430 Cleveland Dr

Fort Myers , FL, 33967

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 14.99

---

Debtor ___Sure Thing Sales, LLC_____    Case number _(if known)_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

3. **732** **Nonpriority creditor's name and mailing address**

ariel stallknecht
21 Church Street

Glen Rock, PA, 17327

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.43

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **733** **Nonpriority creditor's name and mailing address**

Ariela Johnson
11281 NW 40TH St

Coral Springs, FL, 33065-7736

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.51

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **734** **Nonpriority creditor's name and mailing address**

Aries Wintz
18705 E 28th St S

Independence, MO, 64057

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.01

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **735** **Nonpriority creditor's name and mailing address**

Arin Adams
1118 Wiliki Dr.

Honolulu, HI, 96818

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **736** **Nonpriority creditor's name and mailing address**

Ariyan Womack
100 3rd St N (Park View Entrance), 812

Moorhead, MN, 56560

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.31

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 737   **Nonpriority creditor's name and mailing address**

Arlehn KanYek
6 Lake Avenue

Keyport, NJ, 7735

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 83.16

---

**3.** 738   **Nonpriority creditor's name and mailing address**

ARLENE WINDLER
4501 N HILLCREST ST

BEL AIRE, KS, 67220

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 21.49

---

**3.** 739   **Nonpriority creditor's name and mailing address**

Arlette Garcia
1329 Carriage Drive

Irving, TX, 75062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 77.91

---

**3.** 740   **Nonpriority creditor's name and mailing address**

Armando Blancarte
670 West 23rd Street

Safford, AZ, 85546

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9.99

---

**3.** 741   **Nonpriority creditor's name and mailing address**

Armando Dardon
2200 NW 129 AVE, SUITE 108, GUA-104130

Miami, FL, 33182-2485

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 112.32

---

Debtor    Sure Thing Sales, LLC.

Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 742  **Nonpriority creditor's name and mailing address**

Armando Furtado
14 Lenky Dr

Cumberland, RI, 2864

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48.14

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 743  **Nonpriority creditor's name and mailing address**

Armando Gonzalez
12602 Maple Park Drive

SAN ANTONIO, TX, 78249

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 744  **Nonpriority creditor's name and mailing address**

Armando Jimenez
440 Camino Vencejo, F

Rio Rico, AZ, 85648

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.25

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 745  **Nonpriority creditor's name and mailing address**

Armando Nunez
11403 lima dr

San Antonio, TX, 78213

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 88.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 746  **Nonpriority creditor's name and mailing address**

Armando Ochoa
150 E 1ST AVE, 1216

Hialeah, FL, 33010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 113.40

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F              Schedule E/F: Creditors Who Have Unsecured Claims              page 159 of 1682

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 747  Nonpriority creditor's name and mailing address**

Armando Rodriguez
Unit # 61439, Apache

APO, AE, 9855

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 180.98

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**3. 748  Nonpriority creditor's name and mailing address**

Arnita Furgason
5473 Marsh Road

Meridian charter Township, MI, 48840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19.98

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**3. 749  Nonpriority creditor's name and mailing address**

Arnold Juarez
901 South 6th Avenue # space 108

Hacienda Heights, CA, 91745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 109.49

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**3. 750  Nonpriority creditor's name and mailing address**

Arnold Mendoza
5954 Kings Ranch Road

Riverside, CA, 92505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14.99

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**3. 751  Nonpriority creditor's name and mailing address**

Aron  Dody
324 North Union Street

Council Grove, KS, 66846

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27.99

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Debtor    Sure Thing Sales, LLC.
Name                                          Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.752** **Nonpriority creditor's name and mailing address**

Artemaeus Julien
2307 Beverly Drive, Apt 918

Urbandale, IA, 50322

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.64

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.753** **Nonpriority creditor's name and mailing address**

Artemio Gonzalez
809 N 29th St

McAllen, TX, 78501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.754** **Nonpriority creditor's name and mailing address**

Arthur C. Sabio
240 EUGENE DR NW

Roanoke, VA, 24017

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 107.96

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.755** **Nonpriority creditor's name and mailing address**

Arthur Ceker
9419 Meadowbriar Lane

Houston, TX, 77063

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.53

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.756** **Nonpriority creditor's name and mailing address**

Arthur Chang
3214 113th ave se

bellevue, WA, 98004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 757 **Nonpriority creditor's name and mailing address**

arthur morris
20 ASTER DR

SICKLERVILLE, NJ, 8081

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 758 **Nonpriority creditor's name and mailing address**

Arthur Prayogo
4020 Valley Blvd, Unit 100

Walnut, CA, 91789

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 76.63

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 759 **Nonpriority creditor's name and mailing address**

arthur rose
3958 Julian Street

Denver, CO, 80211

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 760 **Nonpriority creditor's name and mailing address**

Arturo Briseno
1221 Victoria Avenue

North Chicago, IL, 60064

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 44.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 761 **Nonpriority creditor's name and mailing address**

Arturo Oaxaca
4730 Myrtle Ave

San Diego, CA, 92105-3533

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 226.26

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
    Case number *(if known)*
    Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 762   **Nonpriority creditor's name and mailing address**

Arturo Riojas
7308 Wagner CT

Laredo, TX, 78045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 93.98

---

**3.** 763   **Nonpriority creditor's name and mailing address**

Arwen O'Leary
2000 SW 4th St

Battle Ground, WA, 98604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 57.99

---

**3.** 764   **Nonpriority creditor's name and mailing address**

Asha Lynn Jones
4881 S 4180 W

Kearns, UT, 84118-4064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 18.21

---

**3.** 765   **Nonpriority creditor's name and mailing address**

Asher Cartagena
1091 park forest dr

Lilburn, GA, 30047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 39.99

---

**3.** 766   **Nonpriority creditor's name and mailing address**

asher chase
194 saint paul street, 521

Burlington, VT, 5401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 34.23

---

| Debtor | Sure Thing Sales, LLC. | | Case number *(if known)* | |
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.767    Nonpriority creditor's name and mailing address**

Ashia Beverly
8016 Old Mill Court

Severn, MD, 21144

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 11.99

---

**3.768    Nonpriority creditor's name and mailing address**

Ashlea Delarosa
428 Sugar Mill Drive

Cedar Hill, TX, 75104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 25.97

---

**3.769    Nonpriority creditor's name and mailing address**

Ashlee Smith
898 Justin Lane

West Chester, PA, 19382

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 23.98

---

**3.770    Nonpriority creditor's name and mailing address**

Ashleigh Arnone
633 Payton

Irvine, CA, 92620

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 35.54

---

**3.771    Nonpriority creditor's name and mailing address**

Ashleigh McDonald
1905 Tufton Court

Virginia Beach, VA, 23454

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 19.07

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|--------|------------------------|------------------------|
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** **772**   **Nonpriority creditor's name and mailing address**

Ashleigh Peretic
1400 Cedardale Court

Mt. Juliet, TN, 37122

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.52

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** **773**   **Nonpriority creditor's name and mailing address**

Ashleigh Pyle
1432 Chevelle Drive

Richmond, VA, 23235

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 99.98

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **774**   **Nonpriority creditor's name and mailing address**

Ashley Berger-Turner
5819 Shawnee Court

Mishawaka, IN, 46545

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 609.89

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **775**   **Nonpriority creditor's name and mailing address**

Ashley Bryan
12808 Strode lane

Windermere, FL, 34786

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** **776**   **Nonpriority creditor's name and mailing address**

Ashley Bryan
4233 salt springs lane

Lakeland , FL, 33811

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.49

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.                        Case number (if known) _____
        Name

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 777  **Nonpriority creditor's name and mailing address**

Ashley Casarrubias
3255 South Dorsey Lane, Apt 2005

Tempe, AZ, 85282

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 778  **Nonpriority creditor's name and mailing address**

Ashley Gillingham
4224 Ort Dr

Woodburn, IN, 46797

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.53

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 779  **Nonpriority creditor's name and mailing address**

ASHLEY HILDEBRAND
661 Spears Road

Hornbeck, LA, 71439

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 780  **Nonpriority creditor's name and mailing address**

Ashley Hogue
11170 Foothill Ave

Gilroy, CA, 95020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.82

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 781  **Nonpriority creditor's name and mailing address**

Ashley Hussey
3895 Englewood drive

Stow, OH, 44224

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 782  Nonpriority creditor's name and mailing address**

Ashley Jackson
6641 lynfield dr

Charlotte, NC, 28212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 783  Nonpriority creditor's name and mailing address**

Ashley Juarez
604 Verano Street

Soledad, CA, 93960

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 784  Nonpriority creditor's name and mailing address**

Ashley Kellett
10434 Harvest Ave

Santa Fe Springs, CA, 90670

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.51

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 785  Nonpriority creditor's name and mailing address**

Ashley Laufert
14613 Tulip Lane

Hancock, MD, 21750

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 40.27

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 786  Nonpriority creditor's name and mailing address**

Ashley Love
304 E 45th Street

Savannah, GA, 31405

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.67

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor     Sure Thing Sales, LLC.
           Name                                                    Case number (if known)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 787   **Nonpriority creditor's name and mailing address**

Ashley Mal
5520 Lee Highway, apt 102

Arlington, VA, 22207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 788   **Nonpriority creditor's name and mailing address**

Ashley McKercher
7109 Edgewood Rd

Mechanicsville, VA, 23111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 789   **Nonpriority creditor's name and mailing address**

Ashley Mochizuki
1368 Baxter Drive

Glendora, CA, 91741

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 790   **Nonpriority creditor's name and mailing address**

Ashley O'Salway
1753 Carlton Blvd.

Avon, IN, 46123

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.83

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 791   **Nonpriority creditor's name and mailing address**

Ashley Rodriguez
823 E Hummingbird St

Roma, TX, 78584

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.    Case number *(if known)*_____
       Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. 792   **Nonpriority creditor's name and mailing address**

Ashley Setters
128 s butler ave

Indianapolis, IN, 46219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.96

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 793   **Nonpriority creditor's name and mailing address**

Ashley Siemiaczko
160 Granda Flora Dr

White House, TN, 37188

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.43

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 794   **Nonpriority creditor's name and mailing address**

Ashley Sopila
1759 Sharon Drive

Guthrie, OK, 73044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.16

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 795   **Nonpriority creditor's name and mailing address**

Ashley Tabar
1910 South White Road

San Jose, CA, 95148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 153.96

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 796   **Nonpriority creditor's name and mailing address**

Ashley Watts
272 W Water St

Flemingsburg, KY, 41041-1051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC
         Name                                          Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 797 **Nonpriority creditor's name and mailing address**

Ashley Welch
6128 Creekside cir

Ypsilanti, MI, 48197

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.28

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 798 **Nonpriority creditor's name and mailing address**

Ashley White
2651 Reservior Dr

Simi Valley, CA, 93065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 799 **Nonpriority creditor's name and mailing address**

ASHLEY WILLIAMS
2354 ELM DR

COLUMBUS, GA, 31907

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.42

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 800 **Nonpriority creditor's name and mailing address**

Ashlie Duflo
131 South Nebraska Street

Chandler, AZ, 85225

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 196.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 801 **Nonpriority creditor's name and mailing address**

Athena Magno
4618 66th Street

Woodside, NY, 11377

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number _(if known)_ _____ |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 802 **Nonpriority creditor's name and mailing address**

attn. Mitch-Midnight Express
Po box 1468

Gresham, OR, 97030-0500

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 37.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 803 **Nonpriority creditor's name and mailing address**

Aubrey Brunson
8956 Brant Road

Diana, TX, 75640

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 36.28

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 804 **Nonpriority creditor's name and mailing address**

Audra Frogoso
7011 Jasper Hill Way

Las Vegas, NV, 89118

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 33.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 805 **Nonpriority creditor's name and mailing address**

Audrey L Johnson
4844 Frontage Road Northwest

Cleveland, TN, 37312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19.74

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 806 **Nonpriority creditor's name and mailing address**

Audrey Ojeda
29 Colonial Terr

Nutley, NJ, 7110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10.65

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Sure Thing Sales, LLC. | | Case number _(if known)_ |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** **807**   **Nonpriority creditor's name and mailing address**

Audrey Weon
1441 Brett Place, Unit 324

San Pedro, CA, 90732

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 22.04

---

**3.** **808**   **Nonpriority creditor's name and mailing address**

Audrianna R.
331 Belmont Avenue

Redwood City, CA, 94061

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 29.98

---

**3.** **809**   **Nonpriority creditor's name and mailing address**

August Callahan
730 Picket Lane

Longmont, CO, 80504

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10.95

---

**3.** **810**   **Nonpriority creditor's name and mailing address**

August Sankey
9008 Hierba Rd

Agua Dulce, CA, 91390

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 104.98

---

**3.** **811**   **Nonpriority creditor's name and mailing address**

Augusto Viteri Men?©ndez
325 Vollmer Court

Northvale, NJ, 7647

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10.65

---

Debtor   Sure Thing Sales, LLC.

Name   _____   Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 812 **Nonpriority creditor's name and mailing address**

aurelio juarez
8722 Old Town Ln

Indianapolis, IN, 46260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 813 **Nonpriority creditor's name and mailing address**

Aurielle Davis
2500 Vintage Park Lane

Yukon, OK, 73099

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.32

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 814 **Nonpriority creditor's name and mailing address**

Aurora  Malpass
5650 32nd Ter N

Saint Petersburg, FL, 33710

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 68.46

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 815 **Nonpriority creditor's name and mailing address**

Aurora Morrison
5069 Hidden Park Cres, Apt A109

Simi Valley, CA, 93063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 15.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 816 **Nonpriority creditor's name and mailing address**

Austin Alcorn
2202 south jackson cove

Russellville, AR, 72802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 82.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | |
| | Name | Case number *(if known)* |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 817 **Nonpriority creditor's name and mailing address**

Austin Caudill
137 Susans Court

Hazard, KY, 41701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 818 **Nonpriority creditor's name and mailing address**

Austin Cormier
113 Bright street

Waltham, MA, 2453

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.05

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 819 **Nonpriority creditor's name and mailing address**

Austin Craig
129 Flemming Road

Fort Bragg, NC, 28307

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 820 **Nonpriority creditor's name and mailing address**

Austin Cusak
1432 Van Valkenburgh Lane

Alexandria, VA, 22301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 238.50

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 821 **Nonpriority creditor's name and mailing address**

Austin Hussey
1088 North Petaluma Street

Tulare, CA, 93274

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor   Sure Thing Sales, LLC.
         _____   Case number (if known)_____
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3. 822**   **Nonpriority creditor's name and mailing address**

Austin Jasa
1704 44th ave E, 205

Tacoma, WA, 98446

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 823**   **Nonpriority creditor's name and mailing address**

Austin Johnson
876 Johnson Bridge Road

De Queen, AR, 71832

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.74

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 824**   **Nonpriority creditor's name and mailing address**

Austin Leiser
19296 Lead Mine Road

Anamosa, IA, 52205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.30

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 825**   **Nonpriority creditor's name and mailing address**

Austin Lewis
13526 3rd Avenue Northeast

Bradenton, FL, 34212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.97

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 826**   **Nonpriority creditor's name and mailing address**

Austin Moyer
13696 E DIABLO CREEK DR

VAIL, AZ, 85641

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 240.82

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.827  Nonpriority creditor's name and mailing address**

Austin Voravong
1944 Ewing Estates Dr

Dacula, GA, 30019

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 33.91

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.828  Nonpriority creditor's name and mailing address**

Autumn Drees
2948 Mayfair Ct

Clearwater, FL, 33761

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.99

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.829  Nonpriority creditor's name and mailing address**

Autumn Willey
184 W Elm St

Pembroke, MA, 02359-2111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 158.31

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.830  Nonpriority creditor's name and mailing address**

Ava Gartman
108 Bendingwood Cir

Taylors, SC, 29687

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.67

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.831  Nonpriority creditor's name and mailing address**

Ava Park
1770 Chestnut Place

Denver, CO, 80202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 609.58

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 832  **Nonpriority creditor's name and mailing address**

Ava Russell
254 Seward St

Pittsburgh, PA, 15211-1038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 833  **Nonpriority creditor's name and mailing address**

Ava Tramm
11540 Weeping Willow Drive

Zionsville, IN, 46077

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 160.49

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 834  **Nonpriority creditor's name and mailing address**

Ava Zolfaghari
722 ROE ST

STEILACOOM, WA, 98388

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 61.59

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 835  **Nonpriority creditor's name and mailing address**

Avery Alexander
1329 Sherwood Avenue

North Tonawanda, NY, 14120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 111.22

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 836  **Nonpriority creditor's name and mailing address**

Avery Broughton
315 Carpenter Lane

Philadelphia, PA, 19119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19.25

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC.
          Name                                                    Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 837  **Nonpriority creditor's name and mailing address**

Avery Burns
13774 Monstrell Road

Frisco, TX, 75035

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 41.12

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 838  **Nonpriority creditor's name and mailing address**

Avery Ellis
2329 Gilmour Ave

Corpus Christi, TX, 78414

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 63.86

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 839  **Nonpriority creditor's name and mailing address**

Avery Whitledge
159 east brimfield road

Holland, MA, 1521

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15.93

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 840  **Nonpriority creditor's name and mailing address**

Avery Wilson
2501 Soprano Way, Austin, TX, USA

Austin, TX, 78759

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 51.95

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 841  **Nonpriority creditor's name and mailing address**

Avik Banerjee
1028 Austin Pond Drive

Cary, NC, 27519

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 104.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

Debtor    Sure Thing Sales, LLC
_____
Name    Case number (if known) _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 842  **Nonpriority creditor's name and mailing address**

Avram Kaufman
100 West 119th Street, 2D

New York, NY, 10026

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 843  **Nonpriority creditor's name and mailing address**

Axel Andersen
2043 Bedford St.

Santa Rosa, CA, 95404

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 844  **Nonpriority creditor's name and mailing address**

ay- B
6550 Saulsbury Ct

Arvada, CO, 80003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 122.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 845  **Nonpriority creditor's name and mailing address**

Ayat Useinoski
3425 Gates Place, 6G

Bronx, NY, 10467

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.20

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 846  **Nonpriority creditor's name and mailing address**

Ayden Gallo
9 Justin Way

Cranston, RI, 2910

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 276.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.    Case number *(if known)*_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.847** Nonpriority creditor's name and mailing address

Ayla Graham
4326 North Maple Street

Spokane, WA, 99205

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.848** Nonpriority creditor's name and mailing address

Aylin Hernandez
12-16 30th Dr, 1

Astoria, NY, 11102

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.849** Nonpriority creditor's name and mailing address

AYOUNG KIM
3701 Harvard Dr

North Wales, PA, 19454

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.850** Nonpriority creditor's name and mailing address

Azaryah Wilson
2506 Waldemar Ln

Tallahassee, FL, 32304

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.01

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.851** Nonpriority creditor's name and mailing address

Azaryiah Ritter-Williams
5734 Fleetwing Dr

Levittown, PA, 19057

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 852   **Nonpriority creditor's name and mailing address**

Azucena Manzano
3412 Dovewood Street, (LockerBox code 0814#)

Bakersfield, CA, 93309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 853   **Nonpriority creditor's name and mailing address**

Azul Mejia
82340 Miles Avenue

Indio, CA, 92201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.17

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 854   **Nonpriority creditor's name and mailing address**

Azusena Garcia
415 West Fresno Street

Greenwood, AR, 72936

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 855   **Nonpriority creditor's name and mailing address**

B. Xiong
4646 North 71st Street

Milwaukee, WI, 53218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 856   **Nonpriority creditor's name and mailing address**

Babak Asaseh
4458 Northwest 65th Street

Coconut Creek, FL, 33073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 208.62

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
        Name _____    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3. **857**  **Nonpriority creditor's name and mailing address**

Bach Nguyen
173 Dogwood Ct

Canton, MI, 48187

As of the petition filing date, the claim is:    $ 88.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **858**  **Nonpriority creditor's name and mailing address**

Bailey Carlson
479 Stonegate Way NW

Airdrie, AB, T4B 2Y2

As of the petition filing date, the claim is:    $ 64.46
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **859**  **Nonpriority creditor's name and mailing address**

Bailey Duenas
930 SW Silverberry ST

Oak Harbor, WA, 98277

As of the petition filing date, the claim is:    $ 29.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **860**  **Nonpriority creditor's name and mailing address**

Bailey Powell
4417 San Mateo Ln

McKinney, TX, 75070

As of the petition filing date, the claim is:    $ 25.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **861**  **Nonpriority creditor's name and mailing address**

Baily Mueller
2024 briarwood Ct

Newton, KS, 67114

As of the petition filing date, the claim is:    $ 22.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Sure Thing Sales, LLC.

Name

Case number _(if known)_____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.862  Nonpriority creditor's name and mailing address**

Baker, Loretta
218  Brandon Drive

Monticello, KY, 42633

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 89.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.863  Nonpriority creditor's name and mailing address**

Bandai Namco Toys & Collectibles America Inc.
23 Odyssey Ave.

Irvine, CA, 92618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payables

$ 387,061.33

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.864  Nonpriority creditor's name and mailing address**

Bank of America
PO Box 660441

Dallas, TX, 75266-0441

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 32,262.87

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.865  Nonpriority creditor's name and mailing address**

Bao Zheng
32708 Regents Blvd

Union City, CA, 94587

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 553.73

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.866  Nonpriority creditor's name and mailing address**

Barbara Beaver
1739 2nd Street

West Deptford, NJ, 8086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 45.84

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 867  **Nonpriority creditor's name and mailing address**

Barbara C Breslin
280 Neponset Valley PKWY

Hyde Park, MA, 2136

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 868  **Nonpriority creditor's name and mailing address**

Barbara Canady
2309 Walton Pl

Minneapolis, MN, 55411

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.88

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 869  **Nonpriority creditor's name and mailing address**

Barbara Hesik
6310 Winding Stream Dr

Louisville, KY, 40272

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 870  **Nonpriority creditor's name and mailing address**

Barbara Villarreal
918 Richview Drive

Houston, TX, 77060

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.52

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 871  **Nonpriority creditor's name and mailing address**

Barclays Bank Delaware
PO Box 70264

Philadelphia, PA, 19176-0264

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 13,459.88

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | | |
| | Name | | |
| | | Case number (if known) | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.** **872**   **Nonpriority creditor's name and mailing address**

Barry Chan
5352 Debra Lane

Richmond, CA, 94803

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 34.99

---

**3.** **873**   **Nonpriority creditor's name and mailing address**

BARRY SULLIVAN
512 Gideon Road,

Middletown, OH, 45044

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 54.28

---

**3.** **874**   **Nonpriority creditor's name and mailing address**

Barton Lynn
18244 La Casa Ct.

Reno, NV, 89508

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12.98

---

**3.** **875**   **Nonpriority creditor's name and mailing address**

BAYDEN DORA
2506 Tremont Drive

Eustis, FL, 32726

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9.99

---

**3.** **876**   **Nonpriority creditor's name and mailing address**

baylee jones
8834 South Alaska Street

Tacoma, WA, 98444

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9.99

---

Debtor     Sure Thing Sales, LLC.
_____     _____
Name                                  Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 877  **Nonpriority creditor's name and mailing address**

Baylee Steele
622 Vine Street

Chillicothe, OH, 45601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.** 878  **Nonpriority creditor's name and mailing address**

Beatrice Navarrette
190 Roberta Dr

Watsonville, CA, 95076

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 196.64

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.** 879  **Nonpriority creditor's name and mailing address**

Beatrice Vantapool
4600 9th Ave, 508

Brooklyn, NY, 11220

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.** 880  **Nonpriority creditor's name and mailing address**

Beau Floyd
1209 Douglas Street

Euless, TX, 76039

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.** 881  **Nonpriority creditor's name and mailing address**

Beau Nguyen
5531 Lavaca road

Grand Prairie, TX, 75052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

Debtor    Sure Thing Sales, LLC.                     Case number (if known)
          Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 882  **Nonpriority creditor's name and mailing address**

Bebito Vargas
1561 7th Avenue Drive

Kingsburg, CA, 93631

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 883  **Nonpriority creditor's name and mailing address**

becca mcgough
Shipslanding Avenue Northwest, 6125

canton, OH, 44718

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 884  **Nonpriority creditor's name and mailing address**

Beckie Boring
6871 Raybear Dr

Canal Winchester, OH, 43110-9497

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 61.27

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 885  **Nonpriority creditor's name and mailing address**

Beckie Ramsey
2303 Education Way

Oakwood, GA, 30566

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.83

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 886  **Nonpriority creditor's name and mailing address**

Becky Weeden
90 Jericho Road

Haverhill, MA, 1832

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
         Name                                              Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 887  **Nonpriority creditor's name and mailing address**

belen corona
12413 Clearglen Avenue, Apt 13

Whittier, CA, 90604

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 888  **Nonpriority creditor's name and mailing address**

Belen Lezama
1230 Acmite Avenue

Aubrey, TX, 76227

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.88

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 889  **Nonpriority creditor's name and mailing address**

Belinda Hernandez
38060 12th St E

Palmdale, CA, 93550

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 93.70

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 890  **Nonpriority creditor's name and mailing address**

Bella Mcnamara
5821 West Strant Street

Eagle, ID, 83616

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.09

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 891  **Nonpriority creditor's name and mailing address**

Belladonna Scala
3443 East 5th Street

Los Angeles, CA, 90063

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 44.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
           Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 892   **Nonpriority creditor's name and mailing address**

Bellamy Fowlds
1737 20th avenue SE, 606

Aberdeen, SD, 57401

**As of the petition filing date, the claim is:**    $ 73.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 893   **Nonpriority creditor's name and mailing address**

Ben Carkhuff
1127 meadow ln

Colona, IL, 61241

**As of the petition filing date, the claim is:**    $ 21.64
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 894   **Nonpriority creditor's name and mailing address**

Ben Castillo
12638 Ridgeline Blvd, Apt 1213

Cedar park, TX, 78613

**As of the petition filing date, the claim is:**    $ 70.34
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 895   **Nonpriority creditor's name and mailing address**

Ben Kasko
1111 Mormon Street

Folsom, CA, 95630

**As of the petition filing date, the claim is:**    $ 25.85
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 896   **Nonpriority creditor's name and mailing address**

Ben Mitchell
5548 Greatpine lane n

Jacksonville, FL, 32244

**As of the petition filing date, the claim is:**    $ 35.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC
        Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.897** **Nonpriority creditor's name and mailing address**

ben rockefeller
3872 South Leawood Avenue

Springfield, MO, 65807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 40.64

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.898** **Nonpriority creditor's name and mailing address**

Ben Rohde
7836 Ogden Avenue, 276

Lyons, IL, 60534

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 79.97

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.899** **Nonpriority creditor's name and mailing address**

Ben Schuldt
2300 West San Angelo Street, Apt. 1147

Gilbert, AZ, 85233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.900** **Nonpriority creditor's name and mailing address**

Ben Schultz
15921 W 66th Pl

Arvada, CO, 80007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 39.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.901** **Nonpriority creditor's name and mailing address**

bendee anzures
1492 Palisades Drive

PACIFIC PALISADES, CA, 90272

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 120.39

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 902    **Nonpriority creditor's name and mailing address**

Benito Omana Moro
2740 SE 73rd Ave

Portland, OR, 97206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 35.97

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 903    **Nonpriority creditor's name and mailing address**

Benjamin Alcaraz
125 San Pascual Ave

Los Angeles, CA, 90042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 58.97

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 904    **Nonpriority creditor's name and mailing address**

Benjamin Averitt
216 Nunn St

Havelock , NC, 28532

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 67.24

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 905    **Nonpriority creditor's name and mailing address**

Benjamin Bainbridge
203 Market St, BOX 412

Cumbola, PA, 17930

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 906    **Nonpriority creditor's name and mailing address**

Benjamin Bishop
1939 WILLOWGREEN DR

BEAVERCREEK, OH, 45432

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 132.36

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC. | Case number (if known) |
|--------|------------------------|------------------------|
|        | Name                   |                        |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.907** Nonpriority creditor's name and mailing address

Benjamin Danaj
7016 DEERING ST

GARDEN CITY, MI, 48135

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.29

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.908** Nonpriority creditor's name and mailing address

Benjamin Darling
69 South 1300 East

Springville, UT, 84663

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 117.85

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.909** Nonpriority creditor's name and mailing address

Benjamin Dillon
7829 49th Ave

Kenosha, WI, 53142

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.910** Nonpriority creditor's name and mailing address

Benjamin Gifford
2001 FLORAL DR

WILMINGTON, DE, 19810-3835

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.911** Nonpriority creditor's name and mailing address

Benjamin Godwin
4188 Butternut Hill Drive

Troy, MI, 48098

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.57

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
Name    Case number (if known)

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 912** Nonpriority creditor's name and mailing address

Benjamin Hamilton
863 Florida Ave

York, PA, 17404

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.49

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 913** Nonpriority creditor's name and mailing address

Benjamin Hinely
211 Neely Hammonds Road

Covington, GA, 30014

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 914** Nonpriority creditor's name and mailing address

Benjamin Lozensky
510 5th ST

West Concord, MN, 55985

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 915** Nonpriority creditor's name and mailing address

Benjamin Magrum
5822 Calaveras Circle

La Palma, CA, 90623

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.57

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 916** Nonpriority creditor's name and mailing address

Benjamin McElhany
438 Locust Grove Road

YORK, PA, 17402

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.09

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number (if known) |
|--------|------------------------|------------------------|
|        | Name                   |                        |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.**917 **Nonpriority creditor's name and mailing address**

Benjamin Metzemaekers
6 Washington Circle

Hillsboro, NH, 3244

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.**918 **Nonpriority creditor's name and mailing address**

Benjamin Morales
204 Greenhurst Ave

Summerville, SC, 29485

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.54

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.**919 **Nonpriority creditor's name and mailing address**

Benjamin Nichols
601 Orange Avenue Northeast, 264

Roanoke, VA, 24016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.**920 **Nonpriority creditor's name and mailing address**

Benjamin Ortega
2604 Cumberland Ct

College Station, TX, 77845

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.**921 **Nonpriority creditor's name and mailing address**

Benjamin Ortiz
1563 West 113th Street

Los Angeles, CA, 90047

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.59

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.922  Nonpriority creditor's name and mailing address**

Benjamin Quach
1407 West Chateau Avenue

Anaheim, CA, 92802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 312.46

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.923  Nonpriority creditor's name and mailing address**

Benjamin Reyes
302 Meadow lane

Norfolk, NE, 68701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 221.90

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.924  Nonpriority creditor's name and mailing address**

Benjamin Richey
1917 Tabor Circle

Gadsden, AL, 35904

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.925  Nonpriority creditor's name and mailing address**

Benjamin Robertson
45 Mountain Avenue

Rocky Mount, VA, 24151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 73.69

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.926  Nonpriority creditor's name and mailing address**

Benjamin Sennett
257 Weathervane Rd

South Kingstown, RI, 2879

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 320.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    Sure Thing Sales, LLC
          Name

Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3. 927**    **Nonpriority creditor's name and mailing address**

Benjamin Tripp
124 Davis St., Apt.#1

Greenfield, MA, 1301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3. 928**    **Nonpriority creditor's name and mailing address**

Benjamin Tyler
108 Ferntree Ct

Columbia, SC, 29210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3. 929**    **Nonpriority creditor's name and mailing address**

Benjamin Whitt
1539 E Scott Ave

Gilbert, AZ, 85234

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.23

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3. 930**    **Nonpriority creditor's name and mailing address**

Bentley  Dean
1064 boyd crossing rd

Newberry, SC, 29108

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3. 931**    **Nonpriority creditor's name and mailing address**

Berend DeBoer
14501 kolmar ave

Midlothian, IL, 60445

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.49

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 196 of 1682

Debtor    Sure Thing Sales, LLC.

Name

Case number *(if known)*

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 932  **Nonpriority creditor's name and mailing address**

Bernard Bernard
26474 Sagewood

Lake Forest, CA, 92630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 933  **Nonpriority creditor's name and mailing address**

Bernard Panelo
6009 Rancho Mission Road, Unit 208

San Diego, CA, 92108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 934  **Nonpriority creditor's name and mailing address**

Beth Achterhoff
720 Diamondhead Drive South

Pinehurst, NC, 28374

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.83

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 935  **Nonpriority creditor's name and mailing address**

Beth Tchinski
26256 Golada

Mission Viejo, CA, 92692

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 936  **Nonpriority creditor's name and mailing address**

Bethany Carr
PO Box 61

Randolph, NY, 14772

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 38.87

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.937**  **Nonpriority creditor's name and mailing address**

Bethany Marner
6409 53rd Avenue Court West Apt D, Apt D

University Place, WA, 98467

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.938**  **Nonpriority creditor's name and mailing address**

Bethney Soto
3701 Whitefish Street

Bentonville, AR, 72712

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.13

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.939**  **Nonpriority creditor's name and mailing address**

Betina Levine-Rivas
427 15th Street, apt 1D

Brooklyn, NY, 11215

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.18

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.940**  **Nonpriority creditor's name and mailing address**

Betsy Leeloy
HC3 Box 14076, 15-1972 32nd St.-HPP

Keaau, HI, 96749

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.941**  **Nonpriority creditor's name and mailing address**

Betzalys Cabrera Kuilan
4008 North Bernard Street, Floor 1

Chicago, IL, 60618

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor    Sure Thing Sales, LLC.                    Case number *(if known)*_____
          Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.** 942  **Nonpriority creditor's name and mailing address**

Beverly Escamilla
3818 Ohio Ave, Richmond, Apt, suite, floor, etc.

Richmond, CA, 94804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 53.76

Date or dates debt was incurred          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number          _____

---

**3.** 943  **Nonpriority creditor's name and mailing address**

Beverly Saenz
5 Evans Street

San Diego, CA, 92102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 59.71

Date or dates debt was incurred          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number          _____

---

**3.** 944  **Nonpriority creditor's name and mailing address**

Bianca Arellano
704 S Vine Ave

Ontario, CA, 91762

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 40.93

Date or dates debt was incurred          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number          _____

---

**3.** 945  **Nonpriority creditor's name and mailing address**

Bianca Nascimento
4242 East West Highway, 1109

Bethesda, MD, 20815

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 9.99

Date or dates debt was incurred          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number          _____

---

**3.** 946  **Nonpriority creditor's name and mailing address**

Bianca Solano
123 Lalor Street

Trenton, NJ, 8611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 29.84

Date or dates debt was incurred          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number          _____

---

Debtor    Sure Thing Sales, LLC
_____    Case number _(if known)_____
       Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 947    **Nonpriority creditor's name and mailing address**

Bianca Yu
98-364 Kaonohi Street, Apt 2

Aiea, HI, 96701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 52.99

---

**3.** 948    **Nonpriority creditor's name and mailing address**

Bilal Estwani
12615 Fantasia Drive

Herndon, VA, 20170

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 135.67

---

**3.** 949    **Nonpriority creditor's name and mailing address**

Bill Dziatkowicz
9682 Kingston Trl

Olmsted Twp, OH, 44138

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 165.96

---

**3.** 950    **Nonpriority creditor's name and mailing address**

Bill Ghaffary
4766 Dartmoor Court

Moorpark, CA, 93021

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 38.58

---

**3.** 951    **Nonpriority creditor's name and mailing address**

Bill Kennen
49 Lufkin Ct.

Warwick, RI, 2888

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 25.66

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|--------|------------------------|--------------------------|
|        | Name                   |                          |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.952**   **Nonpriority creditor's name and mailing address**

Bill Seufert
2424 SE Pine Ln

Portland, OR, 97267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.953**   **Nonpriority creditor's name and mailing address**

Billie Powers
2024 Dane - Kelsey Drive

Pekin, IL, 61554

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.954**   **Nonpriority creditor's name and mailing address**

Billy Goshorn
16886 West Roosevelt Street

Goodyear, AZ, 85338

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 106.62

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.955**   **Nonpriority creditor's name and mailing address**

Billy Lu
4033 Villeroy Avenue

Las Vegas, NV, 89141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 173.39

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.956**   **Nonpriority creditor's name and mailing address**

Billy Tong
751 Kaiwiula Street, 13H

Honolulu, HI, 96817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|--------|-----------------------|--------------------------|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.957   Nonpriority creditor's name and mailing address**

Billy Trafford
202  E. Plumb St  PO BOX 75

Linden, IN, 47955

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 259.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.958   Nonpriority creditor's name and mailing address**

Bishop Craig
101 crestview drive lot 3

Foley, MO, 63347

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.35

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.959   Nonpriority creditor's name and mailing address**

Bizarre_ Ethen
13767 West Pattison Avenue

Kenton, OH, 43326

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.94

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.960   Nonpriority creditor's name and mailing address**

Bj Sablan
6473 S Hoyt Ct

Littleton, CO, 80123

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.961   Nonpriority creditor's name and mailing address**

Bladimir Valladarez
26577 Ward Street

Highland, CA, 92346

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.87

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.962** Nonpriority creditor's name and mailing address

Blair Zhou
6 Phyllis pl

Milltown, NJ, 8850

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 62.90

---

**3.963** Nonpriority creditor's name and mailing address

Blake Essex
4500 Emerson Drive

Plano, TX, 75093

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 49.32

---

**3.964** Nonpriority creditor's name and mailing address

blake holcomb
572 west berdine street

roseburg, OR, 97471

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 62.98

---

**3.965** Nonpriority creditor's name and mailing address

Blake Knecht
424 independence drive

Burlington, NJ, 8016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 65.99

---

**3.966** Nonpriority creditor's name and mailing address

Blake Kunimoto
8906 Bergamo Circle

Stockton, CA, 95212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 283.97

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*_____

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** `967`  **Nonpriority creditor's name and mailing address**

Blake Roberts
41 Old Oak Court

Southington, CT, 6489

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 956.08

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** `968`  **Nonpriority creditor's name and mailing address**

Blake Weldon
190 Gorget Ct

Troy, MO, 63379

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 37.04

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** `969`  **Nonpriority creditor's name and mailing address**

blake Wheeler
705 East Market Avenue, Apt 2

Searcy, AR, 72143

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 13.16

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** `970`  **Nonpriority creditor's name and mailing address**

Blanca Flores
327 Fair Ave.

San Antonio, TX, 78223

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 29.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** `971`  **Nonpriority creditor's name and mailing address**

Blas Gutierrez
2007 North O'Connor Road

Irving, TX, 75061

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 99.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

Debtor    Sure Thing Sales, LLC.

Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 972    **Nonpriority creditor's name and mailing address**

Bleng Puih
704 Carroll Street

Durham, NC, 27701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 973    **Nonpriority creditor's name and mailing address**

Bob Ayach
21731 Ventura Blvd. Ste 300

Woodland Hills, CA, 91364

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 974    **Nonpriority creditor's name and mailing address**

Bob Mitchell
1730 N. Arlington Pl.

Milwaukee, WI, 53202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.30

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 975    **Nonpriority creditor's name and mailing address**

Bobby Rucker
1200 west oklahoma avenue

Sulphur, OK, 73086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 976    **Nonpriority creditor's name and mailing address**

BOBBY Z
10903 Northfleet Drive

Anchorage, AK, 99515

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.    Case number _(if known)_____
Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 977  **Nonpriority creditor's name and mailing address**

Bobby Zambella
7338 Heapford Terrace

Port Charlotte, FL, 33981

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 153.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 978  **Nonpriority creditor's name and mailing address**

Bonnie Claire Gauthier
7728 Chickory Hollow Ct

Worthington, OH, 43085-4883

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 979  **Nonpriority creditor's name and mailing address**

Bowei Ye
222 N Columbus Dr Apt 1810

Chicago, IL, 60601-7951

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 330.74

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 980  **Nonpriority creditor's name and mailing address**

BOWEN SHEN
959 Stewart Dr, Apt 828

Sunnyvale, CA, 94085

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 135.28

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 981  **Nonpriority creditor's name and mailing address**

Boyle Boyle
2201 Mountain Springs Road

Auburn, CA, 95602

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 8.57

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor __Sure Thing Sales, LLC._____    Case number _(if known)_____
    Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 982 **Nonpriority creditor's name and mailing address**

Brad Allebone
4707 Cornoustie Street

Pasadena, TX, 77505

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 108.98

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 983 **Nonpriority creditor's name and mailing address**

Brad Farrow
4691 Harpeth Peytonsville Rd

Thompsons Station, TN, 37179

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 45.98

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 984 **Nonpriority creditor's name and mailing address**

Brad Johnson
397 Pennsylvania ave

Bridgeport, WV, 26330

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 985 **Nonpriority creditor's name and mailing address**

Brad Ramirez
7734 Ironbark Drive

Port Richey, FL, 34668-1723

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 108.91

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 986 **Nonpriority creditor's name and mailing address**

Brad Scallin
172 Diablo Court

Pleasant Hill, CA, 94523

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor ___Sure Thing Sales, LLC_____ Case number *(if known)*_____
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.**987  **Nonpriority creditor's name and mailing address**

Brad Vaughn
29226 Greenbrier Dr

Pierce City, MO, 65723

**As of the petition filing date, the claim is:** $ 71.39
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**988  **Nonpriority creditor's name and mailing address**

Bradley Barwick
20722 Sunset Lane

Redding, CA, 96002

**As of the petition filing date, the claim is:** $ 19.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**989  **Nonpriority creditor's name and mailing address**

Bradley Evans
9804 Pulham Road

Burke, VA, 22015

**As of the petition filing date, the claim is:** $ 65.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**990  **Nonpriority creditor's name and mailing address**

Bradley Evans
9804 Pulham Road

Burke, VA, 22015

**As of the petition filing date, the claim is:** $ 22.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**991  **Nonpriority creditor's name and mailing address**

Bradley Good
24 Camborne Circle

Fairport, NY, 14450

**As of the petition filing date, the claim is:** $ 12.95
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name                                    Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3.__992__ **Nonpriority creditor's name and mailing address**

Bradley Jackson
PO Box 221073

Anchorage , AK, 99522

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 179.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.__993__ **Nonpriority creditor's name and mailing address**

Bradley Lopez
1335 South Scarborough lane

Anaheim, CA, 92804

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 96.96

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.__994__ **Nonpriority creditor's name and mailing address**

Bradley Rivera
94 Midland Ave

garfield, NJ, 7026

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 133.27

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.__995__ **Nonpriority creditor's name and mailing address**

Brady Alantzas
14 Mill River Lane

Rowley, MA, 1969

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.55

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.__996__ **Nonpriority creditor's name and mailing address**

Brady Ingersoll
7035 Deepage Drive,

Columbia, MD, 21045

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.49

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name _____    Case number _(if known)_____

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3.997  **Nonpriority creditor's name and mailing address**

Brady VanGorder
80 Pear Street

Cabot, AR, 72023

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 112.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.998  **Nonpriority creditor's name and mailing address**

Brandee Riehle
238 West Calle Bayeta

Sahuarita, AZ, 85629

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27.01

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.999  **Nonpriority creditor's name and mailing address**

Branden Klimas
9 Wynnecliffe Drive

Carnegie, PA, 15106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 357.37

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.1000  **Nonpriority creditor's name and mailing address**

Brandi Camp
5555 Roswell 5555 ROSWELL RD, Apt W4

Atlanta, GA, 30342

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 42.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.1001  **Nonpriority creditor's name and mailing address**

Brandi McGinty
48 Everard Street, apt 3

Worcester, MA, 1605

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 52.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.  Case number *(if known)*
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 1002  **Nonpriority creditor's name and mailing address**

Brandi Taylor
8104 Blue Hole Court

McKinney, TX, 75070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 5.99

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1003  **Nonpriority creditor's name and mailing address**

Brandon  Alos Fujimoto
95-1036 Hoalumi St.

Mililani, HI, 96789

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 274.91

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1004  **Nonpriority creditor's name and mailing address**

Brandon Berg
1702 41st Ave s

Moorhead , MN, 56560

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 139.57

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1005  **Nonpriority creditor's name and mailing address**

Brandon Boone
148 Jim Boone Ln

Jacksonville, GA, 31544

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 53.99

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1006  **Nonpriority creditor's name and mailing address**

Brandon Bourland
1102 Markham Avenue

Paducah, KY, 42003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.                           Case number (if known)
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 1007  **Nonpriority creditor's name and mailing address**

brandon carter
2349 e castleman st

Longview, WA, 98632

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 47.55

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1008  **Nonpriority creditor's name and mailing address**

Brandon Castillo
114 Colt Loop

Kyle, TX, 78640

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 64.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1009  **Nonpriority creditor's name and mailing address**

Brandon Chan
10890 Macouba Place

San Diego, CA, 92124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 74.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1010  **Nonpriority creditor's name and mailing address**

Brandon Colmenero
1278 Cabelas Drive, Apt 221

Buda, TX, 78610

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 27.04

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1011  **Nonpriority creditor's name and mailing address**

brandon edmonds
1007 Lockett Drive

Danville, VA, 24541

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 35.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.          Case number (if known)
_____
Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 1012  **Nonpriority creditor's name and mailing address**

BRANDON FRANK
2625 Hillcrest Avenue

Norristown, PA, 19401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 466.78

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1013  **Nonpriority creditor's name and mailing address**

Brandon Hairston
1663 Firvale Ave

Montebello, CA, 90640

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.80

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1014  **Nonpriority creditor's name and mailing address**

Brandon Hamilton
104 Main Street, PO Box 146

MONROE CENTER, IL, 61052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.90

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1015  **Nonpriority creditor's name and mailing address**

Brandon Hamilton
6231 N. Burkhart Rd.

Howell, MI, 48855

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1016  **Nonpriority creditor's name and mailing address**

Brandon Hoang
4733 SW Greensboro Way, Apt 93

Beaverton, OR, 97007

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 98.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      Sure Thing Sales, LLC.
            Name

                                                      Case number _(if known)_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 1017   **Nonpriority creditor's name and mailing address**

Brandon Hwang
394 Boynton Avenue, APT E3

San jose, CA, 95117

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 328.11

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 1018   **Nonpriority creditor's name and mailing address**

Brandon Ingraham
5406 Simpson Circle

Doylestown, PA, 18902

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 31.31

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 1019   **Nonpriority creditor's name and mailing address**

Brandon Jefferson
726 Roark Street

Chase City, VA, 23924

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 12.99

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 1020   **Nonpriority creditor's name and mailing address**

Brandon Kelly
2232 Moldavite Lane

Santa Rosa, CA, 95404

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 45.98

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 1021   **Nonpriority creditor's name and mailing address**

Brandon Kent
444 Santa Barbara Drive

Pataskala, OH, 43062

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 25.98

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

Debtor   Sure Thing Sales, LLC.
         Name

Case number *(if known)*

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3. **1022**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 58.29 |
|---|---|---|

Brandon Kosinski
21574 Chase Dr.

Novi, MI, 48375

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3. **1023**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 16.04 |
|---|---|---|

Brandon Lantis
25105 Rancho Lane

Paisley, FL, 32767

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3. **1024**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 124.99 |
|---|---|---|

Brandon Luu
988 B Mowry Ave

Fremont, CA, 94536

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3. **1025**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 12.71 |
|---|---|---|

Brandon McKinney
310 Long Grove Lane

Greer, SC, 29650

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3. **1026**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 13.16 |
|---|---|---|

Brandon Menifee
2868 Kings Lynn

memphis, TN, 38128

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1027    **Nonpriority creditor's name and mailing address**

Brandon Murphypmb1478
285 Farenholt Ave Unit303

Tamuning, GU, 96913

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 1028    **Nonpriority creditor's name and mailing address**

Brandon Nichols
4311 W Anthem Dr

Fayetteville, AR, 72704-5059

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.90

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 1029    **Nonpriority creditor's name and mailing address**

Brandon OBrien
577 Oak Street

Berlin, WI, 54923

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 1030    **Nonpriority creditor's name and mailing address**

Brandon Parker
380 Latimore Valley Road

York Springs, PA, 17372

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.71

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 1031    **Nonpriority creditor's name and mailing address**

Brandon Parsley
54 Grandview Cir

White Lake, MI, 48386

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor Sure Thing Sales, LLC
_____
Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 1032  **Nonpriority creditor's name and mailing address**

Brandon Quintero
1618 Kimberly lane

Romeoville, IL, 60446

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 80.45

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 1033  **Nonpriority creditor's name and mailing address**

Brandon Rawlins
3318 BONNEVILLE CIR

Chattanooga, TN, 37419

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 50.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 1034  **Nonpriority creditor's name and mailing address**

Brandon Reale
6241 Sunnywood dr

Solon, OH, 44139

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 49.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 1035  **Nonpriority creditor's name and mailing address**

Brandon Rendon
691 Monferino Dr.

San Jose, CA, 95112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 1036  **Nonpriority creditor's name and mailing address**

Brandon Renteria
1734 Luna Bella Ln

Manteca, CA, 95337

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 68.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor  Sure Thing Sales, LLC                                      Case number (if known)
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** __1037__  **Nonpriority creditor's name and mailing address**

Brandon Rios
29785 Calle Edmundo

Sun City, CA, 92586

**As of the petition filing date, the claim is:**   $ 36.96
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** __1038__  **Nonpriority creditor's name and mailing address**

Brandon Roof
319 Nell St

Batesburg, SC, 29006

**As of the petition filing date, the claim is:**   $ 52.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** __1039__  **Nonpriority creditor's name and mailing address**

Brandon Rountree
822 S Southern St

Seattle, WA, 98108-4440

**As of the petition filing date, the claim is:**   $ 59.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** __1040__  **Nonpriority creditor's name and mailing address**

BRANDON STROUP
343 South Boundary Avenue SE, Apt 2

Aiken, SC, 29801

**As of the petition filing date, the claim is:**   $ 151.19
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** __1041__  **Nonpriority creditor's name and mailing address**

Brandon Whitmore
1930 Hopedale Dr

Troy, MI, 48085

**As of the petition filing date, the claim is:**   $ 26.49
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor _____Sure Thing Sales, LLC_____
    Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 1042  **Nonpriority creditor's name and mailing address**

Brandon Wong
25 Scott Aly

San Francisco, CA, 94107-1086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 97.75

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1043  **Nonpriority creditor's name and mailing address**

Brandon Worrell
2105 Fort Robinson Dr

Kingsport, TN, 37660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.12

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1044  **Nonpriority creditor's name and mailing address**

Brandy Johnson
31 Highland St

Rice Lake, WI, 54868-2220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1045  **Nonpriority creditor's name and mailing address**

Brandy Miller
401 Hawkeye Avenue

Williamson, IA, 50272

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1046  **Nonpriority creditor's name and mailing address**

Brandy Ramirez
4825 Sparrow Dr

Saint Cloud, FL, 34772

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.52

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 1047 **Nonpriority creditor's name and mailing address**

Brandy Steals
18 Lamplighter Lane

Baden, PA, 15005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 52.99

---

**3.** 1048 **Nonpriority creditor's name and mailing address**

Brantley  Kuglar
140 Hickory Lane

Williston, SC, 29853

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25.90

---

**3.** 1049 **Nonpriority creditor's name and mailing address**

Brayan Garcia
500 South Lake Street, 317

Los Angeles, CA, 90057

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8.75

---

**3.** 1050 **Nonpriority creditor's name and mailing address**

Bre Hancock
3120 Naamans Rd, APT S5

Wilmington, DE, 19810-2114

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 39.98

---

**3.** 1051 **Nonpriority creditor's name and mailing address**

Brea Hellard
135 Gadwall Ct

Shepherdsville, KY, 40165

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 59.99

---

Debtor    Sure Thing Sales, LLC.
_____    Case number _(if known)_____
Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** [1052]   **Nonpriority creditor's name and mailing address**

Breana Villa
51 Beverly Drive

salinas, CA, 93905

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 174.79

| **Date or dates debt was incurred** | _____ | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

---

**3.** [1053]   **Nonpriority creditor's name and mailing address**

Breanna Briggs
69 Stratford Road

Tinton Falls, NJ, 7724

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 49.04

| **Date or dates debt was incurred** | _____ | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

---

**3.** [1054]   **Nonpriority creditor's name and mailing address**

Breanna Henriquez
15 Ponus Avenue

Norwalk, CT, 6850

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 77.99

| **Date or dates debt was incurred** | _____ | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

---

**3.** [1055]   **Nonpriority creditor's name and mailing address**

Bree Burchinal
2033 Springdale Avenue

Charlotte, NC, 28203

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 24.65

| **Date or dates debt was incurred** | _____ | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

---

**3.** [1056]   **Nonpriority creditor's name and mailing address**

Breeanny Meza
3700 Parkview Lane, 24 D

Irvine, CA, 92612

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 13.98

| **Date or dates debt was incurred** | _____ | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

---

Debtor _____Sure Thing Sales, LLC._____    Case number *(if known)*_____
         Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. __1057__  **Nonpriority creditor's name and mailing address**

Bren Bataclan
25 Kelly Road #2

Cambridge, MA, 2139

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 339.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. __1058__  **Nonpriority creditor's name and mailing address**

Brenda  Solem
5815 Mayberry Drive

Imperial, MO, 63052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.35

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. __1059__  **Nonpriority creditor's name and mailing address**

Brenda Curiel
432 E Banning St

compton, CA, 90222-1414

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. __1060__  **Nonpriority creditor's name and mailing address**

Brenda Dickason
7742 N. Avenida de Carlotta

Tucson, AZ, 85704

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. __1061__  **Nonpriority creditor's name and mailing address**

BRENDA FREKING
3333 BELLEVIEW ROAD

PETERSBURG, KY, 41080

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 1062  **Nonpriority creditor's name and mailing address**

Brenda Rawson
909 Congressional Dr

Lawrence, KS, 66049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 22.99

---

**3.** 1063  **Nonpriority creditor's name and mailing address**

Brenda Streitman
3 Shore Lane

Westhampton, NY, 11977

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 14.99

---

**3.** 1064  **Nonpriority creditor's name and mailing address**

Brendan  Coletta
2719 W Bonnie Brook Ln

Waukegan, IL, 60087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 33.04

---

**3.** 1065  **Nonpriority creditor's name and mailing address**

Brendan Dailey
58 Greenwood Avenue, Apt. 4

East Islip, NY, 11730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 14.11

---

**3.** 1066  **Nonpriority creditor's name and mailing address**

Brendan Selig
48 phelps st

Windsor, CT, 6095

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 23.99

---

Debtor _____Sure Thing Sales, LLC_____  Case number _(if known)_____
           Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1067  **Nonpriority creditor's name and mailing address**

brendon moeller
3 veteran road

patterson, NY, 12563

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 62.85

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 1068  **Nonpriority creditor's name and mailing address**

Brenna Bochow
531 Paper Mill Road

Newark, DE, 19711

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 209.96

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 1069  **Nonpriority creditor's name and mailing address**

Brenna Lamborn
11698 Stone Crest Circle

Riverton, UT, 84065

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 49.98

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 1070  **Nonpriority creditor's name and mailing address**

Brenna Martin
289 Twin Lake Trail

Little Canada, MN, 55127

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.99

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 1071  **Nonpriority creditor's name and mailing address**

Brennan Jones
5887 Barbanna Lane

Dayton, OH, 45415

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 36.53

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Debtor    Sure Thing Sales, LLC
_____
Name    Case number *(if known)* _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 1072 **Nonpriority creditor's name and mailing address**

Brennan Knight
604 Mercer Grant Dr

Cary, NC, 27519

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.44

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1073 **Nonpriority creditor's name and mailing address**

Brennan Wong
2840 Nicholas Drive

San Jose, CA, 95124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1074 **Nonpriority creditor's name and mailing address**

Brent Hamby
22 Gateswood Dr

St. Peters, MO, 63376

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 149.90

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1075 **Nonpriority creditor's name and mailing address**

brent ross
420 Shogan Drive

Greensburg, PA, 15601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1076 **Nonpriority creditor's name and mailing address**

Brent Snoddy
12111 sunset Dr

Garfield Heights, OH, 44125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1077 **Nonpriority creditor's name and mailing address**

Brent Triantos
1261 Mariposa Avenue

San Jose, CA, 95126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 119.80

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1078 **Nonpriority creditor's name and mailing address**

Brenton Milazzo
716 N. 1st Street

Richmond, VA, 23219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.19

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1079 **Nonpriority creditor's name and mailing address**

Bret Rivera
6251 Manor Circle

Bensalem, PA, 19020-1207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48.74

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1080 **Nonpriority creditor's name and mailing address**

Brett  Hoffmann
2204 West Park Boulevard, 2103

Plano, TX, 75075

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 120.00

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1081 **Nonpriority creditor's name and mailing address**

Brett Crandall
13 Hickok Avenue

Norwich, NY, 13815

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.77

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Sure Thing Sales, LLC
          _____      _____
          Name                                          Case number (if known)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

| 3.[1082] | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 33.99 |

Brett Dickson
35643 Reymouth Dr.

Newark, CA, 94560

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

| 3.[1083] | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 28.78 |

Brett Johnson
27 Eaves Mill Road

Medford, NJ, 8055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

| 3.[1084] | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 14.99 |

Brett Thomann
16107 Londelius St

North Hills, CA, 91343

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

| 3.[1085] | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 90.94 |

Brian  Diaz
9 Sect Zamot

Isabela , PR, 662

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

| 3.[1086] | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 28.61 |

Brian  Presley
11835 state route 85

Kittanning, PA, 16201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

Debtor _____Sure Thing Sales, LLC._____  Case number _(if known)_____
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1087  **Nonpriority creditor's name and mailing address**

Brian Brookshire
105 Colonial Dr

Louisville, KY, 40207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1088  **Nonpriority creditor's name and mailing address**

Brian Brown
1418 e Calhoun st

Anderson, SC, 29621

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1089  **Nonpriority creditor's name and mailing address**

Brian brown
7770 w 950 n Fairland Indiana 46126

Fairland, IN, 46126

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1090  **Nonpriority creditor's name and mailing address**

Brian Bruzzese
1914 Glen Road

Aliquippa, PA, 15001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15.89

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1091  **Nonpriority creditor's name and mailing address**

brian buchanan
170 east porthaven way

Clayton, NC, 27527

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 36.28

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.
_____
Name                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 1092  **Nonpriority creditor's name and mailing address**

brian confetti
14144 campagna way

watsonville, CA, 95076-9250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.25

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1093  **Nonpriority creditor's name and mailing address**

Brian Conrad
979 Koontz Rd

Chehalis, WA, 98532

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 96.92

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1094  **Nonpriority creditor's name and mailing address**

BRIAN COUNTS
1280 Appian Way

Lawrenceville, GA, 30046-7660

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 49.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1095  **Nonpriority creditor's name and mailing address**

Brian Crawford
186 DONNA RD NE

PALM BAY, FL, 32907

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 117.68

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1096  **Nonpriority creditor's name and mailing address**

Brian Crites
548 East Prospect Street

Front Royal, VA, 22630

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 51.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number (if known)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. 1097  **Nonpriority creditor's name and mailing address**

Brian Davis
1746 Treseder Circle

El Cajon , CA, 92019

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 1098  **Nonpriority creditor's name and mailing address**

Brian DiDomenico
14350 Addison St. Apt 211, 91423

SHERMAN OAKS, CA, 91423

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 1099  **Nonpriority creditor's name and mailing address**

Brian Fitzgerald
382 Southerland Terrace NE

Atlanta, GA, 30307

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 81.63

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 1100  **Nonpriority creditor's name and mailing address**

Brian Hubbart
143 Auburn Avenue Northeast

Grand Rapids, MI, 49503

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 24.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 1101  **Nonpriority creditor's name and mailing address**

Brian Hunt
10 Pennsylvania Ave

Avon, NY, 14414-9790

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.79

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1102  **Nonpriority creditor's name and mailing address**

Brian Huqueriza
5835 El Dorado Ln

Dublin, CA, 94568

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.65

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 1103  **Nonpriority creditor's name and mailing address**

Brian Jimenez Martinez
9916 11th St

Garden Grove, CA, 92844

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 1104  **Nonpriority creditor's name and mailing address**

Brian Kessel
2721 Pine Drive

Columbia, MO, 65216

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 1105  **Nonpriority creditor's name and mailing address**

Brian Kirkland
106 W Lynde Street

Watertown, NY, 13601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.39

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 1106  **Nonpriority creditor's name and mailing address**

Brian Kramer
2435 Lingerman Way

Avon, IN, 46123

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

| Debtor | Sure Thing Sales, LLC. | | |
| | Name | Case number (if known) | |

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 1107   **Nonpriority creditor's name and mailing address**

Brian Leonard
4751 East Angela Drive

Phoenix, AZ, 85032

**As of the petition filing date, the claim is:**   $ 141.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | _____ |

---

**3.** 1108   **Nonpriority creditor's name and mailing address**

Brian Masters
32 Ravine Drive West

Hawthorne, NJ, 7506

**As of the petition filing date, the claim is:**   $ 10.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | _____ |

---

**3.** 1109   **Nonpriority creditor's name and mailing address**

Brian Nieves
839 Vercelli ST

Deltona, FL, 32725

**As of the petition filing date, the claim is:**   $ 69.21
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | _____ |

---

**3.** 1110   **Nonpriority creditor's name and mailing address**

Brian Panks
1270 W Derringer Way

Chandler, AZ, 85286

**As of the petition filing date, the claim is:**   $ 97.01
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | _____ |

---

**3.** 1111   **Nonpriority creditor's name and mailing address**

Brian Perez
4509 S Brookline Ave

Oklahoma City, OK, 73119

**As of the petition filing date, the claim is:**   $ 304.14
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | _____ |

Debtor    Sure Thing Sales, LLC.
    Name

Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.____1112  **Nonpriority creditor's name and mailing address**

Brian R Earley
3535 lincoln st ne

Minneapolis, MN, 55418

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3.____1113  **Nonpriority creditor's name and mailing address**

Brian Ramirez
3710 Newton Falls St

North Las Vegas, NV, 89032

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 92.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3.____1114  **Nonpriority creditor's name and mailing address**

Brian Ridings
6620 Vesper Ave

Van Nuys, CA, 91405

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 120.00

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3.____1115  **Nonpriority creditor's name and mailing address**

Brian Salamanca
4130 West 59th Street

Chicago, IL, 60629

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3.____1116  **Nonpriority creditor's name and mailing address**

Brian Sanchez
68535 Tachevah Drive

Cathedral City, CA, 92234

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC
    Name

    Case number *(if known)*

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 1117   **Nonpriority creditor's name and mailing address**

Brian Schultz
6225 Obyrne Ln.

Union , KY, 41091

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.99

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 1118   **Nonpriority creditor's name and mailing address**

Brian Sons
6079 MS Hwy 15

Ackerman, MS, 39735

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 53.99

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 1119   **Nonpriority creditor's name and mailing address**

Brian Stands
5 Totem Lane

Griswold, CT, 6351

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.75

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 1120   **Nonpriority creditor's name and mailing address**

Brian Stewart
13120 Orchard Street

Southgate, MI, 48195

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.79

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 1121   **Nonpriority creditor's name and mailing address**

Brian Thackeray
220 s 3rd w

Rexburg, ID, 83440

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.97

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

Debtor  Sure Thing Sales, LLC.
_____    Case number (if known)_____
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3.⎡1122⎤ **Nonpriority creditor's name and mailing address**

Brian Tran
220 East Broadway, STE. 210

GLENDALE, CA, 91205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 120.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.⎡1123⎤ **Nonpriority creditor's name and mailing address**

Brian Tran
3704 Tomahawk Lane

San Diego, CA, 92117

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 44.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.⎡1124⎤ **Nonpriority creditor's name and mailing address**

Brian Vatcher
115 Capen St

Medford, MA, 02155-4204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 55.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.⎡1125⎤ **Nonpriority creditor's name and mailing address**

Brian Watson
10117 Oakley Pointe Drive

Richmond, VA, 23233

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.49

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.⎡1126⎤ **Nonpriority creditor's name and mailing address**

Brian Yarayan
10945 Price Manor Way, 421

Laurel, MD, 20723

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 102.80

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor     Sure Thing Sales, LLC.
           Name                                                                    Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 1127  Nonpriority creditor's name and mailing address

Brian Zelidon
1618 West 1440 North

St. George, UT, 84770

As of the petition filing date, the claim is: $ 44.83
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 1128  Nonpriority creditor's name and mailing address

Briana Williams
1722 POPLAR LN

MUNSTER, IN, 46321-3849

As of the petition filing date, the claim is: $ 9.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 1129  Nonpriority creditor's name and mailing address

Brianna  Andrade
1822 Metzerott Rd, Apt 207

Hyattsville , MD, 20783

As of the petition filing date, the claim is: $ 59.96
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 1130  Nonpriority creditor's name and mailing address

Brianna Benites
1049 West Elgin Street

Chandler, AZ, 85224

As of the petition filing date, the claim is: $ 47.39
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 1131  Nonpriority creditor's name and mailing address

Brianna Buffalo
923 Morning Oaks st

San Antonio, TX, 78245

As of the petition filing date, the claim is: $ 71.96
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   Sure Thing Sales, LLC.                    Case number *(if known)*_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 1132   **Nonpriority creditor's name and mailing address**

Brianna Cavender
940 E Old Willow Rd, Apt 304

Prospect Heights, IL, 60070

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 1133   **Nonpriority creditor's name and mailing address**

Brianna Cook
26712 Brandon

Mission Viejo, CA, 92692

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.07

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 1134   **Nonpriority creditor's name and mailing address**

Brianna Hernandez
2209 north 91st Glen

PHOENIX, AZ, 85037

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 61.88

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 1135   **Nonpriority creditor's name and mailing address**

Brianna Herrera
4150 East Main Street, 2035

Mesa, AZ, 85205

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 1136   **Nonpriority creditor's name and mailing address**

Brianna Hill
2501 Tabor Court

Woodbridge, VA, 22191

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 127.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Sure Thing Sales, LLC. | Case number (if known) |
|--------|------------------------|------------------------|
|        | Name                   |                        |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.** 1137  **Nonpriority creditor's name and mailing address**

Brianna Loftus
2710 N Dryden Pl

Arlington Heights, IL, 60004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8.99

---

**3.** 1138  **Nonpriority creditor's name and mailing address**

Brianna Murphy
3336 Easton Ave

Chattanooga, TN, 37415-4718

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 49.98

---

**3.** 1139  **Nonpriority creditor's name and mailing address**

Brianna Pullen
1911 Aberdeen Drive

Papillion, NE, 68133

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 45.98

---

**3.** 1140  **Nonpriority creditor's name and mailing address**

Brianna Rogers
596 West Lucky Penny Place

Casa Grande, AZ, 85122

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25.99

---

**3.** 1141  **Nonpriority creditor's name and mailing address**

Brianna Scheening
1 Anna Court

Utica, NY, 13502

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 34.99

---

Debtor    Sure Thing Sales, LLC.
Name _____    Case number _(if known)_ _____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 1142 **Nonpriority creditor's name and mailing address**

Brianna Warren
1404 Samuel Adams Cir SW

Concord, NC, 28027

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 157.96

---

**3.** 1143 **Nonpriority creditor's name and mailing address**

Brianna Warren
385 Settlers Ridge Dr

Kannapolis, NC, 28081

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 80.24

---

**3.** 1144 **Nonpriority creditor's name and mailing address**

Brianna Werdann
249 Riverside Dr N

Brick, NJ, 8724

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 31.98

---

**3.** 1145 **Nonpriority creditor's name and mailing address**

Bridget Ge
745 BREWERTON RD #1614

West Point, NY, 10996

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 170.82

---

**3.** 1146 **Nonpriority creditor's name and mailing address**

Bridget MacLeod
1901 24th Ave S, 2

Grand Forks, ND, 58201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 26.80

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 239 of 1682

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 1147  **Nonpriority creditor's name and mailing address**

Bridget Taylor
18953 Maisons Drive

Lutz, FL, 33558

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1148  **Nonpriority creditor's name and mailing address**

Brigit Collins
4726 Timberlane Drive

Macon, GA, 31210-3122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.15

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1149  **Nonpriority creditor's name and mailing address**

Brine Reyes
66 West Dahlia Lane

Round Lake Beach, IL, 60073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.38

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1150  **Nonpriority creditor's name and mailing address**

Britney Hill
3045 Marina Bay Dr, APT 8103

League City, TX, 77573

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.92

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1151  **Nonpriority creditor's name and mailing address**

Britta Duvall
36 Bard Drive

Hudson, OH, 44236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.74

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.**1152 **Nonpriority creditor's name and mailing address**

Brittanie Irby
311 San Miguel Court, Apt #4

Milpitas, CA, 95035

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.04

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**1153 **Nonpriority creditor's name and mailing address**

Brittany Adames
PSC 819 Box 4075

FPO, AE, 9645

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**1154 **Nonpriority creditor's name and mailing address**

Brittany Boudreaux
207 Sparkling Meadows Lane

Lafayette, LA, 70506

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.36

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**1155 **Nonpriority creditor's name and mailing address**

Brittany Bullis
6400 W Essex Dr

Sioux Falls, SD, 57106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.77

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**1156 **Nonpriority creditor's name and mailing address**

Brittany Loggins
30 Dry Creek Road, 106

Goodlettsville, TN, 37072

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.39

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC
_____
Name

Case number _(if known)_ _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.**[1157] **Nonpriority creditor's name and mailing address**

Brittany Pearson
945 PRESTONWOOD DR

LAWRENCEVILLE, GA, 30043

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 11.99

---

**3.**[1158] **Nonpriority creditor's name and mailing address**

Brittany Stacks
13003 Calabay Court

Clermont, FL, 34711

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 23.99

---

**3.**[1159] **Nonpriority creditor's name and mailing address**

Brittany Young
675 Spring Street

Mapleton, PA, 17052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 29.97

---

**3.**[1160] **Nonpriority creditor's name and mailing address**

Britton Stice
2625 South Linden Street

Pine Bluff, AR, 71603

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 17.00

---

**3.**[1161] **Nonpriority creditor's name and mailing address**

Bro Mo
5483 S 3350 W

Taylorsville, UT, 84129-7851

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 84.71

---

Debtor Sure Thing Sales, LLC
Name
Case number (if known)

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3.1162 **Nonpriority creditor's name and mailing address**

Brock Macklij
11030 Cooper Road

Pleasant Lake, MI, 49272

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.63

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.1163 **Nonpriority creditor's name and mailing address**

Brockton MacDonald
28 Sherman Street, Apartment 3

Portland, ME, 4101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.1164 **Nonpriority creditor's name and mailing address**

Brody Laing
29 Bond St

Gloucester, MA, 1930

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.93

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.1165 **Nonpriority creditor's name and mailing address**

Brogan Rogan
11548 S BRAMBLEBERRY LN

Draper, UT, 84020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.1166 **Nonpriority creditor's name and mailing address**

Brohn Jelks
12858 Westella Dr

HOUSTON, TX, 77077

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.47

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC. | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1167 **Nonpriority creditor's name and mailing address**

Bronagh Kelly
2702 Fairmount Avenue

Vancouver, WA, 98661

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 23.86**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1168 **Nonpriority creditor's name and mailing address**

Bronson Herrera
2209 Calabazas Blvd.

Santa Clara, CA, 95051

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 9.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1169 **Nonpriority creditor's name and mailing address**

Brook Lopez
700 Harris Street, Ste 201

Charlottesville, VA, 22903

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 184.61**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1170 **Nonpriority creditor's name and mailing address**

Brooke Angle
5922 13th St

Sacramento, CA, 95822-2904

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 90.25**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1171 **Nonpriority creditor's name and mailing address**

Brooke Claxon
1708 Yetta Dr

Lexington, KY, 40515

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 31.79**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

---

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 1172    **Nonpriority creditor's name and mailing address**

Brooke LeJeune
425 Sixth St

Iowa, LA, 70647

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 249.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1173    **Nonpriority creditor's name and mailing address**

brooke murphy
7 bassett brook lane

duxbury, MA, 2332

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 41.43

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1174    **Nonpriority creditor's name and mailing address**

Brooke Painter
191 Nonquon Rd, 912

Oshawa, ON, L1G 3S3

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.36

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1175    **Nonpriority creditor's name and mailing address**

Brooke Parra
150 East Floral Dr

Monterey Park, CA, 91755

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 5.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1176    **Nonpriority creditor's name and mailing address**

brooke rose
3109 Sierra Dr

San Angelo, TX, 76904

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1177   **Nonpriority creditor's name and mailing address**

Brooke Rose
90 S Rhodefer Rd, Apt B 107

Sequim, WA, 98382

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.39

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1178   **Nonpriority creditor's name and mailing address**

Brooke Wilson
194 Mountain View Rd

Marion, NC, 28752-6466

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.34

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1179   **Nonpriority creditor's name and mailing address**

Bruce Bennett
10804 Beech Creek Drive

Columbia, MD, 21044-1023

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 88.97

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1180   **Nonpriority creditor's name and mailing address**

bruce coltre
12 Magnolia Court

Bordentown, NJ, 8505

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 191.88

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1181   **Nonpriority creditor's name and mailing address**

Bruce Gailey
1581 South Osborne Road

Dansville, MI, 48819

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.77

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page 246 of 1682

Debtor     Sure Thing Sales, LLC.
           Name                                                    Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.**‾1182‾  **Nonpriority creditor's name and mailing address**

Bruce Lehmann
355 W. 2nd S., 204

Recburg, ID, 83440

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 315.87

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.**‾1183‾  **Nonpriority creditor's name and mailing address**

Bruce Solis
53667 Co Rd 5

Elkhart, IN, 46514

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9.62

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.**‾1184‾  **Nonpriority creditor's name and mailing address**

Bruno Ivaldi
2315 14th St

Lubbock, TX, 79401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 39.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.**‾1185‾  **Nonpriority creditor's name and mailing address**

Bryan Aguilera
12544 Truro ave

Hawthorne, CA, 90250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 21.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.**‾1186‾  **Nonpriority creditor's name and mailing address**

Bryan Arrue
13747 vanowen, apt 102

van nuys, CA, 91405

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 64.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor    Sure Thing Sales, LLC.
          Name                                              Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3.<u>1187</u>  **Nonpriority creditor's name and mailing address**

Bryan Budvitis
1037 Tamarack Lane

Libertyville, IL, 60048

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred            _____
Last 4 digits of account number            _____
☑ No
☐ Yes

---

3.<u>1188</u>  **Nonpriority creditor's name and mailing address**

Bryan Buel
16701 New Kent Hwy

Lanexa, VA, 23089-5206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.79

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred            _____
Last 4 digits of account number            _____
☑ No
☐ Yes

---

3.<u>1189</u>  **Nonpriority creditor's name and mailing address**

Bryan Byrd
6040 Gordon Rd

Waterford, MI, 48327

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 135.67

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred            _____
Last 4 digits of account number            _____
☑ No
☐ Yes

---

3.<u>1190</u>  **Nonpriority creditor's name and mailing address**

Bryan Cuevas
1315 NE 200TH Terrace

Miami, FL, 33179

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.04

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred            _____
Last 4 digits of account number            _____
☑ No
☐ Yes

---

3.<u>1191</u>  **Nonpriority creditor's name and mailing address**

bryan Gamez
1170 Willow Glen Dr

Yuba City, CA, 95991-1523

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.16

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred            _____
Last 4 digits of account number            _____
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC_____ Case number _(if known)_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** ⎯1192⎯ **Nonpriority creditor's name and mailing address**

Bryan Garcia
14522 Del Mar Dr

Woodbridge, VA, 22193

As of the petition filing date, the claim is: $ 14.83
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** ⎯1193⎯ **Nonpriority creditor's name and mailing address**

Bryan Hott
142 Specks Run Rd

Bunker Hill, WV, 25413-2059

As of the petition filing date, the claim is: $ 58.29
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** ⎯1194⎯ **Nonpriority creditor's name and mailing address**

bryan houston
225 Ayliffe Avenue

Westfield, NJ, 7090

As of the petition filing date, the claim is: $ 10.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** ⎯1195⎯ **Nonpriority creditor's name and mailing address**

Bryan Moore
6490 hollyridge dr

riverside, CA, 92504

As of the petition filing date, the claim is: $ 42.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** ⎯1196⎯ **Nonpriority creditor's name and mailing address**

Bryan Romero
67075 HWY 111 92254-5067, Po box 1670/
Space Number 59

Mecca, CA, 92254

As of the petition filing date, the claim is: $ 2,452.48
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC
         Name                                        Case number (if known)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 1197   **Nonpriority creditor's name and mailing address**

Bryan Sales
1201 Pridgen Rd, Unit B3

Myrtle Beach, SC, 29577-4297

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 38.14**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1198   **Nonpriority creditor's name and mailing address**

Bryan Soto-zubia
3557 Merry Ridge Road

Tobaccoville, NC, 27050

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 27.80**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1199   **Nonpriority creditor's name and mailing address**

Bryan Thompson
121 E Victory , I-104

Meridian, ID, 83642

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 206.91**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1200   **Nonpriority creditor's name and mailing address**

Bryan Tillman
2406 Jessica Dr

Conway, AR, 72034-2558

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 89.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1201   **Nonpriority creditor's name and mailing address**

Bryan Vaughn
100 Harvard Lane

Easley, SC, 29640

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 21.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC. | | Case number *(if known)* | |
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1202  **Nonpriority creditor's name and mailing address**

Bryan Wright
734 Rock Bridge Road

Bethpage, TN, 37022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 49.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1203  **Nonpriority creditor's name and mailing address**

Bryanna  Falkofske
7325 26th Ave

Kenosha , WI, 53143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.36

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1204  **Nonpriority creditor's name and mailing address**

Bryant Lampano
15024 16th ave w

Lynnwood, WA, 98087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 52.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1205  **Nonpriority creditor's name and mailing address**

Bryant OSheaf
310 Congling Circle

Grovetown, GA, 30813

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 35.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1206  **Nonpriority creditor's name and mailing address**

Bryant Williams
106 tryon ct

Jacksonville, NC, 28546

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.39

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Sure Thing Sales, LLC.
Name

Case number (if known)

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

---

**3.**1207  **Nonpriority creditor's name and mailing address**

bryce braswell
46 Wesley Avenue,

Youngstown, OH, 44509

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 182.74

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**1208  **Nonpriority creditor's name and mailing address**

Bryce Emmons
2125 Feather Bush Street

Henderson, NV, 89074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 54.17

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**1209  **Nonpriority creditor's name and mailing address**

Bryce Fussell
5415 Kingsman Avenue

North Port, FL, 34288

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 44.93

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**1210  **Nonpriority creditor's name and mailing address**

Bryce Glasper
675 Lincoln Avenue, 15U

Brooklyn, NY, 11208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.20

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**1211  **Nonpriority creditor's name and mailing address**

Bryce Miyahara
2520 Lara Ln

Oceano, CA, 93445

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 63.06

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Sure Thing Sales, LLC_____ Case number _(if known)_____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 1212  **Nonpriority creditor's name and mailing address**

Bryce Pflughaupt
1605 Cougar Ct

College Station, TX, 77840

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 41.12

---

**3.** 1213  **Nonpriority creditor's name and mailing address**

Bryce Roth
2701 N Career Ave., 347

Sioux Falls, SD, 57107

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 53.24

---

**3.** 1214  **Nonpriority creditor's name and mailing address**

Bryceton Bible
11700 Crystal Brook Lane

Knoxville, TN, 37934

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 28.39

---

**3.** 1215  **Nonpriority creditor's name and mailing address**

Brynnan Fox
701 Quail Ridge Road

Newcastle, OK, 73065

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 228.89

---

**3.** 1216  **Nonpriority creditor's name and mailing address**

Brynne O
815 1st ave #323

Seattle, WA, 98104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 50.99

---

| Debtor | Sure Thing Sales, LLC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 1217   **Nonpriority creditor's name and mailing address**

Bryonia Gutrick
2416 Gerard Court

Bryans Road, MD, 20616

**As of the petition filing date, the claim is:** $49.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1218   **Nonpriority creditor's name and mailing address**

Buck Thananaken
460 Camino Del Remedio, Unit A

Santa Barbara, CA, 93110

**As of the petition filing date, the claim is:** $9.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1219   **Nonpriority creditor's name and mailing address**

Buffy Reinmuth
24227 Raven St NW

Saint Francis, MN, 55070

**As of the petition filing date, the claim is:** $8.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1220   **Nonpriority creditor's name and mailing address**

Burton Lanam
8943 West Cloudwood Drive

Marana, AZ, 85653

**As of the petition filing date, the claim is:** $41.26
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1221   **Nonpriority creditor's name and mailing address**

Buzzy Moore
3224 Vernon-Asbury Road, OH

South Vienna, OH, 45369

**As of the petition filing date, the claim is:** $24.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1222 **Nonpriority creditor's name and mailing address**

Byron Kellogg
11114 W Nebraska

Youngtown, AZ, 85363

**As of the petition filing date, the claim is:** $22.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 1223 **Nonpriority creditor's name and mailing address**

Byron Lee
906 Prospect Place, 3B

Brooklyn, NY, 11213

**As of the petition filing date, the claim is:** $97.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1224 **Nonpriority creditor's name and mailing address**

Byron Reynolds
1036 Hampstead Lane

Opelika, AL, 36801

**As of the petition filing date, the claim is:** $87.19
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1225 **Nonpriority creditor's name and mailing address**

C. INNISS
136 Englewood Ave

Teaneck, NJ, 07666-6032

**As of the petition filing date, the claim is:** $149.26
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 1226 **Nonpriority creditor's name and mailing address**

Cadence Shupe
3206 Murray Road

Finksburg, MD, 21048

**As of the petition filing date, the claim is:** $8.47
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.                    Case number *(if known)*_____
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 1227  **Nonpriority creditor's name and mailing address**

Cadence Zaremski
7 Adsit Lane

Clifton Park, NY, 12065

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.49

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

3. 1228  **Nonpriority creditor's name and mailing address**

caedmon dorn
8200 Northwest 79th Terrace

Kansas City, MO, 64152

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

3. 1229  **Nonpriority creditor's name and mailing address**

Caesar Lopez
11972 South Allerton Circle

Parker, CO, 80138

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

3. 1230  **Nonpriority creditor's name and mailing address**

Caisha King
1450 E SHERWOOD DR

GRAND JUNCTION, CO, 81501-7548

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

3. 1231  **Nonpriority creditor's name and mailing address**

Caitlin Barr
21 Ardmore Drive

Wappingers Falls, NY, 12590

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.02

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.                    Case number _(if known)_____
        Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 1232 **Nonpriority creditor's name and mailing address**

Caitlin Barr
21 Ardmore Drive

Wappingers Falls, NY, 12590

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.02

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1233 **Nonpriority creditor's name and mailing address**

Caitlin Cook
5379 Balsam St. #208B

Arvada, CO, 80002

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1234 **Nonpriority creditor's name and mailing address**

Caitlin Joy
409 Stonehaven Commons Court

Louisville, KY, 40207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 231.07

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1235 **Nonpriority creditor's name and mailing address**

Caitlin Rivest
23988 Tenbury Wells Place

Aldie, VA, 20105-2871

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1236 **Nonpriority creditor's name and mailing address**

Caitlyn Ramsey
345 Hall Road

Crownsville, MD, 21032

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.    Case number *(if known)*
        Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1237  **Nonpriority creditor's name and mailing address**

Caitlyn Robinson
555 S CEDAR COVE RD

Hartselle, AL, 35640-6902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 52.42

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1238  **Nonpriority creditor's name and mailing address**

Caleb B
115 W Santa Gertrudis Trl

San Tan Valley, AZ, 85143-4997

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 211.97

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1239  **Nonpriority creditor's name and mailing address**

Caleb DeShazer
1119 Paint Brush Trail

Cedar Park, TX, 78613

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.53

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1240  **Nonpriority creditor's name and mailing address**

Caleb Hubbard
610 Oak St

Inverness, FL, 34452

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 116.59

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1241  **Nonpriority creditor's name and mailing address**

Caleb Moring
1359 Empire Court

Freeport, IL, 61032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.93

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.
         Name                                                    Case number *(if known)*

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 1242  **Nonpriority creditor's name and mailing address**

Callie Lanter
2334 Gardenia Street

Forest Grove, OR, 97116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1243  **Nonpriority creditor's name and mailing address**

Callie Oliver
5317 Royal Lytham Rd

Fort Worth, TX, 76244

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1244  **Nonpriority creditor's name and mailing address**

Callie Rodriguez
4609 Hope Valley Road, C

Durham, NC, 27707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.41

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1245  **Nonpriority creditor's name and mailing address**

Calvin Tran
909 West San Marino Avenue

Alhambra, CA, 91801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 83.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1246  **Nonpriority creditor's name and mailing address**

Calvin Vu
12100 Metric Boulevard, APT 1928

Austin, TX, 78758

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 1247  **Nonpriority creditor's name and mailing address**

Calvin Wong
851 33rd Avenue

San Francisco, CA, 94121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 341.98

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1248  **Nonpriority creditor's name and mailing address**

Cameron Burleson
4744 Brown Road

Vassar, MI, 48768

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.98

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1249  **Nonpriority creditor's name and mailing address**

Cameron Casto
4726 West Main Street

Norman, OK, 73072

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 36.96

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1250  **Nonpriority creditor's name and mailing address**

Cameron Catapusan
12238 Oakview Way

San Diego, CA, 92128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 129.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1251  **Nonpriority creditor's name and mailing address**

Cameron D. Brown
20178 Emerald Mountain Drive

Richmond, TX, 77407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC_____ Case number _(if known)_____
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 1252  **Nonpriority creditor's name and mailing address**

Cameron DeMoss
5212 E Princess Anne RD

Norfolk, VA, 23502

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.31

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1253  **Nonpriority creditor's name and mailing address**

Cameron Drouilhet
1103 Lowerline St

New Orleans, LA, 70118

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 230.93

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1254  **Nonpriority creditor's name and mailing address**

Cameron Eckstrom
22448 Obrien Creek RD NE

Hines, MN, 56647

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.12

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1255  **Nonpriority creditor's name and mailing address**

Cameron Jagger
1150 S Clarizz Blvd

Bloomington, IN, 47401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.83

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1256  **Nonpriority creditor's name and mailing address**

Cameron Ramon
20329 S 187th Pl

Queen Creek, AZ, 85142

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.12

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 1257  **Nonpriority creditor's name and mailing address**

Cameron Stopforth
3330 Palos Verdes Dr East

Rancho Palos Verdes, CA, 90275

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.87

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 1258  **Nonpriority creditor's name and mailing address**

Cameron Waitman
418 S 7th St

Philadelphia, PA, 19147

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.79

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 1259  **Nonpriority creditor's name and mailing address**

Cameron Watkins
5832 Shreveport Dr

Austin, TX, 78727

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 70.35

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 1260  **Nonpriority creditor's name and mailing address**

Cameron Young
33228 N 55th street

Cave Creek, AZ, 85331

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.99

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 1261  **Nonpriority creditor's name and mailing address**

Camila Decima
37 argyle ave

uniondale, NY, 11553

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 68.98

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

Debtor   Sure Thing Sales, LLC.

Name

Case number *(if known)*

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1262 **Nonpriority creditor's name and mailing address**

Camille Pagador
2461 Carriage Lamp Drive

Jacksonville, FL, 32246

As of the petition filing date, the claim is: **$ 26.86**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.** 1263 **Nonpriority creditor's name and mailing address**

Camy Dang
6836 1/2 13th Street

Berwyn, IL, 60402

As of the petition filing date, the claim is: **$ 134.98**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 1264 **Nonpriority creditor's name and mailing address**

Canaan King
4724, Rolando blvd

San Diego , CA, 92115

As of the petition filing date, the claim is: **$ 59.25**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 1265 **Nonpriority creditor's name and mailing address**

Candace Crisp
899 Rocky Creek Road

Mansfield, GA, 30055

As of the petition filing date, the claim is: **$ 65.26**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.** 1266 **Nonpriority creditor's name and mailing address**

candace marzec
2960 ohio

saginaw, MI, 48601

As of the petition filing date, the claim is: **$ 30.73**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor ___Sure Thing Sales, LLC_____    Case number _(if known)_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 1267    **Nonpriority creditor's name and mailing address**

CANDACE RISHAR
7522 LAUREL SPRINGS DR

Winter Park, FL, 32792

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 51.96

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 1268    **Nonpriority creditor's name and mailing address**

Candemir Kurubas
1520 N. Vista St, Apt. 101

Los Angeles, CA, 90046

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 53.98

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 1269    **Nonpriority creditor's name and mailing address**

Candice  Gates
1001 NE 5th St

Washington, IN, 47501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16.04

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 1270    **Nonpriority creditor's name and mailing address**

candice fierro
418 S. Oakcreek Dr.

pueblo west, CO, 81007

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9.99

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 1271    **Nonpriority creditor's name and mailing address**

Candice Sargent
15807 SE 296th St

Kent, WA, 98042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23.90

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Debtor  Sure Thing Sales, LLC.
 Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1272  **Nonpriority creditor's name and mailing address**

Candy Acosta
3024 W MARYLAND AVE

PHOENIX, AZ, 85017

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 102.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1273  **Nonpriority creditor's name and mailing address**

Capital One
PO Box 4069

Carol Stream, IL, 60197-4069

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,880.64

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1274  **Nonpriority creditor's name and mailing address**

Cara Kovalovich
33 Norman Street

Aston, PA, 19014

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.79

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1275  **Nonpriority creditor's name and mailing address**

Carisa Phillips
1360 Osterville Rd

West Barnstable, MA, 2668

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.05

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1276  **Nonpriority creditor's name and mailing address**

Carissa Foy
5034 Copper Bar Road

Las Cruces, NM, 88011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.** 1277  **Nonpriority creditor's name and mailing address**

Carissa Gorman
22 Lawnton Rd

Norristown, PA, 19401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.15

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 1278  **Nonpriority creditor's name and mailing address**

Carl  Pilgrim
57 Summit St.

Malden, MA, 2148

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 1279  **Nonpriority creditor's name and mailing address**

Carl Anderson
11686 Stonewall Jackson Rd

Woodford, VA, 22580

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.63

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 1280  **Nonpriority creditor's name and mailing address**

carl gonce
108 Club Rd.

Pasadena, MD, 21122

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.48

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 1281  **Nonpriority creditor's name and mailing address**

Carl Greenblatt
2728 Kennington Dr

Glendale, CA, 91206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 251.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  Sure Thing Sales, LLC
_____
Name

Case number (if known) _____

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 1282   **Nonpriority creditor's name and mailing address**

Carl Hartstein
58335 County Road 105

Elkhart, IN, 46517

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 1283   **Nonpriority creditor's name and mailing address**

Carl Jones
5326 West Berks Street

Philadelphia, PA, 19131

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.47

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 1284   **Nonpriority creditor's name and mailing address**

Carl Vensel
2504 N. Upriver Ct.

Spokane , WA, 99217

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 1285   **Nonpriority creditor's name and mailing address**

Carl Victor Salazar
46 Magnolia Street

Bergenfield, NJ, 7621

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.30

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 1286   **Nonpriority creditor's name and mailing address**

Carla Cain
8753 S. Paxton Ave.

Chicago, IL, 60617

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

| Debtor | Sure Thing Sales, LLC. | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1287 **Nonpriority creditor's name and mailing address**

Carla Donaldson
459 Bellingham Drive

Beech Island, SC, 29842

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 11.99

---

**3.** 1288 **Nonpriority creditor's name and mailing address**

Carla Gonzalez
7000 Lexington ct

Forest Hill, TX, 76140

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 49.99

---

**3.** 1289 **Nonpriority creditor's name and mailing address**

Carla Morales
HC 1 Box 9087

Bajadero, PR, 616

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 65.99

---

**3.** 1290 **Nonpriority creditor's name and mailing address**

Carla Sanchez
108 East Peach Avenue

Comanche, TX, 76442

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 12.98

---

**3.** 1291 **Nonpriority creditor's name and mailing address**

Carlea Gorczynski
704 S Muskogee Ave

Claremore, OK, 74017

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 65.59

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 1292  **Nonpriority creditor's name and mailing address**

Carlene Garrick
3302 Aldrich Avenue

Anoka, MN, 55303

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.06

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1293  **Nonpriority creditor's name and mailing address**

Carlito Tamisin
2535 Sheila St

Franklin Park, IL, 60131

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.49

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1294  **Nonpriority creditor's name and mailing address**

Carlo Abasta
8930 Boulder Bay Circle

ANCHORAGE, AK, 99507

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,060.85

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1295  **Nonpriority creditor's name and mailing address**

Carlo Labastida
2640 Muirfield Circle

San Bruno, CA, 94066

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1296  **Nonpriority creditor's name and mailing address**

Carlos  Magana
2449 North Oak Park Avenue

Chicago, IL, 60707

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
         Name                                    Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1297 **Nonpriority creditor's name and mailing address**

carlos aleman h
3091 Camino Aleta

San Diego, CA, 92154

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.56

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1298 **Nonpriority creditor's name and mailing address**

carlos cabrera
18226 cardinal valley, 18226 cardinal valley

Mission, TX, 78574

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.90

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1299 **Nonpriority creditor's name and mailing address**

Carlos Cestero
1831 Ryon Falls Dr

Richmond, TX, 77469

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1300 **Nonpriority creditor's name and mailing address**

Carlos Cisneros
10635 SE 244TH ST

KENT, WA, 98030

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 124.39

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1301 **Nonpriority creditor's name and mailing address**

Carlos CO10X240026N
7801 Northwest 37th Street

Doral, FL, 33195-6503

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.44

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.    Case number (if known)
Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3. 1302**  Nonpriority creditor's name and mailing address

carlos fajardo
6 North St

Huntington Station, NY, 11746-1370

As of the petition filing date, the claim is: $32.58
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 1303**  Nonpriority creditor's name and mailing address

Carlos Felix
145 BUSSEY ST

Dedham, MA, 2026

As of the petition filing date, the claim is: $179.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 1304**  Nonpriority creditor's name and mailing address

Carlos Ferrer
4371 NE 13 Avenue

Oakland Park, FL, 33334

As of the petition filing date, the claim is: $8.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 1305**  Nonpriority creditor's name and mailing address

carlos leon
3090 Rodrick Cir.

Orlando, FL, 32824

As of the petition filing date, the claim is: $26.61
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 1306**  Nonpriority creditor's name and mailing address

carlos Lopez
PO Box 1006 Grants NM 87020

Grants, NM, 87020

As of the petition filing date, the claim is: $11.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC

_____    Case number _(if known)_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** **1307** **Nonpriority creditor's name and mailing address**

Carlos Martinez
159 Sunrise Pkwy

Mountainside, NJ, 7092

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** **1308** **Nonpriority creditor's name and mailing address**

Carlos Martinez
4126 Pinell St

Sacramento, CA, 95838

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 107.94

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** **1309** **Nonpriority creditor's name and mailing address**

Carlos Moscoso
83 PLAUDERVILLE AVE FL 2

GARFIELD, NJ, 7026

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** **1310** **Nonpriority creditor's name and mailing address**

Carlos Ordonez
1209 Gabriel Garcia Marquez Street, Apt. B

Los Angeles, CA, 90033

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.56

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** **1311** **Nonpriority creditor's name and mailing address**

Carlos Ortiz
28451 Saddlecrest st

Menifee, CA, 92585

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 531.89

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC.
Name                                                              Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** **1312** **Nonpriority creditor's name and mailing address**

Carlos Ramirez
1114 18th St

Moline, IL, 61265

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 62.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **1313** **Nonpriority creditor's name and mailing address**

carlos romero
4215 Van Horne Ave

Los Angeles, CA, 90032-1133

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **1314** **Nonpriority creditor's name and mailing address**

Carlos Savarin
2825 Claflin Avenue, 4J

The Bronx, NY, 10468

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 69.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **1315** **Nonpriority creditor's name and mailing address**

Carlos Solis
3033 Valley Boulevard spc 142

West Covina, CA, 91792

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 71.16

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **1316** **Nonpriority creditor's name and mailing address**

Carlos Tamayo
341 Saint Paul Street, Apt. 6

Brookline, MA, 2446

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.                              Case number *(if known)*
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** ⌐1317⌐ **Nonpriority creditor's name and mailing address**

Carlos Tavares
500 South Lester Rd

Outlook, WA, 98938

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 145.78

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⌐1318⌐ **Nonpriority creditor's name and mailing address**

Carlos Valdez
18150 West Caribbean Lane

Surprise, AZ, 85388

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 35.80

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⌐1319⌐ **Nonpriority creditor's name and mailing address**

carlos Velasquez Gomez
6254 Rosewood St

Mission, KS, 66205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.11

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⌐1320⌐ **Nonpriority creditor's name and mailing address**

Carlos Villegas
1516 East Swift Avenue, 109

Fresno, CA, 93704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⌐1321⌐ **Nonpriority creditor's name and mailing address**

Carlos Viteri
2978 Ripple Pl., #201

Los Angeles, CA, 90039

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.45

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      Sure Thing Sales, LLC
_____     _____
Name                                         Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** `1322`  **Nonpriority creditor's name and mailing address**

Carlos Zarate
9306 Latrobe

Skokie, IL, 60077

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.65

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `1323`  **Nonpriority creditor's name and mailing address**

Carlton Kifer
9852 Parkmere Dr

Fort Worth, TX, 76108

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `1324`  **Nonpriority creditor's name and mailing address**

Carly Glanton
3243 ward street

Pittsburgh, PA, 15213

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.93

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `1325`  **Nonpriority creditor's name and mailing address**

Carly Shields
62 Stuyvesant Rd.

Pittsford, NY, 14534

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.79

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `1326`  **Nonpriority creditor's name and mailing address**

Carly Siddoway
412 N 3425 W

Layton, UT, 84041

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.95

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                                    Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3. 1327  **Nonpriority creditor's name and mailing address**

Carlyn Cumberland
4137 Wisconsin 173

Nekoosa, WI, 54457

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 239.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

3. 1328  **Nonpriority creditor's name and mailing address**

Carmen Correa
12049 Redstone Street

El Monte, CA, 91732

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.33

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

3. 1329  **Nonpriority creditor's name and mailing address**

Carmen Gaeta
5 Winchester Drive

Lynnfield, MA, 1940

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.18

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

3. 1330  **Nonpriority creditor's name and mailing address**

Carmine Capone
14 Clairview Road

DENVILLE, NJ, 7834

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.56

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

3. 1331  **Nonpriority creditor's name and mailing address**

Carmine Marino
2475 Southern Blvd, Apt 23C

Bronx, NY, 10458

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

Debtor  Sure Thing Sales, LLC                      Case number *(if known)*_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 1332 **Nonpriority creditor's name and mailing address**

Carol Flannigan
2031 19th Ave W

Bradenton, FL, 34205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.44

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 1333 **Nonpriority creditor's name and mailing address**

Carol Jeffery
200 Parc Oaks Dr

Aledo, TX, 76008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.04

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 1334 **Nonpriority creditor's name and mailing address**

Carol Merwede
19525 15th Avenue Northeast

Arlington, WA, 98223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 1335 **Nonpriority creditor's name and mailing address**

Carol Montoya
12008 Pueblo Laguna Drive

El Paso, TX, 79936

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 1336 **Nonpriority creditor's name and mailing address**

Carole Garcia
1526 East Fallbrook Avenue

Fresno, CA, 93720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 168.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC                                      Case number (if known)
         Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.** 1337  **Nonpriority creditor's name and mailing address**

Carolina Aponte
12527, Enchanted Forest Drive

Austin, TX, 78727

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 77.98

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 1338  **Nonpriority creditor's name and mailing address**

Carolina Flores
3217 W 139th St

Hawthorne, CA, 90250

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 276.94

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 1339  **Nonpriority creditor's name and mailing address**

Carolina Galicia
11940 Gager Street

Sylmar, CA, 91342

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 13.13

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 1340  **Nonpriority creditor's name and mailing address**

Carolina Mendez
11117 Addie Road

Balch Springs, TX, 75180

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 42.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 1341  **Nonpriority creditor's name and mailing address**

Caroline Chandler
207 Johnson RD

Greer, SC, 29651

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 295.91

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | | Case number (if known) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1342 **Nonpriority creditor's name and mailing address**

Caroline Godbout
734 Higganum Rd

Durham , CT, 6422

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.15

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1343 **Nonpriority creditor's name and mailing address**

Caroline Hanna
629 Collins Street

Pittsburgh, PA, 15206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1344 **Nonpriority creditor's name and mailing address**

Carolyn  Wyller
306 Garden St.

North Judson, IN, 46366

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 97.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1345 **Nonpriority creditor's name and mailing address**

carolyn gasz
501 Mount Vernon Road

Buffalo, NY, 14226

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.33

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1346 **Nonpriority creditor's name and mailing address**

Carrie  Duerfeldt
820 Maple Court , PO Box 439

Sweetser, IN, 46987

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 1347 **Nonpriority creditor's name and mailing address**

Carrie Adams
3632 North Old Trail

Shamokin Dam, PA, 17876

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 38.13

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 1348 **Nonpriority creditor's name and mailing address**

Carrie Little
315 Mullet Drive

Ivor, VA, 23866

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 18.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1349 **Nonpriority creditor's name and mailing address**

Carrie Sauter
4040 W. 82nd Place

Chicago, IL, 60652

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1350 **Nonpriority creditor's name and mailing address**

Carrieann Quaranta
3546 Main Street

Bridgeport, CT, 6606

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.75

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 1351 **Nonpriority creditor's name and mailing address**

Carter Frick
129 Avenue Of Two Rivers

Rumson, NJ, 7760

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 277.21

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
_____
Name                                    Case number (if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 1352  **Nonpriority creditor's name and mailing address**

Carter Nottingham
20806 W Prospector Way

Buckeye, AZ, 85396

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.66

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1353  **Nonpriority creditor's name and mailing address**

caryle wamsley
2600 Harden Blvd Lot 55

Lakeland, FL, 33803-5924

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1354  **Nonpriority creditor's name and mailing address**

Casandra Kutara
1662 Haku St

Honolulu, HI, 96819

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 183.88

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1355  **Nonpriority creditor's name and mailing address**

Casandra Newsome
965 COLUMBUS AVE, APT 7B

NEW YORK, NY, 10025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1356  **Nonpriority creditor's name and mailing address**

Casey Braden
824 Chennault Ln

Whiteman Air Force Base, MO, 65305-1150

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor     Sure Thing Sales, LLC.                    Case number (if known)
           Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1357 **Nonpriority creditor's name and mailing address**

Casey de la Rocha
319 Cheerful Ct

Simi Valley, CA, 93065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 52.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 1358 **Nonpriority creditor's name and mailing address**

Casey Hart
1411 East 21st Street

Minneapolis, MN, 55404

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25.92

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 1359 **Nonpriority creditor's name and mailing address**

Casey Hudson
89706 U.S. 59

Stilwell, OK, 74960

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 60.48

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 1360 **Nonpriority creditor's name and mailing address**

Casey Johnson
16450 Tribune Street

Los Angeles, CA, 91344

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 35.03

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 1361 **Nonpriority creditor's name and mailing address**

casey pennant
8127 149th Place Northeast, A001

Redmond, WA, 98052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 1362 **Nonpriority creditor's name and mailing address**

Casey Thomas
1263 TELFAIR COUNTY LINE RD

RHINE, GA, 31077

**As of the petition filing date, the claim is:** $ 38.87
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1363 **Nonpriority creditor's name and mailing address**

Casey Warren
3917 Castleberry Bridge Road

Dawsonville, GA, 30534

**As of the petition filing date, the claim is:** $ 48.14
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1364 **Nonpriority creditor's name and mailing address**

Casper Magnolia
816 Greenwood Dr

Hendersonville , NC, 28791

**As of the petition filing date, the claim is:** $ 49.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1365 **Nonpriority creditor's name and mailing address**

Caspian Berry
12435 West Via Camille

El Mirage, AZ, 85335

**As of the petition filing date, the claim is:** $ 14.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1366 **Nonpriority creditor's name and mailing address**

Cassandra Carrillo
3520 Lowell Ave

Los Angeles, CA, 90032-2415

**As of the petition filing date, the claim is:** $ 34.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F               Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 1367   **Nonpriority creditor's name and mailing address**

Cassandra Dahl
19261 S Ridge Rd

Oregon City, OR, 97045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 61.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1368   **Nonpriority creditor's name and mailing address**

Cassandra Dorsey
224 Magazine St

Carnegie, PA, 15106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.74

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1369   **Nonpriority creditor's name and mailing address**

Cassandra Ingram
8578 W Wiley Rd

Weidman, MI, 48893

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.47

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1370   **Nonpriority creditor's name and mailing address**

Cassandra Mayer
682 Price Drive

Morgan Hill, CA, 95037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 139.66

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1371   **Nonpriority creditor's name and mailing address**

Cassandra McEllen
8011 W. 119th St

Palos Park, IL, 60464

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.13

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 1372  Nonpriority creditor's name and mailing address

Cassandra Medeiros
132 Fowler Road

Northbridge, MA, 1534

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 13.80

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1373  Nonpriority creditor's name and mailing address

Cassi W
1941 Cumberland Ave

Arkdale, WI, 54613

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 47.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1374  Nonpriority creditor's name and mailing address

cassidy manigo
911 Northeast 174th Avenue

Portland, OR, 97230

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 23.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1375  Nonpriority creditor's name and mailing address

Cassidy Sulaiman
1629 Commonwealth Avenue, Apartment 3

Boston, MA, 2135

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 25.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1376  Nonpriority creditor's name and mailing address

Cassidy Wheeler
8554 South 83rd Avenue

Hickory Hills, IL, 60457

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 55.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1377  **Nonpriority creditor's name and mailing address**

Cassie Cunningham
203 Plum Cir

Lake Jackson, TX, 77566

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 47.62

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1378  **Nonpriority creditor's name and mailing address**

Cassie DeBoard
464 West 27th Street, 3R

Chicago, IL, 60616

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 139.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1379  **Nonpriority creditor's name and mailing address**

Cassie Madewell
911 Leola Lane

Allen, TX, 75013

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 32.46

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1380  **Nonpriority creditor's name and mailing address**

Cassie Payne
111 Greentree Dr

Newnan, GA, 30265-2066

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 156.21

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1381  **Nonpriority creditor's name and mailing address**

Cassie Venable
18146 Oxnard Street, Unit 50

Tarzana, CA, 91356

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 1382   **Nonpriority creditor's name and mailing address**

Cath O?ÂôBrien
389 Wood-Ridge Avenue

Wood-Ridge, NJ, 7075

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 45.83**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1383   **Nonpriority creditor's name and mailing address**

Catherine Bui
1901 Crossing Pl, Apt. 1104

AUSTIN, TX, 78741

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 89.97**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1384   **Nonpriority creditor's name and mailing address**

Catherine Forrester
331 Sunset Ave

Pocono Manor, PA, 18349

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 145.97**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1385   **Nonpriority creditor's name and mailing address**

Catherine Olaez
11919 Parklawn Drive, Apt 301

Rockville, MD, 20852

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 12.71**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1386   **Nonpriority creditor's name and mailing address**

Catherine Regan
7008 Colonial Rd

Brooklyn, NY, 11209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 103.42**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 287 of 1682

Debtor    Sure Thing Sales, LLC.
Name

Case number (if known)

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.1387** Nonpriority creditor's name and mailing address

Catherine Sun
10975 Ayres Ave.

Los Angeles, CA, 90064

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1388** Nonpriority creditor's name and mailing address

Cathy Cunningham
2225 Western Ave

Fort Worth, TX, 76107

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.94

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1389** Nonpriority creditor's name and mailing address

Cathy Longhurst
325 Rose Hill Road

Mount Vernon, KY, 40456

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.41

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1390** Nonpriority creditor's name and mailing address

Cathy Nolan
404 Lakewood Avenue

Tampa, FL, 33613

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1391** Nonpriority creditor's name and mailing address

Cathy Shenefield
3911 Grand Bend Dr

Groveport, OH, 43125-9538

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
         Name _____   Case number *(if known)* _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 1392 **Nonpriority creditor's name and mailing address**

Catrina Adams
2114 South Airport Road

Peoria, IL, 61607

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 21.99

---

**3.** 1393 **Nonpriority creditor's name and mailing address**

Catrina Elizardo
489 Center Street, Apt #3

Fall River, MA, 2724

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 70.10

---

**3.** 1394 **Nonpriority creditor's name and mailing address**

CCS
PO Box 55126

Boston, MA, 02205-5126

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 59.85

---

**3.** 1395 **Nonpriority creditor's name and mailing address**

CCS830627 Oscar Belmonte
2250 NW 114th Ave, Unit 1C

Miami, FL, 33192-4177

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 64.99

---

**3.** 1396 **Nonpriority creditor's name and mailing address**

Cecelia Mataalii
25022 Woodward Avenue

Lomita, CA, 90717

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 26.43

---

Debtor    Sure Thing Sales, LLC                                    Case number (if known)
          Name

| Part 2: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

3. **1397**  Nonpriority creditor's name and mailing address

Cecil Yawn
1727 West Street

Montgomery, AL, 36106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3. **1398**  Nonpriority creditor's name and mailing address

Cecilia Chan
6 Coppel Dr

Tenafly, NJ, 7670

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.18

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3. **1399**  Nonpriority creditor's name and mailing address

Cecilia De La Garza
2445 Monarch Dr. #1604

Laredo, TX, 78045

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.13

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3. **1400**  Nonpriority creditor's name and mailing address

Cecilia Pellitteri
10671 Oregon Trail

Huntley, IL, 60142

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3. **1401**  Nonpriority creditor's name and mailing address

Cecilia Rodriguez
999 W EL MONTE WAY, APT 213

Dinuba, CA, 93618-3466

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.51

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** ___1402___ **Nonpriority creditor's name and mailing address**

Cecilie Darling
3782 Whisper Creek Dr

Dayton, OH, 45414

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.49

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ___1403___ **Nonpriority creditor's name and mailing address**

Cedric Clark
917 Whitney ave

Suisun City, CA, 94585

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 139.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ___1404___ **Nonpriority creditor's name and mailing address**

Cehidi Dorantes
2310 South Glenarbor Street

Santa Ana, CA, 92704

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 65.51

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ___1405___ **Nonpriority creditor's name and mailing address**

Celena Caracciolo
167 Old Farm Rd

lexington, VA, 24450

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 137.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ___1406___ **Nonpriority creditor's name and mailing address**

Celena Moore
35742 Rhone Lane

Winchester, CA, 92596

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.92

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3. 1407**   Nonpriority creditor's name and mailing address

Celestine Lang
102 Daugherty Avenue

McIntosh, AL, 36553

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.01

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 1408**   Nonpriority creditor's name and mailing address

Celina Montiel
201 West Mile 10 North

Weslaco, TX, 78596

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.94

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 1409**   Nonpriority creditor's name and mailing address

Celina Nava Camacho
437 West Valencia Drive, Apt A

Fullerton, CA, 92832

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 35.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 1410**   Nonpriority creditor's name and mailing address

Celisete Romero
13939 Oolite Run

san antonio, TX, 78253

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 99.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 1411**   Nonpriority creditor's name and mailing address

Cesar Aguirre
143 Bayside Terrace

Vallejo, CA, 94591

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.25

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.**‖1412‖ **Nonpriority creditor's name and mailing address**

Cesar Barrios
1004 West Granada Court, E

Ontario, CA, 91762

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.07

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**‖1413‖ **Nonpriority creditor's name and mailing address**

Cesar Gonzalez
1333 East Adams Boulevard, Apt. B

Los Angeles, CA, 90011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.65

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**‖1414‖ **Nonpriority creditor's name and mailing address**

Cesar Ramirez
40440 Sharose Drive

Hemet, CA, 92544

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.98

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**‖1415‖ **Nonpriority creditor's name and mailing address**

Cesar Rendon
1259 W 112TH ST

Los Angeles, CA, 90044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.41

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**‖1416‖ **Nonpriority creditor's name and mailing address**

Cesar Rodriguez
1411 Cuyler Avenue

Berwyn, IL, 60402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.68

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC_____ Case number _(if known)_____
        Name

| Part 2: | Additional Page |
|---|---|

<table>
<tr><td>Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.</td><td>Amount of claim</td></tr>
</table>

---

**3.** 1417  **Nonpriority creditor's name and mailing address**

Cesar Romero
7317 S San Pedro St

Los Angeles, CA, 90003

**As of the petition filing date, the claim is:**       $ 64.99
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 1418  **Nonpriority creditor's name and mailing address**

Cha Len Vang
5700 Wardell Way

Sacramento, CA, 95823

**As of the petition filing date, the claim is:**       $ 59.80
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 1419  **Nonpriority creditor's name and mailing address**

Chad  Schroeder
544 Arbor Drive

Round Lake Park, IL, 60073

**As of the petition filing date, the claim is:**       $ 64.19
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 1420  **Nonpriority creditor's name and mailing address**

Chad A Reisman
436 Cambridge Drive

Cincinnati, OH, 45241

**As of the petition filing date, the claim is:**       $ 14.99
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 1421  **Nonpriority creditor's name and mailing address**

Chad Cannon
5115 Ander Dr

Brentwood, TN, 37027

**As of the petition filing date, the claim is:**       $ 13.16
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC.
_____
Name    Case number _(if known)_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 1422    **Nonpriority creditor's name and mailing address**

Chad Cannon
5115 Ander Dr

Brentwood, TN, 37027-8870

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 1423    **Nonpriority creditor's name and mailing address**

chad cowell
34000 North 27th DR., 3104

phoenix, AZ, 85085

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 1424    **Nonpriority creditor's name and mailing address**

Chad Davis
160 Rolling Hills 3rd St

Mcminnville, TN, 37110

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 1425    **Nonpriority creditor's name and mailing address**

Chad Elliott
1940 South Lynnwood Drive

Decatur, IL, 62521

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.00

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 1426    **Nonpriority creditor's name and mailing address**

CHAD KORBEL
16280 SUMMIT WAY

DELHI, CA, 95315-9234

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.85

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor ___Sure Thing Sales, LLC___ Case number _(if known)_____
Name

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 1427 **Nonpriority creditor's name and mailing address**

Chad Krieger
1930 Avenida Comunidad

Rio Rancho, NM, 87124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.88

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 1428 **Nonpriority creditor's name and mailing address**

Chad Miller
p.o. box 115

Middleport, PA, 17953

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.89

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 1429 **Nonpriority creditor's name and mailing address**

chains Ellis
708 2nd Ave

Sterling, IL, 61081

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 1430 **Nonpriority creditor's name and mailing address**

Chance Justice
806 Conway Dr

San Marcos, TX, 78666

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.21

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 1431 **Nonpriority creditor's name and mailing address**

Chance Williams
64911 Mcdermott Rd

Deer Island, OR, 97054

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 296 of 1682

Debtor   Sure Thing Sales, LLC.
_____
Name

Case number (if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.1432 **Nonpriority creditor's name and mailing address**

Chandler Carlile
3630 Edinburgh Drive

Las Vegas, NV, 89103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.1433 **Nonpriority creditor's name and mailing address**

Chandler Howrey
5733 Fairford Lane

Virginia Beach, VA, 23464

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.1434 **Nonpriority creditor's name and mailing address**

Chandler Smith
2318 South Country Club Drive, Apt 2074

Mesa, AZ, 85210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.55

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.1435 **Nonpriority creditor's name and mailing address**

Chandra Andrade
123 Mill Pond Cove

Crestview, FL, 32539

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.1436 **Nonpriority creditor's name and mailing address**

Chantelle McGee
725 Aztec Drive, Unit C

Fort Collins, CO, 80521

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.24

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  Sure Thing Sales, LLC

Name

Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3. 1437  **Nonpriority creditor's name and mailing address**

Chantice Barr
33 leverich st

hempstead, NY, 11550

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29.32

Date or dates debt was incurred _____

Last 4 digits of account number _____

3. 1438  **Nonpriority creditor's name and mailing address**

chaoyuan chen
7845 lake city way ne

seattle, WA, 98115

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 171.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

3. 1439  **Nonpriority creditor's name and mailing address**

Charlee Fair
39750 Avenida Miguel Oeste

Murrieta, CA, 92563

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16.30

Date or dates debt was incurred _____

Last 4 digits of account number _____

3. 1440  **Nonpriority creditor's name and mailing address**

Charleen Ramirez
133 East 110th St Apt 7, 7

New York, NY, 10029

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 40.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

3. 1441  **Nonpriority creditor's name and mailing address**

Charlene Hudson
1725 Arial Drive

Austin, TX, 78753

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 83.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.
_____
Name
Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1442  **Nonpriority creditor's name and mailing address**

Charlene Invencion
12728 N WATT LANE, UNIT C

SYLMAR, CA, 91342

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.59

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1443  **Nonpriority creditor's name and mailing address**

Charlene Spears
5911 W. Hwy. 146

Crestwood, KY, 40014

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1444  **Nonpriority creditor's name and mailing address**

Charles  Allen
6510 North Vernal Avenue

Fresno, CA, 93722

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1445  **Nonpriority creditor's name and mailing address**

Charles Benitez
1818 se 5th pl

Cape Coral, FL, 33990

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1446  **Nonpriority creditor's name and mailing address**

Charles Brammer
105 LEWIS CIR

WINCHESTER, VA, 22602

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.88

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 1447  **Nonpriority creditor's name and mailing address**

Charles Clemencio
5200 Mesa Ridge Dr.

Antioch, CA, 94531

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.81

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. 1448  **Nonpriority creditor's name and mailing address**

Charles Craigmiles
1180 Via Encinos Drive

Fallbrook, CA, 92028-8402

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 52.97

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. 1449  **Nonpriority creditor's name and mailing address**

CHARLES DEL HIERRO
7010 BEAR AVE APT A

BELL, CA, 90201

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. 1450  **Nonpriority creditor's name and mailing address**

Charles Drumgole
37100 Julian Lane

Palmdale, CA, 93552

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 419.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. 1451  **Nonpriority creditor's name and mailing address**

Charles Gibbs
1330 Augusta Drive, Apt 6

Houston, TX, 77057

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 41.12

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name
Case number *(if known)*

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 1452   Nonpriority creditor's name and mailing address

Charles J Swank
310 W 15th St

SCOTTSBLUFF, NE, 69361

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1453   Nonpriority creditor's name and mailing address

charles jewell
138 south zeigler lane

stout, OH, 45684

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 60.95

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1454   Nonpriority creditor's name and mailing address

Charles Perez
14902 prairie vista lp se

Yelm, WA, 98597

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 131.03

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1455   Nonpriority creditor's name and mailing address

Charles Ramos
1400 Victory Hwy

Oakland, RI, 2858

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 154.07

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1456   Nonpriority creditor's name and mailing address

Charles Thompson
6930 Providence Square Dr., Apt.191

Charlotte, NC, 28270

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
          Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 1457 **Nonpriority creditor's name and mailing address**

Charles Vinyard
1555 Hecker Pass Road, G102

Gilroy , CA, 95020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1458 **Nonpriority creditor's name and mailing address**

Charles Young
422 cr 452

Dayton, TX, 77535

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1459 **Nonpriority creditor's name and mailing address**

charlie bejines
7727 Lankershim Blvd, 276

North Hollywood, CA, 91605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1460 **Nonpriority creditor's name and mailing address**

Charlie Betancourt
149 Woodbury Street

Rochester, NY, 14605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1461 **Nonpriority creditor's name and mailing address**

Charlie Han
6502 Alamo Ave

Bell, CA, 90201-2732

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 469.93

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor _____Sure Thing Sales, LLC._____     Case number _(if known)_____
           Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 1462  **Nonpriority creditor's name and mailing address**

Charlie Hernandez
1907 S SHENANDOAH ST, 2

Los Angeles, CA, 90034

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 27.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 1463  **Nonpriority creditor's name and mailing address**

Charlie Sheridan
19 Oakleigh St

Patchogue, NY, 11772

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 37.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 1464  **Nonpriority creditor's name and mailing address**

Charlie Zeman
3223 Manitoba Drive

Woodbridge, VA, 22192

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 148.39**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 1465  **Nonpriority creditor's name and mailing address**

Charlotte Davenport
PO Box 297

Onyx, CA, 93255

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 68.98**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 1466  **Nonpriority creditor's name and mailing address**

Charlotte Guiney
19449 Via Madronas Ct.

Saratoga, CA, 95070

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 83.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor ___Sure Thing Sales, LLC._____   Case number _(if known)_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1467  **Nonpriority creditor's name and mailing address**

Charlotte Roberts
150 S Magnolia Ave, APT 169

Anaheim, CA, 92804

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 91.57

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1468  **Nonpriority creditor's name and mailing address**

Charlton Kangas
111 Enchanted Way

San Ramon, CA, 94583

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1469  **Nonpriority creditor's name and mailing address**

Charmen Burrage
3010 Golden Dale Lane

Charlotte, NC, 28262

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1470  **Nonpriority creditor's name and mailing address**

Chas Martinez
9044 Misty Creek Dr

Sarasota, FL, 34241

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.98

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1471  **Nonpriority creditor's name and mailing address**

Chase
PO Box 1423

Charlotte, NC, 28201-1423

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 106,683.91

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name                                    Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 1472 **Nonpriority creditor's name and mailing address**

Chase Donahue
10240 Carloway Hills Drive

Wimauma, FL, 33598

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.78

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1473 **Nonpriority creditor's name and mailing address**

Che Verdejo
96 Wood Ave

Iselin, NJ, 8830

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.05

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1474 **Nonpriority creditor's name and mailing address**

Chelsea Blackwell
3507 Stringtown Rd.

Evansville, IN, 47711

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1475 **Nonpriority creditor's name and mailing address**

Chelsea Camejo
578 Stewart St

Ridgefield, NJ, 07657-1928

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.57

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1476 **Nonpriority creditor's name and mailing address**

Chelsea De Leon
1818 West Central Avenue

Santa Ana, CA, 92704

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.

Name

Case number *(if known)*

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 1477  **Nonpriority creditor's name and mailing address**

Chelsea Iritsky
368 Settlemyre Road

Morganton, NC, 28655

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.15

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 1478  **Nonpriority creditor's name and mailing address**

Chelsea Keyser
1710 Marshall Street

Benwood, WV, 26031

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.99

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 1479  **Nonpriority creditor's name and mailing address**

Chelsea Laflam
2465 Tandy Turn

Eugene, OR, 97401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.99

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 1480  **Nonpriority creditor's name and mailing address**

Chelsea Taylor
8 West Dewart Street

Shamokin, PA, 17872

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 167.46

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 1481  **Nonpriority creditor's name and mailing address**

Chelsea Thompson
1818 Woodmont Rd

Huntington, WV, 25701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 41.72

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
         _____
         Name

_____ Case number *(if known)* _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** **1482**  **Nonpriority creditor's name and mailing address**

Chelsi Campbell
917 Glenwood ave

Hastings, NE, 68901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 137.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **1483**  **Nonpriority creditor's name and mailing address**

Chen Ge
1308 ROSENEATH RD, APT 425

RICHMOND, VA, 23230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 127.19

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **1484**  **Nonpriority creditor's name and mailing address**

Chen Si
965 East El Camino Real #322

Sunnyvale, CA, 94087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 147.31

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **1485**  **Nonpriority creditor's name and mailing address**

Chengyu Deng
626 1st Ave., W.18E

New York, NY, 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.83

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **1486**  **Nonpriority creditor's name and mailing address**

Cheri Stone
455 Baker Road

Merritt Island , FL, 32953

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 84.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC
         Name

Case number _(if known)_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3.___ **1487** **Nonpriority creditor's name and mailing address**

Cherri  Picard
1644 North Pearl Street

Jacksonville, FL, 32206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___ **1488** **Nonpriority creditor's name and mailing address**

Cheryl Kibler
12142 W Columbia Rd

Boise, ID, 83709

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___ **1489** **Nonpriority creditor's name and mailing address**

Cheryl Swords
14 Granger Court

Barbourville, KY, 40906

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___ **1490** **Nonpriority creditor's name and mailing address**

Chester Cramer
501 Evangeline Drive

Waynesboro, PA, 17268

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 49.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___ **1491** **Nonpriority creditor's name and mailing address**

Cheyenne McMahan
1794 Coast Ct

Gulf Breeze, FL, 32563

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 45.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name                                                                          Case number *(if known)*_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

3.___1492___  **Nonpriority creditor's name and mailing address**

Chi Quach
1898 Papaya Park Drive

Ocoee, FL, 34761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.81

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.___1493___  **Nonpriority creditor's name and mailing address**

Chi Quach
1898 Papaya Park Drive,

Ocoee, FL, 34761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.39

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.___1494___  **Nonpriority creditor's name and mailing address**

Chiara Delfino
1514 E. Avalon Ave.

Santa Ana, CA, 92705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.10

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.___1495___  **Nonpriority creditor's name and mailing address**

Chicklet Morales
252 Calhoun Avenue

The Bronx, NY, 10465

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.38

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.___1496___  **Nonpriority creditor's name and mailing address**

Chimere Smith
1626 Powell Road

Brookhaven, PA, 19015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  Sure Thing Sales, LLC
_____
Name

Case number (if known) _____

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1497  **Nonpriority creditor's name and mailing address**

Chin-Hsiang Ho
2202 YOSEMITE DR

MILPITAS, CA, 95035

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 178.98

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1498  **Nonpriority creditor's name and mailing address**

Chingona Solis
8301 22nd Street NE

Lake Stevens, WA, 98258

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 74.18

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1499  **Nonpriority creditor's name and mailing address**

Chloe Calder
1148 Molino Ave #6

Long Beach, CA, 90804

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1500  **Nonpriority creditor's name and mailing address**

Chloe Mattox
8214 Fan Palm Way

Kissimmee, FL, 34747

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.86

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1501  **Nonpriority creditor's name and mailing address**

Chloe Mcconahie
18121 Canopy Ln

Manor, TX, 78653

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.97

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | | Case number (if known) | |
| | Name | | | |

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. <u>1502</u> **Nonpriority creditor's name and mailing address**

Chloe Parke
7433 Township Highway 43

Findlay, OH, 45840

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 456.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred _____
☑ No
☐ Yes

Last 4 digits of account number _____

---

3. <u>1503</u> **Nonpriority creditor's name and mailing address**

Chloe Schuett
16920 Christensen Rd

Gretna, NE, USA, NE, 68028

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred _____
☑ No
☐ Yes

Last 4 digits of account number _____

---

3. <u>1504</u> **Nonpriority creditor's name and mailing address**

Chong Paek
4418 E Campo Bello Dr

Phoenix, AZ, 85032

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred _____
☑ No
☐ Yes

Last 4 digits of account number _____

---

3. <u>1505</u> **Nonpriority creditor's name and mailing address**

Choua Vue
4313 Winchester Lane

Brooklyn Center, MN, 55429

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred _____
☑ No
☐ Yes

Last 4 digits of account number _____

---

3. <u>1506</u> **Nonpriority creditor's name and mailing address**

chris allen
1600 N 1575 W, Apt G202

Layton, UT, 84041

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred _____
☑ No
☐ Yes

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1507 **Nonpriority creditor's name and mailing address**

Chris Anderson
420 sunflower trail

Douglas, WY, 82633

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 34.64

---

**3.** 1508 **Nonpriority creditor's name and mailing address**

Chris augustin
158 kensington way

Royal Beach, FL, 33414

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 96.29

---

**3.** 1509 **Nonpriority creditor's name and mailing address**

Chris Beauchamp
3038 BURNLEY STATION RD

BARBOURSVILLE, VA, 22923

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 27.37

---

**3.** 1510 **Nonpriority creditor's name and mailing address**

Chris Bernardi
2375 Erter Drive

Springfield, OH, 45503

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 48.23

---

**3.** 1511 **Nonpriority creditor's name and mailing address**

Chris Burdick
4258 PEARL WOOD WAY, 4258 PEARL WOOD WAY

ANTELOPE, CA, 95843

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 42.99

---

| Debtor | Sure Thing Sales, LLC. | |
|---|---|---|
| | Name | Case number *(if known)* |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 1512 **Nonpriority creditor's name and mailing address**

Chris Carrier
295 Depot Street

Waldoboro, ME, 4572

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 49.57

---

**3.** 1513 **Nonpriority creditor's name and mailing address**

Chris Chapman
5340 Locust Drive

Mckinney, TX, 75070

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 38.94

---

**3.** 1514 **Nonpriority creditor's name and mailing address**

Chris Chapman
5340 Locust Drive

McKinney, TX, 75070

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 85.51

---

**3.** 1515 **Nonpriority creditor's name and mailing address**

chris day
11005 16th Ave se, 24A

Everett , WA, 98208

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 22.99

---

**3.** 1516 **Nonpriority creditor's name and mailing address**

chris deese
6253 Reddoch Rd.

Marianna, FL, 32446

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 19.98

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.** 1517 **Nonpriority creditor's name and mailing address**

Chris Duggins
625 Long Valley rd

Irvington, KY, 40146

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1518 **Nonpriority creditor's name and mailing address**

Chris Eads
6513 Landis Road

Brookville, OH, 45309

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 47.29

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1519 **Nonpriority creditor's name and mailing address**

Chris Edwards
5197 Alan Avenue

San Jose, CA, 95124

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 49.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1520 **Nonpriority creditor's name and mailing address**

Chris Foley
8083 Stonebrook Pkwy Apt 205

Frisco, TX, 75034

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 108.24

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1521 **Nonpriority creditor's name and mailing address**

CHRIS GARLEN
13440 N 44TH ST, APT 2076

PHOENIX, AZ, 85032

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____
              Name

Sure Thing Sales, LLC                     Case number *(if known)* _____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 1522  **Nonpriority creditor's name and mailing address**

Chris Gilson
284 Springs Hill Cir

Seguin, TX, 78155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.80

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1523  **Nonpriority creditor's name and mailing address**

Chris Guerra
3304 Menard Lane

El Paso, TX, 79936

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1524  **Nonpriority creditor's name and mailing address**

Chris Hallman
152 Buffington Avenue

Royse City, TX, 75189

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.59

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1525  **Nonpriority creditor's name and mailing address**

Chris Isbrecht
1419 Reiner Road

Norristown, PA, 19403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.96

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1526  **Nonpriority creditor's name and mailing address**

Chris Janak
1311 Pulliam St

N Chesterfield, VA, 23235

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.37

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
                Name                                                    Case number (if known)

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 1527  **Nonpriority creditor's name and mailing address**

Chris Jones
214 Sixpence Ln.

Euless, TX, 76039

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 1528  **Nonpriority creditor's name and mailing address**

Chris Joslin
802 S LARKSPUR LN

BLOOMINGTON, IN, 47403-2946

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 1529  **Nonpriority creditor's name and mailing address**

chris kobashigawa
13126 129TH CT NE

KIRKLAND, WA, 98034-3229

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 110.19

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 1530  **Nonpriority creditor's name and mailing address**

CHRIS LAMROUEX
22373 CHEROKEE ROSE PLACE

LAND O LAKES, FL, 34639

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 1531  **Nonpriority creditor's name and mailing address**

chris latorre
7 dewitt st

Kingston, NY, 12401-6505

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 1532  **Nonpriority creditor's name and mailing address**

Chris Lin
1153 N CALVADOS AVE

COVINA, CA, 91722

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 49.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1533  **Nonpriority creditor's name and mailing address**

Chris Lyons
5351 Newport Drive

Lisle, IL, 60532

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 13.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1534  **Nonpriority creditor's name and mailing address**

Chris mcneal
3614 Woodford Rd., 4

Cincinnati, OH, 45213

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 26.62

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1535  **Nonpriority creditor's name and mailing address**

Chris Mendoza
525 E Como Ave

Columbus, OH, 43202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 91.37

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1536  **Nonpriority creditor's name and mailing address**

Chris P
683 Sea Street

Quincy, MA, 2169

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 148.74

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC    Case number *(if known)*
Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 1537 **Nonpriority creditor's name and mailing address**

CHRIS PEREZ
1919 MONTANA AVE E

SAINT PAUL, MN, 55119-3030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.48

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1538 **Nonpriority creditor's name and mailing address**

chris purcell
9500 NW 70th St

Fort Lauderdale, FL, 33321-3003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1539 **Nonpriority creditor's name and mailing address**

Chris Roque
17 Virginia Street

Springfield, MA, 1108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1540 **Nonpriority creditor's name and mailing address**

Chris Sargenti
1055 Rodriguez St

Santa Cruz, CA, 95062-1617

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1541 **Nonpriority creditor's name and mailing address**

Chris Skully
7940 Palmer Rd SW

Reynoldsburg, OH, 43068-3254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 234.33

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 318 of 1682

Debtor    Sure Thing Sales, LLC        Case number *(if known)*_____
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 1542    **Nonpriority creditor's name and mailing address**

Chris Smith
18859 Pleasant Park Rd

Conifer, CO, 80433-6601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 41.86

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 1543    **Nonpriority creditor's name and mailing address**

chris steinman
14 indian red road

Levittown, PA, 19057

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 15.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 1544    **Nonpriority creditor's name and mailing address**

Chris Thompson
5728 Windy Knoll Dr

Loves Park, IL, 61111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.17

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 1545    **Nonpriority creditor's name and mailing address**

Chris Tlaseca
881 orchid court, Apartment 1

Upland, CA, 91786

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 1546    **Nonpriority creditor's name and mailing address**

Chris Williams
2564 Westminster Lane

Aurora, IL, 60506

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.06

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|--------|------------------------|--------------------------|
|        | Name                   |                          |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1547 **Nonpriority creditor's name and mailing address**

Chris Young
760 Twin Oak Circle

Lebanon, VA, 24266

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 41.06

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1548 **Nonpriority creditor's name and mailing address**

Chrissna Chum
115 2nd Avenue

Cranston, RI, 2910

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.91

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1549 **Nonpriority creditor's name and mailing address**

Chrissty Nguyen
9411 Murline Drive

Garden Grove, CA, 92841

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 41.31

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1550 **Nonpriority creditor's name and mailing address**

Christi Osborne
5335 Evian Xing NW

Kennesaw, GA, 30152

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 49.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1551 **Nonpriority creditor's name and mailing address**

Christian Aldava
4204 W Bayou Maison Circle

Dickinson, TX, 77539

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.88

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC    Case number *(if known)*

Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 1552 **Nonpriority creditor's name and mailing address**

Christian Barrientos
13447 Temple Ave

La Puente, CA, 91746

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 113.28

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 1553 **Nonpriority creditor's name and mailing address**

Christian Cardona
360 E 23rd Street

Paterson, NJ, 7514

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.78

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 1554 **Nonpriority creditor's name and mailing address**

Christian Corpuz
1967 Birchwood Park Drive N

Cherry Hill, NJ, 8003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 1555 **Nonpriority creditor's name and mailing address**

Christian Curry
24 Eisenhower Drive

Middletown, NY, 10940

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 1556 **Nonpriority creditor's name and mailing address**

Christian Dominguez
219 Corkwood St

Lake Jackson, TX, 77566-5765

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor     Sure Thing Sales, LLC.                                    Case number (if known)_____
           Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** ⎡1557⎤ **Nonpriority creditor's name and mailing address**

Christian Erickson
102 Edgestone Drive

Harvest, AL, 35749

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.34

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⎡1558⎤ **Nonpriority creditor's name and mailing address**

Christian Fuentes
3505 Liongate Circle

Modesto, CA, 95356

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 65.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⎡1559⎤ **Nonpriority creditor's name and mailing address**

Christian Guerrero
321 State Avenue South

Thief River Falls, MN, 56701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 85.49

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⎡1560⎤ **Nonpriority creditor's name and mailing address**

Christian Lumbag
1005 Briarcreek Road

Jacksonville, FL, 32225

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 75.22

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⎡1561⎤ **Nonpriority creditor's name and mailing address**

Christian PaffChristian
3245 South Lyons Ave

Indianapolis, IN, 46221

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 41.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                              Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 1562  **Nonpriority creditor's name and mailing address**

Christian Razo
3000 OAKSHIRE ST

Denton, TX, 76209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.91

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1563  **Nonpriority creditor's name and mailing address**

Christian Reed
1012 Strathmore Way

Hendersonville, TN, 37075

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1564  **Nonpriority creditor's name and mailing address**

Christian Rosado-Bermudez
12838 Dunhill Drive

Tampa, FL, 33624

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1565  **Nonpriority creditor's name and mailing address**

CHRISTIAN SILVA
3421 E 5th St

Los Angeles, CA, 90063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.42

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1566  **Nonpriority creditor's name and mailing address**

Christian Torres
1670 Latour pl

Jacksonville, FL, 32221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
Name                                    Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

---

3.<u>1567</u>  **Nonpriority creditor's name and mailing address**

Christian-Jay Lazaro
343 E. 238th St.

Carson, CA, 90745

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 6.99

---

3.<u>1568</u>  **Nonpriority creditor's name and mailing address**

Christiana Jallah
127 East Villa Capri Circle, A

DeLand, FL, 32724

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 41.99

---

3.<u>1569</u>  **Nonpriority creditor's name and mailing address**

Christie Decker
386 Hudson cemetery rd

Camden, TN, 38320

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 42.99

---

3.<u>1570</u>  **Nonpriority creditor's name and mailing address**

Christie Kerr
757 New Tork Dr

Altadena, CA, 91001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 29.56

---

3.<u>1571</u>  **Nonpriority creditor's name and mailing address**

Christie Kerr
757 New York Dr.

Altadena, CA, 91001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 10.99

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1572  **Nonpriority creditor's name and mailing address**

Christina  Knezevic
8644 East Montecito Avenue

Scottsdale, AZ, 85251

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 17.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1573  **Nonpriority creditor's name and mailing address**

Christina Beran
31-64 21st street, 5A

Queens, NY, 11106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.83

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1574  **Nonpriority creditor's name and mailing address**

Christina Cheek
123 sheldon avenue

pittsburgh, PA, 15220

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 102.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1575  **Nonpriority creditor's name and mailing address**

CHRISTINA COLON
412 MACON AVE

ROMEOVILLE, IL, 60446

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1576  **Nonpriority creditor's name and mailing address**

christina dang
1710 silver lining ln

sugar land, TX, 77498

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.22

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Sure Thing Sales, LLC.

Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **1577**  Nonpriority creditor's name and mailing address

Christina DeBrango
514 Avon Road

Pine Beach, NJ, 8741

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 12.78

---

3. **1578**  Nonpriority creditor's name and mailing address

Christina Garcia
2509 McVeary Ct Apt F

Silver Spring, MD, 20906-6147

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 21.19

---

3. **1579**  Nonpriority creditor's name and mailing address

Christina Graslie
1200 Northwest Marshall Street, ste 1107

Portland, OR, 97209

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 135.96

---

3. **1580**  Nonpriority creditor's name and mailing address

Christina Lopez
6409 W DEL RIO ST

CHANDLER, AZ, 85226-1765

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 29.99

---

3. **1581**  Nonpriority creditor's name and mailing address

Christina Mabunga
16139 Crooked Creek Ct

Chino Hills, CA, 91709

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 44.97

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 1582  **Nonpriority creditor's name and mailing address**

Christina MacLean
5252 South Pebblecreek Road

West Bloomfield Township, MI, 48322

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1583  **Nonpriority creditor's name and mailing address**

Christina Miller
81 Brookwood Ave , Apt 6

Hamilton, OH, 45013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27.67

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1584  **Nonpriority creditor's name and mailing address**

Christina Muldoon
727 Charnwood Drive

Wyckoff, NJ, 7481

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 45.84

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1585  **Nonpriority creditor's name and mailing address**

christina olivos
3708 foster ct

west sacramento, CA, 95691

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 281.96

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1586  **Nonpriority creditor's name and mailing address**

Christina Parra
9450 Virginia Avenue

Phoenix, AZ, 85037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23.88

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **1587**    **Nonpriority creditor's name and mailing address**

christina patton
62 keating circle

weymouth, MA, 2190

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 96.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

3. **1588**    **Nonpriority creditor's name and mailing address**

Christina Rodriguez
6926 Tunney Ave

Reseda, CA, 91335

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 30.65

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

3. **1589**    **Nonpriority creditor's name and mailing address**

Christina Song
7786 Grandwind Drive

Lorton, VA, 22079

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

3. **1590**    **Nonpriority creditor's name and mailing address**

Christina Young
604 Falcon Ridge Lane

La Grange, KY, 40031

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 42.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

3. **1591**    **Nonpriority creditor's name and mailing address**

CHRISTINE Batcho
167 Iris Avenue

Buffalo, NY, 14224

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 65.24

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor    Sure Thing Sales, LLC    Case number (if known) _____
    Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1592 **Nonpriority creditor's name and mailing address**

Christine Blankeknship
PO Box 1783

Palmer, AK, 99645

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 57.58**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1593 **Nonpriority creditor's name and mailing address**

Christine Chrisman
4545 S Mission rd trlr 195

Tucson, AZ, 85746

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 24.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1594 **Nonpriority creditor's name and mailing address**

christine janvrin
52 main st

groveton, NH, 3582

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 29.98**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1595 **Nonpriority creditor's name and mailing address**

Christine Joyce Reburiano
27187 Underwood Ave

Hayward, CA, 94544

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 68.65**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1596 **Nonpriority creditor's name and mailing address**

Christine Liang
95 Carriageway Drive, 105

Leominster, MA, 1453

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 66.93**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC. | Case number (if known) |
|--------|------------------------|------------------------|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.**¹⁵⁹⁷  **Nonpriority creditor's name and mailing address**

Christine Remite
132 Jillian Blvd

Parsippany, NJ, 7054

**As of the petition filing date, the claim is:**   $ 72.49
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**¹⁵⁹⁸  **Nonpriority creditor's name and mailing address**

Christine Siebert
218 North Texas Blvd., 204

Denton, TX, 76201

**As of the petition filing date, the claim is:**   $ 10.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**¹⁵⁹⁹  **Nonpriority creditor's name and mailing address**

Christine Stuart
116 N Norwich Ave

Lubbock, TX, 79416-3730

**As of the petition filing date, the claim is:**   $ 29.21
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**¹⁶⁰⁰  **Nonpriority creditor's name and mailing address**

Christine Sturch
1709 McCraren Road

Highland Park, IL, 60035

**As of the petition filing date, the claim is:**   $ 12.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**¹⁶⁰¹  **Nonpriority creditor's name and mailing address**

Christine Taylor
20434 W 199th Ter

SPRING HILL, KS, 66083

**As of the petition filing date, the claim is:**   $ 26.64
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name                                                      Case number (if known)

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 1602  **Nonpriority creditor's name and mailing address**

Christine Truong
5907 North Washtenaw Avenue

Chicago, IL, 60659

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1603  **Nonpriority creditor's name and mailing address**

Christine Valley
7 Tori Lane, x815

OAK BLUFFS, MA, 2557

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.05

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1604  **Nonpriority creditor's name and mailing address**

Christopher  Greeley
98 Pellana Rd

Norwood, MA, 02062-4729

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.43

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1605  **Nonpriority creditor's name and mailing address**

Christopher  Reynolds
3430 Tie Street

San Diego, CA, 92105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1606  **Nonpriority creditor's name and mailing address**

Christopher Anderson
15 Cerner Court

Ladera Ranch, CA, 92694

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.46

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.    Case number _(if known)_____
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 1607 **Nonpriority creditor's name and mailing address**

Christopher Arriaga
913 Cedarbrook Road

Derby, KS, 67037

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.18

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1608 **Nonpriority creditor's name and mailing address**

Christopher Ballard
68 Sherbrooke Avenue

Buffalo, NY, 14221

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.35

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1609 **Nonpriority creditor's name and mailing address**

Christopher Belvedere
1621 Louis Kossuth Ave

Bohemia, NY, 11716-1511

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.23

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1610 **Nonpriority creditor's name and mailing address**

Christopher Briotte
1374 fox glen dr.

Hummelstown, PA, 17036

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1611 **Nonpriority creditor's name and mailing address**

Christopher Brizendine
2496 Checkerberry Drive

Lexington, KY, 40509

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.19

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC
_____
Name

Case number *(if known)* _____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 1612 **Nonpriority creditor's name and mailing address**

Christopher Chagdes
118 Bearss Circle

Longwood, FL, 32750

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1613 **Nonpriority creditor's name and mailing address**

Christopher Chang-Lo
550 Kamaaha Ave, Unit 901

Kapolei, HI, 96707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 50.25

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1614 **Nonpriority creditor's name and mailing address**

Christopher chiaro
14 Cove St

Portsmouth, RI, 2871

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 961.92

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1615 **Nonpriority creditor's name and mailing address**

Christopher Clark
5896 Alturas Way

Hilliard, OH, 43026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 36.53

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1616 **Nonpriority creditor's name and mailing address**

Christopher Cohen
23 Madeline Rd

Ridge, NY, 11961-2942

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.73

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number (if known) _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1617  **Nonpriority creditor's name and mailing address**

Christopher de Lis
21641 Kanakoa Lane

Huntington Beach, CA, 92646

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.19

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1618  **Nonpriority creditor's name and mailing address**

Christopher DeMorier
59 W View Rd

Troutville, VA, 24175

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1619  **Nonpriority creditor's name and mailing address**

Christopher Dion
369 ROBB RD

AMSTERDAM, NY, 12010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1620  **Nonpriority creditor's name and mailing address**

Christopher Dravus
2431 W Gunnison St, apt 2

chicago, IL, 60625

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1621  **Nonpriority creditor's name and mailing address**

Christopher Duke
243 Rosedale Road

Yonkers, NY, 10710

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.65

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
          Name                                    Case number (if known)

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 1622  **Nonpriority creditor's name and mailing address**

Christopher Ebelt
6025 SW Karla Ct

Portland, OR, 97239-1188

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 89.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1623  **Nonpriority creditor's name and mailing address**

Christopher Fabiano
39 Cambridge Road

Edison, NJ, 8817

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 117.26

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1624  **Nonpriority creditor's name and mailing address**

Christopher Fluit
171 Timber Brook Lane

Penfield, NY, 14526

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 8.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1625  **Nonpriority creditor's name and mailing address**

Christopher Garrison
120 Trish Dr.

Novato, CA, 94947-1926

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 21.64

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1626  **Nonpriority creditor's name and mailing address**

Christopher George
226 South Washington Street

Lindsborg, KS, 67456

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 13.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
Name

Case number (if known) _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1627  **Nonpriority creditor's name and mailing address**

Christopher Goodwin
92 Central Street

Ashland, MA, 01721-1750

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 11.68

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1628  **Nonpriority creditor's name and mailing address**

Christopher Groomes
921 Washington Ave

Winthrop Harbor, IL, 60096

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 29.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1629  **Nonpriority creditor's name and mailing address**

Christopher Hawkins
106 Hampton Avenue

Rensselaer, NY, 12144

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 21.59

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1630  **Nonpriority creditor's name and mailing address**

Christopher Horsley
1409A E 2Nd St

Austin, TX, 78702-4309

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 80.09

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1631  **Nonpriority creditor's name and mailing address**

Christopher Hufman
8787 W Alameda Ave

Lakewood, CO, 80226

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 30.09

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Sure Thing Sales, LLC.
          Name                                                    Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.** 1632 **Nonpriority creditor's name and mailing address**

Christopher Iquina
7127 66th place

Glendale, NY, 11385

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1633 **Nonpriority creditor's name and mailing address**

Christopher Jaory
16308 Sisley Drive

Chino Hills, CA, 91709

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1634 **Nonpriority creditor's name and mailing address**

christopher kirkland
1815 Hembree road, 416

Alpharetta, GA, 30009

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.39

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1635 **Nonpriority creditor's name and mailing address**

Christopher Koch-Weser
10513 Cheviot Drive

Los Angeles, CA, 90064

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1636 **Nonpriority creditor's name and mailing address**

Christopher Larsen
1315 cherrington drive

HARRISBURG, PA, 17110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.67

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 337 of 1682

Debtor    Sure Thing Sales, LLC
          Name                                    Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1637 **Nonpriority creditor's name and mailing address**

Christopher Lawrence
171 Young Road

Erie, PA, 16509

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 127.19

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 1638 **Nonpriority creditor's name and mailing address**

Christopher Lewis
2401 Papermill Road, 11

Winchester, VA, 22601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.90

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 1639 **Nonpriority creditor's name and mailing address**

Christopher Marino
4928 MOUNT LA PLATTA DRIVE

SAN DIEGO, CA, 92117

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 1640 **Nonpriority creditor's name and mailing address**

Christopher Marrero
109 Oakview Drive

Floresville, TX, 78114

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 1641 **Nonpriority creditor's name and mailing address**

Christopher McKee
11973 Carters Creek Drive

Chesterfield, VA, 23838

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 1642    **Nonpriority creditor's name and mailing address**

Christopher Morgan
5886 W Evening Petal Lane

Tucson, AZ, 85735

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.21

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 1643    **Nonpriority creditor's name and mailing address**

Christopher Nallo
382 Buckingham Way

Westminster, MD, 21157

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 1644    **Nonpriority creditor's name and mailing address**

Christopher Nowak
69 Crawford St, Apt 1A

Oxford, MI, 48371-4906

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.71

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 1645    **Nonpriority creditor's name and mailing address**

Christopher Ouellette
173 Christopher Drive

San Francisco,, CA, 94131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.30

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 1646    **Nonpriority creditor's name and mailing address**

Christopher plymire
56887, Jewel Rd

Senecaville, OH, 43780

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 1647  **Nonpriority creditor's name and mailing address**

Christopher Price
1926 N. Parham Rd.

Richmond, VA, 23229

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.71

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 1648  **Nonpriority creditor's name and mailing address**

Christopher Revelas
41 Pennsylvania Avenue

Stratford, NJ, 8084

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 1649  **Nonpriority creditor's name and mailing address**

Christopher Ruiz
8768 Hauser Street, G

Lenexa, KS, 66215

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 312.73

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 1650  **Nonpriority creditor's name and mailing address**

Christopher Ryan
406 Boscawen Lane

Cary, NC, 27519

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 109.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 1651  **Nonpriority creditor's name and mailing address**

CHRISTOPHER SMITH
170 Park Side Dr, Unit 104

Fletcher, NC, 28732

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.    Case number *(if known)*
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 1652  **Nonpriority creditor's name and mailing address**

Christopher Somers
85 Belmont Rd

Gettysburg , PA, 17325

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 178.07

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1653  **Nonpriority creditor's name and mailing address**

Christopher Vazquez
16047 Pago Pago Drive

Tega Cay, SC, 29708

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 127.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1654  **Nonpriority creditor's name and mailing address**

Christopher Vidaic
21-40 24th Street

Astoria, NY, 11105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.38

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1655  **Nonpriority creditor's name and mailing address**

Christopher Wilson
4215 NE 94th Terrace

Kansas City, MO, 64156

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1656  **Nonpriority creditor's name and mailing address**

Christopher Wirt
2762 Bonnet St

Manchester Center, VT, 05255-9362

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
        Name

        Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 1657  **Nonpriority creditor's name and mailing address**

Christy Clark
1052 Decatur St

Vermilion, OH, 44089

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 24.99

---

**3.** 1658  **Nonpriority creditor's name and mailing address**

Christy Cox
3360 County Rd 13

Headland, AL, 36345

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 27.30

---

**3.** 1659  **Nonpriority creditor's name and mailing address**

Christy Nisco
5358 Coastal Loop

Blaine, WA, 98230

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 24.99

---

**3.** 1660  **Nonpriority creditor's name and mailing address**

Christy Rios
16211 Windermere Dr

Pflugerville, TX, 78660-2440

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 12.99

---

**3.** 1661  **Nonpriority creditor's name and mailing address**

Christy Rodriguez
2508 CRESCENT WAY

DISCOVERY BAY, CA, 94505

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 23.91

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|--------|----------------------|------------------------|
| | Name | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1662 **Nonpriority creditor's name and mailing address**

Christyn Walters
352 ROCKHOUSE XING

HATFIELD, KY, 41514

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 107.98

---

**3.** 1663 **Nonpriority creditor's name and mailing address**

Chrisy Soulack
6517 Maddox Road

Morrow, GA, 30260

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 28.99

---

**3.** 1664 **Nonpriority creditor's name and mailing address**

Chryssi Ladas
8136 Hillandale Drive

San Diego, CA, 92120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 22.99

---

**3.** 1665 **Nonpriority creditor's name and mailing address**

Chrystal  Forney
1696 Hill View Pl

Lexington, KY, 40504

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 21.19

---

**3.** 1666 **Nonpriority creditor's name and mailing address**

Chrystelle Hernandez
5370 BRENTFORD WAY

EL DORADO HILLS, CA, 95762

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 80.97

---

Debtor    Sure Thing Sales, LLC.
_____    Case number _(if known)_____
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1667  **Nonpriority creditor's name and mailing address**

Chuck Ridgway
385 South Grant Street

Denver, CO, 80209

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1668  **Nonpriority creditor's name and mailing address**

Chuck Westlake
1110 Ohio Avenue, #2

Ashtabula, OH, 44004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.73

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1669  **Nonpriority creditor's name and mailing address**

Chuiyee Thao
3215 98th Circle North

Minneapolis, MN, 55443

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 43.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1670  **Nonpriority creditor's name and mailing address**

Chun Chan
7304 Prestwick Ter

Fort Worth, TX, 76126-1405

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 219.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1671  **Nonpriority creditor's name and mailing address**

Chun Ho Wong
3050 Mission Inn Ave, APT 223, APT 223

Riverside, CA, 92507

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 157.67

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | |
|---|---|---|
| | Name | |

Case number *(if known)* _____

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1672  **Nonpriority creditor's name and mailing address**

Chun Kit Ma
4507 Hidden Oaks Way

Houston, TX, 77084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28.13

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.** 1673  **Nonpriority creditor's name and mailing address**

Chun Iam Chiu
10934 Edes Avenue

Oakland, CA, 94603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 98.11

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.** 1674  **Nonpriority creditor's name and mailing address**

chun yung
31 Pocahontas Drive

West Hartford, CT, 6117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 233.93

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.** 1675  **Nonpriority creditor's name and mailing address**

Chung-Ying Tsai
132 Tuers Ave

Jersey City, NJ, 7306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 309.20

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.** 1676  **Nonpriority creditor's name and mailing address**

Chunie Tong
412 Johnson Avenue

Bohemia, NY, 11716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 32.57

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1677    **Nonpriority creditor's name and mailing address**

Chuwei Zheng
938 120th Street

Queens, NY, 11356

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 140.39

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 1678    **Nonpriority creditor's name and mailing address**

Ciara Fraser
33314 Cheryl Drive

Clinton Township, MI, 48035

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 110.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 1679    **Nonpriority creditor's name and mailing address**

Cielo Heredia
3788 Hemlock Avenue

Clearlake, CA, 95422

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.61

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 1680    **Nonpriority creditor's name and mailing address**

Cierra Vincent
1913 12th Avenue

Altoona, PA, 16601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 1681    **Nonpriority creditor's name and mailing address**

Cindy Chheng
2037 Richdale Ave

Hacienda Heights, CA, 91745

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 1682 **Nonpriority creditor's name and mailing address**

Cindy Holway
30 Ashworth Court

Amherst, NY, 14228

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1683 **Nonpriority creditor's name and mailing address**

Cindy Lam
1640 Lancewood Avenue

Hacienda Heights, CA, 91745

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 109.49

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1684 **Nonpriority creditor's name and mailing address**

CINDY NAM
1543 77th St

Brooklyn, NY, 11228

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1685 **Nonpriority creditor's name and mailing address**

Cindy robertson
1746 Ronald Rd

Akron, OH, 44312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.00

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1686 **Nonpriority creditor's name and mailing address**

Cindy Wooten
1057 Timber Bluff Dr

Wentzville, MO, 63385-2144

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

3.1687   **Nonpriority creditor's name and mailing address**

Cindy Zaldivar
1024 Gillespie street, 2

Schenectady, NY, 12308

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.1688   **Nonpriority creditor's name and mailing address**

CJ Rosario
3136 Chepstow Ln

Falls Church , VA, 22042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 229.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.1689   **Nonpriority creditor's name and mailing address**

CJ Wadsworth
4895 Cornish Heights Pkwy

Syracuse, NY, 13215-2475

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 299.70

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.1690   **Nonpriority creditor's name and mailing address**

CL Hodge
3830 creal lake court

terre haute, IN, 47805

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.1691   **Nonpriority creditor's name and mailing address**

Claire Dickens
13 Wisteria Pl

Aliso Viejo, CA, 92656

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 99.11

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor __Sure Thing Sales, LLC._____    Case number _(if known)_____
         Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 1692    **Nonpriority creditor's name and mailing address**

Claire Fischer
28214 Gadwall Dr

Katy, TX, 77494

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.19

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 1693    **Nonpriority creditor's name and mailing address**

Claire Pond
115 Field CT NE

Leesburg, VA, 20176

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.03

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 1694    **Nonpriority creditor's name and mailing address**

Clara Reynolds
10 Guinevere Court

Rosedale, MD, 21237

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.88

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 1695    **Nonpriority creditor's name and mailing address**

Clark goebel
1366 ANA MARIA CIR

PORT ORANGE, FL, 32129

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.14

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 1696    **Nonpriority creditor's name and mailing address**

Claude Dearchs
2424 Chancery Lane, Apt. 303

Chesapeake, VA, 23321

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.09

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor    Sure Thing Sales, LLC.
         Name                                                    Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 1697  Nonpriority creditor's name and mailing address

Claudia Duarte
750 Laporte Avenue

San Bernardino, CA, 92405

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 26.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 1698  Nonpriority creditor's name and mailing address

Claudia Ferdinand
212 BRENTWOOD ST

BAY SHORE, NY, 11706-2016

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 76.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 1699  Nonpriority creditor's name and mailing address

Claudia Gonzalez
3412 Cornell Avenue

McAllen, TX, 78504

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 12.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 1700  Nonpriority creditor's name and mailing address

claudia munoz
915 Paul St

pasadena, TX, 77506

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 97.41

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 1701  Nonpriority creditor's name and mailing address

Claudia Perez
29908 Southwest 159th Drive

Homestead, FL, 33033

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 17.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.**  1702   **Nonpriority creditor's name and mailing address**

claudio mercado
12507 Saratoga Woods Ln

humble, TX, 77346-3715

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 63.35

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.**  1703   **Nonpriority creditor's name and mailing address**

Clever Parajon
3151 North F Street

San Bernardino, CA, 92405

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 242.94

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.**  1704   **Nonpriority creditor's name and mailing address**

Cliff Green
230 Pages Place , Apt 4

Bountiful, UT, 84010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.**  1705   **Nonpriority creditor's name and mailing address**

Clifford Elor
67 N second ave Nanuet Ny 10954

Nanuet, NY, 10954

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.17

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.**  1706   **Nonpriority creditor's name and mailing address**

Clint Grommett
500 E MIFFLIN ST

ORWIGSBURG, PA, 17961

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC    Case number *(if known)*_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** ¹⁷⁰⁷  **Nonpriority creditor's name and mailing address**

Clint Miller
140 Akaloa Dr

Bastrop, TX, 78602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ¹⁷⁰⁸  **Nonpriority creditor's name and mailing address**

CLINT VON HOLLEN
1252 AMHERST COURT

COCOA, FL, 32922

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 125.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ¹⁷⁰⁹  **Nonpriority creditor's name and mailing address**

Clinton Camp
715 Parkway, Suite 8

Gatlinburg, TN, 37738

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.96

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ¹⁷¹⁰  **Nonpriority creditor's name and mailing address**

Clinton Casey
6024 Osprey Dr.

Rosenberg, TX, 77469

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 99.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ¹⁷¹¹  **Nonpriority creditor's name and mailing address**

Clinton Dunn
14003 Lookout Way North

Seminole, FL, 33776

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 99.50

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
_____   Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 1712   **Nonpriority creditor's name and mailing address**

Clinton Dybul
3201 E Lake Park Xing, Unit 65

Appleton, WI, 54915

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18.98

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** 1713   **Nonpriority creditor's name and mailing address**

Clovis Medeiros 5 HIGHLAND ST MILFORD MA
01757-2313 Medeiros
5 HIGHLAND ST

MILFORD, MA, 01757-2313

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 109.99

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** 1714   **Nonpriority creditor's name and mailing address**

CNA Insurance
PO Box 74007619

Chicago, IL, 60674.7619

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance company

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,596.55

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** 1715   **Nonpriority creditor's name and mailing address**

Cody Chambers
134 Rosewood Dr.

Princeton, WV, 24739

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 21.39

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** 1716   **Nonpriority creditor's name and mailing address**

Cody Cramer
1980 Country Road Lot 80

Rapid City, SD, 57701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 26.04

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

Debtor    Sure Thing Sales, LLC.
Name                                          Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 1717 **Nonpriority creditor's name and mailing address**

Cody farmer
4608 Williams Valley Road

Clayton, WA, 99110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 129.99

---

**3.** 1718 **Nonpriority creditor's name and mailing address**

Cody Kreppein
1355 Bradley Blvd, Apt 208

Savannah, GA, 31419-8155

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 89.87

---

**3.** 1719 **Nonpriority creditor's name and mailing address**

Cody Morris
301 West Lin Street

Fulton, MS, 38843

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 12.99

---

**3.** 1720 **Nonpriority creditor's name and mailing address**

Cody Onishi
1415 Victoria Street, Apt 606

Honolulu, HI, 96822

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 65.95

---

**3.** 1721 **Nonpriority creditor's name and mailing address**

cody piet
6240 west 136th avenue

cedar lake, IN, 46303

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 69.54

---

Debtor    Sure Thing Sales, LLC    Case number *(if known)*_____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 1722  **Nonpriority creditor's name and mailing address**

Cody Smith
205 Steeplechase Dr

Auburn, IN, 46706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 32.09**

**Basis for the claim:** Customers with Outstanding Deposits

| | **Is the claim subject to offset?** |
| **Date or dates debt was incurred** _____ | ☑ No |
| **Last 4 digits of account number** _____ | ☐ Yes |

---

**3.** 1723  **Nonpriority creditor's name and mailing address**

Cole Halverson
2735 E Runaway Bay PL

Gilbert, AZ, 85298

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 15.99**

**Basis for the claim:** Customers with Outstanding Deposits

| | **Is the claim subject to offset?** |
| **Date or dates debt was incurred** _____ | ☑ No |
| **Last 4 digits of account number** _____ | ☐ Yes |

---

**3.** 1724  **Nonpriority creditor's name and mailing address**

Cole Jackson
1049 Chatsworth Drive

Mount Juliet, TN, 37138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 52.99**

**Basis for the claim:** Customers with Outstanding Deposits

| | **Is the claim subject to offset?** |
| **Date or dates debt was incurred** _____ | ☑ No |
| **Last 4 digits of account number** _____ | ☐ Yes |

---

**3.** 1725  **Nonpriority creditor's name and mailing address**

Cole Kruger
106213 E 297 PR SE

Kennewick, WA, 99338

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 18.45**

**Basis for the claim:** Customers with Outstanding Deposits

| | **Is the claim subject to offset?** |
| **Date or dates debt was incurred** _____ | ☑ No |
| **Last 4 digits of account number** _____ | ☐ Yes |

---

**3.** 1726  **Nonpriority creditor's name and mailing address**

Cole Willingham
2604 Laurelwood Drive

Martinsville, IN, 46151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 32.09**

**Basis for the claim:** Customers with Outstanding Deposits

| | **Is the claim subject to offset?** |
| **Date or dates debt was incurred** _____ | ☑ No |
| **Last 4 digits of account number** _____ | ☐ Yes |

---

Debtor   Sure Thing Sales, LLC
_____   Case number *(if known)*_____
Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **1727** | **Nonpriority creditor's name and mailing address**

Colin Agpaoa
857 Kellogg Mill Road

Fredericksburg, VA, 22406

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.42

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **1728** | **Nonpriority creditor's name and mailing address**

Colin Taibi
2142 Tournament Way

Grove City, OH, 43123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.69

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **1729** | **Nonpriority creditor's name and mailing address**

Colleen Scala
5470 Sw 100th Loop

Ocala, FL, 34476

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.19

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **1730** | **Nonpriority creditor's name and mailing address**

Collin Partin
3052 Lakefield Drive

Little Elm, TX, 75068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **1731** | **Nonpriority creditor's name and mailing address**

CON MALLARI
11364 walcroft street

lakewood, CA, 90715

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC    Case number *(if known)*
　　　　Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

3. **1732**   **Nonpriority creditor's name and mailing address**

Connan Powers
716 South Fuller Avenue

Independence, MO, 64052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.99

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **1733**   **Nonpriority creditor's name and mailing address**

Connie Divis
1009 Doubletree Court Northeast

Cedar Rapids, IA, 52402

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 438.70

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **1734**   **Nonpriority creditor's name and mailing address**

Connie Gilbert
19634 Pine Valley Avenue

Porter Ranch, CA, 91326

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 53.99

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **1735**   **Nonpriority creditor's name and mailing address**

Connie Oseguera Espinoza
240 Alhambra Street

Salinas, CA, 93906

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.99

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **1736**   **Nonpriority creditor's name and mailing address**

Connie Situ
11 Saint George St, 13B

Boston, MA, 2118

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 118.97

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.

Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3. 1737  **Nonpriority creditor's name and mailing address**

Connor  Hoasjoe
102 OaK Leaf Trl.

Benton, LA, 71006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 107.96

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

3. 1738  **Nonpriority creditor's name and mailing address**

Connor Center
712 Oak brook Drive

Hebron, IN, 46341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 34.23

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

3. 1739  **Nonpriority creditor's name and mailing address**

Connor Shropshire
PO box 2974

Redmond, WA, 98073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 52.84

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

3. 1740  **Nonpriority creditor's name and mailing address**

Connor Smith
610 Parkway Blvd

Elizabethton, TN, 37643

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 24.12

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

3. 1741  **Nonpriority creditor's name and mailing address**

Connor Young
5 Bells Creek Drive

Simpsonville, SC, 29681

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

Official Form 206E/F                  Schedule E/F: Creditors Who Have Unsecured Claims                  page 358 of 1682

Debtor    Sure Thing Sales, LLC.
Name    Case number (if known)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1742  **Nonpriority creditor's name and mailing address**

Conor McCarty
429 S. Hoover St., 2

Los Angeles, CA, 90020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.05

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1743  **Nonpriority creditor's name and mailing address**

Corey Augustine
2030 e beauregard st

Chalmette, LA, 70043

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.35

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1744  **Nonpriority creditor's name and mailing address**

Corey Behanna
378 Bunola River Rd, Box 242

Bunola, PA, 15020-1004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.67

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1745  **Nonpriority creditor's name and mailing address**

Corey Capella
471 W College Ave, 313

Santa Rosa, CA, 95401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1746  **Nonpriority creditor's name and mailing address**

Corey Danowsky
578 Madison Avenue

Milton, PA, 17847

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48.75

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Sure Thing Sales, LLC. | | Case number (if known) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1747 **Nonpriority creditor's name and mailing address**

Corey Dean
108 High Street

North East, MD, 21901

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 98.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1748 **Nonpriority creditor's name and mailing address**

Corey Fields
4313 Gum Tree Lane

Lexington, KY, 40513-1357

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 15.89

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1749 **Nonpriority creditor's name and mailing address**

Corey Hahnl
779 G Street

Washougal, WA, 98671

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1750 **Nonpriority creditor's name and mailing address**

Corey Heard
4041 N KEYSTONE AVE, 1B

CHICAGO, IL, 60641

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 46.28

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1751 **Nonpriority creditor's name and mailing address**

Corey Hissam
9274 Hare Drive

West Chester, OH, 45069

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 308.17

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                                    Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1752    **Nonpriority creditor's name and mailing address**

Corey Hutt
109 Driftwood Drive

Oneida, NY, 13421

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 1753    **Nonpriority creditor's name and mailing address**

Corey Jones
7509 Ishmael Lane

Corryton, TN, 37721

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 38.23

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 1754    **Nonpriority creditor's name and mailing address**

Corey Kener
6134 W. Intrigue Place

Herriman, UT, 84096

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 1755    **Nonpriority creditor's name and mailing address**

Corey Leavell
7405 N Audubon St

Spokane, WA, 99208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 174.39

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 1756    **Nonpriority creditor's name and mailing address**

Corey Mulloy
3549 Christy Way N

Saginaw, MI, 48603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 15.89

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC.
Name

Case number _(if known)_____

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3. 1757  **Nonpriority creditor's name and mailing address**

Corey Stewart
221 Asiago

Schertz, TX, 78108

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 164.97

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 1758  **Nonpriority creditor's name and mailing address**

Corina Bray
34383 Summerlyn Drive, 111

Lewes, DE, 19958

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 1759  **Nonpriority creditor's name and mailing address**

Corina Houseworth
223 Spetti Drive

Fremont, CA, 94536

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.65

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 1760  **Nonpriority creditor's name and mailing address**

Cory Howard
33R Adams Pond Rd

Derry, NH, 3038

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 8.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 1761  **Nonpriority creditor's name and mailing address**

Cory Kakogawa
94-1023 Halekapio St.

Waipahu, HI, 96797

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 228.97

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor   Sure Thing Sales, LLC
         Name                                                        Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1762   **Nonpriority creditor's name and mailing address**

Cory Norell
1111 Breen Street

Saint Paul, MN, 55106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 395.84

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1763   **Nonpriority creditor's name and mailing address**

Cory Richards
1160 89th Street

West Des Moines, IA, 50266

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1764   **Nonpriority creditor's name and mailing address**

Cory Sorrells
279 herron trail

Mcdade, TX, 78650

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.66

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1765   **Nonpriority creditor's name and mailing address**

Cory Sutyak
1227 Glenoak Dr

Tallmadge, OH, 44278

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.05

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1766   **Nonpriority creditor's name and mailing address**

Cosmo Gonzalez
2905 Abbott Ave

Mission, TX, 78572

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.44

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 1767  **Nonpriority creditor's name and mailing address**

Court Joy
Windermere Chase Boulevard

Gotha, FL, 34734

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 27.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1768  **Nonpriority creditor's name and mailing address**

Courtney Carter
73 North 150 East

Malad City, ID, 83252

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 112.35

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1769  **Nonpriority creditor's name and mailing address**

Courtney Chapman
101 Yeargin circle

FOUNTAIN INN, SC, 29644

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 68.89

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1770  **Nonpriority creditor's name and mailing address**

Courtney Cole
30 Brattleboro Drive

Greensburg, PA, 15601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 55.11

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1771  **Nonpriority creditor's name and mailing address**

Courtney Copening
3033 Holston Lane, A

Raleigh, NC, 27610

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 32.16

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|--------|------------------------|------------------------|
|        | Name                   |                        |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1772    **Nonpriority creditor's name and mailing address**

Courtney Doring
12 Linden Pl, 2a

Port Jefferson, NY, 11777

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 8.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1773    **Nonpriority creditor's name and mailing address**

Courtney Fox
31 Bluffside Drive

Greenville, SC, 29611

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 180.18

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1774    **Nonpriority creditor's name and mailing address**

Courtney Honda
95-1149 Makaikai St. # 109, #109

Mililani, HI, 96789

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.17

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1775    **Nonpriority creditor's name and mailing address**

Courtney Ito
1565 W 208th St, apt 4

Torrance, CA, 90501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 38.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1776    **Nonpriority creditor's name and mailing address**

Craig Arnold
96 Martinique Dr

Buffalo, NY, 14227

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.30

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
_____
Name    Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 1777  **Nonpriority creditor's name and mailing address**

Craig Buren
3201 Leith Lane, Apt 614

Louisville, KY, 40218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1778  **Nonpriority creditor's name and mailing address**

Craig Fujita
20A Central St.

Somerville, MA, 2143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 148.74

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1779  **Nonpriority creditor's name and mailing address**

Craig Norberg
1936 Ashfield Street

Orlando, FL, 32825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 209.86

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1780  **Nonpriority creditor's name and mailing address**

Craig Norman
505 2nd st

menasha, WI, 54952

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1781  **Nonpriority creditor's name and mailing address**

Craig Piccirillo
25 Cary Ave

Milton, MA, 2186

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC |
|---|---|
| | Name |

Case number *(if known)* _____

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1782  **Nonpriority creditor's name and mailing address**

Craig Rush
12028 Urbank Circle Northeast

Blaine, MN, 55449

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1783  **Nonpriority creditor's name and mailing address**

Craig Semon
216 Saint Nicholas Avenue

Worcester, MA, 1606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 239.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1784  **Nonpriority creditor's name and mailing address**

Craig Taylor
301 West Main Street

Cortez, CO, 81321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1785  **Nonpriority creditor's name and mailing address**

craig zeigler
400 W Broadway St ste 101, 204

Missoula , MT, 59802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1786  **Nonpriority creditor's name and mailing address**

Craige Hood
1986 Scarecrow Drive, 1041#

Camano, WA, 98282

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
_____
Name                Case number (if known)_____

| Part 2: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3. 1787  **Nonpriority creditor's name and mailing address**

Cris E Hough
5717 Concord Hill Dr

Columbus, OH, 43213-2607

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.13

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 1788  **Nonpriority creditor's name and mailing address**

criss lin
8136 CRIMSON CREEK CT

LAS VEGAS, NV, 89139-6909

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.27

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 1789  **Nonpriority creditor's name and mailing address**

Cristal Medrano
5916 La Ramada Street

Pharr, TX, 78577

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.95

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 1790  **Nonpriority creditor's name and mailing address**

Cristi DiBernardo
2172 Crossing Way

Wayne, NJ, 7470

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.89

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 1791  **Nonpriority creditor's name and mailing address**

Cristian Bruce
2416 Oak CT

Yuba City, CA, 95991

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.95

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      One Thing Sales, LLC.                                    Case number (if known)
            Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.**1792  **Nonpriority creditor's name and mailing address**

Cristian Camarillo
402 Christopher Court

Grand Prairie, TX, 75052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 52.61

---

**3.**1793  **Nonpriority creditor's name and mailing address**

Cristian Diaz
6204 South California Avenue

Chicago, IL, 60629

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 19.99

---

**3.**1794  **Nonpriority creditor's name and mailing address**

Cristian Feliciano
912 calle amor Urb. Sagrado corazon

Penuelas, PR, 624

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 39.99

---

**3.**1795  **Nonpriority creditor's name and mailing address**

Cristian Moreno
3528s Callao Dr

West Valley City, UT, 84128

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 12.86

---

**3.**1796  **Nonpriority creditor's name and mailing address**

Cristian Perez
523 Butternut Dr Lot 90

Holland, MI, 49424

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 92.98

---

Debtor    Sure Thing Sales, LLC    Case number *(if known)*_____
        Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 1797  **Nonpriority creditor's name and mailing address**

Cristian Rodriguez
87 Stratler Dr

Shirley, NY, 11967

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 11.94

---

**3.** 1798  **Nonpriority creditor's name and mailing address**

cristina azpeitia
1114 Windsor Dr

Fort Myers, FL, 33905

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 95.97

---

**3.** 1799  **Nonpriority creditor's name and mailing address**

Cristina Duarte
28830 SW Ashland Dr Apt 294

Wilsonville, OR, 97070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 315.98

---

**3.** 1800  **Nonpriority creditor's name and mailing address**

Cristo Silva
602 South Mancos Place

Anaheim, CA, 92806

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 118.51

---

**3.** 1801  **Nonpriority creditor's name and mailing address**

Cristobal Pena
1087 SE Tamora AVE

Hillsboro, OR, 97123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 330.98

---

Debtor    Sure Thing Sales, LLC.
          Name _____    Case number (if known)_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.⎺1802⎺  **Nonpriority creditor's name and mailing address**

cristobal Quintero
1444 Childs Ave

Ogden, UT, 84404

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3.⎺1803⎺  **Nonpriority creditor's name and mailing address**

cristobal Quintero
1444 Childs Ave

Ogden, UT, 84404

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 169.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3.⎺1804⎺  **Nonpriority creditor's name and mailing address**

CRISTOBAL RODARTE
9226 WOLCOTT PARK LN

Houston, TX, 77075-3824

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3.⎺1805⎺  **Nonpriority creditor's name and mailing address**

Cristopher Flores
1417 Menlo Avenue

Los Angeles, CA, 90006

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 374.50

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3.⎺1806⎺  **Nonpriority creditor's name and mailing address**

Cristopher Lugo
1901 84th Street, 3D

Brooklyn, NY, 11214

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 54.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC
    Name

    Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.** 1807   **Nonpriority creditor's name and mailing address**

Crown Equipment Corporation
PO Box 641173

Cincinatti, OH, 45264-1173

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 117.29

**Basis for the claim:** Trade Payables

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 1808   **Nonpriority creditor's name and mailing address**

Crys Lau
54 Ramblewood Drive

Newburgh, NY, 12550

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 28.10

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 1809   **Nonpriority creditor's name and mailing address**

Crystal Bedenbaugh
750 Square Lake Dr N

Bartow, FL, 33830

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 8.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 1810   **Nonpriority creditor's name and mailing address**

Crystal Coronado
3213 Clear Lake Rd

Ontario, CA, 91761

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 16.15

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 1811   **Nonpriority creditor's name and mailing address**

Crystal Gutierrez
PO Box 932, 106 W Gray St

Jay, OK, 74346-0932

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

Debtor    Sure Thing Sales, LLC
_____
Name    Case number *(if known)*_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 1812 **Nonpriority creditor's name and mailing address**

Crystal Hernandez
445 Orchard View Ave

Martinez, CA, 94553-3553

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 106.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 1813 **Nonpriority creditor's name and mailing address**

Crystal Lohr
111 Keister Ln, Apt 1

Duncansville, PA, 16635

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.49

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 1814 **Nonpriority creditor's name and mailing address**

Crystal Makkinga
211 Everstone Dr

Calgary, AB, T2Y4V1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 1815 **Nonpriority creditor's name and mailing address**

Crystal Moussouris
9633 E Caley Cir

Englewood, CO, 80111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.37

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 1816 **Nonpriority creditor's name and mailing address**

CRYSTAL NIBARGER
125 LINDA DR

NEWPORT NEWS, VA, 23608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.19

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Debtor    Sure Thing Sales, LLC
_____
Name    Case number *(if known)*_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 1817 **Nonpriority creditor's name and mailing address**

Crystal Wong
128 Innsbruck Dr

Clayton, NC, 27527

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48.03

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1818 **Nonpriority creditor's name and mailing address**

Crystal Young
1306 Golden Gate Ln

saint peters, MO, 63376-5207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1819 **Nonpriority creditor's name and mailing address**

Crystel Byrd
2519 West Edgefield Road

Florence, SC, 29501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1820 **Nonpriority creditor's name and mailing address**

Cuahutemoc Dominguez
308 Sweetland Dr

Chattanooga, TN, 37415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 114.69

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1821 **Nonpriority creditor's name and mailing address**

Curtis Castaneda
16090 Euclid Ave

Allen Park, MI, 48101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor     Sure Thing Sales, LLC.
_____
           Name                                      Case number (if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 1822  **Nonpriority creditor's name and mailing address**

Curtis Helmick
4820 S 350 E, A17

Ogden, UT, 84405

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.86

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

3. 1823  **Nonpriority creditor's name and mailing address**

CURTIS LOUDON
7108 Heron Hills Dr

Wolverine Lake, MI, 48390-1414

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 286.98

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

3. 1824  **Nonpriority creditor's name and mailing address**

Curtis Reichert
3010 West Zachary Drive

Phoenix, AZ, 85027

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

3. 1825  **Nonpriority creditor's name and mailing address**

Cy Nguyen
2414 Telegraph Ave., Apt. 614

Berkeley, CA, 94704

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.53

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

3. 1826  **Nonpriority creditor's name and mailing address**

Cybil  Bennett
10435 Casador Del Oso Northeast

Albuquerque, NM, 87111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.04

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.** 1827 **Nonpriority creditor's name and mailing address**

Cynthia  Andre
1301 Golden Rain, 3

Walnut Creek, CA, 94595

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 54.36

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1828 **Nonpriority creditor's name and mailing address**

cynthia chan
11 rockaway st, apt 1

lynn, MA, 1902

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.49

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1829 **Nonpriority creditor's name and mailing address**

Cynthia Franco
1550 Safari Ct.

Palmdale, CA, 93551

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1830 **Nonpriority creditor's name and mailing address**

CYNTHIA GONZALEZ
1909 Burma Lane

South Saint Paul, MN, 55075

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1831 **Nonpriority creditor's name and mailing address**

Cynthia Herrera
1808 arctic ct

LAREDO, TX, 78045

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 70.33

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC    Case number *(if known)*_____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1832  **Nonpriority creditor's name and mailing address**

Cynthia Hu
14041 Agusta Drive

Chesterfield, MO, 63017

**As of the petition filing date, the claim is:**   $ 46.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1833  **Nonpriority creditor's name and mailing address**

Cynthia Lopez
4402 green Ave , Apt a

Los Alamitos , CA, 90059

**As of the petition filing date, the claim is:**   $ 105.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1834  **Nonpriority creditor's name and mailing address**

Cynthia Scott
2451 Oak Court Rd

ukiah, CA, 95482

**As of the petition filing date, the claim is:**   $ 28.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1835  **Nonpriority creditor's name and mailing address**

Cynthia servin
5722 West 23rd Street

Cicero, IL, 60804

**As of the petition filing date, the claim is:**   $ 47.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1836  **Nonpriority creditor's name and mailing address**

Cynthia Torres
23 Ivy Hill Road

Mahopac, NY, 10541

**As of the petition filing date, the claim is:**   $ 19.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Sure Thing Sales, LLC
          Name                                                    Case number (if known)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 1837   **Nonpriority creditor's name and mailing address**

Cynthia Vargas
5809 Finchley Rd

Palmdale, CA, 93552

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 18.99

---

**3.** 1838   **Nonpriority creditor's name and mailing address**

Cynthua  Riddle
125 West Bare Hill Road

Harvard, MA, 1451

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 45.98

---

**3.** 1839   **Nonpriority creditor's name and mailing address**

Cyrus Lusk
5569 Gillot Blvd

Port Charlottle, FL, 33981

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 16.04

---

**3.** 1840   **Nonpriority creditor's name and mailing address**

D.J. Bowes
4910 40th place

hyattsville, MD, 20781

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 59.99

---

**3.** 1841   **Nonpriority creditor's name and mailing address**

Dad/Rustyn Duet
246 East 71st St.

Cut Off, LA, 70345

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 37.98

---

Debtor  Sure Thing Sales, LLC.
        Name                                              Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 1842 **Nonpriority creditor's name and mailing address**

Dagoberto  Navarro
444 Santa Barbara Avenue

Daly City, CA, 94014

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.31

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 1843 **Nonpriority creditor's name and mailing address**

Dahlia Romero
5150 N Valentine Ave, Apt 239

Fresno, CA, 93711

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.25

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 1844 **Nonpriority creditor's name and mailing address**

Daisy Enciso
201 S Magnolia Ave, Apt 25

Anaheim, CA, 92804-2141

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 1845 **Nonpriority creditor's name and mailing address**

Daisy Magdaleno
1025 W Central Ave Apt.C

Santa Ana, CA, 92707

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 1846 **Nonpriority creditor's name and mailing address**

Daisy Magdaleno
1025 West Central Avenue Apt.C

Santa Ana, CA, 92707

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Sure Thing Sales, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1847  **Nonpriority creditor's name and mailing address**

Dakota Hansen
9779 2 Mile Road Northeast

Lowell, MI, 49331

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.71

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1848  **Nonpriority creditor's name and mailing address**

Dakota Kessinger
1903 Wyckshire Court, Apt B3

Clarksville, IN, 47129

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.65

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1849  **Nonpriority creditor's name and mailing address**

Dakota Phipps
3729 morganton road

Maryville, TN, 37801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 49.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1850  **Nonpriority creditor's name and mailing address**

Dakota Rogert
954 4th st

SULTAN, WA, 98294

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1851  **Nonpriority creditor's name and mailing address**

Dakota Salsberry
1342 Chrysolite Avenue, A

Mentone, CA, 92359

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.31

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.                          Case number (if known)
        Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.____ 1852  **Nonpriority creditor's name and mailing address**

Dakota Wresch
17463 Lewis smith dr

Foley, AL, 36535

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____ 1853  **Nonpriority creditor's name and mailing address**

Dale Clark
68 Shennecossett Road

Groton, CT, 6340

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____ 1854  **Nonpriority creditor's name and mailing address**

Dalia Campos
2939 ridgeway dr

national city, CA, 91950-7830

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____ 1855  **Nonpriority creditor's name and mailing address**

Dallan Blunt
4760 Highland Drive

Millcreek, UT, 84117

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 139.40

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____ 1856  **Nonpriority creditor's name and mailing address**

Dallas Miller
3430 SE Harrison St Apt C6

Milwaukie, OR, 97222-6555

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 1857  **Nonpriority creditor's name and mailing address**

Dalton Barbot
1687 Dotterers Run

Charleston, SC, 29414

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 61.03

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1858  **Nonpriority creditor's name and mailing address**

Dalton McClung
106 Churchill Drive

LaGrange, GA, 30241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1859  **Nonpriority creditor's name and mailing address**

Dalton Miatke
11243 East Six Corners Road

Whitewater, WI, 53190

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1860  **Nonpriority creditor's name and mailing address**

Dalton Morris
7801 Susan Circle

Anchorage, AK, 99516

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1861  **Nonpriority creditor's name and mailing address**

Dalya Dickstein
9 Vista Terrace

Livingston, NJ, 7039

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.58

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                                          Case number (if known)

---

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 1862  **Nonpriority creditor's name and mailing address**

Damaris Rodriguez
1718 blue jay

Penitas, TX, 78576

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1863  **Nonpriority creditor's name and mailing address**

Damian Andujar
HC 4 Box 13612 Arecibo PR 00612-9221

Arecibo, PR, 612

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1864  **Nonpriority creditor's name and mailing address**

Damian Harris
PO BOX 5158

Greensboro, NC, 27435

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.81

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1865  **Nonpriority creditor's name and mailing address**

Damian Womack
6363 Emerald Trail

Acworth, GA, 30102

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 83.94

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1866  **Nonpriority creditor's name and mailing address**

Damien Foster
12724 104th Avenue Ct E, Apt G101

Puyallup, WA, 98374

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.79

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 383/F of 1682

Debtor    Sure Thing Sales, LLC
          Name                                              Case number (if known)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. 1867 **Nonpriority creditor's name and mailing address**

Damien Pavkovich
19 Woodbury Circle

Taylors, SC, 29687

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 1868 **Nonpriority creditor's name and mailing address**

Damien Tucker
260 Bay st, APT #4406

San Francisco, CA, 94133

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 92.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 1869 **Nonpriority creditor's name and mailing address**

Damien Wright
1831 East Rancho Grande Dr

Covina, CA, 91724

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 220.49

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 1870 **Nonpriority creditor's name and mailing address**

Dan Berg
11217 43rd Ave

Pleasant Prairie, WI, 53158

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 92.82

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 1871 **Nonpriority creditor's name and mailing address**

Dan Bildilli
2409 Sharondale Dr.

Clovis, NM, 88101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
        Name                                    Case number (if known)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 1872    **Nonpriority creditor's name and mailing address**

Dan Bingham
11120 Southwest 43rd Avenue

Portland, OR, 97219

**$ 22.99**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1873    **Nonpriority creditor's name and mailing address**

Dan Blatnik
11820 57th AVE SE

SNOHOMISH, WA, 98296

**$ 12.98**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1874    **Nonpriority creditor's name and mailing address**

Dan Cali
2041 Clearfork Road

Bridgeville, PA, 15017

**$ 45.97**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1875    **Nonpriority creditor's name and mailing address**

Dan Eustathion
161 Horseshoe Drive

Annville, PA, 17003

**$ 44.99**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1876    **Nonpriority creditor's name and mailing address**

DAN JUAREZ
29100 Avenida La Vista

Cathedral City, CA, 92234

**$ 43.48**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor   Sure Thing Sales, LLC
_____
Name

Case number _(if known)_____

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

3.<sup>1877</sup> **Nonpriority creditor's name and mailing address**

Dan Kroft
571 Longworth Avenue, Unit 8

Bowmanville, ON, L1C0H3

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.<sup>1878</sup> **Nonpriority creditor's name and mailing address**

Dan Leelachat
9876 Silvretta Drive

Cypress, CA, 90630

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 300.61

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.<sup>1879</sup> **Nonpriority creditor's name and mailing address**

Dan Lenihan
9345 Parkside Lane

Urbandale, IA, 50322

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.<sup>1880</sup> **Nonpriority creditor's name and mailing address**

Dan Mcgurk
3500 Haverford Avenue

Las Vegas, NV, 89121

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 84.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.<sup>1881</sup> **Nonpriority creditor's name and mailing address**

DANA BRANDT
813 S WEBER ST

COLORADO SPRINGS, CO, 80903

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 44.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC        Case number _(if known)_____
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1882  **Nonpriority creditor's name and mailing address**

Dana Lawrence
401 Dubois St

Bonneau, SC, 29431

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1883  **Nonpriority creditor's name and mailing address**

Danah Aldameth
2635 Quarry Stone Court

Oviedo, FL, 32765

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.11

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1884  **Nonpriority creditor's name and mailing address**

Dandan Wang
20180 Volterra Lane

Yorba Linda, CA, 92886

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.92

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1885  **Nonpriority creditor's name and mailing address**

Dane Johnson
4554 Cedar Ave S

Minneapolis, MN, 55407

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.40

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1886  **Nonpriority creditor's name and mailing address**

Dane Konkel
825 AUBURN DR

BROOKFIELD, WI, 53045-3773

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number (if known) |
|--------|------------------------|------------------------|
|        | Name                   |                        |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.**1887  **Nonpriority creditor's name and mailing address**

Danelle Amalfitano
24 Del Oro Lagoon

Novato, CA, 94949

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.**1888  **Nonpriority creditor's name and mailing address**

Danelle Sanders
30909 177th Ave. SE

Auburn, WA, 98092

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.**1889  **Nonpriority creditor's name and mailing address**

Dani Xico
41 Weybosset Street

New Haven, CT, 6513

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.**1890  **Nonpriority creditor's name and mailing address**

Danica Angeles
1901 Northwind Drive

Junction City, KS, 66441

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 61.96

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.**1891  **Nonpriority creditor's name and mailing address**

Daniel Armenta
2600 2nd Ave, Unit 702

Seattle, WA, 98121

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 97.92

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

| Debtor | Sure Thing Sales, LLC. | Case number (if known) |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 1892  **Nonpriority creditor's name and mailing address**

Daniel Barrett
21 Plantation Rd

Myrtle Beach, SC, 29588-7022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.98

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1893  **Nonpriority creditor's name and mailing address**

Daniel Becan
2008 N. Deerpark Dr., Apartment #336,
Apartment #336

FULLERTON, CA, 92831

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.92

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1894  **Nonpriority creditor's name and mailing address**

Daniel Bogacz
1444 SANDSTONE CT W

TARENTUM, PA, 15084

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.31

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1895  **Nonpriority creditor's name and mailing address**

Daniel Bruce
2206 Country Dell Dr

Garland, TX, 75040-4072

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 30.30

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1896  **Nonpriority creditor's name and mailing address**

Daniel Bryz-Gornia
107  S. Suffolk Ave.

Ventnor City, NJ, 8406

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 55.40

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.                                    Case number *(if known)*
                Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 1897 **Nonpriority creditor's name and mailing address**

Daniel Carrillo
2220 Albatross Way

San Jacinto, CA, 92582

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 60.97

---

**3.** 1898 **Nonpriority creditor's name and mailing address**

Daniel Chiavaroli
1801 Kirkwood Dr

Durham, NC, 27705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 18.27

---

**3.** 1899 **Nonpriority creditor's name and mailing address**

Daniel Conrado
531 Kennedy St.

Rialto, CA, 92376

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 45.24

---

**3.** 1900 **Nonpriority creditor's name and mailing address**

Daniel Di Scala
210 Forest Road

Little Neck, NY, 11363

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 63.49

---

**3.** 1901 **Nonpriority creditor's name and mailing address**

Daniel Downing
315 Steilen Avenue

Ridgewood, NJ, 7450

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 37.31

---

Debtor    Sure Thing Sales, LLC.                                                    Case number *(if known)*_____
          Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.__1902__  **Nonpriority creditor's name and mailing address**

Daniel Eifel
3727 palm tree blvd

Cape Coral, FL, 33904

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25.55

Date or dates debt was incurred          _____
Last 4 digits of account number          _____

---

3.__1903__  **Nonpriority creditor's name and mailing address**

Daniel Fillmon
495 Mitscher Street

Milton, FL, 32570

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.99

Date or dates debt was incurred          _____
Last 4 digits of account number          _____

---

3.__1904__  **Nonpriority creditor's name and mailing address**

Daniel flores
1539 Sunnyside Ave

Stockton, CA, 95205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23.98

Date or dates debt was incurred          _____
Last 4 digits of account number          _____

---

3.__1905__  **Nonpriority creditor's name and mailing address**

Daniel Flores
808 South Bonnie Beach Pl

Los Angeles, CA, 90023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 87.99

Date or dates debt was incurred          _____
Last 4 digits of account number          _____

---

3.__1906__  **Nonpriority creditor's name and mailing address**

Daniel Fry
20 Werner Road

Greenville, PA, 16125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 47.99

Date or dates debt was incurred          _____
Last 4 digits of account number          _____

---

Debtor _____Sure Thing Sales, LLC._____    _____Case number___ (if known)_____
       Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.____1907____ **Nonpriority creditor's name and mailing address**

Daniel Galvez
3854 Stichman Avenue

Baldwin Park, CA, 91706

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 24.99

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____1908____ **Nonpriority creditor's name and mailing address**

Daniel Garcia
1911 Hannah Drive

Edinburg, TX, 78542

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____1909____ **Nonpriority creditor's name and mailing address**

Daniel Garcia
3844 Saint Louis Avenue

Fort Worth, TX, 76110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 70.35

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____1910____ **Nonpriority creditor's name and mailing address**

Daniel Garcia
4575 Dean St NE

Salem, OR, 97301-3057

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____1911____ **Nonpriority creditor's name and mailing address**

Daniel Garrido
3617 3rd Ave

Los Angeles, CA, 90018

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.99

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Sure Thing Sales, LLC_____  Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 1912  **Nonpriority creditor's name and mailing address**

Daniel George
123 Fremont Drive

Summerville, SC, 29486

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1913  **Nonpriority creditor's name and mailing address**

Daniel Germani
29 Everett Street

Rye, NY, 10580

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 61.76

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1914  **Nonpriority creditor's name and mailing address**

Daniel Greenslade
1719 Parkview Avenue

The Bronx, NY, 10461

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 124.96

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1915  **Nonpriority creditor's name and mailing address**

Daniel Guzman
131 Country Park Drive

Winchester, VA, 22602

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.43

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1916  **Nonpriority creditor's name and mailing address**

Daniel Hawbaker
552 S HURON RD, APT 77

GREEN BAY, WI, 54311

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.31

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC
            Name                                                    Case number *(if known)*

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. ___1917___   **Nonpriority creditor's name and mailing address**

Daniel Heredia
746 Bounty Dr, Apt 4609

Foster City, CA, 94404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 36.04

---

3. ___1918___   **Nonpriority creditor's name and mailing address**

Daniel Herrera
11021 NW 62nd Ct

Hialeah, FL, 33012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 14.99

---

3. ___1919___   **Nonpriority creditor's name and mailing address**

Daniel Hurst
2709 Washington St

Alameda, CA, 94501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 16.60

---

3. ___1920___   **Nonpriority creditor's name and mailing address**

Daniel Jares
9826 Dandelion Ave

Fountain Valley, CA, 92708-2029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 23.91

---

3. ___1921___   **Nonpriority creditor's name and mailing address**

Daniel Johnson
38395 Alta Drive

Fremont, CA, 94536

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 269.27

---

Debtor    Sure Thing Sales, LLC    Case number *(if known)*_____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 1922  **Nonpriority creditor's name and mailing address**

Daniel L??pez
St. 444, km 4.8, HC 5 Box 10996

Moca, PR, 676

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 127.93

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 1923  **Nonpriority creditor's name and mailing address**

Daniel Lahar
6300 Mesquite Dr NW

Albuquerque, NM, 87120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 45.97

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 1924  **Nonpriority creditor's name and mailing address**

Daniel Lopez
149 Amherst Avenue

Menlo Park, CA, 94025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 272.34

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 1925  **Nonpriority creditor's name and mailing address**

daniel martin
217a patterson st

Paris, TN, 38242

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13.16

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 1926  **Nonpriority creditor's name and mailing address**

Daniel Mason
172 Shannon Blvd

Middletown, DE, 19709

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14.99

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 1927  **Nonpriority creditor's name and mailing address**

Daniel Mccormick
223 Quail Drive

Greensburg, PA, 15601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 1928  **Nonpriority creditor's name and mailing address**

Daniel Milliken
1566 Macintosh Way

Hummelstown, PA, 17036

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 48.57

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 1929  **Nonpriority creditor's name and mailing address**

Daniel Morales
51 Garretson Avenue

Staten Island, NY, 10304

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 153.96

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 1930  **Nonpriority creditor's name and mailing address**

Daniel Moreno
1617 FEATHERBAND DR

VALRICO, FL, 33594

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 100.97

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 1931  **Nonpriority creditor's name and mailing address**

daniel negrete
3206 n koning dr

Sheboygan, WI, 53083

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 229.98

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor    Sure Thing Sales, LLC.
Name _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3.**1932**  **Nonpriority creditor's name and mailing address**

Daniel ONeill
3667 West Benjamin Holt Drive, APT 236

Stockton, CA, 95219

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 98.08

---

3.**1933**  **Nonpriority creditor's name and mailing address**

Daniel Padilla
8703 Glen Bluff

San Antonio, TX, 78239

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 12.98

---

3.**1934**  **Nonpriority creditor's name and mailing address**

Daniel Paradine
89 West 15th Street

Bayonne, NJ, 7002

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 149.26

---

3.**1935**  **Nonpriority creditor's name and mailing address**

Daniel Plummer
9 Wilson Ln

Groton, CT, 6340

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 50.98

---

3.**1936**  **Nonpriority creditor's name and mailing address**

Daniel Ramos
790 11th Ave., Apt. #38H

New York, NY, 10019

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 13.05

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1937 **Nonpriority creditor's name and mailing address**

Daniel Reierson
2202 Cascade Street

Juneau, AK, 99801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 178.49

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1938 **Nonpriority creditor's name and mailing address**

Daniel Saffold
14631 San Bruno Drive

La Mirada, CA, 90638

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1939 **Nonpriority creditor's name and mailing address**

Daniel Shealey
1508 East Rutherford Street

Landrum, SC, 29356

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12.83

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1940 **Nonpriority creditor's name and mailing address**

Daniel Sosa
732 N Birmingham Place

Tulsa, OK, 74110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 119.35

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1941 **Nonpriority creditor's name and mailing address**

Daniel Spencer
694 Crestridge Dr

Grand Junction, CO, 81506

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 59.96

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.                    Case number *(if known)*_____
                    Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 1942  **Nonpriority creditor's name and mailing address**

Daniel Stuart
411 Alliance Blvd, Apt 3208

Waxahachie, TX, 75165

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.62

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1943  **Nonpriority creditor's name and mailing address**

Daniel Suhn
1405 Norcross Ln

Severn, MD, 21144-1828

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116.59

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1944  **Nonpriority creditor's name and mailing address**

Daniel Surom
2132 Dunn Road

Fayetteville, NC, 28312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1945  **Nonpriority creditor's name and mailing address**

Daniel To
65482 Burrowing Owl Court

Desert Hot Springs, CA, 92240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 228.97

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1946  **Nonpriority creditor's name and mailing address**

Daniel Tovar
768 North Brand Boulevard

San Fernando, CA, 91340

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
_____    Case number _(if known)_____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

3.1947 **Nonpriority creditor's name and mailing address**

Daniel Vega
3626 Havenmoor Place

Katy, TX, 77449

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.21

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.1948 **Nonpriority creditor's name and mailing address**

Daniel Webber
951 Turner Rd. Apartment 228

Grapevine, TX, 76051

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.1949 **Nonpriority creditor's name and mailing address**

Daniel Yi
1633 Mill Street

San Luis Obispo, CA, 93401

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.44

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.1950 **Nonpriority creditor's name and mailing address**

Daniela Becker
901 dove creek drive

Athens, TX, 75751

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 171.02

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.1951 **Nonpriority creditor's name and mailing address**

Danielle  Walker
12680 Augusta Highway

Walterboro, SC, 29488

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.39

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1952  **Nonpriority creditor's name and mailing address**

Danielle Arboleda
13818 Newport Shores Dr

Hudson, FL, 34669

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1953  **Nonpriority creditor's name and mailing address**

Danielle Bedolla
8123 Crab Apple Ct

Bakersfield, CA, 93311

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 8.65

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1954  **Nonpriority creditor's name and mailing address**

Danielle Benzer
947 E Clovefield St

Gilbert , AZ, 85299

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1955  **Nonpriority creditor's name and mailing address**

Danielle Brigham
11132 76TH AVE, APT 5H

FOREST HILLS, NY, 11375-6407

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.32

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 1956  **Nonpriority creditor's name and mailing address**

Danielle Garner
21806, Baldy pl

Cottonwood, CA, 96022-7600

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.08

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number _(if known)_ _____ |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 1957   **Nonpriority creditor's name and mailing address**

Danielle Gray
307 Shelly Dr

Reading, PA, 19608

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 1958   **Nonpriority creditor's name and mailing address**

Danielle LoPresti
2645 Homecrest Avenue, apt 2h

Brooklyn, NY, 11235

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 1959   **Nonpriority creditor's name and mailing address**

Danielle Terukina
91-1081 Iwikuamo'o Street, Unit 104

Ewa Beach, HI, 96706

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.54

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 1960   **Nonpriority creditor's name and mailing address**

Dann Manahan
25 Jasmine

Lake Forest, CA, 92630-1456

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 134.69

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 1961   **Nonpriority creditor's name and mailing address**

Danno Mattice
1221 Pouder rd

Sykesville, MD, 21784

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.39

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor  Sure Thing Sales, LLC.
        Name                                    Case number (if known)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 1962  **Nonpriority creditor's name and mailing address**

danny esser
156 Summer Street, Apt 2

Fitchburg, MA, 1420

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.55

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 1963  **Nonpriority creditor's name and mailing address**

Danny Lin
401 N Veterans Pkwy Ste 2, STE 2

Bloomington, IL, 61704

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.58

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 1964  **Nonpriority creditor's name and mailing address**

Danny Olivares
34112, Silktassel Rd

Lake Elsinore, CA, 92532

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.96

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 1965  **Nonpriority creditor's name and mailing address**

danny ortiz
1282 Raleigh Court, 304

Glendale Heights, IL, 60139

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 1966  **Nonpriority creditor's name and mailing address**

Danny Phakeovilay
1481 Calle Artigas

Thousand Oaks, CA, 91260

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.

Name

Case number *(if known)*

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1967   **Nonpriority creditor's name and mailing address**

Danny Shreffler
3025 Sw 11th court

Cape coral, FL, 33914

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 44.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.** 1968   **Nonpriority creditor's name and mailing address**

Danny Shreffler
3025 Sw 11th court

Cape coral, FL, 33914

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 19.16

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.** 1969   **Nonpriority creditor's name and mailing address**

Dante Kim
15928 MERIDIAN AVE S

BOTHELL, WA, 98012-5578

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 61.87

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.** 1970   **Nonpriority creditor's name and mailing address**

Daphne Aguilar
5353 Carrara Court

St. Cloud, FL, 34771

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 16.11

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.** 1971   **Nonpriority creditor's name and mailing address**

Daphne Do
485 Caffrey Ct.

Monterey, CA, 93944

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 104.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor    Sure Thing Sales, LLC.                    Case number *(if known)*_____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 1972 **Nonpriority creditor's name and mailing address**

Darci Pelham
8550 Touchton Rd, Unit 734

Jacksonville, FL, 32216

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 131.97

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____
Last 4 digits of account number        _____

---

**3.** 1973 **Nonpriority creditor's name and mailing address**

Daria Medved
11527 Seneca Forest Cir

Germantown, MD, 20876-4308

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 119.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____
Last 4 digits of account number        _____

---

**3.** 1974 **Nonpriority creditor's name and mailing address**

Darian Glisson
200 Throop Avenue, APT 3A

Brooklyn, NY, 11206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 61.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____
Last 4 digits of account number        _____

---

**3.** 1975 **Nonpriority creditor's name and mailing address**

Darianne Mullenax
843 BRADDOCK RD

Cumberland, MD, 21502-2622

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____
Last 4 digits of account number        _____

---

**3.** 1976 **Nonpriority creditor's name and mailing address**

Darien Restifo
3314 New Scotland Road

Voorheesville, NY, 12186

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____
Last 4 digits of account number        _____

Debtor  Sure Thing Sales, LLC
        Name

Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3. 1977  Nonpriority creditor's name and mailing address**

darien riley
13904 Coronado Drive

Spring Hill, FL, 34609

As of the petition filing date, the claim is:  $ 83.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3. 1978  Nonpriority creditor's name and mailing address**

Darion Vega
8990 Northwest 166th Terrace

Miami Lakes, FL, 33018

As of the petition filing date, the claim is:  $ 14.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3. 1979  Nonpriority creditor's name and mailing address**

Darius Scott
172 Creekside Bluff Way

Auburn, GA, 30011

As of the petition filing date, the claim is:  $ 35.30
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3. 1980  Nonpriority creditor's name and mailing address**

Darius Scott
172 Creekside Bluff Way

Auburn, GA, 30011

As of the petition filing date, the claim is:  $ 37.44
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3. 1981  Nonpriority creditor's name and mailing address**

Dariusz Polakowski
6 Trembley Court

Bayonne, NJ, 7002

As of the petition filing date, the claim is:  $ 10.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

Debtor   Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 1982   **Nonpriority creditor's name and mailing address**

Darniesha Beach
3301 Chauncey Pl, Apt 101

Mount Rainier, MD, 20712

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12.71

Date or dates debt was incurred
Last 4 digits of account number

---

**3.** 1983   **Nonpriority creditor's name and mailing address**

Daron Hilburn
24506 Pelican Hill Dr.

Katy, TX, 77494

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16.23

Date or dates debt was incurred
Last 4 digits of account number

---

**3.** 1984   **Nonpriority creditor's name and mailing address**

Darra Henderson
4452 Winding River Cir

Stockton, CA, 95219

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 44.99

Date or dates debt was incurred
Last 4 digits of account number

---

**3.** 1985   **Nonpriority creditor's name and mailing address**

Darrel Petri
202 W LOCUST ST, APT 1112

Bloomington, IL, 61701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 46.75

Date or dates debt was incurred
Last 4 digits of account number

---

**3.** 1986   **Nonpriority creditor's name and mailing address**

Darrell Albert
2559 55th Ave S

Fargo, ND, 58104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 21.98

Date or dates debt was incurred
Last 4 digits of account number

---

Debtor  Sure Thing Sales, LLC.
        Name                                    Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1987   **Nonpriority creditor's name and mailing address**

Darrell Cuff
909 Bullock Ave

Yeadon, PA, 19050

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 92.98

---

**3.** 1988   **Nonpriority creditor's name and mailing address**

Darrell Turlington
1522 Union Rd Apt. E

Gastonia, NC, 28054

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 27.80

---

**3.** 1989   **Nonpriority creditor's name and mailing address**

Darren Block
6483 109th Ter

Pinellas Park, FL, 33782-2421

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 34.23

---

**3.** 1990   **Nonpriority creditor's name and mailing address**

Darren Ezawa
95-068 Kaulua St.

Mililani , HI, 96789

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 34.54

---

**3.** 1991   **Nonpriority creditor's name and mailing address**

Darren Fang
722 Brussels Street

San Francisco, CA, 94134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 65.16

---

Debtor _____Sure Thing Sales, LLC_____    _____Case number_ (if known)_____
        Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 1992  **Nonpriority creditor's name and mailing address**

Darren Fong
9745 Shanelyn Way

Elk Grove, CA, 95757

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 114.18

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 1993  **Nonpriority creditor's name and mailing address**

Darren Hoch
1931 Gray Meadow Drive

Apex, NC, 27502

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.99

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 1994  **Nonpriority creditor's name and mailing address**

Darren Huynh
12611 Ohmer Way

Garden Grove, CA, 92841

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 94.99

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 1995  **Nonpriority creditor's name and mailing address**

Darren Myron
2824 Stone Street

Port Huron, MI, 48060

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 89.97

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 1996  **Nonpriority creditor's name and mailing address**

Darrien Bigney
3520 Cleveland Heights Boulevard, #159

Lakeland, FL, 33803

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 1997  **Nonpriority creditor's name and mailing address**

Darrion Yang
209 E University Ave, APT 332

Champaign, IL, 61820

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.95

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1998  **Nonpriority creditor's name and mailing address**

Darry Etheridge
1785 South Burnt Hickory Road

Douglasville, GA, 30134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.39

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 1999  **Nonpriority creditor's name and mailing address**

Darryl Hannah
486 calle elegante

vista, CA, 92083

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 173.19

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2000  **Nonpriority creditor's name and mailing address**

Dartenion Damron
13026 Columbine Way

Thornton, CO, 80241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 494.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2001  **Nonpriority creditor's name and mailing address**

Darven Norris
105 Franklin Avenue

Pottsboro, TX, 75076

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor   Sure Thing Sales, LLC.

Name

Case number _(if known)_____

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3. **2002** **Nonpriority creditor's name and mailing address**

Darwin  Pappas-Fernandes
219 Reeds Lane

Stratford, CT, 6614

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.21

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred _____

☑ No
☐ Yes

Last 4 digits of account number _____

---

3. **2003** **Nonpriority creditor's name and mailing address**

Darya Suvorova
4640 Kenilworth Drive, Apt 105

Rolling Meadows, IL, 60008

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 78.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred _____

☑ No
☐ Yes

Last 4 digits of account number _____

---

3. **2004** **Nonpriority creditor's name and mailing address**

DARYES BABERS
31300 AUTO CENTER DR, Apt M157

LAKE ELSINORE, CA, 92530

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 179.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred _____

☑ No
☐ Yes

Last 4 digits of account number _____

---

3. **2005** **Nonpriority creditor's name and mailing address**

Daryl Williams
801 Thera Drive

Charlotte, NC, 28206

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred _____

☑ No
☐ Yes

Last 4 digits of account number _____

---

3. **2006** **Nonpriority creditor's name and mailing address**

Daryush Nadimi
6110 Rosalind Avenue

Richmond, CA, 94805

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred _____

☑ No
☐ Yes

Last 4 digits of account number _____

| Debtor | Sure Thing Sales, LLC. | Case number (if known) |
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 2007 **Nonpriority creditor's name and mailing address**

Daulton Sherwin
523 Ardmore Ave

Erie, PA, 16505

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 41.98

---

**3.** 2008 **Nonpriority creditor's name and mailing address**

Dave Nagy
23 Cornwall Avenue

Prospect, CT, 6712

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 26.58

---

**3.** 2009 **Nonpriority creditor's name and mailing address**

Dave Novak
806 Florence ave

East McKeesport, PA, 15035

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 12.83

---

**3.** 2010 **Nonpriority creditor's name and mailing address**

Dave Wright
c/o Sarah Smith, 10501 W Almeria Rd

Avondale, AZ, 85392

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 17.99

---

**3.** 2011 **Nonpriority creditor's name and mailing address**

David  Jimenez
1157 South Alma Avenue

Los Angeles, CA, 90023

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 279.18

---

Debtor    Sure Thing Sales, LLC.
           Name                                    Case number (if known)

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.** 2012  **Nonpriority creditor's name and mailing address**

David  Wong
128 Avenue V

Brooklyn, NY, 11223

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.91

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2013  **Nonpriority creditor's name and mailing address**

David A Diaz
7723 Yankee Place

Fontana, CA, 92336

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 123.90

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2014  **Nonpriority creditor's name and mailing address**

david abbott
61 GREELEY ST

HUDSON, NH, 3051

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2015  **Nonpriority creditor's name and mailing address**

David Alexander
2626 Natchez Ct

League City, TX, 77573

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 189.43

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2016  **Nonpriority creditor's name and mailing address**

david allen
70147 10th Street

Covington, LA, 70433

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.95

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   One Thing Sales, LLC
         Name                                                    Case number (if known)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** _2017_ **Nonpriority creditor's name and mailing address**

David Baecker
1309 11th St Ne

Massillon, OH, 44646

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 15.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** _2018_ **Nonpriority creditor's name and mailing address**

David Ballaro
61 Briarwood Dr

Seymour, CT, 6483

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 9.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** _2019_ **Nonpriority creditor's name and mailing address**

David Berry
1801 34th Avenue

Stone Park, IL, 60165

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 16.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** _2020_ **Nonpriority creditor's name and mailing address**

David Bevevino
4021 Roxbury Road

Erie, PA, 16506

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 23.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** _2021_ **Nonpriority creditor's name and mailing address**

David Blackford
12816 Bay Tree Way

Louisville, KY, 40245

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 13.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
         Name                                                    Case number (if known)

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3. 2022   Nonpriority creditor's name and mailing address**

David Blaufuss
4798 Clark Street

Hamburg, NY, 14075

**As of the petition filing date, the claim is:**          $ 32.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
Date or dates debt was incurred        ☒ No
                                       ☐ Yes
Last 4 digits of account number

---

**3. 2023   Nonpriority creditor's name and mailing address**

David Brangers
9005 Brandywyne Dr

Louisville, KY, 40291

**As of the petition filing date, the claim is:**          $ 35.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
Date or dates debt was incurred        ☑ No
                                       ☐ Yes
Last 4 digits of account number

---

**3. 2024   Nonpriority creditor's name and mailing address**

David Brown
5228 Esmond Drive

Odessa, TX, 79762

**As of the petition filing date, the claim is:**          $ 11.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
Date or dates debt was incurred        ☑ No
                                       ☐ Yes
Last 4 digits of account number

---

**3. 2025   Nonpriority creditor's name and mailing address**

David Burger
581 Lafayette Avenue

Palmerton, PA, 18071

**As of the petition filing date, the claim is:**          $ 16.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
Date or dates debt was incurred        ☒ No
                                       ☐ Yes
Last 4 digits of account number

---

**3. 2026   Nonpriority creditor's name and mailing address**

David Burns
3243 Stanhope Ave

Cincinnati, OH, 45211

**As of the petition filing date, the claim is:**          $ 62.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
Date or dates debt was incurred        ☑ No
                                       ☐ Yes
Last 4 digits of account number

---

Debtor  Sure Thing Sales, LLC.
        Name                                        Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3. 2027 **Nonpriority creditor's name and mailing address**

David Calel
12345 LAMPLIGHT VILLAGE AVE, APT 416

AUSTIN, TX, 78758

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 2028 **Nonpriority creditor's name and mailing address**

David Callahan
189 W Darby Cir

Dover, DE, 19904-6083

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 139.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 2029 **Nonpriority creditor's name and mailing address**

David Campbell
414 Colerain Street

Sligo, PA, 16255

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 2030 **Nonpriority creditor's name and mailing address**

David Carr
13755 Wesleyan Boulevard

Orlando, FL, 32826

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 2031 **Nonpriority creditor's name and mailing address**

David Chait
16 Peachtree Rd

Lexington, MA, 02420-2411

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.95

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor    Sure Thing Sales, LLC.    Case number *(if known)*_____
Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2032  **Nonpriority creditor's name and mailing address**

David Clark
2166 Ridgewood Way

Bountiful, UT, 84010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.52

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 2033  **Nonpriority creditor's name and mailing address**

David Collins
166 Beech Street

Roslindale , MA, 2131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 2034  **Nonpriority creditor's name and mailing address**

David Crawford
348 Taffy St

Westland, MI, 48186

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 2035  **Nonpriority creditor's name and mailing address**

David Dacre
1001 Dart Way, 412

Des Moines, IA, 50309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 85.57

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 2036  **Nonpriority creditor's name and mailing address**

David De La Rosa Jr
3302 White Oak Drive

Mission, TX, 78573

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC
_____
Name

Case number (if known)_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2037 **Nonpriority creditor's name and mailing address**

David de Neve
194 Meadow Grass Place

Escondido, CA, 92027

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.92

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.2038 **Nonpriority creditor's name and mailing address**

David Dela Rosa
149 30th St.

Brooklyn, NY, 11232

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 67.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.2039 **Nonpriority creditor's name and mailing address**

David Diaz
11956 West Baker Avenue

Avondale, AZ, 85392

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 60.92

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.2040 **Nonpriority creditor's name and mailing address**

David Dickinson
3249 Peoria Road

Liberty, MS, 39645

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 198.97

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.2041 **Nonpriority creditor's name and mailing address**

DAVID DISHMAN
5209 East Allison Road

Camby, IN, 46113

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 418 of 1682

Debtor    Sure Thing Sales, LLC
_____    _____
        Name                                                        Case number *(if known)*

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 2042 **Nonpriority creditor's name and mailing address**

David Duch
1116 Ave. G

Ormond Beach, FL, 32174

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 21.29

---

**3.** 2043 **Nonpriority creditor's name and mailing address**

David Elizais
3280 Arapahoe St.

Riverside, CA, 92503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 23.99

---

**3.** 2044 **Nonpriority creditor's name and mailing address**

DAVID ELLSWORTH
3631 Seneca Lane

Las Vegas, NV, 89169

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 38.99

---

**3.** 2045 **Nonpriority creditor's name and mailing address**

David Fairchild
17220 North 35th Street

Phoenix, AZ, 85032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 138.06

---

**3.** 2046 **Nonpriority creditor's name and mailing address**

David Farley
8109 Wendy Ln

Benbrook, TX, 76116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 37.88

---

Debtor    Sure Thing Sales, LLC.
          Name                                                    Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 2047  **Nonpriority creditor's name and mailing address**

David Fein
8203 Raintree Circle

Culver City, CA, 90230

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 385.84

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 2048  **Nonpriority creditor's name and mailing address**

David Ferland
109 Lynncrest Terrace

Cheektowaga, NY, 14225

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.04

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 2049  **Nonpriority creditor's name and mailing address**

david fierro
7700 e. speedway blvd apt 622

tucson, AZ, 85710

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 2050  **Nonpriority creditor's name and mailing address**

David Foots
12533 Beacontree Way

Orlando, FL, 32837

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.85

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 2051  **Nonpriority creditor's name and mailing address**

david freeman
10607 Meadowhill rd.

Silver Spring, MD, 20901

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.19

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC
_____
Name

Case number *(if known)* _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 2052  **Nonpriority creditor's name and mailing address**

David Gernhard
409 Rockaway Dr

Midlothian, TX, 76065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.94

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 2053  **Nonpriority creditor's name and mailing address**

David Gilliam
1026 Flower Frst

San Antonio, TX, 78245-1333

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 2054  **Nonpriority creditor's name and mailing address**

David Goodwin
30-92 29th Street, Apartment 4H

Astoria, NY, 11102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 184.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 2055  **Nonpriority creditor's name and mailing address**

David Guerra
P. O. Box 45457

San Diego, CA, 92145

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 2056  **Nonpriority creditor's name and mailing address**

David Guerrero
2753 East Broadway Road, ste 101-180

Mesa, AZ, 85204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.13

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor    Sure Thing Sales, LLC.
         Name                                                    Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2057   **Nonpriority creditor's name and mailing address**

David gutierrez
609 Stewart St

Killeen, TX, 76541-5680

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 237.94

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2058   **Nonpriority creditor's name and mailing address**

David Hagelin
15206 CALEXICO LN

Woodbridge, VA, 22193-1627

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 95.34

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2059   **Nonpriority creditor's name and mailing address**

David Hill
731 Seaton Ave, Unit 243

Alexandria, VA, 22305-3058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 15.88

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2060   **Nonpriority creditor's name and mailing address**

David Holtzapfel
134 rolling acres

winfield, WV, 25213

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2061   **Nonpriority creditor's name and mailing address**

David Hong
566 Kiowa Drive

Franklin Lakes, NJ, 7417

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 63.95

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC
_____
Name

Case number _(if known)_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2062  **Nonpriority creditor's name and mailing address**

David Hunter
260 Crumly Chapel Road

Birmingham, AL, 35214

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 44.99

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

---

**3.** 2063  **Nonpriority creditor's name and mailing address**

David Jauregui
3620 Monroe St apt#617

Riverside, CA, 92504

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.99

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

---

**3.** 2064  **Nonpriority creditor's name and mailing address**

David Johnson
8236 BEDFORD COVE WAY

Sacramento, CA, 95828

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 68.99

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

---

**3.** 2065  **Nonpriority creditor's name and mailing address**

David Jones
1636 East Skyline Drive

Tucson, AZ, 85718-1164

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 32.99

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

---

**3.** 2066  **Nonpriority creditor's name and mailing address**

David Jordan
16 Juliette Street, Apt 2

Dorchester, MA, 2122

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 80.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

Debtor    Sure Thing Sales, LLC.
          Name                                              Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 2067 **Nonpriority creditor's name and mailing address**

David Karwoski
4521 Ashburner

Philadelphia, PA, 19136

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 2068 **Nonpriority creditor's name and mailing address**

David Kelly
6811 Laronda Ln

Las vegas, NV, 89156

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.08

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 2069 **Nonpriority creditor's name and mailing address**

David Kogut
1704 Wildspring Parkway

Joliet, IL, 60431

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 139.19

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 2070 **Nonpriority creditor's name and mailing address**

David Learman
1501 Marquette Avenue

Bay City, MI, 48706

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 2071 **Nonpriority creditor's name and mailing address**

David Leja
141 Luce Road

Williamstown, MA, 1267

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 2072    **Nonpriority creditor's name and mailing address**

David Lipham
12413 Early Run Ln

Riverview, FL, 33578-3308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.59

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2073    **Nonpriority creditor's name and mailing address**

David Macias
518 Hannah Heights Way

Hull, GA, 30646

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2074    **Nonpriority creditor's name and mailing address**

David Madruga
6167 American Beauty Avenue

Las Vegas, NV, 89142

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.99

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2075    **Nonpriority creditor's name and mailing address**

David Maldonado
8815 Willoway St

Houston, TX, 77016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.22

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2076    **Nonpriority creditor's name and mailing address**

DAVID MALINOWSKI
127 Frank Avenue

Mamaroneck, NY, 10543

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 61.76

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name                                          Case number (if known)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 2077  **Nonpriority creditor's name and mailing address**

David Marin
18643 Runnymede street

Reseda, CA, 91335

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.46

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2078  **Nonpriority creditor's name and mailing address**

David Marion
7 Cobblestone Circle

Hatboro, PA, 19040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2079  **Nonpriority creditor's name and mailing address**

David McCarthy
6526 Friars Road, Unit 206

San Diego, CA, 92108

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.53

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2080  **Nonpriority creditor's name and mailing address**

David McMorrow
174 State RT 17, Suite C

Rochelle Park, NJ, 7662

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.00

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2081  **Nonpriority creditor's name and mailing address**

David Milkman
265 E Hanford Armona Rd, Apt 108

Lemoore, CA, 93245-2368

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 108.29

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                          Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 2082 **Nonpriority creditor's name and mailing address**

David Mogollon
2000 Hungtington Avenue, Apt. 411

Alexandria, VA, 22303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 127.19

---

**3.** 2083 **Nonpriority creditor's name and mailing address**

David Molina
2795 Sherman Oak Dr.

North Port, FL, 34289

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 77.98

---

**3.** 2084 **Nonpriority creditor's name and mailing address**

David Morales
218 Eldert Ln

Woodhaven, NY, 11421

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 124.98

---

**3.** 2085 **Nonpriority creditor's name and mailing address**

David Mueller
403 N Verzel Dr

Macomb, IL, 61455

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 146.04

---

**3.** 2086 **Nonpriority creditor's name and mailing address**

David Munguia
6590 Marquette St UNIT D

Moorpark, CA, 93021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 60.98

---

Debtor    Sure Thing Sales, LLC.
_____
Name                                    Case number (if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 2087   **Nonpriority creditor's name and mailing address**

David Murray
115 Fieldcrest Street, 203

Ann Arbor, MI, 48103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 179.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 2088   **Nonpriority creditor's name and mailing address**

David Myster
8571 Tern Court

Chanhassen, MN, 55317

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 2089   **Nonpriority creditor's name and mailing address**

David Pacheco
2960 San Pasqual St

Pasadena, CA, 91107-5332

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 261.91

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 2090   **Nonpriority creditor's name and mailing address**

David Parker
13100 notre dame ln n

jacksonville, FL, 32218

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 2091   **Nonpriority creditor's name and mailing address**

David Phillips
379 Kaholalele Road

Kapaa, HI, 96746

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 282.71

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor    One Thing Sales, LLC
_____
Name    Case number *(if known)* _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.**2092**    **Nonpriority creditor's name and mailing address**

David Raughley
101 Richmond Hill Pkwy

Byron, GA, 31008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.97

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.**2093**    **Nonpriority creditor's name and mailing address**

David Rich
292 North Street, 421

Pittsfield, MA, 1201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.74

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.**2094**    **Nonpriority creditor's name and mailing address**

David Roberts
116 n 200 e

Cedar City, UT, 84720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.**2095**    **Nonpriority creditor's name and mailing address**

David Rohrenback
PO Box 744

Johnson, KS, 67855

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 118.22

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.**2096**    **Nonpriority creditor's name and mailing address**

David Romero
1725 Griego Ave

Olivehurst, CA, 95961

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 119.06

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC
         Name                                                    Case number *(if known)*

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 2097  **Nonpriority creditor's name and mailing address**

David Romero
7248 Whittier Ave, Back house

Whittier, CA, 90602

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 65.98

---

3. 2098  **Nonpriority creditor's name and mailing address**

david sansone
22 quaspec rd

blauvelt, NY, 10913

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 14.99

---

3. 2099  **Nonpriority creditor's name and mailing address**

David Shapiro
11500 Jollyville Road, 2922

Austin, TX, 78759

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 60.98

---

3. 2100  **Nonpriority creditor's name and mailing address**

david Shapiro
6206 Caminito Plata

San Diego, CA, 92120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12.92

---

3. 2101  **Nonpriority creditor's name and mailing address**

David Siman
10788 Kinglet Circle

Cincinnati, OH, 45249

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 25.43

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Sure Thing Sales, LLC. | | Case number *(if known)* | |
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 2102  **Nonpriority creditor's name and mailing address**

David Smith
120 A St

Girardville, PA, 17935-1309

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2103  **Nonpriority creditor's name and mailing address**

David Smith
27 PINEBROOK DR

MORRISONVILLE, NY, 12962-9781

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2104  **Nonpriority creditor's name and mailing address**

David Sorensen
8804 Wood Stork Drive

Austin, TX, 78729

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.77

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2105  **Nonpriority creditor's name and mailing address**

David T Wilson
5838 Five Oaks Pkwy null

Saint Louis, MO, 63128-1403

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2106  **Nonpriority creditor's name and mailing address**

David Tanner
720 North Apricot Place

Nampa, ID, 83687

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.89

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                    Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3. 2107 **Nonpriority creditor's name and mailing address**

David Tharp
3307 Dovel Hollow Road

Stanley, VA, 22851

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 74.95

---

3. 2108 **Nonpriority creditor's name and mailing address**

David Tiburcio
451 East 116th Street

New York, NY, 10029

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 122.98

---

3. 2109 **Nonpriority creditor's name and mailing address**

David Todd
369 HIGHPOINT XING

POWDER SPRINGS, GA, 30127

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 16.04

---

3. 2110 **Nonpriority creditor's name and mailing address**

David Vandervoort
535 Ne Monroe

Portland, OR, 97212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 11.99

---

3. 2111 **Nonpriority creditor's name and mailing address**

David Vasquez
101 Evan Court

Clayton, NC, 27520

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 21.34

---

Debtor    Sure Thing Sales, LLC

Name                                           Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 2112  **Nonpriority creditor's name and mailing address**

David Warner
4144 Cobb Drive

Zephyrhills, FL, 33543

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.56

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2113  **Nonpriority creditor's name and mailing address**

david whitehurst
620 willruth dr

allison park, PA, 15101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2114  **Nonpriority creditor's name and mailing address**

David Wigglesworth
183-04 Babylon Avenue

Saint Albans, NY, 11412

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2115  **Nonpriority creditor's name and mailing address**

David Wood
1709 South 92nd Street

Tacoma, WA, 98444

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2116  **Nonpriority creditor's name and mailing address**

David Wood
39 N 1st St

Phillipsburg, NJ, 8865

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 17.05

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC

Name    Case number *(if known)*

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 2117  **Nonpriority creditor's name and mailing address**

David Worley
795 Rosewood Ln

York, PA, 17403-5917

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 63.59

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2118  **Nonpriority creditor's name and mailing address**

David Ye
2790 86th Street, Apt. 2F

Brooklyn, NY, 11223

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 30.47

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2119  **Nonpriority creditor's name and mailing address**

Davin Acol
73-1237 Ahikawa St

Kailua Kona, HI, 96740

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 68.05

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2120  **Nonpriority creditor's name and mailing address**

Davison Brooks
1310 East Horseshoe Bend Drive

Rochester Hills, MI, 48306

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 41.33

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2121  **Nonpriority creditor's name and mailing address**

davon davis
129 Auburnleaf Drive

Hopkins, SC, 29061

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.79

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.

Name

Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 2122  **Nonpriority creditor's name and mailing address**

Davone Fisher
9805 Tailspin Lane, Apartment G

Middle River, MD, 21220

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 21.99

---

**3.** 2123  **Nonpriority creditor's name and mailing address**

Davy Manzanarez
8711 Summercrest Circle

Garden Grove, CA, 92844

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 16.30

---

**3.** 2124  **Nonpriority creditor's name and mailing address**

Dawn Causey
309 Beechwood Lane

Irmo, SC, 29063

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 44.97

---

**3.** 2125  **Nonpriority creditor's name and mailing address**

Dawn McDaniel
2707 FIELDCREST DR

Urbana, IL, 61802

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 14.99

---

**3.** 2126  **Nonpriority creditor's name and mailing address**

Dawn Oshiro
98-1481 Kaahumanu Street, Apt. C

Aiea, HI, 96701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 650.82

---

Debtor    Sure Thing Sales, LLC
    Name

    Case number (if known) _____

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.** ‾2127‾  **Nonpriority creditor's name and mailing address**

Dawn Thomas
13743 Golden Road

Milaca, MN, 56353

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 536.86

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** ‾2128‾  **Nonpriority creditor's name and mailing address**

DAwn Traynor
91 White Street

Eatontown, NJ, 7724

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** ‾2129‾  **Nonpriority creditor's name and mailing address**

Dawnthea Price Lisco
115 N 1ST ST, APT 115

RICHMOND, VA, 23219-2125

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 41.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** ‾2130‾  **Nonpriority creditor's name and mailing address**

Dawon Kim
43729 Calabro Street

Temecula, CA, 92592

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 95.98

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** ‾2131‾  **Nonpriority creditor's name and mailing address**

Dawson McCall
1725 Biltmore Dr.

Keller, TX, 76262

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.46

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor    Sure Thing Sales, LLC.

Name

Case number _(if known)_____

| | |
|---|---|
| **Part 2:** | **Additional Page** |

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

3. `2132` **Nonpriority creditor's name and mailing address**

Dawson Sherman
715 Bethayres Street

Harrington, DE, 19952

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. `2133` **Nonpriority creditor's name and mailing address**

Dayana Rodriguez
3148 N 37th Drive

Phoenix, AZ, 85019

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.31

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. `2134` **Nonpriority creditor's name and mailing address**

De Andra  Morgan
10834 6th Avenue South

Seattle, WA, 98168

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.01

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. `2135` **Nonpriority creditor's name and mailing address**

Dean Hammett
1741 Chesnee Highway

Gaffney, SC, 29341

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. `2136` **Nonpriority creditor's name and mailing address**

Dean Hinnegan-Stevenson
30 Chiltern Hill Dr

Worcester, MA, 1602

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
          Name                                                    Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3. 2137    **Nonpriority creditor's name and mailing address**

Dean Kim
762 N 203RD ST

SHORELINE, WA, 98133

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 2138    **Nonpriority creditor's name and mailing address**

Dean Price
14408 Shady Bend Rd

Olathe, KS, 66061

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 88.94

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 2139    **Nonpriority creditor's name and mailing address**

deana travetti
6338 Sherwood Rd.

Philadelphia, PA, 19151

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 2140    **Nonpriority creditor's name and mailing address**

Deanna Copenhaver
75 Dew Drop Lane

Gettysburg, PA, 17325

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 108.11

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 2141    **Nonpriority creditor's name and mailing address**

Deanna Loren
7068 Spruce Hill Circle

WEST CHESTER, OH, 45069

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 90.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 438 of 1682

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:  Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 2142  **Nonpriority creditor's name and mailing address**

Deanna McCurdy
2825 W Westport Road

Peoria, IL, 61615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.32

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2143  **Nonpriority creditor's name and mailing address**

Debbera DiLena
14570 Leary Street

Nokesville, VA, 20181

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2144  **Nonpriority creditor's name and mailing address**

Debbie Pierce
101 W. Riverdale Ave Unit 25

Orange, CA, 92865

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.30

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2145  **Nonpriority creditor's name and mailing address**

Debora Fernandez
12831 Sw 43 Dr

Miami, FL, 33175

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2146  **Nonpriority creditor's name and mailing address**

Deborah Hidalgo
11531 Kathy Lane

Garden Grove, CA, 92840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC_____    Case number _(if known)_____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 2147  **Nonpriority creditor's name and mailing address**

Deborah Izquierdo
938 Floyd Ter

Union, NJ, 07083-8302

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 372.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2148  **Nonpriority creditor's name and mailing address**

Deborah Rosado
1240 Westchester Ave Apt 4K

Bronx, NY, 10459

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 53.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2149  **Nonpriority creditor's name and mailing address**

Deborah Williams
818 Webster Avenue

Hamilton, OH, 45013

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2150  **Nonpriority creditor's name and mailing address**

Debra Glynn
165 N Main St

Uxbridge, MA, 1569

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 152.96

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2151  **Nonpriority creditor's name and mailing address**

Decreeta Gary
1807 Brier Street Southeast

Warren, OH, 44484

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 42.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2152 **Nonpriority creditor's name and mailing address**

Dee Dixon
1971 Yellow Pine Drive

Middleton, ID, 83644

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 122.79

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 2153 **Nonpriority creditor's name and mailing address**

Dee Gayle
1405 Parker Den Dr

Ruskin, FL, 33570

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 2154 **Nonpriority creditor's name and mailing address**

Deepti Ajjampore
18185 Prairie Falcon Lane

Brookfield, WI, 53045

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 2155 **Nonpriority creditor's name and mailing address**

Deja Faison
10600 Village Trail

Jonesboro, GA, 30238

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 104.75

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 2156 **Nonpriority creditor's name and mailing address**

Delaney Smith
2101 Cheltenham Rd

Columbus, OH, 43220

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.57

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Debtor   Sure Thing Sales, LLC.
         Name

Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3. 2157 Nonpriority creditor's name and mailing address**

Delaney Thomas
1218 North Ironwood Drive

SOUTH BEND, IN, 46615

As of the petition filing date, the claim is: $ 38.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3. 2158 Nonpriority creditor's name and mailing address**

Deleann Depew
10735 52nd Ave North

St. Petersburg, FL, 33708

As of the petition filing date, the claim is: $ 11.76
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3. 2159 Nonpriority creditor's name and mailing address**

Delilah Dunn
1575 Hillside Oak Drive

Grayson, GA, 30017

As of the petition filing date, the claim is: $ 72.07
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3. 2160 Nonpriority creditor's name and mailing address**

Dell Hughes
340 Pocahontas St

Mosheim, TN, 37818-3908

As of the petition filing date, the claim is: $ 58.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3. 2161 Nonpriority creditor's name and mailing address**

Delonta Smith
2793 Noble Road, 1

Cleveland Heights, OH, 44121

As of the petition filing date, the claim is: $ 29.15
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Sure Thing Sales, LLC. | Case number _(if known)_ |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 2162 **Nonpriority creditor's name and mailing address**

demarcus adams
833 Ardella Avenue

Akron, OH, 44306

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 29.99

---

**3.** 2163 **Nonpriority creditor's name and mailing address**

Demetrius Casillas
1949 Oakford Avenue

Feasterville-Trevose, PA, 19053

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 80.98

---

**3.** 2164 **Nonpriority creditor's name and mailing address**

Dena Anastasiou
264 Whitesand Court

Casselberry, FL, 32707

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 29.95

---

**3.** 2165 **Nonpriority creditor's name and mailing address**

Dena Neal
Po Box 873604

Wasilla, AK, 99687

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 29.66

---

**3.** 2166 **Nonpriority creditor's name and mailing address**

Denise Ennist
143 South Ferguson Avenue

Cookeville, TN, 38501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 54.86

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** ⌞2167⌟ **Nonpriority creditor's name and mailing address**

Denise Feng
2633 Kenney Dr

San Pablo, CA, 94806

**As of the petition filing date, the claim is:** $56.67
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| **Date or dates debt was incurred** | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

**3.** ⌞2168⌟ **Nonpriority creditor's name and mailing address**

Denise Levien
3840 Water Drop Court

Burtonsville, MD, 20866

**As of the petition filing date, the claim is:** $33.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| **Date or dates debt was incurred** | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

**3.** ⌞2169⌟ **Nonpriority creditor's name and mailing address**

Denise Speir
3104 Woodbridge Drive

Birmingham, AL, 35242

**As of the petition filing date, the claim is:** $97.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| **Date or dates debt was incurred** | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

**3.** ⌞2170⌟ **Nonpriority creditor's name and mailing address**

Denisse Firma
118-C Penny Meadow Lane

Stratford, CT, 6614

**As of the petition filing date, the claim is:** $114.84
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| **Date or dates debt was incurred** | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

**3.** ⌞2171⌟ **Nonpriority creditor's name and mailing address**

Denitza  Russi
964 Weeden Creek Rd

Sheboygan, WI, 53081

**As of the petition filing date, the claim is:** $12.65
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| **Date or dates debt was incurred** | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

Debtor _____Sure Thing Sales, LLC._____    _____Case number _(if known)_____
           Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 2172  **Nonpriority creditor's name and mailing address**

Dennis Dzurikanin
615 Sidney Street

Hopewell, VA, 23860

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 121.08

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 2173  **Nonpriority creditor's name and mailing address**

Dennis Gonzales
5225 W. 121 PL

Alsip, IL, 60803

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 2174  **Nonpriority creditor's name and mailing address**

Dennis Isip
16054 Cook LN

North Hills, CA, 91343

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.89

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 2175  **Nonpriority creditor's name and mailing address**

Dennis J Santos
47 Madison Avenue

Chelsea, MA, 2150

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 2176  **Nonpriority creditor's name and mailing address**

Dennis Marciuska
4942 Alessandro Avenue

Temple City, CA, 91780

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

| Debtor | Sure Thing Sales, LLC | Case number _(if known)_ |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 2177  **Nonpriority creditor's name and mailing address**

Dennis Mooney
75 Central Avenue

East Brunswick, NJ, 8816

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 273.93

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2178  **Nonpriority creditor's name and mailing address**

Dennis Moya
5308 Pitch Pine Ct

Raleigh, NC, 27617-5804

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2179  **Nonpriority creditor's name and mailing address**

Dennis Ong
33211 33rd Ave SW

Federal Way, WA, 98023

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.05

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2180  **Nonpriority creditor's name and mailing address**

Dennis Vargas
601 S Seneca Blvd

Daytona Beach, FL, 32114-4519

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.77

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2181  **Nonpriority creditor's name and mailing address**

Denny Bradberry
10880 fleming rd

Fowlerville, MI, 48836

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                              Case number (if known)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 2182  **Nonpriority creditor's name and mailing address**

Denny Newman
641 Green Pasture Ct.

Elgin, SC, 29045

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2183  **Nonpriority creditor's name and mailing address**

Derek Bendixson
8410 135th ave nw

Alamo, ND, 58830

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.66

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2184  **Nonpriority creditor's name and mailing address**

Derek Cain
6419 Monteverde Lane

Citrus Heights, CA, 95621

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 247.80

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2185  **Nonpriority creditor's name and mailing address**

Derek Dean
1834 Pecan Grove Drive

Anna, TX, 75409

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2186  **Nonpriority creditor's name and mailing address**

Derek Hendricks
452 Old Winder Jefferson Hwy

Jefferson, GA, 30549

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
Name

Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 2187 **Nonpriority creditor's name and mailing address**

Derek Knapp
36843 Lompoc Ave

Barstow, CA, 92311

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2188 **Nonpriority creditor's name and mailing address**

Derek Mckinney
3466 County Road 427

Elba, AL, 36323

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.07

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2189 **Nonpriority creditor's name and mailing address**

Derek Michaelson
1605 East 29th Street

Brooklyn, NY, 11229

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2190 **Nonpriority creditor's name and mailing address**

Derek Monacchio
10 Park Row W, #224

Providence, RI, 02903-1136

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 24.60

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2191 **Nonpriority creditor's name and mailing address**

Derek Morris
6432 Ault Place

Indianapolis, IN, 46221

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.53

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      Sure Thing Sales, LLC.
            Name                                              Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3. [2192] **Nonpriority creditor's name and mailing address**

Derek n Henry
4105 East R Street

Tacoma, WA, 98404

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.12

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. [2193] **Nonpriority creditor's name and mailing address**

Derek Ruiz
669 47th Avenue Northeast

Columbia Heights, MN, 55421

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.98

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. [2194] **Nonpriority creditor's name and mailing address**

Derek Schneider
11437 South Ki Road

Phoenix, AZ, 85044

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. [2195] **Nonpriority creditor's name and mailing address**

Derek Stoudt
205 west Granada ave

Hershey, PA, 17033-1540

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 38.13

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. [2196] **Nonpriority creditor's name and mailing address**

Derek Watt
112 Allenwood Circle Southwest

Milledgeville, GA, 31061

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.83

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|--------|------------------------|--------------------------|
|        | Name                   |                          |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2197  **Nonpriority creditor's name and mailing address**

Derreck Cochran
1524 E Queen Ave

Spokane, WA, 99207-4142

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 2198  **Nonpriority creditor's name and mailing address**

Derrick Gray
PSC 3 Box 7653

APO, AP, 96266

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 2199  **Nonpriority creditor's name and mailing address**

DERRICK JOE
PO BOX 4581

YATAHEY, NM, 87375

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 26.68

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 2200  **Nonpriority creditor's name and mailing address**

Desiree Gomez-Gutierrez
10808 FOOTHILL BLVD # 160-733

RANCHO CUCAMONGA, CA, 91730

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11.84

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 2201  **Nonpriority creditor's name and mailing address**

Desiree Smith
1200 S Dairy Ashford, #424

Houston, TX, 77077

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28.17

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor  Sure Thing Sales, LLC.

Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3. 2202  **Nonpriority creditor's name and mailing address**

Desiree Sze
1715 popham avenue, apt 1

Bronx, NY, 10453

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 2203  **Nonpriority creditor's name and mailing address**

Desmond Bostic
993 Equestrian Dr, Apt 4202

Henderson, NV, 89002-8458

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 2204  **Nonpriority creditor's name and mailing address**

Destinee Fannin
609 West 4th Street

Marion, IN, 46952

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.88

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 2205  **Nonpriority creditor's name and mailing address**

Destiny Goade
750 Keyes Drive

Grovetown, GA, 30813

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 2206  **Nonpriority creditor's name and mailing address**

Destiny Sanchez
820 Award Drive

Colton, CA, 92324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*_____

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2207  **Nonpriority creditor's name and mailing address**

Devan Bissonette
5692 Ridge Road West

Spencerport, NY, 14559

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.03

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2208  **Nonpriority creditor's name and mailing address**

Devi Shamdasani
712 featherwood dr

Diamond bar, CA, 91765

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.00

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2209  **Nonpriority creditor's name and mailing address**

Devin Champagne
39 Towne st

North Attleboro, MA, 2760

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2210  **Nonpriority creditor's name and mailing address**

Devin Fabian
5830 5th Ave Apt 2-2

Pittsburgh, PA, 15232-2742

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2211  **Nonpriority creditor's name and mailing address**

Devin Howell
8003 Parkside Lane NW

Washington, DC, 20012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
        Name                                    Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2212  **Nonpriority creditor's name and mailing address**

Devin Mauldin
795 Avante Place

Morgan Hill, CA, 95037

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 395.02

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2213  **Nonpriority creditor's name and mailing address**

Devin Orr
140 Proctor Hill Road

Hollis, NH, 3049

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2214  **Nonpriority creditor's name and mailing address**

Devin Smith
2004 Hastings Drive

Plainfield, IL, 60586

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2215  **Nonpriority creditor's name and mailing address**

Devin Stocksdale
9718 East Annalyn Dr

Sandy, UT, 84070

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 139.40

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2216  **Nonpriority creditor's name and mailing address**

Devlin O?ÂôHaver
534 NE 80th St.

Seattle, WA, 98115

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.81

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Sure Thing Sales, LLC | | Case number (if known) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2217 **Nonpriority creditor's name and mailing address**

Devon Ceja
114 Woodknoll Pl

Valrico, FL, 33594-6732

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 66.64

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2218 **Nonpriority creditor's name and mailing address**

Devon Mauer
307 West 10th Street

Winona, MN, 55987

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2219 **Nonpriority creditor's name and mailing address**

DeVona Day
8429 Brahma Drive

Justin, TX, 76247

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2220 **Nonpriority creditor's name and mailing address**

Dexter Arafiles
25227 Redlands Blvd, Ste D

Loma Linda, CA, 92354-1932

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 69.98

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2221 **Nonpriority creditor's name and mailing address**

Dexter Heineke
128 S REITER ST

Benson, IL, 61516

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 69.26

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name                                                Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2222 **Nonpriority creditor's name and mailing address**

Dezso Augusztin
220 Johnson Avenue

Stratford, CT, 6614

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 199.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2223 **Nonpriority creditor's name and mailing address**

Diamond Comic Distributors, Inc.
10150 York Rd. - Suite 300

Hunt Valley, MD, 21030

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 254,719.85

**Basis for the claim:** Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2224 **Nonpriority creditor's name and mailing address**

Diana Alcala
4240 South Centinela Avenue, Apt3

Los Angeles, CA, 90066

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2225 **Nonpriority creditor's name and mailing address**

Diana Gibbs
10621 West 102nd Place

Westminster, CO, 80021

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.91

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2226 **Nonpriority creditor's name and mailing address**

Diana Gutierrez
2727 5 Points Road

Indiana, PA, 15701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor ___Sure Thing Sales, LLC___ ___Case number (if known)_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

3. 2227  **Nonpriority creditor's name and mailing address**

Diana Langie
1439 Northwoods Rd

Deerfield, IL, 60015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.90

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. 2228  **Nonpriority creditor's name and mailing address**

Diana Pyhala
11S573 Webster Lane

Naperville, IL, 60564

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. 2229  **Nonpriority creditor's name and mailing address**

Diane Frost
303 W Main, Apt 1601

Elkland, PA, 16920

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. 2230  **Nonpriority creditor's name and mailing address**

Diane Garcia
Woodtrail Apts, 3130 E Villa Maria Rd Apt 207

Bryan, TX, 77803-5067

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. 2231  **Nonpriority creditor's name and mailing address**

Diane Messer
77 Dogwood Road

Asheville, NC, 28805

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 119.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 456 of 1682

Debtor  Sure Thing Sales, LLC
        Name _____    Case number _(if known)_ _____

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 2232  **Nonpriority creditor's name and mailing address**

Diane Zeno
16521 Regina Circle, 4, 4

Huntington Beach, CA, 92649

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.92

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 2233  **Nonpriority creditor's name and mailing address**

Dianna Sajuan Vazquez
36647 Cherry Street

Newark, CA, 94560

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2234  **Nonpriority creditor's name and mailing address**

DiAntha Threat
7920 Branch Way

Fort Worth, TX, 76116

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 147.96

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2235  **Nonpriority creditor's name and mailing address**

Dias reyes reyes
8537 Northwest 66th Street

Silver Lake, KS, 66539

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 2236  **Nonpriority creditor's name and mailing address**

Diego Alzaga
2161 Villa Sonoma Glen

Escondido, CA, 92029

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 73.26

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor     Sure Thing Sales, LLC
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 2237   **Nonpriority creditor's name and mailing address**

Diego F Delgado
84-20 153 Ave, 6H

Howard Beach, NY, 11414

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 2238   **Nonpriority creditor's name and mailing address**

Diego Guerrero
15562 Outside Trail

Noblesville, IN, 46060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.12

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 2239   **Nonpriority creditor's name and mailing address**

Diego Martinez
2882 Mount Hope Drive

Las Vegas, NV, 89156

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 2240   **Nonpriority creditor's name and mailing address**

Diego Sanchez
1463 Morgan Rd

San Bernardino, CA, 92407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72.96

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 2241   **Nonpriority creditor's name and mailing address**

Diego Sernadas
50-21 45th Street, Apt 3f

Queens, NY, 11377

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.71

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 2242  **Nonpriority creditor's name and mailing address**

Diego V
421 Cardona circle

Greenfield, CA, 93927

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 29.55**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 2243  **Nonpriority creditor's name and mailing address**

Diego Villalobos
8785 Frankfort Street

Fontana, CA, 92335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 9.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 2244  **Nonpriority creditor's name and mailing address**

Dilene Gonzalez
19750 Saticoy St.

Winnetka, CA, 91306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 27.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 2245  **Nonpriority creditor's name and mailing address**

Dillon Thorp
8652 Woodman Avenue

Los Angeles, CA, 91331

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 28.45**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 2246  **Nonpriority creditor's name and mailing address**

Dillon Wellerbrady
26 Ansonia Road

Boston, MA, 2132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 30.80**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

| Debtor | Sure Thing Sales, LLC. | | Case number *(if known)* | |
| | Name | | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 2247 **Nonpriority creditor's name and mailing address**

Dina Ost
1313 Maple Drive

Blair, NE, 68008

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2248 **Nonpriority creditor's name and mailing address**

Dina Weslander
2529 West Cactus Road, Apt 3123

Phoenix, AZ, 85029

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.96

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2249 **Nonpriority creditor's name and mailing address**

Discover Bank
PO Box 6103

Carol Stream, IL, 60197-6103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 12,906.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2250 **Nonpriority creditor's name and mailing address**

DJ Singleton
9816 140th Street Court East

Puyallup, WA, 98373

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.19

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2251 **Nonpriority creditor's name and mailing address**

DJ SMITH
12717 Carter Street

Overland Park, KS, 66213

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 52.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC                          Case number *(if known)*
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 2252  **Nonpriority creditor's name and mailing address**

Dj Smoot
3528 California Avenue

Long Beach, CA, 90807

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.22

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2253  **Nonpriority creditor's name and mailing address**

Dmitri Weise
160 Ludlow st

Belchertown, MA, 1007

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2254  **Nonpriority creditor's name and mailing address**

Dmitriy Kazimirko
4558 Spring Blvd

Eugene, OR, 97405

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2255  **Nonpriority creditor's name and mailing address**

Dolf Dodge
3953 Pegg Ave

Columbus, OH, 43214

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2256  **Nonpriority creditor's name and mailing address**

Dolly Becerra
2259 N Latrobe ave , House

Chicago , IL, 60639

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 60.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   Sure Thing Sales, LLC.                                    Case number *(if known)*_____
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2257  **Nonpriority creditor's name and mailing address**

Dolly Pham
1574 Orangewood Dr

San Jose, CA, 95121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 16.40

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2258  **Nonpriority creditor's name and mailing address**

Dominador Florentino
2418 Marquette Trl.

Katy, TX, 77494

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 156.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2259  **Nonpriority creditor's name and mailing address**

domingo reyes
104 Stahl Ave

New Castle, DE, 19720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 119.96

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2260  **Nonpriority creditor's name and mailing address**

Dominic DeLellis
120 ENGLEWOOD BLVD

HAMILTON, NJ, 8610

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 36.24

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2261  **Nonpriority creditor's name and mailing address**

Dominic Lam
12 MacDonald Court

Richmond Hill, ON, L4E 1E9

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 269.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 462 of 1682

Debtor    Sure Thing Sales, LLC.
Name

Case number _(if known)_ _____

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 2262   **Nonpriority creditor's name and mailing address**

Dominic Maffuccio
8 Ashley Street

Pittsfield, MA, 1201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 270.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred    _____

☑ No
☐ Yes

**Last 4 digits of account number**    _____

---

**3.** 2263   **Nonpriority creditor's name and mailing address**

Dominic Quinn
4272 Ellinwood Boulevard

Palm Harbor, FL, 34685

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.91

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred    _____

☑ No
☐ Yes

**Last 4 digits of account number**    _____

---

**3.** 2264   **Nonpriority creditor's name and mailing address**

Dominic Torrez
300 Addison Court

Oswego, IL, 60543

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.13

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred    _____

☑ No
☐ Yes

**Last 4 digits of account number**    _____

---

**3.** 2265   **Nonpriority creditor's name and mailing address**

Dominik Fernandez
13127 Rockridge Lane

Woodbridge, VA, 22191

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.03

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred    _____

☑ No
☐ Yes

**Last 4 digits of account number**    _____

---

**3.** 2266   **Nonpriority creditor's name and mailing address**

Don Craft
320 new st.

fairport harbor, OH, 44077

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred    _____

☑ No
☐ Yes

**Last 4 digits of account number**    _____

Debtor    Sure Thing Sales, LLC
_____
        Name

Case number (if known)_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2267 **Nonpriority creditor's name and mailing address**

Don Kallenberger
720 woodlawn Ave

Muscatine , IA, 52761

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 2268 **Nonpriority creditor's name and mailing address**

Donald Fitzgerald
6533 Graylock Ln.

North Highlands, CA, 95660

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2269 **Nonpriority creditor's name and mailing address**

Donald Greguoli
8726 Brackenwood Dr

Orlando, FL, 32829

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 67.08

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2270 **Nonpriority creditor's name and mailing address**

Donald Hanson
3005 South 47th Street, Apt 71

Tacoma, WA, 98409

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 130.14

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 2271 **Nonpriority creditor's name and mailing address**

Donald key
3526 south adelle

Mesa, AZ, 85212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 61.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Sure Thing Sales, LLC._____    Case number _(if known)_____
        Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **2272** Nonpriority creditor's name and mailing address

Donald Moore
77 Borough Road

Concord, NH, 3303

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 286.83

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **2273** Nonpriority creditor's name and mailing address

Donald Murphy Jr
291 Columbus ave, Apr 2l

Tuckahoe, NY, 10707

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 178.81

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **2274** Nonpriority creditor's name and mailing address

Donald Nguyen
216 Andrea Drive

Jamestown, NC, 27282

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 7.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **2275** Nonpriority creditor's name and mailing address

Donald Perkins
569 Copperfield Dr

Lawrenceburg, KY, 40342

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 19.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **2276** Nonpriority creditor's name and mailing address

Donald Rexroad
1847 Tin Mine Rd

Lincolnton, NC, 28092

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 69.68

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC. | | |
| | Name | Case number *(if known)* | |

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.** 2277 **Nonpriority creditor's name and mailing address**

Dong Lee
121, 1st CAVALRY RD

FORT LEAVENWORTH, KS, 66027-1202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 38.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2278 **Nonpriority creditor's name and mailing address**

Dong Yuan
136-21 Latimer Place, 2H

Flushing, NY, 11354

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 100.98

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2279 **Nonpriority creditor's name and mailing address**

Dongbo  Liu
477 Baltimore Pl

San Jose, CA, 95123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 134.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2280 **Nonpriority creditor's name and mailing address**

Donna  Oriondo
11328 Euclid Avenue, 206

Cleveland, OH, 44106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 41.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2281 **Nonpriority creditor's name and mailing address**

Donna Edwards
5700 Bayou Dr

Bossier City, LA, 71112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.

Name

Case number *(if known)*

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 2282 **Nonpriority creditor's name and mailing address**

Donny Valenzuela
4819 Mendocino Terrace

Fremont, CA, 94555

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 49.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2283 **Nonpriority creditor's name and mailing address**

Donovan Pair
219 Saddlebow Road

Bell Canyon, CA, 91307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.80

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2284 **Nonpriority creditor's name and mailing address**

Donte Jackson
22727 Dolorosa St

Woodland Hills, CA, 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.42

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2285 **Nonpriority creditor's name and mailing address**

Donte Parks
3516a South Webster Street

Seattle, WA, 98118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 62.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2286 **Nonpriority creditor's name and mailing address**

Doral Moore
470 Hood Road

Stockbridge, GA, 30281

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 79.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Sure Thing Sales, LLC | | |
| | Name | Case number *(if known)* | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3. 2287    Nonpriority creditor's name and mailing address**

Doreen Milazzo
71B Gough Avenue

West Warwick, RI, 2893

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3. 2288    Nonpriority creditor's name and mailing address**

Dorian Barrios
413 19th Street, Apt 1

Altoona, PA, 16602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3. 2289    Nonpriority creditor's name and mailing address**

Doris Ihejirika
1314 Eastwood Dr

District Heights, MD, 20747

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.60

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3. 2290    Nonpriority creditor's name and mailing address**

Dorn, Caedmon
8200 nw 79th terr

Kansas City, MO, 64152

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3. 2291    Nonpriority creditor's name and mailing address**

Dorothy Anderson
190 Harold Ave

Derby, CT, 6418

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Debtor    Sure Thing Sales, LLC.
Name    Case number (if known)

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

3. 2292  **Nonpriority creditor's name and mailing address**

Dorsey Clemons
12700 Bartram Park Blvd, APT 1723

Jacksonville, FL, 32258

**As of the petition filing date, the claim is:**    $ 53.74
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. 2293  **Nonpriority creditor's name and mailing address**

Dory Sain
2702 Lakeside Way, Apt 2702, Apt 2702

Newnan, GA, 30265

**As of the petition filing date, the claim is:**    $ 27.81
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. 2294  **Nonpriority creditor's name and mailing address**

doug emery
PO Box 2202

Gypsum, CO, 81637

**As of the petition filing date, the claim is:**    $ 47.25
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. 2295  **Nonpriority creditor's name and mailing address**

doug hicks
105 Tinker Way

Sacramento, CA, 95838

**As of the petition filing date, the claim is:**    $ 74.95
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. 2296  **Nonpriority creditor's name and mailing address**

Doug Singer
2605 Scott Avenue

Los Angeles, CA, 90026

**As of the petition filing date, the claim is:**    $ 19.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC

Name

Case number *(if known)*

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3. **2297**  **Nonpriority creditor's name and mailing address**

Doug Vandiver
1182 Deblin Dr

Milford, OH, 45150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred _____    ☑ No
                                             ☐ Yes

Last 4 digits of account number _____

$ 170.79

---

3. **2298**  **Nonpriority creditor's name and mailing address**

Douglas  Piontkowski
3415 Glover Rd

Almont, MI, 48003-8130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred _____    ☑ No
                                             ☐ Yes

Last 4 digits of account number _____

$ 46.63

---

3. **2299**  **Nonpriority creditor's name and mailing address**

Douglas Bernard
1838 Davidson Street

Aliquippa, PA, 15001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred _____    ☑ No
                                             ☐ Yes

Last 4 digits of account number _____

$ 21.99

---

3. **2300**  **Nonpriority creditor's name and mailing address**

Douglas Caulfield
889 Home Park Drive

Saint Peters, MO, 63376

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred _____    ☑ No
                                             ☐ Yes

Last 4 digits of account number _____

$ 45.98

---

3. **2301**  **Nonpriority creditor's name and mailing address**

Douglas Fisher
3214 s Durango st, Unit b

Tacoma, WA, 98409

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred _____    ☑ No
                                             ☐ Yes

Last 4 digits of account number _____

$ 32.99

---

Debtor    Sure Thing Sales, LLC.                                      Case number *(if known)*_____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

3.____2302  **Nonpriority creditor's name and mailing address**

Douglas Gordon
1322 W 64th St

Cleveland, OH, 44102-2106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

|  | **Date or dates debt was incurred** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

3.____2303  **Nonpriority creditor's name and mailing address**

Douglas Hassett
644 Hollywood Dr

MONROE, MI, 48162

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 127.18

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

3.____2304  **Nonpriority creditor's name and mailing address**

Douglas Shaffer
1723 West Carol Avenue

Mesa, AZ, 85202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

3.____2305  **Nonpriority creditor's name and mailing address**

Douglas Walkinshaw
55 Woodham Ave

Fort Walton Beach, FL, 32547

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.99

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

3.____2306  **Nonpriority creditor's name and mailing address**

Douglas Wallace
45 Lenox Circle

Roanoke, VA, 24019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

| Debtor | Sure Thing Sales, LLC | Case number _(if known)_ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2307 **Nonpriority creditor's name and mailing address**

Douglas Wong
2518 N Marshfield Ave

Chicago, IL, 60614

**As of the petition filing date, the claim is:** $ 148.83
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred _____     ☑ No
Last 4 digits of account number _____     ☐ Yes

---

**3.** 2308 **Nonpriority creditor's name and mailing address**

Doyle, Kassandra
1509 Comer Ave

Indianapolis, IN, 46203

**As of the petition filing date, the claim is:** $ 27.81
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred _____     ☑ No
Last 4 digits of account number _____     ☐ Yes

---

**3.** 2309 **Nonpriority creditor's name and mailing address**

Drake Blaney
11028 Labelle Avenue

Cincinnati, OH, 45242

**As of the petition filing date, the claim is:** $ 84.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred _____     ☑ No
Last 4 digits of account number _____     ☐ Yes

---

**3.** 2310 **Nonpriority creditor's name and mailing address**

Drake Williams
6831 Curry Station Rd

Eastaboga, AL, 36260

**As of the petition filing date, the claim is:** $ 48.39
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred _____     ☑ No
Last 4 digits of account number _____     ☐ Yes

---

**3.** 2311 **Nonpriority creditor's name and mailing address**

Dre Quintino
2110 12th Street

Anacortes, WA, 98221

**As of the petition filing date, the claim is:** $ 62.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred _____     ☑ No
Last 4 digits of account number _____     ☐ Yes

Debtor  Sure Thing Sales, LLC.
         Name                                    Case number *(if known)*_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

3._____ **Nonpriority creditor's name and mailing address**
2312

Drei  Domes
4120 C Street

Bremerton, WA, 98312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 252.86

---

3._____ **Nonpriority creditor's name and mailing address**
2313

Drew Blanchard
25098 72nd Street

South Haven, MI, 49090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 37.09

---

3._____ **Nonpriority creditor's name and mailing address**
2314

drew e stone
3608 owens way

north highlands, CA, 95660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 14.99

---

3._____ **Nonpriority creditor's name and mailing address**
2315

Drew Sardinha
255 Davis St, FLOOR 2

Fall River, MA, 2720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 36.11

---

3._____ **Nonpriority creditor's name and mailing address**
2316

Dreyden Huncovsky
308 2nd Avenue Northeast

Belfield, ND, 58622

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 277.12

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 2317   **Nonpriority creditor's name and mailing address**

Drink Meta
1 Gateway Center

Newark, NJ, 07102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payables

$ 537.39

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2318   **Nonpriority creditor's name and mailing address**

DRURY SYLVESTER
P. O. Box 2231

PRESCOTT, AZ, 86302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 136.97

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2319   **Nonpriority creditor's name and mailing address**

duane allen
4488 south 4475 West

West Valley City, UT, 84120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2320   **Nonpriority creditor's name and mailing address**

Duc Nguyen
7024 Yakima Avenue

Tacoma, WA, 98408

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 79.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2321   **Nonpriority creditor's name and mailing address**

Dulan Langel
14207 126th Avenue East

Puyallup, WA, 98374

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.19

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor   Sure Thing Sales, LLC
Name

Case number *(if known)*

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. | 2322 | **Nonpriority creditor's name and mailing address**

Dulce Hernandez
210 Peachtree St

Shelbyville, KY, 40065

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. | 2323 | **Nonpriority creditor's name and mailing address**

Duncan Sheridan
5 Croydon Drive

Merrick, NY, 11566

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. | 2324 | **Nonpriority creditor's name and mailing address**

Durham Parker
1753 Tanglewood Road

Jacksonville Beach, FL, 32250

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.97

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. | 2325 | **Nonpriority creditor's name and mailing address**

Dustin Bredice
4975 Fenton St

Denver, CO, 80212

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. | 2326 | **Nonpriority creditor's name and mailing address**

Dustin Bryant
3229 43rd Avenue South

Grand Forks, ND, 58201

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 67.96

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
| | Name | |

## Part 2:     Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 2327 **Nonpriority creditor's name and mailing address**

Dustin Carter
6158 Douglas Ct

Farmington, NY, 14425

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 402.02

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2328 **Nonpriority creditor's name and mailing address**

Dustin Chasteen
9066 108th Ave

Vero Beach, FL, 32967

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.95

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2329 **Nonpriority creditor's name and mailing address**

Dustin Cook
3612 HARMS RD

JOLIET, IL, 60435

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2330 **Nonpriority creditor's name and mailing address**

Dustin Deling
420 FORD Road, Apt 139

Minneapolis, MN, 55426

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.89

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2331 **Nonpriority creditor's name and mailing address**

Dustin L Turner
3609 Downing Circle

Deer Park, TX, 77536

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.63

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  Sure Thing Sales, LLC

Name

Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2332  **Nonpriority creditor's name and mailing address**

Dustin Markau
6004 Tree Line Ct

Orangevale, CA, 95662-4948

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 33.39

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 2333  **Nonpriority creditor's name and mailing address**

dustin miller
2000 Huntington Drive

Waco, TX, 76710

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 86.59

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 2334  **Nonpriority creditor's name and mailing address**

Dustin Ochoa
9731 Caritas Circle

Houston, TX, 77065

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 97.36

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 2335  **Nonpriority creditor's name and mailing address**

Dustin Wenger
12406 E Cortez Dr

Scottsdale, AZ, 85259

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 119.92

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 2336  **Nonpriority creditor's name and mailing address**

Dustin Wood
21805 David dr

Elkmont, AL, 35620

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 21.59

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  Sure Thing Sales, LLC.

_____
Name

Case number (if known) _____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

---

3. | 2337 | **Nonpriority creditor's name and mailing address**

Dusty Jarrell
1155 Vine St.

Adrian , MI, 49221

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. | 2338 | **Nonpriority creditor's name and mailing address**

Dusty Low
6012 ne 71st ct

VANCOUVER, WA, 98661

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 24.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. | 2339 | **Nonpriority creditor's name and mailing address**

Duvan Giraldo Micasillero
9 Southwest 107th Avenue Suite B

Miami, FL, 33174

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 77.01

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. | 2340 | **Nonpriority creditor's name and mailing address**

Dwight Jenkins
4180 Ann St

Saginaw, MI, 48603

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.49

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. | 2341 | **Nonpriority creditor's name and mailing address**

Dwight Perreira
62 Wells Ave, 2nd Floor

East Hartford, CT, 6108

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 49.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor   Sure Thing Sales, LLC
         Name                                              Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2342   **Nonpriority creditor's name and mailing address**

dwight stewart
3935 Wyckoff Dr

Virginia Beach, VA, 23452

**As of the petition filing date, the claim is:**   $ 30.73
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 2343   **Nonpriority creditor's name and mailing address**

Dylan Dorn
705 NE 116th ct

Portland, OR, 97220

**As of the petition filing date, the claim is:**   $ 212.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 2344   **Nonpriority creditor's name and mailing address**

Dylan Holmen
225 East Main Street

Le Roy, MN, 55951

**As of the petition filing date, the claim is:**   $ 26.83
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 2345   **Nonpriority creditor's name and mailing address**

Dylan James
2372 Avalon Court

Aurora, IL, 60503

**As of the petition filing date, the claim is:**   $ 16.23
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 2346   **Nonpriority creditor's name and mailing address**

Dylan Jones
20619 Gathering Oak

San Antonio, TX, 78258

**As of the petition filing date, the claim is:**   $ 812.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor  Sure Thing Sales, LLC.
        Name                                                    Case number (if known)

---

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2347  **Nonpriority creditor's name and mailing address**

Dylan Keller
814 N 112TH ST

Wauwatosa, WI, 53226-3744

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.** 2348  **Nonpriority creditor's name and mailing address**

Dylan Korzeniowski
9 Norway Farms Dr

Norfolk, MA, 2056

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.30

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.** 2349  **Nonpriority creditor's name and mailing address**

Dylan Lovato
1717 Eighth Street

Manhattan Beach, CA, 90266

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.74

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.** 2350  **Nonpriority creditor's name and mailing address**

Dylan Lyon
940 Matinee Blvd, Unit 1F

Cold Spring, KY, 41076

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.91

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.** 2351  **Nonpriority creditor's name and mailing address**

Dylan Mayrides
166 Nectar Run

Telford, PA, 18969-2183

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.09

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

| Debtor | Sure Thing Sales, LLC | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 2352   **Nonpriority creditor's name and mailing address**

Dylan McKenzie
171 Goldens Bridge Road

Katonah, NY, 10536

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 84.98

---

**3.** 2353   **Nonpriority creditor's name and mailing address**

Dylan Neves
1142 Washington St.

Gooding, ID, 83330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 14.99

---

**3.** 2354   **Nonpriority creditor's name and mailing address**

Dylan Ramirez
7 Comet Lane

Levittown, NY, 11756

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 49.99

---

**3.** 2355   **Nonpriority creditor's name and mailing address**

Dylan Rossbaxh
8128 South 94th Street

La Vista, NE, 68128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 30.09

---

**3.** 2356   **Nonpriority creditor's name and mailing address**

Dylan Strichartz
16 Ferndale Road

New City, NY, 10956

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 70.43

Debtor  Sure Thing Sales, LLC.
        Name                                                    Case number (if known)

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3. 2357  Nonpriority creditor's name and mailing address

Dylan Thomas
14 Edgewood Trail

Fair Grove, MO, 65648

**As of the petition filing date, the claim is:**  $ 57.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3. 2358  Nonpriority creditor's name and mailing address

Dylan Twigg
1270 Rohm Drive

Auburn, IN, 46706

**As of the petition filing date, the claim is:**  $ 59.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3. 2359  Nonpriority creditor's name and mailing address

Dylan Weinert
P.O box 8871

Asheville, NC, 28814

**As of the petition filing date, the claim is:**  $ 114.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3. 2360  Nonpriority creditor's name and mailing address

E Acuna
3 Cottage Lane

Summit, NJ, 7901

**As of the petition filing date, the claim is:**  $ 26.65
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3. 2361  Nonpriority creditor's name and mailing address

Eamonn Allen
18 Briarwood Drive

Wappingers Falls, NY, 12590

**As of the petition filing date, the claim is:**  $ 12.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.                                Case number *(if known)*_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 2362   **Nonpriority creditor's name and mailing address**

Earl Coombs
751 East 46th Street

Brooklyn, NY, 11203

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 250.97

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2363   **Nonpriority creditor's name and mailing address**

Ebander Reyes
1341 Northwest 2nd Street, Apt 1

Miami, FL, 33125

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 510.38

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2364   **Nonpriority creditor's name and mailing address**

Ed David
4413 Henry St

Oak Forest, IL, 60452

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.99

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2365   **Nonpriority creditor's name and mailing address**

Eddie Acosta
12925 DRONFIELD AVE

SYLMAR, CA, 91342

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2366   **Nonpriority creditor's name and mailing address**

Eddie Kwan
1481 Murchison Drive

Millbrae, CA, 94030

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.30

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
_____     Case number _(if known)_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** **2367**  Nonpriority creditor's name and mailing address

Eddy  Rojas
7000 Water Meadows Dr

Fort Worth, TX, 76123-2979

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 54.99

---

**3.** **2368**  Nonpriority creditor's name and mailing address

Eddy L
16600 SW 95th St, Miami, FL 33196

Miami, FL, 33196

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 42.99

---

**3.** **2369**  Nonpriority creditor's name and mailing address

Eddy Palacios
524 Chain St

Norristown, PA, 19401-4608

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 63.10

---

**3.** **2370**  Nonpriority creditor's name and mailing address

Eddy Pug
55W 45th Street, 3RD FLOOR

New York, NY, 10036

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 35.97

---

**3.** **2371**  Nonpriority creditor's name and mailing address

Eddy Virgen
8313 Peakview Dr

Fort Collins, CO, 80528

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 65.60

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
| | Name | |

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 2372 **Nonpriority creditor's name and mailing address**

Eddy Zayas
805 E Ontario St

Philadelphia, PA, 19134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.03

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 2373 **Nonpriority creditor's name and mailing address**

Edgar  Garcia
1305 Fuente Dr

Oxnard , CA, 93030

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 273.11

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 2374 **Nonpriority creditor's name and mailing address**

Edgar Delgadillo
1540 west ball rd, Apt 2E

Anaheim, CA, 92802

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 8.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 2375 **Nonpriority creditor's name and mailing address**

Edgar Garcia
221South Central Avenue, Lot #23

Avondale, AZ, 85323

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 132.76

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 2376 **Nonpriority creditor's name and mailing address**

Edgar Gonzales
5003 Imperial Avenue, 306

San Diego, CA, 92113

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 65.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.    Case number *(if known)*_____
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. ____ 2377  **Nonpriority creditor's name and mailing address**

Edgar Martinez
33817 rancho Vista dr

Cathedral city, CA, 92234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12.99

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. ____ 2378  **Nonpriority creditor's name and mailing address**

Edgar Montano
321 S West St.

Anaheim, CA, 92805

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5.99

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. ____ 2379  **Nonpriority creditor's name and mailing address**

Edgar Ortiz
4891 SPRINGFIELD DRIVE

DUNWOODY, GA, 30338

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 73.43

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. ____ 2380  **Nonpriority creditor's name and mailing address**

edgar shoenfelt
9265 malibu rd ne

minerva, OH, 44657

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29.99

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. ____ 2381  **Nonpriority creditor's name and mailing address**

Edgardo Concepcion
2000 LINWOOD AVE

FORT LEE, NJ, 7024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 182.32

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor  Sure Thing Sales, LLC.
_____
Name                                Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 2382  **Nonpriority creditor's name and mailing address**

Edin Hasangjekaj
134 Wixon Pond Rd

Mahopac, NY, 10541

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2383  **Nonpriority creditor's name and mailing address**

Edith Sanchez
6805 Nordling Rd, Trlr 9

Houston, TX, 77076

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 61.64

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2384  **Nonpriority creditor's name and mailing address**

Edna Gonzaga
10575 S Emerald Meadows Dr

Oak Creek, WI, 53154

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2385  **Nonpriority creditor's name and mailing address**

Eduardo Carcano
2400 Northeast 9th Street, Apt.404

Fort Lauderdale, FL, 33304

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 80.24

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2386  **Nonpriority creditor's name and mailing address**

Eduardo Chavez
8650 Pitner Road, Apt 188

Houston, TX, 77080

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name                                                          Case number *(if known)*

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

3. [2387] **Nonpriority creditor's name and mailing address**

Eduardo Delgado
1100 Sullivan Ave Unit 905

Daly City, CA, 94017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13.16

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

3. [2388] **Nonpriority creditor's name and mailing address**

Eduardo Diaz
2700 Colorado Blvd, Apt 1821

Denton, TX, 76210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

3. [2389] **Nonpriority creditor's name and mailing address**

Eduardo Diaz
903 Agua Caliente

El Paso, TX, 79912

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 44.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

3. [2390] **Nonpriority creditor's name and mailing address**

Eduardo Hernandez
140 S Occidental Blvd, Apt.1

Los Angeles, CA, 90057

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28.45

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

3. [2391] **Nonpriority creditor's name and mailing address**

Eduardo Jos?© Calder??n Escobar
824 S 8th Pl

Phoenix, AZ, 85034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25.88

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Debtor  Sure Thing Sales, LLC.
Name

Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2392  Nonpriority creditor's name and mailing address

Eduardo Palafox
10 Adele Court

Staten Island, NY, 10304

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.45

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2393  Nonpriority creditor's name and mailing address

Eduardo Porte
2031 Ipsden Dr, House

Orlando, FL, 32837

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2394  Nonpriority creditor's name and mailing address

Eduardo Saucedo
11616 South 104th East Avenue

Bixby, OK, 74008

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2395  Nonpriority creditor's name and mailing address

Eduardo Verastegui
1207 Avenue C

Del Rio, TX, 78840

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.31

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2396  Nonpriority creditor's name and mailing address

Edward  Hicks
6732 Highland House Court, A

Affton, MO, 63123

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Sure Thing Sales, LLC
_____    Case number _(if known)_____
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. [2397]  **Nonpriority creditor's name and mailing address**

Edward A Flores
1498 E LAS SENDAS DR

SAFFORD, AZ, 85546-2183

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. [2398]  **Nonpriority creditor's name and mailing address**

Edward Cardenas
8685 San Luis Avenue

South Gate, CA, 90280

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. [2399]  **Nonpriority creditor's name and mailing address**

Edward Holdfast
33 Elm Street, Unit 5A

Merrimack, NH, 3054

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. [2400]  **Nonpriority creditor's name and mailing address**

Edward Kostich
11090 Mountain View Dr, #72

Rancho Cucamonga, CA, 91730

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. [2401]  **Nonpriority creditor's name and mailing address**

EDWARD L GUNDRUM
1924 Deer Path Rd

Harrisburg, PA, 17110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.59

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **2402**  Nonpriority creditor's name and mailing address

Edward Mooney
3402 Manchester

Bossier City, LA, 71111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.98

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **2403**  Nonpriority creditor's name and mailing address

Edward Normile
2071 N BECHTLE AVE

SPRINGFIELD, OH, 45504

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.52

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **2404**  Nonpriority creditor's name and mailing address

Edward Te
2131A Mason Street

San Francisco, CA, 94133

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **2405**  Nonpriority creditor's name and mailing address

EDward Toler
326 North Virginia Avenue

Massapequa, NY, 11758

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.94

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **2406**  Nonpriority creditor's name and mailing address

Edward Valdez
16410 Palomino Place, Apt. 102

91387, CA, 91387

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   Sure Thing Sales, LLC.
         Name                                                    Case number *(if known)*

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.____ 2407    **Nonpriority creditor's name and mailing address**

Edwardleo Crawfoot
363 Bob-O-Link Drive, 363  bob o link dr

Lexington, KY, 40503

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3.____ 2408    **Nonpriority creditor's name and mailing address**

Edwin Colon
62 Surrey Drive

Easton, PA, 18045

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 24.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3.____ 2409    **Nonpriority creditor's name and mailing address**

Edwin Cordova
141 Kiowa Lane

ALBRIGHTSVLLE, PA, 18210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 44.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3.____ 2410    **Nonpriority creditor's name and mailing address**

Edwin Lopez
2903 Middletown Road, Bsmt

Bronx, NY, 10461

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3.____ 2411    **Nonpriority creditor's name and mailing address**

Edwin Potter
1830 Heaton Road

Louisville, KY, 40216

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 37.09

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 2412  **Nonpriority creditor's name and mailing address**

Edwin Torres
1951 Sir Charles Drive

Salt Lake City, UT, 84116

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 86.19

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 2413  **Nonpriority creditor's name and mailing address**

Efren Guerrero
2605 E 600 N

Spanish Fork, UT, 84660

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 117.96

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 2414  **Nonpriority creditor's name and mailing address**

Egan Askay
1801 Congress Circle, Apt. #3

Anchorage, AK, 99507

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 45.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 2415  **Nonpriority creditor's name and mailing address**

Egardo Santiago
17367 Via Valencia

San Lorenzo, CA, 94580

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 39.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 2416  **Nonpriority creditor's name and mailing address**

Eileen Lyons
6540 N. Bosworth Ave, 2

Chicago, IL, 60626

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor   Sure Thing Sales, LLC.
Name                                             Case number (if known)

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 2417 **Nonpriority creditor's name and mailing address**

Eileen Santos
61 Carolyn Avenue

Colonia, NJ, 7067

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2418 **Nonpriority creditor's name and mailing address**

ej s
12734 sw willow point Ln

portland, OR, 97224

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 65.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2419 **Nonpriority creditor's name and mailing address**

EL DIABLO  Hatch
3650 W central ave

Toledo, OH, 43606

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 49.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2420 **Nonpriority creditor's name and mailing address**

Elaine Chan
2337 E Alaska St

West Covina, CA, 91791

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 170.81

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2421 **Nonpriority creditor's name and mailing address**

Elaine Lam
10431 Nottingham Avenue

Westminster, CA, 92683

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.14

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
Name                                    Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2422 **Nonpriority creditor's name and mailing address**

Elaine Lam
6042 N Lawndale Ave

Chicago, IL, 60659

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.92

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 2423 **Nonpriority creditor's name and mailing address**

Elaine Raines
Indianfield Estates, 385 South Santee Rd

McClellanville, SC, 29458

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 2424 **Nonpriority creditor's name and mailing address**

Elani Jones
25 Delamere Street

Huntington, NY, 11743

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 158.58

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 2425 **Nonpriority creditor's name and mailing address**

Eldrick Sean Rillera
29049 Madrid Pl

Castaic, CA, 91384-4792

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 2426 **Nonpriority creditor's name and mailing address**

Eleanor White
4400 Massachusetts Avenue Northwest,
Anderson 362

Washington, DC, 20016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.71

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor   Sure Thing Sales, LLC.
         Name                                                    Case number (if known)

---

**Part 2:** | **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. ⌐2427 **Nonpriority creditor's name and mailing address**

Elena Munoz
705 West Sequoia Avenue, Apt 117

Woodlake, CA, 93286

**As of the petition filing date, the claim is:**    $ 15.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⌐2428 **Nonpriority creditor's name and mailing address**

Elena Salas
1356 East 57th Street

Los Angeles, CA, 90011

**As of the petition filing date, the claim is:**    $ 16.42
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⌐2429 **Nonpriority creditor's name and mailing address**

Elena Tellez
25 Seminole Road

Middlefield, CT, 6455

**As of the petition filing date, the claim is:**    $ 27.64
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⌐2430 **Nonpriority creditor's name and mailing address**

Eli Torres
3201 E FORT LOWELL RD, APT 2096

Tucson, AZ, 85716-1689

**As of the petition filing date, the claim is:**    $ 119.56
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⌐2431 **Nonpriority creditor's name and mailing address**

Eliana Crabb
430 East Lane Avenue

Columbus, OH, 43201

**As of the petition filing date, the claim is:**    $ 85.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC
_____    Case number _(if known)_____
Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 2432 **Nonpriority creditor's name and mailing address**

Elias Chairez
8971 Dearborn Ave.

South Gate, CA, 90280

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 74.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2433 **Nonpriority creditor's name and mailing address**

Elias Dombrowski
7647 Deer Track Run

Hudsonville, MI, 49426

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 296.79

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2434 **Nonpriority creditor's name and mailing address**

Elias Gomez
700 Glen Court

Cleburne, TX, 76031

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 119.06

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2435 **Nonpriority creditor's name and mailing address**

Elieser Abreu
123 Clifton Place

Jersey City, NJ, 7304

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.45

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2436 **Nonpriority creditor's name and mailing address**

Elif Bahadir
2420 Franklin Street

Lincoln, NE, 68502

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.86

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | | Case number *(if known)* | |
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. [2437]** Nonpriority creditor's name and mailing address

Elijah Frank
P.O. Box 3178

Kirtland, NM, 87417

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.38

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. [2438]** Nonpriority creditor's name and mailing address

Elijah Garcia
491 East Kerley Corners Road

Tivoli, NY, 12583

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 245.42

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. [2439]** Nonpriority creditor's name and mailing address

Elijah James
Po Box 65

Avis, PA, 17721

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.09

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. [2440]** Nonpriority creditor's name and mailing address

Elijah R Hogan
1207 Ohio Avenue

Knoxville, TN, 37921

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.19

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. [2441]** Nonpriority creditor's name and mailing address

Elijah Sartain
4430 East 16th Street

Chyenne, WY, 82001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 232.13

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
_____    Case number _(if known)_ _____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

3.⌐2442  **Nonpriority creditor's name and mailing address**

Elimelec Rodriguez
24445 Calle Ruben Vega

Quebradillas, PR, 678

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 604.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.⌐2443  **Nonpriority creditor's name and mailing address**

Elisabeth  Pratt
170 Hampton Lane

Key Biscayne, FL, 33149

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.⌐2444  **Nonpriority creditor's name and mailing address**

Elisabeth Strand
17198 S Holly Ln

Oregon City, OR, 97045

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.⌐2445  **Nonpriority creditor's name and mailing address**

Elise Ginsburg
9301 Wilshie Blvd, #206

Beverly Hills, CA, 90210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.⌐2446  **Nonpriority creditor's name and mailing address**

eliseo aguire
7573 PineRige Tre

Castle Pines, CO, 80108

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.96

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC
_____
        Name                                    Case number _(if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 2447  **Nonpriority creditor's name and mailing address**

Elisha Miller
621 Constitution Drive

Virginia Beach, VA, 23462

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 169.59

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2448  **Nonpriority creditor's name and mailing address**

Eliza Perez
1230 south c street

Lake worth, FL, 33460

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 44.93

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2449  **Nonpriority creditor's name and mailing address**

Elizabeth  Forbis
2106 Northeast Cranbrook Drive

Vancouver, WA, 98664

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.53

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2450  **Nonpriority creditor's name and mailing address**

Elizabeth  Giannini
22 North Street

Hatfield, MA, 1038

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2451  **Nonpriority creditor's name and mailing address**

Elizabeth  Mercado
6433 W Dakin St

Chicago, IL, 60634

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.74

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Sure Thing Sales, LLC

Name

Case number *(if known)*

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2452  **Nonpriority creditor's name and mailing address**

Elizabeth Alley
32108 HAVERS DR

CARY, NC, 27518

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 36.45

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 2453  **Nonpriority creditor's name and mailing address**

Elizabeth Ayme
14 Delaware Ave

Somers Point, NJ, 8244

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 157.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 2454  **Nonpriority creditor's name and mailing address**

Elizabeth Balestrini
207 Georgetown Ct

Hanover, PA, 17331

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 2455  **Nonpriority creditor's name and mailing address**

Elizabeth Blank
4270 Alvin St

Saginaw, MI, 48603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14.83

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 2456  **Nonpriority creditor's name and mailing address**

Elizabeth Chavez
8170 Maple St

Jax, FL, 32244

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC
          Name                                                    Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 2457 **Nonpriority creditor's name and mailing address**

Elizabeth D Fowler
7831 Hopi TRL

Yucca Valley, CA, 92284-3413

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.44

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**3.** 2458 **Nonpriority creditor's name and mailing address**

Elizabeth DeBoard
130 Thompson Way, Apt B

Indianapolis, IN, 46227

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.90

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**3.** 2459 **Nonpriority creditor's name and mailing address**

Elizabeth Duvkwall
1023 Landings Court, Apartment 1

Brazil, IN, 47834

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.30

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**3.** 2460 **Nonpriority creditor's name and mailing address**

Elizabeth Gordon
77 Hudson Ave

Maplewood, NJ, 7040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.23

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**3.** 2461 **Nonpriority creditor's name and mailing address**

Elizabeth Green
260 High Street, apt 1

Newburyport, MA, 1950

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.18

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Debtor    Sure Thing Sales, LLC
_____    Case number _____ (if known)
Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 2462  **Nonpriority creditor's name and mailing address**

Elizabeth Hrehor
4421 Murphy Road

Binghamton, NY, 13903

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.11

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2463  **Nonpriority creditor's name and mailing address**

Elizabeth Hull
1466 Paramount Dr, 8A

Huntsville, AL, 35806

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 315.90

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2464  **Nonpriority creditor's name and mailing address**

Elizabeth Jones
363 Yorkshire Circle

Nashville, TN, 37211

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 61.16

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2465  **Nonpriority creditor's name and mailing address**

Elizabeth Marchand
2339 Diamond ST. NE

Canton, OH, 44721

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2466  **Nonpriority creditor's name and mailing address**

Elizabeth McCusker
9918 Sully Ct

Colorado Springs, CO, 80920-1459

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 2467 | **Nonpriority creditor's name and mailing address**

Elizabeth Morikawa
23843 Minnequa Dr

Diamond Bar, CA, 91765

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 102.91

---

**3.** 2468 | **Nonpriority creditor's name and mailing address**

Elizabeth Nguyen
9801 E Pinyon Pine Dr

Tucson, AZ, 85748

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 42.99

---

**3.** 2469 | **Nonpriority creditor's name and mailing address**

Elizabeth Perquin
8719 Grand Avenue

Omaha, NE, 68134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 58.83

---

**3.** 2470 | **Nonpriority creditor's name and mailing address**

Elizabeth Pimentel
144 S Hummingbird Place

Palm Coast, FL, 32164

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 23.53

---

**3.** 2471 | **Nonpriority creditor's name and mailing address**

Elizabeth Siqueiros
408 Roberts St North, 211

Fargo, ND, 58102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 41.99

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 2472   **Nonpriority creditor's name and mailing address**

Elizabeth Skerencak
274 Judson Place

Bridgeport, CT, 6610

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.99

| | |
|---|---|
| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2473   **Nonpriority creditor's name and mailing address**

Elizabeth Somsak
15849 Paseo Del Campo

San Lorenzo, CA, 94580

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 49.99

| | |
|---|---|
| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2474   **Nonpriority creditor's name and mailing address**

Elizabeth Thompson
10503 Brookhill Ct

Louisville, KY, 40223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.98

| | |
|---|---|
| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2475   **Nonpriority creditor's name and mailing address**

Elizabeth Wade
1934 W Patterson

Chicago, IL, 60613

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 84.99

| | |
|---|---|
| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2476   **Nonpriority creditor's name and mailing address**

Elizabeth Werner
2728 Quail Hollow Lane

Cedar Falls, IA, 50613

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 54.56

| | |
|---|---|
| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2477 **Nonpriority creditor's name and mailing address**

Elizabeth Wu
26 Ave At Port Imperial, Apt. 335

West New York, NJ, 7093

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 27.71

---

**3.** 2478 **Nonpriority creditor's name and mailing address**

Elizabeth Yermes
333 E 46th St, 9D

New York, NY, 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 190.52

---

**3.** 2479 **Nonpriority creditor's name and mailing address**

Elle Cardenas
1522 Henry st apt e

Berkeley, CA, 94709

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 166.46

---

**3.** 2480 **Nonpriority creditor's name and mailing address**

Ellen Mezinis
700 Autumn Ridge Ct

St Louis, MO, 63125

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 26.99

---

**3.** 2481 **Nonpriority creditor's name and mailing address**

ELLEN SANTOS
Fairview General Hospital #20 Mercury Fairview Ave

Quezon City, NH, 1118

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12.99

---

Debtor  Sure Thing Sales, LLC
Name

Case number *(if known)*

---

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 2482 **Nonpriority creditor's name and mailing address**

Ellie Sain
14618 N Briarwood Dr

Fountain Hills, AZ, 85268

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2483 **Nonpriority creditor's name and mailing address**

Elliet Lugo
13300 Walsingham Road, Apt 30 Bld 3

Largo, FL, 33774

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.74

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2484 **Nonpriority creditor's name and mailing address**

Elliot Silvia
10414 lake blvd

Felton, CA, 95018

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 98.08

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2485 **Nonpriority creditor's name and mailing address**

Elliott Carrion
PO Box 56

Woodbourne, NY, 12788

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.79

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2486 **Nonpriority creditor's name and mailing address**

Elliott Rivas
6771 E Loop 1604 S

Adkins, TX, 78101-2683

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 267.95

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **2487** **Nonpriority creditor's name and mailing address**

Elma McWilliams
18 Kentwood Boulevard

Brick Township, NJ, 8724

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **2488** **Nonpriority creditor's name and mailing address**

Elmer Sorto
2087 Mayflower Dr

Woodbridge, VA, 22192

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **2489** **Nonpriority creditor's name and mailing address**

Elowen Scott
18722 61st Pl NE

Kenmore, WA, 98028

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.53

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **2490** **Nonpriority creditor's name and mailing address**

Elsa Chavez
1505 S Rd 40 E #920

Pasco, WA, 99301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 102.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **2491** **Nonpriority creditor's name and mailing address**

Elvis Mak
475 Bright Street

San Francisco, CA, 94132

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 151.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
| | Name | |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 2492 **Nonpriority creditor's name and mailing address**

Elyse K Peterson
7 Wedgewood Circle

Eatontown, NJ, 7724

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17.05

---

3. 2493 **Nonpriority creditor's name and mailing address**

Ema Yamashiro
24 Strong Place , Apt 4

Brooklyn, NY, 11231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 42.45

---

3. 2494 **Nonpriority creditor's name and mailing address**

Emanuel Guerrero
2981 Ash Field Drive

San Antonio, TX, 78245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.99

---

3. 2495 **Nonpriority creditor's name and mailing address**

Emanuel Concepcion
PSC 1 box 2623

Apo, AE, 9009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 36.98

---

3. 2496 **Nonpriority creditor's name and mailing address**

Emanuel Solis
603 East Avenue J10

Lancaster, CA, 93535

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 41.87

---

Debtor  Sure Thing Sales, LLC.
     Name

Case number _(if known)_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. ⎡2497⎤ **Nonpriority creditor's name and mailing address**

Emerald Doan
2580 29th Ave S Apt 24

Seattle, WA, 98144

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 143.94

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⎡2498⎤ **Nonpriority creditor's name and mailing address**

Emerald Thompson
6 Slate Creek Drive

Cheektowaga, NY, 14227

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.35

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⎡2499⎤ **Nonpriority creditor's name and mailing address**

Emerson Decampos
328 Locust st

Roselle Park, NJ, 7204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.78

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⎡2500⎤ **Nonpriority creditor's name and mailing address**

Emileigh Beard
10243 Eggbornsville Road

Rixeyville, VA, 22737

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 191.95

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⎡2501⎤ **Nonpriority creditor's name and mailing address**

Emilia Garrison
102 Jennifer Drive

Mahomet, IL, 61853

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC
        Name

Case number *(if known)*

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2502 **Nonpriority creditor's name and mailing address**

Emilia Sanford
87 Beachview Lane

Troutville, VA, 24064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 55.80

---

**3.** 2503 **Nonpriority creditor's name and mailing address**

Emiliano TAPIA
50660 Eisenhower Drive, APT 312

La Quinta, CA, 92253

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 58.70

---

**3.** 2504 **Nonpriority creditor's name and mailing address**

Emilie Gonzalez
2022 Holguin Street

Lancaster, CA, 93536

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9.99

---

**3.** 2505 **Nonpriority creditor's name and mailing address**

EMILIO GONZALEZ
80622 WILLOW LANE

indio, CA, 92201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 99.99

---

**3.** 2506 **Nonpriority creditor's name and mailing address**

Emilio Sanchez
5925 Balsam Pine Dr

Las Vegas, NV, 89142-1670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11.91

---

Debtor  Sure Thing Sales, LLC
        Name

Case number *(if known)*

---

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.** 2507  **Nonpriority creditor's name and mailing address**

Emill Guzman
3433 A ST

Philadelphia, PA, 19134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.59

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2508  **Nonpriority creditor's name and mailing address**

Emily Biskey
21243 SW Silo Terr

Sherwood, OR, 97140

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2509  **Nonpriority creditor's name and mailing address**

Emily Buckelew
36 N Mill Rd

Addison, IL, 60101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.22

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2510  **Nonpriority creditor's name and mailing address**

Emily Chavez
2307 W Lincoln Rd

Mchenry, IL, 60051-3636

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.55

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2511  **Nonpriority creditor's name and mailing address**

Emily Daley
17 Rolling Hill Dr.

Millington, NJ, 7946

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 63.96

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC | |
|---|---|---|
| | Name | |
| | | Case number (if known) |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2512 **Nonpriority creditor's name and mailing address**

Emily Evans
6 Archer Lane

Darien, CT, 6820

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 81.64

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2513 **Nonpriority creditor's name and mailing address**

Emily Ferg
250 West Iola Street

Iola, WI, 54945

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 94.94

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2514 **Nonpriority creditor's name and mailing address**

Emily Frances Carlin
1353 Wellsley Ct.

Mobile, AL, 36695

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 89.61

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2515 **Nonpriority creditor's name and mailing address**

Emily Hecox
30145 Joliet Ct

Novi, MI, 48377

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15.89

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2516 **Nonpriority creditor's name and mailing address**

Emily Janik
0885 e sportsman ln

La porte, IN, 46350

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor _____Sure Thing Sales, LLC_____ Case number _(if known)_____
         Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 2517 **Nonpriority creditor's name and mailing address**

Emily Jones
31672 Chamise Lane

Murrieta, CA, 92563

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 37.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 2518 **Nonpriority creditor's name and mailing address**

Emily Kielbasinski
3494 Wyss Road

Cazenovia, NY, 13035

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 2519 **Nonpriority creditor's name and mailing address**

Emily Klawiter
604 West Windhorst Road

Brandon, FL, 33510

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 55.88

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 2520 **Nonpriority creditor's name and mailing address**

Emily L
1204 Airway Drive

Waterford Township, MI, 48327

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 63.55

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 2521 **Nonpriority creditor's name and mailing address**

Emily Locsin
6509 94th Ave

Kenosha, WI, 53142

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC _____    Case number (if known) _____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 2522  **Nonpriority creditor's name and mailing address**

Emily M Orellana Rosales
725 Pembroke Way

Ridgefield, NJ, 7657

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 56.50

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 2523  **Nonpriority creditor's name and mailing address**

Emily McCracken
10500 Kelly Road Northeast

Carnation, WA, 98014

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 50.08

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 2524  **Nonpriority creditor's name and mailing address**

Emily Phillips
2924 Claremont Ave APT 5

Berkeley, CA, 94705

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.97

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 2525  **Nonpriority creditor's name and mailing address**

Emily Portas
5601 kennedy blvd, 8E

west new york, NJ, 7093

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 38.37

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 2526  **Nonpriority creditor's name and mailing address**

Emily Roycraft
228 W Cascade Ave

River Falls, WI, 54022-2223

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 33.74

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

| Debtor | Sure Thing Sales, LLC | | |
|---|---|---|---|
| | Name | Case number (if known) | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 2527** Nonpriority creditor's name and mailing address

Emily Tran
871 Legacy Woods Dr

Norcross, GA, 30093

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 52.98

---

**3. 2528** Nonpriority creditor's name and mailing address

Emily Tran
871 Legacy Woods Dr.

Norcross, GA, 30093

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 112.34

---

**3. 2529** Nonpriority creditor's name and mailing address

Emily Tweed
3008 Angel Court

Erie, PA, 16506

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 58.29

---

**3. 2530** Nonpriority creditor's name and mailing address

Emily Wilhelm
3025 Glendale Avenue

Green Bay, WI, 54313

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 35.86

---

**3. 2531** Nonpriority creditor's name and mailing address

emily worthington
115 Cranford Blvd

Mastic, NY, 11950

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 39.09

---

Debtor    Sure Thing Sales, LLC.    Case number *(if known)*
         Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 2532 | **Nonpriority creditor's name and mailing address**

Emma Allen
135 East Laurel Avenue

Sierra Madre, CA, 91024

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 104.73

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2533 | **Nonpriority creditor's name and mailing address**

Emma hill
106 Carr Ct

Mebane, NC, 27302

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 36.28

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2534 | **Nonpriority creditor's name and mailing address**

EMMA MEDALS
914 LOGANWOOD AVE

RICHARDSON, TX, 75080

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 35.99

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2535 | **Nonpriority creditor's name and mailing address**

Emma O'Connor
1001 20th Street Northeast

Austin, MN, 55912

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.31

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2536 | **Nonpriority creditor's name and mailing address**

Emma Presnell
9313 Community Cove Way

Louisville, KY, 40229-2779

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 15.89

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

3. **2537** Nonpriority creditor's name and mailing address

Emma Russo
14 Crescent Dr

Akron, NY, 14001-1521

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.31

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. **2538** Nonpriority creditor's name and mailing address

Emma Tavolacci
5070 Becht rd

Coloma, MI, 49038

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.65

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. **2539** Nonpriority creditor's name and mailing address

Emmanuel Alzate
12-1 117th Street, 1R, 1R

Queens, NY, 11356

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.78

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. **2540** Nonpriority creditor's name and mailing address

Emmanuel Bahena
P.O. Box 1638

Davenport, FL, 33836

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.51

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. **2541** Nonpriority creditor's name and mailing address

Emmanuel Brunson
728 S 36th St

Milwaukee, WI, 53215

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.98

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
         Name                                              Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 2542  **Nonpriority creditor's name and mailing address**

emmanuel graak
30660 Milky WAY DR. Apt A4, Apt. A4

Temecula, CA, 92592

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 57.99

---

3. 2543  **Nonpriority creditor's name and mailing address**

Emmanuel Juanta
222 Pulaski Street, Apt 12

Brooklyn, NY, 11206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 50.07

---

3. 2544  **Nonpriority creditor's name and mailing address**

Emmanuel Mejorada
2620 E Madison St

Carson, CA, 90810

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 89.99

---

3. 2545  **Nonpriority creditor's name and mailing address**

Emmanuel Torres
1590 Jupiter Drive

Milpitas, CA, 95035

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 136.71

---

3. 2546  **Nonpriority creditor's name and mailing address**

Emmanuel Valerio
3535 KINGS COLLEGE PL, APT 3C

BRONX, NY, 10467

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 52.25

---

Debtor    Sure Thing Sales, LLC            Case number *(if known)*_____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 2547 **Nonpriority creditor's name and mailing address**

Emmanuelle De la Cerda
26 Cobb Road

Jackson, TN, 38305

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 99.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2548 **Nonpriority creditor's name and mailing address**

Emmit Winn III
3705 Plum Blossom Court

Las Vegas, NV, 89129

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.66

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2549 **Nonpriority creditor's name and mailing address**

Emmy Jiang
2314 Kazmir Dr

Corpus Christi, TX, 78418

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 93.08

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2550 **Nonpriority creditor's name and mailing address**

Ena Casco
15111 SW 128th Ave

Miami, FL, 33186

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2551 **Nonpriority creditor's name and mailing address**

Enlai M Aranzabal
10104 Chapel Hill CT

Tampa, FL, 33615-2636

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | | Case number *(if known)* | |
| | Name | | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 2552   **Nonpriority creditor's name and mailing address**

Enoch Allingham
1823 Springdale Avenue

Shelbyville, TN, 37160

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 182.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2553   **Nonpriority creditor's name and mailing address**

Enrico Falino
15554 Sunquat Drive

Winter Garden, FL, 34787

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 403.62

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2554   **Nonpriority creditor's name and mailing address**

Enrico Leano
1608 Gold Run Road

Chula Vista, CA, 91913

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2555   **Nonpriority creditor's name and mailing address**

Enrique  Felix
2233, Davis Dr

New Smyrna Beach , FL, 32168

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.55

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2556   **Nonpriority creditor's name and mailing address**

Enrique Espinoza
6336 University Parkway

Winston-Salem, NC, 27105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.83

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.

Name                                              Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3. 2557**  Nonpriority creditor's name and mailing address

Enrique Marte
7910 Longdale Drive

Lemon Grove, CA, 91945

As of the petition filing date, the claim is: $ 31.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3. 2558**  Nonpriority creditor's name and mailing address

Enrique Mendez
2053 Pine Street

Des Plaines, IL, 60018

As of the petition filing date, the claim is: $ 292.95
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3. 2559**  Nonpriority creditor's name and mailing address

Enrique Osorio
9850 Whitehurst Dr., Apt 1006

Dallas, TX, 75243

As of the petition filing date, the claim is: $ 29.22
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3. 2560**  Nonpriority creditor's name and mailing address

Enrique Robles
28055 Sandlewood Dr.

Hayward, CA, 94545

As of the petition filing date, the claim is: $ 415.30
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3. 2561**  Nonpriority creditor's name and mailing address

Enrique Rojas
1250 Franklin Avenue

The Bronx, NY, 10456

As of the petition filing date, the claim is: $ 47.89
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 2562 **Nonpriority creditor's name and mailing address**

Enrique Vega
6320 1/2 Gotham Street

Bell Gardens, CA, 90201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2563 **Nonpriority creditor's name and mailing address**

Ephienne Jean-Joseph
104 Northeast 7th Avenue, Apt 206

Boynton Beach, FL, 33435

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2564 **Nonpriority creditor's name and mailing address**

Erasmo Vargas
1092 Post Road East

Westport, CT, 6880

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 119.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2565 **Nonpriority creditor's name and mailing address**

Eric  Moore
4614 Park Boulevard

Panama City, FL, 32404

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 65.26

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2566 **Nonpriority creditor's name and mailing address**

Eric Aponte
11187 W Almeria Rd

Avondale, AZ, 85392

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.28

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC

Name

Case number *(if known)*

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** `2567` **Nonpriority creditor's name and mailing address**

eric araiza
16808 sam gerry drive

la puente, CA, 91744

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.48

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `2568` **Nonpriority creditor's name and mailing address**

Eric Becker
23022 melrose ave

Eastpoint, MI, 48021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `2569` **Nonpriority creditor's name and mailing address**

Eric Beharry
13038 129 Street

South Ozone Park, NY, 11420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `2570` **Nonpriority creditor's name and mailing address**

Eric Bernier
32 Columbus St

Chelsea, MA, 02150-1444

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 183.80

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `2571` **Nonpriority creditor's name and mailing address**

Eric Blyth
14404 Barley Field Drive

Wimauma, FL, 33598

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 160.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | | |
| | Name | Case number *(if known)* | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 2572  **Nonpriority creditor's name and mailing address**

ERIC BROWN
34 SENECA RD

NEW HAVEN, CT, 6515

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 52.98

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

---

**3.** 2573  **Nonpriority creditor's name and mailing address**

Eric Burnham
27172 Columbia Way

Hayward, CA, 94542

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 414.96

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

---

**3.** 2574  **Nonpriority creditor's name and mailing address**

Eric Cha
3710 Portals Avenue

Clovis, CA, 93619

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 77.72

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

---

**3.** 2575  **Nonpriority creditor's name and mailing address**

Eric Chu
101 Drama

Irvine, CA, 92618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26.92

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

---

**3.** 2576  **Nonpriority creditor's name and mailing address**

Eric Davies
839 Indian Creek Drive

O'Fallon, IL, 62269

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 21.99

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 2577  **Nonpriority creditor's name and mailing address**

Eric Di Resta
3 Court Square Unit 1003

Long Island City, NY, 11101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.89

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2578  **Nonpriority creditor's name and mailing address**

Eric Elliott
8010 Oak Hill Rd

Bremen, OH, 43107

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.05

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2579  **Nonpriority creditor's name and mailing address**

Eric Fagre
31404 Philmar Lane

Wesley Chapel, FL, 33543

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.71

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2580  **Nonpriority creditor's name and mailing address**

Eric Fisher
306 Trafalgar Square

Cranberry Township, PA, 16066

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 78.43

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2581  **Nonpriority creditor's name and mailing address**

Eric Fusco
50 cottage st

warwick, RI, 2886

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.54

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2582  **Nonpriority creditor's name and mailing address**

Eric Hagenauer
1116 Chatham Court

Cincinnati, OH, 45215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2583  **Nonpriority creditor's name and mailing address**

Eric Hart
140 Riverside Boulevard, Apt 1015

New York, NY, 10069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.38

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2584  **Nonpriority creditor's name and mailing address**

Eric Holowka
73 Joan Dr.

New City, NY, 10956

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2585  **Nonpriority creditor's name and mailing address**

Eric Horton
330 Turn Pike Dr

Folsom, CA, 95630-8085

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2586  **Nonpriority creditor's name and mailing address**

Eric Huang
84 Farrington St Apt1

Quincy, MA, 2170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 82.86

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC
    Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 2587   **Nonpriority creditor's name and mailing address**

Eric James
11556 Highway 94

Colorado springs, CO, 80929

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 49.99

---

**3.** 2588   **Nonpriority creditor's name and mailing address**

Eric Kabat
7343 Gold King Way

Indianapolis, IN, 46259-5826

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 12.83

---

**3.** 2589   **Nonpriority creditor's name and mailing address**

Eric MacLean
152 Allen Rd., Unit 217

South Burlington, VT, 5403

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 52.99

---

**3.** 2590   **Nonpriority creditor's name and mailing address**

Eric Martinez
6624 Sherman Way

Bell, CA, 90201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 39.99

---

**3.** 2591   **Nonpriority creditor's name and mailing address**

Eric McDowell
5206 Elk Creek

San Antonio, TX, 78251

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 83.93

---

Debtor    Sure Thing Sales, LLC.
Name    Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 2592 **Nonpriority creditor's name and mailing address**

Eric Meadows
100 PEAK ST

CHATTANOOGA, TN, 37405

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

---

**3.** 2593 **Nonpriority creditor's name and mailing address**

Eric Mendoza
20 W Church St , Apt 10

Bergenfield, NJ, 7621

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 79.96

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

---

**3.** 2594 **Nonpriority creditor's name and mailing address**

Eric Micarsos
2322 Weymouth Ln.

Crofton, MD, 21114

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 54.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

---

**3.** 2595 **Nonpriority creditor's name and mailing address**

eric mooney
40 FOXON HILL ROAD, G22

New Haven, CT, 6513

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.75

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

---

**3.** 2596 **Nonpriority creditor's name and mailing address**

Eric Mounts
312 South Michele Dr

Mount Orab, OH, 45154

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2597   **Nonpriority creditor's name and mailing address**

Eric Newman
60 Norman RD

Rochester, NY, 14623-1152

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.39

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.2598   **Nonpriority creditor's name and mailing address**

Eric Oneal
13749 Ginger Dr

McCalla, AL, 35111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 762.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.2599   **Nonpriority creditor's name and mailing address**

Eric Osterberg
7 Marcel Ct

Ferguson, MO, 63135

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.74

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.2600   **Nonpriority creditor's name and mailing address**

Eric Padilla
347 Pickwood Lane

Stockton, CA, 95207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.2601   **Nonpriority creditor's name and mailing address**

Eric Pena
6347 Sunset Haven

6347 Sunset Haven, TX, 78249-2435

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC
         Name

Case number *(if known)*

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 2602 **Nonpriority creditor's name and mailing address**

Eric Peres
115 lower rd

linden, NJ, 7036

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10.00

---

**3.** 2603 **Nonpriority creditor's name and mailing address**

Eric Perez
2541 W. 46th Pl.

Chicago, IL, 60632

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9.99

---

**3.** 2604 **Nonpriority creditor's name and mailing address**

Eric Perryman
1518 11th

Tell City, IN, 47586

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 22.99

---

**3.** 2605 **Nonpriority creditor's name and mailing address**

Eric Reis
1111 Maunawili Rd.

Kailua, HI, 96734

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 32.99

---

**3.** 2606 **Nonpriority creditor's name and mailing address**

Eric Reyes
14803 Mansa Drive

La Mirada, CA, 90638

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12.99

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

3. 2607    **Nonpriority creditor's name and mailing address**

Eric Shyu
30-47 79th st

East Elmhurst, NY, 11370

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 110.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

3. 2608    **Nonpriority creditor's name and mailing address**

Eric Silva II
962 Antrim Loop

Colorado Springs, CO, 80910

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.77

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

3. 2609    **Nonpriority creditor's name and mailing address**

Eric Sisouvanh
614 MELILOT LN

ALPHARETTA, GA, 30004-0786

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 172.39

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

3. 2610    **Nonpriority creditor's name and mailing address**

Eric Soto
3421 Foxboro Drive, Apartment G

Woodridge, IL, 60517

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

3. 2611    **Nonpriority creditor's name and mailing address**

Eric Strom
24 Oak Street, Apt 18A

Hackensack, NJ, 7601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.65

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Sure Thing Sales, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 2612   Nonpriority creditor's name and mailing address

Eric Szwanek
406 Roble Ave.

Pinole, CA, 94564

**As of the petition filing date, the claim is:**   $ 62.54
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2613   Nonpriority creditor's name and mailing address

Eric Tarin
2209 E Idaho

LAS CRUCES, NM, 88001

**As of the petition filing date, the claim is:**   $ 17.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2614   Nonpriority creditor's name and mailing address

eric tusing
419 Oak Ridge Grove Dr

Spring, TX, 77386

**As of the petition filing date, the claim is:**   $ 21.44
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2615   Nonpriority creditor's name and mailing address

Eric Valdez
13410 Possum Rock

San Antonio, TX, 78232

**As of the petition filing date, the claim is:**   $ 22.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2616   Nonpriority creditor's name and mailing address

Eric Wald
259 Ramsgate Way

Haines City, FL, 33844

**As of the petition filing date, the claim is:**   $ 34.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor   Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **2617** **Nonpriority creditor's name and mailing address**

Eric Williams
2638 Cobble Hill Way

Vestavia Hills, AL, 35216

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **2618** **Nonpriority creditor's name and mailing address**

eric yarberry
1230 craig rd

maumee, OH, 43537-3011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **2619** **Nonpriority creditor's name and mailing address**

Erica Ann
5852 W. 82nd Street

Burbank, IL, 60459

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.16

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **2620** **Nonpriority creditor's name and mailing address**

ERICA AUFFORTH
1050 West Venture Place, Apt 211

Sioux Falls, SD, 57105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.29

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **2621** **Nonpriority creditor's name and mailing address**

Erica De Guzman
10041 Antigua St

Anaheim, CA, 92804

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.61

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** ___2622___ **Nonpriority creditor's name and mailing address**

Erica Harding
11356 East Sunland Avenue

Mesa, AZ, 85208

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** ___2623___ **Nonpriority creditor's name and mailing address**

Erica Jones
801 North 4th Street

Ponca City, OK, 74601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18.56

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** ___2624___ **Nonpriority creditor's name and mailing address**

Erica Macaranas
27874 Caraway Ln.

Santa Clarita, CA, 91350

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14.22

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** ___2625___ **Nonpriority creditor's name and mailing address**

Erica Stora
5410 Ridgeline Drive

Medina, OH, 44256

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19.49

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** ___2626___ **Nonpriority creditor's name and mailing address**

Erica Venegas
912 Dosangh Court

Livingston, CA, 95334

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 394.35

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor    Sure Thing Sales, LLC

Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3. 2627 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $ 70.60 |
|---|---|

Erica Vigay
302 Fifth Avenue, Apt 3

Village of Pelham, NY, 10803

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    _____

---

| 3. 2628 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $ 79.98 |
|---|---|

Erich Majors
2317 Market Street

Harrisburg, PA, 17103

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    _____

---

| 3. 2629 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $ 30.30 |
|---|---|

Erick Alaniz
15 Cruz Trevino

Roma, TX, 78584

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    _____

---

| 3. 2630 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $ 70.99 |
|---|---|

Erick Ayala
2800 W.17st APT#243

Santa Ana, CA, 92706

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    _____

---

| 3. 2631 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $ 76.46 |
|---|---|

Erick Gutierrez
1629 West 22nd Street

Santa Ana, CA, 92706

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    _____

Debtor    Sure Thing Sales, LLC                                    Case number *(if known)*_____
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 2632 **Nonpriority creditor's name and mailing address**

Erick Henriquez
4352 South 60th Avenue

Omaha, NE, 68117

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 2633 **Nonpriority creditor's name and mailing address**

Erick Martinez Jr
3927 Arlington Avenue

Los Angeles, CA, 90008

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.59

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 2634 **Nonpriority creditor's name and mailing address**

Erick Paz
1405 Boca Chica Boulevard, 37

Brownsville, TX, 78520

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 145.04

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 2635 **Nonpriority creditor's name and mailing address**

Ericka Trujillo
209 Johnce Road

Newark, DE, 19711

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 2636 **Nonpriority creditor's name and mailing address**

Ericzel Catalan
1322 S Shelton St

Santa Ana, CA, 92707

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.57

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC.
Name    Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 2637 **Nonpriority creditor's name and mailing address**

Erik  Gallardo
13004 Vicenza Cove

Austin, TX, 78739

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 129.89

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 2638 **Nonpriority creditor's name and mailing address**

Erik Elliott
8 Amherst Road

Watertown, MA, 2472

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.68

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 2639 **Nonpriority creditor's name and mailing address**

Erik Espinoza
614 Calder Ave

duncanville, TX, 75116-3508

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 2640 **Nonpriority creditor's name and mailing address**

Erik Fields
8327 Greenview Drive

Rome, NY, 13440

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.04

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 2641 **Nonpriority creditor's name and mailing address**

Erik J Zuniga
917 Campfire Cir

Rocklin, CA, 95765-5345

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.
          Name                                              Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 2642  **Nonpriority creditor's name and mailing address**

Erik Limardo
1075 Greene Ave, 2G

Brooklyn, NY, 11221

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.09

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2643  **Nonpriority creditor's name and mailing address**

erik lundquist
1144 South St

Tewksbury, MA, 1876

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 148.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2644  **Nonpriority creditor's name and mailing address**

Erik Schmid
1125 michigan st, 1125 Michigan St

Hibbing, MN, 55746-1637

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2645  **Nonpriority creditor's name and mailing address**

ERIK SIZEMORE
10728 Casper St

Kensington, MD, 20895

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2646  **Nonpriority creditor's name and mailing address**

Erik Stauch
610 Barry St

Feeding Hills, MA, 1030

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.93

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Sure Thing Sales, LLC.
         Name                                    Case number (if known)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. ___2647___  **Nonpriority creditor's name and mailing address**

Erik Swartz
80 Brentwood Dr

Buffalo, NY, 14227

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.04

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___2648___  **Nonpriority creditor's name and mailing address**

Erika Beyer
620 Santa Fe Drive

Vancouver, WA, 98661

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.86

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___2649___  **Nonpriority creditor's name and mailing address**

Erika Jacobi
2851 Leonard Dr, Apt J114

Aventura, FL, 33160

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___2650___  **Nonpriority creditor's name and mailing address**

Erika Jacobi
2851 Leonard Dr, Apt J114

Aventura, FL, 33160

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___2651___  **Nonpriority creditor's name and mailing address**

Erika King
154 Hampshire Grove Northwest

Calgary, AB, T3A 5B3

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 102.82

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page _540_ of _1682_

Debtor   Sure Thing Sales, LLC.
Name

Case number (if known)

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3. ___2652___ **Nonpriority creditor's name and mailing address**

Erika Quintanilla
1889 Raymond Avenue, 4

Signal Hill, CA, 90755

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 32.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ___2653___ **Nonpriority creditor's name and mailing address**

Erika Radabah
4 Martha RD apt 4

Columbia falls, MT, 59912

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 24.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ___2654___ **Nonpriority creditor's name and mailing address**

Erin Asilo
31408 Marlin Ct

Union City, CA, 94587-2594

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29.89

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ___2655___ **Nonpriority creditor's name and mailing address**

Erin Fowler
21 WINDERMERE BND NW

CARTERSVILLE, GA, 30120-7783

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 24.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ___2656___ **Nonpriority creditor's name and mailing address**

Erin Hampton
10308 Asheville hwy

Strawberry Plains, TN, 37871

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor   Sure Thing Sales, LLC
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **2657** **Nonpriority creditor's name and mailing address**

Erin Johnson
14108 Periwinkle Lane

Glade Spring, VA, 24340

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **2658** **Nonpriority creditor's name and mailing address**

Erin Joyner
1400 Melinda Ln

Edmond, OK, 73012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.95

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **2659** **Nonpriority creditor's name and mailing address**

Erin Kizorek
1174 Crandano Court

Sunnyvale, CA, 94087

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.72

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **2660** **Nonpriority creditor's name and mailing address**

Erin Milligan
6517 S 110th E Ave

Tulsa, OK, 74133

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.27

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **2661** **Nonpriority creditor's name and mailing address**

Erin Recupero
3269 Sweetwater Dr

Ontario, CA, 91761-5052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number *(if known)*_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** ___2662___  **Nonpriority creditor's name and mailing address**

Erin Schermerhorn
2 Thayer Circle

Wakefield, MA, 1880

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 32.99

---

**3.** ___2663___  **Nonpriority creditor's name and mailing address**

Erin Strunk
401 12TH AVE SE APT 168

NORMAN, OK, 73071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 34.99

---

**3.** ___2664___  **Nonpriority creditor's name and mailing address**

Erin Wiseman-Parkin
7468 Glendora Avenue

Georgetown Township, MI, 49428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 22.99

---

**3.** ___2665___  **Nonpriority creditor's name and mailing address**

Erin Yogasundram
500 E 77th St, 1129

New York, NY, 10162

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 47.96

---

**3.** ___2666___  **Nonpriority creditor's name and mailing address**

Ernest  Lemieux
2655 Merritt Avenue

San Pablo, CA, 94806

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 41.99

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2667  **Nonpriority creditor's name and mailing address**

Ernest  Rivera
395 angora road

Reading, PA, 19606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2668  **Nonpriority creditor's name and mailing address**

Ernest Morales
1134 Franwood Dr

DALLAS, TX, 75217

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 7.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2669  **Nonpriority creditor's name and mailing address**

Ernesto Gonzalez
10 Robillard st

Gardner , MA, 1440

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2670  **Nonpriority creditor's name and mailing address**

Ernesto Munoz
25242 West Maldonado Drive

Buckeye, AZ, 85326

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.10

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2671  **Nonpriority creditor's name and mailing address**

Ernesto Sanchez
6922 Port Bay

San Antonio, TX, 78242-1526

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 247.87

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
         Name

Case number *(if known)*_____

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

3.____ 2672  **Nonpriority creditor's name and mailing address**

Ernie Liu
9332 Vineyard Crest

Bellevue, WA, 98004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.34

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

3.____ 2673  **Nonpriority creditor's name and mailing address**

Ernie Ramirez
6639 El Selinda Avenue

Bell Gardens, CA, 90201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.68

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

3.____ 2674  **Nonpriority creditor's name and mailing address**

Eryne Greene
6890 Trinidad Drive

San Jose, CA, 95120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

3.____ 2675  **Nonpriority creditor's name and mailing address**

Esau Vasquez
3413 West Camille Street

Santa Ana, CA, 92704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

3.____ 2676  **Nonpriority creditor's name and mailing address**

Esme Carson
708 Old Lancaster Road

Bryn Mawr, PA, 19010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.01

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2677   **Nonpriority creditor's name and mailing address**

Esmeralda Gonzalez
308 Columbine Court

Perris, CA, 92570

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.86

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 2678   **Nonpriority creditor's name and mailing address**

Esmeralda Martinez
8835 East 39th Place

Yuma, AZ, 85365

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 157.18

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 2679   **Nonpriority creditor's name and mailing address**

Espe Pelayo
6402 Arcadia St

EASTVALE, CA, 92880-4005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 2680   **Nonpriority creditor's name and mailing address**

Esperanza Mathiasson
6605 N. Talman Ave, Apt 2

Chicago, IL, 60645

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 2681   **Nonpriority creditor's name and mailing address**

Esperanza Ramirez
4148035389, Casa

Milwaukee , WI, 53215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Debtor   Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2682 **Nonpriority creditor's name and mailing address**

Esteban Pineda
1800 Preston On The Lake Boulevard, Trlr 477

Little Elm, TX, 75068

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 24.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2683 **Nonpriority creditor's name and mailing address**

Estefania  Villalobos
14925 Grass Valley Road

Winnemucca, NV, 89445

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.04

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2684 **Nonpriority creditor's name and mailing address**

Estela Gonzalez
144 Heather Drive

San Pablo, CA, 94806

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 49.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2685 **Nonpriority creditor's name and mailing address**

Estella Diep
4100 Cobblestone Drive

Muskogee, OK, 74403

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.19

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2686 **Nonpriority creditor's name and mailing address**

Estevan Rangel
515 N. Guadalupe St

Seguin, TX, 78155

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 70.34

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number (if known) |
|--------|------------------------|------------------------|
|        | Name                   |                        |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 2687  **Nonpriority creditor's name and mailing address**

Esther Escobedo
1722 North Keeler Avenue

Chicago, IL, 60639

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.68

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2688  **Nonpriority creditor's name and mailing address**

Esther Tse
1822 Midnight Circle

San Jose, CA, 95133

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.40

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2689  **Nonpriority creditor's name and mailing address**

esther wang
45 Kew Gardens Rd, Apt 5H

Kew Gardens, NY, 11415-1148

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2690  **Nonpriority creditor's name and mailing address**

Ethan  Gilpin
8649  , E. Sunnyside

New Carlisle, IN, 46552

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2691  **Nonpriority creditor's name and mailing address**

Ethan  Kay
2390 Cairnwell Drive

Belvidere, IL, 61008

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|--------|-----------------------|------------------------|
| | Name | |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 2692 **Nonpriority creditor's name and mailing address**

Ethan Davidson
7133 Wynnfield Drive South

Mobile, AL, 36695

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2693 **Nonpriority creditor's name and mailing address**

Ethan Gadberry
1505 Lost Creek Dr

DeSoto, TX, 75115

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2694 **Nonpriority creditor's name and mailing address**

Ethan luettgemann
4434 whitt mill rd

acworth, GA, 30101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.97

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2695 **Nonpriority creditor's name and mailing address**

Ethan Mar
1928 AUSTIN AVE

CLOVIS, CA, 93611-5281

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 55.98

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2696 **Nonpriority creditor's name and mailing address**

Ethan Monma
920 PERSIMMON CT

ST CHARLES, IL, 60174-5627

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 105.98

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number (if known) |
|--------|------------------------|------------------------|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 2697    **Nonpriority creditor's name and mailing address**

Ethan Roper
413 ARTHUR DR

Hurst, TX, 76053

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2698    **Nonpriority creditor's name and mailing address**

Ethan Selby
555 South Center Road

Boonville, IN, 47601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.88

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2699    **Nonpriority creditor's name and mailing address**

Eugene Mitchell
982 Collegeroad

Union, MO, 63084

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.41

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2700    **Nonpriority creditor's name and mailing address**

Eugene Mok
45 Billie Ellis Lane

Princeton, NJ, 8540

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 36.24

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2701    **Nonpriority creditor's name and mailing address**

eugene yoon
10 linwood st, Apt. 115

malden, MA, 2148

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 35.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|--------|------------------------|--------------------------|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2702    **Nonpriority creditor's name and mailing address**

EUGENIO CALAMARI
610 Ridgewood Rd

Key Biscayne, FL, 33149-2019

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 37.42

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2703    **Nonpriority creditor's name and mailing address**

EUGENIO MARTINEZ MERCADO
187 Westbrook Court

Columbus, IN, 47201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 16.04

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2704    **Nonpriority creditor's name and mailing address**

Eva Bodman
1 East Dunstable Road

Nashua, NH, 3060

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2705    **Nonpriority creditor's name and mailing address**

Eva Espinoza
1657 S. 13th St West

Missoula, MT, 59801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 23.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2706    **Nonpriority creditor's name and mailing address**

Evan Aaron
1307 Mac Drummond Road

Jasper, AL, 35504

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 12.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor ___Sure Thing Sales, LLC___
         Name

Case number _(if known)_ _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **2707**  **Nonpriority creditor's name and mailing address**

Evan Ahrendt
2885 Sw. 122nd Ave.

Beaverton, OR, 97005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

3. **2708**  **Nonpriority creditor's name and mailing address**

Evan Brandal
18022 E Alki Ave

Spokane Valley, WA, 99016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.88

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

3. **2709**  **Nonpriority creditor's name and mailing address**

Evan Bryant
127 Rossmoor ct

Anderson, SC, 29621

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 67.40

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

3. **2710**  **Nonpriority creditor's name and mailing address**

Evan Gross
6908 Conjeo Avenue

Joshua Tree, CA, 92252

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 15.99

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

3. **2711**  **Nonpriority creditor's name and mailing address**

EVAN OWENS
3411 Braddock Ln

Manvel, TX, 77578-3583

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 62.98

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
          Name                                                    Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 2712  **Nonpriority creditor's name and mailing address**

Evan Tang
618 West 37th Street

Long Beach, CA, 90806

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2713  **Nonpriority creditor's name and mailing address**

Evan Warren
1703 Rita Ct.

Oak Ridge, NC, 27310

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2714  **Nonpriority creditor's name and mailing address**

Evan Wolf
8126 Charlesderry Rd

Kirtland, OH, 44094

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 188.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2715  **Nonpriority creditor's name and mailing address**

Evangelina Sandoval
7362 Greenhaven Avenue, 50

Rancho Cucamonga, CA, 91730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2716  **Nonpriority creditor's name and mailing address**

Evelina Bejar
565 Venice Avenue

Dinuba, CA, 93618-8000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.01

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                    Case number (if known)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2717 **Nonpriority creditor's name and mailing address**

Evelyn Cavazos
6055 North Brawley Avenue, Apt. 214

Fresno, CA, 93722

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 2718 **Nonpriority creditor's name and mailing address**

Evelyn M Salazar Camilo
2340 Valentine Ave, 5F

Bronx, NY, 10458

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.12

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 2719 **Nonpriority creditor's name and mailing address**

Evelyn Robles
21035 North Dr

Nuevo, CA, 92567

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 2720 **Nonpriority creditor's name and mailing address**

Evelyn Varela
27641 Southwest 134th Court

Homestead, FL, 33032

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 2721 **Nonpriority creditor's name and mailing address**

Evelyn Yanez
182 East Jackson Street, Apt A

Rialto, CA, 92376

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.92

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.
         Name                                                Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 2722  **Nonpriority creditor's name and mailing address**

EVERARDO MATIAS
610 S DITMAR ST

OCEANSIDE, CA, 92054-4142

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 2723  **Nonpriority creditor's name and mailing address**

everest nguyen
3315 big sky pass

Missouri, TX, 77459

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 68.19

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 2724  **Nonpriority creditor's name and mailing address**

Everett Whiteside
2635 Tambridge Circle

Pensacola, FL, 32503

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.11

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 2725  **Nonpriority creditor's name and mailing address**

Eylul Monroy
186 Coombs Dr, P.o. Box 536

Paramus, NJ, 7652

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 42.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 2726  **Nonpriority creditor's name and mailing address**

Ezekiel Jensen
68135 Tumbleweed Road

Montrose, CO, 81403

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 40.39

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.

Name

Case number *(if known)*

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 2727 **Nonpriority creditor's name and mailing address**

Ezekiel Rivera
Urb. Sierra Linda Calle 12 S31

Bayamon, PR, 00957-2120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 25.99

---

**3.** 2728 **Nonpriority creditor's name and mailing address**

Fabian Alvarez
5476 DUNBAR DR

Oxnard, CA, 93033-9112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 50.20

---

**3.** 2729 **Nonpriority creditor's name and mailing address**

Fabian Lopez
13030 Avalon Crest Ct

Riverview, FL, 33579

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 31.16

---

**3.** 2730 **Nonpriority creditor's name and mailing address**

Fabio Mendez
7440 Miami Lakes Dr., Apt.F106

Miami Lakes, FL, 33014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 361.97

---

**3.** 2731 **Nonpriority creditor's name and mailing address**

Faeryn Koonce
888 Western Ave, Apt 1018

Seattle, WA, 98104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 62.83

---

| Debtor | Sure Thing Sales, LLC. | | Case number *(if known)* | |
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2732  **Nonpriority creditor's name and mailing address**

fahad alshaheen
182-21 150th Drive, 718-553-8740   aramex
account : KWI 24558

Springfield Gardens, NY, 11413

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 68.58

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2733  **Nonpriority creditor's name and mailing address**

Fahiym Sakacs
5417 Brow Avenue, Floor 2

Newburgh Heights, OH, 44105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 70.19

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2734  **Nonpriority creditor's name and mailing address**

Fairchild, Michael
6593 W Us Highway 6

Gibsonburg, OH, 43431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 417.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2735  **Nonpriority creditor's name and mailing address**

Faith Riner
1032 Eddie Craig Dr.

Mcdonough, GA, 30252

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 58.84

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2736  **Nonpriority creditor's name and mailing address**

Fang-Ting Kao
801 FRANKLIN ST, APT 407

OAKLAND, CA, 94607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Sure Thing Sales, LLC_____   Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 2737 **Nonpriority creditor's name and mailing address**

Fatima Garcia
3175 Carleton Way Northeast

Salem, OR, 97301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 52.99

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2738 **Nonpriority creditor's name and mailing address**

Fauzia  Mohamed
11040 South Lakeview Drive

Pembroke Pines, FL, 33026

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 77.99

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2739 **Nonpriority creditor's name and mailing address**

Fazia Ahmad
15498 Zalman LN

Lathrop , CA, 95330

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 54.36

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2740 **Nonpriority creditor's name and mailing address**

Fedex
PO Box 223125

Pittsburgh, PA, 15251-2125

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payables

$ 2,110.69

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2741 **Nonpriority creditor's name and mailing address**

Felicia Lepur
6851 w.crittenden ln

Phoenix, AZ, 85033

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 52.12

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 2742  **Nonpriority creditor's name and mailing address**

Felipe Mendoza
20 MUD MILLS RD

MIDDLETOWN, NY, 10940-5035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.21

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 2743  **Nonpriority creditor's name and mailing address**

Felipe pelaez
154 South Broadway

White Plains, NY, 10605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.59

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 2744  **Nonpriority creditor's name and mailing address**

Felipe Rumbaut
7915 Bergenline Ave, suite 7458

North bergen, NJ, 7047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 149.26

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 2745  **Nonpriority creditor's name and mailing address**

Felisha Rodriguez
PO Box 11011

Spring, TX, 77391

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.22

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 2746  **Nonpriority creditor's name and mailing address**

Felix Acosta
54 Bee Mountain Rd

New Hartford, CT, 6057

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.
_____
Name                                    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 2747  **Nonpriority creditor's name and mailing address**

Felix Bahamonde
984 English Town Ln, Apt 302

Winter Springs, FL, 32708

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

$ 28.88

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 2748  **Nonpriority creditor's name and mailing address**

Felix Lopez
1 Eusden Drive

Aston, PA, 19014

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

$ 68.89

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 2749  **Nonpriority creditor's name and mailing address**

Felix Navarro
5725 N Figueroa St

Los Angeles, CA, 90042

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

$ 100.98

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 2750  **Nonpriority creditor's name and mailing address**

FELIX VALERIANO
1424 1/2 Meadowbrook Ave

LOS ANGELES, CA, 90019

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

$ 39.99

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 2751  **Nonpriority creditor's name and mailing address**

Felix Wu
Calle Jes??s de Galindez

Santo Domingo, 11501

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

$ 69.54

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Official Form 206E/F           Schedule E/F: Creditors Who Have Unsecured Claims

Debtor      Sure Thing Sales, LLC.                    Case number *(if known)*_____
            Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 2752   **Nonpriority creditor's name and mailing address**

ferd racelis
622 madrid street

san francisco, CA, 94112

**As of the petition filing date, the claim is:**  $ 126.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

**Date or dates debt was incurred**    _____    ☑ No
                                                          ☐ Yes
**Last 4 digits of account number**     _____

---

3. 2753   **Nonpriority creditor's name and mailing address**

Ferdinand Lansang
3414 Fontenay Park

San Antonio, TX, 78251

**As of the petition filing date, the claim is:**  $ 29.22
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

**Date or dates debt was incurred**    _____    ☑ No
                                                          ☐ Yes
**Last 4 digits of account number**     _____

---

3. 2754   **Nonpriority creditor's name and mailing address**

Fernanda Hernandez
21205 ROSCOE BLVD, APT 17

CANOGA PARK, CA, 91304-4238

**As of the petition filing date, the claim is:**  $ 52.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

**Date or dates debt was incurred**    _____    ☑ No
                                                          ☐ Yes
**Last 4 digits of account number**     _____

---

3. 2755   **Nonpriority creditor's name and mailing address**

Fernando  Jimenez
12119 Kenney Street

Norwalk, CA, 90650

**As of the petition filing date, the claim is:**  $ 72.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

**Date or dates debt was incurred**    _____    ☑ No
                                                          ☐ Yes
**Last 4 digits of account number**     _____

---

3. 2756   **Nonpriority creditor's name and mailing address**

Fernando Barriga
464 N Liberty St

Elgin, IL, 60120

**As of the petition filing date, the claim is:**  $ 31.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

**Date or dates debt was incurred**    _____    ☑ No
                                                          ☐ Yes
**Last 4 digits of account number**     _____

---

Debtor _____Sure Thing Sales, LLC_____ Case number _(if known)_____
         Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** <u>2757</u>  **Nonpriority creditor's name and mailing address**

Fernando Castillo
143 Cordova Lane

Laredo, TX, 78043

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 57.99**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** <u>2758</u>  **Nonpriority creditor's name and mailing address**

Fernando Ceciliano
4750 Princeton Lane

Lake In The Hills, IL, 60156

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 62.97**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** <u>2759</u>  **Nonpriority creditor's name and mailing address**

Fernando Esparza
512 I St. SW

Quincy, WA, 98848

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 57.33**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** <u>2760</u>  **Nonpriority creditor's name and mailing address**

Fernando Gonzalez
12916 Reis St

Whittier, CA, 90605

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 15.99**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** <u>2761</u>  **Nonpriority creditor's name and mailing address**

Fernando Hernandez
1515 hawley ln

Dallas, TX, 75217

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 17.30**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC
        Name                                    Case number *(if known)*

| **Part 2:** | **Additional Page** |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 2762  **Nonpriority creditor's name and mailing address**

Fernando Perez
5833 Armour Drive

Houston, TX, 77020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 2763  **Nonpriority creditor's name and mailing address**

Fernando Perez
8057 Bendell Dr

Houston, TX, 77017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 2764  **Nonpriority creditor's name and mailing address**

Fernando Resendiz Jr
1400 CHICKASAW AVE

LABELLE, FL, 33935

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 296.38

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 2765  **Nonpriority creditor's name and mailing address**

Fernando Roman
6145 Sage Drive

Orlando, FL, 32807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.35

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 2766  **Nonpriority creditor's name and mailing address**

Fernando Santos
1360 Foothill Drive, 82

Vista, CA, 92084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.34

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|--------|------------------------|--------------------------|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2767  **Nonpriority creditor's name and mailing address**

Fidela LopezFidela Lopez
8179 Mounatin View Ave Apt C

South Gate, CA, 90280

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 238.13

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2768  **Nonpriority creditor's name and mailing address**

Filiberto Medina
2818 E Orange Grove Ave

Orange, CA, 92867-7345

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 389.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2769  **Nonpriority creditor's name and mailing address**

Fiorella Hernandez-Montero
7 Rhonda Court

Greenville, SC, 29617

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.05

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2770  **Nonpriority creditor's name and mailing address**

Fish Mutha-effa
4048 N. California Ave, Unit 1

Chicago, IL, 60618

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.22

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2771  **Nonpriority creditor's name and mailing address**

Flavio Colorado
451 kingston ave, A5

Brooklyn, NY, 11225

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|--------|------------------------|------------------------|
|        | Name                   |                        |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2772  **Nonpriority creditor's name and mailing address**

Florentino Gomez
2102 186th Place Southeast

Bothell, WA, 98012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2773  **Nonpriority creditor's name and mailing address**

Forbes Perkins
1521 West Fulton Place

Broken Arrow, OK, 74012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.09

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2774  **Nonpriority creditor's name and mailing address**

Forrest Brown
16437 S 33rd St

Phoenix, AZ, 85048

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 65.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2775  **Nonpriority creditor's name and mailing address**

Forrest Zmoda
316 Brookfield Circle

Macungie, PA, 18062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2776  **Nonpriority creditor's name and mailing address**

Fran Malouf
P.o. box 101

Odanah, WI, 54861

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F               **Schedule E/F: Creditors Who Have Unsecured Claims**               page 565 of 1682

Debtor    Sure Thing Sales, LLC.

Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

3.2777   **Nonpriority creditor's name and mailing address**

Francelys Desarden Flores
43 Woodland St, 2R Apt

Worcester, MA, 1610

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

---

3.2778   **Nonpriority creditor's name and mailing address**

Francelys Desarden Flores
43 woodland street, 2R

Worcester, MA, 1610

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.61

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

---

3.2779   **Nonpriority creditor's name and mailing address**

Frances Brockwell
4494 East Black River Road

Black River, MI, 48721

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.67

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

---

3.2780   **Nonpriority creditor's name and mailing address**

frances McClellan
2992 Stonegate  ln

middleburg, FL, 32068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 134.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

---

3.2781   **Nonpriority creditor's name and mailing address**

Francesco DiCocco
3812 Country Lights Street

Las Vegas, NV, 89129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

---

Official Form 206E/F             Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Sure Thing Sales, LLC.
_____    Case number (if known) _____
Name

| Part 2: | Additional Page |

| | Amount of claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.** 2782  **Nonpriority creditor's name and mailing address**

Francesco Policaro
488 Ocean Ave

Lynbrook, NY, 11563

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 76.02

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 2783  **Nonpriority creditor's name and mailing address**

Francesco Zappoli
1 pier pointe st

yonkers, NY, 10701

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 2784  **Nonpriority creditor's name and mailing address**

Franceska Ong
16060 35th Ave NE

Lake Forest Park, WA, 98155

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 97.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 2785  **Nonpriority creditor's name and mailing address**

Francie Eyer
170 Colonial Drive

Chambersburg, PA, 17202

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.95

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 2786  **Nonpriority creditor's name and mailing address**

Francine Yee
55 Riverwalk Place #601

West New York, NJ, 7093

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.

Name    Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 2787    **Nonpriority creditor's name and mailing address**

Francis McGinley
9956 Wingtip rd

Philadelphia, PA, 19115

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.71

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2788    **Nonpriority creditor's name and mailing address**

Francisca  Valdes
233 North Olive Street, Apartment B

Santa Paula, CA, 93060

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2789    **Nonpriority creditor's name and mailing address**

Francisca Carrera
6434 8th street ct w

Bradenton, FL, 34207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2790    **Nonpriority creditor's name and mailing address**

Francisco  Alas
1760 N Freeman Ave, Apt B

Long Beach, CA, 90804

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2791    **Nonpriority creditor's name and mailing address**

Francisco Alvarez Cavazos
20123 13TH AVE W

LYNNWOOD, WA, 98036

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.24

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC
         Name                                                    Case number (if known)

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 2792   **Nonpriority creditor's name and mailing address**

Francisco Casillas
7929 Cypress Ave

FONTANA, CA, 92336

**As of the petition filing date, the claim is:**    $ 134.67
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2793   **Nonpriority creditor's name and mailing address**

Francisco Cruz-Varo
2977 Park Avenue, Apt #3

San Bernardino, CA, 92404

**As of the petition filing date, the claim is:**    $ 199.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2794   **Nonpriority creditor's name and mailing address**

Francisco Delgado
2007 West 4250 South

Roy, UT, 84067

**As of the petition filing date, the claim is:**    $ 12.86
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2795   **Nonpriority creditor's name and mailing address**

Francisco Emmanuel De Los Santos
32154 Mirasol Bnd

Bulverde, TX, 78163

**As of the petition filing date, the claim is:**    $ 407.01
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2796   **Nonpriority creditor's name and mailing address**

Francisco Garcia
1374 Waterloo Ln

gardnerville, NV, 89410-5318

**As of the petition filing date, the claim is:**    $ 58.90
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor   Sure Thing Sales, LLC.

Name

Case number *(if known)*

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2797 **Nonpriority creditor's name and mailing address**

Francisco Garcia
2818 Gardenia Drive

Garland, TX, 75041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.63

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2798 **Nonpriority creditor's name and mailing address**

Francisco Garcia
625 Sw 67th St

Oklahoma City, OK, 73139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.31

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2799 **Nonpriority creditor's name and mailing address**

FRANCISCO GOMEZ
11727 Culebra Rd, 3304

San Antonio, TX, 78253

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 43.29

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2800 **Nonpriority creditor's name and mailing address**

Francisco Gonzalez
51671 Clubhouse Drive

South Bend, IN, 46628

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 58.84

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2801 **Nonpriority creditor's name and mailing address**

Francisco Juan
88 County Road 546

Albertville, AL, 35951

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 83.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
_____    Case number _(if known)_____
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2802   **Nonpriority creditor's name and mailing address**

Francisco Lopez
333 Silver Ave

San Francisco, CA, 94112

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 2803   **Nonpriority creditor's name and mailing address**

Francisco Martinez
5200 Summit Ridge Dr, Apt#5124

Reno, NV, 89523

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 2804   **Nonpriority creditor's name and mailing address**

Francisco Mendez
11627 E Kentucky Avenue.

Aurora, CO, 80012

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 882.89

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 2805   **Nonpriority creditor's name and mailing address**

Francisco Palomares
864 Laker Lane

Fowler, CA, 93625

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.07

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 2806   **Nonpriority creditor's name and mailing address**

Francisco Palomino
3050 La Spezia Cir Apt 113

Kissimmee, FL, 34741

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.86

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor    Sure Thing Sales, LLC.
_____
Name    Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2807    **Nonpriority creditor's name and mailing address**

Francisco Patino
2005 146TH PL SE, 2005 146TH PL SE

BELLEVUE, WA, 98007

**As of the petition filing date, the claim is:**    $ 29.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 2808    **Nonpriority creditor's name and mailing address**

Francisco Pelegri
180 Northeast 12th Avenue, 16A

Hallandale Beach, FL, 33009

**As of the petition filing date, the claim is:**    $ 44.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 2809    **Nonpriority creditor's name and mailing address**

francisco rodriguez
132 North Echo Avenue

Fresno, CA, 93701

**As of the petition filing date, the claim is:**    $ 47.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 2810    **Nonpriority creditor's name and mailing address**

Francisco Velazquez
18551 Merseyside loop

Land o Lakes, FL, 34638

**As of the petition filing date, the claim is:**    $ 97.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 2811    **Nonpriority creditor's name and mailing address**

Franco Santoyo
465 Champions Dr

Brownsville, TX, 78520

**As of the petition filing date, the claim is:**    $ 42.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)* _____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 2812 **Nonpriority creditor's name and mailing address**

FRANCO SOLIS
72 CEDARHURST AVE, 2ND FLR

WOODLAND PARK, NJ, 7424

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.78

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2813 **Nonpriority creditor's name and mailing address**

Frank Canino
406 S Interocean Ave

Holyoke, CO, 80734

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.70

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2814 **Nonpriority creditor's name and mailing address**

Frank Locantora
16 Alberta Court

Sewell, NJ, 8080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.45

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2815 **Nonpriority creditor's name and mailing address**

Frank Lopez
6801 E Grandview st.

Tacoma, WA, 98404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2816 **Nonpriority creditor's name and mailing address**

Frank Masiello
2030 Hudson Street, apt. 1227

Fort Lee, NJ, 7024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.00

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Sure Thing Sales, LLC | | |
|--------|------------------------|--|--|
| | Name | Case number (if known) | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** ___2817___ **Nonpriority creditor's name and mailing address**

frank michel
3000 Verdugo Road, apt 315

Los Angeles, CA, 90065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 26.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** ___2818___ **Nonpriority creditor's name and mailing address**

Frank Peng
4448 Candleberry Ave

Seal Beach, CA, 90740

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** ___2819___ **Nonpriority creditor's name and mailing address**

Frank Salonek
1128 Pheasant Circle

Winter Springs, FL, 32708

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16.04

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** ___2820___ **Nonpriority creditor's name and mailing address**

Frank Varela
439 W. 42nd St

Tucson, AZ, 85713

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 88.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** ___2821___ **Nonpriority creditor's name and mailing address**

Frankie Figueroa
46-01 39th Avenue, L3

Queens, NY, 11104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 90.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC                    Case number *(if known)*_____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 2822   **Nonpriority creditor's name and mailing address**

Frankie Gomez
5153 West 88th Street

Oak Lawn, IL, 60453

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2823   **Nonpriority creditor's name and mailing address**

Frankie Kuzemchak
3704 Locust Avenue

Seaford, NY, 11783

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.02

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2824   **Nonpriority creditor's name and mailing address**

Frankie Manale
9707 Mia Circle, 1411

Orlando, FL, 32819

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.61

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2825   **Nonpriority creditor's name and mailing address**

Frankie Orona
5960 Alta Mesa Way

San Diego, CA, 92115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.53

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2826   **Nonpriority creditor's name and mailing address**

Frankie Whitt
4540 Moore Lane

Culleoka, TN, 38451

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 92.17

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____    Case number _(if known)_ _____
Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 2827    **Nonpriority creditor's name and mailing address**

Franklin Higginbotham
172 DRY VALLEY RD

COOKEVILLE, TN, 38506

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.65

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2828    **Nonpriority creditor's name and mailing address**

FraPer Landscape - Francisco Perez
170 Wright ave, #1

Morgan Hill, CA, 95037

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 185.48

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2829    **Nonpriority creditor's name and mailing address**

Frauke Russell
1251 Berkley Hills Pass

Evans, GA, 30809

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.19

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2830    **Nonpriority creditor's name and mailing address**

Fred Davis
3806 Bensalem Blvd., 207

Bensalem, PA, 19020

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2831    **Nonpriority creditor's name and mailing address**

Fred Falk
4925 Orchid dr

Fort Worth, TX, 76137-6377

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Sure Thing Sales, LLC_____    Case number _(if known)_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 2832  **Nonpriority creditor's name and mailing address**

Fred Ontalan Jr
91-1023C Kalehuna Street

Kapolei, HI, 96707

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.58

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2833  **Nonpriority creditor's name and mailing address**

Freddy Ceballos
7316 Kester Ave, Apt.A

Van Nuys, CA, 91405

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 93.05

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2834  **Nonpriority creditor's name and mailing address**

freddy contreras
8256 Northwest 30th Terrace, CHI-14871

Doral, FL, 33122

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2835  **Nonpriority creditor's name and mailing address**

Freddy Cruz
580 W 176th St , Apartment 56

New York, NY, 10033-8447

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 141.52

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2836  **Nonpriority creditor's name and mailing address**

Freddy Espitia
19609 Babington St

Canyon Country , CA, 91351

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
Name

Case number _(if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **2837** Nonpriority creditor's name and mailing address

FREDDY GARCIA
4200 South Fwy Suite 74

Fort Worth, TX, 76115-1424

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **2838** Nonpriority creditor's name and mailing address

Frederic Ilac
22 cozy corner

avenel, NJ, 7001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **2839** Nonpriority creditor's name and mailing address

Frederick Allen
13350 Grinstead Court

Sykesville, MD, 21784

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 49.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **2840** Nonpriority creditor's name and mailing address

Fredy  Rojas
1204 Lasalle Street, 1

Racine, WI, 53404

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 33.97

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **2841** Nonpriority creditor's name and mailing address

Fredy Gomez Lopez
4057 stephen dr

North highlands, CA, 95660

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|--------|------------------------|--------------------------|
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2842   **Nonpriority creditor's name and mailing address**

Fredy Gonzales
3633 Galena Dr Apt #4

Auburn, CA, 95602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 58.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2843   **Nonpriority creditor's name and mailing address**

Fredy H Cadavid
10 Lilac Path Apt C

Maple shade, NJ, 8052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 127.94

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2844   **Nonpriority creditor's name and mailing address**

Freeman
PO Box 734596

Dallas, TX, 75373-4596

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 27,532.28

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2845   **Nonpriority creditor's name and mailing address**

Fuentes, Dante
1444 Hada Ln

Lawrenceville, GA, 30043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 76.26

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2846   **Nonpriority creditor's name and mailing address**

FUQUAN FRAGUADA
19 Glendale Road

Colonia, NJ, 7067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
         Name

Case number *(if known)* _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3. 2847** **Nonpriority creditor's name and mailing address**

g q
250 old lyman rd

chicopee, MA, 1020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 34.99

---

**3. 2848** **Nonpriority creditor's name and mailing address**

G.E. Ott
82 West Hoke Street

Spring Grove, PA, 17362

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 89.02

---

**3. 2849** **Nonpriority creditor's name and mailing address**

Gabby Saint
210 Kelly Avenue

Parlier, CA, 93648

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 32.99

---

**3. 2850** **Nonpriority creditor's name and mailing address**

Gabe Kalama
67-1309 La'ikealoha Street

Kamuela, HI, 96743

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 45.99

---

**3. 2851** **Nonpriority creditor's name and mailing address**

Gabirel Cantu
1419 FM-535

Smithville, TX, 78957

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 44.99

---

Debtor    Sure Thing Sales, LLC.
Name

Case number (if known)

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 2852 **Nonpriority creditor's name and mailing address**

Gabriel Chin
147-41 Sanford Avenue, Apt 3

Queens, NY, 11355

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 52.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2853 **Nonpriority creditor's name and mailing address**

Gabriel Daigle
704 Westwood Dr

Richardson, TX, 75080

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 259.79

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2854 **Nonpriority creditor's name and mailing address**

Gabriel Garcia
2270 Cottonwood Road

Banning, CA, 92220

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 54.94

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2855 **Nonpriority creditor's name and mailing address**

Gabriel Ison
101 Rich Ln

Georgetown, KY, 40324

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 37.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2856 **Nonpriority creditor's name and mailing address**

Gabriel Jimenez
381 Northeast 37th Avenue

Homestead, FL, 33033

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 29.94

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2857 **Nonpriority creditor's name and mailing address**

Gabriel Laracuente
117 Helen Avenue

Buffalo, NY, 14219

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2858 **Nonpriority creditor's name and mailing address**

Gabriel Lopez
703 Melbourne ST.

HOUSTON, TX, 77022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2859 **Nonpriority creditor's name and mailing address**

Gabriel Madrid
1795 Tahoe circle

Tracy, CA, 95376

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 119.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2860 **Nonpriority creditor's name and mailing address**

gabriel marquez
2115 Lone Rock Drive

Kingwood, TX, 77339

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 124.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2861 **Nonpriority creditor's name and mailing address**

Gabriel Nana
31-31 29th St , Apartment 2B

Astoria, NY, 11106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 8.70

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                                Case number (if known)

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

### 3. 2862  Nonpriority creditor's name and mailing address

Gabriel Ocampo
81351 Ave 46, Spc 108

Indio, CA, 92201

**As of the petition filing date, the claim is:** $ 13.04
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

### 3. 2863  Nonpriority creditor's name and mailing address

Gabriel Osorio
228 Apalachee way, -

Bossier City, LA, 71111

**As of the petition filing date, the claim is:** $ 1,295.88
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

### 3. 2864  Nonpriority creditor's name and mailing address

Gabriel Pastor
151 S Resler Dr, #019

El Paso, TX, 79912

**As of the petition filing date, the claim is:** $ 32.45
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

### 3. 2865  Nonpriority creditor's name and mailing address

Gabriel Ramirez
PO BOX 7291

Santa Monica, CA, 90406

**As of the petition filing date, the claim is:** $ 35.26
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

### 3. 2866  Nonpriority creditor's name and mailing address

Gabriel Vargas
Po box 505

Barranquitas, PR, 794

**As of the petition filing date, the claim is:** $ 165.72
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

Debtor    Sure Thing Sales, LLC.
_____
          Name                                    Case number (if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 2867 **Nonpriority creditor's name and mailing address**

gabriel vidal
8737 110TH ST APT 1

RICHMOND HILL, NY, 11418-2328

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred          _____
Last 4 digits of account number          _____

**3.** 2868 **Nonpriority creditor's name and mailing address**

Gabriela E De hoyos
Rio panuco 1717, Jardines del valle

Monclova, OK, 25730

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.13

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred          _____
Last 4 digits of account number          _____

**3.** 2869 **Nonpriority creditor's name and mailing address**

Gabriela Holguin
4031 East Arbor Avenue

Mesa, AZ, 85206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 97.46

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred          _____
Last 4 digits of account number          _____

**3.** 2870 **Nonpriority creditor's name and mailing address**

Gabriela Lara
117 Manning Ave

Ames, IA, 50014

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred          _____
Last 4 digits of account number          _____

**3.** 2871 **Nonpriority creditor's name and mailing address**

Gabriela Saltos
3289 N Weston Ave

Meridian, ID, 83646

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.09

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred          _____
Last 4 digits of account number          _____

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3. 2872 Nonpriority creditor's name and mailing address

Gabriella Jones
11 Fountain Rd

Levittown, PA, 19056

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 14.99

---

### 3. 2873 Nonpriority creditor's name and mailing address

Gabrielle DuBuclet
2663 Ricker Pond Court

Waldorf, MD, 20603

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 21.19

---

### 3. 2874 Nonpriority creditor's name and mailing address

Gabrielle Duchesne
6917 E Yellowglen Dr

Prescott Valley, AZ, 86314

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 11.99

---

### 3. 2875 Nonpriority creditor's name and mailing address

Gabrielle Knickerbocker
188 Pinnacle Road

West Monroe, NY, 13167

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 57.21

---

### 3. 2876 Nonpriority creditor's name and mailing address

Gaby Galdamez
135 brooks st

East Boston, MA, 2128

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 44.61

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

### 3. [2877] Nonpriority creditor's name and mailing address

Gage Sipes
1109 14th Avenue

Fox Island, WA, 98333

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.12

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3. [2878] Nonpriority creditor's name and mailing address

Gail fahey
100 Pleasant Avenue

Lancaster, NY, 14086

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.04

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3. [2879] Nonpriority creditor's name and mailing address

Gail J Wood
13375 newcastle ave

spring hill, FL, 34609-6710

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.77

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3. [2880] Nonpriority creditor's name and mailing address

Gala Wandschneider
401 Prairie Song Drive

Waukesha, WI, 53188

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 67.19

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3. [2881] Nonpriority creditor's name and mailing address

Gang Huang
3101 old 63 s, D 206

Columbia, MO, 65201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 118.75

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Sure Thing Sales, LLC
 Name _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.2882**  Nonpriority creditor's name and mailing address

ganhuiqiong ZTDLMG
18432 NE Sandy Blvd,  PES CNZTDLMG

Portland, OR, 97251-6835

As of the petition filing date, the claim is:    $ 599.88
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    _____

**3.2883**  Nonpriority creditor's name and mailing address

Garret Firl
1134 6th St SW

Rochester, MN, 55902

As of the petition filing date, the claim is:    $ 51.89
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    _____

**3.2884**  Nonpriority creditor's name and mailing address

Garrett Boesiger
3672 s daisy way

Boise, ID, 83709

As of the petition filing date, the claim is:    $ 28.61
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    _____

**3.2885**  Nonpriority creditor's name and mailing address

Garrett Burns
216 N. Michigan Avenue

Hobart, IN, 46342

As of the petition filing date, the claim is:    $ 69.54
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    _____

**3.2886**  Nonpriority creditor's name and mailing address

Garrett Harvey
16137 Brookfield dr

Gulfport, MS, 39503

As of the petition filing date, the claim is:    $ 172.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    _____

| Debtor | Sure Thing Sales, LLC. | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 2887  **Nonpriority creditor's name and mailing address**

Garrett Leight
3750 Moore Street

Los Angeles, CA, 90066

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 69.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2888  **Nonpriority creditor's name and mailing address**

Garrett Wilson
29 Brainerd Rd, Apt 204

Allston, MA, 2134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 283.95

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2889  **Nonpriority creditor's name and mailing address**

Garth Lee
16233 Malden Street

Los Angeles, CA, 91343

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2890  **Nonpriority creditor's name and mailing address**

Gary Barrett
1626 Wilcox Avenue, 320

Hollywood, CA, 90028

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2891  **Nonpriority creditor's name and mailing address**

Gary Booth
4192 Peabody Way

Roseville, CA, 95747

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.25

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|--------|------------------------|--------------------------|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3. 2892   Nonpriority creditor's name and mailing address**

Gary F Giles
26161 Oakdale Rd

Waverly, VA, 23890-3735

**As of the petition filing date, the claim is:** $94.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 2893   Nonpriority creditor's name and mailing address**

Gary Fitzpatrick
25 Banbury Drive

Youngstown, OH, 44511

**As of the petition filing date, the claim is:** $38.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 2894   Nonpriority creditor's name and mailing address**

Gary Frantzen
720 W Gordon Terrace - #16N

Chicago, IL, 60613

**As of the petition filing date, the claim is:** $29.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 2895   Nonpriority creditor's name and mailing address**

Gary Harbert
1361 JONES RUN RD

LUMBERPORT, WV, 26386-8308

**As of the petition filing date, the claim is:** $48.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 2896   Nonpriority creditor's name and mailing address**

Gary Lavoie
269 Woodlawn St

Fall River, MA, 2720

**As of the petition filing date, the claim is:** $12.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Sure Thing Sales, LLC
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 2897  **Nonpriority creditor's name and mailing address**

Gary Leek
1027 Fain Avenue

Kingsport, TN, 37660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 24.07

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2898  **Nonpriority creditor's name and mailing address**

Gary Love
506 Westcliffe Way

Greenville, SC, 29611-3044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.09

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2899  **Nonpriority creditor's name and mailing address**

Gary Pair
13207 Armstead Street

Woodbridge, VA, 22191

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.35

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2900  **Nonpriority creditor's name and mailing address**

Gaspar Heller
1875 Commonwealth Ave, Apt 5

Brighton, MA, 2135

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.68

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2901  **Nonpriority creditor's name and mailing address**

Gauge Norberg
712 6th Ave S

St. Paul, MN, 55107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.85

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
Name
Case number (if known)

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3. 2902  **Nonpriority creditor's name and mailing address**

Gaura Allen
8346 NE Milton St

Portland, OR, 97220

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 143.91

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 2903  **Nonpriority creditor's name and mailing address**

GAVIN CLARK
9936 BONNIE VISTA DR

LA MESA, CA, 91941

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 2904  **Nonpriority creditor's name and mailing address**

Gavin Gruwell
10313 Palladio Drive

New Port Richey, FL, 34655

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 18.18

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 2905  **Nonpriority creditor's name and mailing address**

Gavin Kucera
1654 29th Ave NW

Saint Paul, MN, 55112-1720

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 2906  **Nonpriority creditor's name and mailing address**

Gaynne Zimmerman
7323 LIGHTSHIP CT

BURKE, VA, 22015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 208.80

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | |
| | Name | |
| | | Case number (if known) |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 2907 **Nonpriority creditor's name and mailing address**

Gayoung Lee
126 Neptune Avenue, Apt 6

Jersey City, NJ, 7305

As of the petition filing date, the claim is: $ 51.17
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2908 **Nonpriority creditor's name and mailing address**

Gelin Contreras
42 Stedman Avenue, 2

Pawtucket, RI, 2860

As of the petition filing date, the claim is: $ 54.56
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2909 **Nonpriority creditor's name and mailing address**

Gemma Kern
48  36th Ave NE

Great Falls, MT, 59404

As of the petition filing date, the claim is: $ 172.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2910 **Nonpriority creditor's name and mailing address**

Gene Silvestri
10574 Malaga Way

Rancho Cordova, CA, 95670

As of the petition filing date, the claim is: $ 31.52
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2911 **Nonpriority creditor's name and mailing address**

Genevieve Siebers
100 Mansfield Street

New Haven, CT, 6511

As of the petition filing date, the claim is: $ 219.41
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC_____    Case number _(if known)_____
         Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3. __2912__  **Nonpriority creditor's name and mailing address**

Genevieve Stella
2605 Lexington Place

McKinney, TX, 75070

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. __2913__  **Nonpriority creditor's name and mailing address**

Genica Heath
4179 S Hemet St

Gilbert, AZ, 85297

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. __2914__  **Nonpriority creditor's name and mailing address**

Geoffrey Grimes
404 nw Fargo st

camas, WA, 98607

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 65.03

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. __2915__  **Nonpriority creditor's name and mailing address**

Georg Brewer
97 sunset drive

Chatham, NJ, 7928

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 99.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. __2916__  **Nonpriority creditor's name and mailing address**

George Cabrera
465 46th Street, 5

Brooklyn, NY, 11220

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
_____
        Name

Case number _(if known)_____

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 2917 **Nonpriority creditor's name and mailing address**

George Lopez
1200 S GREVILLEA AVE

INGLEWOOD, CA, 90301-3810

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 15.99**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 2918 **Nonpriority creditor's name and mailing address**

George Macey
22 BULGER AVE, APT D

NEW MILFORD, NJ, 7646

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 117.26**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 2919 **Nonpriority creditor's name and mailing address**

George Olds
22 Metropolitan Oval, Apt 3A

Bronx, NY, 10462-6721

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 39.99**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 2920 **Nonpriority creditor's name and mailing address**

George Villalobos
223 N. Justine

Chicago, IL, 60607

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 79.99**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 2921 **Nonpriority creditor's name and mailing address**

George Wu
20022 East Skyline Drive

Walnut, CA, 91789

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 99.99**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC
      Name

Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 2922  **Nonpriority creditor's name and mailing address**

George Youngdahl
1411 Marsh Meadow Lane

Davenport, FL, 33896-6708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2923  **Nonpriority creditor's name and mailing address**

Georgia  Chavez
13455 Mountain Drive

Hesperia, CA, 92344

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.69

**Basis for the claim:**  Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2924  **Nonpriority creditor's name and mailing address**

Georgina Green
225 Wynfield Ln

Bonaire, GA, 31005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:**  Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2925  **Nonpriority creditor's name and mailing address**

Geraldine  Suniga
7100 Balboa Boulevard, Unit 804

Los Angeles, CA, 91406

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.47

**Basis for the claim:**  Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2926  **Nonpriority creditor's name and mailing address**

Geraldine Genuino
14-05 Emerson Drive

Fair Lawn, NJ, 7410

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.99

**Basis for the claim:**  Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|--------|------------------------|--------------------------|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 2927 **Nonpriority creditor's name and mailing address**

Gerardo  Zaninovich
2310 Fountain View Drive #50

Houston, TX, 77057

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 29.98**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2928 **Nonpriority creditor's name and mailing address**

Gerardo Molina
886 West Garrett Avenue

Farmersville, CA, 93223

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 34.99**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2929 **Nonpriority creditor's name and mailing address**

Gerardo Munoz
715 Meeker Ave

La Puente, CA, 91746

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 27.48**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2930 **Nonpriority creditor's name and mailing address**

Gerardo Murray
940 N Cornejo Way

Azusa, CA, 91702

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 132.29**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2931 **Nonpriority creditor's name and mailing address**

Gerardo Santa Rosa
2142 Warwick Road

Houston, TX, 77093

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 40.99**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                          Case number *(if known)*_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2932  **Nonpriority creditor's name and mailing address**

Gerardo Santana
13821 Walnut St

Whittier, CA, 90602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 112.43

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2933  **Nonpriority creditor's name and mailing address**

Gerber Jimenez
3105 NEW COACH LN

Bowie, MD, 20716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 257.94

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2934  **Nonpriority creditor's name and mailing address**

Germaine Cunningham
2030 Brandilyn Cir

Anchorage, AK, 99516

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 54.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2935  **Nonpriority creditor's name and mailing address**

German Torres
2798 flemons ave

Stockton, CA, 95205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2936  **Nonpriority creditor's name and mailing address**

Giancarlo Chavez
20402 Northeast 14th Court

North Miami Beach, FL, 33179

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.80

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3. [2937] **Nonpriority creditor's name and mailing address**

Giankarlo Casanova
332 W 29TH ST

LORAIN, OH, 44055-1112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.93

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3. [2938] **Nonpriority creditor's name and mailing address**

Gianni Vestita
8104 Prairie Rye Dr

Lago vista, TX, 78645

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. [2939] **Nonpriority creditor's name and mailing address**

Gigi Cinkus
6517 41st Street

Stickney, IL, 60402

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.68

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. [2940] **Nonpriority creditor's name and mailing address**

Gilana Reiss
5800 Arlington Ave, Apt 3B

Bronx, NY, 10471

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 46.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3. [2941] **Nonpriority creditor's name and mailing address**

Gilbert Perez
20935 Trails West Drive

Katy, TX, 77449

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 47.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number (if known) |
|--------|------------------------|------------------------|
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2942   **Nonpriority creditor's name and mailing address**

Gilbert Priestley
4113 East 12th Street, Unit 2

Austin, TX, 78721

**As of the petition filing date, the claim is:** $59.53
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2943   **Nonpriority creditor's name and mailing address**

Gilbert Rivera Jr
1430 gaviota dr

salinas, CA, 93905

**As of the petition filing date, the claim is:** $44.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2944   **Nonpriority creditor's name and mailing address**

Gilda Meraz
502 S Church Ave

Bloomington, CA, 92316

**As of the petition filing date, the claim is:** $32.30
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2945   **Nonpriority creditor's name and mailing address**

Gileene  Mayllo
1662 Del Amo Boulevard

Torrance, CA, 90501

**As of the petition filing date, the claim is:** $21.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2946   **Nonpriority creditor's name and mailing address**

gilianne posadas
245 Desmond Street, Ste 100

San Francisco, CA, 94134

**As of the petition filing date, the claim is:** $5.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Sure Thing Sales, LLC.
           Name                                    Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2947    **Nonpriority creditor's name and mailing address**

Gilmar Rosales
6646 Wilbur ave, Apt 202

Reseda, CA, 91335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.69

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2948    **Nonpriority creditor's name and mailing address**

Gin Tregoning
4277 105th Avenue

Allegan, MI, 49010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2949    **Nonpriority creditor's name and mailing address**

GINA ARRIOLA
4601 PLANTATION DR

FAIR OAKS, CA, 95628

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2950    **Nonpriority creditor's name and mailing address**

Gina Leccese
6 RIVERLEDGE RD

HUDSON, NY, 12534

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2951    **Nonpriority creditor's name and mailing address**

Gina Mollinary
46 Lackawanna Dr

Stanhope, NJ, 07874-3108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.31

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC    Case number _(if known)_____
        Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 2952  **Nonpriority creditor's name and mailing address**

Gina Sinaniz
6746 , Aqueduct Ct

San Diego, CA, 92119

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 46.32

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 2953  **Nonpriority creditor's name and mailing address**

Gina Tarita-Nistor
147 BELLINI AVE, Apt 205

WOODBRIDGE, ON, L4H 0N1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.38

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 2954  **Nonpriority creditor's name and mailing address**

Giodannie Pozo
7507 Morning Glory Lane

Tampa, FL, 33619

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.86

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 2955  **Nonpriority creditor's name and mailing address**

Giovani Maciel
1015 N Del Norte Ave

Ontario, CA, 91764

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 2956  **Nonpriority creditor's name and mailing address**

Giovanni Feliu
3118 Abbie Street

Sachse, TX, 75048

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 24.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 2957 **Nonpriority creditor's name and mailing address**

Giovanni Guillen
22951 N Stuart Pl Rd

Harlingen, TX, 78552

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 40.01

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2958 **Nonpriority creditor's name and mailing address**

Gisel Badillo
8866 Broad St. NE

Moses Lake, WA, 98837

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.01

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2959 **Nonpriority creditor's name and mailing address**

Giselle Lovo
1401 E Lee Rd

Sterling, VA, 20164

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 121.88

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2960 **Nonpriority creditor's name and mailing address**

Gissette Martinez
2235 Lakeside Place, Apt 201

Corona, CA, 92879

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.99

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2961 **Nonpriority creditor's name and mailing address**

Giuseppe Spataro
61-19 Linden  street

Ridgewood , NY, 11385

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 69.67

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** `2962` **Nonpriority creditor's name and mailing address**

Gladdie Cayton
40278 Old Hickory Avenue

Gonzales, LA, 70737

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 64.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** `2963` **Nonpriority creditor's name and mailing address**

Glen Christian
13570 Old Telegraph Road

Providence Forge, VA, 23140

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 41.33

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** `2964` **Nonpriority creditor's name and mailing address**

Glen H Ackerman
1010 Wisconsin Avenue NW, Suite 208

Washington, DC, 20007

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** `2965` **Nonpriority creditor's name and mailing address**

Glen Viggiano
45 Tacoma Street

Staten Island, NY, 10304

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 38.09

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** `2966` **Nonpriority creditor's name and mailing address**

Glenda Romero
1301 Valley Drive

Hyattsville, MD, 20782

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 54.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.
        Name                                    Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2967  **Nonpriority creditor's name and mailing address**

Glenn Mullinax
2415 Quail Ridge Dr

New Braunfels, TX, 78130-9412

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.05

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2968  **Nonpriority creditor's name and mailing address**

Glenn Parker
4666 Trademark Trl

Hilliard, OH, 43026-7481

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 170.91

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2969  **Nonpriority creditor's name and mailing address**

Glenna Watson
703 White Cloud Drive

Boise, ID, 83709

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 63.59

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2970  **Nonpriority creditor's name and mailing address**

Glenry Jason Pontillas
2073 Stansfield Drive

Roseville, CA, 95747

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2971  **Nonpriority creditor's name and mailing address**

Gleyn Shields
3406 13th Street Northwest, apt-5

Washington, DC, 20010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 2972  **Nonpriority creditor's name and mailing address**

Gloria Aluotto
11 Charles Street

Keansburg, NJ, 7734

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.04

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2973  **Nonpriority creditor's name and mailing address**

Gloria Castrejon
21030 Gresham st, 404

Canoga park, CA, 91304

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 157.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2974  **Nonpriority creditor's name and mailing address**

Gloria Pineda-Sigala
625 West Holt Avenue

El Centro, CA, 92243

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.53

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2975  **Nonpriority creditor's name and mailing address**

Gloria Zengewald
3777 Silina Drive

Virginia Beach, VA, 23452

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 159.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 2976  **Nonpriority creditor's name and mailing address**

Gloria-Joy Yeaton
2784 Golden Currant View #21

Colorado Springs, CO, 80918-9057

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.87

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
Name _____    Case number (if known)_____

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

3. 2977 **Nonpriority creditor's name and mailing address**

Godfrey Miles
3836 HIGHWAY US 82 West, LOT 160

Leland, MS, 38756-9204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 2978 **Nonpriority creditor's name and mailing address**

GOKHAN YILMAZ
4 NORTHBROOK ROAD

EAST YORK, ON, M4J 4G1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.91

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 2979 **Nonpriority creditor's name and mailing address**

Gong Ning Li
11 new whitney st #308

boston, MA, 2115

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 167.86

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 2980 **Nonpriority creditor's name and mailing address**

Gordon Danzey
1905 Barbridge Way

Powell, TN, 37849

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.76

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 2981 **Nonpriority creditor's name and mailing address**

Gordon Newman
3511 Southern Ave.

Baltimore, MD, 21214

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 123.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
          Name                                              Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3. **2982**  **Nonpriority creditor's name and mailing address**

Grace Brooks
23571 Oneida St

Oak Park, MI, 48237

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12.71

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **2983**  **Nonpriority creditor's name and mailing address**

Grace Kim
2406 Weycroft

Enid, OK, 73703

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 55.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **2984**  **Nonpriority creditor's name and mailing address**

Grace Thurmond
1270 Plum Street

San Diego, CA, 92106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 104.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **2985**  **Nonpriority creditor's name and mailing address**

GRACE WORMLEY
514 WEST MAIN ST.  P O BOX 355

EMMITSBURG, MD, 21727-0355

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25.42

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **2986**  **Nonpriority creditor's name and mailing address**

gracie allen
568 hi crest drive

Lexington, KY, 40505

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27.55

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 2987  **Nonpriority creditor's name and mailing address**

Grant Bell
3711 Folsom Ct

West Sacramento, CA, 95691

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2988  **Nonpriority creditor's name and mailing address**

Grant Brown
6569 Brandt Pike

Huber Heights, OH, 45424

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.87

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2989  **Nonpriority creditor's name and mailing address**

Grant Brownlee
9301 Avondale Rd NE Apt S2103

Redmond, WA, 98052-3343

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.03

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2990  **Nonpriority creditor's name and mailing address**

Grant Cole
1071 Turkey Run Rd

Halifax, VA, 24558

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 2991  **Nonpriority creditor's name and mailing address**

Grant Hirano
1127 Kassel Ter

sunnyvale, CA, 94089-4510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  Sure Thing Sales, LLC.
Name _____  Case number *(if known)* _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 2992  **Nonpriority creditor's name and mailing address**

Grant Hirano
1127 Kassel Terrace

SUNNYVALE, CA, 94089

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 45.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 2993  **Nonpriority creditor's name and mailing address**

Grant Tiemann
88 Baycrest Court

Newport Beach, CA, 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 49.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 2994  **Nonpriority creditor's name and mailing address**

Greg Buck
1682 w 4450 s

ROY, UT, 84067-3041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 139.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 2995  **Nonpriority creditor's name and mailing address**

Greg Capel Jr
123 South Main Street

Glassboro, NJ, 08028-2541

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.18

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 2996  **Nonpriority creditor's name and mailing address**

Greg D Kammes
17539 County Road G

Mineral Point, WI, 53565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 69.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.                                    Case number *(if known)*_____
          Name

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 2997  **Nonpriority creditor's name and mailing address**

Greg Kraft
25 N Cedar Ave

Maple Shade, NJ, 8052

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 2998  **Nonpriority creditor's name and mailing address**

Greg Levy
1033 Pebble Lake Street

Henderson, NV, 89011

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 285.91

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 2999  **Nonpriority creditor's name and mailing address**

Greg Sinnwell
2067 Grants Valley Ln

Imperial, MO, 63052-4017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.98

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 3000  **Nonpriority creditor's name and mailing address**

Greg Smith
2126 S 900 E

Bountiful, UT, 84010

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.94

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 3001  **Nonpriority creditor's name and mailing address**

Gregg Shiozaki
3905 Wellington Square

San Jose, CA, 95136

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 283.82

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3002 **Nonpriority creditor's name and mailing address**

Gregory Apodaca
2715 Wiedekamp Ct, Unit C

JBER, AK, 99506-4660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 49.98**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3003 **Nonpriority creditor's name and mailing address**

Gregory Arrington
6724 Wayman Ridge

San Antonio, TX, 78233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 53.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3004 **Nonpriority creditor's name and mailing address**

Gregory Brooks
3900 Greystone Avenue, Apt 53F

Bronx, NY, 10463

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 47.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3005 **Nonpriority creditor's name and mailing address**

Gregory C Nordin
6213 Twin Oaks Dr, Apt 1197

Colorado Springs, CO, 80918-3261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 51.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3006 **Nonpriority creditor's name and mailing address**

Gregory C Nordin
6213 Twin Oaks Dr, Apt 1197

Colorado Springs, CO, 80918-3261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 71.97**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor        Sure Thing Sales, LLC.
              Name                                        Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3. 3007 **Nonpriority creditor's name and mailing address**

Gregory Fuller
5804 taft st

arvada, CO, 80004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 48.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

3. 3008 **Nonpriority creditor's name and mailing address**

Gregory Ginsburg
1020 Grand Concourse, Apt 7A

Bronx, NY, 10451

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 45.72

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

3. 3009 **Nonpriority creditor's name and mailing address**

Gregory Hirn
9078 West Heathwood Drive, 6K

Niles, IL, 60714

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

3. 3010 **Nonpriority creditor's name and mailing address**

Gregory j Credille
4320 Commons Drive West apt 3211

Destin, FL, 32541

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

3. 3011 **Nonpriority creditor's name and mailing address**

Gregory Lipeles
15111 FREEMAN AVENUE UNIT 71

LAWNDALE, CA, 90260

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 24.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor     Sure Thing Sales, LLC.
           Name                                    Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 3012 **Nonpriority creditor's name and mailing address**

Gregory Pecht
1 JFK Blvd, 25 F

Somerset, NJ, 8873

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.64

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3013 **Nonpriority creditor's name and mailing address**

Gregory Sim
914 Crain Hwy N

Glen Burnie, MD, 21061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.65

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3014 **Nonpriority creditor's name and mailing address**

Gregory Tingle
9319 Rum Ridge Road

Delmar, MD, 21875

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3015 **Nonpriority creditor's name and mailing address**

Gregory Tucker
8372 Wilmington Dr, --

Colorado Springs, CO, 80920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 128.74

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3016 **Nonpriority creditor's name and mailing address**

Gregory Valade
20901 Robinson St

Farmington Hills, MI, 48336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Sure Thing Sales, LLC. | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 3017  **Nonpriority creditor's name and mailing address**

Gregory Wheeldon
26 Danielle Court

Mays Landing, NJ, 8330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 3018  **Nonpriority creditor's name and mailing address**

Gregory Williams
2131 Danville Pike

Hillsville, VA, 24343

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 3019  **Nonpriority creditor's name and mailing address**

greta katz
104 Kandace Street

Syracuse, NY, 13204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.79

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 3020  **Nonpriority creditor's name and mailing address**

Grey Damon
10880 Wilshire Boulevard, Suite 1000

Los Angeles, CA, 90024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 3021  **Nonpriority creditor's name and mailing address**

Grey Damon
10880 Wilshire Boulevard, Suite 1000

Los Angeles, CA, 90024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 3022   **Nonpriority creditor's name and mailing address**

Grey Damon
4311 Beeman ave

Studio City, CA, 91604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,990.72

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3023   **Nonpriority creditor's name and mailing address**

Greyson Lazarus
4920 SW Humphrey Park Crest

Portland, OR, 97221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3024   **Nonpriority creditor's name and mailing address**

Griffin Cooper
14 Indian Field Court

Mahwah, NJ, 7430

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28.78

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3025   **Nonpriority creditor's name and mailing address**

GRIFFIN Martin
3702 Windmere Lane

Johnsburg, IL, 60051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 73.09

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3026   **Nonpriority creditor's name and mailing address**

Grolan Malolot
4641 Live Oak Lane

Milton, FL, 32571

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 35.30

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor   Sure Thing Sales, LLC.
　　　　Name                                    Case number (if known)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3027  **Nonpriority creditor's name and mailing address**

Guardian
PO Box 677458

Dallas, TX, 75267-7458

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 200.00

**Basis for the claim:** Insurance company

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3028  **Nonpriority creditor's name and mailing address**

Guido Barba
85-09 151st Avenue, 4k

Queens, NY, 11414

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 152.41

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3029  **Nonpriority creditor's name and mailing address**

Guido Schettini
4507 Welby Turn

Midlothian, VA, 23113

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 122.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3030  **Nonpriority creditor's name and mailing address**

Guillermo  Mora
915 North Elm Street

Seymour, IN, 47274

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3031  **Nonpriority creditor's name and mailing address**

Guillermo Garcia
1335 Roselawn street

National City, CA, 91950

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3032   **Nonpriority creditor's name and mailing address**

Guillermo Reyes
8339 SW 157th Pl

Miami, FL, 33193

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 52.42

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3033   **Nonpriority creditor's name and mailing address**

Guillermo Rivas
2216 West Rock Creek Court

Merced, CA, 95348

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3034   **Nonpriority creditor's name and mailing address**

Guillermo Torres
2410 Huckleberry Lane

Pasadena, TX, 77502

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 265.20

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3035   **Nonpriority creditor's name and mailing address**

Guiyuan  Wu
2617 South Holly Street

Seattle, WA, 98108

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 57.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3036   **Nonpriority creditor's name and mailing address**

Guo Yu
409 Grenoble Rd

Santa Barbara, CA, 93110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 86.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 3037 **Nonpriority creditor's name and mailing address**

Gust Truy
24 Monmouth Avenue

Edison, NJ, 8820

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 58.63

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3038 **Nonpriority creditor's name and mailing address**

Gustavo Chang
73 Gile Pond RD

Franklin, NH, 3235

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 53.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3039 **Nonpriority creditor's name and mailing address**

Gustavo Gonzalez
15485 Shadow Mountain Ln

Lake Elsinore, CA, 92530

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 38.05

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3040 **Nonpriority creditor's name and mailing address**

Gusto
525 20th St.

San Francisco, CA, 94107

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Software Invoice

$ 160.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3041 **Nonpriority creditor's name and mailing address**

Guy Higuchi
PO Box 193

Hanapepe, HI, 96716-0193

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 52.34

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC |
|---|---|
| | Name |

Case number *(if known)* _____

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3042 **Nonpriority creditor's name and mailing address**

Guy Reeves
PSC 2, Box 7772

APO, AE, 9012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3043 **Nonpriority creditor's name and mailing address**

Guy Twitty
1941 20th Avenue drive NE, 52

Hickory, NC, 28601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.88

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3044 **Nonpriority creditor's name and mailing address**

Gwen Mulligan
152 Bristol Pass

Aiken, SC, 29801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.91

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3045 **Nonpriority creditor's name and mailing address**

Ha'ani Tydingco
13241 Corte Villanueva

San Diego, CA, 92129

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.47

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3046 **Nonpriority creditor's name and mailing address**

Ha'mani Ashley
16275 E 107th Pl

Commerce City, CO, 80022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.                          Case number *(if known)*_____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

3.**3047**  Nonpriority creditor's name and mailing address

Ha-Won Lee
16 Hollywood Dr

Woodbridge, NJ, 7095

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 261.22

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3.**3048**  Nonpriority creditor's name and mailing address

Hageo Trinidad
172 Smith Drive

Winchester, VA, 22603

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,367.50

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3.**3049**  Nonpriority creditor's name and mailing address

Hai Du
541 West Royce Drive

Mountain House, CA, 95391

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3.**3050**  Nonpriority creditor's name and mailing address

Hai Duong
3624 Bloomsbury Way

San Jose, CA, 95132

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 344.97

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3.**3051**  Nonpriority creditor's name and mailing address

Haihan Wang
958 Robin Rd

Amherst, NY, 14228

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 78.98

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC
_____    Case number _(if known)_____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 3052  **Nonpriority creditor's name and mailing address**

hailea fiona
95 RIVER RD APT 18

MANCHESTER, NH, 03104-2963

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 47.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3053  **Nonpriority creditor's name and mailing address**

Hailee Yoder
629 Ebersole Road

Reading, PA, 19605

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.08

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3054  **Nonpriority creditor's name and mailing address**

Hailey Tinajero
1279 bal

San jose , CA, 95122

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.70

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3055  **Nonpriority creditor's name and mailing address**

Hakeem Ferguson
301 Richmondfarm Cir.

Lexington, SC, 29072

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.44

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3056  **Nonpriority creditor's name and mailing address**

Haleigh Baez
181 E 111th St, Apt 4A

New York, NY, 10029

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.05

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 3057   **Nonpriority creditor's name and mailing address**

haley bishop
122 South Grove Street

Sicklerville, NJ, 8081

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 52.98

---

**3.** 3058   **Nonpriority creditor's name and mailing address**

Haley Olson
10551 Greenbrier Rd Apt 309

Minnetonka, MN, 55305

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 58.98

---

**3.** 3059   **Nonpriority creditor's name and mailing address**

Haley Peterson
1645 Ala Wai Boulevard, Apartment #1406

Honolulu, HI, 96815

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 42.99

---

**3.** 3060   **Nonpriority creditor's name and mailing address**

Haley Roldan
10213 Union Terrace Ln N

Maple grove, MN, 55369-4712

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 38.69

---

**3.** 3061   **Nonpriority creditor's name and mailing address**

Haley Roraff
N1247 Coolidge Road

Oconomowoc, WI, 53066

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 283.97

Debtor ___Sure Thing Sales, LLC._____ Case number _(if known)_____
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3062  **Nonpriority creditor's name and mailing address**

HALEY SMITH
106 S BENDING OAK LN

WYLIE, TX, 75098

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 224.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 3063  **Nonpriority creditor's name and mailing address**

Haley Storey
70 East Road

East Kingston, NH, 3827

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 3064  **Nonpriority creditor's name and mailing address**

Han Nguyen
17830 47th ave w

lynnwood, WA, 98037

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.26

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 3065  **Nonpriority creditor's name and mailing address**

Han Xu
2151 Oakland Road spc 142, 142

San Jose, CA, 95131

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.06

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 3066  **Nonpriority creditor's name and mailing address**

Hanji Chen
180 South St, Apt 16D

New York, NY, 10038-1419

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Debtor    Sure Thing Sales, LLC.                                         Case number *(if known)*_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 3067  **Nonpriority creditor's name and mailing address**

Hank Diplock
27 Macomber Ave

Augusta, ME, 4330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 15.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3068  **Nonpriority creditor's name and mailing address**

Hannah Currey
1138 La Jolla Dr

Thousand Oaks, CA, 91362

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3069  **Nonpriority creditor's name and mailing address**

Hannah Esbenshade
11 Laura Ct

Quarryville, PA, 17566

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 121.89

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3070  **Nonpriority creditor's name and mailing address**

hannah francis
15147 Homestead Road

Thompsonville, MI, 49683

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 30.73

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3071  **Nonpriority creditor's name and mailing address**

Hannah Kerezsi
1704 Falkirk Road

Madison, OH, 44057

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 56.81

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 3072 **Nonpriority creditor's name and mailing address**

Hannah Newell
2443 New Hinson Rd

Slocomb, AL, 36375

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25.43

---

**3.** 3073 **Nonpriority creditor's name and mailing address**

Hannah Panzino
540 Salem Avenue

Newfield, NJ, 8344

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 41.57

---

**3.** 3074 **Nonpriority creditor's name and mailing address**

Hannah Tamaki
24982 Southport Street

Laguna Hills, CA, 92653

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 75.40

---

**3.** 3075 **Nonpriority creditor's name and mailing address**

Hannah Wall
2518 Hightrail dr

Carrollton, TX, 75006

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 28.13

---

**3.** 3076 **Nonpriority creditor's name and mailing address**

Hannah Wambold
17212 North Scottsdale Road, #2137

Scottsdale, AZ, 85255

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 33.49

---

Debtor   Sure Thing Sales, LLC.
         Name                                                      Case number (if known)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3077   **Nonpriority creditor's name and mailing address**

Hannah West
119 Wade Herrod Road

Smyrna, TN, 37167

**As of the petition filing date, the claim is:**   $ 58.16
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3078   **Nonpriority creditor's name and mailing address**

Hannah Wilkinson
4115 Kingman Boulevard, Apt.1

Des Moines, IA, 50311

**As of the petition filing date, the claim is:**   $ 163.48
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3079   **Nonpriority creditor's name and mailing address**

Hannah Zermeno
2285 Lakeside Place, 201

Corona, CA, 92879

**As of the petition filing date, the claim is:**   $ 8.69
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3080   **Nonpriority creditor's name and mailing address**

Hannett, Megan
1005 E Grove Drive

Pleasant Grove, UT, 84062

**As of the petition filing date, the claim is:**   $ 27.88
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3081   **Nonpriority creditor's name and mailing address**

HANS LE
7808 Rose Garden Lane

Springfield, VA, 22153

**As of the petition filing date, the claim is:**   $ 52.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
Name

Case number (if known)

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 3082  Nonpriority creditor's name and mailing address

Haoyun Qiu
830 Columba Ln

Foster City, CA, 94404

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 223.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3083  Nonpriority creditor's name and mailing address

Happy Singh
2100 beechwood court

Antioch, CA, 94509

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.42

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3084  Nonpriority creditor's name and mailing address

Hari Kavia
24382 Patricia Street

Laguna Hills, CA, 92656

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.92

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3085  Nonpriority creditor's name and mailing address

Harold Bierwirth
2139 3rd Avenue

Watervliet, NY, 12189

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.95

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3086  Nonpriority creditor's name and mailing address

Harold Sheridan
28 Park Avenue

Warwick, NY, 10990

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3087 **Nonpriority creditor's name and mailing address**

Harold Sussman
65 Provencal Road, APT 406

Laconia, NH, 3246

**As of the petition filing date, the claim is:** $74.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3088 **Nonpriority creditor's name and mailing address**

Harrison Deitz
43864 Piney Stream Ct

Chantilly, VA, 20152

**As of the petition filing date, the claim is:** $19.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3089 **Nonpriority creditor's name and mailing address**

Harrison Stewart
27141 Norfolk, 27141 Norfolk

Inkster, MI, 48141

**As of the petition filing date, the claim is:** $26.49
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3090 **Nonpriority creditor's name and mailing address**

Harry A Moore
110 Main Street

Southampton Township, NJ, 8088

**As of the petition filing date, the claim is:** $136.47
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3091 **Nonpriority creditor's name and mailing address**

Harry M Peless
8807 Birchwood Dr

Newport, MI, 48166

**As of the petition filing date, the claim is:** $22.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
         Name                                    Case number (if known)

---

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3. 3092** Nonpriority creditor's name and mailing address

Harry Tyler
815 CIRCLE DR

PALMER LAKE, CO, 80133

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 3093** Nonpriority creditor's name and mailing address

Hasan Currie
1511 S 47th street

Philadelphia, PA, 19143

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 167.40

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 3094** Nonpriority creditor's name and mailing address

Hattie Barger
3967 Winding Blade Road

East Bernstadt, KY, 40729

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 3095** Nonpriority creditor's name and mailing address

Hattie Bethke
1928 Crystal Springs Rd W

University Place, WA, 98466

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 373.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 3096** Nonpriority creditor's name and mailing address

HAYDE FRANCO
15906 MONTE BELLO LN

EDINBURG, TX, 78541-7392

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.

Name                                                    Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.** 3097  **Nonpriority creditor's name and mailing address**

hayden evans
59 Denrose Dr, H

Amherst, NY, 14228

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 93.51

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3098  **Nonpriority creditor's name and mailing address**

Hayes Kwong
3246 Dorset Dr.

Brooklyn Heights, OH, 44131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3099  **Nonpriority creditor's name and mailing address**

Hayley Green
628 Canyon Rd.

Novato, CA, 94947

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3100  **Nonpriority creditor's name and mailing address**

Hays Amano
138N G 3rd Street, G

Alhambra, CA, 91801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.64

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3101  **Nonpriority creditor's name and mailing address**

Hazel Haggins
6037 Hickory Drive

Forest Park, GA, 30297

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 118.78

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_ _____

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

---

**3.** 3102  **Nonpriority creditor's name and mailing address**

Heath Wineburner
336 S Oliver

Wichita, KS, 67218

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 42.99

---

**3.** 3103  **Nonpriority creditor's name and mailing address**

Heather Banton
608 Northwynd Cir

Lynchburg, VA, 24502

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 27.37

---

**3.** 3104  **Nonpriority creditor's name and mailing address**

Heather Condon
3244 Prairie St.

Aurora, IL, 60506

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 277.11

---

**3.** 3105  **Nonpriority creditor's name and mailing address**

Heather Crockett
527 East Grandview Way

Casselberry, FL, 32707

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 32.09

---

**3.** 3106  **Nonpriority creditor's name and mailing address**

Heather Gomez
1301 Congress Street

Woodbridge, VA, 22191

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12.71

---

Debtor    Sure Thing Sales, LLC.
Name                                Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3. **3107**   **Nonpriority creditor's name and mailing address**

Heather marshall
161 West Bell Street

Sequim, WA, 98382

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.18

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **3108**   **Nonpriority creditor's name and mailing address**

Heather Russell
411 Candlewood Dr.

State College, PA, 16803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **3109**   **Nonpriority creditor's name and mailing address**

Heather Sassi
20 Little River Ct

Youngsville, NC, 27596

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **3110**   **Nonpriority creditor's name and mailing address**

Heather Schwenker
3046 Alton Darby Creek Rd

Hilliard, OH, 43026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **3111**   **Nonpriority creditor's name and mailing address**

Heather Waldenmaier
25 Simmons Rd

Mooers, NY, 12958-3834

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    Sure Thing Sales, LLC
_____
Name

Case number *(if known)* _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 3112   **Nonpriority creditor's name and mailing address**

Heaven Anguiano
45465 25th St E sp 182

Lancaster, CA, 93535

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.68

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 3113   **Nonpriority creditor's name and mailing address**

Hector Alanis
8516 Paddock Trail

Blacklick, OH, 43004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 112.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 3114   **Nonpriority creditor's name and mailing address**

Hector Arizpe
3096 Grandiflora Dr

Greenacres, FL, 33467

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.44

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 3115   **Nonpriority creditor's name and mailing address**

Hector Cardenas
527 Howard Avenue, Apt. 16

Montebello, CA, 90640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 408.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 3116   **Nonpriority creditor's name and mailing address**

Hector Castaneda
35 Baileys Court

Silver Spring, MD, 20906

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor ___Sure Thing Sales, LLC._____ Case number _(if known)_____
       Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3117  **Nonpriority creditor's name and mailing address**

Hector Castellanos
2828 N Cambridge Ave, Apt 516

Chicago, IL, 60657-6053

**As of the petition filing date, the claim is:**     $ 15.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3118  **Nonpriority creditor's name and mailing address**

Hector Cervantes
427 Ripley Ave

Richmond, CA, 94801-2684

**As of the petition filing date, the claim is:**     $ 12.06
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3119  **Nonpriority creditor's name and mailing address**

Hector Delgado
7711 Pandora Street

El Paso, TX, 79904

**As of the petition filing date, the claim is:**     $ 107.13
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3120  **Nonpriority creditor's name and mailing address**

Hector Farias
37327 East Ave 35th street

PALMDALE, CA, 93550

**As of the petition filing date, the claim is:**     $ 69.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3121  **Nonpriority creditor's name and mailing address**

Hector Flores
13210 May Ct

Silver Spring, MD, 20906-3915

**As of the petition filing date, the claim is:**     $ 72.07
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
         Name                                          Case number *(if known)*_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 3122  **Nonpriority creditor's name and mailing address**

Hector Garcia
135 virginia ave

Ontario, CA, 91764-4323

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 113.12

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 3123  **Nonpriority creditor's name and mailing address**

Hector Gomez
1403  Thornhill Dr

Newark, DE, 19702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 3124  **Nonpriority creditor's name and mailing address**

Hector Reyes
168 Hampden Street, Unit 1

Chicopee, MA, 1013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 3125  **Nonpriority creditor's name and mailing address**

HECTOR T VELAZQUEZ
PO BOX 367682

San Juan, PR, 936

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 3126  **Nonpriority creditor's name and mailing address**

Hector Velasco
449 South Kern Ave

Los Angeles, CA, 90022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.74

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor _____Sure Thing Sales, LLC_____    Case number _(if known)_____
            Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3.**3127** Nonpriority creditor's name and mailing address

Hector Zavala
740 Manor St

Houston, TX, 77015

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 276.02

---

3.**3128** Nonpriority creditor's name and mailing address

Heda Patrick
1212 Taylor Lane

Lewisville, TX, 75077

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 54.11

---

3.**3129** Nonpriority creditor's name and mailing address

Heidi Asjes
511 Emerald Dunes Place

Horizon City, TX, 79928

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 49.78

---

3.**3130** Nonpriority creditor's name and mailing address

Heidi Cobb
343 Yockey Road

Mitchell, IN, 47446

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 44.99

---

3.**3131** Nonpriority creditor's name and mailing address

Heidi Heintzelman
1719 Dressler Ridge Road

Richfield, PA, 17086

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 84.99

---

Debtor ___Sure Thing Sales, LLC.___ Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

3. **3132** **Nonpriority creditor's name and mailing address**

Heidi Morales
1949 Redberry Ln

Conover, NC, 28613

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **3133** **Nonpriority creditor's name and mailing address**

HeimLantz
180 Admiral Cochrane Dr. - Suite 520

Annapolis, MD, 21401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounting Services

$ 27,500.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **3134** **Nonpriority creditor's name and mailing address**

Helen Henry
106 Flicker Drive

McKees Rocks, PA, 15136

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.19

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **3135** **Nonpriority creditor's name and mailing address**

Helen Morales
4313 Flamingo dr

Naples, FL, 34104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 149.78

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **3136** **Nonpriority creditor's name and mailing address**

Helen Uribe
1439 E 90th ST

Los Angeles, CA, 90002

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.36

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC
_____
Name                                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. **3137** | **Nonpriority creditor's name and mailing address**

Helena Ramning
712 Cowan Ln

McKinney, TX, 75071

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **3138** | **Nonpriority creditor's name and mailing address**

Helio rodriguez
4040 boulder hwy , Apt#1110  Bldg#14

LAS VEGAS, NV, 89121

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 49.84

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **3139** | **Nonpriority creditor's name and mailing address**

Hemant Patel
12572 San Pablo Avenue

Richmond, CA, 94805

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 111.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **3140** | **Nonpriority creditor's name and mailing address**

Henricky Nascimento
5202 Hampton Beach Place, town house

Tampa, FL, 33609

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **3141** | **Nonpriority creditor's name and mailing address**

Henry  Arevalo
88 George St

Milltown , NJ, 8850

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 49.03

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
          Name                                    Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3142 **Nonpriority creditor's name and mailing address**

Henry Arevalo
88 George st

Milltown, NJ, 8850

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 111.97

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3143 **Nonpriority creditor's name and mailing address**

Henry AuYeung
3740 South Halsted Street

Chicago, IL, 60609

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 114.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3144 **Nonpriority creditor's name and mailing address**

Henry Bahrs
232 West Talcott Road

Park Ridge, IL, 60068

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 30.79

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3145 **Nonpriority creditor's name and mailing address**

Henry Barnes
75 Van Vlake Drive

Georgetown, SC, 29440

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16.95

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3146 **Nonpriority creditor's name and mailing address**

Henry Betancourth
8478 Eden Lane

Pennsauken, NJ, 8110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 35.18

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|--------|----------------------|--------------------------|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 3147 | **Nonpriority creditor's name and mailing address**

Henry Chen
4935 Vail Drive

Caledonia, IL, 61011

**As of the petition filing date, the claim is:** $ 142.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3148 | **Nonpriority creditor's name and mailing address**

Henry Chow
3356 Madden Way

Dublin, CA, 94568

**As of the petition filing date, the claim is:** $ 22.04
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3149 | **Nonpriority creditor's name and mailing address**

Henry Do
6600 Tierra Drive

Waco, TX, 76712

**As of the petition filing date, the claim is:** $ 33.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3150 | **Nonpriority creditor's name and mailing address**

Henry He
44-10 Ketcham Street, Apt. 1A

Elmhurst, NY, 11373

**As of the petition filing date, the claim is:** $ 79.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3151 | **Nonpriority creditor's name and mailing address**

Henry Knoche
1300 Walnut

Higginsville, MO, 64037

**As of the petition filing date, the claim is:** $ 21.65
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims |

Debtor   Sure Thing Sales, LLC
_____    _____
Name                                Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 3152 **Nonpriority creditor's name and mailing address**

Henry Rivas
8517 E 83rd St

Tulsa, OK, 74133-8005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 173.53

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 3153 **Nonpriority creditor's name and mailing address**

Henry Tran
648 GROVER WILSON RD

BLYTHEWOOD, SC, 29016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.59

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 3154 **Nonpriority creditor's name and mailing address**

Henry Vo
1751 Lakeside Enclave Drive

Houston, TX, 77077

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.64

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 3155 **Nonpriority creditor's name and mailing address**

Hera Kim
5543 Ridgeton Hill Ct

Fairfax, VA, 22032

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.85

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 3156 **Nonpriority creditor's name and mailing address**

Herbert  Cholger
24256 Loretta Ave

Warren, MI, 48091

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 134.91

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor   Sure Thing Sales, LLC.
         Name                                        Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3157   **Nonpriority creditor's name and mailing address**

Herbert  Isais
46 Via Barberini

Chula Vista, CA, 91910

**As of the petition filing date, the claim is:**    $ 146.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No ☐ Yes |

**3.** 3158   **Nonpriority creditor's name and mailing address**

Herman Perez
4211 East 100th Avenue lot 441

Thornton, CO, 80229

**As of the petition filing date, the claim is:**    $ 8.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No ☐ Yes |

**3.** 3159   **Nonpriority creditor's name and mailing address**

hermes ramirez
9817 Turf Way, Apt 8

Orlando, FL, 32837

**As of the petition filing date, the claim is:**    $ 9.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No ☐ Yes |

**3.** 3160   **Nonpriority creditor's name and mailing address**

Hermione Joseph louis
1602 East 94th Street

Brooklyn, NY, 11236

**As of the petition filing date, the claim is:**    $ 11.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No ☐ Yes |

**3.** 3161   **Nonpriority creditor's name and mailing address**

Heron LO
42607 Fontainebleau Park Lane

Fremont, CA, 94538

**As of the petition filing date, the claim is:**    $ 28.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No ☐ Yes |

Debtor _____  Case number _(if known)_____
         Sire Thing Sales, LLC.
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

| 3. 3162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 76.98 |

Hien Huynh
1315  E Nasa Parkway, Apt 307

Houston, TX, 77058

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

| 3. 3163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 231.98 |

hien pham
167 Albany Ave

vacaville, CA, 95687

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

| 3. 3164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 33.96 |

Hieu Tran-Nol
17 Snell Street

Holbrook, MA, 2343

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

| 3. 3165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 12.99 |

Hilary Mechler
5 Goodnow Avenue

Ashland, MA, 1721

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

| 3. 3166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 37.31 |

Hilda velez
590 62nd St, Apt 4A

west new york, NJ, 07093-1556

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

| Debtor | Sure Thing Sales, LLC |
|---|---|
| | Name |

Case number *(if known)* _____

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3167 **Nonpriority creditor's name and mailing address**

Hilton Kreil
9814 South Townsville Circle

Littleton, CO, 80130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3168 **Nonpriority creditor's name and mailing address**

Hiram Leyva
West Flagler Street, 5

Miami, FL, 33144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 149.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3169 **Nonpriority creditor's name and mailing address**

Ho Chan
27 Perna Lane

Riverside, CT, 6878

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 154.98

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3170 **Nonpriority creditor's name and mailing address**

Ho Yu
7606 Cortina Dr.

Houston, TX, 77083

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.98

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3171 **Nonpriority creditor's name and mailing address**

Hoa Huynh
1501 Little Gloucester Road, APT Q-30

BLACKWOOD, NJ, 8012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.31

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
Name                                                        Case number *(if known)*

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 3172  **Nonpriority creditor's name and mailing address**

Hoan Que Ly
1623 37TH AVENUE

SAN FRANCISCO, CA, 94122-3127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.94

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3. 3173  **Nonpriority creditor's name and mailing address**

Hoang Gralewski
38W476 N. Lakeview Circle

Saint Charles, IL, 60175

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3. 3174  **Nonpriority creditor's name and mailing address**

Hoang Nguyen
5412 Wellington drive

Richardson, TX, 75082

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 422.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3. 3175  **Nonpriority creditor's name and mailing address**

Hoi Yan Cheung
4622 west orchid lane

chandler, AZ, 85226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 258.70

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3. 3176  **Nonpriority creditor's name and mailing address**

Holden Honor
3025 Crum Road

Brooksville, FL, 34604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3177 **Nonpriority creditor's name and mailing address**

Hollee Smith
3022 Brookhill Ct.

Georgetown, IN, 47122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 12.83

---

**3.** 3178 **Nonpriority creditor's name and mailing address**

Hollie Levy
340 Lakeview Ave

Haddonfield, NJ, 8033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 14.99

---

**3.** 3179 **Nonpriority creditor's name and mailing address**

Holly Bennett
4544 East Corral Road

Phoenix, AZ, 85044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 16.17

---

**3.** 3180 **Nonpriority creditor's name and mailing address**

Holly Check
19794 Zane St NW

Elk River, MN, 55330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 28.04

---

**3.** 3181 **Nonpriority creditor's name and mailing address**

Holly Dyer
301 E 26th Ave

Ellensburg, WA, 98926-2523

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 59.60

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|--------|----------------------|------------------------|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 3182  **Nonpriority creditor's name and mailing address**

Holly Slaski
4964 Sugar Pie Drive

Schnecksville, PA, 18078

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 3183  **Nonpriority creditor's name and mailing address**

Holly Stiffler
406 Stuart Circle

Belle Vernon, PA, 15012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12.83

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 3184  **Nonpriority creditor's name and mailing address**

Hong L Yeung
755 Northeast Circle Boulevard, 36

Corvallis, OR, 97330

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 45.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 3185  **Nonpriority creditor's name and mailing address**

Hongshan Xu
3336 Peppermill Drive

West Lafayette, IN, 47906

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 179.75

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 3186  **Nonpriority creditor's name and mailing address**

Honor Pomeroy
1920 North 1st Avenue, Apt 114

Tucson, AZ, 85719

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28.64

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 3187  **Nonpriority creditor's name and mailing address**

Hope Amm
5025 Trace Crossings Ln

Birmingham, AL, 35244

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 3188  **Nonpriority creditor's name and mailing address**

Horizon Blue Cross Blue Shield of NJ
PO Box 10130

Newark, NJ, 07101-3130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 428.30

**Basis for the claim:** Insurance company

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 3189  **Nonpriority creditor's name and mailing address**

Howard Hunter
3813 Orchard Park Lane

Midlothian, TX, 76065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 3190  **Nonpriority creditor's name and mailing address**

Howard Le
3902 Somerset Rd

Yorba Linda, CA, 92886

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 126.95

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 3191  **Nonpriority creditor's name and mailing address**

Huaning Wang
1629 Parkway Dr

Folsom, CA, 95630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.72

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.** 3192   **Nonpriority creditor's name and mailing address**

Huck's Filling Station
211 Fall River Avenue

Seekonk, MA, 2771

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3193   **Nonpriority creditor's name and mailing address**

Hugh White
1573 Holcomb Bridge Rd, Apt D

Norcross, GA, 30092

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 49.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3194   **Nonpriority creditor's name and mailing address**

Hugo  Ortiz
40 Watchung Avenue

West Orange, NJ, 7052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.31

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3195   **Nonpriority creditor's name and mailing address**

Hugo Antonio
3501 W 118th Pl

Inglewood, CA, 90303

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 90.18

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3196   **Nonpriority creditor's name and mailing address**

Hugo De Luna
6339 Glenview Place

Pittsburgh, PA, 15206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 117.69

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 649 of 1682

Debtor    Sure Thing Sales, LLC.
         Name                                                    Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 3197  **Nonpriority creditor's name and mailing address**

Hugo Sanchez
22720 Sidding Rd

Bakersfield, CA, 93314

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 38.96

---

**3.** 3198  **Nonpriority creditor's name and mailing address**

HUI SHAO
34 Meadowbrook Dr.

Huntingtion Station, NY, 11746

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 335.97

---

**3.** 3199  **Nonpriority creditor's name and mailing address**

Hulicez Gonzalez
1514 East 8th Street

Stockton, CA, 95206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 21.79

---

**3.** 3200  **Nonpriority creditor's name and mailing address**

Hun Kim
4516 Yosemite Way

Los Angeles, CA, 90065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 657.96

---

**3.** 3201  **Nonpriority creditor's name and mailing address**

Hung Chun  TWXWMANA
13822 NE Airport Way

Portland, OR, 97251-9614

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 79.98

---

Debtor  Sure Thing Sales, LLC.
        Name                                    Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3202   **Nonpriority creditor's name and mailing address**

Hung Dieu
5702 Candlecreek Drive

Richmond, TX, 77469

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3203   **Nonpriority creditor's name and mailing address**

Hung Nguyen
129 Iron Horse

Irvine, CA, 92602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 613.96

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3204   **Nonpriority creditor's name and mailing address**

Hung Nguyen
129 Iron Horse

Irvine, CA, 92602-1826

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 122.82

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3205   **Nonpriority creditor's name and mailing address**

hung nguyen
1417 Scollon Ct

San Jose, CA, 95132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 109.35

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3206   **Nonpriority creditor's name and mailing address**

Hunter Bar
709 Via Palo Alto

Washoe Valley, NV, 89704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 35.96

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|--------|------------------------|------------------------|
|        | Name                   |                        |

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3207** Nonpriority creditor's name and mailing address

Hunter Buehl
1091 North Lake Avenue, #3

Pasadena, CA, 91104

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.76

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.3208** Nonpriority creditor's name and mailing address

Hunter Carey
608 Maylawn Ave

Louisville, KY, 40217

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.61

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.3209** Nonpriority creditor's name and mailing address

Hunter Isaacs
3416 Lerwick rd

Sacramento, CA, 95821

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.26

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.3210** Nonpriority creditor's name and mailing address

Hunter Lafferty
204 Prospect Drive

Cottageville, WV, 25239

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.3211** Nonpriority creditor's name and mailing address

Hunter Leavitt
PO Box 81

Marcus, IA, 51035

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 101.98

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
Name    Case number (if known)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 3212  **Nonpriority creditor's name and mailing address**

Hunter Mason
6825 S 185th Ave

Omaha, NE, 68135

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.93

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3213  **Nonpriority creditor's name and mailing address**

Hunter Watson
8848 Gore St

Arvada, CO, 80007-7312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.70

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3214  **Nonpriority creditor's name and mailing address**

Husayn Reyes
34 Emerald Lane

Old Bridge, NJ, 8857

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3215  **Nonpriority creditor's name and mailing address**

Huy Chung
6330 Stable Farm

San Antonio, TX, 78249

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.22

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3216  **Nonpriority creditor's name and mailing address**

Huy Le
1969 W 16th St.

San Bernardino, CA, 92411

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3. | 3217 | Nonpriority creditor's name and mailing address

Hye Min Choi
16604 Ermanita Ave

Torrance, CA, 90504

As of the petition filing date, the claim is: $ 139.95
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. | 3218 | Nonpriority creditor's name and mailing address

Hyesu Jung
542 25th St, 208

Oakland, CA, 94612-1704

As of the petition filing date, the claim is: $ 98.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. | 3219 | Nonpriority creditor's name and mailing address

HYUN-SEOK JI
34024 19th Place Southwest

Federal Way, WA, 98023

As of the petition filing date, the claim is: $ 99.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. | 3220 | Nonpriority creditor's name and mailing address

Iain Nicholson
13045 Palancar Drive

Fort Worth, TX, 76244

As of the petition filing date, the claim is: $ 33.54
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. | 3221 | Nonpriority creditor's name and mailing address

Ialah Buettner
1201 Jubilee Circle

Pell City, AL, 35125

As of the petition filing date, the claim is: $ 37.44
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.                    Case number *(if known)*_____
          Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3.<u>3222</u>    **Nonpriority creditor's name and mailing address**

Ian Boley
217 Bowen Drive

Fredericksburg, VA, 22407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.<u>3223</u>    **Nonpriority creditor's name and mailing address**

Ian Chi Chen
7600 Lyndale AVE S, APT 212

Minneapolis, MN, 55423

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.38

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.<u>3224</u>    **Nonpriority creditor's name and mailing address**

Ian DeMers
2293 Bromley St, Apt 2, Apt 2

Medford, OR, 97501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.<u>3225</u>    **Nonpriority creditor's name and mailing address**

Ian Fleck
315 11th St SW

Albuquerque, NM, 87102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.71

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.<u>3226</u>    **Nonpriority creditor's name and mailing address**

Ian Goh
5960 Cedar Fern Court

Columbia, MD, 21044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 149.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 3227 **Nonpriority creditor's name and mailing address**

Ian Harper
PO Box 883317

Steamboat Springs, CO, 80488

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 31.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3228 **Nonpriority creditor's name and mailing address**

Ian MacRitchie
600 S. Ridgeley Dr. , #105

Los Angeles, CA, 90036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 58.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3229 **Nonpriority creditor's name and mailing address**

Ian Monteith
1379 Westfield ave Sw

North Canton, OH, 44720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 63.89

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3230 **Nonpriority creditor's name and mailing address**

Ian Musial
34 Howard Ave

Hillside, IL, 60162

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27.49

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3231 **Nonpriority creditor's name and mailing address**

Ian Nelson
7906 South Gaylord Way,

Centennial, CO, 80122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 51.23

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
Name

Case number (if known) _____

## Part 2:  Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 3232  **Nonpriority creditor's name and mailing address**

Ian Pizano
393 Walnut Court

Palm harbor, FL, 34683

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.99

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3233  **Nonpriority creditor's name and mailing address**

Ian Stanley
49 Rosebud Lane

Bloomsburg, PA, 17815

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 17.99

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3234  **Nonpriority creditor's name and mailing address**

Ian Stavis
5431 Grissom Road

San Antonio, TX, 78238

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 81.45

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3235  **Nonpriority creditor's name and mailing address**

Ian Wlodarczyk
5166 Caste Dr

Pittsburgh, PA, 15236

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 49.21

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3236  **Nonpriority creditor's name and mailing address**

Icarus Lincoln
365 Main Street, PO Box 265

Douglas, MA, 1516

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.55

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC   Case number (if known)
         Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3237  **Nonpriority creditor's name and mailing address**

Ida Tang
12031 Morgan Lane

Garden Grove, CA, 92840

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3238  **Nonpriority creditor's name and mailing address**

Ignacio Robles
4119 s sentous ave apt 127

West covina, CA, 91792

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3239  **Nonpriority creditor's name and mailing address**

Igor Aynbund
2034 E 37 Street

Brooklyn, NY, 11234-4924

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.56

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3240  **Nonpriority creditor's name and mailing address**

Ihtzel Grijalva
7865 ROESBORO CIRCLE

SACRAMENTO, CA, 95828

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3241  **Nonpriority creditor's name and mailing address**

Ilana Kissel
2218 Westview Dr

Silver Spring, MD, 20910

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor   Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 3242   **Nonpriority creditor's name and mailing address**

Illana Nugas
21 Georgetown

Irvine, CA, 92612

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 99.98

---

**3.** 3243   **Nonpriority creditor's name and mailing address**

Imari A Thomas
609 N Almon St Spc 1015

Moscow, ID, 83843

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 55.98

---

**3.** 3244   **Nonpriority creditor's name and mailing address**

Imran Shah
144-45 35th Ave, Apt. 3B

Flushing, NY, 11354

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 47.07

---

**3.** 3245   **Nonpriority creditor's name and mailing address**

India Dittemore
11 BLUEBERRY CT

STOW, MA, 1775

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 35.05

---

**3.** 3246   **Nonpriority creditor's name and mailing address**

India Tindale
6900 North East 187th Pl, 106

Kenmore, WA, 98028

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 33.02

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3247  **Nonpriority creditor's name and mailing address**

Ingrid Chen
11533 Spruce Run Drive

San Diego, CA, 92131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 33.98

---

**3.** 3248  **Nonpriority creditor's name and mailing address**

Ingrid Lopez
346 Winston Rd sw

marietta, GA, 30008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12.71

---

**3.** 3249  **Nonpriority creditor's name and mailing address**

inman lee
1234 S WESTERN AVE, #118

Anaheim, CA, 92804-4774

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 43.09

---

**3.** 3250  **Nonpriority creditor's name and mailing address**

Inyez Soniat
2005 Hearthstone Dr.

Carrollton, TX, 75010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 22.99

---

**3.** 3251  **Nonpriority creditor's name and mailing address**

Irina Tskhomelidze
7402 Bay Parkway, Apt b2

Brooklyn, NY, 11204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 21.99

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.** 3252 **Nonpriority creditor's name and mailing address**

irvin salinas
32580 lake Bridgeport st

Fremont, CA, 94555

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 76.01

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**3.** 3253 **Nonpriority creditor's name and mailing address**

Irvin Salinas
32580 Lake Bridgeport Street

Fremont, CA, 94555

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**3.** 3254 **Nonpriority creditor's name and mailing address**

IRVING CABEZAS
844 E E St, Colton

Colton, CA, 92324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 193.94

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**3.** 3255 **Nonpriority creditor's name and mailing address**

Irwin Abraham
130-22 Rockaway Blvd.

South Ozone Park, NY, 11420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**3.** 3256 **Nonpriority creditor's name and mailing address**

Isa Haskologlu
625 Lehigh Road, C-06

NEWARK, DE, 19711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.00

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Debtor   Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

3.____ **3257**  **Nonpriority creditor's name and mailing address**

Isaac  Reyes
1775 Milmont Drive, Apt.T312

Milpitas, CA, 95035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

3.____ **3258**  **Nonpriority creditor's name and mailing address**

Isaac Brenes
64 Caldwell Place, Apartment A

SPRINGFIELD, NJ, 07081-1714

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.78

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

3.____ **3259**  **Nonpriority creditor's name and mailing address**

Isaac Burgess
1905 Jane Ann Ct.

URBANA, IL, 61802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

3.____ **3260**  **Nonpriority creditor's name and mailing address**

ISAAC GIRON
25287 Moorland Road

Moreno Valley, CA, 92551-1105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.00

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

3.____ **3261**  **Nonpriority creditor's name and mailing address**

Isaac Jacobo
100 Oldenburg Lane

Norco, CA, 92860

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.61

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor ___Sure Thing Sales, LLC_____ Case number _(if known)_____
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3262 **Nonpriority creditor's name and mailing address**

Isaac Johnson
922 Artwood Road Northeast

Atlanta, GA, 30307

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 44.97

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 3263 **Nonpriority creditor's name and mailing address**

Isaac Vargas
1423 Tampico Avenue

Salinas, CA, 93906

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 38.22

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 3264 **Nonpriority creditor's name and mailing address**

Isabel Briseno
1117 Cotton Street

Reading, PA, 19602

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11.65

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 3265 **Nonpriority creditor's name and mailing address**

Isabel Lopez
901 E Washington St, 205

Colton, CA, 92324

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 91.57

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 3266 **Nonpriority creditor's name and mailing address**

isabela malave
154 Broome Street, 9c

New York, NY, 10002

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor   Sure Thing Sales, LLC.
         Name                                          Case number (if known)

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___ 3267  **Nonpriority creditor's name and mailing address**

Isabella Burkhardt
855 Noble st

Indianapolis, IN, 46203

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

---

3.___ 3268  **Nonpriority creditor's name and mailing address**

Isabella Hanselman
101 Garfield Ave.,

Cuyahoga Falls, OH, 44221

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 160.96

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

---

3.___ 3269  **Nonpriority creditor's name and mailing address**

Isabella Navas
10026 sw 163rd PL

Miami, FL, 33196

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 36.37

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

---

3.___ 3270  **Nonpriority creditor's name and mailing address**

Isabella Olivarez
7809 Zenith Dr

Citrus Heights, CA, 95621

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 40.92

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

---

3.___ 3271  **Nonpriority creditor's name and mailing address**

Isabelle Wray
10647 Main Street

North Collins, NY, 14111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.30

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** `3272`  **Nonpriority creditor's name and mailing address**

Isaiah  Lozano
7405 Sterling Ave Apt J77

San Bernardino, CA, 92410

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 70.67

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** `3273`  **Nonpriority creditor's name and mailing address**

Isaiah Gonzalez
13340 Roosevelt Ave Apt 6H

FLUSHING, NY, 11354-5220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.05

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** `3274`  **Nonpriority creditor's name and mailing address**

Isaiah Maciel
2116 Setting Sun Drive, House

El Paso, TX, 79938

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 35.70

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** `3275`  **Nonpriority creditor's name and mailing address**

Isaiah Miller
3209 Charlesgate Ave SW

Wyoming, MI, 49509

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 8.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** `3276`  **Nonpriority creditor's name and mailing address**

Isaiah Wilson
415 Howard Street, Apt 611

Evanston, IL, 60202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 126.78

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Debtor   Sure Thing Sales, LLC.
         Name                                   Case number _(if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 3277   **Nonpriority creditor's name and mailing address**

Isaiah Wortham
5711 W 92nd Ave APT 2

Westminster, CO, 80031-3012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3278   **Nonpriority creditor's name and mailing address**

Isaias Cruz
12210 Flushing md. Dr

Houston, TX, 77089

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 119.98

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3279   **Nonpriority creditor's name and mailing address**

Isidro Perez
1538 East Adams Avenue, F

Orange, CA, 92867

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 42.01

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3280   **Nonpriority creditor's name and mailing address**

Isis Thickstun
7410 east rich st

Reynoldsburg , OH, 43068

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.89

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3281   **Nonpriority creditor's name and mailing address**

Ismael  De La Cruz Jr
8203 Academic Post

San Antonio, TX, 78250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
         Name                                    Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**    Amount of claim

---

3.3282   **Nonpriority creditor's name and mailing address**

Ismael Barron  Barron
711 Clay Street, Trlr #15

Cleveland, TX, 77327

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 25.96

---

3.3283   **Nonpriority creditor's name and mailing address**

Ismael Candelas
413 Roan Ln

Red Oak, TX, 75154

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 12.98

---

3.3284   **Nonpriority creditor's name and mailing address**

Israel Sandoval
24400 Bostwick Dr.

MORENO VALLEY, CA, 92553

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 104.50

---

3.3285   **Nonpriority creditor's name and mailing address**

Israfel Torres-Ortiz
Urb. Bella Vista Calle Rosa B7

Aibonito, PR, 00705-4103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 57.99

---

3.3286   **Nonpriority creditor's name and mailing address**

Issac Cerna
511 West Ocean Avenue, Apartment #b

Lompoc, CA, 93436

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 50.01

---

Official Form 206E/F              Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Sure Thing Sales, LLC.
Name

Case number (if known)

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.3287    **Nonpriority creditor's name and mailing address**

Issac Rico
2133 Lupin Street

Simi Valley, CA, 93065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

3.3288    **Nonpriority creditor's name and mailing address**

Issac Silva
2122 Clairton Pl

San Diego, CA, 92154

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

3.3289    **Nonpriority creditor's name and mailing address**

Itzamara Vazquez
656 S 910 W, Unit 27

Pleasant Grove, UT, 84062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.84

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

3.3290    **Nonpriority creditor's name and mailing address**

Ivan Alanis
1016 Fieldwood Dr, Unit B

Austin, TX, 78758

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.09

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

3.3291    **Nonpriority creditor's name and mailing address**

Ivan Castro
7730 Southwest 47 Lane

Gainesville, FL, 32608

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 128.39

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

| Debtor | Sure Thing Sales, LLC |
|---|---|
| | Name |

Case number *(if known)* _____

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3292  **Nonpriority creditor's name and mailing address**

Ivan Corona
1687 north durward st.

Banning, CA, 92220

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 422.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 3293  **Nonpriority creditor's name and mailing address**

IVAN DAVILA
2 Birch Hill Lane

Kent, CT, 6757

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.51

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 3294  **Nonpriority creditor's name and mailing address**

Ivan Garcia
Diciembre 2113 Dr, Hogar

El Paso, TX, 79935

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 3295  **Nonpriority creditor's name and mailing address**

Ivan Luna
4359 Benham Avenue Southeast

Salem, OR, 97317

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 3296  **Nonpriority creditor's name and mailing address**

Ivan Rivera JR
215 Longbridge Way

Perry, GA, 31069

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.83

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Debtor   Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3. ____3297 **Nonpriority creditor's name and mailing address**

Ivan Sandoval
221 Alamo st

SULLIVAN CITY, TX, 78595

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 85.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

3. ____3298 **Nonpriority creditor's name and mailing address**

Ivan Wong
18 Augusta Ave

Edison, NJ, 8820

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 229.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

3. ____3299 **Nonpriority creditor's name and mailing address**

Ivette  Castro
1221 Huntsmoor Drive

Gastonia, NC, 28054

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

3. ____3300 **Nonpriority creditor's name and mailing address**

Ivonne Zavala
6623 San Miguel St.

Paramount, CA, 90723

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

3. ____3301 **Nonpriority creditor's name and mailing address**

Ixchel Ochoa
131 ALVERSON RD, APT 36

SAN YSIDRO, CA, 92173

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11.84

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

| Debtor | Sure Thing Sales, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** ___3302___ **Nonpriority creditor's name and mailing address**

Ixzamara Sopon
239 BushTail Dr, Apt, suite, floor, etc.

New Braunfels, TX, 78130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 57.35

---

**3.** ___3303___ **Nonpriority creditor's name and mailing address**

Izabela Lokiec
8309 Washington blvd., Apt. i

Washington , MI, 48094

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 26.49

---

**3.** ___3304___ **Nonpriority creditor's name and mailing address**

J M
123 Edison Avenue

South San Francisco, CA, 94080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 34.05

---

**3.** ___3305___ **Nonpriority creditor's name and mailing address**

J. Taylor
1111 jefferson davis drive

Bogalusa, LA, 70427

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 52.77

---

**3.** ___3306___ **Nonpriority creditor's name and mailing address**

J.P. Valente
238 SUSSEX RD

WOOD RIDGE, NJ, 7075

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 10.99

---

Debtor   Sure Thing Sales, LLC
_____
Name

Case number *(if known)*_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 3307   **Nonpriority creditor's name and mailing address**

JABER W ALEIDAN
Sabah Al-Salem, Block 4, Street 29, House 31

Kuwait City, 44004

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 34.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.** 3308   **Nonpriority creditor's name and mailing address**

Jabril Portillo
15 Greenwich Ave Unit 2

Stamford, CT, 06902-5033

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 159.51

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 3309   **Nonpriority creditor's name and mailing address**

Jack Ajubita
65 Woodlake Blvd.

Kenner, LA, 70065

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 95.00

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 3310   **Nonpriority creditor's name and mailing address**

Jack C. Christmann
1178 Highland Road

Mundelein, IL, 60060

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 89.94

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.** 3311   **Nonpriority creditor's name and mailing address**

Jack Fruge
524 hensgens Rd

Crowley, LA, 70526

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 42.87

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3312  **Nonpriority creditor's name and mailing address**

Jack Gluckman
3 Grandin Lane

Cincinnati, OH, 45208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 129.99

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 3313  **Nonpriority creditor's name and mailing address**

Jack Hate
539 Brigham Trail

Augusta, GA, 30909

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.99

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 3314  **Nonpriority creditor's name and mailing address**

Jack Lechelt
1206 South Sunnyvale Drive

Kennewick, WA, 99338

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 257.96

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 3315  **Nonpriority creditor's name and mailing address**

Jack Leyva
1995 Padding River Rd.

Chula Vista, CA, 91913

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.99

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 3316  **Nonpriority creditor's name and mailing address**

Jack Livingston
182 s monroe atreet, Apt 5

Tiffin, OH, 44883

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.61

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 3317  **Nonpriority creditor's name and mailing address**

Jack Massad
6112 Kenwood Avenue

Dallas, TX, 75214

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 36.99

---

**3.** 3318  **Nonpriority creditor's name and mailing address**

Jack Rabin
330 E Hudson St.

Long Beach, NY, 11561

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 50.99

---

**3.** 3319  **Nonpriority creditor's name and mailing address**

Jack Regan
31209 sleepy Hollow lane

Beverly Hills, MI, 48025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 52.99

---

**3.** 3320  **Nonpriority creditor's name and mailing address**

Jack Shultz
562 Belle Meade Farm Drive

Loveland, OH, 45140

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 354.63

---

**3.** 3321  **Nonpriority creditor's name and mailing address**

Jack Vartuli
29 Northridge Road

OLD GREENWICH, CT, 6870

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 21.99

---

| Debtor | Sure Thing Sales, LLC. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.3322 Nonpriority creditor's name and mailing address**

Jackelyne Reyes
231 montana

San francisco, CA, 94112-2951

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 59.74

---

**3.3323 Nonpriority creditor's name and mailing address**

Jackie Alarid
5773 East 143rd Court

Thornton, CO, 80602

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 13.28

---

**3.3324 Nonpriority creditor's name and mailing address**

Jackie Benton
130 Bowman Loop

Beech Bluff, TN, 38313

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 6.99

---

**3.3325 Nonpriority creditor's name and mailing address**

Jackie Ching
83 Diablo View Drive

Orinda, CA, 94563

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 29.98

---

**3.3326 Nonpriority creditor's name and mailing address**

jackie stoller
364 Belmont Ct

Lebanon, OH, 45036

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 12.83

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|--------|------------------------|-------------------------|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 3327**  **Nonpriority creditor's name and mailing address**

Jacklyn Hart
44 Dorwin Drive

West Springfield, MA, 1089

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.61

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 3328**  **Nonpriority creditor's name and mailing address**

Jackson Bova
670 Wall avenue

PITCAIRN, PA, 15140

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 3329**  **Nonpriority creditor's name and mailing address**

Jackson Richter
10228 Deerhollow Lane

Cincinnati, OH, 45252

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 3330**  **Nonpriority creditor's name and mailing address**

Jackson Tang
4249 Callan Blvd

Daly City, CA, 94015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 3331**  **Nonpriority creditor's name and mailing address**

Jackson Wright
44 W CAMINO PRESIDIO QUEMADO

SAHUARITA, AZ, 85629

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.04

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor     Sure Thing Sales, LLC.
           _____
           Name                          Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 3332 | **Nonpriority creditor's name and mailing address**

Jaclyn Lewis
7115 Shadow Run

San Antonio, TX, 78250-3494

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3333 | **Nonpriority creditor's name and mailing address**

Jaclyn Moldawsky
5 Harold Terrace

Towaco, NJ, 7082

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.18

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3334 | **Nonpriority creditor's name and mailing address**

Jacob  Silva
762 Callecita Aquilla Sur

Chula Vista, CA, 91911

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3335 | **Nonpriority creditor's name and mailing address**

Jacob Abbott
555 South Galleria Way, Unit 460

Chandler, AZ, 85226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.18

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3336 | **Nonpriority creditor's name and mailing address**

Jacob Baides
2806 Watson Ct

Fairfield, CA, 94534

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75.85

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name    Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.3337** Nonpriority creditor's name and mailing address

Jacob Colbert
416 Church Street

Farmville, VA, 23901

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.90

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3338** Nonpriority creditor's name and mailing address

Jacob Esquivel
11219 Forest Grove St.

El Monte, CA, 91731

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 314.56

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3339** Nonpriority creditor's name and mailing address

Jacob Ferderigos
150 E Robinson St, APT 2405

Orlando, FL, 32801

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3340** Nonpriority creditor's name and mailing address

Jacob Frederick
721 Chandon Dr

Merced, CA, 95348

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 189.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3341** Nonpriority creditor's name and mailing address

Jacob Hansen
930 YALE AVE

GLADSTONE, OR, 97027

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 114.95

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   Sure Thing Sales, LLC.
Name

Case number (if known)

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

3. 3342   **Nonpriority creditor's name and mailing address**

Jacob Harmon
3910 Stony Brook Dr

Louisville, KY, 40299

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.97

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 3343   **Nonpriority creditor's name and mailing address**

Jacob Hecht
35888 Weiss Road

Walker, LA, 70785

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 52.77

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 3344   **Nonpriority creditor's name and mailing address**

Jacob Hill
7204 PARK WEST CIR apt 106

FORT WORTH, TX, 76134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 43.29

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 3345   **Nonpriority creditor's name and mailing address**

Jacob Hoffner
616 Iron Street

Lehighton, PA, 18235

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 41.94

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 3346   **Nonpriority creditor's name and mailing address**

Jacob Holguin
625 West Baker Avenue

Fullerton, CA, 92832

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 187.46

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor _____Sure Thing Sales, LLC_____     Case number _(if known)_____
            Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.**⌞3347⌟ **Nonpriority creditor's name and mailing address**

Jacob Horner
44 S. Main St

Mullica Hill, NJ, 8062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.31

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**⌞3348⌟ **Nonpriority creditor's name and mailing address**

Jacob Hoskinson
302 Cliffwood Hill Way

Louisville, KY, 40206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.61

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**⌞3349⌟ **Nonpriority creditor's name and mailing address**

Jacob Kaine
4708 Waxwing Dr

Arlington, TX, 76018-1266

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**⌞3350⌟ **Nonpriority creditor's name and mailing address**

Jacob Kirk
5811 Wollochet Drive Northwest

Gig Harbor, WA, 98335

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**⌞3351⌟ **Nonpriority creditor's name and mailing address**

Jacob Luvaas
227 University Dr, 127

Richland, WA, 99354

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.45

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
         Name                                            Case number (if known)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3352   Nonpriority creditor's name and mailing address

Jacob Montoya
909 Weinberger Trace Dr

Ponchatoula, LA, 70454

As of the petition filing date, the claim is:   $ 67.05
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   _____

**3.** 3353   Nonpriority creditor's name and mailing address

Jacob Ofarrell
15209 Hanover Avenue

Allen Park, MI, 48101

As of the petition filing date, the claim is:   $ 95.39
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   _____

**3.** 3354   Nonpriority creditor's name and mailing address

Jacob Peterson
3812 46th ave n

robbinsdale, MN, 55422

As of the petition filing date, the claim is:   $ 62.36
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   _____

**3.** 3355   Nonpriority creditor's name and mailing address

Jacob Plants
97 Ebbert Road

West Alexander, PA, 15376

As of the petition filing date, the claim is:   $ 25.43
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   _____

**3.** 3356   Nonpriority creditor's name and mailing address

Jacob Proctor
3301 Irish Road

Chatham, VA, 24531

As of the petition filing date, the claim is:   $ 5.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   _____

Debtor   Sure Thing Sales, LLC                                    Case number (if known)
         Name

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

3. 3357  **Nonpriority creditor's name and mailing address**

Jacob Queen
2007 N TRAVIS AVE

SPRINGFIELD, MO, 65803-3242

**As of the petition filing date, the claim is:**    $ 9.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 3358  **Nonpriority creditor's name and mailing address**

Jacob Saldana
27 Adams dr.

Stony point, NY, 10980-1022

**As of the petition filing date, the claim is:**    $ 70.43
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 3359  **Nonpriority creditor's name and mailing address**

Jacob Schultz
3061 Corte Portofino

Newport Beach, CA, 92660

**As of the petition filing date, the claim is:**    $ 26.92
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 3360  **Nonpriority creditor's name and mailing address**

Jacob Sellner
412 s state street

New Ulm, MN, 56073

**As of the petition filing date, the claim is:**    $ 321.36
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 3361  **Nonpriority creditor's name and mailing address**

Jacob Streif
11409 Sunset Trail

Minneapolis, MN, 55441

**As of the petition filing date, the claim is:**    $ 223.64
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.                    Case number (if known)
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 3362 **Nonpriority creditor's name and mailing address**

Jacob Watkins
6432 York Boulevard

Los Angeles, CA, 90042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.77

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 3363 **Nonpriority creditor's name and mailing address**

Jacob Wittry
1208 Southfield Drive

Jefferson, IA, 50129

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72.72

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 3364 **Nonpriority creditor's name and mailing address**

Jacobo Salazar
2419 Spruce Street

Pueblo, CO, 81004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.51

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 3365 **Nonpriority creditor's name and mailing address**

Jacque Troy
3247 South Herman Street

Milwaukee, WI, 53207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.59

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 3366 **Nonpriority creditor's name and mailing address**

Jacqueline Brefczynski
1560 Dempster St., Apt. #101

Mount Prospect, IL, 60056

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.68

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.
          Name                                                        Case number *(if known)*

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 3367   **Nonpriority creditor's name and mailing address**

Jacqueline Kennedy
2531 S 56TH CT

CICERO, IL, 60804

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 66.14

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3368   **Nonpriority creditor's name and mailing address**

Jacqueline Kerth
624 Frazier Court

Wheaton, IL, 60189

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.99

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3369   **Nonpriority creditor's name and mailing address**

Jacqueline Thomas
PO Box 2065

Gainesville, TX, 76241

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.99

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3370   **Nonpriority creditor's name and mailing address**

Jada Thai
9536 Glen Iris Street

Las Vegas, NV, 89123

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.99

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3371   **Nonpriority creditor's name and mailing address**

Jade Cangiamilla
1432 Inspiration Dr

Modesto, CA, 95357-0881

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.98

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 3372   **Nonpriority creditor's name and mailing address**

Jade Inglada
11200 Jackson Avenue

Lynwood, CA, 90262

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 44.09

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 3373   **Nonpriority creditor's name and mailing address**

Jaden Barney
2214 Oakwood Dr

East Palo Alto, CA, 94303

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 16.07

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 3374   **Nonpriority creditor's name and mailing address**

Jaden Goldsby
1080 Broken Spoke Ln

Roseville, CA, 95747

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 29.08

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 3375   **Nonpriority creditor's name and mailing address**

Jaden Robbins
1908 Northwest Liberty Avenue

Lawton, OK, 73507

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 84.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 3376   **Nonpriority creditor's name and mailing address**

jadezia elias
292 Brodhead Avenue

East Stroudsburg, PA, 18301

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 26.49

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3377  **Nonpriority creditor's name and mailing address**

Jadith Sanchez
2502 N 51st Dr

Phoenix, AZ, 85035-1902

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.28

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3378  **Nonpriority creditor's name and mailing address**

Jadon  Quintiliano
24 sessions

Bexley, OH, 43209

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 33.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3379  **Nonpriority creditor's name and mailing address**

Jaeli Loja
37 Woodcrest Ave

West Harrison, NY, 10604

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3380  **Nonpriority creditor's name and mailing address**

Jaesun Bowman
612 East Rosedale Street, Apt A

Sherman, TX, 75090

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.46

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3381  **Nonpriority creditor's name and mailing address**

Jahrie Harrell
190 linclon street # 259

Badin, NC, 28009

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 44.92

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
          Name                                    Case number _(if known)_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. __3382__ **Nonpriority creditor's name and mailing address**

Jahvon Ryan
392 Norfolk St, Apt 2

Dorchester, MA, 2124

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 31.85

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. __3383__ **Nonpriority creditor's name and mailing address**

Jaidah Miles
1-10 Astoria Blvd, Apt 3D

Astoria, NY, 11102

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. __3384__ **Nonpriority creditor's name and mailing address**

Jaide Wug-Caal
4508 West Wrightwood Avenue

Chicago, IL, 60639

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 64.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. __3385__ **Nonpriority creditor's name and mailing address**

JAIME GARCIA
409 Fairmont ave

Lockport, IL, 60441

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 59.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. __3386__ **Nonpriority creditor's name and mailing address**

Jaime Lopez
2964 West Washington Street

Lincoln, NE, 68522

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 75.05

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3387   **Nonpriority creditor's name and mailing address**

Jaime Martinez
16086 Ivy Ave

Fontana, CA, 92335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.25

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**3.** 3388   **Nonpriority creditor's name and mailing address**

Jaime Martinez
38000 17st E. Apt # 6

Palmdale, CA, 93550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 170.89

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**3.** 3389   **Nonpriority creditor's name and mailing address**

Jaime Rodriguez
1920 East Price Street, Unit #1

Laredo, TX, 78043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.99

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**3.** 3390   **Nonpriority creditor's name and mailing address**

Jaime Roman
38 Hileen Dr

Kings Park, NY, 11754

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.99

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**3.** 3391   **Nonpriority creditor's name and mailing address**

Jaimelyn Mamaril
987 Queen Street, 208

Honolulu, HI, 96814

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.40

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Debtor    Sure Thing Sales, LLC    _____    Case number _(if known)_ _____

Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.3392** Nonpriority creditor's name and mailing address

Jairo Vidales
112 Spruce St

Red Oak, TX, 75154

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 196.21**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.3393** Nonpriority creditor's name and mailing address

Jake C
109 Forest Oaks Dr

Goodlettsville, TN, 37072-8841

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 68.98**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.3394** Nonpriority creditor's name and mailing address

Jake Johnson
1810, kings crossing

Edmond, OK, 73013

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 61.96**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.3395** Nonpriority creditor's name and mailing address

Jake Kranz
208 N Lewis St

Saline, MI, 48176-1148

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 29.97**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.3396** Nonpriority creditor's name and mailing address

Jake Lammers
3011 Murdock Ave

Cincinnati, OH, 45205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 16.16**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC.
          Name                                                    Case number (if known)

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 3397  **Nonpriority creditor's name and mailing address**

Jake Landry
405 ORLEANS AVE

NEW IBERIA, LA, 70563

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29.53

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3398  **Nonpriority creditor's name and mailing address**

Jake McCauley
1706 98th Ave SE

Lake Stevens, WA, 98258

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13.07

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3399  **Nonpriority creditor's name and mailing address**

Jake Mckinna
140 Thompson st., 21A

East Haven, CT, 6513

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 49.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3400  **Nonpriority creditor's name and mailing address**

Jake Nowak
3114 North 97th Street, Apt 134

Omaha, NE, 68134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 365.94

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3401  **Nonpriority creditor's name and mailing address**

Jake Penko
7816 McCreary Road

Seven Hills, OH, 44131

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 24.82

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | One Thing Sales, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3402  **Nonpriority creditor's name and mailing address**

Jake Rees
7037 Edgecliff Drive

Parma, OH, 44134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.15

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

**3.** 3403  **Nonpriority creditor's name and mailing address**

Jake Rubinsky
275 West End Avenue

Brooklyn, NY, 11235

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.76

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

**3.** 3404  **Nonpriority creditor's name and mailing address**

Jake Son
501 Sunridge Dr, Apt T

BLACKSBURG, VA, 24060-3287

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.26

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

**3.** 3405  **Nonpriority creditor's name and mailing address**

Jakob Steele
21393 I-35 saddle creek apartments, 905

Kyle, TX, 78640

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.21

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

**3.** 3406  **Nonpriority creditor's name and mailing address**

Jamal Blackwell
202 Brushy Creek Trail

Hutto, TX, 78634

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.06

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

Debtor    Sure Thing Sales, LLC.
_____    _____
Name    Case number (if known)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 3407  **Nonpriority creditor's name and mailing address**

James  Weaver
1277 Gatewood Dr

Lawrenceville, GA, 30043

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.97

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3408  **Nonpriority creditor's name and mailing address**

James A Ugarte
130 green valley rd

staten Island, NY, 10312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3409  **Nonpriority creditor's name and mailing address**

James Acosta
1640 S SUNSET AVE., Apt. 04

WEST COVINA, CA, 91790

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3410  **Nonpriority creditor's name and mailing address**

James Benoit
9 Eileen Ct

Wharton, NJ, 07885-2524

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3411  **Nonpriority creditor's name and mailing address**

James Bergstrom Jr
17618 71st Ct Apt 1N

Tinley Park, IL, 60477-3893

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.40

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
         Name                                              Case number *(if known)*

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** `3412`  Nonpriority creditor's name and mailing address

James Childers
464 Chardonnay Ct

San Marcos, CA, 92069

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 16.99

---

**3.** `3413`  Nonpriority creditor's name and mailing address

James Chuong
59 Madrone Avenue

San Francisco, CA, 94127

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 14.99

---

**3.** `3414`  Nonpriority creditor's name and mailing address

James Corea
47A Wavecrest Avenue

Winfield, NJ, 7036

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 69.30

---

**3.** `3415`  Nonpriority creditor's name and mailing address

james crawford
2837 S Monte Cristo Way

las vegas, NV, 89117

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 54.98

---

**3.** `3416`  Nonpriority creditor's name and mailing address

James Dawson
1400 College Ave, Apt B

Fredericksburg, VA, 22401

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8.99

---

| Debtor | Sure Thing Sales, LLC. | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3417  **Nonpriority creditor's name and mailing address**

James Dracoules
2815 Filbert Ave

Reading, PA, 19606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

---

**3.** 3418  **Nonpriority creditor's name and mailing address**

James Dyer
313 Portico Drive

Chesterfield, MO, 63017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

---

**3.** 3419  **Nonpriority creditor's name and mailing address**

James Eagle
953 Francis st

west palm beach, FL, 33405-2413

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 248.22

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

---

**3.** 3420  **Nonpriority creditor's name and mailing address**

James Favors
1302 Fox Glen Trl

Mansfield, TX, 76063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

---

**3.** 3421  **Nonpriority creditor's name and mailing address**

James Fung
2416 84th St

BROOKLYN, NY, 11214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

Debtor  One Thing Sales, LLC.
        Name

Case number (if known)

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 3422   **Nonpriority creditor's name and mailing address**

James Furrh
422 Fairfield Drive

Madison, MS, 39110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 119.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 3423   **Nonpriority creditor's name and mailing address**

James Gill
842 Ardmore Pl

Bellmore, NY, 11710

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.67

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 3424   **Nonpriority creditor's name and mailing address**

James Gonzalez
682 Clearview Dr

Long Pond, PA, 18334-7736

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 3425   **Nonpriority creditor's name and mailing address**

James Gross
46 N Mason Ave

Amboy, IL, 61310

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 3426   **Nonpriority creditor's name and mailing address**

James Hancock
16230 SW Black Bird St

Beaverton, OR, 97007-8963

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor      Sure Thing Sales, LLC.
              Name                                                    Case number (if known)

| Part 2: | Additional Page |
|---|---|

<table>
<tr><td><b>Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.</b></td><td><b>Amount of claim</b></td></tr>
</table>

---

**3.** 3427  **Nonpriority creditor's name and mailing address**

James Harris
9552 Covington Place

Manassas, VA, 20109

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3428  **Nonpriority creditor's name and mailing address**

James Haught
32337 Elmwood St

Garden city, MI, 48135-1516

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3429  **Nonpriority creditor's name and mailing address**

James Hicks
11 Glen Hollow Dr., Apt. D7

Holtsville, NY, 11742

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.16

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3430  **Nonpriority creditor's name and mailing address**

James Kwan
839 Catalpa Drive

Franklin Square, NY, 11010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 738.63

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3431  **Nonpriority creditor's name and mailing address**

James Laba
24405 Orangelawn

Redford, MI, 48239

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 108.11

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC
          Name                                                    Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3432   **Nonpriority creditor's name and mailing address**

James Loving
2103 Promontory Pt

Plano, TX, 75075-3548

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3433   **Nonpriority creditor's name and mailing address**

James Lucas
3901 N 24th St

Milwaukee, WI, 53206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3434   **Nonpriority creditor's name and mailing address**

James Luckey
8 Christopher arms

Pittsfield, MA, 1201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3435   **Nonpriority creditor's name and mailing address**

James Matthews
10401 Mauretania Cir

Huntington Beach, CA, 92646

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3436   **Nonpriority creditor's name and mailing address**

James McIntyre
2218 East 56th Place

Tulsa, OK, 74105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.04

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor _____One Thing Sales, LLC_____    Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 3437 **Nonpriority creditor's name and mailing address**

James Miller
304 Melody Lane

Mattoon, IL, 61938

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 21.99

---

**3.** 3438 **Nonpriority creditor's name and mailing address**

James Morales
12 Village Grn

Colonia, NJ, 7067

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 15.98

---

**3.** 3439 **Nonpriority creditor's name and mailing address**

James Murry
4075 Filbert AVE NE

Keizer, OR, 97303

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 11.99

---

**3.** 3440 **Nonpriority creditor's name and mailing address**

James Napoli
20 Oliver Place

Staten Island, NY, 10314

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 29.99

---

**3.** 3441 **Nonpriority creditor's name and mailing address**

James Nelson
229 1/2 Spruce St.

Ridgway, PA, 15853

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 10.99

---

| Debtor | Sure Thing Sales, LLC. | Case number (if known) |
|--------|------------------------|------------------------|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3. 3442    Nonpriority creditor's name and mailing address**

James Newsome
7520 Ashcroft Circle

Fort Worth, TX, 76120

**As of the petition filing date, the claim is:**    $ 35.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 3443    Nonpriority creditor's name and mailing address**

James O'Connor
14221 luray road rd

southwest ranches, FL, 33330

**As of the petition filing date, the claim is:**    $ 32.08
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 3444    Nonpriority creditor's name and mailing address**

James pas jr
137 Arenas Valley Rd

Arenas Valley, NM, 88022

**As of the petition filing date, the claim is:**    $ 21.28
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 3445    Nonpriority creditor's name and mailing address**

James Perri
801 W Covina Boulevard SPC 145

San Dimas, CA, 91773

**As of the petition filing date, the claim is:**    $ 16.42
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 3446    Nonpriority creditor's name and mailing address**

James Pinkerton
3049 W Walden Dr

Anthem, AZ, 85086

**As of the petition filing date, the claim is:**    $ 167.96
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 3447 **Nonpriority creditor's name and mailing address**

James Ragan
9416 Silverthorn Dr

Waco, TX, 76708

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.05

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3448 **Nonpriority creditor's name and mailing address**

James Ramirez
10406 W Haskell St

Wichita, KS, 67209-3036

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3449 **Nonpriority creditor's name and mailing address**

James Rider
100 El Rayo St

Los Alamos, NM, 87544

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 61.09

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3450 **Nonpriority creditor's name and mailing address**

James Robbins
105 Gilbertville rd

ware, MA, 1082

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3451 **Nonpriority creditor's name and mailing address**

James Romp
1633 Lebanon

Toledo, OH, 43605

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.95

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

### 3. 3452  Nonpriority creditor's name and mailing address

James Rosario
31 Vernon Terrace

East Orange, NJ, 7017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 37.31

---

### 3. 3453  Nonpriority creditor's name and mailing address

James Rout, III
1015 Snowden Farm Road

Collierville, TN, 38017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 37.99

---

### 3. 3454  Nonpriority creditor's name and mailing address

James Sandoval
4520 Bryant St

Denver, CO, 80211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 51.81

---

### 3. 3455  Nonpriority creditor's name and mailing address

James Scannell
2921 Winding Trail Drive

Valrico, FL, 33596

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 139.99

---

### 3. 3456  Nonpriority creditor's name and mailing address

james sherlock
4708 bridgewater club loop

springhill, FL, 34607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8.99

---

Debtor  Sure Thing Sales, LLC.
         Name                                                          Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 3457   **Nonpriority creditor's name and mailing address**

JAMES SISON
24900 Santa Clara Street, Apt 60

Hayward, CA, 94544

As of the petition filing date, the claim is:   $ 89.67
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 3458   **Nonpriority creditor's name and mailing address**

James States
1508 1st ave

Wilmington, DE, 19805

As of the petition filing date, the claim is:   $ 252.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 3459   **Nonpriority creditor's name and mailing address**

James Stewart
PO Box 993

East Troy, WI, 53120-0993

As of the petition filing date, the claim is:   $ 52.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 3460   **Nonpriority creditor's name and mailing address**

James Thomas
58 Campbell Avenue

Clifton, NJ, 7013

As of the petition filing date, the claim is:   $ 79.93
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 3461   **Nonpriority creditor's name and mailing address**

James Townsley
38 Houston Lane

Staten Island, NY, 10302

As of the petition filing date, the claim is:   $ 49.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
Name                                    Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3462  **Nonpriority creditor's name and mailing address**

James Tyminski
130 West 9th Street

Bayonne, NJ, 7002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 149.26

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 3463  **Nonpriority creditor's name and mailing address**

James Vanwasshenova
302 Baptiste Avenue

Monroe, MI, 48162

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 104.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 3464  **Nonpriority creditor's name and mailing address**

James Verespej
140 Taylor Street

Talent, OR, 97540

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 3465  **Nonpriority creditor's name and mailing address**

James Walsh
1401 North Taft St, Apt 1327

Arlington, VA, 22201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116.59

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 3466  **Nonpriority creditor's name and mailing address**

James Weatherford
732 chaparral dr

Lakeland, FL, 33815-4130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.04

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

3. **3467** **Nonpriority creditor's name and mailing address**

James Whirlwind Horse
124 Little Wound Drive

Kyle, SD, 57752

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.20

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **3468** **Nonpriority creditor's name and mailing address**

james wright
1845 beech rd

stow, OH, 44224

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **3469** **Nonpriority creditor's name and mailing address**

Jamie Alexander
20212 19th DR SE, APT D

Bothell, WA, 98012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **3470** **Nonpriority creditor's name and mailing address**

Jamie Browning
141 Wye Knot Ct

Queenstown, MD, 21658

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.71

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **3471** **Nonpriority creditor's name and mailing address**

Jamie Fitzgerald
67 Springwood Meadows Drive

Ballston Spa, NY, 12020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 38.50

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                    Case number (if known)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3472    **Nonpriority creditor's name and mailing address**

Jamie Hendrickson
2001 120TH PL SE, APT 6-203

Everett, WA, 98208

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10.99

---

**3.** 3473    **Nonpriority creditor's name and mailing address**

Jamie Randall
2978 Brushwood Ave

Springdale, AR, 72764

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 13.16

---

**3.** 3474    **Nonpriority creditor's name and mailing address**

Jamie Savage
33 Fox Creek Road, A

Laramie , WY, 82070

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 69.99

---

**3.** 3475    **Nonpriority creditor's name and mailing address**

Jamie Sherman
16037 e cornell pl

Aurora, CO, 80013

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 14.99

---

**3.** 3476    **Nonpriority creditor's name and mailing address**

Jamie Sherman
16037 East Cornell Place

Aurora, CO, 80013

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 73.53

---

Debtor    Sure Thing Sales, LLC
_____
Name    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **3477** Nonpriority creditor's name and mailing address

Jamison Parker
3845 E Whippoorwill Lane

Byron, IL, 61010

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 185.93**

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. **3478** Nonpriority creditor's name and mailing address

Jan Avram Tan
5 Maremma Ln

Ladera Ranch, CA, 92694

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 32.99**

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. **3479** Nonpriority creditor's name and mailing address

Janae Ellis
8848 Staghorn Mill

Converse, TX, 78109

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 26.67**

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. **3480** Nonpriority creditor's name and mailing address

Jane Carpenter
2066 Heritage Park Way

Navarre, FL, 32566

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 26.74**

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. **3481** Nonpriority creditor's name and mailing address

Jane Devito
801 Pine Street

Trenton, NJ, 8638

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 14.99**

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Sure Thing Sales, LLC |
|---|---|
| | Name |

Case number (if known) _____

---

**Part 2:     Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 3482    **Nonpriority creditor's name and mailing address**

Jane Kim
12563 Summit Manor Drive, 516

Fairfax, VA, 22033

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11.65

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3483    **Nonpriority creditor's name and mailing address**

Jane Sun
14419 Salisbury Plain Court

Centreville, VA, 20120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 21.19

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3484    **Nonpriority creditor's name and mailing address**

Jane Valentin
217 Concord Drive S.

Oswego, IL, 60543

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3485    **Nonpriority creditor's name and mailing address**

Janelle Janson
1604 Lakehills Drive

El Dorado Hills, CA, 95762

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3486    **Nonpriority creditor's name and mailing address**

Janelle P?©rez Martinez
3010 Dorchester Way

Madison, WI, 53719

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12.65

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor   Sure Thing Sales, LLC

Name

Case number _(if known)_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 3487   **Nonpriority creditor's name and mailing address**

Janelle Padilla
2088 South Zenobia Street

Denver, CO, 80219

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 70.98

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 3488   **Nonpriority creditor's name and mailing address**

Janelle Wyman
806 E Allouez Ave

Green Bay, WI, 54301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 83.33

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 3489   **Nonpriority creditor's name and mailing address**

Janet  Harvatt
218 Mechanic Street

Cape May Court House, NJ, 8210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 53.30

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 3490   **Nonpriority creditor's name and mailing address**

JANET Benson
28 North Fernwood Drive

Rockledge, FL, 32955

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.99

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 3491   **Nonpriority creditor's name and mailing address**

Janet Berns
42 S. Monroe St

Monroe, MI, 48161

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 87.99

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

Debtor    Sure Thing Sales, LLC.
Name    Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 3492    **Nonpriority creditor's name and mailing address**

Janet M Segelhurst
15 Foxtrot Drive

FARMINGTON, NH, 3835

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 53.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3493    **Nonpriority creditor's name and mailing address**

Janet Rodriguez
117 East Romie Lane, Apt 4

Salinas, CA, 93901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3494    **Nonpriority creditor's name and mailing address**

Janette Goldstein
3533 Odom Drive

New Port Richey, FL, 34652

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 51.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3495    **Nonpriority creditor's name and mailing address**

Janice Ferguson
6715 Southwest State Road 200

Ocala, FL, 34476

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3496    **Nonpriority creditor's name and mailing address**

Janice Heigh
2500 Lunar Drive

Rapid City, SD, 57703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 21.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC | | |
| | Name | Case number *(if known)* | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 3497 **Nonpriority creditor's name and mailing address**

Janine Nist
141 Burns Road

New Brighton, PA, 15066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 38.15

---

**3.** 3498 **Nonpriority creditor's name and mailing address**

Janki Kasabwala
583 Paulison Avenue

Clifton, NJ, 7011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 318.95

---

**3.** 3499 **Nonpriority creditor's name and mailing address**

Janna Christie
373 Southwest Eastport Circle

Port St. Lucie, FL, 34953

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 84.99

---

**3.** 3500 **Nonpriority creditor's name and mailing address**

Japdev Nagra
1206 Ruess Road

Ripon, CA, 95366

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 29.99

---

**3.** 3501 **Nonpriority creditor's name and mailing address**

Jaqueline Alvarado
311 N 2nd Ave

Maywood, IL, 60153

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 28.58

---

Debtor   Sure Thing Sales, LLC
         Name

Case number (if known)

---

**Part 2:** | **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 3502 **Nonpriority creditor's name and mailing address**

Jared Gardner
204 Elm Street, 12

South Portland, ME, 4106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3503 **Nonpriority creditor's name and mailing address**

Jared Kennedy
2441 nw rogue valley terrace

Beaverton, OR, 97006

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3504 **Nonpriority creditor's name and mailing address**

Jared Rigsby
206  woodford ave.

berea, KY, 40403-1316

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3505 **Nonpriority creditor's name and mailing address**

Jared Rodriguez
4902 Cedar Brook Court

Louisville, KY, 40219

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3506 **Nonpriority creditor's name and mailing address**

Jared Romano
5391 Swindle Road

Nashville, TN, 37189

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.08

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

---

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 3507  **Nonpriority creditor's name and mailing address**

Jared Shelton
5036 Echo Street, Apt 17

Los Angeles, CA, 90042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.36

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3508  **Nonpriority creditor's name and mailing address**

Jared Sullivan
5104 N. Chatham Dr.

Bloomington, IN, 47404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.30

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3509  **Nonpriority creditor's name and mailing address**

Jared Vick
2988 Frank Street

Saint Paul, MN, 55109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 216.05

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3510  **Nonpriority creditor's name and mailing address**

Jared Weiland
1B Denise Drive, Building 1 Apt B

Latham, NY, 12110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.19

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3511  **Nonpriority creditor's name and mailing address**

Jaret Henderson
310 Dave Gaskey Lane

Morgantown, KY, 42261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
          Name                                              Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3512    **Nonpriority creditor's name and mailing address**

Jarid pagan
312 Olmos Drive

Leander, TX, 78641

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 3513    **Nonpriority creditor's name and mailing address**

Jaritza Serrano
162 Ansley Ander Avenue

COLLINS, GA, 30421

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.11

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 3514    **Nonpriority creditor's name and mailing address**

jarling wang
69-97 Park Drive East #B, Pls Do Not Leave at Door

Kew Garden Hills, NY, 11367

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 3515    **Nonpriority creditor's name and mailing address**

Jarmon Eldridge
7736 Highway 5

Arlington, AL, 36722

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.54

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 3516    **Nonpriority creditor's name and mailing address**

Jarod Goenner
195 Sturbridge Drive

Franklin, TN, 37064

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Official Form 206E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Sure Thing Sales, LLC. | | | | | Case number (if known) |
|--------|---|---|---|---|---|---|
| | Name | | | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.**  3517  **Nonpriority creditor's name and mailing address**

Jaron Kie
3512 Flat Iron Road Northeast

Rio Rancho, NM, 87144

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.**  3518  **Nonpriority creditor's name and mailing address**

Jarrad Ryan Cravens
16788 39th Ave NE

Lake Forest Park, WA, 98155

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 226.10

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.**  3519  **Nonpriority creditor's name and mailing address**

Jarrel Richburg
109 Angus Dr

Columbia, SC, 29223

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 158.75

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.**  3520  **Nonpriority creditor's name and mailing address**

Jarrod Hastie
3711 7th Street West, A-307

Williston, ND, 58801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.**  3521  **Nonpriority creditor's name and mailing address**

Jarrod Sullivan
7 Carter Way

Bedford, MA, 1730

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
Name    Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3522 **Nonpriority creditor's name and mailing address**

Jase Celeste
30107 NE Livingston Mtn Cir

Camas, WA, 98607

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 3523 **Nonpriority creditor's name and mailing address**

Jasmin Herbick
925 MANSION AVE

OGDENSBURG, NY, 13669

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 3524 **Nonpriority creditor's name and mailing address**

JASMIN MANZO
136 MILL STONE DR

VERONA, VA, 24482

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.58

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 3525 **Nonpriority creditor's name and mailing address**

Jasmine Adachi
44 Helen Avenue

Smithtown, NY, 11787

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.32

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 3526 **Nonpriority creditor's name and mailing address**

Jasmine Amaya
2654 Independence Ave

Huntington Park, CA, 90255

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. ___3527___ **Nonpriority creditor's name and mailing address**

Jasmine garcia
11301 Se 10th St, apt 3

Vancouver, WA, 98664

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___3528___ **Nonpriority creditor's name and mailing address**

Jasmine Mehnert
557 Knickerbocker Avenue, Apartment 6F

BROOKLYN, NY, 11221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___3529___ **Nonpriority creditor's name and mailing address**

Jasmine Yee
4725 Schilling Court

Woodbury, MN, 55129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.83

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___3530___ **Nonpriority creditor's name and mailing address**

Jason Aker
920 East Moore Avenue

Stillwater, OK, 74075

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.38

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___3531___ **Nonpriority creditor's name and mailing address**

Jason alvarado
626 S Courtleigh St,

Wichita, KS, 67218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.39

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3532 **Nonpriority creditor's name and mailing address**

Jason Atkinson
206 Lighthouse Dr

Manahawkin, NJ, 08050-2524

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 191.91

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3533 **Nonpriority creditor's name and mailing address**

Jason Bailey
1008 N. First Avenue

Evansville, IN, 47710

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 88.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3534 **Nonpriority creditor's name and mailing address**

Jason Blasco
11 Ten Eyck Ave

Albany, NY, 12209

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.51

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3535 **Nonpriority creditor's name and mailing address**

Jason Brignoni
6 oak branch rd

East windsor, NJ, 8512

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.12

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3536 **Nonpriority creditor's name and mailing address**

Jason Bryant
14029 North 8th Place

Phoenix, AZ, 85022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.02

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 3537   **Nonpriority creditor's name and mailing address**

Jason Carvalho
28 Oaklawn Ave, Apt 315

Cranston, RI, 2920

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 32.09**

**Basis for the claim:** Customers with Outstanding Deposits

| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |
|---|---|
| **Last 4 digits of account number** _____ | |

---

**3.** 3538   **Nonpriority creditor's name and mailing address**

Jason Ceresa
3533 Calvert Court

Las Vegas, NV, 89121

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 31.99**

**Basis for the claim:** Customers with Outstanding Deposits

| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |
|---|---|
| **Last 4 digits of account number** _____ | |

---

**3.** 3539   **Nonpriority creditor's name and mailing address**

Jason Chacon
345 South Alexandria Avenue, 318

Los Angeles, CA, 90020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 51.99**

**Basis for the claim:** Customers with Outstanding Deposits

| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |
|---|---|
| **Last 4 digits of account number** _____ | |

---

**3.** 3540   **Nonpriority creditor's name and mailing address**

Jason Cueny
PO Box 241

Antigo, WI, 54409

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 251.95**

**Basis for the claim:** Customers with Outstanding Deposits

| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |
|---|---|
| **Last 4 digits of account number** _____ | |

---

**3.** 3541   **Nonpriority creditor's name and mailing address**

Jason D Okamura
12003 RIVERVIEW DR

WOODWAY, TX, 76712

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 25.99**

**Basis for the claim:** Customers with Outstanding Deposits

| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |
|---|---|
| **Last 4 digits of account number** _____ | |

---

Debtor    Sure Thing Sales, LLC.
Name

Case number (if known) _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3542  **Nonpriority creditor's name and mailing address**

Jason Davis
210 South Country Hill Road

Anaheim, CA, 92808

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.24

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3543  **Nonpriority creditor's name and mailing address**

Jason Deeter
10134 Norwick St

Rancho Cucamonga, CA, 91730

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3544  **Nonpriority creditor's name and mailing address**

Jason Delg
1583 E 700TH RD

LAWRENCE, KS, 66049

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3545  **Nonpriority creditor's name and mailing address**

Jason Deveney
130 N Charles St., Apt A

Red Lion, PA, 17356

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3546  **Nonpriority creditor's name and mailing address**

Jason Domela
P.O. Box 507

Girdwood, AK, 99587

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 78.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC
        Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 3547  **Nonpriority creditor's name and mailing address**

Jason Encalada
12 Vail Place

Morristown, NJ, 7960

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 213.24

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3548  **Nonpriority creditor's name and mailing address**

Jason Ferreira
177 Albert Avenue

Milltown, NJ, 8850

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3549  **Nonpriority creditor's name and mailing address**

Jason Fukui
6222 SW Garden Home Rd

Portland, OR, 97219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 35.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3550  **Nonpriority creditor's name and mailing address**

Jason Garcia
21 Upper Road

Stafford, CT, 6076

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 85.07

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3551  **Nonpriority creditor's name and mailing address**

Jason Goldman
500 Carpenter Ave

Oceanside, NY, 11572

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name    Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.**`3552`  **Nonpriority creditor's name and mailing address**

Jason Gonzalez
3378 Lakers rd

Harbor Beach, MI, 48441

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.**`3553`  **Nonpriority creditor's name and mailing address**

Jason Guardado
1107 Pike Path

Round Rock, TX, 78665

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.**`3554`  **Nonpriority creditor's name and mailing address**

Jason Hale
1207 NW 167th Ave.

Pembroke Pines, FL, 33028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.**`3555`  **Nonpriority creditor's name and mailing address**

Jason Han
1425 N. Wilmington Blvd, Apt 6

Wilmington, CA, 90744

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 855.18

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.**`3556`  **Nonpriority creditor's name and mailing address**

Jason Hatfield
269 Little Burwell Rd

Harvest, AL, 35749-9123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor   Sure Thing Sales, LLC
        Name

Case number (if known) _____

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

3. 3557 **Nonpriority creditor's name and mailing address**

Jason Hendrix
1535 Crown Point Drive

Mount Olive, AL, 35117

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 149.90

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 3558 **Nonpriority creditor's name and mailing address**

Jason Hughes
10799 E Kanney Ave

Walkerton, IN, 46574

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 3559 **Nonpriority creditor's name and mailing address**

Jason Hughes
4617 Neal Drive

Seabrook, TX, 77586

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 3560 **Nonpriority creditor's name and mailing address**

Jason Jackson
1155 E 56th Street, Apt #1

BROOKLYN, NY, 11234

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 157.84

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 3561 **Nonpriority creditor's name and mailing address**

jason jensen
2400 River Hills Dr

Burnsville, MN, 55337

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 15.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **3562**    Nonpriority creditor's name and mailing address

Jason Jimenez
8528 Oakdale Ave

Winnetka, CA, 91306

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 89.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

3. **3563**    Nonpriority creditor's name and mailing address

Jason Jordan
11516 S 102nd East Ave

Bixby, OK, 74008

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.66

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

3. **3564**    Nonpriority creditor's name and mailing address

jason klaich
10111 Margo Lane

Munster, IN, 46321

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 20.32

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

3. **3565**    Nonpriority creditor's name and mailing address

jason krueger
7898 JONAGOLD DR SE

GRAND RAPIDS, MI, 49508

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 46.62

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

3. **3566**    Nonpriority creditor's name and mailing address

jason lail
220 Walnut Avenue

Mount Holly, NC, 28120

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 117.68

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3567    **Nonpriority creditor's name and mailing address**

Jason Long
5800 HAMILTON ST, APT 34

SACRAMENTO, CA, 95842

**As of the petition filing date, the claim is:**    $ 8.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 3568    **Nonpriority creditor's name and mailing address**

Jason Martin
12829 Harrison Drive

Carmel, IN, 46033

**As of the petition filing date, the claim is:**    $ 144.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 3569    **Nonpriority creditor's name and mailing address**

Jason McCarthy
631 South 103rd Street

West Allis, WI, 53214

**As of the petition filing date, the claim is:**    $ 54.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 3570    **Nonpriority creditor's name and mailing address**

Jason Mejia
2710 S.W. 66 Terrace

Miramar, FL, 33023

**As of the petition filing date, the claim is:**    $ 32.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 3571    **Nonpriority creditor's name and mailing address**

Jason Mendez
8226 Tombstone Drive

Arlington, TX, 76001

**As of the petition filing date, the claim is:**    $ 38.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3572 **Nonpriority creditor's name and mailing address**

Jason Miller
4336 Heritage Dr

Hudsonville, MI, 49426

**As of the petition filing date, the claim is:** $ 40.27
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3573 **Nonpriority creditor's name and mailing address**

Jason Montano
400 Runnymede Street

East Palo Alto, CA, 94303

**As of the petition filing date, the claim is:** $ 39.27
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3574 **Nonpriority creditor's name and mailing address**

Jason Palacios
PO Box 595

Banquete, TX, 78339

**As of the petition filing date, the claim is:** $ 31.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3575 **Nonpriority creditor's name and mailing address**

Jason Parker
47 Reubens Circle

Newark, DE, 19702

**As of the petition filing date, the claim is:** $ 154.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3576 **Nonpriority creditor's name and mailing address**

Jason Parrott
113 north 7th street, apt 3

Missouri Valley, IA, 51555-1781

**As of the petition filing date, the claim is:** $ 69.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor   Sure Thing Sales, LLC
         Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 3577  **Nonpriority creditor's name and mailing address**

Jason Patterson
5613 Cletsoway Dr SW

Albuquerque, NM, 87105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3578  **Nonpriority creditor's name and mailing address**

Jason Payne
655 Wall Street, Apartment 3

North Tonawanda, NY, 14120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.35

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3579  **Nonpriority creditor's name and mailing address**

jason phillips
223 Fairway Dr.

Nashville, TN, 37214-2723

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.49

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3580  **Nonpriority creditor's name and mailing address**

Jason Reker
7800 Shamrock Ct

Huber Heights, OH, 45424

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.47

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3581  **Nonpriority creditor's name and mailing address**

Jason Reyes
3812 Kauai Drive

San Jose, CA, 95111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.61

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
         Name _____    Case number _(if known)_ _____

| Part 2: | Additional Page |

| | Amount of claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.** 3582 **Nonpriority creditor's name and mailing address**

Jason Roberts
3216 Mott Rd

Dover, FL, 33527

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 41.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3583 **Nonpriority creditor's name and mailing address**

Jason Robinson
15552 Harvest Lane

Southgate, MI, 48195

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 142.94

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3584 **Nonpriority creditor's name and mailing address**

Jason Russell
15460 Sprucevale Road

East Liverpool, OH, 43920

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 20.36

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3585 **Nonpriority creditor's name and mailing address**

Jason Sandoval Jr.
18032 Faysmith Avenue

Torrance, CA, 90504

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 106.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3586 **Nonpriority creditor's name and mailing address**

Jason Scansaroli
1105 Mellien Drive

Downingtown, PA, 19335

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 37.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 727 of 1682

Debtor    Sure Thing Sales, LLC.
Name

_____    Case number _(if known)_____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 3587    **Nonpriority creditor's name and mailing address**

Jason Shearer
39 South Chapel Street, Front Apartment

Gowanda, NY, 14070

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 69.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3588    **Nonpriority creditor's name and mailing address**

Jason Shoemaker
10308 CHESTNUT SWEET ST

LAS VEGAS, NV, 89131-1563

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3589    **Nonpriority creditor's name and mailing address**

Jason Sircy
1042 63rd Street

Oakland, CA, 94608

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 474.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3590    **Nonpriority creditor's name and mailing address**

Jason Sledd
2005 E Tupelo Dr SE

HUNTSVILLE, AL, 35803-1837

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 153.67

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3591    **Nonpriority creditor's name and mailing address**

Jason Tran
260 Mayfield Farms

Lawrenceville, GA, 30043

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.94

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                              Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3.**3592**  Nonpriority creditor's name and mailing address

Jason Vicens
5707 Wynnewood Lane

Sheffield Village, OH, 44035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 47.98

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.**3593**  Nonpriority creditor's name and mailing address

Jason Wills
272 Wyckoff Street apt# 4k

Brooklyn, NY, 11217

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 38.09

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.**3594**  Nonpriority creditor's name and mailing address

Javier  Bravo Garcia
1894 WELLONS DR

GREENVILLE, NC, 27858

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 555.85

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.**3595**  Nonpriority creditor's name and mailing address

Javier Bello Hernandez
3502 West Shangri-la Road

Phoenix, AZ, 85029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 92.29

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.**3596**  Nonpriority creditor's name and mailing address

Javier Diaz Jr
158 Main street, 1

Everett , MA, 2149

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 58.43

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
Name

Case number (if known)

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 3597  **Nonpriority creditor's name and mailing address**

Javier Hernandez
1833 Cheddar Loop, 210

Austin, TX, 78728

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 45.97

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 3598  **Nonpriority creditor's name and mailing address**

Javier Machuca
85202 Avenida Reforma

Coachella , CA, 92236

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 3599  **Nonpriority creditor's name and mailing address**

Javier Millan
2300 Fairview , M105

Costa Mesa , CA, 92626

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 41.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 3600  **Nonpriority creditor's name and mailing address**

Javier Riojas
466 Jefferson street, Suite A

Eagle pass, TX, 78852

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 42.21

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 3601  **Nonpriority creditor's name and mailing address**

Javon Reid
1303 Burton Avenue

Sharon Hill, PA, 19079

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 15.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor   Sure Thing Sales, LLC.
         Name                                                    Case number (if known)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3602  **Nonpriority creditor's name and mailing address**

Jawad Awan
7101 Appaloosa Trail

Southwest Ranches, FL, 33330

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 306.01

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3603  **Nonpriority creditor's name and mailing address**

Jax Stockman
33 Esty Street

Ashland, MA, 1721

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.61

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3604  **Nonpriority creditor's name and mailing address**

Jay Betley
8796 Gatewood Drive

Mentor, OH, 44060

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 45.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3605  **Nonpriority creditor's name and mailing address**

Jay Cabrera
1169 Trivoli Way

Salinas, CA, 93905

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 72.95

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3606  **Nonpriority creditor's name and mailing address**

Jay Hao
6243 English Hollow Road

Tampa, FL, 33647

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 164.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 731 of 1682

| Debtor | Sure Thing Sales, LLC. | Case number (if known) |
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 3607 **Nonpriority creditor's name and mailing address**

Jay McCoy
120-38 226th Street

Cambria Heights, NY, 11411

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 32.99

---

**3.** 3608 **Nonpriority creditor's name and mailing address**

Jay Roberts
14277 Desert Sky Dr

Horizon City, TX, 79928

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 22.99

---

**3.** 3609 **Nonpriority creditor's name and mailing address**

Jayde Hartzell
324 PINE ST

JOHNSTOWN, PA, 15963

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 13.77

---

**3.** 3610 **Nonpriority creditor's name and mailing address**

Jayden Arias
19554 Castille Lane

Santa clarita, CA, 91350

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 29.56

---

**3.** 3611 **Nonpriority creditor's name and mailing address**

Jayleen Padilla
234 Magnolia Avenue

Mount Vernon, NY, 10552

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 84.52

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 3612  **Nonpriority creditor's name and mailing address**

Jaylen Miller
396 Walls Ford Road

Saint Clair, MO, 63077

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3613  **Nonpriority creditor's name and mailing address**

Jaylin Dunn
1246 Hunters Plane

San Antonio, TX, 78245

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 119.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3614  **Nonpriority creditor's name and mailing address**

jayna rubino
10504 Conistan Pl

Cornelius, NC, 28031

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.80

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3615  **Nonpriority creditor's name and mailing address**

Jayson Bingham
1989 Tobsal Court

Warren, MI, 48091

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.95

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3616  **Nonpriority creditor's name and mailing address**

Jayson Hartson
2550 Longbranch Court

Kissimmee, FL, 34744

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor   Sure Thing Sales, LLC.
_____   Case number _(if known)_____
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 3617 **Nonpriority creditor's name and mailing address**

Jayson P Lapat
889 NW Tinkam Ct

Bremerton, WA, 98311

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.33

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3618 **Nonpriority creditor's name and mailing address**

Jaz Rodriguez
2515 E Olive Street, Unit 1C

Arlington Heights, IL, 60004

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 151.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3619 **Nonpriority creditor's name and mailing address**

Jazmin Hernandez
7735 Donnybrook Court, Apt. 6

Annandale, VA, 22003

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.79

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3620 **Nonpriority creditor's name and mailing address**

Jazmin Montoya
3030 Northwest 8th Street

Pompano Beach, FL, 33069

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3621 **Nonpriority creditor's name and mailing address**

Jazmine Noguera
856 Cameron Cir

Milpitas, CA, 95035

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.42

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 734 of 1682

Debtor   Sure Thing Sales, LLC.
         Name

Case number _(if known)_____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.** 3622   **Nonpriority creditor's name and mailing address**

Jean Patrouch
2417 Acorn Dr

Dayton, OH, 45419

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.11

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3623   **Nonpriority creditor's name and mailing address**

Jean Rivera
2166 Crofton Avenue

Davenport, FL, 33837

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3624   **Nonpriority creditor's name and mailing address**

Jeannine Vieni
8356 Ocean View Avenue

Whittier , CA, 90602

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3625   **Nonpriority creditor's name and mailing address**

Jeanninne Trinidad
6920 92nd Street South

Cottage Grove, MN, 55016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 143.87

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3626   **Nonpriority creditor's name and mailing address**

Jechy Ramirez
1983 Denison Street

Pomona, CA, 91766

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.** 3627  **Nonpriority creditor's name and mailing address**

Jeerasit Leesawet
2721 Rockefeller Ln , Apt #2

Redondo Beach, CA, 90278

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 210.94**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 3628  **Nonpriority creditor's name and mailing address**

Jeff  Curtis
15539 8th Ave NE

Shoreline, WA, 98155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 49.99**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3629  **Nonpriority creditor's name and mailing address**

Jeff Biederstedt
406 West Virginia Street, P.O. Box 135

Sublette, IL, 61367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 102.98**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3630  **Nonpriority creditor's name and mailing address**

Jeff Collins
6147 Lockwood Drive

Rockford, IL, 61109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 29.99**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3631  **Nonpriority creditor's name and mailing address**

Jeff Coronado
5002 Rosemary Lane

Houston, TX, 77093

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 29.22**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 3632 **Nonpriority creditor's name and mailing address**

jeff finley
4298 Fox Ridge Rd

Eagan, MN, 55122-2253

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 38.52

---

**3.** 3633 **Nonpriority creditor's name and mailing address**

Jeff Lee
1025 Huntington Drive

Elk Grove Village, IL, 60007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 13.22

---

**3.** 3634 **Nonpriority creditor's name and mailing address**

Jeff Mattson
6345 vincent ave s

Minneapolis, MN, 55423

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 22.99

---

**3.** 3635 **Nonpriority creditor's name and mailing address**

Jeff Mayfield
24862 Tabuenca

Mission Viejo, CA, 92692

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 59.95

---

**3.** 3636 **Nonpriority creditor's name and mailing address**

Jeff Miller
749 Crestview Drive

Tooele, UT, 84074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 59.99

---

Debtor    Sure Thing Sales, LLC.

Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3637  **Nonpriority creditor's name and mailing address**

Jeff Morris
5074 Arroyo Lane #303

Simi Valley , CA, 93063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3638  **Nonpriority creditor's name and mailing address**

Jeff Pardee
76 20th Ave Ct

Milton, WA, 98354

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3639  **Nonpriority creditor's name and mailing address**

Jeff Roberts
5499 W Melinda Ln

Glendale, AZ, 85308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 202.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3640  **Nonpriority creditor's name and mailing address**

jeff schatschneider
13308 grandterrace dr

grandisland, FL, 32735

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 512.52

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3641  **Nonpriority creditor's name and mailing address**

Jeff Scheuer
59 Gingerwood Way

West Henrietta, NY, 14586

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.10

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number _(if known)_____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3642 **Nonpriority creditor's name and mailing address**

Jeff Smith
1912 Atwood Avenue, Apt 103

Madison, WI, 53704

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 49.98

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 3643 **Nonpriority creditor's name and mailing address**

Jeff Stanislawski
2503 Milfoil Cv

Austin, TX, 78704

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 859.87

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 3644 **Nonpriority creditor's name and mailing address**

Jeff Weber
8348 W Utahna St

Boise, ID, 83714

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 89.98

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 3645 **Nonpriority creditor's name and mailing address**

Jeff Woolslayer
8424 Fobes Rd

Snohomish, WA, 98290

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13.11

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 3646 **Nonpriority creditor's name and mailing address**

Jeffery  Gist
208 Cedar Falls Ct

Columbia, MO, 65203

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28.06

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
| | Name | |

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 3647  **Nonpriority creditor's name and mailing address**

Jeffery  Placer
505 N Broad St

Ridgway, PA, 15853

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12.71

---

**3.** 3648  **Nonpriority creditor's name and mailing address**

Jeffery Cole
18 Seaview Terrace

Santa Monica, CA, 90401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 54.98

---

**3.** 3649  **Nonpriority creditor's name and mailing address**

Jeffery Macias
1505 Schulenberg Ave

Modesto, CA, 95350

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 31.96

---

**3.** 3650  **Nonpriority creditor's name and mailing address**

Jeffery Painter
7602 Buncombe Place

Madison, AL, 35757

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 30.51

---

**3.** 3651  **Nonpriority creditor's name and mailing address**

Jeffrey  King
7400 North Oleander Avenue

Chicago, IL, 60631

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 52.91

---

Debtor    Sure Thing Sales, LLC.
_____    _____
Name    Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 3652   **Nonpriority creditor's name and mailing address**

Jeffrey  Thompson
207 Longview Drive

Smithfield, NC, 27577

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 3653   **Nonpriority creditor's name and mailing address**

Jeffrey A Gee
6533 VERSAILLES RD

Lake View, NY, 14085

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.08

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 3654   **Nonpriority creditor's name and mailing address**

Jeffrey Barr
5562 Bonnie Brae St.

Montclair, CA, 91763

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 3655   **Nonpriority creditor's name and mailing address**

Jeffrey Germait
1008 South 112th Street

West Allis, WI, 53214

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 83.33

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 3656   **Nonpriority creditor's name and mailing address**

Jeffrey Gilmer
504 S Townes Court

Spartanburg, SC, 29301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.04

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 3657 **Nonpriority creditor's name and mailing address**

Jeffrey Goldberg
24 BRADFORD RD

FRAMINGHAM, MA, 1701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.74

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3658 **Nonpriority creditor's name and mailing address**

Jeffrey Golden
2016 North Riverview Circle

Albany, GA, 31705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3659 **Nonpriority creditor's name and mailing address**

Jeffrey Gould
37554 Arbor Woods Dr

Livonia, MI, 48150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3660 **Nonpriority creditor's name and mailing address**

Jeffrey Guagliardo
43 , Halifax Dr

Morganville, NJ, 7751

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 93.81

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3661 **Nonpriority creditor's name and mailing address**

Jeffrey Haussler
1812 Dolphin Dr

Seabrook, TX, 77586

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.45

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
        Name                                              Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.3662  **Nonpriority creditor's name and mailing address**

Jeffrey Hosfelt
24458 Otter Road

Huron Charter Township, MI, 48164

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 132.49

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.3663  **Nonpriority creditor's name and mailing address**

Jeffrey Jensen
2616 West Madison Avenue

Norfolk, NE, 68701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 44.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.3664  **Nonpriority creditor's name and mailing address**

Jeffrey Johnson
896 Single Tree dr

Las Vegas, NV, 89123

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 108.36

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.3665  **Nonpriority creditor's name and mailing address**

Jeffrey Lechner
4640 Eastridge Drive Omaha

Omaha, NE, 68134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 52.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.3666  **Nonpriority creditor's name and mailing address**

Jeffrey Long
3202 W Cherry Ln

Boise, ID, 83705-4013

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 80.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                              Case number (if known)

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 3667  **Nonpriority creditor's name and mailing address**

Jeffrey Marquez
5471 Zaffina Cir

Las Vegas, NV, 89120

**As of the petition filing date, the claim is:**    $ 29.25
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3668  **Nonpriority creditor's name and mailing address**

Jeffrey Martinez
13 Firtree Lane

Levittown, NY, 11756

**As of the petition filing date, the claim is:**    $ 410.55
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3669  **Nonpriority creditor's name and mailing address**

Jeffrey McLerran
1 E Washington St # 1600

Phoenix, AZ, 85004

**As of the petition filing date, the claim is:**    $ 11.89
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3670  **Nonpriority creditor's name and mailing address**

Jeffrey McManigal
5208 W Main St

Edinburg, PA, 16116

**As of the petition filing date, the claim is:**    $ 19.33
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3671  **Nonpriority creditor's name and mailing address**

Jeffrey Moss
9797 15th Pl SE

Lake Stevens , WA, 98258

**As of the petition filing date, the claim is:**    $ 27.23
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Sure Thing Sales, LLC
_____    Case number _(if known)_ _____
       Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 3672 **Nonpriority creditor's name and mailing address**

Jeffrey Novak
331 Euclid Avenue

Kenmore, NY, 14217

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.80

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

---

**3.** 3673 **Nonpriority creditor's name and mailing address**

Jeffrey Peterson
1161 North 2775 West

Layton, UT, 84041

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

---

**3.** 3674 **Nonpriority creditor's name and mailing address**

Jeffrey Pollard
654 Trimble Road

Joppatowne, MD, 21085

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 80.54

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

---

**3.** 3675 **Nonpriority creditor's name and mailing address**

Jeffrey Schouten
10371 Douglas Drive

Saint John, IN, 46373

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 65.56

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

---

**3.** 3676 **Nonpriority creditor's name and mailing address**

Jeffrey Waitkevich
18025 Greensboro St

Spring Hill, FL, 34610

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.83

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3677  **Nonpriority creditor's name and mailing address**

Jefry Montalvan Zelaya
1591 Yelverton Grove Road

Smithfield, NC, 27577

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.38

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3678  **Nonpriority creditor's name and mailing address**

Jehovany Pineda
23 Nature Trl

Lawrenceville, GA, 30043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.68

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3679  **Nonpriority creditor's name and mailing address**

jen ambriz
1430 South Sycamore, Apt. D

Santa Ana, CA, 92707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3680  **Nonpriority creditor's name and mailing address**

Jen Correa
11720 Greenspring Ave

Lutherville Timon, MD, 21093

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.95

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3681  **Nonpriority creditor's name and mailing address**

Jenae Kincade
po box 2282

tucker, GA, 30085

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
        Name                                                        Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.3682** Nonpriority creditor's name and mailing address

Jeneen Williamson
40 Pamrapo Ave, Apt #2

Jersey City, NJ, 7305

As of the petition filing date, the claim is: $201.46
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.3683** Nonpriority creditor's name and mailing address

Jenna Anderson
96 Richmond Road West

East Syracuse, NY, 13057

As of the petition filing date, the claim is: $30.23
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.3684** Nonpriority creditor's name and mailing address

Jenna Kaczorowski
39 Salzburg Road, unit 3

Bay City, MI, 48708

As of the petition filing date, the claim is: $29.67
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.3685** Nonpriority creditor's name and mailing address

Jenna Lawson
4400 Royalview Rd

Knoxville, TN, 37921

As of the petition filing date, the claim is: $13.10
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.3686** Nonpriority creditor's name and mailing address

Jenness Mayer
105 N Links Drive, 1085

Avondale, AZ, 85323

As of the petition filing date, the claim is: $29.36
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.
_____    _____
Name                                        Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 3687  **Nonpriority creditor's name and mailing address**

Jenni Naranjo
907 East Ghent Street

Azusa, CA, 91702

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 96.97

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3688  **Nonpriority creditor's name and mailing address**

Jennie Brown
1380 East Street, Apt 401

New Britain, CT, 6053

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 24.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3689  **Nonpriority creditor's name and mailing address**

Jennie Tran
3607 Clear Brook Court

San Jose, CA, 95111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3690  **Nonpriority creditor's name and mailing address**

Jennie VanMeter
229 Preston Ave

Lexington, KY, 40502

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 296.79

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3691  **Nonpriority creditor's name and mailing address**

Jennie Vo
15572 Briarcliff Street

Westminster, CA, 92683

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 30.44

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 3692 **Nonpriority creditor's name and mailing address**

Jennifer  Czajkowski
13192 Judy Road

Greenwood, DE, 19950

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3693 **Nonpriority creditor's name and mailing address**

Jennifer  Mata
717 Cordelia Avenue

Glendora, CA, 91740

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3694 **Nonpriority creditor's name and mailing address**

JENNIFER ALAMO
PO Box 1442

Skippack, PA, 19474

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3695 **Nonpriority creditor's name and mailing address**

Jennifer Alvord
2043 14th St N

Saint Cloud, MN, 56303-1736

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3696 **Nonpriority creditor's name and mailing address**

Jennifer Blanco
21248 Chevalier Drive

Macomb, MI, 48044

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.78

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | | Case number (if known) | |
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

3. **3697** Nonpriority creditor's name and mailing address

jennifer buzin
17344 Fountainside loop, 4102

lutz, FL, 33558

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 77.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **3698** Nonpriority creditor's name and mailing address

Jennifer Chandler
380 Town Creek Church Rd

Talking Rock, GA, 30175

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 95.22

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **3699** Nonpriority creditor's name and mailing address

Jennifer Chrin
2081 Atlantic Avenue

Long Beach, CA, 90806

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 204.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **3700** Nonpriority creditor's name and mailing address

Jennifer Ciurla
3203 Russett Dr

Tampa, FL, 33618-1442

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **3701** Nonpriority creditor's name and mailing address

Jennifer Clark
7025 Fairway Oaks

Fayetteville, PA, 17222

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 3702  **Nonpriority creditor's name and mailing address**

Jennifer Deitz
43864 Piney Stream Court

Chantilly, VA, 20152

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3703  **Nonpriority creditor's name and mailing address**

Jennifer DePetro
4421 Wanda Ln

Flower Mound, TX, 75022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.05

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3704  **Nonpriority creditor's name and mailing address**

Jennifer Diosdado
1038 West Village Court, Apt B

Pasadena, TX, 77506

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3705  **Nonpriority creditor's name and mailing address**

Jennifer Douglas
916 S Rose Street, Apt  1, Apt  1

Kalamazoo, MI, 49001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.42

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3706  **Nonpriority creditor's name and mailing address**

Jennifer Duran
708 Tayopa Court

EL PASO, TX, 79932

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC
　　　　Name

Case number *(if known)* _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

3.**3707** Nonpriority creditor's name and mailing address

Jennifer Fritz
29W352 Greenbriar Lane

Warrenville, IL, 60555

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 49.99

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.**3708** Nonpriority creditor's name and mailing address

Jennifer Gargano
313 Cindy St

Old Bridge, NJ, 8857

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.99

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.**3709** Nonpriority creditor's name and mailing address

Jennifer Gibbs
7 Forest St

Nashua, NH, 03064-1560

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.**3710** Nonpriority creditor's name and mailing address

Jennifer Holland
2000 FM 1460, Apt 6208

Georgetown, TX, 78626

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.13

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.**3711** Nonpriority creditor's name and mailing address

Jennifer Hopson
4472 Magnolia Lane

Hudson, NC, 28638

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 608.46

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor   Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** [3712] **Nonpriority creditor's name and mailing address**

Jennifer James
704 22nd Ave W

Bradenton, FL, 34205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.49

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** [3713] **Nonpriority creditor's name and mailing address**

Jennifer Jones
8115 Norton Ave

West Hollywood, CA, 90046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 173.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** [3714] **Nonpriority creditor's name and mailing address**

Jennifer Joseph
7801 Cherrybrook ct

Severn, MD, 21144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** [3715] **Nonpriority creditor's name and mailing address**

Jennifer Kean
1602 Lake Mars Ave

Ocean Springs, MS, 39564

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** [3716] **Nonpriority creditor's name and mailing address**

Jennifer Lam
2315 60th Street

Brooklyn, NY, 11204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 119.75

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name    Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3. 3717** Nonpriority creditor's name and mailing address

Jennifer Lam
2315 60th street

Brooklyn, NY, 11204

As of the petition filing date, the claim is: $152.41
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3. 3718** Nonpriority creditor's name and mailing address

Jennifer Littlejohn
Po box 181

Onsted, MI, 49265

As of the petition filing date, the claim is: $25.43
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3. 3719** Nonpriority creditor's name and mailing address

Jennifer Maddox
10 Wabon Street, 2

Boston, MA, 2121

As of the petition filing date, the claim is: $139.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3. 3720** Nonpriority creditor's name and mailing address

Jennifer Matos
2793 W CALLE VISTA DR

Rialto, CA, 92377

As of the petition filing date, the claim is: $12.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3. 3721** Nonpriority creditor's name and mailing address

Jennifer McCollister
355 South Wahanna Road, 17

Seaside, OR, 97138

As of the petition filing date, the claim is: $14.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC

Name

Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3. **3722**  Nonpriority creditor's name and mailing address

Jennifer Miyano
135 ARDMORE AVE

HERMOSA BEACH, CA, 90254

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 52.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **3723**  Nonpriority creditor's name and mailing address

Jennifer Ocean
410 East 57th Street, 3A

New York, NY, 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 69.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **3724**  Nonpriority creditor's name and mailing address

Jennifer Orozco
310 Knight Ln

Santa Ana, CA, 92704

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 57.88

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **3725**  Nonpriority creditor's name and mailing address

Jennifer Owen
571 Boca Chica Circle, Apt 202

Ocoee, FL, 34761

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 27.68

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **3726**  Nonpriority creditor's name and mailing address

Jennifer Patten
14148 Cobalt Cir NW

Ramsey, MN, 55303

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 27.84

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.
         Name                                          Case number (if known) _____

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3.3727  **Nonpriority creditor's name and mailing address**

Jennifer Reich
12215 Braxfield Court, #10

North Bethesda, MD, 20852

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.77

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3.3728  **Nonpriority creditor's name and mailing address**

Jennifer Rolon
811 Beverley Road, 2C

Brooklyn, NY, 11218

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3.3729  **Nonpriority creditor's name and mailing address**

Jennifer Rozycki
11715 East Evans Avenue

Aurora, CO, 80014

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3.3730  **Nonpriority creditor's name and mailing address**

Jennifer Sandoval
1054 Fredrick Boulevard

Reading, PA, 19605

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3.3731  **Nonpriority creditor's name and mailing address**

Jennifer Sargent
418 Thompson

St Joseph, MO, 64504

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Official Form 206E/F              Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Sure Thing Sales, LLC. | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 3732    **Nonpriority creditor's name and mailing address**

Jennifer Segura
773 Avalon Way

Livermore, CA, 94550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3733    **Nonpriority creditor's name and mailing address**

Jennifer Settles
444 Sheyenne Street Apt 408

West Fargo, ND, 58078

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3734    **Nonpriority creditor's name and mailing address**

Jennifer Smith
17 Woodford Dr

Fredericksburg, VA, 22405

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 39.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3735    **Nonpriority creditor's name and mailing address**

Jennifer Soriano
495 W Terrace St

Altadena, CA, 91001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3736    **Nonpriority creditor's name and mailing address**

Jennifer Svane
2607 Larlin Dr.

Everett, WA, 98203-6928

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC. | Case number _(if known)_ _____ |
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 3737 **Nonpriority creditor's name and mailing address**

Jennifer Tsai
142 STOCKBRIDGE AVE

ALHAMBRA, CA, 91801

**As of the petition filing date, the claim is:** $ 58.98
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3738 **Nonpriority creditor's name and mailing address**

Jennifer Ventura
11160 C-1 South Lakes Drive, 614

Reston, VA, 20191

**As of the petition filing date, the claim is:** $ 76.96
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3739 **Nonpriority creditor's name and mailing address**

Jennifer Wagher
206 candlewood way

Harleysville, PA, 19438

**As of the petition filing date, the claim is:** $ 15.89
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3740 **Nonpriority creditor's name and mailing address**

Jennirose Pedro
66-913 Alena Loop

Waialua, HI, 96791

**As of the petition filing date, the claim is:** $ 32.99
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3741 **Nonpriority creditor's name and mailing address**

Jenny Juarez
7507 Riptide Dr

Houston, TX, 77072

**As of the petition filing date, the claim is:** $ 19.46
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
    Name    Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.**`3742`  **Nonpriority creditor's name and mailing address**

Jenny Miller
2124 Thomas Street

Ashland, KY, 41101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.**`3743`  **Nonpriority creditor's name and mailing address**

Jenny Saucerman
2001 Bristol Street

Middleton, WI, 53562

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.**`3744`  **Nonpriority creditor's name and mailing address**

Jenny Wong
3324 S Justine St

Chicago, IL, 60608

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.**`3745`  **Nonpriority creditor's name and mailing address**

Jenson Turner
1624 Eleanor Drive

Haslet, TX, 76052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.46

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.**`3746`  **Nonpriority creditor's name and mailing address**

Jenwei Lin
2778 Maddison Towns Ave

Norcross, GA, 30071

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.47

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Debtor    Sure Thing Sales, LLC
_____
Name

Case number _(if known)_ _____

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 3747  **Nonpriority creditor's name and mailing address**

Jerald Skilton
7281 LOBELIA RD

FORT MYERS, FL, 33967

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 31.92

---

**3.** 3748  **Nonpriority creditor's name and mailing address**

Jeramie Robinson
1099 Polaris Rd

Helena, MT, 59602-8269

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 27.98

---

**3.** 3749  **Nonpriority creditor's name and mailing address**

Jeremiah Bowers
17248 American Elm Ct

Dumfries, VA, 22026

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 25.42

---

**3.** 3750  **Nonpriority creditor's name and mailing address**

Jeremiah D
13364 Blackburn Road

Athens, AL, 35611

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 952.93

---

**3.** 3751  **Nonpriority creditor's name and mailing address**

Jeremiah Davenport
1315 LANCER VILLAGE DR, 205

LA CRESCENT, MN, 55947

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 35.98

---

Debtor   Sure Thing Sales, LLC.
         Name                                                    Case number (if known)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 3752   **Nonpriority creditor's name and mailing address**

Jeremiah Harvey Maximus Collectors
703 River Rd

Binghamton, NY, 13901

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 34.99

---

**3.** 3753   **Nonpriority creditor's name and mailing address**

Jeremiah Owens
424 Eloquence Drive

Boiling Springs, SC, 29316

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 53.48

---

**3.** 3754   **Nonpriority creditor's name and mailing address**

Jeremiah Perez
233 Prospect Street, 4A

East orange, NJ, 7017

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 58.63

---

**3.** 3755   **Nonpriority creditor's name and mailing address**

Jeremiah Reeves
18627 BROOKHURST ST 557

Fountain Valley, CA, 92708

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 34.98

---

**3.** 3756   **Nonpriority creditor's name and mailing address**

Jeremiah Scott
806 W Palo Verde Dr

Phoenix, AZ, 85013

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 15.99

---

Debtor    Sure Thing Sales, LLC.
          Name                                    Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 3757  **Nonpriority creditor's name and mailing address**

Jeremy Belisle
675 Burlington Rd

Saint Paul, MN, 55119

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.85

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 3758  **Nonpriority creditor's name and mailing address**

JEREMY BERTEL
6 CARLSTAD ST APT 2

WORCESTER, MA, 01607-1948

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 88.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 3759  **Nonpriority creditor's name and mailing address**

Jeremy Blodnieks
2925 Begonia Way

Hollywood, FL, 33026

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.95

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 3760  **Nonpriority creditor's name and mailing address**

Jeremy Bower-Anspach
509 Hickory Drive

Colorado Springs, CO, 80911

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.77

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 3761  **Nonpriority creditor's name and mailing address**

Jeremy Bremer
16280 RED CLOVER LANE

NOBLESVILLE, IN, 46062

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 84.83

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor ___Sure Thing Sales, LLC._____ Case number _(if known)_____
         Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

3.___3762___ **Nonpriority creditor's name and mailing address**

Jeremy Charles
24 Roy I Road

Belleville, PA, 17004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 41.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___3763___ **Nonpriority creditor's name and mailing address**

Jeremy Chen
1245 Boot Hill Ln

NewCastle, CA, 95658

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 43.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___3764___ **Nonpriority creditor's name and mailing address**

Jeremy Clark
40 Ewing Dr

Reisterstown, MD, 21136-3636

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 76.96

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___3765___ **Nonpriority creditor's name and mailing address**

Jeremy Delong
4914 Reed Road, Apt H

Columbus, OH, 43220

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.89

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___3766___ **Nonpriority creditor's name and mailing address**

Jeremy Feeley
6 Blue Spruce Way

Elkton, MD, 21921

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 15.89

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Sure Thing Sales, LLC_____   Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. **3767**   **Nonpriority creditor's name and mailing address**

Jeremy Hines
6000 Leafridge Lane

Columbus, OH, 43232

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.49

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **3768**   **Nonpriority creditor's name and mailing address**

Jeremy Hodge
1625 Westridge Pl

Modesto, CA, 95358-1082

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.34

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **3769**   **Nonpriority creditor's name and mailing address**

JEREMY HODGES
3758 Hideaway Lane

Grass Lake, MI, 49240

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **3770**   **Nonpriority creditor's name and mailing address**

Jeremy Holter
908 53rd ST SE

Minot, ND, 58701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **3771**   **Nonpriority creditor's name and mailing address**

Jeremy Kasprak
1714 W Rain Ln

Spokane, WA, 99208

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3772  **Nonpriority creditor's name and mailing address**

Jeremy Mccool
219 Cherbourg Street

Houma, LA, 70363

**As of the petition filing date, the claim is:**  $ 28.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3773  **Nonpriority creditor's name and mailing address**

Jeremy Moore
207 Pleasant Avenue

Highlands, TX, 77562

**As of the petition filing date, the claim is:**  $ 44.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3774  **Nonpriority creditor's name and mailing address**

Jeremy Roper
3105 north 4th street, 34

coeur d'alene, ID, 83815

**As of the petition filing date, the claim is:**  $ 44.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3775  **Nonpriority creditor's name and mailing address**

Jeremy Rubio
10019 Carole Lane

Baytown, TX, 77521

**As of the petition filing date, the claim is:**  $ 11.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3776  **Nonpriority creditor's name and mailing address**

Jeremy Startz
4839 6th Street

Zephyrhills, FL, 33542

**As of the petition filing date, the claim is:**  $ 94.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 3777 **Nonpriority creditor's name and mailing address**

Jeremy Swank
4011 Alabama Street, Apt 2208

El Paso, TX, 79930

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3778 **Nonpriority creditor's name and mailing address**

Jeremy Torres
12 Midfield St

Stony Brook, NY, 11790-2942

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 35.84

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3779 **Nonpriority creditor's name and mailing address**

Jerico Salon
11047 Coral Drive

Jurupa Valley, CA, 91752

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 622.91

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3780 **Nonpriority creditor's name and mailing address**

Jerielle Baculi
4030 North 44th Avenue, Apt 1054

Phoenix, AZ, 85031

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 50.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3781 **Nonpriority creditor's name and mailing address**

Jermaine Melendez
2825 sierra goldway

riverbank, CA, 95367

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 79.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC    Case number *(if known)*_____
          Name

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3782 **Nonpriority creditor's name and mailing address**

Jermiah Chatman
900 Canteberry Ln

Smithfield, VA, 23430

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3783 **Nonpriority creditor's name and mailing address**

Jerome Bernardi
5146 Glendenning Road

North Lewisburg, OH, 43060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 65.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3784 **Nonpriority creditor's name and mailing address**

Jerome Eaton
1320w West 101st Street

Los Angeles, CA, 90044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 99.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3785 **Nonpriority creditor's name and mailing address**

Jerome Simmons
1228 W Northwest Blvd Suite A

Spokane, WA, 99205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 73.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3786 **Nonpriority creditor's name and mailing address**

Jerrilyn De Cambra
919 Ehoeho St.

Makawao, HI, 96768

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.49

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ____Sure Thing Sales, LLC._____    Case number _(if known)_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 3787  **Nonpriority creditor's name and mailing address**

Jerry Chao
930 North Monterey Street, #231

Alhambra, CA, 91801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 252.46

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3788  **Nonpriority creditor's name and mailing address**

Jerry Halbeisen
7260 Cold Harbor Rd, Apt. 103

Mechanicsville, VA, 23111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.88

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3789  **Nonpriority creditor's name and mailing address**

Jerry Soto
8451 Albia St

Downey, CA, 90242

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.18

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3790  **Nonpriority creditor's name and mailing address**

Jerry Sun
14131 Kingsride Lane

Houston, TX, 77079

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 93.08

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3791  **Nonpriority creditor's name and mailing address**

Jerry Vongkhamsay
7319 W Acacia St

Milwaukee, WI, 53223

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.79

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 768 of 1682

Debtor    Sure Thing Sales, LLC.
Name                                              Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3792 **Nonpriority creditor's name and mailing address**

jess delgado
2205 S Walker Ave

ontario, CA, 91761-8305

**As of the petition filing date, the claim is:**    $ 32.31
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3793 **Nonpriority creditor's name and mailing address**

Jess Shea
605 3rd Street

Gregory, TX, 78359

**As of the petition filing date, the claim is:**    $ 67.10
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3794 **Nonpriority creditor's name and mailing address**

Jessamin Karabinovich
3835 Michaels Way

Cumming, GA, 30040

**As of the petition filing date, the claim is:**    $ 24.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3795 **Nonpriority creditor's name and mailing address**

JESSE BONILLA
9157 Bearint Way

Elk Grove, CA, 95758

**As of the petition filing date, the claim is:**    $ 21.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3796 **Nonpriority creditor's name and mailing address**

jesse carpenter
1593 w homecoming way

Tucson, AZ, 85704

**As of the petition filing date, the claim is:**    $ 22.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|--------|------------------------|--------------------------|
|        | Name                   |                          |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 3797  **Nonpriority creditor's name and mailing address**

Jesse Clark
727 N. Wahsatch Ave.

Colorado Springs, CO, 80903

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 79.42

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 3798  **Nonpriority creditor's name and mailing address**

Jesse Couch
1313 S Bowdish Rd

Spokane Valley, WA, 99206-5480

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 3799  **Nonpriority creditor's name and mailing address**

Jesse Crowder
3316 Santa Rosa Dr

Gulf Breeze, FL, 32563

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 219.34

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 3800  **Nonpriority creditor's name and mailing address**

jesse cusworth
6033 Godwin Boulevard

Suffolk, VA, 23432

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 75.96

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 3801  **Nonpriority creditor's name and mailing address**

Jesse Diaz
750 Irish rd

Rural Hall, NC, 27045

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 52.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor    Sure Thing Sales, LLC    Case number _(if known)_____
          Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3.3802 **Nonpriority creditor's name and mailing address**

jesse diaz
9810 Carmenita Rd

Whittier, CA, 90605

As of the petition filing date, the claim is: $ 32.99
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.3803 **Nonpriority creditor's name and mailing address**

Jesse Griffis
130 Myers Road

Odenville, AL, 35120

As of the petition filing date, the claim is: $ 16.19
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.3804 **Nonpriority creditor's name and mailing address**

Jesse Hernandez
22915 Provincial Blvd.

Katy, TX, 77450

As of the petition filing date, the claim is: $ 11.99
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.3805 **Nonpriority creditor's name and mailing address**

Jesse Hernandez
6615 Kenwell St

Dallas, TX, 75209

As of the petition filing date, the claim is: $ 52.99
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.3806 **Nonpriority creditor's name and mailing address**

Jesse Jedrusiak
910 NJ-36, Unit 304

Hazlet, NJ, 7730

As of the petition filing date, the claim is: $ 219.34
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor     Sure Thing Sales, LLC.
           Name                                                Case number (if known)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3807  **Nonpriority creditor's name and mailing address**

Jesse Laurienti
9300 Ciancio Street

Thornton, CO, 80229

As of the petition filing date, the claim is:  $ 54.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3808  **Nonpriority creditor's name and mailing address**

Jesse OBrien
1411 1st Street West, Apt 211

Thief River Falls, MN, 56701

As of the petition filing date, the claim is:  $ 32.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3809  **Nonpriority creditor's name and mailing address**

Jesse Orozco
1925 E Grand Ave, APT 40

Escondido, CA, 92027

As of the petition filing date, the claim is:  $ 183.16
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3810  **Nonpriority creditor's name and mailing address**

Jesse Owen
132 North Cortez Street, A

New Orleans, LA, 70119

As of the petition filing date, the claim is:  $ 125.86
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3811  **Nonpriority creditor's name and mailing address**

Jesse Santos
10220 County Road 223

Oxford, FL, 34484

As of the petition filing date, the claim is:  $ 149.78
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.
Name                    Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 3812 **Nonpriority creditor's name and mailing address**

Jesse Silver
5505 Graves Rd

Cincinnati, OH, 45243

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 102.40

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3813 **Nonpriority creditor's name and mailing address**

Jesse Tarantino
156 Porter Street unit 204

East Boston, MA, 02128-2134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3814 **Nonpriority creditor's name and mailing address**

Jesse Terwillegar
6462 Navajo Place

Maple Falls, WA, 98266

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.43

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3815 **Nonpriority creditor's name and mailing address**

Jesse Vance
80 Campus Drive

Edison, NJ, 8837

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 186.54

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3816 **Nonpriority creditor's name and mailing address**

Jessi LaBruno
3240 Morningside Dr

Chesapeake, VA, 23321-4612

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.55

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 3817   **Nonpriority creditor's name and mailing address**

Jessica  Nicholson
4734 Mawani Rd

Baltimore, MD, 21206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.55

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3818   **Nonpriority creditor's name and mailing address**

Jessica  Pinto
618 Grandiflora Dr

Orlando, FL, 32811

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 7.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3819   **Nonpriority creditor's name and mailing address**

Jessica Alder
1155 5th St., Apt #404

Oakland, CA, 94607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3820   **Nonpriority creditor's name and mailing address**

Jessica Baez
25-76 Steinway Street, Apt 3

Queens, NY, 11103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.65

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3821   **Nonpriority creditor's name and mailing address**

Jessica Baker
714 Market Street

Gloucester City, NJ, 8030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 326.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC._____ Case number _(if known)_____
        Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim** |

---

3.<u>3822</u> **Nonpriority creditor's name and mailing address**

Jessica Balsizer
231 Oakwood Drive

Alabaster, AL, 35007

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.<u>3823</u> **Nonpriority creditor's name and mailing address**

Jessica Bolding
1613 college

Lewisville, TX, 75077

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.<u>3824</u> **Nonpriority creditor's name and mailing address**

Jessica Burgos
410 SE 7th Ave

Deerfield Bch, FL, 33441-4826

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.<u>3825</u> **Nonpriority creditor's name and mailing address**

Jessica C Newell
9615 Mossridge Dr

Dallas, TX, 75238

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.<u>3826</u> **Nonpriority creditor's name and mailing address**

Jessica Carmichael
16039 Acre Street

Los Angeles, CA, 91343

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.41

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3. 3827**  Nonpriority creditor's name and mailing address

Jessica Childs
15438 Seamount Cay Court 102

Corpus Christi, TX, 78418

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 3828**  Nonpriority creditor's name and mailing address

Jessica Clark
75 Woodbine Ave

Concord, NH, 3303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 3829**  Nonpriority creditor's name and mailing address

Jessica Craw
5105 Sprucewood Dr

Louisville, KY, 40291

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.89

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 3830**  Nonpriority creditor's name and mailing address

Jessica DeCormier
1712 Northampton St, Apt 3L

Holyoke, MA, 01040-1997

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.55

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 3831**  Nonpriority creditor's name and mailing address

Jessica DeLorm
1003 Williams ST NW

Orting, WA, 98360

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.78

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Sure Thing Sales, LLC.

Name

Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.3832  Nonpriority creditor's name and mailing address**

Jessica Donoho
Po box 10072

Brooksville, FL, 34603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.61

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3833  Nonpriority creditor's name and mailing address**

JESSICA DUFF
2491 BENCH REEF PL

HENDERSON, NV, 89052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 42.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3834  Nonpriority creditor's name and mailing address**

Jessica Gabaldon
11655 West Levi Drive

Avondale, AZ, 85323

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.30

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3835  Nonpriority creditor's name and mailing address**

Jessica Gandy
3930 Mohigan Way

Las Vegas, NV, 89119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3836  Nonpriority creditor's name and mailing address**

Jessica Hidalgo
5040 3rd Street

Rocklin, CA, 95677

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.15

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 777 of 1682

Debtor    Sure Thing Sales, LLC.

Name                                                    Case number (if known)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 3837 **Nonpriority creditor's name and mailing address**

Jessica Honadel
17273 S. Lichtenauer Drive

Olathe, KS, 66062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 88.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3838 **Nonpriority creditor's name and mailing address**

Jessica Jimenez
319 High Street

Elizabeth, NJ, 7202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.96

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3839 **Nonpriority creditor's name and mailing address**

Jessica Laughter
Po box 1110

Tuba City, AZ, 86045

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.71

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3840 **Nonpriority creditor's name and mailing address**

Jessica Mallory
1419 Chirikof Court

Anchorage, AK, 99507

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3841 **Nonpriority creditor's name and mailing address**

Jessica McCarthy
193 Jerome Avenue

Mineola, NY, 11501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.58

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.                                    Case number (if known)_____
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.3842  **Nonpriority creditor's name and mailing address**

Jessica Meir
200 S La Peer Dr

Beverly Hills, CA, 90211

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 71.16

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.3843  **Nonpriority creditor's name and mailing address**

Jessica Minga
4681 West Beeplant Way

Tucson, AZ, 85741

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.07

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.3844  **Nonpriority creditor's name and mailing address**

Jessica Oakes
12 Kibbie Rd

Brushton, NY, 12916

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 78.97

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.3845  **Nonpriority creditor's name and mailing address**

Jessica Privett
11089 sharon meadows dr.

Sharonville, OH, 45241

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.93

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.3846  **Nonpriority creditor's name and mailing address**

Jessica Rodriguez
2514 sabana ln

Laredo, TX, 78046

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.13

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name                                                        Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.3847  **Nonpriority creditor's name and mailing address**

Jessica Saiontz
22547 SW 102nd Avenue

Cutler Bay, FL, 33190

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.3848  **Nonpriority creditor's name and mailing address**

Jessica Souza
2237 Pacer way

Turlock, CA, 95380

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.3849  **Nonpriority creditor's name and mailing address**

Jessica Trebolo
5009 Pinehurst Court

Johnsburg, IL, 60051

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.61

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.3850  **Nonpriority creditor's name and mailing address**

Jessica Walker
14003 Gatewood Road

Petersburg, VA, 23805

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.3851  **Nonpriority creditor's name and mailing address**

Jessica Wang
3604 Sadlers Walk

Marietta, GA, 30068

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | |
|---|---|---|
| | Name | |
| | | Case number *(if known)* |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3852  **Nonpriority creditor's name and mailing address**

jessie  leon
8623 Burnet Avenue, unit J

Los Angeles, CA, 91343

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 3853  **Nonpriority creditor's name and mailing address**

Jessie Frederick
PO Box 234

Bath, ME, 4530

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 235.95

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 3854  **Nonpriority creditor's name and mailing address**

Jessie Piltch-Loeb
75 Dana St

CAMBRIDGE, MA, 2138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 134.90

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 3855  **Nonpriority creditor's name and mailing address**

Jessie Wong
173 WASHINGTON DR

Milpitas, CA, 95035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 3856  **Nonpriority creditor's name and mailing address**

Jessinda Clark
P.O. Box 4175

Omak, WA, 98841

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Debtor  Sure Thing Sales, LLC.
        Name                                                Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 3857  **Nonpriority creditor's name and mailing address**

Jessy Enriquez
3917 Weems Street

Houston, TX, 77009

**As of the petition filing date, the claim is:** $184.01
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 3858  **Nonpriority creditor's name and mailing address**

Jesus  Torres
108 Avenue B, Apartment 3R

Woonsocket, RI, 2895

**As of the petition filing date, the claim is:** $27.81
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 3859  **Nonpriority creditor's name and mailing address**

Jesus Arellano
4608 Prock Ln Apt A

Austin, TX, 78721

**As of the petition filing date, the claim is:** $23.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 3860  **Nonpriority creditor's name and mailing address**

Jesus Barraza
2360 Tocayo Avenue, Unit 89

San Diego, CA, 92154

**As of the petition filing date, the claim is:** $48.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 3861  **Nonpriority creditor's name and mailing address**

Jesus Gastelum
14045 1/2 Orizaba Avenue

Paramount, CA, 90723

**As of the petition filing date, the claim is:** $97.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|--------|-----------------------|--------------------------|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 3862    **Nonpriority creditor's name and mailing address**

Jesus Herrera
410 E Geneva St

Rogers, AR, 72758

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 3863    **Nonpriority creditor's name and mailing address**

Jesus Ibarrola
3915 WATERWOOD PASS DR.

ELMENDORF, TX, 78112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 110.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 3864    **Nonpriority creditor's name and mailing address**

Jesus Martinez
300 S 24th ST

Lincoln, NE, 68510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 278.81

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 3865    **Nonpriority creditor's name and mailing address**

Jesus Navarro
1205 Cabot Dr

Dallas, TX, 75217-6837

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 3866    **Nonpriority creditor's name and mailing address**

JESUS Palacios
3408 Pine St

Laredo, TX, 78046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.04

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
Name

Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.3867  **Nonpriority creditor's name and mailing address**

Jesus Perez
1753 W 3rd St

Santa Rosa, CA, 95401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 99.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.3868  **Nonpriority creditor's name and mailing address**

Jesus Rodriguez
2383 w 5650 s

Roy, UT, 84067

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.65

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.3869  **Nonpriority creditor's name and mailing address**

Jesus Rodriguez
Bo Puente Zarza Calle C #25, Hc 04 Box 19054

Camuy, PR, 627

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.3870  **Nonpriority creditor's name and mailing address**

Jesus Romero
5197 sw 175th ave, Apt 8

Aloha, OR, 97078

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 214.94

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.3871  **Nonpriority creditor's name and mailing address**

Jesus Salazar
2006 Airline Rd, Apt 402

Corpus Christi, TX, 78412

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name                                              Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3872 **Nonpriority creditor's name and mailing address**

Jesus Solorzano
2540 Country Hills Road, 257

Brea, CA, 92821

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 15.99

---

**3.** 3873 **Nonpriority creditor's name and mailing address**

Jesus Torres
2216 NW 135th Ter

Opa Locka, FL, 33054-4020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 677.94

---

**3.** 3874 **Nonpriority creditor's name and mailing address**

Jesus Trevizo
12009 South Kildare Avenue

Alsip, IL, 60803

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 26.39

---

**3.** 3875 **Nonpriority creditor's name and mailing address**

Jesus V
9679 Gilpin ST.

Denver, CO, 80229

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 215.76

---

**3.** 3876 **Nonpriority creditor's name and mailing address**

Jesus Zarate
230 Mariposa St

Madera, CA, 93638

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 25.96

---

Debtor  Sure Thing Sales, LLC.
        Name                                                Case number (if known)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. __3877__  **Nonpriority creditor's name and mailing address**

Jeswin Veliyathukudy
303 W Asbury Dr

Round Lake, IL, 60073-5644

**As of the petition filing date, the claim is:**   $ 52.42
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

---

3. __3878__  **Nonpriority creditor's name and mailing address**

Jett Turner
1223 North Avenue 56, 9

Los Angeles, CA, 90042

**As of the petition filing date, the claim is:**   $ 37.53
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

---

3. __3879__  **Nonpriority creditor's name and mailing address**

Jheremy Iparra
1752 West Broad St

Bethlehem, PA, 18018

**As of the petition filing date, the claim is:**   $ 28.61
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

---

3. __3880__  **Nonpriority creditor's name and mailing address**

Jherwin Torres
13774 Chase Street

Los Angeles, CA, 91331

**As of the petition filing date, the claim is:**   $ 27.36
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

---

3. __3881__  **Nonpriority creditor's name and mailing address**

Jhonny Rodriguez
8155 S REDWOOD RD, Trlr 57

WEST JORDAN, UT, 84088-9479

**As of the petition filing date, the claim is:**   $ 69.69
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

---

| Debtor | Sure Thing Sales, LLC. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3882    **Nonpriority creditor's name and mailing address**

Jia Lin Chen
919 W Mission Rd

Alhambra, CA, 91801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 5.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3883    **Nonpriority creditor's name and mailing address**

jiajian hu
37164 CORALBURST ST

Sandy, OR, 97055

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3884    **Nonpriority creditor's name and mailing address**

Jiale Qin
20800 Homestead Rd Apt 31A

Cupertino, CA, 95014

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 279.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3885    **Nonpriority creditor's name and mailing address**

Jiaming Liang
16 Lavender Ct

Daly City, CA, 94014

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.32

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3886    **Nonpriority creditor's name and mailing address**

Jianna  Acerbo
18 Tenby Chase Drive

Voorhees Township, NJ, 8043

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.65

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                              Case number (if known)

---

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 3887  **Nonpriority creditor's name and mailing address**

Jianna Harrison
8802 Johnston Street

Highland, IN, 46322

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 23.53

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3888  **Nonpriority creditor's name and mailing address**

JIASHENG XU
167 Concord St

San Francisco, CA, 94112

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 26.06

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3889  **Nonpriority creditor's name and mailing address**

JIAWEI LU
4136 66th St, Apt 1B

Woodside, NY, 11377-3740

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 784.92

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3890  **Nonpriority creditor's name and mailing address**

Jill Rauer
111 Keswick Drive

East Islip, NY, 11730

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 12.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 3891  **Nonpriority creditor's name and mailing address**

Jill Scott
1108 Mountain St NE

Jacksonville, AL, 36265-1942

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 16.49

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC | | |
| | Name | | Case number *(if known)* |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 3892 **Nonpriority creditor's name and mailing address**

Jillian Lovett
4690 Portofino Way, Apt 208

West Palm Beach, FL, 33409

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3893 **Nonpriority creditor's name and mailing address**

jim davis
2014 lafayette st.

scranton, PA, 18504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 15.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3894 **Nonpriority creditor's name and mailing address**

Jim Lagunas
5486 Riverside Dr Unit B

Chino, CA, 91710

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.23

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3895 **Nonpriority creditor's name and mailing address**

Jim Lee
2012 Paso Real Avenue

Rowland Heights, CA, 91748

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 249.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3896 **Nonpriority creditor's name and mailing address**

Jim Seeberg
9382 Meadowview Drive

Orland Hills, IL, 60487

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 79.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.** 3897   **Nonpriority creditor's name and mailing address**

Jim Zalud
1031 Perth Dr

Schaumburg, IL, 60194

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 314.95

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3898   **Nonpriority creditor's name and mailing address**

Jimena Garcia
1532 Lauren Dr

Petaluma, CA, 94954

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.21

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3899   **Nonpriority creditor's name and mailing address**

Jimi Lopex
5226 Lyndale Cir

Forest Park, GA, 30297

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3900   **Nonpriority creditor's name and mailing address**

Jimmie wu
7719 upper 167th St W

Lakeville, MN, 55044

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.26

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3901   **Nonpriority creditor's name and mailing address**

Jimmy Chow
220 Marigold Street,

Danville, CA, 94506

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 38.05

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.3902** Nonpriority creditor's name and mailing address

Jimmy Johnson
1103 Fairfield pike

Shelbyville, TN, 37160

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3903** Nonpriority creditor's name and mailing address

Jimmy Mosher
2078 Cleveland rd

Sandusky, OH, 44870-4451

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3904** Nonpriority creditor's name and mailing address

Jimmy Nguyen
1402 Rodney Rd

West Covina, CA, 91792-1528

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 93.06

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3905** Nonpriority creditor's name and mailing address

Jimmy Nguyen
2615 Elma St

Kansas City, MO, 64124

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.78

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3906** Nonpriority creditor's name and mailing address

JIMMY NGUYEN
7149 W Claremont St

Glendale, AZ, 85303

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number (if known) _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3907    **Nonpriority creditor's name and mailing address**

JIMMY NGUYEN
7149 W Claremont St

Glendale, AZ, 85303

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3908    **Nonpriority creditor's name and mailing address**

Jimmy Quach
3138 Kermath Drive

San Jose, CA, 95132

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 50.23

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3909    **Nonpriority creditor's name and mailing address**

Jimmy Stiles
Po box 1527

Jasper, AL, 35502

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.24

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3910    **Nonpriority creditor's name and mailing address**

jin hong zhu
118 Elizabeth St, Apt 3c

New York, NY, 10013

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.65

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3911    **Nonpriority creditor's name and mailing address**

Jin-Ning Tioh
1107 Delaware Avenue, Unit 1

Ames, IA, 50014

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 126.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.**\_3912\_ **Nonpriority creditor's name and mailing address**

Jing Zhi
481 La Floresta Dr

Brea, CA, 92823

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 18.30**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**\_3913\_ **Nonpriority creditor's name and mailing address**

JINLIN ZHOU
18212 NW Montreux Dr

Issaquah, WA, 98027

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 53.99**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**\_3914\_ **Nonpriority creditor's name and mailing address**

Jinlin Zhou
4614 238th Dr SE

Sammamish, WA, 98029

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 606.88**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**\_3915\_ **Nonpriority creditor's name and mailing address**

jj bond
1651 Greenville-Nashville Rd

Greenville, OH, 45331

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 36.45**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**\_3916\_ **Nonpriority creditor's name and mailing address**

jj brough
228e 600n

Kaysville, UT, 84037

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 52.99**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      Sure Thing Sales, LLC.                     Case number (if known)
            Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. ___ 3917    **Nonpriority creditor's name and mailing address**

jo bro
206 Lala Dr

reidsville, NC, 27320-9248

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.22

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**          _____

**Last 4 digits of account number**          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___ 3918    **Nonpriority creditor's name and mailing address**

JO ELLA CANTU
1218 Oaxaca

Mission, TX, 78572

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.05

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**          _____

**Last 4 digits of account number**          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___ 3919    **Nonpriority creditor's name and mailing address**

Joab Aguilar
1813 South 57th Avenue

Cicero, IL, 60804

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.18

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**          _____

**Last 4 digits of account number**          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___ 3920    **Nonpriority creditor's name and mailing address**

Joan Mekawy
226 Mauch Chunk St

Nazareth, PA, 18064

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**          _____

**Last 4 digits of account number**          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___ 3921    **Nonpriority creditor's name and mailing address**

Joani Bencosme
35-47 34th street, 2G

Astoria, NY, 11106-1982

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**          _____

**Last 4 digits of account number**          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.

Name                                    Case number *(if known)*

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 3922   **Nonpriority creditor's name and mailing address**

JoAnn Baker
1074 N. Hulet Lane

Flagstaff, AZ, 86004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.72

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3923   **Nonpriority creditor's name and mailing address**

Joanna  Lin
41 Maple Street

Malden, MA, 2148

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3924   **Nonpriority creditor's name and mailing address**

Joanna Ayala
831 COLUMBUS AVENUE

STROUDSBURG, PA, 18360

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3925   **Nonpriority creditor's name and mailing address**

Joanna Beblo
PO Box 1087

Gresham, OR, 97030

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3926   **Nonpriority creditor's name and mailing address**

Joanna Winkowski
9 Franklin Ave

DERBY, CT, 6418

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name

Case number *(if known)*_____

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.** 3927  **Nonpriority creditor's name and mailing address**

Joanne Choi
26314 Western Ave #200

Lomita, CA, 90717

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 55.10

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3928  **Nonpriority creditor's name and mailing address**

Joanne Suski
7850 FM 1960 RD E APT 204

Humble, TX, 77346

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 62.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3929  **Nonpriority creditor's name and mailing address**

Joannie Betancourt
4561 Gardens Park blvd, apt 5216, apt 5216

ORLANDO, FL, 32839

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 65.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3930  **Nonpriority creditor's name and mailing address**

Joao Sanchez Riquelme
805 85st miami beach fl 33141

Miami Beach, FL, 33141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 86.64

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3931  **Nonpriority creditor's name and mailing address**

Joaquin Longoria
2401 Mancuso Bend

Cedar Park, TX, 78613

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 35.71

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **3932**  Nonpriority creditor's name and mailing address

Jocelyn Li
1720 Sandypoint Rd

West Sacramento, CA, 95691

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred    ☑ No
Last 4 digits of account number    ☐ Yes

---

3. **3933**  Nonpriority creditor's name and mailing address

Jocelynn Rubio
1145 Ciric Avenue

Sacramento, CA, 95833

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.44

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred    ☑ No
Last 4 digits of account number    ☐ Yes

---

3. **3934**  Nonpriority creditor's name and mailing address

Jodean Duquette
501 Lindsay Road

Newport, NY, 13416

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred    ☑ No
Last 4 digits of account number    ☐ Yes

---

3. **3935**  Nonpriority creditor's name and mailing address

Jodi Banghart
1820 Washington Valley Road

Martinsville, NJ, 8836

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.94

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred    ☑ No
Last 4 digits of account number    ☐ Yes

---

3. **3936**  Nonpriority creditor's name and mailing address

Jodi Nash
222 Pheasant Run

Hendersonville, NC, 28739-8323

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

Date or dates debt was incurred    ☑ No
Last 4 digits of account number    ☐ Yes

---

Debtor      Sure Thing Sales, LLC.

Name _____      Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **3937**  **Nonpriority creditor's name and mailing address**

Jodi Whitler
1266 S Old State Rd 65

Princeton, IN, 47670

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 119.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **3938**  **Nonpriority creditor's name and mailing address**

Jodie Cinco
37243 Maas Dr.

Sterling Heights, MI, 48312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 61.47

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **3939**  **Nonpriority creditor's name and mailing address**

Jodie Collett
300 Justin Dr #3

Weymouth, MA, 2188

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **3940**  **Nonpriority creditor's name and mailing address**

Jody Pack
411 Crestline Way

Woodstock, GA, 30188

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **3941**  **Nonpriority creditor's name and mailing address**

Joe Alvarez
59 Pine Acres Blvd

Deer Park, NY, 11729-2712

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 36.92

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.

Name    Case number *(if known)*_____

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3942 **Nonpriority creditor's name and mailing address**

Joe Arenas
9433 Hearthside ct

Rancho Cucamonga, CA, 91730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3943 **Nonpriority creditor's name and mailing address**

Joe Bariso
10420 Piper Dr.

NEW PORT RICHEY, FL, 34654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3944 **Nonpriority creditor's name and mailing address**

Joe Bellanca
232 Washington Place

Cliffside Park, NJ, 7010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 260.14

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3945 **Nonpriority creditor's name and mailing address**

Joe Cvikel
1140 River Park Circle East, 108

Mukwonago, WI, 53149

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.59

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3946 **Nonpriority creditor's name and mailing address**

Joe Davis
6243 North Woods Edge Court

McCordsville, IN, 46055

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.44

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 3947  Nonpriority creditor's name and mailing address

Joe DeLuca
824 Mirabelle Ave

Westbury, NY, 11590

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.11

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. 3948  Nonpriority creditor's name and mailing address

Joe Diaz Jr
13241 Southwest 37th Terrace

Miami, FL, 33175

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.44

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. 3949  Nonpriority creditor's name and mailing address

JOE LAJOIE
22 ADAM TAYLOR RD

STERLING, MA, 01564-2827

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 85.97

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. 3950  Nonpriority creditor's name and mailing address

Joe Lambert
10300 golf course Rd NW Apt 803

Albuquerque, NM, 87114

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.97

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. 3951  Nonpriority creditor's name and mailing address

joe lolla
5 South Chestnut st

mount carmel, PA, 17851

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.89

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.                                    Case number *(if known)*
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3. __3952__**  **Nonpriority creditor's name and mailing address**

Joe Mateo
17026 Stare St

Northridge, CA, 91325-1647

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. __3953__**  **Nonpriority creditor's name and mailing address**

Joe Mateo
17026 Stare st.

Northridge, CA, 91325

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 242.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. __3954__**  **Nonpriority creditor's name and mailing address**

Joe Mitchell
3263 Motor Ave Apt 4

Los Angeles, CA, 90034-3718

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. __3955__**  **Nonpriority creditor's name and mailing address**

Joe Pelliccio
10734 Fiddlesticks Court

New Port Richey, FL, 34654

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. __3956__**  **Nonpriority creditor's name and mailing address**

Joe Quiles
6328 West Beloit Road

West Allis, WI, 53219

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.36

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page _801_ of _1682_

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 3957  **Nonpriority creditor's name and mailing address**

Joe Quiroz
1776 W Orange Ave, Apt 218

El Centro, CA, 92243

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 18.98**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3958  **Nonpriority creditor's name and mailing address**

joe retherford
18 rose lea

Hamilton, OH, 45011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 153.97**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3959  **Nonpriority creditor's name and mailing address**

Joe Vendemia
107 Wenatchee Way Southwest

Poplar Grove, IL, 61065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 13.22**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3960  **Nonpriority creditor's name and mailing address**

Joe Zertuche
10485 Neale Sound Ct

Gainesville, VA, 20155-4848

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 24.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3961  **Nonpriority creditor's name and mailing address**

Joel Baer
9448 East Florida Avenue, 1078

Denver, CO, 80247

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 92.47**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3. 3962**   **Nonpriority creditor's name and mailing address**

Joel Castaneda
20839 Rivershire Lane

Houston, TX, 77073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.44

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 3963**   **Nonpriority creditor's name and mailing address**

Joel Hunter
219 Northeast 49th Street

Oak Island, NC, 28465

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 3964**   **Nonpriority creditor's name and mailing address**

Joel Marayag
2086 Admiral Place

San Jose, CA, 95133

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.03

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 3965**   **Nonpriority creditor's name and mailing address**

Joel Martinez
1413 O Sullivan Drive

Horizon City, TX, 79928

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.04

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 3966**   **Nonpriority creditor's name and mailing address**

Joel Nance
5248 Northeast Cesar E Chavez Boulevard

Portland, OR, 97211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 3967  **Nonpriority creditor's name and mailing address**

Joel Phillips
636 Lakeland Dr, 2

Baton Rouge, LA, 70802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 127.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 3968  **Nonpriority creditor's name and mailing address**

Joel Qui?±ones
11 calle Jaicoa, Urb. Hacienda Jaicoa

Moca, PR, 676

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 1,083.83

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 3969  **Nonpriority creditor's name and mailing address**

Joel Vivas
2256 Mangum Rd

Memphis, TN, 38134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 71.32

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 3970  **Nonpriority creditor's name and mailing address**

Joey Barry
331 Oliver Lee Drive

Belleville, IL, 62223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 3971  **Nonpriority creditor's name and mailing address**

Joey Marchese
9025 Sweden blvd

Punta Gorda, FL, 33982

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 41.72

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Sure Thing Sales, LLC. | Case number (if known) |
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 3972   **Nonpriority creditor's name and mailing address**

Joey Marrero
26 Adirondack circle, Apt E

Gansevoort, NY, 12831

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 32.09

---

**3.** 3973   **Nonpriority creditor's name and mailing address**

Joey Miller
47674 Mocking Bird Ct

Novi, MI, 48374

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 23.31

---

**3.** 3974   **Nonpriority creditor's name and mailing address**

Joey Perez
3927 Annapolis Ct

Merced, CA, 95348

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 12.98

---

**3.** 3975   **Nonpriority creditor's name and mailing address**

Joey Rodberry
Pflugerville

15114 moss phlox circle, TX, 78660

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 74.95

---

**3.** 3976   **Nonpriority creditor's name and mailing address**

Johana Castro
3217 w 134th pl

Hawthorne, CA, 90250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 36.98

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 3977**  Nonpriority creditor's name and mailing address

Johana Ocampo Becerra
3208 Arbor Street

Mount Vernon, WA, 98273

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.73

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 3978**  Nonpriority creditor's name and mailing address

Johanna Glenn
10654 W BLACKHAWK DR

Boise, ID, 83709

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.98

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 3979**  Nonpriority creditor's name and mailing address

John A Brennan
23 Lori Lane

East Longmeadow, MA, 1028

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 172.98

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 3980**  Nonpriority creditor's name and mailing address

John Anderson
10404 Coward Mill Road

Knoxville, TN, 37931

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.50

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 3981**  Nonpriority creditor's name and mailing address

John Atanasio
6715 Valley Falls Road

Hope Mills, NC, 28348

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.98

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor _____Sure Thing Sales, LLC_____  Case number _(if known)_____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 3982 **Nonpriority creditor's name and mailing address**

John Atud
1531 Stanley Way

Escondido, CA, 92027

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3983 **Nonpriority creditor's name and mailing address**

John Ayala
210 North Horne Street

Duncanville, TX, 75116

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 303.09

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3984 **Nonpriority creditor's name and mailing address**

John Bogley
1104 Riverboat Ct

Annapolis, MD, 21409

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 90.10

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3985 **Nonpriority creditor's name and mailing address**

John Bolton
5901 Hyatt Road

Knoxville, TN, 37918

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 189.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 3986 **Nonpriority creditor's name and mailing address**

John Bonacci
2923 Payson Way

Wellington, FL, 33414

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 44.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3. **3987**   Nonpriority creditor's name and mailing address

John Bonewicz
55 Ivy Lane

Cherry Hill, NJ, 8002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

**$ 21.99**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **3988**   Nonpriority creditor's name and mailing address

John Buckingham 3rd
120 Alcock Rd

Essex, MD, 21221-2108

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

**$ 52.99**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **3989**   Nonpriority creditor's name and mailing address

John Campbell
12010 Farwell Road

Philadelphia, PA, 19154

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

**$ 69.11**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **3990**   Nonpriority creditor's name and mailing address

John Catalano
908 Fields End Ct

Fairview Heights, IL, 62208-2936

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

**$ 140.82**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **3991**   Nonpriority creditor's name and mailing address

John Conway
222 Rose Lake Road

Lexington, SC, 29072

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

**$ 35.30**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor   Sure Thing Sales, LLC
         Name                                              Case number (if known)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.3992  **Nonpriority creditor's name and mailing address**

John Cregar
7541 south county road 410 west

Laurel, IN, 47024

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

$ 11.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.3993  **Nonpriority creditor's name and mailing address**

John Decio
20507 Starling Court

Santa Clarita, CA, 91350

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

$ 25.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.3994  **Nonpriority creditor's name and mailing address**

John Deluca
1 Prentiss Drive

Hopewell Junction, NY, 12533

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

$ 34.97

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.3995  **Nonpriority creditor's name and mailing address**

John Ferguson
795 Chaseridge Drive

McDonough, GA, 30253

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

$ 51.35

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.3996  **Nonpriority creditor's name and mailing address**

john gleva
62430 Locust Road, #222

South Bend, IN, 46614

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

$ 32.09

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC. | | Case number (if known) | |
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.3997**  Nonpriority creditor's name and mailing address

John Golomb
200 N Wynnewood Ave., A407

Wynnewood, PA, 19096-1430

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3998**  Nonpriority creditor's name and mailing address

John Gonzalez
207 Preston Street

Hartford, CT, 6114

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3999**  Nonpriority creditor's name and mailing address

John Griffin
108 East Melody Lane

Corinth, MS, 38834

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.09

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4000**  Nonpriority creditor's name and mailing address

John Halley
26 View St

Jasper, TN, 37347-5723

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 43.89

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4001**  Nonpriority creditor's name and mailing address

John Heide
141 Spring Garden Street

Riverside, NJ, 8075

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name                                    Case number (if known)

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3. **4002**  Nonpriority creditor's name and mailing address

John Henderson
42020 Long Hollow Drive

Coarsegold, CA, 93614

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.68

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **4003**  Nonpriority creditor's name and mailing address

John Hillman
125 Locust Ave.

Westville, NJ, 08093-1419

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.97

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **4004**  Nonpriority creditor's name and mailing address

John Ho
220 N IVY AVE

MONROVIA, CA, 91016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 44.09

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **4005**  Nonpriority creditor's name and mailing address

John Hodge
4239 Briarcliff Road Northeast

Atlanta, GA, 30345

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 232.19

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **4006**  Nonpriority creditor's name and mailing address

John Horn
7505 N Woodland Ave.

Gladstone, MO, 64118

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 84.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 811 of 1682

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 4007 **Nonpriority creditor's name and mailing address**

John Iliopoulos
208 W D st

Elmwood, NE, 68349-6052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.10

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

**3.** 4008 **Nonpriority creditor's name and mailing address**

John Kim
245 North Arizona Avenue

Chandler, AZ, 85225

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.00

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

**3.** 4009 **Nonpriority creditor's name and mailing address**

John Kimpson
18325 Milmore Avenue

Carson, CA, 90746

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

**3.** 4010 **Nonpriority creditor's name and mailing address**

John Kinzie
2955 Fairway View Drive

West Wendover, NV, 89883

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.77

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

**3.** 4011 **Nonpriority creditor's name and mailing address**

John Kubina
307 UNION DR

Ruther Glen, VA, 22546

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

Debtor    Sure Thing Sales, LLC.
Name    Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. | 4012 | Nonpriority creditor's name and mailing address

John Lawrence
8505 Lot B. Pollock Ferry Rd.

Moss Point , MS, 39562

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 96.29

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. | 4013 | Nonpriority creditor's name and mailing address

John Laycock
1643 Savannah Highway B, #108

Charleston, SC, 29407

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. | 4014 | Nonpriority creditor's name and mailing address

John Limoli
23933 DEL MONTE DR, UNIT 20

VALENCIA, CA, 91355

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.98

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. | 4015 | Nonpriority creditor's name and mailing address

John M Nguyen
8616 N 32nd Dr

Phoenix, AZ, 85051

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.52

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. | 4016 | Nonpriority creditor's name and mailing address

john macciocca
9 Forest Drive, G.

Garnerville, NY, 10923

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor _____Sure Thing Sales, LLC._____  Case number _(if known)_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. ⌐4017⌐ **Nonpriority creditor's name and mailing address**

John Matyas
52180 Hwy HH

Hannibal, MO, 63401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 46.98**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ⌐4018⌐ **Nonpriority creditor's name and mailing address**

John McCloskey
37402, Radde

Clinton Township, MI, 48036

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 84.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ⌐4019⌐ **Nonpriority creditor's name and mailing address**

John McCoy
300 HICKS FARM RD NW

Acworth, GA, 30102

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 26.74**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ⌐4020⌐ **Nonpriority creditor's name and mailing address**

John Montagna
4924 Shallowford Circle

Virginia Beach, VA, 23462

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 63.59**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ⌐4021⌐ **Nonpriority creditor's name and mailing address**

John Morales
116 Chorley Run

Ellenwood, GA, 30294-2905

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 22.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.                                    Case number (if known) _____
          Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4022  **Nonpriority creditor's name and mailing address**

John Murphy
8 Spruce Street

Clifton Park, NY, 12065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 4023  **Nonpriority creditor's name and mailing address**

John N. Mayer
274 Brookside Ave

Wyckoff, NJ, 7481

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 42.64

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4024  **Nonpriority creditor's name and mailing address**

john okuda
12022 Bailey Street #1

Garden Grove, CA, 92845

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.04

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4025  **Nonpriority creditor's name and mailing address**

John P Crosby
8642 Brookfield Avenue, Apt 2L

Brookfield, IL, 60513

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 60.63

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 4026  **Nonpriority creditor's name and mailing address**

John Paul Douglass
34 Chestnut Sq

Jamaica Plain, MA, 2130

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 302.80

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:     Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4027 **Nonpriority creditor's name and mailing address**

John Perry
78 East Chestnut Street, Unit 107

Columbus, OH, 43215

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 10.73

---

**3.** 4028 **Nonpriority creditor's name and mailing address**

JOHN PISCOPINK
1215 Manchester Rd

Birmingham, MI, 48009-5806

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 102.98

---

**3.** 4029 **Nonpriority creditor's name and mailing address**

John Powers
7667, 21st Ave

Sacramento, CA, 95820

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 21.74

---

**3.** 4030 **Nonpriority creditor's name and mailing address**

John Reed
29 messmore st apt. D, Apt D

Centerburg, OH, 43011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 12.99

---

**3.** 4031 **Nonpriority creditor's name and mailing address**

John Robinson
5545 bayridge dr

Hilliard, OH, 43026

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 32.23

---

Debtor    Sure Thing Sales, LLC.    Case number *(if known)* _____
          Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.**4032  **Nonpriority creditor's name and mailing address**

John Rodriguez
2501 Foothill Blvd Apt 9

La crescenta, CA, 91214-3520

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.**4033  **Nonpriority creditor's name and mailing address**

John Sanchez
539 N. Ravine Dr

Round Lake Beach, IL, 60073-3166

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.86

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.**4034  **Nonpriority creditor's name and mailing address**

John Schloman
4851 N Monticello Ave

Chicago, IL, 60625

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.**4035  **Nonpriority creditor's name and mailing address**

John Serpa III
1130 High Chaparral Dr

Reno, NV, 89521

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 137.98

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.**4036  **Nonpriority creditor's name and mailing address**

John Seymour
21635 Conners Avenue

Warren, MI, 48091

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 4037   Nonpriority creditor's name and mailing address

John Simpson
1291 Greenbrier Lane

North Tonawanda, NY, 14120

**As of the petition filing date, the claim is:**   $ 17.27
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4038   Nonpriority creditor's name and mailing address

John Sokolis
177 Elm Street

Meriden, CT, 6450

**As of the petition filing date, the claim is:**   $ 26.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4039   Nonpriority creditor's name and mailing address

John Starkey
671 Cascade Drive

Chaska, MN, 55318

**As of the petition filing date, the claim is:**   $ 32.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4040   Nonpriority creditor's name and mailing address

John Stetz
4259 9th Avenue Circle South, Apt 102

Fargo, ND, 58103

**As of the petition filing date, the claim is:**   $ 84.91
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4041   Nonpriority creditor's name and mailing address

John Stone
3820 Nicholasville Rd., Apt 1410

Lexington, KY, 40503

**As of the petition filing date, the claim is:**   $ 54.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 4042  **Nonpriority creditor's name and mailing address**

John Stuart
1810 highland ridge rd

Estill Springs, TN, 37330-4303

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 4043  **Nonpriority creditor's name and mailing address**

John Thompson
22313 17th Place West

Bothell, WA, 98021

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 4044  **Nonpriority creditor's name and mailing address**

John Tiet
11672 fredrick dr

Garden grove, CA, 92840

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 4045  **Nonpriority creditor's name and mailing address**

John Velasquez
2477 Belmont Avenue, 2L

Bronx, NY, 10458

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 4046  **Nonpriority creditor's name and mailing address**

John Vick
518 W Winter Park St

Orlando, FL, 32804

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor    Sure Thing Sales, LLC.

Name                                    Case number *(if known)*

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. __4047__  **Nonpriority creditor's name and mailing address**

JOhn Waily
1967 N 18th Ave,, apt 5

Melrose Park, IL, 60160-1213

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 33.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. __4048__  **Nonpriority creditor's name and mailing address**

john Walker
1447 east saginaw

lansing, MI, 48906

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. __4049__  **Nonpriority creditor's name and mailing address**

John Weinreich
5097 River Chase Rdg

WINSTON SALEM, NC, 27104-4491

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 117.68

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. __4050__  **Nonpriority creditor's name and mailing address**

John Wilkins
6811 Smithfield Boulevard

Indianapolis, IN, 46237

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. __4051__  **Nonpriority creditor's name and mailing address**

John Wilmer Samaniego
3777 Peachtree Rd Ne Apt 1636

Brookhaven, GA, 30319

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 99.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Sure Thing Sales, LLC. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4052   **Nonpriority creditor's name and mailing address**

Johnathan Aguirre
957 Mossy Vale St

Henderson, NV, 89052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 137.99

---

**3.** 4053   **Nonpriority creditor's name and mailing address**

Johnathan Franklin
1961 Howe Avenue, 80

Sacramento, CA, 95825

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 27.17

---

**3.** 4054   **Nonpriority creditor's name and mailing address**

Johnathon Evans
12206 Fair Oaks Boulevard, Apt. 19

Fair Oaks, CA, 95628

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 37.70

---

**3.** 4055   **Nonpriority creditor's name and mailing address**

Johnathon Herrera
14721 Southwest 113th Lane

Miami, FL, 33196

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 70.98

---

**3.** 4056   **Nonpriority creditor's name and mailing address**

Johnny Brooke
147 Ginger Quill Cir

Biltmore Lake, NC, 28715

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 32.08

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **4057**  **Nonpriority creditor's name and mailing address**

Johnny Esperon
322 View Drive

Blythewood, SC, 29016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.51

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **4058**  **Nonpriority creditor's name and mailing address**

Johnny Pingshaw
30 E County Road 2006

Bunnell, FL, 32110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.66

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **4059**  **Nonpriority creditor's name and mailing address**

Johnny Reutted
101 Durango Loop Street

Davenport, FL, 33897

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 203.29

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **4060**  **Nonpriority creditor's name and mailing address**

Johnny Tran
3522 Penn Mar Ave, Apt A

El Monte, CA, 91732

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **4061**  **Nonpriority creditor's name and mailing address**

johnson fountain
1104 commanchero dr

Colorado Springs, CO, 80915

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48.05

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.

Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

3. **4062** **Nonpriority creditor's name and mailing address**

Jojo Medina
996 Hegeman Avenue, 1E

Brooklyn, NY, 11208

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.05

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **4063** **Nonpriority creditor's name and mailing address**

Jolee Harvey
14287 Avenue 23 1/2

Chowchilla, CA, 93610

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.35

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **4064** **Nonpriority creditor's name and mailing address**

Jolene Hobbs
8514 Branch Hollow Dr

Universal City, TX, 78148

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **4065** **Nonpriority creditor's name and mailing address**

Jolie Speckmeyer
25215 Oak St, 5

Lomita, CA, 90717

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 88.19

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **4066** **Nonpriority creditor's name and mailing address**

jon fawkes
12 ramsgate ridge

nashua, NH, 3063

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC
    Name

Case number (if known)_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 4067    **Nonpriority creditor's name and mailing address**

Jon Jablonsky
1851 Colby Ave.

Los Angeles, CA, 90025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 17.99**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 4068    **Nonpriority creditor's name and mailing address**

Jon Kava
504 5th St., P.O. Box 248

Silver Creek, NE, 68663

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 21.99**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4069    **Nonpriority creditor's name and mailing address**

jon marcus
80 hemlock ln.

highland park, IL, 60035

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 52.99**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4070    **Nonpriority creditor's name and mailing address**

Jon Nelson
11455 Sw Shrope Ct.

Tigard, OR, 97223

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 89.99**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 4071    **Nonpriority creditor's name and mailing address**

jon Newberry
280 B Street, Unit 102

Blaine, WA, 98230

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 27.18**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 4072  Nonpriority creditor's name and mailing address**

Jon Rances
85-40 Somerset Street

Queens, NY, 11432

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 21.64

---

**3. 4073  Nonpriority creditor's name and mailing address**

Jon Reed
213 Manoah Lane

Nicholasville, KY, 40356

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12.71

---

**3. 4074  Nonpriority creditor's name and mailing address**

Jon-Michael Huber
7130 Kismet Place

Huber Heights, OH, 45424

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 23.62

---

**3. 4075  Nonpriority creditor's name and mailing address**

Jon-Mitchel Sherburne
20480 St. Rt. 31

Marysville, OH, 43040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 45.98

---

**3. 4076  Nonpriority creditor's name and mailing address**

Jonah Cowan
1 Iris Arbor Court

Conroe, TX, 77301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 64.99

---

| Debtor | Sure Thing Sales, LLC. | | |
| | Name | | Case number (if known) |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4077  **Nonpriority creditor's name and mailing address**

Jonah Ford
618 Heritage Drive, Apartment 11

Brookings, SD, 57006

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.07

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4078  **Nonpriority creditor's name and mailing address**

Jonah Hedlund
5115 Reservoir Drive

San Diego, CA, 92115

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.92

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4079  **Nonpriority creditor's name and mailing address**

Jonah Homrighausen
15594 East Arizona Avenue, Unit 306

Aurora, CO, 80017

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 72.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4080  **Nonpriority creditor's name and mailing address**

Jonas Blanco
1422 5 D Drive

El Cajon, CA, 92021

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 35.97

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4081  **Nonpriority creditor's name and mailing address**

Jonathan Gengler
1107 Freeport Road

Natrona Heights, PA, 15065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor   Sure Thing Sales, LLC.
Name

Case number *(if known)*

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3. 4082 **Nonpriority creditor's name and mailing address**

Jonathan  Ochoa
9560 hapmshire.st

rancho cucamonga, CA, 91730

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 46.32

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 4083 **Nonpriority creditor's name and mailing address**

Jonathan  Smith
611 N BROWN ST

GLOUCESTER CITY, NJ, 8030

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25.56

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 4084 **Nonpriority creditor's name and mailing address**

Jonathan Aguiniga Vazquez
1059 Las Rosas Dr

San Jacinto, CA, 92583

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 26.08

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 4085 **Nonpriority creditor's name and mailing address**

Jonathan Andrey Quesada Solis
1625 Nantucket Circle, Apt 156

Santa Clara, CA, 95054

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 119.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 4086 **Nonpriority creditor's name and mailing address**

Jonathan Anthony
1743 East Iowa Avenue, Apartment 1004

Saint Paul, MN, 55106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 74.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Sure Thing Sales, LLC | |
| | Name | |
| | | Case number *(if known)* |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 4087   **Nonpriority creditor's name and mailing address**

Jonathan Armenta
911 Marlin Drive

Vista, CA, 92084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.87

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 4088   **Nonpriority creditor's name and mailing address**

Jonathan Bembanaste
11200 SW 51st Street

Davie, FL, 33330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 422.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 4089   **Nonpriority creditor's name and mailing address**

Jonathan Bice
1504 Hardwood Cove Circle

Birmingham, AL, 35242

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.29

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 4090   **Nonpriority creditor's name and mailing address**

Jonathan Boettcher
2042 Hidden Lake Dr, Apt. B

Stow, OH, 44224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 307.91

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 4091   **Nonpriority creditor's name and mailing address**

Jonathan Box
1835 Hwy 33

Pelham, AL, 35124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.34

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.4092** Nonpriority creditor's name and mailing address

Jonathan Calderas
583 park way apt D

Chula vista, CA, 91910

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 344.90

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.4093** Nonpriority creditor's name and mailing address

Jonathan Carter
300 Rolling Oaks Dr # 370

Thousand Oaks, CA, 91361

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 55.99

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.4094** Nonpriority creditor's name and mailing address

Jonathan Cenna
1334 Whitney Road

Southampton, PA, 18966

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 38.15

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.4095** Nonpriority creditor's name and mailing address

Jonathan Chan
618 East 21st Street

Oakland, CA, 94606-1919

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 33.06

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.4096** Nonpriority creditor's name and mailing address

Jonathan Cheung
40135 Blanchard Street

Fremont, CA, 94538

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 220.45

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** ___4097___  **Nonpriority creditor's name and mailing address**

Jonathan Chong
105 Stardance Drive

Mission Viejo, CA, 92692

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 73.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** ___4098___  **Nonpriority creditor's name and mailing address**

Jonathan Chu(13369OF)
90 South Spruce Avenue, Suite B

South San Francisco, CA, 94080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 48.97

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** ___4099___  **Nonpriority creditor's name and mailing address**

Jonathan Chu12535 OF
90 S SPRUCE AVE STE B

SOUTH SAN FRANCISCO, CA, 94080-4555

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 45.95

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** ___4100___  **Nonpriority creditor's name and mailing address**

Jonathan Coates
3417 4th Street West

Lehigh Acres, FL, 33971

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.29

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** ___4101___  **Nonpriority creditor's name and mailing address**

Jonathan Cole
2400 jupiter rd, L2, L2

plano, TX, 75074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.96

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
| | Name | |

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 4102 **Nonpriority creditor's name and mailing address**

Jonathan Davy
301 Northshore Blvd, Apt 714

Portland, TX, 78374

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 4103 **Nonpriority creditor's name and mailing address**

Jonathan Delgado
4240 Studio St

Las Vegas, NV, 89115

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 175.97

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 4104 **Nonpriority creditor's name and mailing address**

jonathan dorr
655 Blackstone Dr

Myrtle Beach, SC, 29588

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 4105 **Nonpriority creditor's name and mailing address**

Jonathan Flores
1050 Florida Grove Rd, Apt. 5

Perth Amboy, NJ, 8861

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 42.64

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 4106 **Nonpriority creditor's name and mailing address**

Jonathan Garcia
2450 South Quebec Street, Apt #308

Denver, CO, 80231

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 31.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** **4107**  **Nonpriority creditor's name and mailing address**

Jonathan Gentile
623 West Alderwood Lane

Nampa, ID, 83651

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.66

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **4108**  **Nonpriority creditor's name and mailing address**

Jonathan George
8288 Wooster Pike, Apt 2

Cincinnati, OH, 45227

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **4109**  **Nonpriority creditor's name and mailing address**

Jonathan Geronimo
2541 Holland Ave, Side Door BSMT

Bronx, NY, 10467

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 82.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **4110**  **Nonpriority creditor's name and mailing address**

Jonathan Gindhart
900 Easy Street, D

Tullytown, PA, 19007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.61

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **4111**  **Nonpriority creditor's name and mailing address**

Jonathan Gragert
4970 23rd ct sw

Naples, FL, 34116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
Name

Case number (if known)

**Part 2:   Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

3. 4112   **Nonpriority creditor's name and mailing address**

Jonathan Guzman
142 Lancer Avenue

Oceanside, CA, 92058

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 30.97**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 4113   **Nonpriority creditor's name and mailing address**

Jonathan Harrison
332 S 230 W

Orem, UT, 84058

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 22.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 4114   **Nonpriority creditor's name and mailing address**

Jonathan Joanis
10 Chris Avenue

Lampasas, TX, 76550

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 47.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 4115   **Nonpriority creditor's name and mailing address**

Jonathan Lemus
450 state Route 94

Columbia, NJ, 7832

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 117.28**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 4116   **Nonpriority creditor's name and mailing address**

Jonathan Lyvers
4006 sunrise blvd, Apartment A

Fort Pierce, FL, 34982

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 32.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor _____Sure Thing Sales, LLC_____    Case number _(if known)_____
         Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 4117    **Nonpriority creditor's name and mailing address**

Jonathan Miller
964 Chateau Dr

Marion, OH, 43302

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 18.99

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. 4118    **Nonpriority creditor's name and mailing address**

Jonathan Moniz
20 SE Wyoming BLVD, apt 42

Casper, WY, 82609

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 68.24

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. 4119    **Nonpriority creditor's name and mailing address**

Jonathan Nguyen
1709 Evergreen Alcove

Woodbury, MN, 55125

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 69.78

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. 4120    **Nonpriority creditor's name and mailing address**

Jonathan O'Donnell
10801 Blake Gardens

McKinney, TX, 75070

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 79.99

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. 4121    **Nonpriority creditor's name and mailing address**

Jonathan Obenchain
5751 West Chestnut Avenue

Littleton, CO, 80128

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.98

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F           Schedule E/F: Creditors Who Have Unsecured Claims           page 834 of 1682

Debtor    Sure Thing Sales, LLC
         Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 4122   **Nonpriority creditor's name and mailing address**

Jonathan Odom
5025 Social Circle

Indian Land, SC, 29707

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 12.95

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4123   **Nonpriority creditor's name and mailing address**

Jonathan Olson
26 Peggy Ln

Portsmouth, RI, 2871

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 39.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4124   **Nonpriority creditor's name and mailing address**

Jonathan Pace
2905 Graftons Lane

Churchville, MD, 21028

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 59.35

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4125   **Nonpriority creditor's name and mailing address**

Jonathan Parrenas
5901 Monroe

Morton Grove, IL, 60053

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 74.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4126   **Nonpriority creditor's name and mailing address**

Jonathan Pena
11512 SW 239th Ter

Homestead, FL, 33032

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 23.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____
Sure Thing Sales, LLC
Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** ___4127___ **Nonpriority creditor's name and mailing address**

Jonathan Pimentel
11 Clove Drive

Colonia, NJ, 7067

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.78

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** ___4128___ **Nonpriority creditor's name and mailing address**

Jonathan Rios
64 Beauvue Terrace

Bridgeport, CT, 6606

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.75

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** ___4129___ **Nonpriority creditor's name and mailing address**

Jonathan Rios
8171 Eleanor St

Tyler, TX, 75708

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.98

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** ___4130___ **Nonpriority creditor's name and mailing address**

Jonathan Rodriguez
1600 Tamarack Avenue, 19

McAllen, TX, 78501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.64

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** ___4131___ **Nonpriority creditor's name and mailing address**

Jonathan Ruiz
2685 Barry st

Camarillo, CA, 93010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 72.92

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|--------|------------------------|--------------------------|
|        | Name                   |                          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 4132  **Nonpriority creditor's name and mailing address**

Jonathan sanchez
647 South Palm Street, Unit F

LA HABRA, CA, 90631

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 35.69

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4133  **Nonpriority creditor's name and mailing address**

Jonathan Shelby
416 Twin Bridge Road

Sandy Hook, MS, 39478

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 47.07

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4134  **Nonpriority creditor's name and mailing address**

jonathan trayes
1618 Perkins Ln

Greenville, NC, 27834

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4135  **Nonpriority creditor's name and mailing address**

Jonathan Urtiz
191 harden parkway, Apartment c

salinas, CA, 93906-5195

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 215.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4136  **Nonpriority creditor's name and mailing address**

jonathan valencia
351 Riva Ridge Ln, Apt J108

Fort Collins, CO, 80526-6372

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.82

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** **4137**  **Nonpriority creditor's name and mailing address**

Jonathan Yeung
124 Holcomb ave.

Staten Island, NY, 10312

**As of the petition filing date, the claim is:**  $ 54.43
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **4138**  **Nonpriority creditor's name and mailing address**

Jonathon Christopher
20130 Picadilly Rd

Detroit , MI, 48221

**As of the petition filing date, the claim is:**  $ 29.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **4139**  **Nonpriority creditor's name and mailing address**

Jonathon Eayre
1608 Nazareth Court

Monroe  , NC, 28110

**As of the petition filing date, the claim is:**  $ 9.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **4140**  **Nonpriority creditor's name and mailing address**

Jong Woo Lee
13 Arminta Ct

Chico, CA, 95928

**As of the petition filing date, the claim is:**  $ 52.54
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **4141**  **Nonpriority creditor's name and mailing address**

Jonnel Videna
7575 woodridge way

san diego, CA, 92114

**As of the petition filing date, the claim is:**  $ 144.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    Sure Thing Sales, LLC
_____
Name    Case number (if known)_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 4142  **Nonpriority creditor's name and mailing address**

Jonny Davis
13800 Egrets Nest Drive, #1736

Jacksonville, FL, 32258

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 84.91**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 4143  **Nonpriority creditor's name and mailing address**

Jonuel Velez
Po Box 1092

Sabana Grande, PR, 637

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 127.94**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 4144  **Nonpriority creditor's name and mailing address**

joohwan cho
404 Shatto pl., #224B

Los Angeles, CA, 90020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 129.16**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 4145  **Nonpriority creditor's name and mailing address**

Jordan Anderson
PO Box 34

Kingsville, OH, 44048-0034

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 74.97**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 4146  **Nonpriority creditor's name and mailing address**

Jordan Atkins
114 Plaxedale road

Liverpool, NY, 13088

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 69.10**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor _____
           Sure Thing Sales, LLC.
           Name

           Case number _(if known)_ _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 4147  **Nonpriority creditor's name and mailing address**

jordan bracey
118 East Avenue 45, D

Los Angeles, CA, 90031

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.36

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4148  **Nonpriority creditor's name and mailing address**

Jordan Donati
3902 N. Lakeside Dr.

Muncie, IN, 47304

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 77.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4149  **Nonpriority creditor's name and mailing address**

Jordan Dreasher
3035 Mark Twain Dr

Dallas, TX, 75234-2131

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 53.03

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4150  **Nonpriority creditor's name and mailing address**

Jordan Esparza
P.O. Box 692965

Stockton, CA, 95269

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.97

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4151  **Nonpriority creditor's name and mailing address**

Jordan Ewald
12813 Maryland Woods Court

Orlando, FL, 32824

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.77

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name                                    Case number *(if known)*

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

3.⎵**4152**  **Nonpriority creditor's name and mailing address**

Jordan Gaudette
443 De Mar Drive

Sacramento, CA, 95831

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 694.90

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.⎵**4153**  **Nonpriority creditor's name and mailing address**

Jordan Haise
1015 San Jose Drive

Elm Grove, WI, 53122

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.29

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.⎵**4154**  **Nonpriority creditor's name and mailing address**

Jordan Harvey
2408 Arbor Cir

MIDLAND, TX, 79707

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.⎵**4155**  **Nonpriority creditor's name and mailing address**

Jordan King
6554 North Sidney Place, APT 103

Glendale, WI, 53209

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.81

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.⎵**4156**  **Nonpriority creditor's name and mailing address**

Jordan King
9881 Piney Point Cir

Orlando, FL, 32825-6526

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 106.49

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|--------|------------------------|------------------------|
|        | Name |  |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 4157  **Nonpriority creditor's name and mailing address**

Jordan McFarland
1674 Gellenbeck St

Cincinnati, OH, 45205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 36.37

---

**3.** 4158  **Nonpriority creditor's name and mailing address**

Jordan Moran
19 Bean Ct

Wanaque, NJ, 7465

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 379.98

---

**3.** 4159  **Nonpriority creditor's name and mailing address**

Jordan Nichols
800 Turtle Court, Apartment 822

Spartanburg, SC, 29303

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 22.99

---

**3.** 4160  **Nonpriority creditor's name and mailing address**

Jordan Ong
24807 Thorton Knolls Dr

Spring, TX, 77389

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 56.28

---

**3.** 4161  **Nonpriority creditor's name and mailing address**

Jordan Parkman
3197 Post Woods Drive, APT G

Atlanta, GA, 30339

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 26.49

---

Debtor    Sure Thing Sales, LLC    Case number (if known)
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 4162 **Nonpriority creditor's name and mailing address**

Jordan Pineda
13086 Blackbird St, Apt 5

Garden Grove, CA, 92843-2913

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.44

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4163 **Nonpriority creditor's name and mailing address**

Jordan Santos
10515 Dabney Dr

San Diego, CA, 92126

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.16

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4164 **Nonpriority creditor's name and mailing address**

Jordan Schroeder
5550 state route 109

leipsic, OH, 45856

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.54

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4165 **Nonpriority creditor's name and mailing address**

Jordan Smith
219 Brushy Mountain Road

East Stroudsburg, PA, 18301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4166 **Nonpriority creditor's name and mailing address**

Jordan Stephens
508 Muhlenberg Ave

Wenonah, NJ, 8090

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.65

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Sure Thing Sales, LLC_____    Case number _(if known)_____
Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3. 4167  **Nonpriority creditor's name and mailing address**

jordan taddei
135 Summit Avenue

Montclair, NJ, 7043

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 52.99

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4168  **Nonpriority creditor's name and mailing address**

Jordan Thomas
27 Logan Hill Dr

Rogersville, MO, 65742

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 83.37

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4169  **Nonpriority creditor's name and mailing address**

Jordan Vargas
8818 Lido Lane

Port Richey, FL, 34668

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.81

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4170  **Nonpriority creditor's name and mailing address**

Jordan Warner
13 Cahill St

Amityville, NY, 11701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 48.99

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4171  **Nonpriority creditor's name and mailing address**

Jordan Woolems
102 Thistledown Trail

Hot Springs, AR, 71913

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.98

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC                                   Case number (if known)_____
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 4172  **Nonpriority creditor's name and mailing address**

Jordy Chavez
211 Shortwood Street

Spartanburg, SC, 29301

As of the petition filing date, the claim is:    $ 402.31
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
Date or dates debt was incurred    _____    ☑ No
Last 4 digits of account number    _____    ☐ Yes

**3.** 4173  **Nonpriority creditor's name and mailing address**

Jordyn Connell
1024 South Street

Jackson, MN, 56143

As of the petition filing date, the claim is:    $ 27.78
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
Date or dates debt was incurred    _____    ☑ No
Last 4 digits of account number    _____    ☐ Yes

**3.** 4174  **Nonpriority creditor's name and mailing address**

Jordyn Raines
25201 Wagner Way

Hemet, CA, 92544

As of the petition filing date, the claim is:    $ 30.44
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
Date or dates debt was incurred    _____    ☑ No
Last 4 digits of account number    _____    ☐ Yes

**3.** 4175  **Nonpriority creditor's name and mailing address**

Jordynn Zito
61128 Manhae Loop

Bend, OR, 97702

As of the petition filing date, the claim is:    $ 26.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
Date or dates debt was incurred    _____    ☑ No
Last 4 digits of account number    _____    ☐ Yes

**3.** 4176  **Nonpriority creditor's name and mailing address**

Jorge Cano
511 Adalee DR

Donna, TX, 78537

As of the petition filing date, the claim is:    $ 28.68
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
Date or dates debt was incurred    _____    ☑ No
Last 4 digits of account number    _____    ☐ Yes

Debtor   Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 4177   **Nonpriority creditor's name and mailing address**

Jorge Cruz
1751 Mojave View Cir

Corona, CA, 92882

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4178   **Nonpriority creditor's name and mailing address**

Jorge E Almeida
2717 Peach Drive

Little Elm, TX, 75068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4179   **Nonpriority creditor's name and mailing address**

Jorge Figueroa
12901 E 23rd St

Tulsa, OK, 74134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 56.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4180   **Nonpriority creditor's name and mailing address**

Jorge Garcia
2912 Clay Avenue

San Diego, CA, 92113

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4181   **Nonpriority creditor's name and mailing address**

Jorge Garcia
2925 Emerald Lake Dr

HARLINGEN, TX, 78550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 119.06

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 4182  **Nonpriority creditor's name and mailing address**

Jorge Morales
170 French Ave

Los Angeles, CA, 90065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4183  **Nonpriority creditor's name and mailing address**

Jorge Quezada
11020 Lillian Lane

South Gate, CA, 90280

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 224.90

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4184  **Nonpriority creditor's name and mailing address**

Jorge R quirarte
Matchaponix road  309

Monroe, NJ, 8831

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 42.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4185  **Nonpriority creditor's name and mailing address**

Jorge Ramirez
7925 santa Barbara dr

rohnert park, CA, 94928

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.24

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4186  **Nonpriority creditor's name and mailing address**

Jorge Virgilio
Calle B Manzana IV 23

Ciudad de Mexico, DF, 4400

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 349.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC. | |
| | Name | |
| | | Case number (if known) |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **4187** **Nonpriority creditor's name and mailing address**

Josafath Garcia
2086 W Algonquin Rd, 2A

Mount Prospect, IL, 60056

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 93.50

---

**3.** **4188** **Nonpriority creditor's name and mailing address**

Jose  Olmedo
180 Bianca Court

Imperial, CA, 92251

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 39.99

---

**3.** **4189** **Nonpriority creditor's name and mailing address**

Jose A Gomez
52448 Dos palmas ave.

Coachella, CA, 92236

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 47.98

---

**3.** **4190** **Nonpriority creditor's name and mailing address**

JOSE AGUIRRE
13207 1/2 Venice Blvd

Los Angeles, CA, 90066

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 238.69

---

**3.** **4191** **Nonpriority creditor's name and mailing address**

Jose Alfredo Gallegos Chavarria
6813 193rd Avenue East

Bonney Lake, WA, 98391

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 265.96

---

Debtor    Sure Thing Sales, LLC.
Name                                      Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

3. 4192  **Nonpriority creditor's name and mailing address**

jose alonso
14039 Pine Ln

Humble, TX, 77396

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. 4193  **Nonpriority creditor's name and mailing address**

Jose Alvarado
3901 Carlota Boulevard, apt 1

Los Angeles, CA, 90031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 219.78

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. 4194  **Nonpriority creditor's name and mailing address**

Jose AlvarezPerez
162 Martin Street

Oceanside, CA, 92058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. 4195  **Nonpriority creditor's name and mailing address**

Jose Arceo
11921 Vose Street

North Hollywood, CA, 91605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 249.95

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. 4196  **Nonpriority creditor's name and mailing address**

Jose Burgos
4410 Cocopah Loop

Saint Cloud, FL, 34772

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.71

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor _____Sure Thing Sales, LLC_____ Case number _(if known)_____
Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 4197 **Nonpriority creditor's name and mailing address**

Jose Caldera
1421 West 51st Place

Los Angeles, CA, 90062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 36.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 4198 **Nonpriority creditor's name and mailing address**

Jose Carrasquillo
p o box 20743

huntington station, NY, 11746

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 4199 **Nonpriority creditor's name and mailing address**

Jose Chavez
4513 division st

Melrose park , IL, 60160

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.32

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 4200 **Nonpriority creditor's name and mailing address**

Jose Corona
1718 Dolomite Drive

Los Banos, CA, 93635

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 4201 **Nonpriority creditor's name and mailing address**

jose cortes
4023 Ithaca St., 3FW

Elmhurst, NY, 11373

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.65

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4202  **Nonpriority creditor's name and mailing address**

Jose Cruz
3100 5th Street, Apt 26

Davis, CA, 95618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 99.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4203  **Nonpriority creditor's name and mailing address**

Jose Davis
436 West Side Avenue, Apt. 1, Floor 2

Jersey City, NJ, 7304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 157.92

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4204  **Nonpriority creditor's name and mailing address**

Jose Galagarza
2559 Twin Springs Dr S

Jacksonville, FL, 32246

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4205  **Nonpriority creditor's name and mailing address**

JOSE GARCIA
5514 S.NeeNah Ave.

Chicago, IL, 60638

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 33.04

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4206  **Nonpriority creditor's name and mailing address**

Jose Garcia
6107 Trout Court

Pearland, TX, 77581

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 44.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
          _____    Case number *(if known)* _____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 4207  **Nonpriority creditor's name and mailing address**

Jose Garcia
816 N. 34th st, Street Address 2

Omaha, NE, 68131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 92.00

---

**3.** 4208  **Nonpriority creditor's name and mailing address**

Jose Gomez Moreno
13922 Sayre St Apt 23

Sylmar, CA, 91342

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 87.59

---

**3.** 4209  **Nonpriority creditor's name and mailing address**

Jose Gutierrez
15540 Vanowen St Apt.126

Van Nuys, CA, 91406

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 24.99

---

**3.** 4210  **Nonpriority creditor's name and mailing address**

JOSE HERNANDEZ
5954 ELM DR

FOREST PARK, GA, 30297

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 24.99

---

**3.** 4211  **Nonpriority creditor's name and mailing address**

jose hernandez
9510 Townley Dr

Pico Rivera, CA, 90660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 33.05

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 4212 **Nonpriority creditor's name and mailing address**

jose izaguirre
136 beaconridge dr

bolingbrook, IL, 60440

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 404.95

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4213 **Nonpriority creditor's name and mailing address**

Jose Jimenez
5358 S Kenneth Ave

Chicago, IL, 60632

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4214 **Nonpriority creditor's name and mailing address**

Jose Leon
1907 West Willow Ave

Anaheim, CA, 92804

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.92

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4215 **Nonpriority creditor's name and mailing address**

Jose Mont
157 woodycrest dr

Farmingville , NY, 11738

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.55

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4216 **Nonpriority creditor's name and mailing address**

Jose Montero
2493 Roll dr #210-423

san diego, CA, 92154

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 365.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 4217    **Nonpriority creditor's name and mailing address**

Jose Munoz
82 Alexander St

Dorchester, MA, 2125

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.61

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4218    **Nonpriority creditor's name and mailing address**

jose olmos
600 Harding Avenue

East Los Angeles, CA, 90022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.32

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4219    **Nonpriority creditor's name and mailing address**

Jose Pena
15212 NE 11th Circle

Vancouver, WA, 98684

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 105.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4220    **Nonpriority creditor's name and mailing address**

Jose Perez
5114 Camarosa Dr

Pasadena, TX, 77504

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4221    **Nonpriority creditor's name and mailing address**

Jose Rendon
516 Myrtle Drive

Arlington, TX, 76018

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.46

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor ___Sure Thing Sales, LLC._____ Case number _(if known)_____
Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **4222**  Nonpriority creditor's name and mailing address

Jose Reyes
2434 w Fillmore st

Chicago, IL, 60612

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 19.82**

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **4223**  Nonpriority creditor's name and mailing address

Jose Rivera
1410 West 82nd Street

Los Angeles, CA, 90047

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 38.32**

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **4224**  Nonpriority creditor's name and mailing address

JOSE ROCHA
5009 S LECLAIRE AVE

CHICAGO, IL, 60638

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 39.99**

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **4225**  Nonpriority creditor's name and mailing address

jose rodriguez
5418 w Byron st, 2nd floor

CHICAGO, IL, 60641

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 50.99**

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **4226**  Nonpriority creditor's name and mailing address

Jose Saldana
3503 Chestnut Street

Reading, PA, 19605

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 15.99**

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC
_____
Name                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 4227  **Nonpriority creditor's name and mailing address**

Jose Sanchez THP
8427 Nw 68th St

Miami, FL, 33166-2658

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 11.99**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4228  **Nonpriority creditor's name and mailing address**

Jose Serrano
580 Boulevard

Hasbrouck Heights, NJ, 7604

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 23.45**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4229  **Nonpriority creditor's name and mailing address**

Jose Solorio
14000 Kornblum Ave

Hawthorne, CA, 90250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 66.10**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4230  **Nonpriority creditor's name and mailing address**

JOSE SOLORZANO
1017 SUNSET DR

GARLAND, TX, 75040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 70.35**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4231  **Nonpriority creditor's name and mailing address**

Jose Torres
13082 13th Street

Chino, CA, 91710

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 118.50**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.                                        Case number _(if known)_
         Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 4232  **Nonpriority creditor's name and mailing address**

Jose Trejo
2733 Country Club Blvd, 73

Stockton, CA, 95204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 41.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4233  **Nonpriority creditor's name and mailing address**

Jose Valadez
6316 Desert Leaf St, 201

North Las Vegas, NV, 89081

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 87.78

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4234  **Nonpriority creditor's name and mailing address**

Jose Valenzuela Salas
Saudi Aramco PO Box 2812

Dhahran, 31311

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 33.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4235  **Nonpriority creditor's name and mailing address**

Jose Villagomez
128 5th Ave

Moline, IL, 61265

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4236  **Nonpriority creditor's name and mailing address**

Jose Villalobos
2509 Larchmont Ave

Santa Ana, CA, 92706

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 111.96

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                    Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 4237  **Nonpriority creditor's name and mailing address**

Josef Stojsik
37 Cemetery Rd Oppelo

Oppelo, AR, 72110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 61.17

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4238  **Nonpriority creditor's name and mailing address**

Joseph  Richardson
3555 Bainbridge Ave, Apt 7-H

The Bronx, NY, 10467

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4239  **Nonpriority creditor's name and mailing address**

Joseph Alston
10534 S Wallace st

Chicago, IL, 60628

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 463.04

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4240  **Nonpriority creditor's name and mailing address**

Joseph Amorelli
336 Avenue L

Pittsburgh, PA, 15221-4232

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.96

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4241  **Nonpriority creditor's name and mailing address**

Joseph Archibeque
4914 tiamo way

STOCKTON, CA, 95212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.07

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|--------|-----------------------|--------------------------|
| | Name | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 4242  **Nonpriority creditor's name and mailing address**

Joseph Baes
10400 Champions Circle

Grand Blanc, MI, 48439

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.65

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 4243  **Nonpriority creditor's name and mailing address**

Joseph Bryant
36 Fairview Avenue

Staten Island, NY, 10314

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 38.09

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 4244  **Nonpriority creditor's name and mailing address**

Joseph Burnette
1910 Crest Ridge Dr

Papillion, NE, 68133

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 198.86

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 4245  **Nonpriority creditor's name and mailing address**

JOSEPH CANONICA JR
24 STATE ST

BLACKWOOD, NJ, 8012

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 129.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 4246  **Nonpriority creditor's name and mailing address**

Joseph Castillo
109 Salt Pond

Hamptn, VA, 23664

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor    Sure Thing Sales, LLC.
         Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3. ___4247___ **Nonpriority creditor's name and mailing address**

Joseph Cerrito
50 W Palm Dr

Margate, FL, 33063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 26.74

---

3. ___4248___ **Nonpriority creditor's name and mailing address**

Joseph Cowles
9964 Jackson ST SE

Yelm, WA, 98597

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 185.63

---

3. ___4249___ **Nonpriority creditor's name and mailing address**

Joseph Drozdz
7427 Bellingham Ave

North Hollywood, CA, 91605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 9.99

---

3. ___4250___ **Nonpriority creditor's name and mailing address**

Joseph Estrada
24228 Arch St.

Newhall, CA, 91321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 52.55

---

3. ___4251___ **Nonpriority creditor's name and mailing address**

Joseph Fabian
3343 Eder Street

Highland, IN, 46322

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 22.99

---

Debtor    Sure Thing Sales, LLC.

Name

Case number *(if known)*

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 4252  **Nonpriority creditor's name and mailing address**

Joseph Fernandez
12509 107th Ave CT E

Puyallup, WA, 98374

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.39

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4253  **Nonpriority creditor's name and mailing address**

Joseph Fong
1065 Kawaiahao St #1610

Honolulu, HI, 96814-4125

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4254  **Nonpriority creditor's name and mailing address**

Joseph Forgione
727 Wyoming Avenue

Maywood, NJ, 7607

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4255  **Nonpriority creditor's name and mailing address**

Joseph Frederick
151 Calderon Avenue, 72

Mountain View, CA, 94041

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4256  **Nonpriority creditor's name and mailing address**

Joseph Glad
6 WELLINGTON COURT DR

DANBURY, CT, 6811

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.08

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC. | Case number _(if known)_ _____ |
| | Name | |

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 4257  **Nonpriority creditor's name and mailing address**

joseph gross
4121 Berryman Ct.

Lexington, KY, 40514

**As of the petition filing date, the claim is:**  $ 111.29
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4258  **Nonpriority creditor's name and mailing address**

Joseph Guevara
2030 242nd Street

Lomita, CA, 90717

**As of the petition filing date, the claim is:**  $ 9.99
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4259  **Nonpriority creditor's name and mailing address**

Joseph Guzy
8361 SW 107th Ave, APT A

Miami, FL, 33173

**As of the petition filing date, the claim is:**  $ 29.95
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4260  **Nonpriority creditor's name and mailing address**

Joseph Haney
6203a Robertson Ave

Nashville, TN, 37209

**As of the petition filing date, the claim is:**  $ 55.71
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4261  **Nonpriority creditor's name and mailing address**

Joseph Huang
66 Clark Court

Woodland, CA, 95776

**As of the petition filing date, the claim is:**  $ 75.57
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4262  **Nonpriority creditor's name and mailing address**

Joseph Laraio Jr
85 Lomond Road

Williamstown, NJ, 08094-2929

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 15.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4263  **Nonpriority creditor's name and mailing address**

Joseph Lemley
201 Darr Rd

Belle Vernon, PA, 15012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 88.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4264  **Nonpriority creditor's name and mailing address**

Joseph Martin
3335 7th Avenue

Troy, NY, 12180

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 92.87

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4265  **Nonpriority creditor's name and mailing address**

Joseph martz
550 Rustic Ln

Tarentum, PA, 15084

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 136.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4266  **Nonpriority creditor's name and mailing address**

Joseph McClaren
105 E STOP 13 RD

INDIANAPOLIS, IN, 46227-2835

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
_____
Name                                    Case number *(if known)*_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 4267  **Nonpriority creditor's name and mailing address**

Joseph Montgomery
950 South Chatham Avenue

Addison, IL, 60101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 79.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. 4268  **Nonpriority creditor's name and mailing address**

Joseph Napolitano
1841 Central Park Avenue

Yonkers, NY, 10710

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 133.90

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. 4269  **Nonpriority creditor's name and mailing address**

Joseph Navarro
2808 Trailing Vine Road, Apt #D

Spring, TX, 77373

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.72

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. 4270  **Nonpriority creditor's name and mailing address**

Joseph Neff
165 S Mulberry St

Florence, AZ, 85132

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 132.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. 4271  **Nonpriority creditor's name and mailing address**

Joseph Nolan
2936 Sunset Drive

New Smyrna Beach, FL, 32168

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.

Name    Case number (if known)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 4272 **Nonpriority creditor's name and mailing address**

Joseph oseguera
1240 n Ravenna st

Anaheim, CA, 92801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4273 **Nonpriority creditor's name and mailing address**

Joseph O?AôConnor
548 Nathan Street

Saginaw, TX, 76179

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 162.33

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4274 **Nonpriority creditor's name and mailing address**

Joseph Perales
30 Bianculli Drive

South Plainfield, NJ, 7080

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 197.24

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4275 **Nonpriority creditor's name and mailing address**

joseph perez
2100 kaiser dr

austin, TX, 78748

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4276 **Nonpriority creditor's name and mailing address**

Joseph Premetz
10662 Cobblecreek Way

Missouri City, TX, 77459

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.22

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.
_____    Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. 4277  **Nonpriority creditor's name and mailing address**

Joseph Rivera
3600 Greystone Drive, 408

Austin, TX, 78731

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.22

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4278  **Nonpriority creditor's name and mailing address**

Joseph Rossi
13131 NE 97th St

Kirkland, WA, 98033

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.61

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4279  **Nonpriority creditor's name and mailing address**

Joseph Rost
9187 Grand Prix Lane

Boynton beach, FL, 33472

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 184.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4280  **Nonpriority creditor's name and mailing address**

Joseph Shamel
6023 North Vista Street

San Gabriel, CA, 91775

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4281  **Nonpriority creditor's name and mailing address**

Joseph Simon
2006 N. 19th Ave, Melrose Park

Melrose Park, IL, 60160

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.71

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC
_____
Name    Case number *(if known)* _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. [4282]  **Nonpriority creditor's name and mailing address**

Joseph Stewart
1430 Amsterdam Avenue, Apt 18G

New York, NY, 10027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 64.99

---

3. [4283]  **Nonpriority creditor's name and mailing address**

Joseph Wade
225 E LLOYD ST

MILWAUKEE, WI, 53212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 12.65

---

3. [4284]  **Nonpriority creditor's name and mailing address**

Joseph Ward
76 Belmont

Little Rock, AR, 72204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 81.45

---

3. [4285]  **Nonpriority creditor's name and mailing address**

Joseph white
2015 h street road

Blaine, WA, 98230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 49.99

---

3. [4286]  **Nonpriority creditor's name and mailing address**

Joseph Ybarra
323 Walnut Street

Shafter , CA, 93263

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 13.93

---

| Debtor | Sure Thing Sales, LLC. | Case number (if known) |
|--------|------------------------|------------------------|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4287  **Nonpriority creditor's name and mailing address**

Joseph0 Driscoll
1317 Morgan Avenue

Cinnaminson, NJ, 8077

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 84.22**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4288  **Nonpriority creditor's name and mailing address**

Josephine Julian
6255 Shadow Tree Lane

Lake Worth, FL, 33463

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 23.53**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4289  **Nonpriority creditor's name and mailing address**

josh bossone
26 knot street

east patchogue, NY, 11772

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 70.60**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4290  **Nonpriority creditor's name and mailing address**

Josh Calhoun
116 North Douglas Avenue

Belleville, IL, 62220

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 14.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4291  **Nonpriority creditor's name and mailing address**

Josh Glynn
62 Myra Avenue

Pontiac, MI, 48341

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 49.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.

Name    Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4292    **Nonpriority creditor's name and mailing address**

Josh Gonzales
525 Herron Trl

Mcdade, TX, 78650

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 66.98

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 4293    **Nonpriority creditor's name and mailing address**

Josh Holder
1000 E. Agate Lane

WASILLA, AK, 99654

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 30.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 4294    **Nonpriority creditor's name and mailing address**

josh korbel
2617 Glenview dr.

hollister, CA, 95023-8109

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 4295    **Nonpriority creditor's name and mailing address**

Josh Meisinger
4218 N 60th St

Omaha, NE, 68104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12.83

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 4296    **Nonpriority creditor's name and mailing address**

Josh Morley
1201 West Esplanade Avenue, 812

Kenner, LA, 70065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 53.50

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Sure Thing Sales, LLC.
Name

Case number (if known)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 4297 **Nonpriority creditor's name and mailing address**

Josh Seymour
12245 Spring Street

Unionville, VA, 22567

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4298 **Nonpriority creditor's name and mailing address**

Josh Stolp
1800 111TH AVE NW, APT 231

MINNEAPOLIS, MN, 55433-3637

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4299 **Nonpriority creditor's name and mailing address**

Josh Veld
520 McCourtie Street

Kalamazoo, MI, 49008

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4300 **Nonpriority creditor's name and mailing address**

Josh Weldon
405 Fannon Street

Alexandria, VA, 22301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.47

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4301 **Nonpriority creditor's name and mailing address**

Joshoa Santos
12626 Mineola Street

Los Angeles, CA, 91331

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.** 4302  **Nonpriority creditor's name and mailing address**

Joshua Barboza
413 west 16 street apt# 2E

New York, NY, 10011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 81.63

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4303  **Nonpriority creditor's name and mailing address**

Joshua Bueno
1608 Quesada Way

Burlingame, CA, 94010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.78

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4304  **Nonpriority creditor's name and mailing address**

Joshua Bullock
1199 GREENWAY CT APT L, Apt L

ALTOONA, IA, 50009

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4305  **Nonpriority creditor's name and mailing address**

Joshua Butler
18108 Breann Ct

Accokeek, MD, 20607-3604

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 68.89

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4306  **Nonpriority creditor's name and mailing address**

Joshua Cadena
9006 FM-812

Austin, TX, 78719

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.89

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4307  **Nonpriority creditor's name and mailing address**

Joshua Clancy
66 NARRAGANSETT AVE

WEYMOUTH, MA, 2188

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 40.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4308  **Nonpriority creditor's name and mailing address**

Joshua Cyphers
25 Eastfield Dr

Lebanon, PA, 17042-8000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 15.89

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4309  **Nonpriority creditor's name and mailing address**

Joshua Deena
4600 University Drive, 1116

Durham, NC, 27707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 48.36

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4310  **Nonpriority creditor's name and mailing address**

Joshua Dorstad
701 Redwood Boulevard, 75

Redding, CA, 96003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4311  **Nonpriority creditor's name and mailing address**

Joshua French
12815 Creekwood Street

Firestone, CO, 80504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 466.61

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name                                    Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4312 **Nonpriority creditor's name and mailing address**

Joshua Gegen
14843 Meadows Way

Eastvale, CA, 92880

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 60.33

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4313 **Nonpriority creditor's name and mailing address**

Joshua Harp
10018 Riata Lane

Bakersfield, CA, 93306

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 23.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4314 **Nonpriority creditor's name and mailing address**

Joshua Harrison
11 Bmw Drive

Griswold, CT, 6351

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 64.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4315 **Nonpriority creditor's name and mailing address**

Joshua Hill
14210 West Franciscan Drive

Sun City West, AZ, 85375

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 13.81

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4316 **Nonpriority creditor's name and mailing address**

Joshua Horton
1087 Shorttown Branch Road

Bessemer, AL, 35023

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 11.78

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor _____Sure Thing Sales, LLC_____ Case number _(if known)_____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 4317  **Nonpriority creditor's name and mailing address**

Joshua Ireland
900 Timber Valley Way, apt 115

Virginia Beach, VA, 23464

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 37.08

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 4318  **Nonpriority creditor's name and mailing address**

Joshua Jones
4712 durant rd.

Dover, FL, 33527

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 403.11

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 4319  **Nonpriority creditor's name and mailing address**

joshua jordan
2313 Rodgers Drive Northeast

Huntsville, AL, 35811

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 89.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 4320  **Nonpriority creditor's name and mailing address**

Joshua Kipps
7 Lisa Robyn Cir, Apt 206

Lakewood, NJ, 8701

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 69.30

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 4321  **Nonpriority creditor's name and mailing address**

Joshua Lanier
5610 TOWSON VW

COLORADO SPRINGS, CO, 80918

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 12.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  Sure Thing Sales, LLC.
        Name

Case number (if known)_____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 4322   Nonpriority creditor's name and mailing address

Joshua Lentry
6548 Centerwalk Dr, Apt B

Winter Park, FL, 32792

As of the petition filing date, the claim is:  $ 77.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 4323   Nonpriority creditor's name and mailing address

Joshua Lyon
13 Garrison Road

Shady, NY, 12409

As of the petition filing date, the claim is:  $ 17.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 4324   Nonpriority creditor's name and mailing address

Joshua Madero
16617 Barbee St

Fontana, CA, 92336

As of the petition filing date, the claim is:  $ 44.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 4325   Nonpriority creditor's name and mailing address

Joshua Madero
16617 Barbee St

Fontana, CA, 92336

As of the petition filing date, the claim is:  $ 198.90
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 4326   Nonpriority creditor's name and mailing address

Joshua Marquez
307 East Crestline Drive

San Antonio, TX, 78201

As of the petition filing date, the claim is:  $ 22.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4327    Nonpriority creditor's name and mailing address

Joshua Marshall
38954 Bel Air Dr

Cathedral City, CA, 92234-2306

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.98

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

---

**3.** 4328    Nonpriority creditor's name and mailing address

Joshua Melendez
15655 Versailles Ct.

Moreno Valley, CA, 92555

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.15

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

---

**3.** 4329    Nonpriority creditor's name and mailing address

Joshua Ponce
5955 Northwest Larkspur Street

Camas, WA, 98607

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.32

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

---

**3.** 4330    Nonpriority creditor's name and mailing address

Joshua Purvis
144 Little John Lane

Warner Robins, GA, 31088

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.95

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

---

**3.** 4331    Nonpriority creditor's name and mailing address

Joshua Register
618 Giles Circle, APT E106

Byron, GA, 31008

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.26

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Sure Thing Sales, LLC
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 4332    **Nonpriority creditor's name and mailing address**

Joshua Robertson
121 Comanche St

Daleville, AL, 36322

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14.99

---

**3.** 4333    **Nonpriority creditor's name and mailing address**

Joshua Schulze
196 Sue Ellen Avenue

Belton, MO, 64012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 26.99

---

**3.** 4334    **Nonpriority creditor's name and mailing address**

Joshua Sears
436 Wendover Ln

Wilmington, NC, 28411

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12.99

---

**3.** 4335    **Nonpriority creditor's name and mailing address**

Joshua Spear
120 Commons Way

Goose Creek, SC, 29445

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 422.98

---

**3.** 4336    **Nonpriority creditor's name and mailing address**

Joshua Taylor
36947 Giles Road

Grafton, OH, 44044

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.99

---

Debtor    Sure Thing Sales, LLC.
_____    Case number _(if known)_____
Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 4337  **Nonpriority creditor's name and mailing address**

Joshua Torres
4712 haywood parkway

Dallas, TX, 75232

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 52.99

---

**3.** 4338  **Nonpriority creditor's name and mailing address**

Joshua W Nolin
427 N.Main St Apt 15

Cananadaigua, NY, 14424

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 22.99

---

**3.** 4339  **Nonpriority creditor's name and mailing address**

Joshua Watson
P.O. box 41462 Charleston, SC 29423

North Charleston, SC, 29423

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 26.15

---

**3.** 4340  **Nonpriority creditor's name and mailing address**

Joshua Wilson
600 SW 134th St, TLRL 85

Moore, OK, 73170

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 190.30

---

**3.** 4341  **Nonpriority creditor's name and mailing address**

Josiah Amante
25 Lansdale Court

Ladera Ranch, CA, 92694

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 28.00

---

Debtor _____Sure Thing Sales, LLC._____     Case number (if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 4342  **Nonpriority creditor's name and mailing address**

Josiah Johnson
11180 Green Road

Wilton, CA, 95693

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4343  **Nonpriority creditor's name and mailing address**

Josie Gaglio
1872 W 9th St

New York, NY, 11223

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.19

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4344  **Nonpriority creditor's name and mailing address**

Jossue Barajas
14038 Kornblum Avenue

Hawthorne, CA, 90250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4345  **Nonpriority creditor's name and mailing address**

josty santos lantigua
81 washington st

perth amboy, NJ, 8861

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.37

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4346  **Nonpriority creditor's name and mailing address**

Josue Concepcion
1841 North Keeler Avenue

Chicago, IL, 60639

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Sure Thing Sales, LLC

Name

Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 4347    **Nonpriority creditor's name and mailing address**

Josue Gonzalez
Mountain View M-13 calle 9

Carolina, PR, 00987-8077

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4348    **Nonpriority creditor's name and mailing address**

Joy Chang
23523 SE 380th St.

Enumclaw, WA, 98022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.18

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4349    **Nonpriority creditor's name and mailing address**

joy lee
16632 Blackburn Dr

La Mirada, CA, 90638

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.59

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4350    **Nonpriority creditor's name and mailing address**

Joy Rosser
340 Park Creek Drive

Alpharetta, GA, 30005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4351    **Nonpriority creditor's name and mailing address**

Joy Wang
2080 Leighton Drive

Shelby Twp, MI, 48317

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 76.29

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4352 **Nonpriority creditor's name and mailing address**

Joyce Chua
1521 AUTUMN MEADOW LN

TRACY, CA, 95376

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.77

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4353 **Nonpriority creditor's name and mailing address**

Joycelin Lau
1595 Rilla Circle

Lawrenceville, GA, 30043

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.49

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4354 **Nonpriority creditor's name and mailing address**

Juan  Guido
6118 Rockne Avenue

Whittier, CA, 90606

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4355 **Nonpriority creditor's name and mailing address**

Juan Alcca
713 fletcher pl

Rockville, MD, 20851

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 217.95

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4356 **Nonpriority creditor's name and mailing address**

Juan Almaraz
2023 Quail Creek Road, 1206

Laredo, TX, 78045

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.41

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name    _____    Case number (if known) _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 4357    **Nonpriority creditor's name and mailing address**

Juan Alveno
4517 Maplewood Ave, 6

Los Angeles, CA, 90004

**As of the petition filing date, the claim is:**    $ 154.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 4358    **Nonpriority creditor's name and mailing address**

Juan Astacio
1056 Saint Johns Street Southeast

Palm Bay, FL, 32909

**As of the petition filing date, the claim is:**    $ 40.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 4359    **Nonpriority creditor's name and mailing address**

Juan Astacio
1056 Saint Johns Street Southeast

Palm Bay, FL, 32909

**As of the petition filing date, the claim is:**    $ 54.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 4360    **Nonpriority creditor's name and mailing address**

Juan Avelar
3236 Monarch Court

Fort Collins, CO, 80525

**As of the petition filing date, the claim is:**    $ 49.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 4361    **Nonpriority creditor's name and mailing address**

Juan Carlos Ticona
61 Hudson Street, Apt 2

Somerville, MA, 2143

**As of the petition filing date, the claim is:**    $ 15.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 4362   **Nonpriority creditor's name and mailing address**

Juan Eudave
16707 Lakewood Drive, Apt 302

Tinley Park, IL, 60477

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 139.92

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 4363   **Nonpriority creditor's name and mailing address**

Juan Fracisco Salinas Garcia
405 E Gardenia Ave

McAllen, TX, 78501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 4364   **Nonpriority creditor's name and mailing address**

JUAN FUENTES
2945 DE LA VINA ST NO7

SANTA BARBARA, CA, 93105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 86.98

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 4365   **Nonpriority creditor's name and mailing address**

Juan Garcia
95-1055 Kaapeha Street, 151

Mililani, HI, 96789

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12.56

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 4366   **Nonpriority creditor's name and mailing address**

Juan Huertero
3069 Prado Ln

Colton, CA, 92324

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 50.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor  Sure Thing Sales, LLC
         Name

Case number *(if known)*

## Part 2:  Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

3. **4367** Nonpriority creditor's name and mailing address

Juan Hurtado
520 Linden Drive

Round Lake, IL, 60073

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 64.99**

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **4368** Nonpriority creditor's name and mailing address

Juan Lopez
3713 South 8300 West

Magna, UT, 84044

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 24.99**

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **4369** Nonpriority creditor's name and mailing address

Juan Luciano
8611 Northwest 54th Street

Doral, FL, 33166

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 167.99**

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **4370** Nonpriority creditor's name and mailing address

Juan Medina
4359 Center Street

Baldwin Park, CA, 91706

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 19.99**

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **4371** Nonpriority creditor's name and mailing address

JUAN MENJIVAR
7720 Burnt Tree Drive

Manassas, VA, 20111

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 156.22**

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
          Name                                    Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

3. 4372  **Nonpriority creditor's name and mailing address**

juan olmos
1263 Yost Street

Aurora, CO, 80011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4373  **Nonpriority creditor's name and mailing address**

Juan Pas
3230 MARYLAND AVE

DALLAS, TX, 75216

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4374  **Nonpriority creditor's name and mailing address**

Juan Quinones
2110 Tanbark Lane

Fort Lauderdale, FL, 33312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 99.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4375  **Nonpriority creditor's name and mailing address**

Juan Ramirez
2225 n harlem, 1floor

chicago, IL, 60707-3241

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 170.88

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4376  **Nonpriority creditor's name and mailing address**

Juan Resto
217 Ave. Jos?® De Diego

Cayey Puerto Rico, PR, 736

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4377  **Nonpriority creditor's name and mailing address**

Juan Rodriguez
2388 State Highway 135 , Lot 68

Gunnison , CO, 81230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.21

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4378  **Nonpriority creditor's name and mailing address**

JUAN RUIZ
4111 Welter Avenue

Las Vegas, NV, 89104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4379  **Nonpriority creditor's name and mailing address**

Juan Santos
3111 Mendocino Pl

Oxnard, CA, 93033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.30

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4380  **Nonpriority creditor's name and mailing address**

Juan Ultreras
2130 MEADOWLARK LN

CA - California, CA, 95821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.17

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4381  **Nonpriority creditor's name and mailing address**

juan vega
577 central ave apt#16

jersey city, NJ, 7307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 264.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor      Sure Thing Sales, LLC.
Name

Case number _(if known)_

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. __4382__  **Nonpriority creditor's name and mailing address**

Juanita Zavala
4679 N Shasta Ave

Kerman, CA, 93630

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.07

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. __4383__  **Nonpriority creditor's name and mailing address**

Juanito Soltero
427 Randolph Ave

Pocatello, ID, 83201-3912

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 95.39

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. __4384__  **Nonpriority creditor's name and mailing address**

juanyong lin
410 vine ave

galloway, NJ, 8205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 266.55

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. __4385__  **Nonpriority creditor's name and mailing address**

Judith Bandars
1713 North 76th Street

Lincoln, NE, 68505

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.86

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. __4386__  **Nonpriority creditor's name and mailing address**

Judith Geesaman
243 Stamper Rd

Elma, WA, 98541

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 45.73

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 4387  **Nonpriority creditor's name and mailing address**

Judith Kim
12616 Varny Place

Fairfax, VA, 22033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 148.38

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4388  **Nonpriority creditor's name and mailing address**

Judith Phillips
175 Green Meadow Lane

Rocky Mount, VA, 24151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 204.95

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4389  **Nonpriority creditor's name and mailing address**

Judson Atkins
2710 Salisbury Rd

Midlothian, VA, 23113

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.21

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4390  **Nonpriority creditor's name and mailing address**

Judson Jackson
530 S Hewitt Street, Unit 141

Los Angeles, CA, 90013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 57.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4391  **Nonpriority creditor's name and mailing address**

Julia Cohen
1400 Greenwich St, Apt 9

San Francisco, CA, 94109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 17.97

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC. | | Case number (if known) | |
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** ___4392___  **Nonpriority creditor's name and mailing address**

Julia Crites
649 Teak Court

walnut Creek, CA, 94598

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.44

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ___4393___  **Nonpriority creditor's name and mailing address**

julia diaz
11416 Charlesworth rd

Santa Fe Springs , CA, 90670

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ___4394___  **Nonpriority creditor's name and mailing address**

Julia Griles
348 West St

New Vienna, OH, 45159-9377

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 237.00

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ___4395___  **Nonpriority creditor's name and mailing address**

Julia Hewitt
13561 NW Coho Run

Bremerton, WA, 98312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ___4396___  **Nonpriority creditor's name and mailing address**

Julia Leach
4383 Windsor Oaks Circle

Marietta, GA, 30066

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                              Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3. 4397  **Nonpriority creditor's name and mailing address**

Julia Lewis
131 Stratford Drive

Slidell, LA, 70458

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

3. 4398  **Nonpriority creditor's name and mailing address**

Julia Miszuk
14110 Chesterfield Trail

Hudson, FL, 34669

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.88

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

3. 4399  **Nonpriority creditor's name and mailing address**

Julia Nobrega
2401 Timber Ridge Ct.

Parlin, NJ, 8859

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.78

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

3. 4400  **Nonpriority creditor's name and mailing address**

Julia Swick
8504 NE 13TH Pl

VANCOUVER, WA, 98665

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 234.35

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

3. 4401  **Nonpriority creditor's name and mailing address**

Julian Alejandre
1195 2nd avenue

Chula Vista, CA, 91911

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.69

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|--------|----------------------|--------------------------|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 4402 **Nonpriority creditor's name and mailing address**

Julian Balanzar
17271 desert lake ct

Reno, NV, 89508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4403 **Nonpriority creditor's name and mailing address**

Julian Gaitan
1275 Silver Avenue

San Francisco, CA, 94134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 21.71

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4404 **Nonpriority creditor's name and mailing address**

Julian Gonzalez
13415 Pelican Crossing

San Antonio, TX, 78221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 51.95

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4405 **Nonpriority creditor's name and mailing address**

Julian Higgs
7323 Spinnaker Bay Dr

Lake Worth, FL, 33467

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 224.69

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4406 **Nonpriority creditor's name and mailing address**

julian holt
1243 birchcreek dr

Orlando, FL, 32828

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 33.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4407  **Nonpriority creditor's name and mailing address**

Julian Joosten
412 W. San Marcos Blvd., Unit 126

San Marcos, CA, 92069

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 127.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4408  **Nonpriority creditor's name and mailing address**

julian long
9400 Gilman Drive

La Jolla, CA, 92092

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.05

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4409  **Nonpriority creditor's name and mailing address**

Julian Mora
704 Fern St.

Escondido, CA, 92027

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.31

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4410  **Nonpriority creditor's name and mailing address**

Julian Pachicano
814 Porter Street

Taylor, TX, 76574

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.71

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4411  **Nonpriority creditor's name and mailing address**

Julian Rey
20 MAGNOLIA AVE

KEARNY, NJ, 7032

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.76

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC

Name

Case number (if known)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3. ___4412___  **Nonpriority creditor's name and mailing address**

Julian Valdry
706 county road 2654

Loudonvillr, OH, 44842

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.72

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ___4413___  **Nonpriority creditor's name and mailing address**

Juliana Pearson
2377 Palmer Circle

Fairfield, CA, 94534

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.23

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ___4414___  **Nonpriority creditor's name and mailing address**

Julianna Grossman
37 Dolores Drive

Burlington, MA, 1803

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.61

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ___4415___  **Nonpriority creditor's name and mailing address**

Julianne Muench
1687 Ashbrook Dr.

Cincinnati, OH, 45238

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ___4416___  **Nonpriority creditor's name and mailing address**

Julie E Hagala
85 ASH ST, Fl 2

MANCHESTER, NH, 03104-4906

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor ___Sure Thing Sales, LLC___    _____
        Name                              Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4417 **Nonpriority creditor's name and mailing address**

Julie Gunter
10413 Blaisdell Av S

MINNEAPOLIS, MN, 55420

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 4418 **Nonpriority creditor's name and mailing address**

Julie Hughes
219 SONOMA DR

DELAWARE, OH, 43015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 62.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 4419 **Nonpriority creditor's name and mailing address**

Julie Martiato
7512 Marietta Street

Orlando, FL, 32807

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 53.24

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 4420 **Nonpriority creditor's name and mailing address**

Julie Peck
5513 E Hillery Dr

Scottsdale, AZ, 85254

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 4421 **Nonpriority creditor's name and mailing address**

Julie Shen
94 Pine St, Apt 2

Cambridge, MA, 2139

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC
_____    Case number _(if known)_____
    Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**    **Amount of claim**

---

3. ___4422___ **Nonpriority creditor's name and mailing address**

Julie Ton
3254 Trebol Lane

San Jose, CA, 95148

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 396.94

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___4423___ **Nonpriority creditor's name and mailing address**

Julie Washenik
11268 Homedale St.

Los Angeles, CA, 90049

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 165.96

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___4424___ **Nonpriority creditor's name and mailing address**

Julie Wilkins
3105-B River Road, Basement

Piedmont, SC, 29673

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.99

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___4425___ **Nonpriority creditor's name and mailing address**

Julien Perri
11345 Figtree Terrace Rd

Corona, CA, 92883

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___4426___ **Nonpriority creditor's name and mailing address**

Juliet Hossain
9752 Wyndham Dr.

Frederick, MD, 21704

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 409.99

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
| | Name | |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.** 4427  **Nonpriority creditor's name and mailing address**

Juliet Morehouse
60 Eagle Ridge Circle

Lakewood, NJ, 8701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.11

| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4428  **Nonpriority creditor's name and mailing address**

Julio  Cedeno
68 Taylor Drive

Hartford, CT, 6120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.75

| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4429  **Nonpriority creditor's name and mailing address**

julio Castelo
783 Graves Ave

el cajon, CA, 92021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4430  **Nonpriority creditor's name and mailing address**

Julio Chardon
Urb. Los Caobos #929 Acerola street

Ponce, PR, 716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.96

| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4431  **Nonpriority creditor's name and mailing address**

Julio Chavez
529 CALIFORNIA AVE

SHAFTER, CA, 93263-2107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.99

| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC |
| --- | --- |
| | Name |

Case number *(if known)* _____

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.** 4432  **Nonpriority creditor's name and mailing address**

julio corral
8206 Adams Way

Denver, CO, 80221

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.64

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 4433  **Nonpriority creditor's name and mailing address**

Julio Jauregui
8986 W Flagler St, Unit 12

Miami, FL, 33174

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.81

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 4434  **Nonpriority creditor's name and mailing address**

Julio Munoz
212 Key Parkway, Townhouse

Frederick, MD, 21702

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 4435  **Nonpriority creditor's name and mailing address**

Julio Reyes
829 Tuskegee St, NA

Grand Prairie, TX, 75051

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.35

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 4436  **Nonpriority creditor's name and mailing address**

Julio Ribot
546 Beardsley Ave

Bloomfield, NJ, 7003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.30

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Debtor    Sure Thing Sales, LLC
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3.**4437**  **Nonpriority creditor's name and mailing address**

Julio Rodrigues
16332 SW 71st Ter

Miami, FL, 33193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.**4438**  **Nonpriority creditor's name and mailing address**

Julio Soro
7285 West 34th Lane

Hialeah, FL, 33018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.99

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.**4439**  **Nonpriority creditor's name and mailing address**

Julio Sousa
7646 NW 180th St.

Hialeah, FL, 33015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 68.99

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.**4440**  **Nonpriority creditor's name and mailing address**

Julio Tirado
4903 Umbrella St SW, Apt A

MCCHORD AFB, WA, 98439

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.19

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.**4441**  **Nonpriority creditor's name and mailing address**

JULIO VIDAL
11889 Manor Drive, B

Hawthorne, CA, 90250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 127.99

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.                                 Case number (if known) _____
         Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **4442** **Nonpriority creditor's name and mailing address**

Julissa Cuevas
2038 Grey Stone Dr

Stockton, CA, 95206

As of the petition filing date, the claim is: $ 41.40
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **4443** **Nonpriority creditor's name and mailing address**

Jun Jiang
7946 Buckfield Pl.

Charlotte, NC, 28277

As of the petition filing date, the claim is: $ 127.61
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **4444** **Nonpriority creditor's name and mailing address**

Juna Donegan
3117 Guilford Ave

Baltimore, MD, 21218

As of the petition filing date, the claim is: $ 14.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **4445** **Nonpriority creditor's name and mailing address**

Junfu Wang
35 Bellwood Cir

Bellingham, MA, 2019

As of the petition filing date, the claim is: $ 154.05
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **4446** **Nonpriority creditor's name and mailing address**

Jung Kim
20 Durant Avenue

Holmdel, NJ, 7733

As of the petition filing date, the claim is: $ 95.95
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F               Schedule E/F: Creditors Who Have Unsecured Claims               page 899 of 1682

Debtor    Sure Thing Sales, LLC.                    Case number *(if known)*_____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 4447 **Nonpriority creditor's name and mailing address**

justice  maldonado
16260 Bothell Way Northeast

Lake Forest Park, WA, 98155

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.38

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 4448 **Nonpriority creditor's name and mailing address**

Justin Angulo
389 West Turner St

Allentown, PA, 18102

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 4449 **Nonpriority creditor's name and mailing address**

Justin Ayotte
18075 NW Tillamook Dr.

Portland, OR, 97229

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 120.00

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 4450 **Nonpriority creditor's name and mailing address**

Justin Bland
430 Spurlington Church Rd

CAMPBELLSVILLE, KY, 42718-7225

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 132.50

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 4451 **Nonpriority creditor's name and mailing address**

Justin Carpenter
6396 HAWKINS RD

JACKSON, MI, 49201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.36

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Official Form 206E/F              Schedule E/F: Creditors Who Have Unsecured Claims              page 900 of 1682

Debtor    Sure Thing Sales, LLC.
          Name                                                    Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4452  **Nonpriority creditor's name and mailing address**

Justin Colvin
6913 Gumwood Cir

Citrus Heights, CA, 95621

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 57.98

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4453  **Nonpriority creditor's name and mailing address**

Justin Crothers
701 Bandera

Allen, TX, 75013

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4454  **Nonpriority creditor's name and mailing address**

Justin Delgado
3071 Perry Avenue, 3D

Bronx, NY, 10467

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 20.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4455  **Nonpriority creditor's name and mailing address**

Justin Federico
10 PLEASANT RD

PLYMOUTH MEETING, PA, 19462

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4456  **Nonpriority creditor's name and mailing address**

JUSTIN FILOSA
36 RIVER ST, UNIT # 155

WALTHAM, MA, 2453

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3. 4457** **Nonpriority creditor's name and mailing address**

justin flores
2101 ne 151 ct

vancouver, WA, 98684

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 49.99

---

**3. 4458** **Nonpriority creditor's name and mailing address**

Justin Fortier
134 Laurian Court

Brentwood, CA, 94513

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 32.61

---

**3. 4459** **Nonpriority creditor's name and mailing address**

Justin Garcia
2850 West 24th Street Apt 14D

Brooklyn, NY, 11224

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 39.99

---

**3. 4460** **Nonpriority creditor's name and mailing address**

Justin Hawks
245 Independence Road, APT.2

Sparta, NC, 28675

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 311.93

---

**3. 4461** **Nonpriority creditor's name and mailing address**

Justin Hill
149 Avis Street

Pearl, MS, 39208

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 38.98

---

Debtor _____Sure Thing Sales, LLC_____ Case number _(if known)_____
              Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 4462   **Nonpriority creditor's name and mailing address**

Justin Hilton
2959 N Allen Avenue

Chicago, IL, 60618

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29.76

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4463   **Nonpriority creditor's name and mailing address**

Justin Howe
4602 West Lindner Drive

Glendale, AZ, 85308

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 43.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4464   **Nonpriority creditor's name and mailing address**

Justin Kauffmann
5916 Wells Road

St. Louis, MO, 63128

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27.02

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4465   **Nonpriority creditor's name and mailing address**

Justin Leno
17 W Winona St

Duluth, MN, 55803-1902

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 32.62

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4466   **Nonpriority creditor's name and mailing address**

Justin Li
1714 31st Avenue

San Francisco, CA, 94122

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 59.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor   Sure Thing Sales, LLC
         Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 4467 **Nonpriority creditor's name and mailing address**

Justin Little
2115 November Court Northwest

Acworth, GA, 30102

**As of the petition filing date, the claim is:** $ 296.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4468 **Nonpriority creditor's name and mailing address**

Justin Longorio
673 Harter Road

Dallas, TX, 75218

**As of the petition filing date, the claim is:** $ 173.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4469 **Nonpriority creditor's name and mailing address**

Justin Lowans
324 Pendleton Drive, Apt D

Martinsburg, WV, 25401

**As of the petition filing date, the claim is:** $ 32.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4470 **Nonpriority creditor's name and mailing address**

Justin Matchawate`
PSC 2 BOX 1297

APO, AP, 96264-0013

**As of the petition filing date, the claim is:** $ 130.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4471 **Nonpriority creditor's name and mailing address**

Justin Mclaury
950 otney rd

jackson, MI, 49201

**As of the petition filing date, the claim is:** $ 25.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.    Case number _(if known)_____
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 4472  **Nonpriority creditor's name and mailing address**

Justin Ortiz
518 Colonia de Los Cedros

Los Angeles, CA, 90022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.93

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 4473  **Nonpriority creditor's name and mailing address**

Justin Ortiz
518 Colonia de Los Cedros

Los Angeles, CA, 90022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 8.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 4474  **Nonpriority creditor's name and mailing address**

Justin Pease
5901 Gibbs Rd

Andover, OH, 44003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 124.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 4475  **Nonpriority creditor's name and mailing address**

Justin Penner
810 Janes View Street, 14

Papillion, NE, 68046

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 449.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 4476  **Nonpriority creditor's name and mailing address**

Justin Perez
2219 Central Avenue, Apt. 1

Union City, NJ, 7087

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.58

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC.
_____    _____
Name    Case number (if known)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4477 **Nonpriority creditor's name and mailing address**

Justin Ramos
115 county road 2112

Decatur, TX, 76234

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 187.25

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 4478 **Nonpriority creditor's name and mailing address**

Justin Richardson
200 West 143rd Street, Apt 18C

New York, NY, 10030

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4479 **Nonpriority creditor's name and mailing address**

Justin Rutherford
127 Howard Avenue

Harriman, TN, 37748

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4480 **Nonpriority creditor's name and mailing address**

Justin Stills
325 P Street Southwest, 806

Washington, DC, 20024

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 47.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 4481 **Nonpriority creditor's name and mailing address**

Justin Trevarthen
P.O.Box 1161, 105 Buckles Dr.

Hollister, FL, 32147

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4482 **Nonpriority creditor's name and mailing address**

Justin Wegner
24436 Grant Drive

Rhoadesville, VA, 22542

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 94.71

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4483 **Nonpriority creditor's name and mailing address**

Justin Wight
3414 Lincoln Hwy E, Apt 311

Paradise, PA, 17562

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 345.55

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4484 **Nonpriority creditor's name and mailing address**

Justine Lim
36 Meadow Gln

Irvine, CA, 92602-1624

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4485 **Nonpriority creditor's name and mailing address**

Juventino Casas
16407 Monte Cristo Drive

Hacienda Heights, CA, 91745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.45

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4486 **Nonpriority creditor's name and mailing address**

K Pearson
2825 Windy Hill Road, Apt. 5302

Marietta, GA, 30067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 615.54

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name                                          Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3. 4487  Nonpriority creditor's name and mailing address**

K&J Associates
One Madison St.

East Rutherford, NJ, 07073

As of the petition filing date, the claim is:  $ 184,337.26
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commercial Lease

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 4488  Nonpriority creditor's name and mailing address**

Ka Lok Chan
1740 Earl Avenue

San Bruno, CA, 94066

As of the petition filing date, the claim is:  $ 158.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 4489  Nonpriority creditor's name and mailing address**

Kaab Mallick
317 North Astell Avenue

West Covina, CA, 91790

As of the petition filing date, the claim is:  $ 23.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 4490  Nonpriority creditor's name and mailing address**

kacee takasaki
227 Locust Street

Pacific Grove, CA, 93950

As of the petition filing date, the claim is:  $ 21.74
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 4491  Nonpriority creditor's name and mailing address**

Kacey Paulsen
8248 willeta ave

las vegas, NV, 89145

As of the petition filing date, the claim is:  $ 39.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC    Case number *(if known)*_____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

3.4492  **Nonpriority creditor's name and mailing address**

Kacy Cook Richardson
8370 Chase Way

Arvada, CO, 80003-1446

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 77.56**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.4493  **Nonpriority creditor's name and mailing address**

Kady Jeffares
136, Chrissy Dr

Temple, GA, 30179

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 50.98**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.4494  **Nonpriority creditor's name and mailing address**

Kaelah Calderone
1207 East Main Street, Apt 16

Jackson, MO, 63755

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 27.98**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.4495  **Nonpriority creditor's name and mailing address**

Kaelin Douglas
4600 Daisy Leaf Drive

Fort worth, TX, 76244

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 119.06**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.4496  **Nonpriority creditor's name and mailing address**

Kaesahn Willams
1024 Berkley Avenue Ext, 2c

Norfolk, VA, 23523

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 12.71**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 909 of 1682

Debtor   Sure Thing Sales, LLC
         Name                                      Case number (if known)

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 4497   **Nonpriority creditor's name and mailing address**

Kah Ho
22343 Slate Oaks Lane

Richmond, TX, 77469

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 319.33

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4498   **Nonpriority creditor's name and mailing address**

Kai Gilding
45-736 Keneke St

Kaneohe, HI, 96744

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 127.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4499   **Nonpriority creditor's name and mailing address**

KAi XU
10554 Heather St

Rancho Cucamonga, CA, 91737

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 419.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4500   **Nonpriority creditor's name and mailing address**

Kaia Gavere
2630 Kearney St.

Denver, CO, 80207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4501   **Nonpriority creditor's name and mailing address**

Kaicy McMasters
652 COUNTY ROAD 4876

COPPERAS COVE, TX, 76522

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name    Case number (if known)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4502 **Nonpriority creditor's name and mailing address**

Kailah Chaparro
1713 West Chariot Court, Apt 1B

Mount Prospect, IL, 60056

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 198.44

---

**3.** 4503 **Nonpriority creditor's name and mailing address**

Kailynn Hatler
6012 South Crestview Street

Littleton, CO, 80120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 36.90

---

**3.** 4504 **Nonpriority creditor's name and mailing address**

Kaitlin Geddis
203 N 104th St

Seattle, WA, 98133

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 89.99

---

**3.** 4505 **Nonpriority creditor's name and mailing address**

Kaitlin Malone
2709 Jack Johnson Boulevard

Galveston, TX, 77550

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 23.99

---

**3.** 4506 **Nonpriority creditor's name and mailing address**

Kaitlin Sera
6428 Whitman Avenue

Van Nuys, CA, 91406

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 26.26

---

Debtor  Sure Thing Sales, LLC.
        Name                                        Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4507 **Nonpriority creditor's name and mailing address**

Kaitlyn Bloomfield
3938 Chickory Ave

Columbus, OH, 43230-1009

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 119.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4508 **Nonpriority creditor's name and mailing address**

Kaitlyn Burrow
3625 Manson Pike, Unit 6301

Murfreesboro, TN, 37129

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.81

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4509 **Nonpriority creditor's name and mailing address**

Kaitlyn Enlow
324 Spencer Road, Apt K

Ithaca, NY, 14850

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4510 **Nonpriority creditor's name and mailing address**

Kaitlyn Kleinfelder
33024 26th Pl. SW

Federal Way, WA, 98023

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4511 **Nonpriority creditor's name and mailing address**

Kaitlyn Millington
6765 West 2nd Court, Apt. 116

Hialeah, FL, 33012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 101.64

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC

Name

Case number (if known)

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

3. **4512**  Nonpriority creditor's name and mailing address

Kaitlyn Smith
7913 Bobby Point Rd

Wichita Falls, TX, 76305

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 341.96

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **4513**  Nonpriority creditor's name and mailing address

Kaitlyn Sticco
16051 Night Heron Road

Brooksville, FL, 34614

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.98

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **4514**  Nonpriority creditor's name and mailing address

kaitlyn tate
514 Ellerdale Road

Anderson, IN, 46017

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **4515**  Nonpriority creditor's name and mailing address

Kaitlyn Westbrook
18 Old Province Road

Newbury, NH, 3255

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **4516**  Nonpriority creditor's name and mailing address

Kaitlyn Westbrook
3117 hwy 258 S

Kinston, NC, 28504

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
     Name

Case number *(if known)*_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 4517 **Nonpriority creditor's name and mailing address**

Kaled Torres
1106, Hair St

Dalton, GA, 30721

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.35

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 4518 **Nonpriority creditor's name and mailing address**

Kalee Walter
890 Weir Lake Road

Kunkletown, PA, 18058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 4519 **Nonpriority creditor's name and mailing address**

Kalei Altamirano
851 Havasu Court

Livermore, CA, 94551

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.92

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 4520 **Nonpriority creditor's name and mailing address**

Kaleigh King
1875 Shay Lin Ct

Niceville, FL, 32578

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.02

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 4521 **Nonpriority creditor's name and mailing address**

Kaley Delaney
1449 South Kirkman Road, 2020

Orlando, FL, 32811

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.88

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** `4522` **Nonpriority creditor's name and mailing address**

Kalie Peterson
432 Brandon Way

Chesapeake, VA, 23320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.79

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** `4523` **Nonpriority creditor's name and mailing address**

Kalina Todorova
10 e touhy ave, Address 2, Address 2

Park Ridge, IL, 60068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 109.89

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** `4524` **Nonpriority creditor's name and mailing address**

Kam Lau
5444 LITTLE NECK PKWY, APT 3S

LITTLE NECK, NY, 11362

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 92.53

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** `4525` **Nonpriority creditor's name and mailing address**

Kam Yeung
87A Hickory Rd

Port Washington, NY, 11050

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 2,179.88

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** `4526` **Nonpriority creditor's name and mailing address**

Kameron Jones
3630 Pennant Court Northwest

Olympia, WA, 98502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.43

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor _____Sure Thing Sales, LLC._____ Case number _(if known)_____
       Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 4527 **Nonpriority creditor's name and mailing address**

Kamila Torres
10554 Rocking A Run

Orlando, FL, 32825

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 10.99

---

**3.** 4528 **Nonpriority creditor's name and mailing address**

Kaniah Tafoya
31 Royal Crest Dr., Apt.D

Pueblo, CO, 81005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 64.18

---

**3.** 4529 **Nonpriority creditor's name and mailing address**

Kara Amendola
6737 S PEORIA AVE, APT C213

Tulsa, OK, 74136

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 28.21

---

**3.** 4530 **Nonpriority creditor's name and mailing address**

Kara Schmith
219 5th St NE

Oelwein, IA, 50662

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 10.99

---

**3.** 4531 **Nonpriority creditor's name and mailing address**

Karanbir Deol
2100 Electric Avenue, Apt. 131

Bellingham, WA, 98229

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 89.99

---

Debtor  Sure Thing Sales, LLC
        Name                                                    Case number (if known)

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 4532  **Nonpriority creditor's name and mailing address**

Karel Spala
3129 Foxwood Drive

Apopka, FL, 32703

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.99

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 4533  **Nonpriority creditor's name and mailing address**

Karen  Lugo
63 Arch Street

Paterson, NJ, 7522

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.99

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 4534  **Nonpriority creditor's name and mailing address**

Karen Alvarez
2536 Birch Meadow St

Santa Rosa, CA, 95407

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.99

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 4535  **Nonpriority creditor's name and mailing address**

Karen Banda
68240 Calle Blanco

Desert Hot Springs, CA, 92240

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 36.97

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 4536  **Nonpriority creditor's name and mailing address**

Karen Carpenter
918 Niles St Apt 2

Bakersfield, CA, 93305

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.96

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Debtor   Sure Thing Sales, LLC.
         Name                                              Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 4537 **Nonpriority creditor's name and mailing address**

Karen Dunlap
2525 Fox Squirrel Ct

Apopka, FL, 32712

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.** 4538 **Nonpriority creditor's name and mailing address**

Karen Gonzalez
4535 South Wolcott Avenue

Chicago, IL, 60609

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.79

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.** 4539 **Nonpriority creditor's name and mailing address**

Karen Grodis
2514 Autumn Springs Lane

Spring, TX, 77373

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 65.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.** 4540 **Nonpriority creditor's name and mailing address**

Karen Hall
21103 Mill Branch Drive

Leesburg, VA, 20175

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 43.45

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.** 4541 **Nonpriority creditor's name and mailing address**

Karen Hammann
5114 Northern Fences Lane

Columbia, MD, 21044

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 359.96

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name                                          Case number (if known)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4542  **Nonpriority creditor's name and mailing address**

KAREN K CASTOR
2422 TEAK CT

SANTA ROSA, CA, 95403-1857

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4543  **Nonpriority creditor's name and mailing address**

Karen Lopez Alfonso Rivera
5206 Corbridge Glen Ct

Katy, TX, 77449

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4544  **Nonpriority creditor's name and mailing address**

Karen Morana
27771 Timberwood Drive

Highland, CA, 92346

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.08

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4545  **Nonpriority creditor's name and mailing address**

Karen Ng
28 Clement Street

Malden, MA, 2148

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4546  **Nonpriority creditor's name and mailing address**

karen overton
585 Remsen Avenue

Brooklyn, NY, 11236

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                         Case number *(if known)*

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3. 4547  **Nonpriority creditor's name and mailing address**

karen ryals
17607 24th Ave SE

Bothell, WA, 98012-6505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 32.00

---

3. 4548  **Nonpriority creditor's name and mailing address**

Karen Sakai
4551 W. Martin Luther King Jr. Blvd, #356
(USPS: Stand 8, Slot 6)

Los Angeles, CA, 90016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 88.98

---

3. 4549  **Nonpriority creditor's name and mailing address**

Karen Sherman
5204 Amberhill Dr.

Greensboro, NC, 27455

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 14.99

---

3. 4550  **Nonpriority creditor's name and mailing address**

Karen Tsai
2517 Potrero Avenue

El Monte, CA, 91733

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 25.99

---

3. 4551  **Nonpriority creditor's name and mailing address**

Karen Yaneka
4324 Ontario Center Rd

Walworth, NY, 14568

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 36.71

---

Debtor ___Sure Thing Sales, LLC_____ Case number _(if known)_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 4552 **Nonpriority creditor's name and mailing address**

Karey Lester
P.o. box 92063

Long beach, CA, 90809

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4553 **Nonpriority creditor's name and mailing address**

Kari Homola
19700 NE 29th Ave, Apt, suite, floor, etc.

Ridgefield, WA, 98642

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4554 **Nonpriority creditor's name and mailing address**

Kari Lovelace
530 52nd Terrace N

Saint Petersburg, FL, 33703

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4555 **Nonpriority creditor's name and mailing address**

Kariesha Arnold
5034 W. Bullard Ave, 217

Fresno, CA, 93722

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.32

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4556 **Nonpriority creditor's name and mailing address**

Karina Martinez
1817 Waldrop Street

Irving, TX, 75061

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.79

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
    Name

Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** **4557** **Nonpriority creditor's name and mailing address**

Karina Rodriguez
1032 North Normandie Avenue, 5

Los Angeles, CA, 90029

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **4558** **Nonpriority creditor's name and mailing address**

Karis Pruitt
12601 Hampton Crossing Drive

Chesterfield, VA, 23832

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.67

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **4559** **Nonpriority creditor's name and mailing address**

Karissa Mclaurin
57 Lexington Gardens

North Haven, CT, 6473

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.64

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **4560** **Nonpriority creditor's name and mailing address**

Karl Salazar
1051 Mepham Drive

Pittsburg, CA, 94565

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **4561** **Nonpriority creditor's name and mailing address**

Karla Cook
1545 Dell Pl

Owatonna, MN, 55060

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Sure Thing Sales, LLC.                              Case number *(if known)*
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. ___4562___  **Nonpriority creditor's name and mailing address**

Karla Lara
535 S 20th St

Richmond, CA, 94804

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. ___4563___  **Nonpriority creditor's name and mailing address**

Karla Ramirez
2103 Summit Avenue, Apt 3

Union City, NJ, 7087

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.50

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. ___4564___  **Nonpriority creditor's name and mailing address**

Karla Saavedra
11401 Carson St, Ste J

Lakewood, CA, 90715-2546

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.55

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. ___4565___  **Nonpriority creditor's name and mailing address**

Karla Torres
250 Main St, Apt 220

Hartford, CT, 6106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. ___4566___  **Nonpriority creditor's name and mailing address**

Karley Page
515 Cardinal Circle

Muskogee, OK, 74403

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.83

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
| | Name | |

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3. 4567** Nonpriority creditor's name and mailing address

Karlos Roa
284 Drake Lane

Des Plaines, IL, 60016

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 14.32

---

**3. 4568** Nonpriority creditor's name and mailing address

Karlynn Tanaka
95-1012 Palamoa Street

Mililani, HI, 96789

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9.99

---

**3. 4569** Nonpriority creditor's name and mailing address

Karrington Taylor
1651 AC Evans Street

Riviera Beach, FL, 33404

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 171.19

---

**3. 4570** Nonpriority creditor's name and mailing address

Karsen Louderback
524 Adams Street

excelsior springs, MO, 64024

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 13.05

---

**3. 4571** Nonpriority creditor's name and mailing address

Kartik Devineni
18 jenny layne

sussex, NJ, 7461

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 58.63

---

Debtor   Sure Thing Sales, LLC.
         Name                                          Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **4572**  **Nonpriority creditor's name and mailing address**

Karuna  Namala
4115 Tilden Avenue

Culver City, CA, 90232

As of the petition filing date, the claim is: $ 52.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **4573**  **Nonpriority creditor's name and mailing address**

Karyn Deane
186 Highland Pointe Circle East

Dawsonville, GA, 30534

As of the petition filing date, the claim is: $ 23.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **4574**  **Nonpriority creditor's name and mailing address**

Kasey Ann
Alturas de Olimpo Calle Pitirre E11 #400

Guayama, PR, 784

As of the petition filing date, the claim is: $ 41.96
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **4575**  **Nonpriority creditor's name and mailing address**

Kassandra Montanez
3913 Hollywood Dr

Ceres, CA, 95307

As of the petition filing date, the claim is: $ 32.35
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **4576**  **Nonpriority creditor's name and mailing address**

Kassandra Salas
1035 W. Frito Ave

Mesa, AZ, 85210

As of the petition filing date, the claim is: $ 14.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor     Sure Thing Sales, LLC.                     Case number *(if known)*
           Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3.  4577   **Nonpriority creditor's name and mailing address**

Kassidy Sears
4713 Carita Woods Way

Lexington, KY, 40515

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 288.31

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.  4578   **Nonpriority creditor's name and mailing address**

Kateisa Pena
PO Box 28711

Seattle, WA, 98118

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.56

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.  4579   **Nonpriority creditor's name and mailing address**

Katelin Kobuke
118 Kaeleloi Place,

Honolulu, HI, 96821

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.21

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.  4580   **Nonpriority creditor's name and mailing address**

Katelyn Fregoso
12648 Dairy Street

Corona, CA, 92880

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 323.24

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.  4581   **Nonpriority creditor's name and mailing address**

Katelyn Giles
4610 Eubank Blvd NE, Apt 1126

Albuquerque, NM, 87111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                          Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

3.____ **4582** **Nonpriority creditor's name and mailing address**

Katelyn Rafferty
256a S Main St

Laconia, NH, 03246-3717

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 24.99

---

3.____ **4583** **Nonpriority creditor's name and mailing address**

Katherine Brooks
Po box 951

Arden, NC, 28704

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29.98

---

3.____ **4584** **Nonpriority creditor's name and mailing address**

Katherine Corletto
PO Box 464

Elko, NV, 89803

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13.91

---

3.____ **4585** **Nonpriority creditor's name and mailing address**

Katherine Davey
258 Fair Oaks St

San Francisco, CA, 94110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 59.74

---

3.____ **4586** **Nonpriority creditor's name and mailing address**

Katherine Dunthorne
9354 East 65th Terrace

Raytown, MO, 64133

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 48.01

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Sure Thing Sales, LLC
          Name                                              Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 4587  **Nonpriority creditor's name and mailing address**

Katherine Martinez
23 East Midland Avenue

Kearny, NJ, 7032

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 112.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 4588  **Nonpriority creditor's name and mailing address**

Katherine Orta
6581 Secluded Avenue

Las Vegas, NV, 89110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.75

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 4589  **Nonpriority creditor's name and mailing address**

Katherine Pereira
1126 E Palmer Ave, Apt A

Glendale, CA, 91205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 181.93

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 4590  **Nonpriority creditor's name and mailing address**

Katherine Romano
1980 E Hazeltine Way

Gilbert, AZ, 85298

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 4591  **Nonpriority creditor's name and mailing address**

Katherine Rowe
14305 Grape Holly Grove, 15

Centreville, VA, 20121

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 98.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC
_____
Name

Case number _(if known)_ _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

3. 4592  **Nonpriority creditor's name and mailing address**

Katherine Sinsuan
4621 Silent Knoll Dr

Fallbrook, CA, 92028

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 74.98

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3. 4593  **Nonpriority creditor's name and mailing address**

Katheryn  Gonzalez
228 Kennedy Street, D

Chula Vista, CA, 91911

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 87.39

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4594  **Nonpriority creditor's name and mailing address**

Kathleen Karner
221 Boardwalk Dr

Cranberry Twp, PA, 16066

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.97

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4595  **Nonpriority creditor's name and mailing address**

Kathryn Biggs
10209 Marco Polo Avenue

Bakersfield, CA, 93312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.13

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3. 4596  **Nonpriority creditor's name and mailing address**

Kathryn Higdon
903 Shannon Meadow Trl

Cedar Park, TX, 78613

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 82.98

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Sure Thing Sales, LLC
_____
Name

Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4597 **Nonpriority creditor's name and mailing address**

Kathryn Jones
2444 Yorkshire Drive

Huntsville, AL, 35803

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 4598 **Nonpriority creditor's name and mailing address**

kATHRYN LANG
3904 Winfield Ave

Moosic, PA, 18507

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 4599 **Nonpriority creditor's name and mailing address**

Kathryn Villarevia
30 Elm Street

Fryeburg, ME, 4037

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 17.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 4600 **Nonpriority creditor's name and mailing address**

Kathryn Waddell
204 North Tyler Street

Big Sandy, TX, 75755

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 60.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 4601 **Nonpriority creditor's name and mailing address**

Kathy A Miller
5642 Abraham Ave

Westminster, CA, 92683

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.17

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 930 of 1682

Debtor    Sure Thing Sales, LLC.
Name    Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___ 4602 **Nonpriority creditor's name and mailing address**

Kathy Clements
103 Skeet Road

Medford, NJ, 8055

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 507.88

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___ 4603 **Nonpriority creditor's name and mailing address**

Kathy Hansen
3400 Wilderness Circle

Middleburg, FL, 32068

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___ 4604 **Nonpriority creditor's name and mailing address**

Kathy Hecker
62 Mountain Ave

West Orange, NJ, 7052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.31

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___ 4605 **Nonpriority creditor's name and mailing address**

Kathy Lynn Halkins
27814 Lokaya Falls

Boerne, TX, 78015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.92

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___ 4606 **Nonpriority creditor's name and mailing address**

Kathy Wong
921 South Valley Drive

Lansing, KS, 66043

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 58.81

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC
_____
Name                                          Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 4607 | **Nonpriority creditor's name and mailing address**

kathya Quintanilla
1889 Raymond Ave, Apt 4

Signal Hill, CA, 90755

**As of the petition filing date, the claim is:** $ 30.86
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 4608 | **Nonpriority creditor's name and mailing address**

Kati Martensen
7836 48th Avenue

Kenosha, WI, 53142

**As of the petition filing date, the claim is:** $ 12.65
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 4609 | **Nonpriority creditor's name and mailing address**

Katie  Davis
7221 Magnolia Hills Drive

Nashville, TN, 37221

**As of the petition filing date, the claim is:** $ 12.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 4610 | **Nonpriority creditor's name and mailing address**

Katie Amaya
6900 Mary Caroline Circle, Unit J

Alexandria, VA, 22310

**As of the petition filing date, the claim is:** $ 39.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 4611 | **Nonpriority creditor's name and mailing address**

katie burkhart
5426 Toucanet Court

Oceanside, CA, 92057

**As of the petition filing date, the claim is:** $ 12.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor    Sure Thing Sales, LLC
_____    _____
Name    Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 4612  **Nonpriority creditor's name and mailing address**

Katie Chapman
1806 SW 48th ST

Lawton, OK, 73505

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4613  **Nonpriority creditor's name and mailing address**

Katie Eckhardt
1403 Paullus Dr

Hollister, CA, 95023

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.39

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4614  **Nonpriority creditor's name and mailing address**

Katie Gifford
3687 Bountiful Lane

Eagle Mountain, UT, 84005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4615  **Nonpriority creditor's name and mailing address**

Katie Hornberger
6596 Gloria Dr

Sacramento, CA, 95831

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4616  **Nonpriority creditor's name and mailing address**

Katie LaHart
6 Ouelette Cir

Keeseville, NY, 12944

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.19

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
        Name

        Case number (if known) _____

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4617  **Nonpriority creditor's name and mailing address**

Katie Lepore
2205 Saxony Drive

Mount Laurel, NJ, 8054

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.00

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4618  **Nonpriority creditor's name and mailing address**

Katie Newkirk
4105 E Oak Knoll

Springfield, MO, 65809

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.05

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4619  **Nonpriority creditor's name and mailing address**

Katie Nuss
10118 Braemar street

highlands, TX, 77562

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.59

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4620  **Nonpriority creditor's name and mailing address**

Katie Rice
3260 146th Street West

Rosemount, MN, 55068

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.41

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4621  **Nonpriority creditor's name and mailing address**

Katie Robinson
6121 Magnolia Lane N

Crestview, FL, 32539

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Sure Thing Sales, LLC.
          Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4622  **Nonpriority creditor's name and mailing address**

Katie Schuette
504 SW Stratford Rd

Lees Summit, MO, 64081-2734

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 272.90

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 4623  **Nonpriority creditor's name and mailing address**

Katie Schuette
504 SW Stratford Rd

Lees Summit, MO, 64081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.25

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 4624  **Nonpriority creditor's name and mailing address**

Katie Silva
800 Northeast 67th Street, Apt 614

Seattle, WA, 98115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.49

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 4625  **Nonpriority creditor's name and mailing address**

Katie Winn
240 Walker Avenue

East Patchogue, NY, 11772

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 4626  **Nonpriority creditor's name and mailing address**

Katrina Delgado
82732 Castleton Dr

Indio, CA, 92203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.
Name                                    Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

3. 4627    **Nonpriority creditor's name and mailing address**

Katrina Roberts
165 school street

Lisbon, NH, 3585

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 138.94

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. 4628    **Nonpriority creditor's name and mailing address**

Katrina S Davis
22517 Iverson Drive, Unit 3

Great Mills, MD, 20634

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. 4629    **Nonpriority creditor's name and mailing address**

Katy Hendricks
2605 W Cavalry Dr

Phoenix, AZ, 85086

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.13

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. 4630    **Nonpriority creditor's name and mailing address**

Kayi Chan
16 Marigold Lane

Hampton, VA, 23663

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 78.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. 4631    **Nonpriority creditor's name and mailing address**

Kayla Boudreau
55 Bernice Avenue

Leominster, MA, 1453

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_ _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **4632**  **Nonpriority creditor's name and mailing address**

Kayla Guthrie
499 E French Camp Road

French Camp, CA, 95231

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **4633**  **Nonpriority creditor's name and mailing address**

Kayla Maciel Hern?°ndez
3709 slopeview drive

SAN JOSE, CA, 95148

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.33

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **4634**  **Nonpriority creditor's name and mailing address**

Kayla Rodriguez
7789 Leiden Pt

Peyton, CO, 80831

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **4635**  **Nonpriority creditor's name and mailing address**

Kayla Sanchez
84 Emmet Street

Brockton, MA, 2302

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.18

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **4636**  **Nonpriority creditor's name and mailing address**

Kayla Santana
1206 Concord Circle

Independence, MO, 64056

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 132.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC
         Name                                                Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3. ___4637___ **Nonpriority creditor's name and mailing address**

Kayla Skibicki
710 Rutherford St

Hampton, VA, 23661-1445

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 102.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

3. ___4638___ **Nonpriority creditor's name and mailing address**

Kayla StJohn
406 West 5th Street

Mount Pleasant, TX, 75455

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 47.62

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

3. ___4639___ **Nonpriority creditor's name and mailing address**

Kayla Taylor
76 Lockwood St

West Warwick, RI, 2893

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.02

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

3. ___4640___ **Nonpriority creditor's name and mailing address**

Kayla Turner
7206 Jessman Road East Drive, Apt B

Indianapolis, IN, 46256

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 41.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

3. ___4641___ **Nonpriority creditor's name and mailing address**

Kaylan Myers
7811 Montero Drive

Prospect, KY, 40059

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.61

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Debtor      Sure Thing Sales, LLC.
_____      Case number _(if known)_____
            Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 4642  **Nonpriority creditor's name and mailing address**

Kayle Perez
1010 Goff Street

Tifton, GA, 31794

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

---

**3.** 4643  **Nonpriority creditor's name and mailing address**

Kaylea Brown
620 NE 87th Street

Kansas City, MO, 64155

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 26.92

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

---

**3.** 4644  **Nonpriority creditor's name and mailing address**

Kaylee holley
19370 Oakdale Ave

Brooksville, FL, 34601-1842

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 34.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

---

**3.** 4645  **Nonpriority creditor's name and mailing address**

Kaylee Senn
15650 Fern Basin Drive

Houston, TX, 77084

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 129.89

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

---

**3.** 4646  **Nonpriority creditor's name and mailing address**

kaylene hernandez
181 Glenbridge Ave

Providence, RI, 2909

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 40.65

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

Debtor  Sure Thing Sales, LLC.
        Name                                     Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4647   **Nonpriority creditor's name and mailing address**

Kayro Figueroa
861 East La Verne Avenue

Pomona, CA, 91767

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 49.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 4648   **Nonpriority creditor's name and mailing address**

Kc porter
2201 Oldham St

Forney, TX, 75126

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28.13

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 4649   **Nonpriority creditor's name and mailing address**

Keegan  Buchanan-Fraser
13 Oxford Street

Woodstock , ON, N4S 6A2

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 64.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 4650   **Nonpriority creditor's name and mailing address**

Keeley Young Bird
3871 102 AVE NW, P.O. Box 491

New Town, ND, 58763

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 68.89

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 4651   **Nonpriority creditor's name and mailing address**

Kei S Chan
219 Manor Dr

Pacifica, CA, 94044

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.
       Name

Case number (if known)

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

3.____ 4652   **Nonpriority creditor's name and mailing address**

Keith Coutray
15 South Windsor Drive

Rogers, AR, 72758

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.____ 4653   **Nonpriority creditor's name and mailing address**

KEITH FELTENSTEIN
14410 38TH AVE

FLUSHING, NY, 11354

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 130.64

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.____ 4654   **Nonpriority creditor's name and mailing address**

Keith Fung
2801 Sepulveda Blvd, Unit 119

Torrance, CA, 90505

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48.36

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.____ 4655   **Nonpriority creditor's name and mailing address**

Keith Garduce
6060 Claret Ct

Vallejo, CA, 94591

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.____ 4656   **Nonpriority creditor's name and mailing address**

Keith Lamae
121 Ranchette Circle

Myrtle Beach, SC, 29587

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    Sure Thing Sales, LLC

Name                                          Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4657 **Nonpriority creditor's name and mailing address**

Keith McIlvaine
3518 Neville Way

Nazareth, PA, 18064

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4658 **Nonpriority creditor's name and mailing address**

Keith Redick
2097 Kendall Road

Kendall, NY, 14476

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4659 **Nonpriority creditor's name and mailing address**

Keith Renner
617 South Main Street

Dunkirk, IN, 47336

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4660 **Nonpriority creditor's name and mailing address**

Keith Settles
3319 Northwestern Parkway

Louisville, KY, 40212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.08

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4661 **Nonpriority creditor's name and mailing address**

Keith Wandtke
9185 Bracey Mill Place

MECHANICSVILLE, VA, 23116

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 4662   **Nonpriority creditor's name and mailing address**

keith watts
102 HILLTOP RIDGE DR

MADISON, AL, 35756

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 4663   **Nonpriority creditor's name and mailing address**

kelley rubino
1788 campbell ave.

san jose, CA, 95125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 4664   **Nonpriority creditor's name and mailing address**

Kelley Wilson
4423 Woodglen Ln

Mount Vernon, IL, 62864

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.73

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 4665   **Nonpriority creditor's name and mailing address**

Kelli Clausen
2200 Aldrich Avenue South, Apt 4

Minneapolis, MN, 55405

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 4666   **Nonpriority creditor's name and mailing address**

Kelli Dunbar
1648 Shetland Ter

Dunedin, FL, 34698

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 61.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Debtor Sure Thing Sales, LLC.
Name

Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3. **4667**  Nonpriority creditor's name and mailing address

Kelli Hedden
321 North 33rd Court

Ridgefield, WA, 98642

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 67.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **4668**  Nonpriority creditor's name and mailing address

Kelli Kaminsky
44 Fuller Ave NE

Grand Rapids , MI, 49503

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 12.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **4669**  Nonpriority creditor's name and mailing address

Kellie Collins
947 Dan Rd

Robbins, NC, 27325

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 12.89

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **4670**  Nonpriority creditor's name and mailing address

Kellie Kurapka
1937 w. Greenleaf St

Allentown, PA, 18104

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 23.30

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **4671**  Nonpriority creditor's name and mailing address

Kellie Lytle
67 Amara Lane

Westampton, NJ, 8060

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 63.96

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor __Sure Thing Sales, LLC._____    Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** __4672__  **Nonpriority creditor's name and mailing address**

Kelly Andrews
1512 Brookhaven Rd

Wynnewood, PA, 19096

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 19.99**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** __4673__  **Nonpriority creditor's name and mailing address**

Kelly Evans
4330 Towanda Road

Chesapeake, VA, 23325

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 105.98**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** __4674__  **Nonpriority creditor's name and mailing address**

Kelly Jones
216 Rogers St

Edmonton, KY, 42129

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 26.49**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** __4675__  **Nonpriority creditor's name and mailing address**

Kelly Kirkpatrick
7958 2nd Street, Trailer 1

Peosta, IA, 52068

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 25.99**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** __4676__  **Nonpriority creditor's name and mailing address**

Kelly Lam
431 El Camino Real, 2216

Santa Clara, CA, 95050

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 92.74**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
          Name                                    Case number (if known)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3. __4677__ **Nonpriority creditor's name and mailing address**

Kelly Megay
220 Melrose Drive

Gilbertsville, PA, 19525

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. __4678__ **Nonpriority creditor's name and mailing address**

Kelly Miller
1 Lookout Drive

Ukiah, CA, 95482

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.39

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. __4679__ **Nonpriority creditor's name and mailing address**

Kelly Miller
1 Lookout Drive

Ukiah, CA, 95482

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.21

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. __4680__ **Nonpriority creditor's name and mailing address**

Kelly Mills
31006 Wilderness Trail

Westlake, OH, 44145

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.06

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. __4681__ **Nonpriority creditor's name and mailing address**

Kelly Mondina
P.O. Box 315505

Tamuning, GU, 96931

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Sure Thing Sales, LLC

Name

Case number *(if known)*

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 4682 **Nonpriority creditor's name and mailing address**

Kelly Negrin
31 Colgate Court

Atco, NJ, 8004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 117.28

---

**3.** 4683 **Nonpriority creditor's name and mailing address**

Kelly Nicholson
108 Locust Ave

Manteca, CA, 95337

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12.98

---

**3.** 4684 **Nonpriority creditor's name and mailing address**

Kelly Quimby
157B VanAnden Street

Auburn, NY, 13021

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 49.99

---

**3.** 4685 **Nonpriority creditor's name and mailing address**

Kelly Skierski?Aôs
3338 Chesterfield Road

Philadelphia, PA, 19114

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 97.19

---

**3.** 4686 **Nonpriority creditor's name and mailing address**

Kelly Stayart
245 40TH ST

Springfield, OR, 97478-5757

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 54.99

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4687  **Nonpriority creditor's name and mailing address**

Kelly Weir
402 7Th Ave NE

Glen Burnie, MD, 21060

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 4688  **Nonpriority creditor's name and mailing address**

Kelsey Hockenberger
24 Ballinger Way

Mount Laurel, NJ, 8054

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 30.91

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 4689  **Nonpriority creditor's name and mailing address**

Kelsey Kniess
982 Stonehaven Drive

Sun Prairie, WI, 53590

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 4690  **Nonpriority creditor's name and mailing address**

Kelsey Krasas
PO BOX 1456

Poulsbo, WA, 98370

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 176.95

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 4691  **Nonpriority creditor's name and mailing address**

Kelsey Minakata
6408 County Road 439, Minakata house?

Jackson, MO, 63755

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 81.15

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.    Case number *(if known)*
          Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4692   **Nonpriority creditor's name and mailing address**

Kelsie  Offill
1715 N Aurora Ave

East Wenatchee, WA, 98802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4693   **Nonpriority creditor's name and mailing address**

Kelvin Poon
1177 CRYSTAL LN

EL CAJON, CA, 92020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.13

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4694   **Nonpriority creditor's name and mailing address**

Kelvin Quinones
265 Dunbar Hill rd

Hamden, CT, 6514

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4695   **Nonpriority creditor's name and mailing address**

Kelways Associates
One Madison St.

East Rutherford, NJ, 07073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31,004.73

**Basis for the claim:** Commercial Lease

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4696   **Nonpriority creditor's name and mailing address**

Kelyn Boettcher
5350 Co Rd 123

Mayer, MN, 55360

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.80

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name                                        Case number (if known)

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

3. ___4697___ **Nonpriority creditor's name and mailing address**

ken collison
800 South Durkin Drive, Apt 411

Springfield, IL, 62704

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29.95

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

3. ___4698___ **Nonpriority creditor's name and mailing address**

Ken Cory
694 Monterey Boulevard

San Francisco, CA, 94127

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 159.89

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

3. ___4699___ **Nonpriority creditor's name and mailing address**

Ken Estrada
13478 Santa Ysabel Drive

Desert Hot Springs, CA, 92240

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25.97

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

3. ___4700___ **Nonpriority creditor's name and mailing address**

Ken Robinson
713 Hyde Park Dr

Glen Burnie, MD, 21061

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 59.99

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

3. ___4701___ **Nonpriority creditor's name and mailing address**

Ken Sniatecki
89 Baron Court

Getzville, NY, 14068

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12.98

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Debtor    Sure Thing Sales, LLC
_____
Name    Case number (if known) _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3. 4702  **Nonpriority creditor's name and mailing address**

Ken Walker
1145 Eastview Drive

Paxton, IL, 60957

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 17.98

---

3. 4703  **Nonpriority creditor's name and mailing address**

Ken Wysocki
859 71st St, Top Floor

Brooklyn, NY, 11228-1016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 190.52

---

3. 4704  **Nonpriority creditor's name and mailing address**

Kenan Spears
2633 Mckinney ave, 130

Dallas, TX, 75204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 61.98

---

3. 4705  **Nonpriority creditor's name and mailing address**

Kendall Bunje
5241 J St

Washougal, WA, 98671

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 27.99

---

3. 4706  **Nonpriority creditor's name and mailing address**

Kendall Parmenter
1320 n Franklin

litchfield, IL, 62056

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 9.99

---

Debtor _____Sure Thing Sales, LLC_____    Case number _(if known)_____
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **4707** Nonpriority creditor's name and mailing address

Kendall Perkins
830 Williamsburg Court Apt 390

Waterford Township, MI, 48328

As of the petition filing date, the claim is: $ 11.65
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **4708** Nonpriority creditor's name and mailing address

Kendel Morgan
1117 elberta st

Houston, TX, 77051-1953

As of the petition filing date, the claim is: $ 33.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **4709** Nonpriority creditor's name and mailing address

Kendra Sanchez
14279 Desert Sunset Drive

Horizon City, TX, 79928

As of the petition filing date, the claim is: $ 52.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **4710** Nonpriority creditor's name and mailing address

Kendrick Garcia
PO Box 530494

Grand Prairie, TX, 75053

As of the petition filing date, the claim is: $ 29.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **4711** Nonpriority creditor's name and mailing address

Kendy B Hernandez
1629 W Civic Center Dr., Apt. 205

Santa Ana, CA, 92703

As of the petition filing date, the claim is: $ 10.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC    Case number *(if known)*
Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.** 4712 **Nonpriority creditor's name and mailing address**

Kenith Scheele
4055 WELLS LAKE CT

FARIBAULT, MN, 55021

**As of the petition filing date, the claim is:** $35.42
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 4713 **Nonpriority creditor's name and mailing address**

Kenley  Frey
8620 Napa Valley Road Northeast

Albuquerque, NM, 87122

**As of the petition filing date, the claim is:** $55.01
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 4714 **Nonpriority creditor's name and mailing address**

Kenlyn Watson
2993 South Webster Street

Kokomo, IN, 46902

**As of the petition filing date, the claim is:** $26.74
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 4715 **Nonpriority creditor's name and mailing address**

Kenneth A Maxey
2403 S 17TH Ave, House

Broadview, IL, 60155-3905

**As of the petition filing date, the claim is:** $14.29
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 4716 **Nonpriority creditor's name and mailing address**

Kenneth Alexander
6432 South Sangamon Street, Floor 1

Chicago, IL, 60621

**As of the petition filing date, the claim is:** $59.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

| Debtor | Sure Thing Sales, LLC. | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** `4717` **Nonpriority creditor's name and mailing address**

Kenneth Bell
16104 Shasta St

Clermont, FL, 34714

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `4718` **Nonpriority creditor's name and mailing address**

Kenneth Cash
300 South Utah Street,

La Porte, TX, 77571

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `4719` **Nonpriority creditor's name and mailing address**

Kenneth Chang
2307 w cantara dr

dublin, CA, 94568-4853

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.06

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `4720` **Nonpriority creditor's name and mailing address**

Kenneth Holloway
119 S Vista

Auburn Hills, MI, 48326

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.98

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `4721` **Nonpriority creditor's name and mailing address**

Kenneth Hopkins
634 South Washington Avenue

Piscataway, NJ, 8854

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.30

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      Sure Thing Sales, LLC
            Name                                                    Case number (if known)

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 4722** Nonpriority creditor's name and mailing address

Kenneth Keller
3751 Darrell Drive

Cridersville, OH, 45806

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 13.99

---

**3. 4723** Nonpriority creditor's name and mailing address

Kenneth Kidwell
1733 Silverlawn Drive

Grove City, OH, 43123

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 25.78

---

**3. 4724** Nonpriority creditor's name and mailing address

Kenneth Long
91 Hillview Road

Westwood, MA, 2090

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 26.55

---

**3. 4725** Nonpriority creditor's name and mailing address

Kenneth Ohnuma
500 Central Park Avenue, #431

Scarsdale, NY, 10583

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 21.99

---

**3. 4726** Nonpriority creditor's name and mailing address

Kenneth Reno
19639 W Curtice East and West Rd

Curtice , OH, 43412

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 23.97

---

Debtor    Sure Thing Sales, LLC.

Name    Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

3. 4727 **Nonpriority creditor's name and mailing address**

Kenneth Rod
3604 Southeast Powell Valley Road, Apartment 357 M

Gresham, OR, 97080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 4728 **Nonpriority creditor's name and mailing address**

KENNETH STANLEY
13456 FRAZHO RD

WARREN, MI, 48089-1379

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.61

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 4729 **Nonpriority creditor's name and mailing address**

Kenneth Villalon
1049 South Mayfair Ave.

Daly City, CA, 94015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 4730 **Nonpriority creditor's name and mailing address**

Kenneth Williams
1518 Lenox Avenue

Las Cruces, NM, 88005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 271.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 4731 **Nonpriority creditor's name and mailing address**

Kennia Perez
3421 Scoon Rd

Sunnyside, WA, 98944

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC    Case number (if known) _____
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4732  **Nonpriority creditor's name and mailing address**

Kenny Chung
2620 West 235th Street

Torrance, CA, 90505

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.12

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4733  **Nonpriority creditor's name and mailing address**

Kenny Lee
7249 Rush River Dr

Sacramento, CA, 95831

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.27

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4734  **Nonpriority creditor's name and mailing address**

Kenny Lei
119 Wildwood Ave.

Braintree, MA, 2184

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4735  **Nonpriority creditor's name and mailing address**

Kenny Loui
192 16th Ave

San Francisco, CA, 94118-1017

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 415.86

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4736  **Nonpriority creditor's name and mailing address**

Kenny Morales
2405 Fairmount Parkway

Erie, PA, 16510

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 412.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Sure Thing Sales, LLC._____ Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. ___4737___ **Nonpriority creditor's name and mailing address**

Kenny Schunk
63 main street apt b3

SOUTH DAYTON, NY, 14138

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___4738___ **Nonpriority creditor's name and mailing address**

Kent Glinsky
11 Painted Canyon Pl

Spring, TX, 77381

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.80

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___4739___ **Nonpriority creditor's name and mailing address**

Kent Hammerstrom
1291 N Kepler Rd

Deland, FL, 32724

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.96

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___4740___ **Nonpriority creditor's name and mailing address**

Kenya Poston
5022 Hilltop Road, Apt Q

Greensboro, NC, 27407

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.74

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___4741___ **Nonpriority creditor's name and mailing address**

Kenya Adams
3782 Regal Ridge, Apt 3D

Southgate, KY, 41071

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
Name

Case number (if known)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4742 **Nonpriority creditor's name and mailing address**

Kera Dobbins
20245 N 32nd Dr, Apt 180

Phoenix, AZ, 85027

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.02

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4743 **Nonpriority creditor's name and mailing address**

Keri Shigeta
98487 koauka loop, Apt B1004

Aiea, HI, 96701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 24.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4744 **Nonpriority creditor's name and mailing address**

Kerri Hustad
6617 S Clement Ave

Tacoma, WA, 98409

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.05

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4745 **Nonpriority creditor's name and mailing address**

Kerrie Lutz
244 Bateman Rd

Oakdale, PA, 15071

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4746 **Nonpriority creditor's name and mailing address**

Kerry Cheng
449 Don Del Monico Ct.

San Jose, CA, 95123

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 356.54

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number (if known) |
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 4747 **Nonpriority creditor's name and mailing address**

Kersten Duvall
2828 Orchard Avenue, Apartment 102

Grand Junction, CO, 81501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 36.35

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4748 **Nonpriority creditor's name and mailing address**

Kerystyn Johnson
307 11th Street Pl, Apt A

Bremerton, WA, 98337

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 56.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4749 **Nonpriority creditor's name and mailing address**

kessee erickson
313 D St W, P.O Box 286

poplar, MT, 59255

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 62.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4750 **Nonpriority creditor's name and mailing address**

Kevin Alva
11 MCCARTY CT

Sterling, VA, 20165

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 68.89

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4751 **Nonpriority creditor's name and mailing address**

Kevin Alvayero
7508 20th Ave, Apt 5

Brooklyn, NY, 11214-1244

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 119.75

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** `4752` **Nonpriority creditor's name and mailing address**

Kevin Antonio
Hacienda La Matilde 5252 La Calle Ingenio

Ponce, PR, 728

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `4753` **Nonpriority creditor's name and mailing address**

Kevin Augustine
5265 Rockrose Lane, BLDG D25

Allentown, PA, 18104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.29

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `4754` **Nonpriority creditor's name and mailing address**

Kevin Ayala
2301 ramon dr

sacramento, CA, 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.30

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `4755` **Nonpriority creditor's name and mailing address**

Kevin Best
2035 Paradise rd

Orrville, OH, 44667

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.70

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `4756` **Nonpriority creditor's name and mailing address**

Kevin Briggs
8770 kings rd

Waynesboro, PA, 17268

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Sure Thing Sales, LLC    Case number (if known)
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3. ___4757___  **Nonpriority creditor's name and mailing address**

Kevin Day
4312 Brooks Baker Ave

LAKESIDE, TX, 76135

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 328.92

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

3. ___4758___  **Nonpriority creditor's name and mailing address**

Kevin Delaney
4424 Reef Road

Marietta, GA, 30066

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 135.67

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

3. ___4759___  **Nonpriority creditor's name and mailing address**

Kevin Dellinger
2905 Hickory Grove Road

Gastonia, NC, 28056

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 72.95

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

3. ___4760___  **Nonpriority creditor's name and mailing address**

Kevin Dilmore
4345 Bell Street

Kansas City, MO, 64111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29.98

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

3. ___4761___  **Nonpriority creditor's name and mailing address**

Kevin Doty
20 Sequoia Drive

Aliso Viejo, CA, 92656

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 31.98

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 4762   Nonpriority creditor's name and mailing address

Kevin Esterine
2439 East Avenue R-4

Palmdale, CA, 93550

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.32

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4763   Nonpriority creditor's name and mailing address

Kevin Garcia
502 21st Street Southeast, Apartment I

Auburn, WA, 98002

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4764   Nonpriority creditor's name and mailing address

Kevin Gildo
1226 N RADEMACHER ST

DETROIT, MI, 48209

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116.58

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4765   Nonpriority creditor's name and mailing address

Kevin Gomez
503 e 4th st, 2nd floor rear door

Bethlehem, PA, 18015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.91

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4766   Nonpriority creditor's name and mailing address

Kevin Greene
508 Progress Drive

Cottage Grove, WI, 53527

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number (if known) |
|--------|------------------------|------------------------|
| | Name | |

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 4767 **Nonpriority creditor's name and mailing address**

Kevin Greenlee
5104 Mayview Rd

Lyndhurst, OH, 44124-1244

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 170.62

---

**3.** 4768 **Nonpriority creditor's name and mailing address**

Kevin Guiracocha
2438 N St Louis Ave

Chicago , IL, 60647

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 34.99

---

**3.** 4769 **Nonpriority creditor's name and mailing address**

Kevin Harlow
392 Camino Elevado

Bonita, CA, 91902

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 32.99

---

**3.** 4770 **Nonpriority creditor's name and mailing address**

Kevin Kammerer
353 E Park Creeke Ln, Apt A

Salt Lake City, UT, 84115-4086

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 11.99

---

**3.** 4771 **Nonpriority creditor's name and mailing address**

Kevin King
15604 N. Freya

Mead, WA, 99021

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 194.57

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.4772   **Nonpriority creditor's name and mailing address**

Kevin Lake
923 Huntington Drive

Duncanville, TX, 75137

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.4773   **Nonpriority creditor's name and mailing address**

kevin le
333 tucker rd, .

searcy, AR, 72143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 308.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.4774   **Nonpriority creditor's name and mailing address**

Kevin M Hanley
138 Dominican Dr

San Rafael, CA, 94901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.4775   **Nonpriority creditor's name and mailing address**

Kevin Marfiandra
5001 W WADLEY AVE APT F216

Midland , TX, 79707-5148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.76

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.4776   **Nonpriority creditor's name and mailing address**

Kevin Moncrieft
21 Cecil Court

Staten Island, NY, 10303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 965 of 1682

Debtor    Sure Thing Sales, LLC.
_____    Case number _(if known)_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 4777   **Nonpriority creditor's name and mailing address**

Kevin Moore
5231 Kingswood Ct

Oceanside, CA, 92056

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 179.35

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.** 4778   **Nonpriority creditor's name and mailing address**

Kevin Moriarty
24965 Jeffery Ave

Chisago City, MN, 55013

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.99

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 4779   **Nonpriority creditor's name and mailing address**

Kevin OBrien
19 verdun street, --

Watervliet, NY, 12189

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 213.97

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 4780   **Nonpriority creditor's name and mailing address**

Kevin Ramirez
1030 Glengrove Avenue

Central Point, OR, 97502-2796

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.99

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.** 4781   **Nonpriority creditor's name and mailing address**

Kevin Rohlfing
Kevin Rohlfing, 3007 Crystal Lake Drive

Saint Louis, MO, 63129

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number (if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 4782   **Nonpriority creditor's name and mailing address**

Kevin Ruiz
2332 S Bentley Ave, Apt 206

Los Angeles, CA, 90064-1924

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 189.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 4783   **Nonpriority creditor's name and mailing address**

Kevin Ryan
856 Warne Court

Elburn, IL, 60119

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 141.04

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 4784   **Nonpriority creditor's name and mailing address**

Kevin Sullivan
2415 Fox Sedge Way, Apt F

West Chester, OH, 45069

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.77

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 4785   **Nonpriority creditor's name and mailing address**

Kevin Tello
2804 Comstock Plaza Apt.K

Bellevue, NE, 68123

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 4786   **Nonpriority creditor's name and mailing address**

Kevin Tirona
421 Lynbrook Drive

Pacifica, CA, 94044

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.65

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor _____  Case number _(if known)_____
      Sure Thing Sales, LLC
      Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4787 **Nonpriority creditor's name and mailing address**

Kevin Torres
349 Smith Street

Perth Amboy, NJ, 8861

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 24.51

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4788 **Nonpriority creditor's name and mailing address**

Kevin Towles
2906 Wildtree Dr., 202

Riverview, FL, 33578

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.86

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4789 **Nonpriority creditor's name and mailing address**

Kevin Valencia
529 White Cloud Terr.

Palmdale, CA, 93551

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 38.05

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4790 **Nonpriority creditor's name and mailing address**

Kevin Valenzuela
2420 West Glenrosa Avenue, 11

Phoenix, AZ, 85015

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4791 **Nonpriority creditor's name and mailing address**

Kevin Varela
3314 BlackHawk Trail

Saint Charles, IL, 60174

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name                                    Case number *(if known)*

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. **4792**  **Nonpriority creditor's name and mailing address**

Kevin Wolber
1304 Railroad Ave, 304

Bellingham, WA, 98225

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.98

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **4793**  **Nonpriority creditor's name and mailing address**

Kevin Xia
28-10 Jackson Avenue, Apt 5H

Queens, NY, 11101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 52.25

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **4794**  **Nonpriority creditor's name and mailing address**

Kevin You
51448 Forster Ln

Shelby Township, MI, 48316

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 264.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **4795**  **Nonpriority creditor's name and mailing address**

Keyur Ajbani
12 Chestnut Street

Hopewell Junction, NY, 12533

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 63.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **4796**  **Nonpriority creditor's name and mailing address**

KHALIL RICO
1903 LANTANA DR

ROUND ROCK, TX, 78664

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **4797**  Nonpriority creditor's name and mailing address

Khanh Nguyen
12218 North Palm Lake Dr.

Houston, TX, 77034

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **4798**  Nonpriority creditor's name and mailing address

Khanh Nguyen
8817 Poynter St

Fort Worth, TX, 76123

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.22

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **4799**  Nonpriority creditor's name and mailing address

Khay Truong
6419 Avon rd

Norfolk, VA, 23513

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 104.93

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **4800**  Nonpriority creditor's name and mailing address

Khayla Rol
308 Kuliouou Road

Honolulu, HI, 96821

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.64

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **4801**  Nonpriority creditor's name and mailing address

Khoa Bui
4 Mary Ellen Drive

Lynn, MA, 1904

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC                                          Case number *(if known)*
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. 4802    **Nonpriority creditor's name and mailing address**

Khoa Nguyen
641 NANCY ST

ESCONDIDO, CA, 92027

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 140.06

---

3. 4803    **Nonpriority creditor's name and mailing address**

Khoi Le
13249 Firestone Dr.

Rancho Cucamonga, CA, 91739

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 34.47

---

3. 4804    **Nonpriority creditor's name and mailing address**

Kian Rathbun
7940 Lake Forest Drive Southeast

Olympia, WA, 98503

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 29.98

---

3. 4805    **Nonpriority creditor's name and mailing address**

Kiara Tassone
40 Columbine Ave

Pawtucket, RI, 2861

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 35.30

---

3. 4806    **Nonpriority creditor's name and mailing address**

Kiel Trinidad
4585 Donalbain Circle

Fremont, CA, 94555

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 44.09

---

Debtor  Sure Thing Sales, LLC
Name _____ Case number *(if known)* _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 4807  **Nonpriority creditor's name and mailing address**

Kieran Kennedy
129 Landing Road

Glen Cove, NY, 11542

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 274.81

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 4808  **Nonpriority creditor's name and mailing address**

Kiet Huynh
7741 Nw 38 St.

Hollywood, FL, 33024

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 4809  **Nonpriority creditor's name and mailing address**

Killian Trago
3510 Elmleaf Circle

Mansfield, OH, 44904

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 96.28

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 4810  **Nonpriority creditor's name and mailing address**

Kim Andreshak
15225 W Rogers Dr

New Berlin, WI, 53151

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 12.59

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 4811  **Nonpriority creditor's name and mailing address**

kim christensen
113 Valentine Ct

Michigan City, IN, 46360

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 31.02

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.

Name _____    Case number *(if known)* _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 4812    **Nonpriority creditor's name and mailing address**

Kim Fitzgerald
52 Meeting House Road

Schaghticoke, NY, 12154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4813    **Nonpriority creditor's name and mailing address**

Kim Nelson
1556 Valdez Way

Pacifica, CA, 94044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.11

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4814    **Nonpriority creditor's name and mailing address**

kim phillips
4042 white opal st

Las Vegas, NV, 89130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4815    **Nonpriority creditor's name and mailing address**

Kim POWE
84 Arrowgate Drive

Randolph, NJ, 7869

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.65

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4816    **Nonpriority creditor's name and mailing address**

Kim Tant
99 S Whitaker St

Franklinton, NC, 27525-1430

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.
          Name                                          Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

3.____ **4817** **Nonpriority creditor's name and mailing address**

Kim Thomann
4896 S Dudley St Unit 6-8

Littleton, CO, 80123-1949

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.48

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____ **4818** **Nonpriority creditor's name and mailing address**

Kim Wentworth
910 Pleasant Valley Avenue

Mount Laurel Township, NJ, 8054

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.63

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____ **4819** **Nonpriority creditor's name and mailing address**

Kim Williams
4501 Alexander Valley Drive, Apt 204

Charlotte, NC, 28270

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.94

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____ **4820** **Nonpriority creditor's name and mailing address**

Kimani Williams
6621 S Parnell Ave Chicago, IL 60621, unit 1

Chicago, IL, 60621

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____ **4821** **Nonpriority creditor's name and mailing address**

Kimberlea Harris
300 Yandle Dr.

Henderson, TX, 75652

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.88

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|--------|------------------------|-------------------------|
| | Name | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4822  **Nonpriority creditor's name and mailing address**

Kimberly Arzu
13765 NW 5th Ave

North Miami, FL, 33168

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27.81

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4823  **Nonpriority creditor's name and mailing address**

Kimberly Barrante
4433 Murietta Ave., Apt 7

Sherman Oaks, CA, 91423

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 79.97

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4824  **Nonpriority creditor's name and mailing address**

Kimberly Brito
3862 Paddy Ln,

Baldwin Park, CA, 91706

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4825  **Nonpriority creditor's name and mailing address**

Kimberly Cooke
351 W. 44th Street, Apt 7

San Bernardino, CA, 92407

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4826  **Nonpriority creditor's name and mailing address**

Kimberly Fritz
1 Courtney Way, 601

Mount Laurel Township, NJ, 8054

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 37.31

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
          Name                                                    Case number (if known)

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. [4827]  **Nonpriority creditor's name and mailing address**

Kimberly Grindle
78 UPHAM RD

Union, ME, 4862

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. [4828]  **Nonpriority creditor's name and mailing address**

Kimberly Hampton
245 Harvey Lane

Orangeburg, SC, 29118

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 267.91

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. [4829]  **Nonpriority creditor's name and mailing address**

Kimberly Harris
11859 Shady Meadow Pl

Fishers, IN, 46037

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.04

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. [4830]  **Nonpriority creditor's name and mailing address**

Kimberly Kohli
1000 Elbel Road, Apt 902

Schertz, TX, 78154

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. [4831]  **Nonpriority creditor's name and mailing address**

Kimberly Massey
8521 Decatur Street

Omaha, NE, 68114

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.90

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor   Sure Thing Sales, LLC.
         Name                                                    Case number *(if known)*

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 4832 **Nonpriority creditor's name and mailing address**

Kimberly Mazziott
25 Glyndon Drive, Apt B4

Reisterstown, MD, 21136

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4833 **Nonpriority creditor's name and mailing address**

Kimberly Mendoza
8167 Dunes Court

Sacramento, CA, 95828

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.26

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4834 **Nonpriority creditor's name and mailing address**

Kimberly Minardi
673 Bower Hill Rd.

Pittsburgh, PA, 15243

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.74

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4835 **Nonpriority creditor's name and mailing address**

Kimberly Nguyen
8300 bellsbrae dr

Antelope, CA, 95843

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 80.97

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4836 **Nonpriority creditor's name and mailing address**

Kimberly Osborne
1710 Jefferson Avenue

Maryville (Default) Kimberly Osborne | 340
McGhee St, Maryville, TN 37801-6815 | USA,
TN, 37804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 24.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.    Case number *(if known)*_____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 4837  **Nonpriority creditor's name and mailing address**

Kimberly Savage
15 Pond street, Apt 3

Dorchester, MA, 2125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 4838  **Nonpriority creditor's name and mailing address**

Kimberly Scheyhing
7012 Mimosa Dr.

Carlsbad, CA, 92011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 96.96

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 4839  **Nonpriority creditor's name and mailing address**

Kimberly Shotwell
5436 Lawyers Road

Evington, VA, 24550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.22

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 4840  **Nonpriority creditor's name and mailing address**

Kimberly Spuhler
15371 PERIWINKLE CT

Parker, CO, 80134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 4841  **Nonpriority creditor's name and mailing address**

Kimberly Vingara
809 Breckenridge Drive

Branchburg, NJ, 8876

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.45

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.                                    Case number *(if known)*_____
        Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.____ 4842   **Nonpriority creditor's name and mailing address**

Kimberly Weinreich
218 Ellsworth Street

Alexandria, VA, 22314

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 129.99

**Date or dates debt was incurred**    _____
**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____ 4843   **Nonpriority creditor's name and mailing address**

Kimberly Williams
3540 Oakhill Drive

Titusville, FL, 32780

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.95

**Date or dates debt was incurred**    _____
**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____ 4844   **Nonpriority creditor's name and mailing address**

Kimberly Yu
1045 Coleman Place Drive

Roswell, GA, 30075

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 75.98

**Date or dates debt was incurred**    _____
**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____ 4845   **Nonpriority creditor's name and mailing address**

Kimi Standley
7632 YANCY DR

LINCOLN, NE, 68507

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.96

**Date or dates debt was incurred**    _____
**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____ 4846   **Nonpriority creditor's name and mailing address**

Kin Luk
238 Urbano Drive

San Francisco, CA, 94127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 57.99

**Date or dates debt was incurred**    _____
**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC    Case number (if known)
        Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3. 4847    **Nonpriority creditor's name and mailing address**

Kira Davidson
400 North Concourse Avenue

Montebello, CA, 90640

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.32

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 4848    **Nonpriority creditor's name and mailing address**

Kira Pratt
2581 Kingstown Road

South Kingstown, RI, 2881

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.09

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 4849    **Nonpriority creditor's name and mailing address**

Kirby Priovolos
212 South Virginia Avenue

Falls Church, VA, 22046

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 4850    **Nonpriority creditor's name and mailing address**

Kirson Williams
904 Belgian Avenue, Apt 1 B

Baltimore, MD, 21218

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 4851    **Nonpriority creditor's name and mailing address**

Kirstin Thode
7106 Laketree Ct, No

Fairfax Station, VA, 22039

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.39

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor        Sure Thing Sales, LLC.                    Case number *(if known)*_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

3.**4852**  **Nonpriority creditor's name and mailing address**

Kiruna Mattson
38 Pennsylvania Ct

Morton, IL, 61550-1795

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.**4853**  **Nonpriority creditor's name and mailing address**

KIT MCCORMICK
2535 W RIVER RD

GRAND ISLAND, NY, 14072-2052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 224.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.**4854**  **Nonpriority creditor's name and mailing address**

Kit Wilcox
5 Madaket Court

Guilford, CT, 6437

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.21

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.**4855**  **Nonpriority creditor's name and mailing address**

Kitana Konthong
321 Wheeler St

Dracut, MA, 1826

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 127.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.**4856**  **Nonpriority creditor's name and mailing address**

Knema Rezaei
7617 Seneca Falls Loop

Austin, TX, 78739

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.64

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
         Name                                          Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** __4857__  **Nonpriority creditor's name and mailing address**

Kobe M De Guzman
1405 Collingswood Trail

VIRGINIA BEACH, VA, 23464

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 61.47

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** __4858__  **Nonpriority creditor's name and mailing address**

kobe ortiz
1017 west lincoln street

easton, PA, 18042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** __4859__  **Nonpriority creditor's name and mailing address**

Kobe Partlow
109 Bayview St.

Salisbury, NC, 28147

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.74

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** __4860__  **Nonpriority creditor's name and mailing address**

Kody Carnahan
819 Ohio Avenue

St. Cloud, FL, 34769

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 36.54

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** __4861__  **Nonpriority creditor's name and mailing address**

Kody Timm
7004 Ralston Road

Arvada, CO, 80002

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.86

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC | | |
| --- | --- | --- | --- |
| | Name | Case number *(if known)* | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.** 4862   **Nonpriority creditor's name and mailing address**

Kolin Kami
11-3717 Nahelenani St, 1343

Volcano, HI, 96785-1343

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.68

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4863   **Nonpriority creditor's name and mailing address**

Kolin Shoulders
1524 I Street

Bedford, IN, 47421

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.53

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4864   **Nonpriority creditor's name and mailing address**

Kong Tsang
111 E14th Street #165

New York, NY, 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.33

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4865   **Nonpriority creditor's name and mailing address**

Koon Him Moon
251-24 71st Ave, Apt 87B

Bellerose, NY, 11426

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 645.17

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4866   **Nonpriority creditor's name and mailing address**

Kory Burkholder
276 Gristmill Rd

New Holland, PA, 17557

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
Name                                                    Case number *(if known)*_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

3. **4867** Nonpriority creditor's name and mailing address

Kourtney Liggett
1910 Allison Avenue

Speedway, IN, 46224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 95.22

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **4868** Nonpriority creditor's name and mailing address

Kraig Horigan
24501 mandeville dr.

laguna hills, CA, 92653

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **4869** Nonpriority creditor's name and mailing address

Kris A.
1663 RASPBERRY HILL RD

LAS VEGAS, NV, 89142

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **4870** Nonpriority creditor's name and mailing address

Kris Moore
1187 Bushwick Avenue

Brooklyn, NY, 11221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.93

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **4871** Nonpriority creditor's name and mailing address

Kris N
1256 W 160th St

Gardena, CA, 90247-4410

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number _(if known)_____

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3. 4872   **Nonpriority creditor's name and mailing address**

KRISHA SEATE
2417 THORN OAK DR

MEDFORD, OR, 97501

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 33.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

3. 4873   **Nonpriority creditor's name and mailing address**

Kristen Babcock
18835 Brescia Lane

Katy, TX, 77449

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 46.54

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

3. 4874   **Nonpriority creditor's name and mailing address**

Kristen barkley
3140 Hidden Pond Dr., apt 204

raleigh, NC, 27613

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 23.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

3. 4875   **Nonpriority creditor's name and mailing address**

Kristen Brooks
2730 Oak Road, APT 53

Walnut Creek, CA, 94597

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 36.96

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

3. 4876   **Nonpriority creditor's name and mailing address**

Kristen Caina
732 Hardin Road, Apt 3

Newman, CA, 95360

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 31.27

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4877  **Nonpriority creditor's name and mailing address**

Kristen Daley
1108 West Stone Drive

Kingsport, TN, 37660

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13.13

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

**3.** 4878  **Nonpriority creditor's name and mailing address**

KRISTEN FAUST
2951 KINGSMARK CT

ABINGDON, MD, 21009-1923

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 90.09

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

**3.** 4879  **Nonpriority creditor's name and mailing address**

Kristen GURNEY
14030 14030 Ridgewater way

Charlotte, NC, 28278

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 58.97

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

**3.** 4880  **Nonpriority creditor's name and mailing address**

Kristen Webb
66 Road 6050

Farmington, NM, 87401

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5.99

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

**3.** 4881  **Nonpriority creditor's name and mailing address**

Kristen Wehner
997 Winterwood Court

Beavercreek, OH, 45430

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 278.97

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

Debtor ___Sure Thing Sales, LLC___          Case number _(if known)_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

3. 4882  **Nonpriority creditor's name and mailing address**

Kristian Serna
3413 New Mexico 18, Box 1124

Jal, NM, 88252

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 26.99**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4883  **Nonpriority creditor's name and mailing address**

Kristian Torres
P.O. Box 153

Juncos, PR, 777

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 183.99**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4884  **Nonpriority creditor's name and mailing address**

Kristin Fenech
4101 Gulf Shore Boulevard North, PH 2

Naples, FL, 34103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 941.59**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4885  **Nonpriority creditor's name and mailing address**

kristin hasegawa
45-621 Uhilehua Street

Kaneohe, HI, 96744

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 26.11**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4886  **Nonpriority creditor's name and mailing address**

Kristin McCartney
318 94th Street

Brooklyn, NY, 11209

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 12.99**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

_____    Case number _(if known)_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3. 4887  **Nonpriority creditor's name and mailing address**

Kristin Meyer
48 South Park ST unit 308

Montclair, NJ, 7042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 168.44

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4888  **Nonpriority creditor's name and mailing address**

Kristina Douglas
436 Molina Way

St. Charles, MO, 63304

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 40.26

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4889  **Nonpriority creditor's name and mailing address**

Kristina Fiser
2060 LAKE VISTA DR

MOUNT HOLLY, NC, 28120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 70.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4890  **Nonpriority creditor's name and mailing address**

Kristina Hartig
1930 Taylor Ave

Highland Heights, KY, 41076

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.43

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4891  **Nonpriority creditor's name and mailing address**

Kristina Lopez
9603 Woodland Hls

San Antonio, TX, 78250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.46

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **4892**  Nonpriority creditor's name and mailing address

Kristina Ong
1910 Lake Street

San Francisco, CA, 94121

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 45.99

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. **4893**  Nonpriority creditor's name and mailing address

Kristine Heeger
46964 Shelby Rd

Shelby Twp, MI, 48317

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 31.79

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. **4894**  Nonpriority creditor's name and mailing address

Kristine Lopez
14901 Sw 178th Ter

Miami, FL, 33187

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 103.78

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. **4895**  Nonpriority creditor's name and mailing address

Kristofer Allen
1303 Walnut Unit 2

Huntington Beach, CA, 92648

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 22.99

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. **4896**  Nonpriority creditor's name and mailing address

Kristopher Gordon
337 Bear Run

Maple Hill, NC, 28454

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 12.99

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor  Sure Thing Sales, LLC.
_____
Name

_____
Case number _(if known)_

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

---

3. **4897** **Nonpriority creditor's name and mailing address**

Kristopher Houge
2140 East Memorial Drive

Janesville, WI, 53545

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 69.99

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

3. **4898** **Nonpriority creditor's name and mailing address**

Kristopher Kolisnyk
16206 windermere circle

southgate, MI, 48195

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 15.99

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

3. **4899** **Nonpriority creditor's name and mailing address**

Kristopher Sheahan
6525 Palm Ln

Scottsdale, AZ, 85257-2564

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

3. **4900** **Nonpriority creditor's name and mailing address**

Kristy Gardner
8 Louis Ave

SAUGERTIES, NY, 12477

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.98

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

3. **4901** **Nonpriority creditor's name and mailing address**

Kristy Nguyen
532 3rd Street #1

San Rafael, CA, 94901

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.97

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

3. **4902**    **Nonpriority creditor's name and mailing address**

KRYS EARLES
286 FLAT CREEK RD

Fairview, NC, 28730

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 213.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **4903**    **Nonpriority creditor's name and mailing address**

krystal stanford
8050 sw 19th ct

Davie, FL, 33324

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.19

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **4904**    **Nonpriority creditor's name and mailing address**

Krystelle Diaz
605 FDR Drive, Apt.7B

New York, NY, 10002

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 42.45

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **4905**    **Nonpriority creditor's name and mailing address**

Krystina Blackwell
12439 Totem Lake Way, Apt #212

Kirkland, WA, 98034

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.74

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **4906**    **Nonpriority creditor's name and mailing address**

Kuan Lee
1382 Walnut Avenue, Apt 206

Tustin, CA, 92780

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 335.07

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **4907**    Nonpriority creditor's name and mailing address

Kue Won
28462 El Peppino

Laguna Niguel, CA, 92677

As of the petition filing date, the claim is:    $ 54.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **4908**    Nonpriority creditor's name and mailing address

Kurt Forbes
9901 Laurel Drive

Douglasville, GA, 30135

As of the petition filing date, the claim is:    $ 292.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **4909**    Nonpriority creditor's name and mailing address

Kurt Killberg
S68W12886 Bristlecone Ln

Muskego, WI, 53150

As of the petition filing date, the claim is:    $ 12.59
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **4910**    Nonpriority creditor's name and mailing address

KURT LAMPRECHT
4760 NE 4th Ave

Fort Lauderdale, FL, 33334-6039

As of the petition filing date, the claim is:    $ 33.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **4911**    Nonpriority creditor's name and mailing address

Kwan Chan
5884 Crown Palms Ave

Las Vegas, NV, 89139-6974

As of the petition filing date, the claim is:    $ 107.28
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number *(if known)*_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 4912  **Nonpriority creditor's name and mailing address**

Kwan S Trina Tam
2352 Upland Drive

Vancouver, BC, V5S 2B5

**As of the petition filing date, the claim is:**    $ 71.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4913  **Nonpriority creditor's name and mailing address**

Kya Monasterial
131 Oakridge Drive

Mount Royal, NJ, 8061

**As of the petition filing date, the claim is:**    $ 56.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4914  **Nonpriority creditor's name and mailing address**

Kyara Oceguera
1605 SE Eighth St

Moore, OK, 73160

**As of the petition filing date, the claim is:**    $ 28.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4915  **Nonpriority creditor's name and mailing address**

Kyell Marsh
3383 n 301st dr

Buckeye, AZ, 85396

**As of the petition filing date, the claim is:**    $ 100.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4916  **Nonpriority creditor's name and mailing address**

Kyle Beasley
7715 Pennsylvania Avenue

Saint Louis, MO, 63111

**As of the petition filing date, the claim is:**    $ 25.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **4917** Nonpriority creditor's name and mailing address

Kyle Dupell
57 Vicar Lane

Levittown, PA, 19054

As of the petition filing date, the claim is: $ 42.39
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **4918** Nonpriority creditor's name and mailing address

Kyle Esparza
18032 North 145th Drive

Surprise, AZ, 85374

As of the petition filing date, the claim is: $ 83.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **4919** Nonpriority creditor's name and mailing address

Kyle Fogg
82 Prospect Ave

South Paris, ME, 4281

As of the petition filing date, the claim is: $ 7.37
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **4920** Nonpriority creditor's name and mailing address

Kyle Gallagher
2 Saddle Place

Pinehurst, NC, 28374

As of the petition filing date, the claim is: $ 28.88
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **4921** Nonpriority creditor's name and mailing address

Kyle Graham
29 Jay Street

Wilkes-Barre, PA, 18705

As of the petition filing date, the claim is: $ 13.77
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 4922   Nonpriority creditor's name and mailing address**

Kyle Haug
3510 E. Lakewood Pkwy W, Unit 107

Phoenix, AZ, 85048

**As of the petition filing date, the claim is:**    $ 29.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3. 4923   Nonpriority creditor's name and mailing address**

Kyle Hinze
340 Myrtle Street

Reedsburg, WI, 53959

**As of the petition filing date, the claim is:**    $ 61.18
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3. 4924   Nonpriority creditor's name and mailing address**

Kyle Jones
1000 Windy Pass, Spc 157

Barstow, CA, 92311

**As of the petition filing date, the claim is:**    $ 66.32
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3. 4925   Nonpriority creditor's name and mailing address**

Kyle Kaeo
3701 Landsdowne Dr.

Mckinney, TX, 75072

**As of the petition filing date, the claim is:**    $ 19.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3. 4926   Nonpriority creditor's name and mailing address**

Kyle Kikendall
800c Ashewyck Commons Ct, 800 C

Fuquay-Varina, NC, 27526

**As of the petition filing date, the claim is:**    $ 45.03
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  Sure Thing Sales, LLC
_____
Name

_____
Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

3. ___4927___  **Nonpriority creditor's name and mailing address**

Kyle Moody
3908 Posada Court

Oceanside, CA, 92058

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___4928___  **Nonpriority creditor's name and mailing address**

Kyle Norman
1164 Bartosh Lane, 14

River Falls, WI, 54022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___4929___  **Nonpriority creditor's name and mailing address**

Kyle Oster
9324 Pleasant Hill Ct. NE

Olympia, WA, 98516

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___4930___  **Nonpriority creditor's name and mailing address**

Kyle Owens
4200 Cherry Orchard Ct

Bloomington, IN, 47403

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.88

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___4931___  **Nonpriority creditor's name and mailing address**

Kyle S Corbet
3939 Garmisch Court

Antelope, CA, 95843

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.36

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 4932  **Nonpriority creditor's name and mailing address**

Kyle Sanchez
8454 Noble Avenue

North Hills , CA, 91343

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____
Last 4 digits of account number        _____

$ 258.98

---

**3.** 4933  **Nonpriority creditor's name and mailing address**

Kyle Starostka
12012 69th Court

Palos Heights, IL, 60463

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____
Last 4 digits of account number        _____

$ 69.98

---

**3.** 4934  **Nonpriority creditor's name and mailing address**

Kyle Tillman
3916 Wallwerth Dr

Toledo, OH, 43612

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____
Last 4 digits of account number        _____

$ 9.99

---

**3.** 4935  **Nonpriority creditor's name and mailing address**

Kylee  Caines
1708 Park Place

Brooklyn, NY, 11233

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____
Last 4 digits of account number        _____

$ 80.54

---

**3.** 4936  **Nonpriority creditor's name and mailing address**

Kylee Garcia
308 E Oak Ave

Lompoc, CA, 93436

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____
Last 4 digits of account number        _____

$ 9.99

---

Debtor    Sire Tring Sales, LLC.
         Name

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.⎡4937⎤ **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $25.79 |
| Kylee Malone | Check all that apply. |
| 5990 Roselawn Ave | ☐ Contingent |
| | ☐ Unliquidated |
| Columbus, OH, 43232 | ☐ Disputed |
| | **Basis for the claim:** Customers with Outstanding Deposits |
| | **Is the claim subject to offset?** |
| **Date or dates debt was incurred** _____ | ☑ No |
| **Last 4 digits of account number** _____ | ☐ Yes |

| | |
|---|---|
| 3.⎡4938⎤ **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $23.91 |
| Kyler Noble | Check all that apply. |
| 434 Sugar Hill Way | ☐ Contingent |
| | ☐ Unliquidated |
| Oakley, CA, 94561 | ☐ Disputed |
| | **Basis for the claim:** Customers with Outstanding Deposits |
| | **Is the claim subject to offset?** |
| **Date or dates debt was incurred** _____ | ☑ No |
| **Last 4 digits of account number** _____ | ☐ Yes |

| | |
|---|---|
| 3.⎡4939⎤ **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $26.86 |
| Kylie Jennings | Check all that apply. |
| 11710 Evergreen Hills Court | ☐ Contingent |
| | ☐ Unliquidated |
| Tallahassee, FL, 32305 | ☐ Disputed |
| | **Basis for the claim:** Customers with Outstanding Deposits |
| | **Is the claim subject to offset?** |
| **Date or dates debt was incurred** _____ | ☑ No |
| **Last 4 digits of account number** _____ | ☐ Yes |

| | |
|---|---|
| 3.⎡4940⎤ **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $32.38 |
| Kylie Marsden | Check all that apply. |
| 2644 Jenna Circle | ☐ Contingent |
| | ☐ Unliquidated |
| Montgomery, IL, 60538 | ☐ Disputed |
| | **Basis for the claim:** Customers with Outstanding Deposits |
| | **Is the claim subject to offset?** |
| **Date or dates debt was incurred** _____ | ☑ No |
| **Last 4 digits of account number** _____ | ☐ Yes |

| | |
|---|---|
| 3.⎡4941⎤ **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $8.99 |
| Kym Houston | Check all that apply. |
| 32012 Watoga Loop | ☐ Contingent |
| | ☐ Unliquidated |
| Wesley Chapel, FL, 33543 | ☐ Disputed |
| | **Basis for the claim:** Customers with Outstanding Deposits |
| | **Is the claim subject to offset?** |
| **Date or dates debt was incurred** _____ | ☑ No |
| **Last 4 digits of account number** _____ | ☐ Yes |

Debtor    Sure Thing Sales, LLC
_____    Case number _____
Name                                                                        (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 4942    **Nonpriority creditor's name and mailing address**

Kyme Nguyen
19424 Charrice Court

Orlando, FL, 32833

$ 52.99

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 4943    **Nonpriority creditor's name and mailing address**

Kyna S Speake
161 County Road 1187

Cullman, AL, 35057

$ 44.99

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 4944    **Nonpriority creditor's name and mailing address**

Kyra Mansour
1075 Marcia Road

Memphis, TN, 38117

$ 14.98

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 4945    **Nonpriority creditor's name and mailing address**

Kyra Morales
836 Duck Pond Dr

Grand Prairie, TX, 75052

$ 137.96

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 4946    **Nonpriority creditor's name and mailing address**

Kyrk Hamm
115 Landis Ave

Freedom, CA, 95019

$ 153.93

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3. 4947    **Nonpriority creditor's name and mailing address**

Kyung Choi
1635 West Wise Road, suite 5

Schaumburg, IL, 60193

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.55

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4948    **Nonpriority creditor's name and mailing address**

Kyungse Park
11743 NE SUMNER ST, #KJ5818

PORTLAND, OR, 97250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 248.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4949    **Nonpriority creditor's name and mailing address**

L Holbrook
4935 Sunshine Lane

Sacramento, CA, 95841

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 183.15

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4950    **Nonpriority creditor's name and mailing address**

L. Myers
16835 Jonas Hill Ln SE, P.O. Box 1078

Rainier, WA, 98576

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.64

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 4951    **Nonpriority creditor's name and mailing address**

Laarni Almirol
625 W Romneya Via

Anaheim, CA, 92801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
         Name

Case number *(if known)*

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4952   **Nonpriority creditor's name and mailing address**

LaBelle Truong
2323 E Kelton Ln

Phoenix, AZ, 85022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.99

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 4953   **Nonpriority creditor's name and mailing address**

Lacey Curry
1416 w 30th st

Sioux city, IA, 51103-1220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.74

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 4954   **Nonpriority creditor's name and mailing address**

Lacie Flinders
3878 w 1875 n

plain city, UT, 84404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 4955   **Nonpriority creditor's name and mailing address**

Lacy Moncus
745 West Church Street

Sandersville, GA, 31082

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 24.83

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 4956   **Nonpriority creditor's name and mailing address**

LaDoria Soto
3927 Fairfield Avenue, Fairfield Ave

Fort Wayne, IN, 46807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 4957 **Nonpriority creditor's name and mailing address**

Laila Ali
1305 North Annie Glidden Road, Unit 423

DeKalb, IL, 60115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 238.13

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4958 **Nonpriority creditor's name and mailing address**

LaKesha Brooks
1124 Chicago Street Southeast

Washington, DC, 20020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4959 **Nonpriority creditor's name and mailing address**

Lance Hopp
43 Evergreen Avenue

Clifton park, NY, 12065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 26.74

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4960 **Nonpriority creditor's name and mailing address**

Lance Laidlaw
1216 Westward Dr.

goose creek, SC, 29445

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 45.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4961 **Nonpriority creditor's name and mailing address**

Lance Loeding
275 4th street

Marysville, MI, 48040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 4962  **Nonpriority creditor's name and mailing address**

Lance Powell
13133 Deneb Dr

Littleton, CO, 80124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 76.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. 4963  **Nonpriority creditor's name and mailing address**

Landon Best
110 Stockbridge Drive

Greer, SC, 29650

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. 4964  **Nonpriority creditor's name and mailing address**

Landon Burkhardt
10041 E Clements Cir

Livonia, MI, 48150

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. 4965  **Nonpriority creditor's name and mailing address**

Landon Combs
211 Spurgeon Ln

Gray, TN, 37615

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. 4966  **Nonpriority creditor's name and mailing address**

Landon Medlin
2710 North Farm Road 137

Springfield, MO, 65803

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.15

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 4967   **Nonpriority creditor's name and mailing address**

Lane  Kayonnie
203 East 7th Street, Happy Valley trailer park #25.

Cortez, CO, 81321

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4968   **Nonpriority creditor's name and mailing address**

Lane Bergeron
106 Rye Cir

Scott, LA, 70583

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.00

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4969   **Nonpriority creditor's name and mailing address**

Lane Keyoth
10009 W. 99th Ave

Westminster, CO, 80021

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4970   **Nonpriority creditor's name and mailing address**

Larry Cuate
1103 s. washington ave.

compton, CA, 90221

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 4971   **Nonpriority creditor's name and mailing address**

Larry L Watson
901 Apple Street

Gibsonville, NC, 27249

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 149.44

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number *(if known)*_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

3.**4972** Nonpriority creditor's name and mailing address

larry martin
7950 burstaff road

pensacola, FL, 32514

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 9.99

---

3.**4973** Nonpriority creditor's name and mailing address

Larry P. Jones Jr.
216 Adele Ct

Wilmington, NC, 28412

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 12.83

---

3.**4974** Nonpriority creditor's name and mailing address

Larry Rodriguez
686 Manes St.

Firebaugh, CA, 93622

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 87.45

---

3.**4975** Nonpriority creditor's name and mailing address

Larry Walker
1465 e. Lexington ave. , Suite 19a

El. Cajon, CA, 92019

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 29.99

---

3.**4976** Nonpriority creditor's name and mailing address

Larvine Bustos
7633 Zephyr Hills

Antelope, CA, 95843

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 22.99

---

Debtor _____Sure Thing Sales, LLC_____     Case number _(if known)_____
        Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.4977  **Nonpriority creditor's name and mailing address**

LaSaundra Hester
1239 Rosewood Dr

Columbus, GA, 31907

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.4978  **Nonpriority creditor's name and mailing address**

Lashonda Linder
536 Sniders Hwy

Walterboro, SC, 29488

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.4979  **Nonpriority creditor's name and mailing address**

LaTanya Huntley
5505 Hidden Valley Ln

Cumming, GA, 30028

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.81

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.4980  **Nonpriority creditor's name and mailing address**

Latonya White
7172 Red Cardinal Loop

Colorado Springs, CO, 80908

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 127.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.4981  **Nonpriority creditor's name and mailing address**

Laura Arro
6510 Merlin Way

San Antonio, TX, 78233

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.13

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      Sure Thing Sales, LLC.
            Name

Case number _(if known)_

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** ⁴⁹⁸² **Nonpriority creditor's name and mailing address**

Laura Barrios
852 Ridge Avenue, #1

Evanston, IL, 60202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 51.81

---

**3.** ⁴⁹⁸³ **Nonpriority creditor's name and mailing address**

Laura Brazier
10611 Fowler Ave, 10611 Fowler Ave

OMAHA, NE, 68134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14.99

---

**3.** ⁴⁹⁸⁴ **Nonpriority creditor's name and mailing address**

Laura Chavez
361 East J Street

Chula Vista, CA, 91910

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 26.99

---

**3.** ⁴⁹⁸⁵ **Nonpriority creditor's name and mailing address**

Laura Crespo
2967 Northwest 28th Street

Miami, FL, 33142

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 32.09

---

**3.** ⁴⁹⁸⁶ **Nonpriority creditor's name and mailing address**

Laura Crespo
2967 Northwest 28th Street

Miami, FL, 33142

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 31.02

---

Debtor    Sure Thing Sales, LLC.
_____
Name

_____
Case number _(if known)_

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 4987    **Nonpriority creditor's name and mailing address**

Laura Cruz
2730 Gainesborough Drive

San Antonio, TX, 78230

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.63

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4988    **Nonpriority creditor's name and mailing address**

Laura Davis
6909 E PORTIA ST

MESA, AZ, 85207-1562

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4989    **Nonpriority creditor's name and mailing address**

Laura Horan
1055 Watervliet Shaker Rd

Albany, NY, 12205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.38

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4990    **Nonpriority creditor's name and mailing address**

Laura Lease
210 St. Anthony's Drive

Macon, GA, 31220

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 4991    **Nonpriority creditor's name and mailing address**

Laura Marin
12373 Knightsbridge Dr.

El Paso, TX, 79928

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,490.72

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC._____   Case number _(if known)_____
     Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** __4992__   **Nonpriority creditor's name and mailing address**

Laura Martinez
2204 Jason Way

Modesto, CA, 95350

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 49.61

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** __4993__   **Nonpriority creditor's name and mailing address**

Laura Parise
7793 W. Calla Rd.

Canfield, OH, 44406

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 26.80

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** __4994__   **Nonpriority creditor's name and mailing address**

Laura Raines
24076 NW 187 Road

High Springs, FL, 32643

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 36.37

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** __4995__   **Nonpriority creditor's name and mailing address**

Laura Rogers
2200 Sinclair Ave

Midland, TX, 79705-8649

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 79.99

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** __4996__   **Nonpriority creditor's name and mailing address**

Laura Santoki
2119 Overview Dr Ne

Tacoma, WA, 98422

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 21.99

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

Debtor _____Sure Thing Sales, LLC._____  Case number _(if known)_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** ___4997___  **Nonpriority creditor's name and mailing address**

Laura Snyder
1040 N Vinedo Ave

Pasadena, CA, 91107

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ___4998___  **Nonpriority creditor's name and mailing address**

Laura Thompson
2702 PAOLI PIKE, Apt. 237

New Albany, IN, 47150

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 50.97

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ___4999___  **Nonpriority creditor's name and mailing address**

Laura Young
6023 Northeast Wasco Street

Portland, OR, 97213

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ___5000___  **Nonpriority creditor's name and mailing address**

Lauren Allee
1524 South Lovering Ave.

Fullerton, CA, 92833

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 51.71

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ___5001___  **Nonpriority creditor's name and mailing address**

Lauren Buckhard
4 Water Street, Unit 641

Searsport, ME, 4974

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor _____Sure Thing Sales, LLC_____     Case number _(if known)_____
        Name

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.** 5002  **Nonpriority creditor's name and mailing address**

Lauren Carducci
61854 Avonlea Circle

Bend, OR, 97702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 5003  **Nonpriority creditor's name and mailing address**

Lauren Della
12221 E Colonial Dr, Apt 1306

Orlando, FL, 32826

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 5004  **Nonpriority creditor's name and mailing address**

Lauren Hill
1100 W TRINITY MILLS RD, APT 3046

CARROLLTON, TX, 75006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 83.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 5005  **Nonpriority creditor's name and mailing address**

Lauren Jones
Po box 528

Somers point, NJ, 8244

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 121.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 5006  **Nonpriority creditor's name and mailing address**

Lauren Lopez
4746 Liberty Rd. S. , #301

Salem, OR, 97302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
         Name                                              Case number *(if known)*

| Part 2: | Additional Page |
|---------|------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 5007  **Nonpriority creditor's name and mailing address**

Lauren Macfarlane
324 Everson Drive

Santa Cruz, CA, 95060

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5008  **Nonpriority creditor's name and mailing address**

Lauren Moye
3418 S Arcadian Shores Ave

Ontario, CA, 91761

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5009  **Nonpriority creditor's name and mailing address**

Lauren Sorrells
1904 Scurry Street

Big Spring, TX, 79720

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5010  **Nonpriority creditor's name and mailing address**

Lauren Vranov
500 Plymouth Ave

Syracuse, NY, 13211

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.95

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5011  **Nonpriority creditor's name and mailing address**

Lauren White
6056, Notre Dame ave

Chino, CA, 91710

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 5012   **Nonpriority creditor's name and mailing address**

Lauren Young
6099 South Wallflower Place

Boise, ID, 83716

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 24.99

---

**3.** 5013   **Nonpriority creditor's name and mailing address**

Laurie Acevedo
17350 Blazing Star Circle

Clermont, FL, 34714

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 23.53

---

**3.** 5014   **Nonpriority creditor's name and mailing address**

Laurie Rego
370 Jacintho St

New Bedford, MA, 2740

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 21.99

---

**3.** 5015   **Nonpriority creditor's name and mailing address**

Laurie Valley
180 Princess Ann Drive

Colchester, VT, 5446

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 33.16

---

**3.** 5016   **Nonpriority creditor's name and mailing address**

Lauryn Alderman
33 Wigeon Circle

Oxford, AL, 36203

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 26.39

---

Debtor   Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

3. ___5017___  **Nonpriority creditor's name and mailing address**

Lavonne Fox
12943 Palatine Hill

San Antonio, TX, 78253

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.98

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

---

3. ___5018___  **Nonpriority creditor's name and mailing address**

Lawrence Freeman
2115 Greencove Lane

Sugar Land, TX, 77479

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 157.96

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

---

3. ___5019___  **Nonpriority creditor's name and mailing address**

Lawrence Mouri
1302 w. ituni st.

West Covina, CA, 91790

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.02

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

---

3. ___5020___  **Nonpriority creditor's name and mailing address**

Laycion C
Hamiha Place

Ewa Beach, HI, 96706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.12

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

---

3. ___5021___  **Nonpriority creditor's name and mailing address**

Layne  Hyatt
561 Walker Street

Centerton, AR, 72719

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

---

Debtor    Sure Thing Sales, LLC.
         Name                                    Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5022  **Nonpriority creditor's name and mailing address**

Lazaro Sotolongo
7 north salem rd Apart 1c

Ridgefield, CT, 6877

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5023  **Nonpriority creditor's name and mailing address**

Le Nguyen
7881 Holt Dr. #1

Huntington Beach, CA, 92647-3766

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.92

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5024  **Nonpriority creditor's name and mailing address**

Lea Mancini
2565 Macero Street

Roseville, CA, 95747

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 134.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5025  **Nonpriority creditor's name and mailing address**

Leah Campbell
4215 willowview blvd

LOUISVILLE, KY, 40299

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5026  **Nonpriority creditor's name and mailing address**

Leah Hernandez
336 Cypress Road

St. Augustine, FL, 32086

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.
         Name

Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

3. **5027**  **Nonpriority creditor's name and mailing address**

Leah Kruse
401 N Main St #872503

Wasilla, AK, 99687

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.61

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

3. **5028**  **Nonpriority creditor's name and mailing address**

Leandro Villarreal
7423yarrow Blvd#8104

San Antonio, TX, 78224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 102.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

3. **5029**  **Nonpriority creditor's name and mailing address**

Leanna Johnson
640 fir st ne

Albany, OR, 97321-4513

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

3. **5030**  **Nonpriority creditor's name and mailing address**

Leanna K
222 Brookhaven Road

Brookhaven, PA, 19015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

3. **5031**  **Nonpriority creditor's name and mailing address**

Ledis Molina
925 SW 131st Ave

Davie, FL, 33325

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor ___Sure Thing Sales, LLC_____ Case number _(if known)_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. | 5032 | **Nonpriority creditor's name and mailing address**

Lee Barton
3156 Lake Wesley Court

Warrenton, VA, 20187

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.63

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. | 5033 | **Nonpriority creditor's name and mailing address**

Lee Brooks
122 Rustic Cedar Lane

Madison, AL, 35757

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.96

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. | 5034 | **Nonpriority creditor's name and mailing address**

Lee Buchanan
3216 Capri Street

Kingsport, TN, 37660

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.13

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. | 5035 | **Nonpriority creditor's name and mailing address**

Lee Fleming
6317 W. 6th Street

Los Angeles, CA, 90048

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. | 5036 | **Nonpriority creditor's name and mailing address**

Lee Keith
5616 Davida Road Northwest

Knoxville, TN, 37912

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.48

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number *(if known)* _____

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 5037  **Nonpriority creditor's name and mailing address**

Lee Vaughn
462 West 46th Street

Los Angeles, CA, 90037

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.13

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 5038  **Nonpriority creditor's name and mailing address**

Leesa Hunter
320 E Lorena Ave

Wood River, IL, 62095-2022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 84.87

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 5039  **Nonpriority creditor's name and mailing address**

Leesa worden
2217 east ave N

Onalaska, WI, 54650-7022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 5040  **Nonpriority creditor's name and mailing address**

Legosi Wolfen
8325 CAMBRIDGE ST

GRANITE BAY, CA, 95746

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 54.66

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 5041  **Nonpriority creditor's name and mailing address**

Leidiana Rodriguez
6365 Southwest 8th Street, Apt 12

West Miami, FL, 33144

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.23

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor   Sure Thing Sales, LLC   Case number *(if known)*_____
_____
Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 5042   **Nonpriority creditor's name and mailing address**

Leigh Kubishke
915 Red Hill Drive

Lorain, OH, 44052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   _____

---

3. 5043   **Nonpriority creditor's name and mailing address**

Leighann Martinez
7923 Riata Avenue

San Antonio, TX, 78227

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 157.96

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   _____

---

3. 5044   **Nonpriority creditor's name and mailing address**

Leighann Martinez
7923 Riata Avenue

San Antonio, TX, 78227

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 119.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   _____

---

3. 5045   **Nonpriority creditor's name and mailing address**

Leilani Munoz
2184 Wesleygrove Ave

Duarte, CA, 91010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.24

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   _____

---

3. 5046   **Nonpriority creditor's name and mailing address**

Leilani Tran
2105 Woods Court

Pearland, TX, 77581

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.35

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   _____

---

Debtor     Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3. 5047 **Nonpriority creditor's name and mailing address**

Leisa Eto
PO box 7

Koloa, HI, 96756

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.88

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5048 **Nonpriority creditor's name and mailing address**

Leji Li
46 Bay 34th St 2fl

Brooklyn, NY, 11214

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 185.08

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5049 **Nonpriority creditor's name and mailing address**

Lela McIntyre
2003 Chambers St Se

Olympia, WA, 98501

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5050 **Nonpriority creditor's name and mailing address**

Lena Mutchler
3136 Adamson Drive

Geneva, IL, 60134

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.46

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5051 **Nonpriority creditor's name and mailing address**

lenny pinto
47 Irving st

Naugatuck, CT, 6770

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Sure Thing Sales, LLC
      Name

Case number *(if known)*

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 5052  **Nonpriority creditor's name and mailing address**

Leo Carrio
419 Winchester Street

Daly City, CA, 94014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.42

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5053  **Nonpriority creditor's name and mailing address**

Leo DuBois
7048 Kahuna Road, Unit F

Kapa€ªa, HI, 96746

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5054  **Nonpriority creditor's name and mailing address**

Leo Yu
493 Walnut Ave

Arcadia, CA, 91007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 220.49

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5055  **Nonpriority creditor's name and mailing address**

Leon Blake
10203 Eyelet Court

Clinton, MD, 20735

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5056  **Nonpriority creditor's name and mailing address**

Leon Hill
2015 Driftwood Street

Middletown, OH, 45042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.78

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_ _____

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

3. ___5057___ **Nonpriority creditor's name and mailing address**

Leon Matthews
1519 Dennison Avenue Southwest

Birmingham, AL, 35211

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___5058___ **Nonpriority creditor's name and mailing address**

Leon Shnayder
56 Creighton Circle

Old Bridge, NJ, 8857

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.96

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___5059___ **Nonpriority creditor's name and mailing address**

Leon so
2003 Gordon verner circle

Stockton, CA, 95206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___5060___ **Nonpriority creditor's name and mailing address**

Leona Dakay
16746 Bending Creek Lane

Friendswood, TX, 77546

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 61.69

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___5061___ **Nonpriority creditor's name and mailing address**

Leonard Haynoski
740 Mill Street, Unit E-9

Belleville, NJ, 7109

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.95

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5062 **Nonpriority creditor's name and mailing address**

Leonard Koenigsmark
12204 S 87th Ave

Palos Park, IL, 60464-1209

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 485.94

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5063 **Nonpriority creditor's name and mailing address**

Leonard Lucenti
2832 West 35th Street

Brooklyn, NY, 11224

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 167.94

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5064 **Nonpriority creditor's name and mailing address**

Leonard Sarmiento
25350 Marie Street

Perris, CA, 92570

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.19

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5065 **Nonpriority creditor's name and mailing address**

Leonardo Hernandez
613 Maravillas Street

Horizon City, TX, 79928

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5066 **Nonpriority creditor's name and mailing address**

Leonardo Navarro jr
12302 Fourth St

Fort Myers, FL, 33905

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.57

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number *(if known)* _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. **5067** **Nonpriority creditor's name and mailing address**

leonardo vallejo
560 North Evans Street

Banning, CA, 92220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 68.99**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **5068** **Nonpriority creditor's name and mailing address**

Leonel Padilla
415 W Stevens Dr, G08

Addison, IL, 60101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 134.84**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **5069** **Nonpriority creditor's name and mailing address**

Leroy Cornelius
30 pearl ave, Apt 2

Johnson city, NY, 13790-1514

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 21.99**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **5070** **Nonpriority creditor's name and mailing address**

Leshay Weaver
5165 MANCHESTER ST

N RIDGEVILLE, OH, 44039-1333

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 21.29**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **5071** **Nonpriority creditor's name and mailing address**

Lesley Cao
1925 Osage Ave

Hayward, CA, 94545

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 27.99**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC                                    Case number *(if known)*_____
         Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. ⌐5072⌐ **Nonpriority creditor's name and mailing address**

Leslie Miranda Roman
8213 Boyd St

Houston, TX, 77022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 222.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⌐5073⌐ **Nonpriority creditor's name and mailing address**

Leslie Nguyen
718 S Central Pkwy

Tracy, CA, 95391

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⌐5074⌐ **Nonpriority creditor's name and mailing address**

Leslie Sweeney
1645 Claremont Drive

Darien, IL, 60561

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⌐5075⌐ **Nonpriority creditor's name and mailing address**

leslie tyrell
635 Cadbury drive

Odenton, MD, 21113

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⌐5076⌐ **Nonpriority creditor's name and mailing address**

Lesly Morales salazar
52-32 72nd st

Maspeth, NY, 11378

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 65.94

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 5077    **Nonpriority creditor's name and mailing address**

Lester Martinez
17401 ne 12 ave

miami, FL, 33162

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 35.29

---

**3.** 5078    **Nonpriority creditor's name and mailing address**

Lester Tavico
1548 Attridge Avenue

Los Angeles, CA, 90063

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 35.99

---

**3.** 5079    **Nonpriority creditor's name and mailing address**

Leticia Garcia
625 Sw 67th St

Oklahoma City, OK, 73139

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 19.99

---

**3.** 5080    **Nonpriority creditor's name and mailing address**

Leticia Mercado
8010 Schaefer Avenue

Ontario, CA, 91761

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 69.99

---

**3.** 5081    **Nonpriority creditor's name and mailing address**

Leticia Velazquez
11565 Old Field Ave

Fontana, CA, 92337

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 59.53

---

Debtor    Sure Thing Sales, LLC.
Name    Case number (if known)

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 5082  **Nonpriority creditor's name and mailing address**

Levan Franco
2018 146th Street, Apt C

Whitestone, NY, 11357

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 35.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5083  **Nonpriority creditor's name and mailing address**

Levarnia Grant
4468 Norfleet Street

Concord, NC, 28025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.04

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5084  **Nonpriority creditor's name and mailing address**

Levi O?Aô Mara
1746 Windmill Court

Liberty, MO, 64068

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 54.41

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5085  **Nonpriority creditor's name and mailing address**

Lewis Yang
13557 Rose Street

Cerritos, CA, 90703

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 17.51

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5086  **Nonpriority creditor's name and mailing address**

Lex Logan
161 Lundys Lane

San Francisco, CA, 94110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 225.67

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                                Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3. 5087** Nonpriority creditor's name and mailing address

Lexie Martinez
103 Lake Vista Drive

Lake Dallas, TX, 75065

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.11

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 5088** Nonpriority creditor's name and mailing address

Leyton Klee
P.O.Box 57

Hotevilla, AZ, 86030

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 5089** Nonpriority creditor's name and mailing address

Lezlee Sasse
2900 Grand Ave, 43

Kearney, NE, 68847

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.21

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 5090** Nonpriority creditor's name and mailing address

LGBS - DELDOT
PO Box 702118

San Antonio, TX, 78270-2118

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.00

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 5091** Nonpriority creditor's name and mailing address

Li, Leo
1101 South Joyce Street, Apt 2539

Arlington, VA, 22202

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 105.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor     Sure Thing Sales, LLC.
_____
Name

_____
Case number (if known)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **5092**   Nonpriority creditor's name and mailing address

Lia Rodriguez
6415 Sw 129 Pl, Apt.2404

Miami, FL, 33183

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.52

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **5093**   Nonpriority creditor's name and mailing address

Liam Butler
21034 121st Place Southeast

Kent, WA, 98031

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.51

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **5094**   Nonpriority creditor's name and mailing address

Liam Fratturo
35 Webster St, #402

East Boston, MA, 2128

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.64

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **5095**   Nonpriority creditor's name and mailing address

Liangjie Deng
219 Sweetwater Station Dr.

Savannah, GA, 31419

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **5096**   Nonpriority creditor's name and mailing address

Libba Kelmor
16118 Pointer Ridge Drive

Bowie, MD, 20716

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
         Name

Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 5097   **Nonpriority creditor's name and mailing address**

Lilian Chevalier
109 Jewett Street

Newton, MA, 2458

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 25.48

---

3. 5098   **Nonpriority creditor's name and mailing address**

Liliana Flores
PO BOX 963

Arizona city, AZ, 85123

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 77.96

---

3. 5099   **Nonpriority creditor's name and mailing address**

Lillia Parks
528 MACON RD

REYNOLDS, GA, 31076-2316

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 13.99

---

3. 5100   **Nonpriority creditor's name and mailing address**

Lillian Giang
1036 W. Paseo Way

Tempe, AZ, 85283

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 89.99

---

3. 5101   **Nonpriority creditor's name and mailing address**

Lillian Kass
4520 Wolfcreek Pkwy, K15

Louisville, KY, 40241

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 37.09

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3. **5102** **Nonpriority creditor's name and mailing address**

LILLIAN NGUYEN
250 Cecil Pl

Costa Mesa , CA, 92627

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.92

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **5103** **Nonpriority creditor's name and mailing address**

Lillie Johnston
1112 North Hampton Street

Siler City, NC, 27344

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.88

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **5104** **Nonpriority creditor's name and mailing address**

Lillith Gonzales
203 County Road 579

Cisco, TX, 76437

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 68.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **5105** **Nonpriority creditor's name and mailing address**

Lilly Ladue
61 Citrus Park Ln

Boynton Beach, FL, 33436

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 91.96

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **5106** **Nonpriority creditor's name and mailing address**

Lilly Zieba
270 Park St

Hackensack, NJ, 7601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC | | |
| | Name | | Case number *(if known)* |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5107    **Nonpriority creditor's name and mailing address**

Lily Coy-Johnson
1411 ARBOR KNOT DR

KYLE, TX, 78640

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5108    **Nonpriority creditor's name and mailing address**

Lily Malloy
2006 Kenley Court

Alexandria, VA, 22308

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5109    **Nonpriority creditor's name and mailing address**

Lily Riley
303 3rd St., Apt. 608

Cambridge, MA, 2142

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.80

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5110    **Nonpriority creditor's name and mailing address**

Lincoln McCleary
18160 Cottonwood Road

Sunriver, OR, 97707

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5111    **Nonpriority creditor's name and mailing address**

Linda  Mikucki
23 Green Street

Franklinville, NY, 14737

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.95

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _Sure Thing Sales, LLC_____   Case number _(if known)_____
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 5112   **Nonpriority creditor's name and mailing address**

Linda Aikins
3404 Stone Post Court

Lawrence, KS, 66049

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 179.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 5113   **Nonpriority creditor's name and mailing address**

Linda Barreto
311 East 23 Street, Apt. 2BB

New York, NY, 10010

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 112.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 5114   **Nonpriority creditor's name and mailing address**

Linda Berryhill
3237 Poplar Lane

Adamsville, AL, 35005

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 5115   **Nonpriority creditor's name and mailing address**

Linda Dumouchelle
1726 15th Avenue, Apt 16

Seattle, WA, 98122

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.22

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 5116   **Nonpriority creditor's name and mailing address**

Linda Forsyth
12 East Bend Court

Columbia, SC, 29223

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 128.51

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC
_____
Name

Case number _(if known)_ _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 5117 **Nonpriority creditor's name and mailing address**

Linda Meherg
101 South 4th Street Apt #102, 102

Leavenworth, KS, 66048

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 54.73

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.** 5118 **Nonpriority creditor's name and mailing address**

Linda Roman
209 Austin Drive

Avon, IN, 46123

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 47.07

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 5119 **Nonpriority creditor's name and mailing address**

Linda Thomas
27144 Woodbluff Road

Laguna Hills, CA, 92653

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 5120 **Nonpriority creditor's name and mailing address**

Linda Thomas
279 Five Creek Road

Gardnerville, NV, 89460

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 5121 **Nonpriority creditor's name and mailing address**

Linda Zinn
9005 Baywood Cir

Indianapolis, IN, 46256

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 28.88

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor    Sure Thing Sales, LLC
_____
Name

Case number *(if known)*_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 5122  **Nonpriority creditor's name and mailing address**

Lindsay Bulmann
1950 Presque Isle Avenue, 323

Marquette, MI, 49855

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 157.93

---

**3.** 5123  **Nonpriority creditor's name and mailing address**

Lindsay West
114 Hillcrest Ave

Benicia, CA, 94510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 25.99

---

**3.** 5124  **Nonpriority creditor's name and mailing address**

Lindsey Hill
2115 Chestnut Oak Ln

Statesboro, GA, 30461

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 42.99

---

**3.** 5125  **Nonpriority creditor's name and mailing address**

Lindsey Moreno
6767 East Butler Avenue

Fresno, CA, 93727

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 70.98

---

**3.** 5126  **Nonpriority creditor's name and mailing address**

Lindsey Norlander
5427 Wyoming St

Duluth, MN, 55804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 167.66

---

Debtor  Sure Thing Sales, LLC
        Name                                                              Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** ⌐5127⌐ **Nonpriority creditor's name and mailing address**

Lindsey Sexton
2601 New Forest Street

Northport, AL, 35475

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.19

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⌐5128⌐ **Nonpriority creditor's name and mailing address**

Linhua Li
6207 Misty Terrace Ct

Katy, TX, 77494

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.36

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⌐5129⌐ **Nonpriority creditor's name and mailing address**

Linjie Yang
5329 70th ST, 1FL

Maspeth, NY, 11378

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 229.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⌐5130⌐ **Nonpriority creditor's name and mailing address**

Linsey Dorion
501 Nahatan Street

Norwood, MA, 2062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.18

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⌐5131⌐ **Nonpriority creditor's name and mailing address**

Linz Yarnall
9132 Lawncrest Drive

Clio, MI, 48420

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.71

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_ _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

3. **5132**    **Nonpriority creditor's name and mailing address**

Liqun Chen
2616 Erwin Rd Apt 1513, Apt 1513

Durham, NC, 27705

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 409.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **5133**    **Nonpriority creditor's name and mailing address**

Lisa Arizaga
53352 Calle Soledad

Coachella, CA, 92236

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.44

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **5134**    **Nonpriority creditor's name and mailing address**

Lisa Arthur
21570 Garmisch Rd.

Cable, WI, 54821

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.65

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **5135**    **Nonpriority creditor's name and mailing address**

Lisa Bloomer
407 Church Street

Weber City, VA, 24290

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **5136**    **Nonpriority creditor's name and mailing address**

Lisa Childress
20832 Belshire Avenue

Lakewood, CA, 90715

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                                    Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5137  **Nonpriority creditor's name and mailing address**

Lisa Everhart
116 Cavalcade Circle

Franklin, TN, 37069

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5138  **Nonpriority creditor's name and mailing address**

Lisa Fish
8990 Crestview Drive

Frisco, TX, 75033

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5139  **Nonpriority creditor's name and mailing address**

Lisa Fuchs
122 Hickory Rd

Marlton, NJ, 8053

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.72

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5140  **Nonpriority creditor's name and mailing address**

Lisa Leifer
117 ELLIOTT ST E

FORT MILL, SC, 29715

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 714.73

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5141  **Nonpriority creditor's name and mailing address**

Lisa Matthews
P.O. Box 406

Arcadia, FL, 34265-0406

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.29

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 5142  **Nonpriority creditor's name and mailing address**

Lisa Mulkey
711 oakforest dr

Dallas, TX, 75232

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5143  **Nonpriority creditor's name and mailing address**

Lisa Palmer
5715 Keshena Dr

Liberty Township, OH, 45011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.77

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5144  **Nonpriority creditor's name and mailing address**

Lisa Scavuzzo
27 Albert Street

Shoreham, NY, 11786

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.25

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5145  **Nonpriority creditor's name and mailing address**

Lisa Sharp
869 Mathis Rd SE

Rome, GA, 30161-9442

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5146  **Nonpriority creditor's name and mailing address**

Lisa Urich
437 31st Street

Hermosa Beach, CA, 90254

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Sure Thing Sales, LLC.
          Name                                                          Case number (if known)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

3. 5147  **Nonpriority creditor's name and mailing address**

Lisa White
5625 Knell Avenue

Baltimore, MD, 21206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10.99

---

3. 5148  **Nonpriority creditor's name and mailing address**

lisandro sanchez
2707 bomar ave

fort worth, TX, 76103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 11.99

---

3. 5149  **Nonpriority creditor's name and mailing address**

Lisbeth Sedeno Pacheco
10424 Central Avenue, Apt, 1SE

Oak Lawn, IL, 60453

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 26.44

---

3. 5150  **Nonpriority creditor's name and mailing address**

Livia Overton
360 Williamsburg Lane

Memphis, TN, 38117

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 333.97

---

3. 5151  **Nonpriority creditor's name and mailing address**

Liyi Zheng
239 S Alhambra Ave

Monterey Park, CA, 91755

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 377.07

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 1040 of 1682

Debtor   Sure Thing Sales, LLC.
Name

Case number *(if known)*_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

3. **5152**  **Nonpriority creditor's name and mailing address**

Liz Berrios
13774 sw 33rd ct rd

ocala, FL, 34473-2204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 9.62**

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **5153**  **Nonpriority creditor's name and mailing address**

Liz Gonzalez
3210 Crownover St

Austin, TX, 78725

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 84.99**

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **5154**  **Nonpriority creditor's name and mailing address**

Liz Marin
1481 Washington Ave, 14B

Bronx, NY, 10456-1924

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 45.98**

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **5155**  **Nonpriority creditor's name and mailing address**

Liz Neyman
205 Drayton st

Winnsboro, SC, 29180

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 12.99**

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **5156**  **Nonpriority creditor's name and mailing address**

Liz Starling
22 HERALD DR

Queensbury, NY, 12804-9190

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 12.83**

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5157 **Nonpriority creditor's name and mailing address**

Lizandro Cardenas
1550 NE 13th St

Benton City, WA, 99320

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 8.69

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5158 **Nonpriority creditor's name and mailing address**

Lizeth  Gonzalez
7932 Gladwater Drive

Fort Worth, TX, 76134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 47.62

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5159 **Nonpriority creditor's name and mailing address**

Lj Tate
2228 East Wier Avenue

Phoenix, AZ, 85040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.13

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5160 **Nonpriority creditor's name and mailing address**

Logan Bender
115 Spruce St

Chaska, MN, 55318

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 45.09

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5161 **Nonpriority creditor's name and mailing address**

Logan Bru
221 Pioneer St

West Paris, ME, 4289

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.47

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** ___5162___ **Nonpriority creditor's name and mailing address**

Logan Bunner
401 rosette st

Holly, MI, 48442

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 11.98

---

**3.** ___5163___ **Nonpriority creditor's name and mailing address**

Logan Bunting
8660 N Union Church Rd

Lincoln, DE, 19960

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 24.99

---

**3.** ___5164___ **Nonpriority creditor's name and mailing address**

Logan Flatt
3432 Golden Eagle Way

Georgetown Township, MI, 49428

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 38.15

---

**3.** ___5165___ **Nonpriority creditor's name and mailing address**

Logan Furey
1339 Woodgate Drive

Kirkwood, MO, 63122

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 19.98

---

**3.** ___5166___ **Nonpriority creditor's name and mailing address**

Logan Hancock
460, 22nd St SE

Salem, OR, 97301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 26.99

---

Debtor     Sure Thing Sales, LLC.
           Name

Case number (if known)

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

3.5167 **Nonpriority creditor's name and mailing address**

Logan Jarrett
1719 Pennsylvania Avenue

Charleston, WV, 25302

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 29.97

---

3.5168 **Nonpriority creditor's name and mailing address**

Logan McNeel
18374 Stillwood lane

Flint, TX, 75762

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 51.95

---

3.5169 **Nonpriority creditor's name and mailing address**

Logan Monroe
2072 Calle Contento

Santa Fe, NM, 87505

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 70.47

---

3.5170 **Nonpriority creditor's name and mailing address**

Logan Phillpott
600 Rolling Hills Drive, 1

Tahlequah, OK, 74464

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 22.98

---

3.5171 **Nonpriority creditor's name and mailing address**

Logan Rojano
13843 Maidu Trail

Penn Valley, CA, 95946

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 464.96

---

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
         Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 5172  **Nonpriority creditor's name and mailing address**

Logan Tarutis
2316 Creek Valley Circle

Monument, CO, 80132

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5173  **Nonpriority creditor's name and mailing address**

LOK YEUNG
3008 OHARA PL

OLNEY, MD, 20832

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5174  **Nonpriority creditor's name and mailing address**

Longqian Zheng
135 Bridlewood Way, Apt. C21

East York, PA, 17402

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.29

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5175  **Nonpriority creditor's name and mailing address**

Lonnie Mcintosh
11716 Beacon Court

Louisville, KY, 40299

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5176  **Nonpriority creditor's name and mailing address**

Loren Cone
31 Guy Place, FRONT

San Francisco, CA, 94105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.74

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 5177  **Nonpriority creditor's name and mailing address**

Lorena Govin
1017 Flickerham Drive

Grand Ledge, MI, 48837

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 55.10

**Basis for the claim:** Customers with Outstanding Deposits

| **Date or dates debt was incurred** | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

---

**3.** 5178  **Nonpriority creditor's name and mailing address**

Lorenzo Bolanos
1701 East D Street, 1012

Ontario, CA, 91764

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 70.98

**Basis for the claim:** Customers with Outstanding Deposits

| **Date or dates debt was incurred** | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

---

**3.** 5179  **Nonpriority creditor's name and mailing address**

Lorenzo Perez
286 Tobacco Road

Willow spring, NC, 27592

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 174.95

**Basis for the claim:** Customers with Outstanding Deposits

| **Date or dates debt was incurred** | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

---

**3.** 5180  **Nonpriority creditor's name and mailing address**

Lorenzo Soto
100 beach 131st street

Rockaway Park, NY, 11694

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 179.99

**Basis for the claim:** Customers with Outstanding Deposits

| **Date or dates debt was incurred** | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

---

**3.** 5181  **Nonpriority creditor's name and mailing address**

Loretta Gontarek
2985 Marion st.

ROSEVILLE, MN, 55113

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 64.99

**Basis for the claim:** Customers with Outstanding Deposits

| **Date or dates debt was incurred** | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

---

Debtor _____Sure Thing Sales, LLC_____ Case number _(if known)_____
         Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **5182**  **Nonpriority creditor's name and mailing address**

Loretta Reid
264 Love Ave

Mount Washington, KY, 40047-6201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 101.94

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **5183**  **Nonpriority creditor's name and mailing address**

Loretta Watson
823 North 48th Avenue

Yakima, WA, 98908

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **5184**  **Nonpriority creditor's name and mailing address**

Lori Carscallen
3209 S.E. 176th Pl.

Portland, OR, 97236

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **5185**  **Nonpriority creditor's name and mailing address**

Lori Symons
2120 West Williams Street, 4J

Long Beach, CA, 90810

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **5186**  **Nonpriority creditor's name and mailing address**

Lorl Lee
2733 Delaney Ct.

Castro Valley, CA, 94546

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 212.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 1047 of ___1682

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*

## Part 2:  Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 5187  **Nonpriority creditor's name and mailing address**

Lorne Hills
1308 Main Street

Relaince, WY, 82943

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 78.74

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5188  **Nonpriority creditor's name and mailing address**

Lorraine Stevenson
1514 IRONWOOD ST

OROVILLE, WA, 98844

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 127.99

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5189  **Nonpriority creditor's name and mailing address**

lorri maake
86 clinton ave

montclair, NJ, 7042

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.00

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5190  **Nonpriority creditor's name and mailing address**

Lorrissa Kinchen
7349 Stone Bluff Drive

Douglasville, GA, 30134

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.53

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5191  **Nonpriority creditor's name and mailing address**

Lou Gary
177 Manchester Road

Schenectady, NY, 12304

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 129.99

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.
Name

Case number _(if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **5192**  Nonpriority creditor's name and mailing address

Lou Schmidt
246 McClelland Avenue

Bellmawr, NJ, 8031

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.30

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **5193**  Nonpriority creditor's name and mailing address

Louie Prieto
411 Santa Mariana Ave.

La Puente, CA, 91746

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 177.97

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **5194**  Nonpriority creditor's name and mailing address

Louie Ybarra
1943 Wedgefield Drive

Eagle Pass, TX, 78852

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **5195**  Nonpriority creditor's name and mailing address

Louis Apodaca
711 South Lincoln st 80209

Denver, CO, 80209

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 93.56

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **5196**  Nonpriority creditor's name and mailing address

Louis Chan
11900 Skylark Road

Clarksburg, MD, 20871

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.71

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name

Case number (if known)

---

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3. 5197** Nonpriority creditor's name and mailing address

Louis Gallal
1218 Folkstone Ave

Hacienda Heights, CA, 91745

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 131.39

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 5198** Nonpriority creditor's name and mailing address

Louis Killeron  Sewell
902 North Onondaga Avenue

Anaheim, CA, 92801

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.92

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 5199** Nonpriority creditor's name and mailing address

Louis Redpath
7521 SE Hacienda St

Hillsboro, OR, 97123

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 5200** Nonpriority creditor's name and mailing address

Louis Rodriguez
8472 S 3155 W

West jordan, UT, 84088

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 192.98

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 5201** Nonpriority creditor's name and mailing address

Louis Serafine
212 Hancock Ave

East Norriton, PA, 19401

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.89

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor   Sure Thing Sales, LLC
         _____
         Name

Case number _(if known)_ _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5202  **Nonpriority creditor's name and mailing address**

Louis Wilkerson
3010 Creekside Ct

Warrington, PA, 18976-2439

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 88.55

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 5203  **Nonpriority creditor's name and mailing address**

Lowell Hitchener
6414 Grey Fox Way

Riverdale, GA, 30296

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 5204  **Nonpriority creditor's name and mailing address**

Lu Porter
9 Banneret Place

Durham, NC, 27713

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.23

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 5205  **Nonpriority creditor's name and mailing address**

Luca iannino
54 STEVENS ST

ANDOVER, MA, 01810-3521

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 5206  **Nonpriority creditor's name and mailing address**

Lucas Alvarez Tobon
9148 Pershore Place

Tamarac, FL, 33321

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor ___Sure Thing Sales, LLC._____  Case number _(if known)_____
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

3. 5207 | **Nonpriority creditor's name and mailing address**

Lucas Benjamin
32 32nd Street

Las pinas, MA, 1747

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 500.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5208 | **Nonpriority creditor's name and mailing address**

Lucas Claverie-Berg?©
12 Lancelot Drive

Paxton, MA, 1612

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.86

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5209 | **Nonpriority creditor's name and mailing address**

Lucas Cruz
29804 Deer Run

Farmington Hills, MI, 48331

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 209.86

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5210 | **Nonpriority creditor's name and mailing address**

Lucas Garrett
2431 Travis court

McKinleyville, CA, 95519

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 24.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5211 | **Nonpriority creditor's name and mailing address**

Lucas KAY
110 Carstensen Drive

Scarsdale, NY, 10583

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.10

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC    _____   Case number _(if known)_____
          Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

3. 5212  **Nonpriority creditor's name and mailing address**

Lucas Melby
214 W Pleasant St

Mankato, MN, 56001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 281.95

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5213  **Nonpriority creditor's name and mailing address**

lucas Ochoa
9200 Swannanoa Trl

Mechanicsville, VA, 23116

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.88

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5214  **Nonpriority creditor's name and mailing address**

Lucas Purvis
11119 Alterra Pkwy, #1227

Austin, TX, 78758

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.23

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5215  **Nonpriority creditor's name and mailing address**

Lucas Turner
220 MAPLE LN, LOT 23

GREEN SPRINGS, OH, 44836-9692

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5216  **Nonpriority creditor's name and mailing address**

Luci Anderson
7637 W Peterson Ave

Chicago, IL, 60631-2212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.26

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.

Name

Case number *(if known)*

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 5217 **Nonpriority creditor's name and mailing address**

Lucia Vasquez
154 Homestead Pl

Bogota, NJ, 7603

**As of the petition filing date, the claim is:** $35.18
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5218 **Nonpriority creditor's name and mailing address**

Luciano Flores
3402 Earle Avenue

Rosemead, CA, 91770

**As of the petition filing date, the claim is:** $421.56
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5219 **Nonpriority creditor's name and mailing address**

Luciano Perez
74 Sleepy Hollow Rd

New Canaan, CT, 6840

**As of the petition filing date, the claim is:** $32.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5220 **Nonpriority creditor's name and mailing address**

LUCINDA COOKE
332 W 600 N

salt Lake city, UT, 84103

**As of the petition filing date, the claim is:** $36.63
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5221 **Nonpriority creditor's name and mailing address**

LUCIO FRIAS
5844 Woodsway Dr

Cincinnati, OH, 45236

**As of the petition filing date, the claim is:** $15.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name

Case number *(if known)*

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 5222 **Nonpriority creditor's name and mailing address**

Lucy Clark
7346 South 300 East

Midvale, UT, 84047

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 89.94

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 5223 **Nonpriority creditor's name and mailing address**

Lucy Rios
865 Provincetown Drive

Salinas, CA, 93906

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.99

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 5224 **Nonpriority creditor's name and mailing address**

Luis Looez
11651 Evesborough Dr

Houston, TX, 77099

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.05

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 5225 **Nonpriority creditor's name and mailing address**

Luis  Parra
11895 Firebrand Circle

Garden Grove, CA, 92840

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 111.97

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 5226 **Nonpriority creditor's name and mailing address**

Luis A  Burgos
3429 South Central Avenue

Cicero, IL, 60804

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.99

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor    Sure Thing Sales, LLC.
          Name                                                Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 5227  Nonpriority creditor's name and mailing address**

Luis Aguirre
612 Lakewood Way

Upland, CA, 91786

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.92

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 5228  Nonpriority creditor's name and mailing address**

Luis Alanis
4700 Staggerbrush Road, Apt 528

Austin, TX, 78749

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 146.13

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 5229  Nonpriority creditor's name and mailing address**

Luis Alberto Ortiz
Paseo 10 #195 Alturas De Bayamon

Bayamon, PR, 956

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 5230  Nonpriority creditor's name and mailing address**

luis andrade
9859 Kenton Cir. , Kenton Cir.

Commerce Ciry, CO, 80022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.05

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 5231  Nonpriority creditor's name and mailing address**

Luis Arroyo
1461 32nd Ave

Columbus, NE, 68601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number (if known) _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5232  **Nonpriority creditor's name and mailing address**

Luis Artica
1033 Island Manor Dr

Greenacres, FL, 33413

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.39

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 5233  **Nonpriority creditor's name and mailing address**

Luis Brock
5157 Groveland Drive, APT 8

San Diego, CA, 92114

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.23

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 5234  **Nonpriority creditor's name and mailing address**

Luis Cantu
9902 Brookview Dr

La Porte, TX, 77571-8605

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.59

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 5235  **Nonpriority creditor's name and mailing address**

Luis Corrales
3101 N Midland Dr, Apt 900

Midland, TX, 79707

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 407.01

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 5236  **Nonpriority creditor's name and mailing address**

Luis Diaz
4832 Maureen Circle

El Paso, TX, 79924

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 259.78

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC
          Name                                              Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** `5237`  **Nonpriority creditor's name and mailing address**

Luis Felix
37702 CHRISTENSEN CT

Palmdale, CA, 93552

**As of the petition filing date, the claim is:** $ 60.63
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** `5238`  **Nonpriority creditor's name and mailing address**

Luis Fernandes
17 bell tower ln

Charles town, WV, 25414

**As of the petition filing date, the claim is:** $ 53.49
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** `5239`  **Nonpriority creditor's name and mailing address**

Luis Garcia
1000 Glazier Cir

Austin, TX, 78753

**As of the petition filing date, the claim is:** $ 140.71
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** `5240`  **Nonpriority creditor's name and mailing address**

Luis Garcia
1959 Gwen Ct

Conroe, TX, 77303

**As of the petition filing date, the claim is:** $ 11.99
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** `5241`  **Nonpriority creditor's name and mailing address**

Luis Garcia
643 South Encina Avenue

Rialto, CA, 92376

**As of the petition filing date, the claim is:** $ 81.99
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3.5242  **Nonpriority creditor's name and mailing address**

Luis Garnelo
10032 Evergreen Ct N

Brooklyn Park, MN, 55443-1577

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.63

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.5243  **Nonpriority creditor's name and mailing address**

Luis Hernandez
562 Plantation Creek Drive

Boiling Springs, SC, 29316

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.87

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.5244  **Nonpriority creditor's name and mailing address**

Luis Huamani Abrigo
7341 NW 34TH ST

Miami, FL, 33122

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 131.96

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.5245  **Nonpriority creditor's name and mailing address**

Luis Jasso
424 Thornton Rd, Apt 7

Houston, TX, 77018

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.5246  **Nonpriority creditor's name and mailing address**

Luis Jorge Rodriguez Bravo
124 Santa Rosa Drive

San Jose, CA, 95111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 110.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 1059 of 1682

Debtor    Sure Thing Sales, LLC.
         Name                                              Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3. 5247** Nonpriority creditor's name and mailing address

Luis Marrero
C-20 Camino De Dalias Urb. Enramada

Bayamon, PR, 961

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 169.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 5248** Nonpriority creditor's name and mailing address

Luis Menendez
115 Golfside Circle

Sanford, FL, 32773

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 400.89

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 5249** Nonpriority creditor's name and mailing address

Luis Minez
726 South Texas Avenue

Mercedes, TX, 78570

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.90

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 5250** Nonpriority creditor's name and mailing address

Luis Montoya
1253 East 13th Street

Des Moines, IA, 50316

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.43

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 5251** Nonpriority creditor's name and mailing address

Luis Morales
14172 Chagall Lane

Fontana, CA, 92335

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name    Case number _(if known)_ _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 5252  **Nonpriority creditor's name and mailing address**

Luis Morales
4606 Helen st

Corpus Christi, TX, 78415-1644

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.88

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5253  **Nonpriority creditor's name and mailing address**

Luis Orellana
915 Roswell Avenue

Long Beach, CA, 90804

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 18.73

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5254  **Nonpriority creditor's name and mailing address**

Luis Otero
9034 182nd Street

HOLLIS, NY, 11423

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.97

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5255  **Nonpriority creditor's name and mailing address**

Luis Pantoja
3530 Chamois Ln

El Paso, TX, 79938

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 465.46

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5256  **Nonpriority creditor's name and mailing address**

Luis Quaresma
3223 Vesuvius Lane

San Jose, CA, 95132

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.40

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC._____ Case number _(if known)_____
               Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 5257 **Nonpriority creditor's name and mailing address**

Luis Robles
785 Northeast 16th Avenue

Canby, OR, 97013

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 5258 **Nonpriority creditor's name and mailing address**

Luis San Juan
10 Arlington Street

Ladera Ranch, CA, 92694

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5259 **Nonpriority creditor's name and mailing address**

Luis Sanchez
367 Whitfill Road

Ennis, TX, 75119

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5260 **Nonpriority creditor's name and mailing address**

Luis Sandoval
18061 E Santa Clara Ave

Santa Ana, CA, 92705

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 5261 **Nonpriority creditor's name and mailing address**

Luis Soto
9643 Mallison Avenue Apartment D

South Gate, CA, 90280

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 5262  **Nonpriority creditor's name and mailing address**

Luis Torres
4937 S. Marshfield Ave.

Chicago, IL, 60609-4827

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 286.61

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5263  **Nonpriority creditor's name and mailing address**

Luis Torres
724 Spike Trail

Murfreesboro, TN, 37129

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.16

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5264  **Nonpriority creditor's name and mailing address**

Luis Vargas Ruiz
PO Box 41

Verona, MO, 65769

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 52.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5265  **Nonpriority creditor's name and mailing address**

Luis...A Diaz
9546 e 57th ter

Raytown, MO, 64133

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5266  **Nonpriority creditor's name and mailing address**

Luka Avgustin
2862 Arabian Court

Mareitta, GA, 30062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 52.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                                    Case number *(if known)*

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3. **5267**    **Nonpriority creditor's name and mailing address**

Luke DeBoer
14310 Grant Street, Apartment 11-207

Thornton, CO, 80023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 134.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **5268**    **Nonpriority creditor's name and mailing address**

Luke Macdonald
18 Cherry Wood Dr

Ellington, CT, 6029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48.87

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **5269**    **Nonpriority creditor's name and mailing address**

Luke Marcum
512 Garner Drive

Salisbury, NC, 28146

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.07

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **5270**    **Nonpriority creditor's name and mailing address**

Luke Miguel Guevarra
4415 Toland Pl

Los Angeles, CA, 90041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.65

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **5271**    **Nonpriority creditor's name and mailing address**

Luke Miller
13326 Birch Circle

Thornton, CO, 80241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC                    Case number *(if known)*
        Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3. ___5272  **Nonpriority creditor's name and mailing address**

Luke Naubert
9708 cosmos ave

El Paso, TX, 79925

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 76.97

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___5273  **Nonpriority creditor's name and mailing address**

Luna Soeiro
1377 Clarete Ct

Tulare, CA, 93274

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 370.22

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___5274  **Nonpriority creditor's name and mailing address**

Lundin Cahill
107 East J Street

Benicia, CA, 94510

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 119.20

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___5275  **Nonpriority creditor's name and mailing address**

Luong On
483 Landeros Drive

San Mateo, CA, 94403

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 101.94

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___5276  **Nonpriority creditor's name and mailing address**

Lupe Lopez
36427 Ironhorse Dr

Palmdale, CA, 93550

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 145.97

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Sure Thing Sales, LLC___
          Name

___Case number *(if known)*___

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. ___5277___ **Nonpriority creditor's name and mailing address**

Luther Solon
4462 Stevely Avenue

Lakewood, CA, 90713

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 44.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ___5278___ **Nonpriority creditor's name and mailing address**

Luz Camacho
821 Anna St

Elizabeth, NJ, 07201-1901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 46.90

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ___5279___ **Nonpriority creditor's name and mailing address**

Luz Gomez
1130 Bedford Street

Santa Paula, CA, 93060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ___5280___ **Nonpriority creditor's name and mailing address**

Luz Jimenez
45043 Sancroft Avenue

Lancaster, CA, 93535

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 24.23

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ___5281___ **Nonpriority creditor's name and mailing address**

Lydia  key
45605 3rd Infantry Road

El Paso, TX, 79904

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 95.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.    Case number _(if known)_____
         Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.** 5282  **Nonpriority creditor's name and mailing address**

Lydia Calderon
2815 S 127th St

Seattle, WA, 98168

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.98

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 5283  **Nonpriority creditor's name and mailing address**

Lydia Chang
17869 E Louisiana Ave

AURORA, CO, 80017

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.15

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 5284  **Nonpriority creditor's name and mailing address**

Lydianise A Saldana
1307 Zephyr Road

Killeen, TX, 76541

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 5285  **Nonpriority creditor's name and mailing address**

Lylybel Deloya
629 Edgebrook Terrace

Elgin, IL, 60120

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 136.68

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 5286  **Nonpriority creditor's name and mailing address**

Lynette Mondiello
213 lynbrook street

Islip terrace, NY, 11752

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 109.98

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Sure Thing Sales, LLC
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **5287**    **Nonpriority creditor's name and mailing address**

Lynette Vega
5435 E Street

Springfield, OR, 97478

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. **5288**    **Nonpriority creditor's name and mailing address**

Lynn Minchew
481 Bartlett RD NE

Pikeville, NC, 27863

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. **5289**    **Nonpriority creditor's name and mailing address**

Lynne Guarini
69-15 Metropolitan Avenue, Apt 1R

Middle Village, NY, 11379

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 159.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. **5290**    **Nonpriority creditor's name and mailing address**

Lynnette Franklin
31 Edgemont Street

Boston, MA, 2131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 257.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. **5291**    **Nonpriority creditor's name and mailing address**

Lynnsey Puahala
99-945 Kalamoho Pl

Aiea, HI, 96701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|--------|------------------------|---------------------------|
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5292   **Nonpriority creditor's name and mailing address**

Lynsey Baker
611 Innes Street Northeast, Apt 1

Grand Rapids, MI, 49503

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.49

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 5293   **Nonpriority creditor's name and mailing address**

M Cristina McGuire
1077 Brandy Lane

Richmond, KY, 40475

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 79.49

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 5294   **Nonpriority creditor's name and mailing address**

M Lara Telli
1931 Hyacinth Avenue East

Saint Paul, MN, 55119

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 15.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 5295   **Nonpriority creditor's name and mailing address**

m low
2426 Vista Nobleza

Newport Beach, CA, 92660

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 133.60

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 5296   **Nonpriority creditor's name and mailing address**

Mach
19110 olimpia ln

Lebanon, MO, 65536

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 219.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3. 5297 Nonpriority creditor's name and mailing address**

machaela kirchner
4108 G Ave

Kearney, NE, 68847

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.47

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3. 5298 Nonpriority creditor's name and mailing address**

Macharely  Martinez
2125 20th Street

Zion, IL, 60099

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.87

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3. 5299 Nonpriority creditor's name and mailing address**

Mackenzie Longval-Knudson
18 Jacobs Drive

Rochester , NH, 3867

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3. 5300 Nonpriority creditor's name and mailing address**

Mackie Inthavong
126 Naomi Drive

Stockbridge, GA, 30281

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3. 5301 Nonpriority creditor's name and mailing address**

Maddie Fox
2543 claude dr

Bay city, MI, 48708

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.79

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3. **5302**  **Nonpriority creditor's name and mailing address**

Maddy Ablan
3124 W Logan Blvd Apt. G

Chicago, IL, 60647

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **5303**  **Nonpriority creditor's name and mailing address**

maddy Mullins
9337 Meetze Road

Midland, VA, 22728

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 76.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **5304**  **Nonpriority creditor's name and mailing address**

Maddy Potesta
12149 Lasselle Street

Moreno Valley, CA, 92557

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **5305**  **Nonpriority creditor's name and mailing address**

Madeline Beanard
130 Whaler Avenue

Summerville, SC, 29483

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.65

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **5306**  **Nonpriority creditor's name and mailing address**

Madeline Dodson
1113 Deep Hollow Ct.

Waxhaw, NC, 28173

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 142.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.

Name

Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3. **5307** Nonpriority creditor's name and mailing address

Madelyn Morales
121 N MCCLAY ST, APT H

SANTA ANA, CA, 92701

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

$ 19.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **5308** Nonpriority creditor's name and mailing address

Madelyn Stoetzel
623 Carefree Drive

Cincinnati, OH, 45244

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

$ 39.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **5309** Nonpriority creditor's name and mailing address

Madi Roush
1804 NW 174th St

Edmond, OK, 73012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

$ 33.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **5310** Nonpriority creditor's name and mailing address

Madison Chin
132 Buttonwood Drive

Piscataway, NJ, 8854

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

$ 45.84

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **5311** Nonpriority creditor's name and mailing address

madison derby
100 Gatewood Bay

Cibolo, TX, 78108

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

$ 45.45

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sire Tiling Sales, LLC.
         Name

Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3. **5312**  **Nonpriority creditor's name and mailing address**

Madison Dunn
22928 165th Ave SE

Monroe, WA, 98272

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.96

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **5313**  **Nonpriority creditor's name and mailing address**

Madison McCain
430 East Lane Avenue

Columbus, OH, 43201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 84.91

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **5314**  **Nonpriority creditor's name and mailing address**

Madison Miller
10425 Hanover Rd

Forestville, NY, 14062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 69.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **5315**  **Nonpriority creditor's name and mailing address**

Madison Reddington
4440 Muir Ave

San Diego, CA, 92107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.92

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **5316**  **Nonpriority creditor's name and mailing address**

Madison Warren
5319 Nw Sterling Chase Dr

Topeka, KS, 66618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.27

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Sure Thing Sales, LLC |
|---|---|
| | Name |

Case number *(if known)* _____

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 5317  Nonpriority creditor's name and mailing address**

Madison Wright
908 Muirfield Drive

Mansfield, TX, 76063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 21.99

---

**3. 5318  Nonpriority creditor's name and mailing address**

Magdiel Guzman
718 S GARFIELD ST

KENNEWICK, WA, 99336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 38.03

---

**3. 5319  Nonpriority creditor's name and mailing address**

Maggie Gasso
333 Northeast Scenic Drive

Grants Pass, OR, 97526

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 26.99

---

**3. 5320  Nonpriority creditor's name and mailing address**

maggie smith
41 Fuller Street

Middleborough, MA, 2346

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 29.99

---

**3. 5321  Nonpriority creditor's name and mailing address**

Magnus McConnell
238 Beverly Drive

Metairie, LA, 70001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 16.37

---

Debtor    Sure Thing Sales, LLC.
_____    Case number _(if known)_ _____
Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

---

3. 5322   **Nonpriority creditor's name and mailing address**

Mahogany Moore
3620 Webster Ave, 7G

Bronx, NY, 10467

As of the petition filing date, the claim is:    $ 41.34
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5323   **Nonpriority creditor's name and mailing address**

Mai Miller
2101 W Warm Springs Rd, Apt 3527

Henderson, NV, 89014

As of the petition filing date, the claim is:    $ 39.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5324   **Nonpriority creditor's name and mailing address**

Mai Vang
1969 Montana Ave

St Paul, MN, 55119

As of the petition filing date, the claim is:    $ 37.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5325   **Nonpriority creditor's name and mailing address**

Mai Vang
2408 125th Pl SE

Everett, WA, 98208-6641

As of the petition filing date, the claim is:    $ 24.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5326   **Nonpriority creditor's name and mailing address**

Maia Layo
1728 Apex Avenue

Los Angeles, CA, 90026

As of the petition filing date, the claim is:    $ 26.27
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|--------|------------------------|--------------------------|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** `5327` **Nonpriority creditor's name and mailing address**

Maisara Chowdhury
4765 Fieldcrest Place Cir

Newburgh, IN, 47630

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 32.99**

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** `5328` **Nonpriority creditor's name and mailing address**

Maitray Shah
1190 Seaside Way

Milpitas, CA, 95035

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 16.36**

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** `5329` **Nonpriority creditor's name and mailing address**

Makayla Castanon
1350 BUCKINGHAM WAY APT. 36

STOCKTON, CA, 95207

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 314.97**

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** `5330` **Nonpriority creditor's name and mailing address**

Makayla Chipman
9117 Orangevale avenue

Sacramento, CA, 95662

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 28.00**

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** `5331` **Nonpriority creditor's name and mailing address**

Makayla Rubidoux
8908 Round Rock Rd SW

Albuquerque, NM, 87121

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 25.88**

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor ____Sure Thing Sales, LLC._____    Case number _(if known)_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 5332 **Nonpriority creditor's name and mailing address**

Makayla Skjefte
4017 Natchez S Ave

Minneapolis, MN, 55416-5050

**As of the petition filing date, the claim is:**    $ 27.95
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 5333 **Nonpriority creditor's name and mailing address**

Makela, sami
1106 N K St

Lake Worth Beach, FL, 33460

**As of the petition filing date, the claim is:**    $ 128.39
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 5334 **Nonpriority creditor's name and mailing address**

Maki Thomason
1628 8th Street

Berkeley, CA, 94710

**As of the petition filing date, the claim is:**    $ 29.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 5335 **Nonpriority creditor's name and mailing address**

MALCOLM DOUGAN
6976 Ellicott Court

Jurupa Valley, CA, 91752

**As of the petition filing date, the claim is:**    $ 163.85
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 5336 **Nonpriority creditor's name and mailing address**

Malcolm McCanles
142 North Hancock Street

Madison, WI, 53703

**As of the petition filing date, the claim is:**    $ 26.36
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1077 of 1682

Debtor   Sure Thing Sales, LLC
         Name

Case number *(if known)*

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5337   **Nonpriority creditor's name and mailing address**

Maleficent Clevenger
4016 Canyon Loop

Flagstaff, AZ, 86005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12.66

---

**3.** 5338   **Nonpriority creditor's name and mailing address**

Malena Hampton
15509 NE 28th St

Vancouver, WA, 98682

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 16.26

---

**3.** 5339   **Nonpriority creditor's name and mailing address**

Malia Young
6790 Duncan Ct

Timnath, CO, 80547

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 142.95

---

**3.** 5340   **Nonpriority creditor's name and mailing address**

Malik Harvey
2102 Sidney Avenue

Baltimore, MD, 21230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 27.55

---

**3.** 5341   **Nonpriority creditor's name and mailing address**

Malik Kalonji
220 S 6th Str. Apt# 115

Cottonwood, AZ, 86326

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 24.98

---

Debtor      Sure Thing Sales, LLC
_____
            Name                                    Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 5342  **Nonpriority creditor's name and mailing address**          $ 433.92

Malik Rucker
2851 Lancer Avenue

Pomona, CA, 91768

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

---

**3.** 5343  **Nonpriority creditor's name and mailing address**          $ 52.49

Mallory Bruno
1640 Branham Lane, Unit G

San Jose, CA, 95118

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

---

**3.** 5344  **Nonpriority creditor's name and mailing address**          $ 35.30

Manda Moore
2220 Waverly CT

Navarre, FL, 32566

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

---

**3.** 5345  **Nonpriority creditor's name and mailing address**          $ 28.43

Mandy Welborn
1416 200th ST CT E

Spanaway, WA, 98387

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

---

**3.** 5346  **Nonpriority creditor's name and mailing address**          $ 44.08

Manny Herrera
10292 Ben Hur Avenue

Whittier, CA, 90605

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 5347 **Nonpriority creditor's name and mailing address**

Manoj Sundar Sundar
1415 140th Avenue Northeast, 67

Bellevue, WA, 98005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 5348 **Nonpriority creditor's name and mailing address**

Manolo Gomez
1107 S 5th St

Effingham, IL, 62401-2734

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 152.95

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 5349 **Nonpriority creditor's name and mailing address**

MANUEL AQUINO
4295 East Mexico Avenue, Apt. 608

Denver, CO, 80222

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7.60

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 5350 **Nonpriority creditor's name and mailing address**

Manuel Becerra
1 Alexander Street, 720C

Yonkers, NY, 10701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 97.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 5351 **Nonpriority creditor's name and mailing address**

Manuel Carrillo
1284 Red Sea Ave

Thermal, CA, 92274

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 131.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor _____Sure Thing Sales, LLC._____   Case number _(if known)_____
          Name

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

3. ⌊5352⌋ **Nonpriority creditor's name and mailing address**

Manuel Cruz
4806 Arrowhead Trail

Chattanooga, TN, 37411

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 42.60

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⌊5353⌋ **Nonpriority creditor's name and mailing address**

Manuel De Los Reyes
35 West Barstow Avenue, 104

Clovis, CA, 93612

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⌊5354⌋ **Nonpriority creditor's name and mailing address**

Manuel Garibay
2024 41st Ave NE

Salem, OR, 97305-1801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 169.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⌊5355⌋ **Nonpriority creditor's name and mailing address**

Manuel Jurado
1648 32nd Street Southeast

Rio Rancho, NM, 87124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 35.49

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⌊5356⌋ **Nonpriority creditor's name and mailing address**

Manuel Lucero
2616 pine st

Pueblo, CO, 81004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 49.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page _1081_ of _1682_

Debtor  Sure Thing Sales, LLC _____   Case number _(if known)_ _____
       Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 5357 **Nonpriority creditor's name and mailing address**

manuel martinez
15140 san jose ave

Paramount, CA, 90723

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 63.96

---

**3.** 5358 **Nonpriority creditor's name and mailing address**

Manuel Montano
218 f st 1836

San luis, AZ, 85349

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 104.96

---

**3.** 5359 **Nonpriority creditor's name and mailing address**

Manuel Quintana Pineda
5256 West 24th Court

Hialeah, FL, 33016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 13.90

---

**3.** 5360 **Nonpriority creditor's name and mailing address**

Manuel Rios
HC 33 Box 3069

Dorado, PR, 00646-9711

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 164.95

---

**3.** 5361 **Nonpriority creditor's name and mailing address**

Manuel Vazquez-Fernandez
10297 Northwest 57th Terrace

Doral, FL, 33178

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 45.99

---

Debtor    Sure Thing Sales, LLC

Name

Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5362 **Nonpriority creditor's name and mailing address**

Manzhao Chen
3801 14th Street, Apt 801

Plano, TX, 75074

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5363 **Nonpriority creditor's name and mailing address**

Marangeline Perez
2260 Barker ave 1c

bronx, NY, 10467

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 106.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5364 **Nonpriority creditor's name and mailing address**

Marc Brumm
7819 N 20th Gln

Phoenix, AZ, 85021

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5365 **Nonpriority creditor's name and mailing address**

Marc Catalano
20 Rocky Ledge Drive

Madison, CT, 6443

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5366 **Nonpriority creditor's name and mailing address**

Marc Luce
18823 5 Points St

Redford, MI, 48240

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.79

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** ⎡5367⎤ **Nonpriority creditor's name and mailing address**

Marc Marconi
916 Camino La Paz

Chula Vista, CA, 91910

**As of the petition filing date, the claim is:** $ 5.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** ⎡5368⎤ **Nonpriority creditor's name and mailing address**

Marc Naranjo
871 Circle Avenue

Franklin Lakes, NJ, 7417

**As of the petition filing date, the claim is:** $ 37.31
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⎡5369⎤ **Nonpriority creditor's name and mailing address**

Marc Rutherford
7403 Copper Cove

Converse, TX, 78109

**As of the petition filing date, the claim is:** $ 170.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⎡5370⎤ **Nonpriority creditor's name and mailing address**

Marc Spadaccini
27 Moulton Avenue, 27 Moulton Ave

Dobbs Ferry, NY, 10522-1524

**As of the petition filing date, the claim is:** $ 32.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** ⎡5371⎤ **Nonpriority creditor's name and mailing address**

Marc zahler
13790 hidalgo st

Desert Hot Springs, CA, 92240

**As of the petition filing date, the claim is:** $ 74.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **5372** Nonpriority creditor's name and mailing address

Marcela Perez
16414 stuebner airline rd, Apt 1009

Spring, TX, 77379-7369

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.05

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

3. **5373** Nonpriority creditor's name and mailing address

Marcela Torres
10530 Varmus Drive

Converse, TX, 78109

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.59

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

3. **5374** Nonpriority creditor's name and mailing address

Marcella Angelicchio
6731 Johnson Mill Road

Durham, NC, 27712

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

3. **5375** Nonpriority creditor's name and mailing address

Marcello Taylor
4913 78th Avenue

Hyattsville, MD, 20784

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.97

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

3. **5376** Nonpriority creditor's name and mailing address

Marcelo Ormond
23053 Old Inlet Bridge Drive

Boca Raton, FL, 33433

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** <u>5377</u> **Nonpriority creditor's name and mailing address**

Marci Aguirre
7890 Alhambra Dr, Apt 6

Huntington Beach, CA, 92647-4689

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** <u>5378</u> **Nonpriority creditor's name and mailing address**

Marci Etzel
9605 Overton Drive

Laurel, MD, 20723

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 109.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** <u>5379</u> **Nonpriority creditor's name and mailing address**

Marcie Nelson
713 W Jefferson Ln

Sandy, UT, 84070

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 35.38

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** <u>5380</u> **Nonpriority creditor's name and mailing address**

Marck Fleites
430 21st Court Southwest

Vero Beach, FL, 32962

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 32.08

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** <u>5381</u> **Nonpriority creditor's name and mailing address**

Marco Antonio Castro Ulloa
San Jose, Desamparados, Gravilias, Gravilias de
Desamparados 400 metros este de la Escuela
las Gravilias, casa #60

San Jose, 10312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 108.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.
_____
        Name

Case number _(if known)_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3. 5382    **Nonpriority creditor's name and mailing address**

Marco Antonio Dominguez Cid
130 Southwest 53rd Court

Coral Gables, FL, 33134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 55.63

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. 5383    **Nonpriority creditor's name and mailing address**

Marco Badillo
1605 Townsend Avenue, 3B

Bronx, NY, 10452

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13.05

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. 5384    **Nonpriority creditor's name and mailing address**

Marco Castro
3655 W San Jose Ave, Apt 102

Fresno, CA, 93711

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12.99

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. 5385    **Nonpriority creditor's name and mailing address**

Marco Cruz
69-16 164th st, APT 1F

Fresh Meadows, NY, 11365

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 53.99

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. 5386    **Nonpriority creditor's name and mailing address**

Marco Flores
305 North Quincy Place

Kennewick, WA, 99336

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 86.95

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor  Sure Thing Sales, LLC
   Name

Case number _(if known)_

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 5387 **Nonpriority creditor's name and mailing address**

Marco Garcia
218 south street

Hanford, CA, 93230

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 5388 **Nonpriority creditor's name and mailing address**

Marco Gazcon
3026 S Sheridan Blvd

Denver, CO, 80227

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5389 **Nonpriority creditor's name and mailing address**

marco hernandez
2908 pino seco pl.

el paso, TX, 79938

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 37.87

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5390 **Nonpriority creditor's name and mailing address**

Marco Morales Carballo
1 Aeropost Way, SJO-83208

Miami, FL, 33206-3206

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 67.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5391 **Nonpriority creditor's name and mailing address**

Marco Plascencia
8673 Piper Pl

Reno, NV, 89506

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 64.94

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name                                                        Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 5392 **Nonpriority creditor's name and mailing address**

Marco Ramos
109 48th Avenue

Bellwood, IL, 60104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 98.96

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5393 **Nonpriority creditor's name and mailing address**

Marco Velasquez
1057 Serena Dr

San Jacinto, CA, 92583

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 35.87

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5394 **Nonpriority creditor's name and mailing address**

Marcos Diaz
8681 Katella Avenue, Spc 849

Stanton, CA, 90680

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 122.91

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5395 **Nonpriority creditor's name and mailing address**

Marcos Gonzalez
12 New Castle Ct

Ocean View, DE, 19970

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 86.99

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5396 **Nonpriority creditor's name and mailing address**

Marcos Hern?°ndez
917 West 85th Street

Los Angeles, CA, 90044

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 142.33

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 5397   **Nonpriority creditor's name and mailing address**

Marcos Maia
122 EAST CALBOURNE LN UNIT M12

SANDY, UT, 84070

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 489.96

---

**3.** 5398   **Nonpriority creditor's name and mailing address**

Marcos Ramos Seda
1354 n 10th st

Reading, PA, 19604

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 54.99

---

**3.** 5399   **Nonpriority creditor's name and mailing address**

Marcos Rodriguez
5600 Taylor Made Circle

Schertz, TX, 78108

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 21.64

---

**3.** 5400   **Nonpriority creditor's name and mailing address**

Marcos Sanchez
413 M Street Southwest

Quincy, WA, 98848

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 14.99

---

**3.** 5401   **Nonpriority creditor's name and mailing address**

Marcos Sanchez
8012 Rio Grande Boulevard Northwest

Los Ranchos de Albuquerque, NM, 87114

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 335.78

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page 1090 of 1682

Debtor  Sure Thing Sales, LLC.
_____
        Name

Case number *(if known)*_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 5402 **Nonpriority creditor's name and mailing address**

Marcos Villa
3125 S Virginia St, 71

Reno, NV, 89502

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**3.** 5403 **Nonpriority creditor's name and mailing address**

Marcus Arzadon
9718 Wheaton Edge Lane

Houston, TX, 77095

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.22

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**3.** 5404 **Nonpriority creditor's name and mailing address**

Marcus Bryant
3409 Waterloo Court, Apt D

Tampa, FL, 33614

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.86

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**3.** 5405 **Nonpriority creditor's name and mailing address**

Marcus Grant
101 renaissance Lane

New Brunswick , NJ, 8901

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 342.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**3.** 5406 **Nonpriority creditor's name and mailing address**

Marcus Saldana
304 DAKOTA RIDGE DR

Fort Worth, TX, 76134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

| Debtor | Sure Thing Sales, LLC. | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5407   **Nonpriority creditor's name and mailing address**

Marcus Uhlenhopp
112 Trotting Way

Charles Town, WV, 25414

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 26.74**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5408   **Nonpriority creditor's name and mailing address**

Marcus W Stowe
321 Gardenia Court

Burleson, TX, 76028

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 61.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5409   **Nonpriority creditor's name and mailing address**

Margaret Cayabyab
1152 RUBERTA AVE

GLENDALE, CA, 91201-1939

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 221.90**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5410   **Nonpriority creditor's name and mailing address**

Margaret Currey
15444 Hornell Street

Whittier, CA, 90604

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 24.23**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5411   **Nonpriority creditor's name and mailing address**

Margaret Johnson
3846 Golden Meadow Ct

Amelia, OH, 45102

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 12.80**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC_____    Case number _(if known)_____
             Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 5412 **Nonpriority creditor's name and mailing address**

Margaret Mummert
21 Newman Drive

Downingtown, PA, 19335

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 79.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5413 **Nonpriority creditor's name and mailing address**

Margaret O'Brien
9988 Windmill Lakes Blvd., Apt. 504

Houston, TX, 77075

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.78

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5414 **Nonpriority creditor's name and mailing address**

Margarita  Sarita
7305 Gateshead Circle, Apt 4

Orlando, FL, 32822

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.55

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5415 **Nonpriority creditor's name and mailing address**

Margarita Avila
2458 South Trumbull Avenue

Chicago, IL, 60623

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.22

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5416 **Nonpriority creditor's name and mailing address**

Marge Polman
106 West Maxson Avenue

West Liberty, IA, 52776

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number (if known)_____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 5417    **Nonpriority creditor's name and mailing address**

Margeaux LeVere
15 Westview Pl

Thornville, OH, 43076-9330

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.99

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5418    **Nonpriority creditor's name and mailing address**

Margot A. Cardinale
6 Tuttle Ct

Hillsborough, NJ, 8844

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.99

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5419    **Nonpriority creditor's name and mailing address**

margot sayer
7934 Corte Domingo

Carlsbad, CA, 92009

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 53.86

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5420    **Nonpriority creditor's name and mailing address**

Maria  Hernandez
805 Rialto Street

Oxnard, CA, 93035

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 42.99

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5421    **Nonpriority creditor's name and mailing address**

Maria  Mendoza
2580 Senter Road, Spc. 513

San Jose, CA, 95111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Sure Thing Sales, LLC.
_____    Case number _(if known)_____
Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 5422    **Nonpriority creditor's name and mailing address**

Maria Aliftiras
25631 Wentink Ave

San Antonio, TX, 78261

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5423    **Nonpriority creditor's name and mailing address**

Maria Argueta
6335 Quail Meadow Dr.

Houston, TX, 77035

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5424    **Nonpriority creditor's name and mailing address**

Maria Coakley
85 Bainbridge St.

Malden, MA, 2148

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5425    **Nonpriority creditor's name and mailing address**

Maria Connor
974 VILLAGE CIR

HICKORY, NC, 28602

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5426    **Nonpriority creditor's name and mailing address**

Maria Contreras
118 Winham St

Salinas, CA, 93901-3317

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.88

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number _(if known)_ |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 5427  **Nonpriority creditor's name and mailing address**

Maria Contreras
9710 Otis Street

South Gate, CA, 90280

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9.99

---

**3.** 5428  **Nonpriority creditor's name and mailing address**

Maria del carmen Mediano
901 w pueblo

Hobbs, NM, 88240

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 11.99

---

**3.** 5429  **Nonpriority creditor's name and mailing address**

Maria Hernandez
21205 ROSCOE BLVD, APT 17

CANOGA PARK, CA, 91304-4238

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 65.98

---

**3.** 5430  **Nonpriority creditor's name and mailing address**

Maria Hernandez
21205 Roscoe Blvd, Apt# 17

Canoga Park, CA, 91304

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 215.67

---

**3.** 5431  **Nonpriority creditor's name and mailing address**

Maria Jenny V?©lez
Urb. Santa Ana, D-10 Calle Temple

San Juan, PR, 927

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 308.95

---

Debtor _____Sure Thing Sales, LLC_____
Name

Case number _(if known)_____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

3. ⌐5432  **Nonpriority creditor's name and mailing address**

Maria Polink
20900 Pioneer Ridge Terrace

Ashburn, VA, 20147

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.09

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

3. ⌐5433  **Nonpriority creditor's name and mailing address**

Maria Rosales
1403 Sutton Circle

Tifton, GA, 31794

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.95

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

3. ⌐5434  **Nonpriority creditor's name and mailing address**

Maria Sanchez
14823 Southeast 308th Street

Kent, WA, 98042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

3. ⌐5435  **Nonpriority creditor's name and mailing address**

Maria Sciullo
440 Russellwood Avenue

McKees Rocks, PA, 15136

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 162.95

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

3. ⌐5436  **Nonpriority creditor's name and mailing address**

Maria Vazquez
1301 W Kennedy St, Apt K

Pharr, TX, 78577

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Debtor  Sure Thing Sales, LLC.
    Name

Case number _(if known)_

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 5437   **Nonpriority creditor's name and mailing address**

Mariah Garbarino
44 Patapsco Road

Linthicum Heights, MD, 21090

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.71

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.** 5438   **Nonpriority creditor's name and mailing address**

Mariah Simensky
1200 Mississippi Avenue

Pittsburgh, PA, 15216

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 154.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.** 5439   **Nonpriority creditor's name and mailing address**

Marian Oviedo
1621 West Holly Oak Drive

Tucson, AZ, 85746

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.** 5440   **Nonpriority creditor's name and mailing address**

Mariana Thalwitz
3680 Shelby Road

Madison, VA, 22727

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.** 5441   **Nonpriority creditor's name and mailing address**

Marianna De La Torre
1221 Trapani Cove, Unit 1

Chula Vista, CA, 91915

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

Debtor _____Sure Thing Sales, LLC._____   Case number _(if known)_____
            Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

3.___5442___ **Nonpriority creditor's name and mailing address**
Mariano Suarez
1970 East 1st Avenue

Hialeah, FL, 33010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 182.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

3.___5443___ **Nonpriority creditor's name and mailing address**
Mariateresa Snyder
224 E. Potter St.

Wood Dale, IL, 60191

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.95

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

3.___5444___ **Nonpriority creditor's name and mailing address**
Maribel Ortiz
336 McCovey Ln

San jose, CA, 95127

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

3.___5445___ **Nonpriority creditor's name and mailing address**
Maribel Salgado
3080 Martin Ave. Apt 7

San Diego, CA, 92113

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.76

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

3.___5446___ **Nonpriority creditor's name and mailing address**
Maribella Lopez
14974 NW Jack Rd

Banks, OR, 97106-7038

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 105.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor _____Sure Thing Sales, LLC_____    Case number _(if known)_____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** ⌐5447⌐  **Nonpriority creditor's name and mailing address**

Maricela Cazares
8671 Beckett Way

Dublin, CA, 94568

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.86

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⌐5448⌐  **Nonpriority creditor's name and mailing address**

Marie Booth
3988 LECONT CT

SIMI VALLEY, CA, 93063-2855

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⌐5449⌐  **Nonpriority creditor's name and mailing address**

Marie Clements
62 Spring Hill road

Vineyard Haven, MA, 2568

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 83.93

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⌐5450⌐  **Nonpriority creditor's name and mailing address**

Marie McLendon
14027 Cleobrook drive

Houston, TX, 77070

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.22

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⌐5451⌐  **Nonpriority creditor's name and mailing address**

Marie Ozturk
347 South Center Avenue

Bradley, IL, 60915

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.16

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** ⌐5452⌐ **Nonpriority creditor's name and mailing address**

Marie Saba
21004 99th ave s

kent, WA, 98031

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**3.** ⌐5453⌐ **Nonpriority creditor's name and mailing address**

Mariela Cantoriano
2444 S Sabre Ave

Fresno, CA, 93727

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.66

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**3.** ⌐5454⌐ **Nonpriority creditor's name and mailing address**

marilyn burg
702 N Hokah St

caledonia, MN, 55921-1032

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**3.** ⌐5455⌐ **Nonpriority creditor's name and mailing address**

Mario Corte Gonzalez
6713 Barney Rd.

Houston, TX, 77092

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**3.** ⌐5456⌐ **Nonpriority creditor's name and mailing address**

Mario Cortez
479 N. Olive St

Orange, CA, 92866

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Debtor      Sure Thing Sales, LLC.
            Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 5457   **Nonpriority creditor's name and mailing address**

Mario Garcia
1325 prater way Apt D Sparks NV 89433, Apt D

Sparks, NV, 89431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5458   **Nonpriority creditor's name and mailing address**

mario gomez
P.o.box 473

Grulla, TX, 78548

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 237.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5459   **Nonpriority creditor's name and mailing address**

Mario Guillen
12311 Tule River Way

Bakersfield, CA, 93312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.47

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5460   **Nonpriority creditor's name and mailing address**

Mario Hernandez
1366 Jasper Avenue

Mentone, CA, 92359

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5461   **Nonpriority creditor's name and mailing address**

Mario Mendoza
923 Southeast 10th Street, 3B

DEERFIELD BEACH, FL, 33441

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor   Sure Thing Sales, LLC
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 5462   **Nonpriority creditor's name and mailing address**

Mario Pizano
4015 1st St

East Moline, IL, 61244-3329

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 45.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**3.** 5463   **Nonpriority creditor's name and mailing address**

Mario Ramirez
9154 W Dreyfus Dr

Peoria, AZ, 85381

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 75.64

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**3.** 5464   **Nonpriority creditor's name and mailing address**

Mario Reyes
4049 Asante Cove Street

Las Vegas, NV, 89115

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 60.68

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**3.** 5465   **Nonpriority creditor's name and mailing address**

Mario Ross
908 Canterbury Ln.

Waukesha, WI, 53188

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.78

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**3.** 5466   **Nonpriority creditor's name and mailing address**

Mario Salazar
11270 Avocet LN, apt 104

Raleigh, NC, 27617

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.87

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Debtor _____Sure Thing Sales, LLC_____   Case number _(if known)_____
            Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 5467   **Nonpriority creditor's name and mailing address**

Mario Shoemore
709 Delanie way

Stone mountain , GA, 30083

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5468   **Nonpriority creditor's name and mailing address**

Mario Torres
4630 Apache Ln

Crosby, TX, 77532-7189

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.62

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5469   **Nonpriority creditor's name and mailing address**

Mario Vera
411 Spokane Street

Wenatchee, WA, 98801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5470   **Nonpriority creditor's name and mailing address**

Marisa Jones
36254 Pursh Drive

Lake Elsinore, CA, 92532

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5471   **Nonpriority creditor's name and mailing address**

Marisa Kline
39768 E Sam Arnold Loop

Ponchatoula, LA, 70454

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.67

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name                                                    Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5472 **Nonpriority creditor's name and mailing address**

Marisela Burgos
1190 East Newburgh Street

Azusa, CA, 91702

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.12

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5473 **Nonpriority creditor's name and mailing address**

Marisela Lopez
14643 Loving Lane

El Paso, TX, 79938

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5474 **Nonpriority creditor's name and mailing address**

Marissa Melen
500 West Middlefield Road, Apartment 101

Mountain View, CA, 94043

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 153.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5475 **Nonpriority creditor's name and mailing address**

Marissa Winfield
1116 County Line Rd, Apt 32

Kansas City, KS, 66103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.19

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5476 **Nonpriority creditor's name and mailing address**

Maritsa Castillo
204 N Bernice Dr

Garland, TX, 75042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.65

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      Sure Thing Sales, LLC
            Name                                                    Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 5477  **Nonpriority creditor's name and mailing address**

Maritza Aguero
16011 n warren rd

Maricopa, AZ, 85139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 519.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5478  **Nonpriority creditor's name and mailing address**

Maritza Ross
1200 Taylor Creek Dr

Mesquite, TX, 75181

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5479  **Nonpriority creditor's name and mailing address**

Mark  Maniaci
42012 , Ehrke

Clinton Township, MI, 48038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5480  **Nonpriority creditor's name and mailing address**

Mark A Walter
579 Sealock Avenue

Steubenville, OH, 43952

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.80

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5481  **Nonpriority creditor's name and mailing address**

Mark Arthur II
3213 Guffey Dr

Grove City, OH, 43123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.89

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5482  **Nonpriority creditor's name and mailing address**

Mark Barrientos
314 Mott Ave

Inwood, NY, 11096

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5483  **Nonpriority creditor's name and mailing address**

Mark Beltran
31 Highcrest Lane

South San Francisco, CA, 94080

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 642.96

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5484  **Nonpriority creditor's name and mailing address**

Mark Bowles
2167 N. Zircon PL

Meridian, ID, 83646

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5485  **Nonpriority creditor's name and mailing address**

Mark Cahill
301 Chestnut Hill Road

Colchester, CT, 6415

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.02

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5486  **Nonpriority creditor's name and mailing address**

Mark Carrasco
944 w 30th street

San Bernardino, CA, 92405

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC_____  Case number _(if known)_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 5487  **Nonpriority creditor's name and mailing address**

Mark Claravall
5208 SE 46th St

Oklahoma City, OK, 73135

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 188.94

---

**3.** 5488  **Nonpriority creditor's name and mailing address**

Mark Cole
1119 N Hilton Road

Wilmington, DE, 19803

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 22.99

---

**3.** 5489  **Nonpriority creditor's name and mailing address**

mark davidson
56250 s 36550 road

Terlton, OK, 74081

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 102.98

---

**3.** 5490  **Nonpriority creditor's name and mailing address**

Mark Dellorto
1400 S. Nova Rd., 171

Daytona Beach, FL, 32114

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 39.99

---

**3.** 5491  **Nonpriority creditor's name and mailing address**

Mark Delos Santos
1564 Fall Avenue

San Jose, CA, 95127

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 52.99

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5492  **Nonpriority creditor's name and mailing address**

MARK DIAZ
1529 Hunters Glen Ave

Chula Vista, CA, 91913

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 173.99

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 5493  **Nonpriority creditor's name and mailing address**

Mark Garcia
10271 HARMONY RIDGE WAY

CLERMONT, FL, 34711-9207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9.99

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 5494  **Nonpriority creditor's name and mailing address**

Mark Greco
20 Jamie Dr

Sewell, NJ, 08080-3532

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 51.17

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 5495  **Nonpriority creditor's name and mailing address**

Mark Hart
1065 Canyon Shadows Ct.

Cary, NC, 27519

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 62.98

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 5496  **Nonpriority creditor's name and mailing address**

Mark Hensel
326 shervin dr

burlington, WI, 53105-9628

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 260.39

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
         Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 5497 **Nonpriority creditor's name and mailing address**

Mark Isham
1190 main st , Apt 1

Dallas, OR, 97338

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 19.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 5498 **Nonpriority creditor's name and mailing address**

Mark Jankauskas
8734 Gillespie Street

Philadelphia, PA, 19136

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 53.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 5499 **Nonpriority creditor's name and mailing address**

Mark Kyker
779 Hiwassee street

Newport, TN, 37821

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 11.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 5500 **Nonpriority creditor's name and mailing address**

Mark Leon
955 West Rosewood Court

Ontario, CA, 91762

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 118.51

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 5501 **Nonpriority creditor's name and mailing address**

Mark Lindsey
11408 sw 213th st

Miami, FL, 33189

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 10.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                                    Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

3. 5502  **Nonpriority creditor's name and mailing address**

Mark Manson
110 Walter Way Unit 1722

Stockbridge, GA, 30281-9517

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.07

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

3. 5503  **Nonpriority creditor's name and mailing address**

Mark Matthews
15218 Hornell Street

Whittier, CA, 90604

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 17.99

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

3. 5504  **Nonpriority creditor's name and mailing address**

Mark Micheletti
7113 Marsh Way

Cotati, CA, 94931

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.27

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

3. 5505  **Nonpriority creditor's name and mailing address**

Mark Morrill
P.O. Box 1203

Fernley, NV, 89408

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 44.99

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

3. 5506  **Nonpriority creditor's name and mailing address**

MARK OLIVAREZ
448 Northpark Blvd

San Bernardino, CA, 92407

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.30

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5507 **Nonpriority creditor's name and mailing address**

Mark Pagan
1446 Benner Street

Philadelphia, PA, 19149

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 5508 **Nonpriority creditor's name and mailing address**

Mark Pecina
331 McCotter Drive

Grifton, NC, 28530

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 166.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 5509 **Nonpriority creditor's name and mailing address**

Mark R Roush
72 Lucy Crk Apt 10

Amelia, OH, 45102-1571

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 5510 **Nonpriority creditor's name and mailing address**

Mark Samkowiak
2659 Indian Trail

Evart, MI, 49631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.71

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 5511 **Nonpriority creditor's name and mailing address**

Mark Santos
7211 Abilene Street

Houston, TX, 77020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 541.24

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor ___Sure Thing Sales, LLC._____ Case number _(if known)_____

Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 5512 **Nonpriority creditor's name and mailing address**

Mark Schwaber
5 Ferrante Avenue

Greenfield, MA, 1301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.18

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5513 **Nonpriority creditor's name and mailing address**

Mark Spero
1405 NE Parvin Rd, Apt 201

Kansas City, MO, 64116

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5514 **Nonpriority creditor's name and mailing address**

Mark Tanner
3305 Carolina Moon Avenue

North Las Vegas, NV, 89081

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.34

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5515 **Nonpriority creditor's name and mailing address**

Mark Treadwell
20 Parkway North

Brewer, ME, 4412

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5516 **Nonpriority creditor's name and mailing address**

Mark Vital
146 South Hunter Highway

Drums, PA, 18222

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.19

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3. 5517  **Nonpriority creditor's name and mailing address**

Mark Walker
375 Harbour Cove Dr., 517

Sparks, NV, 89434

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5518  **Nonpriority creditor's name and mailing address**

Mark Waymire
521 Sw 164th Ter

Oklahoma City, OK, 73170

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.46

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5519  **Nonpriority creditor's name and mailing address**

Mark Zimmelman
309 Sutter Street

San Francisco, CA, 94108

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.76

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5520  **Nonpriority creditor's name and mailing address**

Marla Morales
P.O box 142115

Arecibo, PR, 614

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5521  **Nonpriority creditor's name and mailing address**

Marlena Svenson
244 Market Street, PO Box 392

Auburn, PA, 17922

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5522  **Nonpriority creditor's name and mailing address**

Marlene Arthur-schultz
1222 dodge ct

Cheyenne, WY, 82001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.57

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5523  **Nonpriority creditor's name and mailing address**

Marlene Davidson
1390 Santa Alicia Avenue, APT 13102

Chula Vista, CA, 91913

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.26

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5524  **Nonpriority creditor's name and mailing address**

Marlene Soo Hoo
91-1121 Keaunui Dr, Suite 108, PMB 198

Ewa Beach, HI, 96706

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.17

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5525  **Nonpriority creditor's name and mailing address**

Marley Corcoran
265A View Dr

Sedona, AZ, 86336-5541

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.17

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5526  **Nonpriority creditor's name and mailing address**

Marlin Fontanez
860 Riverside Drive, apt 3a

New York, NY, 10032

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.09

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC

Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 5527  **Nonpriority creditor's name and mailing address**

Marlin Fontanez
860 Riverside Drive, Apt 3A

New York, NY, 10032

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 42.45

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5528  **Nonpriority creditor's name and mailing address**

MArlo ADams
80 Freeman Hall Road

Nottingham, NH, 3290

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 54.95

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5529  **Nonpriority creditor's name and mailing address**

Marlon D Morales
1313 Bahia avenue

Orlando, FL, 32807

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 71.97

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5530  **Nonpriority creditor's name and mailing address**

Marlon Galeano
17201 Burton Street

Los Angeles, CA, 91406

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 123.72

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5531  **Nonpriority creditor's name and mailing address**

Marrion Sevilla
24184 Via Vargas dr

Moreno Valley, CA, 92553

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 110.95

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_ _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 5532  **Nonpriority creditor's name and mailing address**

Marshall Hendricks
384 Four Mile Loop, 9

CHERAW, SC, 29520

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.07

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5533  **Nonpriority creditor's name and mailing address**

Marshall Sarisky
85 Forest Hill Dr.

Hubbard, OH, 44425

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.16

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5534  **Nonpriority creditor's name and mailing address**

Marta Lacko
4104 Corsair Avenue

Kissimmee, FL, 34741

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 161.24

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5535  **Nonpriority creditor's name and mailing address**

Martha Fuentes
3770 fm 725

New Braunfels, TX, 78130

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 18.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5536  **Nonpriority creditor's name and mailing address**

Martha Guerrero
1693 Yale Avenue

Brownsville, TX, 78520

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 42.21

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*_____

## Part 2:  Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 5537  **Nonpriority creditor's name and mailing address**

Martha Gutierrez
416 Savannah Dr

Pharr, TX, 78577

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.04

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5538  **Nonpriority creditor's name and mailing address**

Martha Larios
17202 Chestnut

Irvine, CA, 92612

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 104.50

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5539  **Nonpriority creditor's name and mailing address**

Martin Espinoza II
108 Arbor Drive

Moab, UT, 84532

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5540  **Nonpriority creditor's name and mailing address**

Martin Fung
85 Lupine Ave

San Francisco, CA, 94118

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.02

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5541  **Nonpriority creditor's name and mailing address**

Martin Leibold II
10700 Finn Drive

New Market, MD, 21774

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC
         Name                                                    Case number (if known)

---

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 5542 **Nonpriority creditor's name and mailing address**

Martin Miller
2950 Parlin Dr.

Grove City, OH, 43123

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.15

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5543 **Nonpriority creditor's name and mailing address**

Martin Murguia
607 N may St

Aurora, IL, 60506

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5544 **Nonpriority creditor's name and mailing address**

Martin Nino
1800 S. Main St Suite 125-326

MCALLEN, TX, 78503

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 96.92

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5545 **Nonpriority creditor's name and mailing address**

Martin Solorio
27515 Rosa Lane, Unit 203

CANYON COUNTRY, CA, 91387

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5546 **Nonpriority creditor's name and mailing address**

martin zhou
68 bay blvd

newward, DE, 19702

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 299.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. __5547__  **Nonpriority creditor's name and mailing address**

Martina Schambra
3455 Long Drive

Minden, NV, 89423

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 45.98

---

3. __5548__  **Nonpriority creditor's name and mailing address**

Martir Bonilla
66 Grand St

Danbury, CT, 6810

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 24.45

---

3. __5549__  **Nonpriority creditor's name and mailing address**

Marvin Cruz
88-37 213 street

Queens Village, NY, 11427

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 13.05

---

3. __5550__  **Nonpriority creditor's name and mailing address**

Marvin Diaz-Lacayo
550 LIBERTY ST APT 802

Braintree, MA, 2184

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 25.49

---

3. __5551__  **Nonpriority creditor's name and mailing address**

Marvin Dimas
6043 Lakewood Blvd

Lakewood, CA, 90712

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 90.38

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Sure Thing Sales, LLC.
          Name                                              Case number (if known)

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5552 **Nonpriority creditor's name and mailing address**

Marvin Dimas
6043 Lakewood Blvd

Lakewood, CA, 90712

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 36.37

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 5553 **Nonpriority creditor's name and mailing address**

Marvin Rosario
191 Stephens St, Apt A10

Belleville, NJ, 7109

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 69.30

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 5554 **Nonpriority creditor's name and mailing address**

Mary  Wong
3712 North Broadway

Chicago, IL, 60613

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 5555 **Nonpriority creditor's name and mailing address**

Mary Barrett
2319 17th  strert

Philadelphia, PA, 19145

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 35.97

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 5556 **Nonpriority creditor's name and mailing address**

Mary Bennett
6 Sarah Lane

Monroe Township, NJ, 8831

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12.78

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 5557  **Nonpriority creditor's name and mailing address**

Mary Carr
1309 West Virginia Avenue

Dunbar, WV, 25064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 19.99**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5558  **Nonpriority creditor's name and mailing address**

Mary Darnell
3804 Clubhouse Dr

Paulsboro, NJ, 08066-2141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 35.18**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5559  **Nonpriority creditor's name and mailing address**

Mary E Crafton
219 Mandalay Dr.

Florence, AL, 35630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 65.69**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5560  **Nonpriority creditor's name and mailing address**

Mary Florian
1318 Ragsdale Ln

Katy, TX, 77494-3573

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 9.99**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5561  **Nonpriority creditor's name and mailing address**

Mary Furio
7561 8th St

Buena Park, CA, 90621-2818

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 12.92**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

3. 5562 **Nonpriority creditor's name and mailing address**

mary furio
7561 8th Street

Buena Park, CA, 90621

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 15.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 5563 **Nonpriority creditor's name and mailing address**

Mary Guina
4878 Mato Ct

Sparks, NV, 89436

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 5.40

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 5564 **Nonpriority creditor's name and mailing address**

Mary Hall
6020 Dona Beatriz Ln

El Paso, TX, 79932-1847

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 269.52

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 5565 **Nonpriority creditor's name and mailing address**

Mary Harris
9848 Hathaway Drive

Northville, MI, 48167

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 5566 **Nonpriority creditor's name and mailing address**

Mary Horner
11 Water Street

Millville, NJ, 8332

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.30

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5567  **Nonpriority creditor's name and mailing address**

Mary Ingrassia
62 COBBLERIDGE LN

MANORVILLE, NY, 11949-2523

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 341.92

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5568  **Nonpriority creditor's name and mailing address**

Mary Kalu
1050 Mockingbird Hill Court

Murphy, TX, 75094

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.30

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5569  **Nonpriority creditor's name and mailing address**

Mary Kay COY
129 Abigail Lane

Anderson, SC, 29621

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5570  **Nonpriority creditor's name and mailing address**

Mary Miller
733 North Evergreen Avenue

Arlington Heights, IL, 60004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5571  **Nonpriority creditor's name and mailing address**

MARY OLIVIA HARLOW
3160 Brierfield Rd

Alpharetta, GA, 30004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 159.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_ _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. 5572 **Nonpriority creditor's name and mailing address**

Mary Reyes
13608 68th Dr, A

Flushing, NY, 11367-1620

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5573 **Nonpriority creditor's name and mailing address**

mary rodriguez
112 ENGINEER CT

harvest, AL, 35749-8446

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 42.19

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5574 **Nonpriority creditor's name and mailing address**

Mary Simons
15378 Monterosa Drive

Granger, IN, 46530

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5575 **Nonpriority creditor's name and mailing address**

Mary Walsh
56 Colberg Avenue

Boston, MA, 2131

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.55

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5576 **Nonpriority creditor's name and mailing address**

Mary Youch
5 Downing Lane

Sewell, NJ, 8080

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 36.24

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____
Sure Thing Sales, LLC.
        Name

Case number _(if known)_____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 5577 **Nonpriority creditor's name and mailing address**

Mary-Anne Spina
164-12 Lithonia Ave

Flushing, NY, 11365

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 460.52

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5578 **Nonpriority creditor's name and mailing address**

Mary-Kristen  McDonough
7 Roseland Rd

Newport, NH, 3773

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 74.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5579 **Nonpriority creditor's name and mailing address**

Maryam Ghanem
3232 74th Street, R2

East Elmhurst, NY, 11370

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 100.13

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5580 **Nonpriority creditor's name and mailing address**

Maryam Wasim
3319 Noble Drive

Woodridge , IL, 60517

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 51.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5581 **Nonpriority creditor's name and mailing address**

MaryAnn Flor
51 Rossmore Place

Belleville, NJ, 07109-2615

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                 Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number *(if known)*_____

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 5582  **Nonpriority creditor's name and mailing address**

MaryRuth  Schrotenboer
3061 , Firefly Drive

Norman , OK, 73071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 5583  **Nonpriority creditor's name and mailing address**

Masaki Nagamine
943 E Twill Ct.

Anaheim, CA, 92802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 259.66

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 5584  **Nonpriority creditor's name and mailing address**

Mason Beck
31194 Roberta Drive

Bay Village, OH, 44140

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 709.52

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 5585  **Nonpriority creditor's name and mailing address**

Mason Stewart
5 Cheshire Ct

Londonderry, NH, 3053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 139.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 5586  **Nonpriority creditor's name and mailing address**

Mason Yu
1919 28th avenue

san francisco, CA, 94116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 146.64

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.5587  Nonpriority creditor's name and mailing address**

Mason Zook
8444 Swift Lane

Canal Winchester, OH, 43110

**As of the petition filing date, the claim is:** $32.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5588  Nonpriority creditor's name and mailing address**

Massimo  Romero
7641 10th Street, Apt #201

Buena Park, CA, 90621

**As of the petition filing date, the claim is:** $62.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5589  Nonpriority creditor's name and mailing address**

mat gardiner
48339 morris rd

hammond, LA, 70401

**As of the petition filing date, the claim is:** $34.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5590  Nonpriority creditor's name and mailing address**

Mateo Chanel
71 Ridgewood Avenue

San Francisco, CA, 94112

**As of the petition filing date, the claim is:** $45.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5591  Nonpriority creditor's name and mailing address**

Mateo Mallard
7004 Green Glade Ct 7004 Green Glade Ct

Alexandria, VA, 22315-4243

**As of the petition filing date, the claim is:** $263.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | | |
| | Name | Case number (if known) | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.** 5592  **Nonpriority creditor's name and mailing address**

Mathew Haight
18410 84th Ave W

EDMONDS, WA, 98026

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 29.99**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5593  **Nonpriority creditor's name and mailing address**

Mathew Voos
40 Clark Ln Fl 2

Waterford, CT, 06385-2310

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 76.56**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5594  **Nonpriority creditor's name and mailing address**

Matt Alden
1595 Kilbarron Drive

Morrow, OH, 45152

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 38.42**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5595  **Nonpriority creditor's name and mailing address**

Matt Cummins
26 Cali Ridge

Fairport, NY, 14450

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 39.99**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5596  **Nonpriority creditor's name and mailing address**

Matt Dabertin
3111 Gabriels Place

SANDUSKY, OH, 44870

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 81.98**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor _____Sure Thing Sales, LLC_____    Case number _(if known)_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 5597  **Nonpriority creditor's name and mailing address**

Matt Delay
37 Belhaven Drive

Springfield, IL, 62704

**As of the petition filing date, the claim is:**    $ 44.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 5598  **Nonpriority creditor's name and mailing address**

Matt Drake
112 Crab Orchard Court

Oakdale, PA, 15071

**As of the petition filing date, the claim is:**    $ 26.49
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 5599  **Nonpriority creditor's name and mailing address**

Matt Dyer
203 Brittney

Poteau, OK, 74953

**As of the petition filing date, the claim is:**    $ 45.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 5600  **Nonpriority creditor's name and mailing address**

Matt Finch
13 Saukdale Trail

Madison, WI, 53717

**As of the petition filing date, the claim is:**    $ 36.91
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 5601  **Nonpriority creditor's name and mailing address**

matt foust
2291 east riviera blvd

Oviedo, FL, 32765

**As of the petition filing date, the claim is:**    $ 79.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 5602  **Nonpriority creditor's name and mailing address**

Matt Grycan
10279 Flagstone Dr

Twinsburg, OH, 44087

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 17.07**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5603  **Nonpriority creditor's name and mailing address**

Matt Horter
550 Chestnut Street, Apt 309

Winnetka, IL, 60093

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 245.98**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5604  **Nonpriority creditor's name and mailing address**

Matt Kershner
1815 31st Street

Moline, IL, 61265

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 39.99**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5605  **Nonpriority creditor's name and mailing address**

Matt Koba
324 Ashford Road

Toms River, NJ, 8755

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 24.51**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5606  **Nonpriority creditor's name and mailing address**

Matt Miller
4067 South Park Avenue

Buffalo, NY, 14219

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 22.99**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____    Case number _(if known)_____
Name

| Part 2: | Additional Page |
|---|---|

<table>
<tr><td>Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.</td><td>Amount of claim</td></tr>
</table>

---

**3.** 5607   **Nonpriority creditor's name and mailing address**

Matt Mitchell
3047 South La Mesa Court

Visalia, CA, 93292

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 61.83

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   _____

---

**3.** 5608   **Nonpriority creditor's name and mailing address**

Matt Perkins
913 Greenville Street

LaGrange, GA, 30241

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   _____

---

**3.** 5609   **Nonpriority creditor's name and mailing address**

Matt Randall
415 Collins Street

Ormond Beach, FL, 32174

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.81

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   _____

---

**3.** 5610   **Nonpriority creditor's name and mailing address**

Matt Royka
8109 Highway 70 South

Nashville, TN, 37221

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 182.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   _____

---

**3.** 5611   **Nonpriority creditor's name and mailing address**

Matt Williams
1312 PROVIDENCE AVE

HIGH POINT, NC, 27262

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 269.82

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   _____

---

Debtor  Sure Thing Sales, LLC
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 5612 **Nonpriority creditor's name and mailing address**

Matt Yeary
400 Chapel Ct., Apartment 211

Walkersville, MD, 21793

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 58.29

---

**3.** 5613 **Nonpriority creditor's name and mailing address**

Matthew Reinhard
3717 S.Taft Hill Rd. Lot #235 N.

Fort Collins, CO, 80526

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 24.99

---

**3.** 5614 **Nonpriority creditor's name and mailing address**

Matthew West
120 S Fox St

Jenkintown, PA, 19046

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 39.99

---

**3.** 5615 **Nonpriority creditor's name and mailing address**

Matthew Altamirano
434 Betty Avenue

East Los Angeles, CA, 90022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 16.42

---

**3.** 5616 **Nonpriority creditor's name and mailing address**

Matthew Ampudia
7682 Shadow Lake Dr

Panama City Beach, FL, 32407-0292

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 112.32

---

Debtor    Sure Thing Sales, LLC.
         Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 5617 **Nonpriority creditor's name and mailing address**

Matthew Anderson
1312 N AVONDALE AVE

ANAHEIM, CA, 92801-1403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 96.90

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5618 **Nonpriority creditor's name and mailing address**

Matthew Antonick
1255 Detroit Ave Apt 19

Concord, CA, 94520

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.32

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5619 **Nonpriority creditor's name and mailing address**

Matthew Bennett
6575 West Tropicana Avenue, Apt 2129

Las Vegas, NV, 89103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.08

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5620 **Nonpriority creditor's name and mailing address**

Matthew Byrd
306 Lombard Street

Clarence, IA, 52216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5621 **Nonpriority creditor's name and mailing address**

MATTHEW CASH COLLINS
1014 Graham Dr, Apt K1

Tomball, TX, 77375-6403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.46

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC_____   Case number _(if known)_____
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 5622 **Nonpriority creditor's name and mailing address**

Matthew Colvin
2813 Hollywood Drive

Decatur, GA, 30033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.27

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5623 **Nonpriority creditor's name and mailing address**

Matthew Cooper
28601 Los Alisos Blvd, APT 1053

Mission Viejo, CA, 92692

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 96.96

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5624 **Nonpriority creditor's name and mailing address**

Matthew DaSilva
P.O. Box 1137

Hilmar, CA, 95324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 220.87

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5625 **Nonpriority creditor's name and mailing address**

Matthew DeBenedetto
12854 Mapleview St, #23

Lakeside, CA, 92040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5626 **Nonpriority creditor's name and mailing address**

Matthew DeMarco
443 Hudson Ave

MECHANICVILLE, NY, 12118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name _____    Case number _(if known)_ _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 5627 | **Nonpriority creditor's name and mailing address**

Matthew Diehl
2031 Rustling Trees Way

Spring, TX, 77373

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____
Last 4 digits of account number    _____

$ 20.98

---

**3.** 5628 | **Nonpriority creditor's name and mailing address**

Matthew Donnon
2223 Spring Lake Park Lane

Spring, TX, 77386

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____
Last 4 digits of account number    _____

$ 19.99

---

**3.** 5629 | **Nonpriority creditor's name and mailing address**

Matthew Eshragh
281 armadillo drive

Guthrie, OK, 73044-7790

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____
Last 4 digits of account number    _____

$ 26.14

---

**3.** 5630 | **Nonpriority creditor's name and mailing address**

Matthew Evangelista
128 Upland Dr.

Industry, PA, 15052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____
Last 4 digits of account number    _____

$ 44.51

---

**3.** 5631 | **Nonpriority creditor's name and mailing address**

Matthew Febus
2546 Northwest 61st Avenue

Margate, FL, 33063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____
Last 4 digits of account number    _____

$ 42.99

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

3. **5632** **Nonpriority creditor's name and mailing address**

Matthew Flint
204 Mckee Street

Pangburn, AR, 72121

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 131.04

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **5633** **Nonpriority creditor's name and mailing address**

Matthew Forness
5409 Rinker Road

Kansas City, MO, 64129

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **5634** **Nonpriority creditor's name and mailing address**

Matthew Forrest
4 TALLAHATCHIE DR

SUSSEX, NJ, 07461-4213

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.78

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **5635** **Nonpriority creditor's name and mailing address**

Matthew Giles
13826 Highway 82

Tahlequah, OK, 74464

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 93.06

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **5636** **Nonpriority creditor's name and mailing address**

Matthew Giuliani
2 Wagner Drive

Coram, NY, 11727

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 5637   **Nonpriority creditor's name and mailing address**

Matthew Hicks
3036 Brakefield Dr

La Grange, NC, 28551

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.89

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5638   **Nonpriority creditor's name and mailing address**

Matthew Hunter
13409 Orme Rd

Garfield Heights, OH, 44125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5639   **Nonpriority creditor's name and mailing address**

Matthew Isaacs
2456 S County Road 750 E

Seymour, IN, 47274-9227

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.74

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5640   **Nonpriority creditor's name and mailing address**

Matthew Jackson
1828 Kent Street

Columbus, OH, 43205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.49

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5641   **Nonpriority creditor's name and mailing address**

Matthew Jones
614 Sprucewood Circle

Altamonte Springs, FL, 32714

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.93

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number _(if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 5642  **Nonpriority creditor's name and mailing address**

Matthew Locke
4214 Judith Court

Linden, MI, 48451

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 5643  **Nonpriority creditor's name and mailing address**

Matthew Maddox
4212 Calm Waters Way

Edmond, OK, 73034

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 5644  **Nonpriority creditor's name and mailing address**

Matthew Maguder
2806 Centerwood Ct

Hamburg, NY, 14075

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.88

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 5645  **Nonpriority creditor's name and mailing address**

Matthew Marchesano
224 North Glendora Avenue

Covina, CA, 91724

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 136.68

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 5646  **Nonpriority creditor's name and mailing address**

Matthew Meyers
6123 Fuller street

Houston, TX, 77084

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor ___Sure Thing Sales, LLC._____ Case number _(if known)_____
        Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 5647 **Nonpriority creditor's name and mailing address**

Matthew Miceli
3122 Christophers Watch Lane

Ruskin, FL, 33570

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 32.09

---

**3.** 5648 **Nonpriority creditor's name and mailing address**

Matthew Moretti
7 Heritage Road

Barrington, RI, 2806

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12.83

---

**3.** 5649 **Nonpriority creditor's name and mailing address**

Matthew Paull
2034 Hyannis cir

Manteca, CA, 95336

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 151.54

---

**3.** 5650 **Nonpriority creditor's name and mailing address**

Matthew Penix
1235 PITT LOOP

CHUCKEY, TN, 37641-3232

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 35.97

---

**3.** 5651 **Nonpriority creditor's name and mailing address**

Matthew Pham
6374 Alderman Drive

Alexandria, VA, 22315

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 32.99

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page ___1140___ of ___1682___

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5652 **Nonpriority creditor's name and mailing address**

Matthew Reichner
8 W DEWART ST

SHAMOKIN, PA, 17872

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.29

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5653 **Nonpriority creditor's name and mailing address**

Matthew Rhoades
1941 Morgan Avenue

Claremont, CA, 91711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5654 **Nonpriority creditor's name and mailing address**

Matthew Robayo
28 Meadowbrook Drive

Huntington Station, NY, 11746

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.42

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5655 **Nonpriority creditor's name and mailing address**

Matthew Rosenberger
326 Willard St

Toledo, OH, 43605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 129.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5656 **Nonpriority creditor's name and mailing address**

Matthew Santos
271 Belair St

New Bedford, MA, 02745-1602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor ___Sure Thing Sales, LLC._____ Case number _(if known)_____
     Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 5657  **Nonpriority creditor's name and mailing address**

Matthew Schoen
60523 Noble Ridge Drive

South Bend, IN, 46614

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 49.99

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5658  **Nonpriority creditor's name and mailing address**

Matthew Smith
7505 Seel Ave NW

North Canton, OH, 44720

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 129.98

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5659  **Nonpriority creditor's name and mailing address**

matthew Stromquist
418 Brown St

Norway, MI, 49870

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5660  **Nonpriority creditor's name and mailing address**

Matthew Tranter
822 Center St

Bethlehem, PA, 18018

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.99

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5661  **Nonpriority creditor's name and mailing address**

Matthew Virkus
55 Cordwood Road

Cortlandt, NY, 10567

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 54.19

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_ _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5662 **Nonpriority creditor's name and mailing address**

Matthew Walter
1901 24th Avenue South, Apartment #2

Grand Forks, ND, 58201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28.95

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 5663 **Nonpriority creditor's name and mailing address**

Matthew Wheeler
828 Winchester Avenue

Alhambra, CA, 91803

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 55.06

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 5664 **Nonpriority creditor's name and mailing address**

Matthew Wollersheim
1335 Kensington Ave.

Oshkosh, WI, 54902

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 404.24

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 5665 **Nonpriority creditor's name and mailing address**

Matthew Yingling
12 Strawberry Rd

New Freedom, PA, 17349

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 261.97

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 5666 **Nonpriority creditor's name and mailing address**

Matthew Yost
116 Cider Mill Road

Mertztown, PA, 19539

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11.99

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC.
_____
Name

_____ Case number _(if known)_ _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3. 5667  **Nonpriority creditor's name and mailing address**

Matthew Zupon
825 1st St S, Apt 306

Hopkins, MN, 55343

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.13

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

3. 5668  **Nonpriority creditor's name and mailing address**

Maureen Hunt
2459 Park Place Drive

Gretna, LA, 70056

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 45.99

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

3. 5669  **Nonpriority creditor's name and mailing address**

Maureen Maguire
318 Davis Ave

Clifton Heights, PA, 19018

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.99

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

3. 5670  **Nonpriority creditor's name and mailing address**

Maureen Robinson
424 Madison Ave

Fairborn, OH, 45324

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 139.82

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

3. 5671  **Nonpriority creditor's name and mailing address**

Maureen Touhey
30 La Valley Drive

Manalapan, NJ, 7726

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.59

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Debtor    Sure Thing Sales, LLC.
_____
Name    Case number *(if known)* _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 5672 **Nonpriority creditor's name and mailing address**

Maurice Bouchard
106 Clyde Rd

Athens, GA, 30605

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 32.39

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 5673 **Nonpriority creditor's name and mailing address**

Maurice Van Roekel
42642 Rivera Dr.

Temecula, CA, 92592

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 37.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 5674 **Nonpriority creditor's name and mailing address**

Mauricio A Mandara
135 Anderson Av Apt 2

Fairview , NJ, 7022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 53.30

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 5675 **Nonpriority creditor's name and mailing address**

Mauricio Ortiz
2445 Saffire Way

The Colony, TX, 75056

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 28.13

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 5676 **Nonpriority creditor's name and mailing address**

Mauricio Romero
102 Belfast Dr

San Antonio, TX, 78209

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 94.17

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Debtor   Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 5677  **Nonpriority creditor's name and mailing address**

Maverick Mamangon
7576 Sylvan Creek Court

Citrus Heights, CA, 95610

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.15

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 5678  **Nonpriority creditor's name and mailing address**

Max Anderson
2593 East Pryor Drive

Fresno, CA, 93720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 5679  **Nonpriority creditor's name and mailing address**

Max Fell
38 Maplewood Blvd.

Suffern, NY, 10901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.12

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 5680  **Nonpriority creditor's name and mailing address**

Max Nikolaev
3251 Sneath Lane

San Bruno, CA, 94066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 168.86

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 5681  **Nonpriority creditor's name and mailing address**

Max Ochoa
1366 West 112th Street

Los Angeles, CA, 90044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.64

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor ___Sure Thing Sales, LLC.___    Case number _(if known)_____
        Name

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 5682  **Nonpriority creditor's name and mailing address**

Max Solis
182 Acalanes Drive, #7

Sunnyvale, CA, 94086

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 70.92

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 5683  **Nonpriority creditor's name and mailing address**

Maximillian Figueroa
5501 Timeless View

Colorado Springs, CO, 80915

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 5684  **Nonpriority creditor's name and mailing address**

Maximo Gutierrez
1820 East Bell De Mar Drive, 164

Tempe, AZ, 85283

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.01

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 5685  **Nonpriority creditor's name and mailing address**

Maximos Mausten
2311 Oak Drive

Steilacoom, WA, 98388

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.59

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 5686  **Nonpriority creditor's name and mailing address**

MAXINE PIERRE
4283 GALILEE DR NE

KENNESAW, GA, 30144

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.09

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | | |
| | Name | | Case number _(if known)_ |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 5687  **Nonpriority creditor's name and mailing address**

Maxwell Threlkeld
27 Stand Rock Court

Frisco, TX, 75033

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.98

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5688  **Nonpriority creditor's name and mailing address**

Maycie  Longworth
567 Benton Rd

Lexington, KY, 40505

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.09

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5689  **Nonpriority creditor's name and mailing address**

Mayra Valero
5447 Copperhead

San Antonio, TX, 78222

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5690  **Nonpriority creditor's name and mailing address**

Mayra Vences
1146 Antilles Drive

Salt Lake City, UT, 84116

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.00

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5691  **Nonpriority creditor's name and mailing address**

McKayla Snyder
3475 Barcroft Park

Hilliard, OH, 43026

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 49.43

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC._____
         Name

_____Case number _(if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 5692 **Nonpriority creditor's name and mailing address**

McKenzie Mitchell
22102 Bridges Road

Toney, AL, 35773

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 42.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5693 **Nonpriority creditor's name and mailing address**

McKinley Lambert
1014 Superior Avenue, Apt 1

Tomah, WI, 54660

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.42

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5694 **Nonpriority creditor's name and mailing address**

Md Nafizur Rahman
8405 108 st, Apt B10

Queens, NY, 11418

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 72.93

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5695 **Nonpriority creditor's name and mailing address**

Meadow Waleska
2821 E 8th St, 302A West Suites

Tulsa, OK, 74104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 94.96

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5696 **Nonpriority creditor's name and mailing address**

Meagan Williams
17 Autumn Dr

Ringgold, GA, 30736

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.81

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
        Name

Case number *(if known)* _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 5697  **Nonpriority creditor's name and mailing address**

Mechae Hall
24465 E Wagontrail Ave

Aurora , CO, 80016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.38

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 5698  **Nonpriority creditor's name and mailing address**

Mechea Boughton
Road 88 C 3160

Dunnigan, CA, 95937

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.65

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 5699  **Nonpriority creditor's name and mailing address**

Meg Linn
702 E Fountain Blvd

Colorado Springs, CO, 80903

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.30

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 5700  **Nonpriority creditor's name and mailing address**

Megan Conner
5053 Victoria Avenue Southeast

Auburn, WA, 98092

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 109.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 5701  **Nonpriority creditor's name and mailing address**

Megan Corley Mrozinski
12 Shipmaster Drive, Apt B

Brigantine, NJ, 8203

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.15

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC.
        Name

Case number *(if known)*_____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 5702  **Nonpriority creditor's name and mailing address**

Megan Dotson
5434 Potter Rd

Burton, MI, 48509

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.03

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5703  **Nonpriority creditor's name and mailing address**

Megan Francois
6345 E. Colgate Dr.

Tucson, AZ, 85710

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5704  **Nonpriority creditor's name and mailing address**

Megan Guidry
3625 Bryant Ave S, Unit 5

Minneapolis, MN, 55409

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5705  **Nonpriority creditor's name and mailing address**

Megan Gupta
1838 Sinclair Drive

Pleasanton, CA, 94588

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.06

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5706  **Nonpriority creditor's name and mailing address**

MEGAN GUPTA
1838 Sinclair Drive

Pleasanton, CA, 94588

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.76

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                                    Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5707 **Nonpriority creditor's name and mailing address**

Megan Horn
2722 Tropicana Pkwy W

Cape Coral, FL, 33993-6202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 206.60

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5708 **Nonpriority creditor's name and mailing address**

megan huggler
12928 18th Ave E

Tacoma, WA, 98445

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 163.91

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5709 **Nonpriority creditor's name and mailing address**

Megan Johnstone
9127 PERSHING AVE

ORANGEVALE, CA, 95662

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5710 **Nonpriority creditor's name and mailing address**

Megan Mahoney
6 Woodthrush Street

Longview, WA, 98632

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5711 **Nonpriority creditor's name and mailing address**

Megan Root
24863 Abalar Way

Ramona, CA, 92065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.54

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor        Sure Thing Sales, LLC.
              Name                                              Case number *(if known)*

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 5712  **Nonpriority creditor's name and mailing address**

Megan Stephens
9201 Monument Ct

Fort Worth, TX, 76244

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 148.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5713  **Nonpriority creditor's name and mailing address**

Megan villanueva
1342 E ALGONQUIN RD

Des Plaines, IL, 60016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5714  **Nonpriority creditor's name and mailing address**

Megan Vinciguerra
199 Sherman Ave, APT 4C

New York, NY, 10034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 83.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5715  **Nonpriority creditor's name and mailing address**

Megan Willette
18 Alicia Drive

Taunton, MA, 2780

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 114.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5716  **Nonpriority creditor's name and mailing address**

Meggie Cliff
PO Box 985

Kennebunkport, ME, 4046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.
         Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3. 5717   Nonpriority creditor's name and mailing address**

Meggy Banks
10 Windsor Gate Drive

Dix Hills, NY, 11746

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.49

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 5718   Nonpriority creditor's name and mailing address**

Meghan O'Connor
12827 Fair Briar Ln

Fairfax, VA, 22033

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 5719   Nonpriority creditor's name and mailing address**

Mehrnaz Emami
10334 Santa Gertrudes Avenue, #39

Whittier, CA, 90603

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.22

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 5720   Nonpriority creditor's name and mailing address**

Mei Lin Schraer
2422 Knickerbocker Dr.

Charlotte, NC, 28212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 5721   Nonpriority creditor's name and mailing address**

MeKesha Beavers
219 Springdale Road

Gadsden, AL, 35901

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
        Name _____    Case number _(if known)_ _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 5722 **Nonpriority creditor's name and mailing address**

Mekhi Souryyavongsa
5 Newtonville Ave

Fitchburg, MA, 1420

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 52.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 5723 **Nonpriority creditor's name and mailing address**

Mel Aristeigueta
1603 nw 29th street

cape coral, FL, 33993

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 40.97

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 5724 **Nonpriority creditor's name and mailing address**

Mel Johnson
2425 G St

Springfield, OR, 97477

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 107.96

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 5725 **Nonpriority creditor's name and mailing address**

Mel Torres
850 Spruce Street

Englewood, FL, 34223

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 53.49

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 5726 **Nonpriority creditor's name and mailing address**

Melani Weltens
115 Oak Meadow Ln

Boerne, TX, 78006

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5727  **Nonpriority creditor's name and mailing address**

Melanie Gannon
4995 Old Cliffs Rd

San Diego, CA, 92120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 328.62

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5728  **Nonpriority creditor's name and mailing address**

Melanie Garcia
12224 Jamestown Place

Chino, CA, 91710

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.15

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5729  **Nonpriority creditor's name and mailing address**

melanie hansbauer
633 Linden Avenue

Newport, KY, 41071

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5730  **Nonpriority creditor's name and mailing address**

Melanie Mckenzie
506 E TRINITY LN

NASHVILLE, TN, 37207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 109.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5731  **Nonpriority creditor's name and mailing address**

Melanie Mckenzie
506 East Trinity Lane

Nashville, TN, 37207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 247.96

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC._____   Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 5732 **Nonpriority creditor's name and mailing address**

Melanie Pietenpol
388 West Harborview Road

Santa Rosa Beach, FL, 32459

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 285.68

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5733 **Nonpriority creditor's name and mailing address**

Melchor David Gochioco
7036 Puetollano Drive

North Las Vegas, NV, 89084

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5734 **Nonpriority creditor's name and mailing address**

Melenda Mcquown
1226 Northeast 15th Street

Ocala, FL, 34470

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.54

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5735 **Nonpriority creditor's name and mailing address**

Melina Barrera
609 West Glaze Avenue

Exeter, CA, 93221

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5736 **Nonpriority creditor's name and mailing address**

Melinda  Gonzales
6204 75th Pl

Lubbock, TX, 79424

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____
Sure Thing Sales, LLC.
Name

Case number _(if known)_ _____

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** [5737]  **Nonpriority creditor's name and mailing address**

Melinda Franzen
2903 Ribbon Creek Way

Spring, TX, 77389

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 127.99

---

**3.** [5738]  **Nonpriority creditor's name and mailing address**

Melinda Vue
201 Elm Street

Combined Locks, WI, 54113

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 37.61

---

**3.** [5739]  **Nonpriority creditor's name and mailing address**

Melisa Duncan
103 New Hampshire St

Millinocket, ME, 4462

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 41.97

---

**3.** [5740]  **Nonpriority creditor's name and mailing address**

melissa arce
1630 West 62nd Street

Los Angeles, CA, 90047

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 52.99

---

**3.** [5741]  **Nonpriority creditor's name and mailing address**

Melissa Biddle
2311 E. North Redwood Dr.

Anaheim, CA, 92806

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 14.99

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5742 **Nonpriority creditor's name and mailing address**

melissa buck
8705 Wild Diamond ave

Las vegas, NV, 89143

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5743 **Nonpriority creditor's name and mailing address**

Melissa Cannon
3860 Lindsey rd

Marietta, GA, 30067

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5744 **Nonpriority creditor's name and mailing address**

melissa castillo
711 n Cambria st

Anaheim, CA, 92801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 44.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5745 **Nonpriority creditor's name and mailing address**

melissa christopher
101 heatherington ct

lanoka harbor, NJ, 8734

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 8.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5746 **Nonpriority creditor's name and mailing address**

Melissa Cole
1005 LEA AVE

Miamisburg, OH, 45342

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 15.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number *(if known)*_____

| | |
|---|---|
| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 5747   **Nonpriority creditor's name and mailing address**

Melissa Costa
741 Lee Ave

Newman, CA, 95360

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5748   **Nonpriority creditor's name and mailing address**

Melissa Curtis
3 Ridge View court

SMITHFIELD, RI, 2917

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5749   **Nonpriority creditor's name and mailing address**

Melissa Dennis
244 West Mayfair Avenue

Orange, CA, 92867

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5750   **Nonpriority creditor's name and mailing address**

Melissa Dubois
11440 Callahan Mill dr

Charlotte, NC, 28213

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.31

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5751   **Nonpriority creditor's name and mailing address**

melissa heinzer
4214 lee hwy

ARLINGTON, VA, 22207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.36

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
                Name                                                    Case number _(if known)_

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 5752 **Nonpriority creditor's name and mailing address**

Melissa Houle
296 Colden Rd

Colchester, VT, 5446

**As of the petition filing date, the claim is:**    $ 74.89
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5753 **Nonpriority creditor's name and mailing address**

Melissa Mauer
2917 West Main Street

Belleville, IL, 62226

**As of the petition filing date, the claim is:**    $ 13.22
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5754 **Nonpriority creditor's name and mailing address**

Melissa Mesa
3405 Collins Avenue

Evans, CO, 80620

**As of the petition filing date, the claim is:**    $ 45.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5755 **Nonpriority creditor's name and mailing address**

Melissa Munoz
740 Jackson Avenue

Carpentersville, IL, 60110

**As of the petition filing date, the claim is:**    $ 27.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5756 **Nonpriority creditor's name and mailing address**

Melissa Oronia
11 dawn lane

Calumet city, IL, 60409

**As of the petition filing date, the claim is:**    $ 7.69
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 5757  **Nonpriority creditor's name and mailing address**

Melissa phelan
53 crater ave

wharton, NJ, 7885

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.31

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5758  **Nonpriority creditor's name and mailing address**

Melissa Piatti
7680 Castano Avenue

Atascadero, CA, 93422

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5759  **Nonpriority creditor's name and mailing address**

MELISSA SEAMAN
2175 COLUMBIA BLVD CASHIER DESK
EMMERT MOTORS

SAINT HELENS, OR, 97051-1738

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5760  **Nonpriority creditor's name and mailing address**

Melissa Takeda
1520 Ridgecrest St

MONTEREY PARK, CA, 91754

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5761  **Nonpriority creditor's name and mailing address**

Melissa Terrizzi
1445 West Princeton Street

Orlando, FL, 32804

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.77

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | |
|---|---|---|
| | Name | |
| | | Case number *(if known)* |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5762 **Nonpriority creditor's name and mailing address**

Melissa Viera
2498 North Roxbury Drive

San Bernardino, CA, 92404

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 5763 **Nonpriority creditor's name and mailing address**

Melody Alderman
25562 Shortcut Pl E

Lincoln, WA, 99147-8521

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.90

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 5764 **Nonpriority creditor's name and mailing address**

Melody Burgos
271 E KINGSBRIDGE RD APT 11E

BRONX, NY, 10458-4419

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.01

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 5765 **Nonpriority creditor's name and mailing address**

Melodye Delis
645 Red Pepper Loop

Chuluota, FL, 32766

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 5766 **Nonpriority creditor's name and mailing address**

Melvin Andrews 3
9932 Chamberlin Rd.

Twinsburg, OH, 44087

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 186.80

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number *(if known)* _____

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 5767  **Nonpriority creditor's name and mailing address**

Melvin Buzon
25 Brighton Court

Daly City, CA, 94015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 199.98

---

**3.** 5768  **Nonpriority creditor's name and mailing address**

Melvin Orellana
38 Garrison Ave

San Francisco, CA, 94134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 35.99

---

**3.** 5769  **Nonpriority creditor's name and mailing address**

Meredith Lund
3966, Colbourn

Hobart, IN, 46342

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 30.98

---

**3.** 5770  **Nonpriority creditor's name and mailing address**

Merlin Barraza
3117 Friendswood Avenue

El Monte, CA, 91733

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 139.93

---

**3.** 5771  **Nonpriority creditor's name and mailing address**

Merlion .
5908 NE 112th Ave 12478

Portland, OR, 97250-9606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 33.99

---

Debtor  Sure Thing Sales, LLC.
_____
        Name

                                                        Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. ⎡5772⎤  **Nonpriority creditor's name and mailing address**

Merrick Malik
266 Cypress Lakes Drive

Slidell, LA, 70458

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.59

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⎡5773⎤  **Nonpriority creditor's name and mailing address**

Mia Bronston
530 Carrier St NE

Grand Rapids, MI, 49505

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 44.51

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⎡5774⎤  **Nonpriority creditor's name and mailing address**

Mia Marrero
2260 Sandringham Circle

Indianapolis, IN, 46214

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 35.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⎡5775⎤  **Nonpriority creditor's name and mailing address**

Mia Reyes
2062 77th Street, 3r

Brooklyn, NY, 11214

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 30.47

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⎡5776⎤  **Nonpriority creditor's name and mailing address**

Mia Santos
7307 North 16th Lane

McAllen, TX, 78504

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 75.75

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
         _____    _____
         Name                                                Case number (if known)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 5777  **Nonpriority creditor's name and mailing address**

Mia Shikhman
8 Jacaranda Court Penfield NY

PENFIELD, NY, 14526

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.07

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 5778  **Nonpriority creditor's name and mailing address**

Mia Wilmoth
33 Raintree Place

Palm Coast, FL, 32164

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.76

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 5779  **Nonpriority creditor's name and mailing address**

Micah Coulson
14 Chalet Street

Cabot, AR, 72023

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 5780  **Nonpriority creditor's name and mailing address**

Micah Jones
833 Reveille Rd

Ft.Worth, TX, 76108

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 102.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 5781  **Nonpriority creditor's name and mailing address**

Micah Kosse
1301 W 5th St, Apt 614

Austin, TX, 78703

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 192.67

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor  Sure Thing Sales, LLC
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.**5782** Nonpriority creditor's name and mailing address

Micajah Hopkins
206 North Trenton Street, 4

Arlington, VA, 22203

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.98

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

3.**5783** Nonpriority creditor's name and mailing address

Michael  Geoege
1348 Saxon Ave

Bay Shore, NY, 11706

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

3.**5784** Nonpriority creditor's name and mailing address

Michael  Owens
3060 Samantha Way

Gilbertsville, PA, 19525

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

3.**5785** Nonpriority creditor's name and mailing address

michael aguilar
1908 monterey dr

deltona, FL, 32738

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.84

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

3.**5786** Nonpriority creditor's name and mailing address

Michael Allen
2267 Mancke Dr

Rock Hill, SC, 29732

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.55

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **5787**  **Nonpriority creditor's name and mailing address**

Michael Amato
27 Gladiola Drive

Howell, NJ, 7731

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.84

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **5788**  **Nonpriority creditor's name and mailing address**

Michael Ames
2726 Arlex Dr W

Jacksonville, FL, 32211-4085

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.11

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **5789**  **Nonpriority creditor's name and mailing address**

Michael Andrews
6667 Bill Lundy Road

Laurel Hill, FL, 32567

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 690.73

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **5790**  **Nonpriority creditor's name and mailing address**

Michael Bahnemann
9407 Stuart Ave

Manassas, VA, 20110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 180.97

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **5791**  **Nonpriority creditor's name and mailing address**

Michael ball
205 Susan Lane

Fayetteville, GA, 30215

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC._____ Case number _(if known)_____
       Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 5792 **Nonpriority creditor's name and mailing address**

michael Battey
2991 Frederick Douglass Boulevard, Apt 15c

New York, NY, 10039

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.96

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5793 **Nonpriority creditor's name and mailing address**

Michael Bava
880 Millcreek Road, 1

Radcliff, KY, 40160

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5794 **Nonpriority creditor's name and mailing address**

Michael Berger
7533 Bolero Ct

Camby, IN, 46113

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.19

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5795 **Nonpriority creditor's name and mailing address**

Michael Beyhan
1648 Exquisite Street

Castle Rock, CO, 80109

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 118.88

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5796 **Nonpriority creditor's name and mailing address**

Michael Bledsoe
48 Summerfield Ln

Fredericksburg, VA, 22405-1771

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 200.06

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.

Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 5797  **Nonpriority creditor's name and mailing address**

Michael Bokausek
6528 Inland Shores Dr

Mentor, OH, 44060

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.16

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5798  **Nonpriority creditor's name and mailing address**

Michael Boland
14 Hycrest Road

Charlton, MA, 1507

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.85

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5799  **Nonpriority creditor's name and mailing address**

Michael Bonner
24431 Glenforest Rd

Euclid, OH, 44123-2358

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.39

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5800  **Nonpriority creditor's name and mailing address**

Michael Borelli
2921 West Turner Street

Allentown, PA, 18104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5801  **Nonpriority creditor's name and mailing address**

Michael Brooks
940 Thornhill Drive

Shelbyville, KY, 40065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Sure Thing Sales, LLC.
          Name                                                          Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 5802 **Nonpriority creditor's name and mailing address**

Michael Brown
13056 8th Ct NE

Seattle, WA, 98125

As of the petition filing date, the claim is: $ 22.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. 5803 **Nonpriority creditor's name and mailing address**

Michael Calderon
408 46st, apt 2

Union City, NJ, 7087

As of the petition filing date, the claim is: $ 10.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. 5804 **Nonpriority creditor's name and mailing address**

Michael Campana
449 Ward Avenue

Brick, NJ, 8724

As of the petition filing date, the claim is: $ 36.24
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. 5805 **Nonpriority creditor's name and mailing address**

Michael Cardoso
17372 Jacquelyn Lane, #1

Huntington Beach, CA, 92647

As of the petition filing date, the claim is: $ 34.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. 5806 **Nonpriority creditor's name and mailing address**

Michael Castillo
643 East 37th Street

Los Angeles, CA, 90011

As of the petition filing date, the claim is: $ 114.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
         Name

Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 5807  **Nonpriority creditor's name and mailing address**

Michael Chambers
1416 Catfish Rapids

New Braunfels, TX, 78130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.59

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5808  **Nonpriority creditor's name and mailing address**

Michael Christy
126 Elm Park Avenue

Pleasant Ridge, MI, 48069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5809  **Nonpriority creditor's name and mailing address**

Michael Cianciola
41 Gill St, Apt A

Walpole, MA, 2081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 140.95

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5810  **Nonpriority creditor's name and mailing address**

Michael Cinotti
9 Ono Drive

Wallingford, CT, 6492

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 566.91

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5811  **Nonpriority creditor's name and mailing address**

Michael Clore
1605 N Karnes Ave

Cameron, TX, 76520-1046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.04

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Sure Thing Sales, LLC.
_____    _____
Name    Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 5812 **Nonpriority creditor's name and mailing address**

Michael Corrao
822 Downfield Lane

Fuquay Varina, NC, 27526

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5813 **Nonpriority creditor's name and mailing address**

Michael Correa
421 E 28th Street

Los Angeles, CA, 90011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.16

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5814 **Nonpriority creditor's name and mailing address**

Michael Corsi
524 HOLMES RD

MORTON, PA, 19070

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5815 **Nonpriority creditor's name and mailing address**

Michael Cortez
2467 1/2 California st

Huntington Park, CA, 90255

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5816 **Nonpriority creditor's name and mailing address**

Michael Coutu
1060 West 10th Street

San Bernardino, CA, 92411

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 106.56

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
_____
Name

Case number _(if known)_ _____

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 5817  **Nonpriority creditor's name and mailing address**

Michael D Moore
2741 W Camino De La Caterva

Tucson, AZ, 85742-9265

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5818  **Nonpriority creditor's name and mailing address**

Michael Dagdagan
23019 Mission Drive

Carson, CA, 90745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.99

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5819  **Nonpriority creditor's name and mailing address**

Michael Davis
8522 Legacy Ct.

Fishers, IN, 46038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 74.98

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5820  **Nonpriority creditor's name and mailing address**

Michael Derczo
8 Kroeger Lane

Piscataway, NJ, 8854

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 70.36

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5821  **Nonpriority creditor's name and mailing address**

Michael Doxzon
149 North Rd.

Deerfield, NH, 3037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 69.98

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 5822   **Nonpriority creditor's name and mailing address**

Michael Durst
105 Pinehurst Drive

Bradenton, FL, 34210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 181.89

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5823   **Nonpriority creditor's name and mailing address**

Michael Ehemann
578 Stonegate Dr

Russellville, AR, 72802

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5824   **Nonpriority creditor's name and mailing address**

MICHAEL ENG
9384 LAKE SERENA DR

BOCA RATON, FL, 33496-6510

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5825   **Nonpriority creditor's name and mailing address**

michael fabian
5833 Tuttle's Grove Boulevard

Dublin, OH, 43016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5826   **Nonpriority creditor's name and mailing address**

Michael Fink
39741 Nebraska 22

Genoa, NE, 68640

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      Sure Thing Sales, LLC.
_____
Name

Case number *(if known)*_____

| | |
|---|---|
| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 5827  **Nonpriority creditor's name and mailing address**

Michael Funkhouser
11845 W Wethersfield Rd

El Mirage, AZ, 85335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 44.98**

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

---

**3.** 5828  **Nonpriority creditor's name and mailing address**

michael gangi
209 walnut street

Massapequa park, NY, 11762

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 52.99**

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

---

**3.** 5829  **Nonpriority creditor's name and mailing address**

Michael Garcia
7156 Village Lake Dr

Cypress, TX, 77433

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 22.99**

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

---

**3.** 5830  **Nonpriority creditor's name and mailing address**

Michael Goldman
340 Key West Drive

Evansville, IN, 47712

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 106.96**

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

---

**3.** 5831  **Nonpriority creditor's name and mailing address**

Michael Gordon
203 N PLYMOUTH BLVD

LOS ANGELES, CA, 90004-3833

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 231.04**

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. **5832**  **Nonpriority creditor's name and mailing address**

Michael Graham
18310 Mossy Creek Ln

Richmond, TX, 77407

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. **5833**  **Nonpriority creditor's name and mailing address**

Michael Grambo Jr
2000 Bowen Rd

Elma, NY, 14059

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. **5834**  **Nonpriority creditor's name and mailing address**

Michael Gray
9324 Bradleigh Dr

Winter Garden, FL, 34787

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.34

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. **5835**  **Nonpriority creditor's name and mailing address**

Michael Gray
9324 Bradleigh Drive

Winter Garden, FL, 34787

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. **5836**  **Nonpriority creditor's name and mailing address**

Michael Hammond
3527 Comstock Ave

Bellevue, NE, 68123

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 171.19

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC | | |
|---|---|---|---|
| | Name | | Case number (if known) |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5837 **Nonpriority creditor's name and mailing address**

Michael Harasimowicz
9361 Creek Rd

BATAVIA, NY, 14020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 145.79

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5838 **Nonpriority creditor's name and mailing address**

MICHAEL HARRIS
121 Edgar Road

Townsend, DE, 19734

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5839 **Nonpriority creditor's name and mailing address**

Michael Hayes
4600 Kost Drive

Bismarck, ND, 58503

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5840 **Nonpriority creditor's name and mailing address**

Michael Howland
94 Locust Blvd

Ronkonkoma, NY, 11779-3164

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 118.31

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5841 **Nonpriority creditor's name and mailing address**

Michael Ival
17470 W Madison St

Goodyear, AZ, 85338

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5842 **Nonpriority creditor's name and mailing address**

Michael Jackson
59 Lenox st

Rochester, NY, 14611

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 21.99

---

**3.** 5843 **Nonpriority creditor's name and mailing address**

Michael Jimenez
1813 NE 17th Avenue

Hillsboro, OR, 97124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 319.94

---

**3.** 5844 **Nonpriority creditor's name and mailing address**

Michael Jimenez
1813 Northeast 17th Avenue

Hillsboro, OR, 97124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 274.95

---

**3.** 5845 **Nonpriority creditor's name and mailing address**

Michael Kirchenwitz
7402 143rd Street West

Apple Valley, MN, 55124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 129.99

---

**3.** 5846 **Nonpriority creditor's name and mailing address**

Michael Kuo
18434 Dancy St

Rowland Heights, CA, 91748-4752

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 60.22

---

Debtor ___Sure Thing Sales, LLC___                    Case number _(if known)_____
         Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3.**5847** **Nonpriority creditor's name and mailing address**

Michael Langford
1718 Fairburn Road Dr. SW

Atlanta, GA, 30331

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 86.79

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3.**5848** **Nonpriority creditor's name and mailing address**

MICHAEL LIM
13320 DOUBLEGROVE ST.

BALDWIN PARK, CA, 91706

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3.**5849** **Nonpriority creditor's name and mailing address**

Michael Lloyd
159 Crosby Lane

Rochester, NY, 14612

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3.**5850** **Nonpriority creditor's name and mailing address**

Michael Luchtefeld
93 PEARL DR

HILLSBORO, MO, 63050-5032

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 74.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3.**5851** **Nonpriority creditor's name and mailing address**

Michael Mabborang
8751 Carlisle CT

Darien, IL, 60561

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 43.19

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC. | |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5852 **Nonpriority creditor's name and mailing address**

Michael Manning
12956 BOGGY POINTE DR

Orlando, FL, 32824-4842

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 5853 **Nonpriority creditor's name and mailing address**

MICHAEL MATTEO
177 Mount Sinai-Coram Road

Coram, NY, 11727

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 28.23

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 5854 **Nonpriority creditor's name and mailing address**

Michael McGuire
5700 North Ashland Avenue, #320

Chicago, IL, 60660

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 59.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 5855 **Nonpriority creditor's name and mailing address**

Michael Merwin
Po Box 726

Margaretville, NY, 12455

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 15.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 5856 **Nonpriority creditor's name and mailing address**

Michael Michau
5214 Futura Avenue

Richmond, VA, 23231

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 296.79

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Official Form 206E/F         Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5857 **Nonpriority creditor's name and mailing address**

Michael Monleon
1320 Brookwood St.

Bensenville, IL, 60106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.01

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5858 **Nonpriority creditor's name and mailing address**

Michael Morrison
4008 e 3rd st

Dayton, OH, 45403

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5859 **Nonpriority creditor's name and mailing address**

Michael Mullen
15 Arnold Rd

Fiskdale, MA, 1518

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5860 **Nonpriority creditor's name and mailing address**

Michael Mullett
919 Traction Park

Monongah, WV, 26554

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.43

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5861 **Nonpriority creditor's name and mailing address**

Michael Murphree
418 minnesota st.

LAWRENCE, KS, 66044

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
        Name

Case number *(if known)*_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** ⌐5862    **Nonpriority creditor's name and mailing address**

Michael Murphy
121 South Elm Street

Howell, MI, 48843

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** ⌐5863    **Nonpriority creditor's name and mailing address**

Michael Myers
7 Margory Ct

Novato, CA, 94947

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.18

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** ⌐5864    **Nonpriority creditor's name and mailing address**

Michael Neumann
160 Leahy Cir S

Des Plaines, IL, 60016-6025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 207.26

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** ⌐5865    **Nonpriority creditor's name and mailing address**

Michael Nguyen
6487 Peacock Boulevard

Morrow, GA, 30260

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.47

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** ⌐5866    **Nonpriority creditor's name and mailing address**

Michael Nie
11725 MONTANA AVENUE, APT 205

LOS ANGELES, CA, 90049

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 5867 **Nonpriority creditor's name and mailing address**

Michael Olivier
402 Brooklyn St

Luling, LA, 70070

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 29.98

---

**3.** 5868 **Nonpriority creditor's name and mailing address**

Michael Owen
6212 Derrick Dr

Louisville, KY, 40216

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 45.98

---

**3.** 5869 **Nonpriority creditor's name and mailing address**

Michael Owens
246 Tindall Drive

North Wilkesboro, NC, 28659

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 24.60

---

**3.** 5870 **Nonpriority creditor's name and mailing address**

Michael Page
275 Coulson Rd

Chehalis, WA, 98532

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 120.33

---

**3.** 5871 **Nonpriority creditor's name and mailing address**

Michael Panas
111 E NOBLE ST

STOCKTON, CA, 95204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 22.99

---

Debtor  Sure Thing Sales, LLC.
         Name                                                    Case number *(if known)*

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 5872  **Nonpriority creditor's name and mailing address**

Michael Paramo
1230 E CityLine Drive, Apt 2401

Richardson, TX, 75082

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 99.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 5873  **Nonpriority creditor's name and mailing address**

Michael Peden
1876 W Rosewood Dr

Scottsburg, IN, 47170

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 29.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 5874  **Nonpriority creditor's name and mailing address**

Michael Pelletier
14 Dolores Pl

Central Islip, NY, 11722

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 5875  **Nonpriority creditor's name and mailing address**

Michael Penna
1171 Spring Meadow Drive

Quakertown, PA, 18951

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 71.93

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 5876  **Nonpriority creditor's name and mailing address**

Michael Pizzileo
3699 Martha Boulevard

Bethpage, NY, 11714

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 15.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
| | Name | |

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 5877 **Nonpriority creditor's name and mailing address**

Michael Raymond
795 hammond dr, Apt 1702

Atlanta, GA, 30328

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.99

---

**3.** 5878 **Nonpriority creditor's name and mailing address**

Michael Roach
802 South Pearl Street

Denver, CO, 80209

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17.38

---

**3.** 5879 **Nonpriority creditor's name and mailing address**

Michael Rodriguez
14625 Central Avenue

Baldwin Park, CA, 91706

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 66.78

---

**3.** 5880 **Nonpriority creditor's name and mailing address**

michael roldan
265 Martina Dr

chambersburg, PA, 17201-8253

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23.31

---

**3.** 5881 **Nonpriority creditor's name and mailing address**

Michael Russell
909 Chokecherry Drive

Poplar, MT, 59255

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 34.99

---

Debtor _____
Name Sure Thing Sales, LLC.

Case number _(if known)_ _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.** 5882 **Nonpriority creditor's name and mailing address**

Michael Russo
1 Anjo Dr

Massapequa, NY, 11758-1106

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.99

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 5883 **Nonpriority creditor's name and mailing address**

Michael Rust
14838 se Lincoln st

Portland, OR, 97233-3031

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 5884 **Nonpriority creditor's name and mailing address**

Michael Salazar
7026 Glengarry Avenue

Whittier, CA, 90606

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 38.99

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 5885 **Nonpriority creditor's name and mailing address**

Michael Salcedo
1166 South 15th

Abilene, TX, 79602

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 24.99

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 5886 **Nonpriority creditor's name and mailing address**

Michael Sawayda
149 Camelot Circle

Coraopolis, PA, 15108

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.99

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1187 of 1682

Debtor ___Sure Thing Sales, LLC._____  Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

3. ___5887___ **Nonpriority creditor's name and mailing address**

Michael Sawyer
1592 Nathaniel Mitchell Rd

Dover, DE, 19904-7014

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___5888___ **Nonpriority creditor's name and mailing address**

Michael Schwob
2399 WINTER CLIFFS ST

HENDERSON, NV, 89052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.78

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___5889___ **Nonpriority creditor's name and mailing address**

Michael Setias
1701 E D St. Apt 811

Ontario, CA, 91764

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.61

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___5890___ **Nonpriority creditor's name and mailing address**

Michael Shannon
1004 South 3rd Street

Leavenworth, KS, 66048

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.64

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___5891___ **Nonpriority creditor's name and mailing address**

Michael Shea
5535 Starling Loop

Lakeland, FL, 33810

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 99.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor __Sure Thing Sales, LLC._____   Case number _(if known)_____
     Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5892  **Nonpriority creditor's name and mailing address**

Michael Silva
304 N. Begonia Ave.  Apt. A, Apt. # A

Ontario, CA, 91762

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$ 21.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.** 5893  **Nonpriority creditor's name and mailing address**

Michael Smith
2907 Mill Run Road

Hampton Cove, AL, 35763

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$ 63.96**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.** 5894  **Nonpriority creditor's name and mailing address**

Michael Soule
6540 Cherry Blossom Lane

Warrenton, VA, 20187

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$ 125.30**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.** 5895  **Nonpriority creditor's name and mailing address**

Michael Sousa
42 Mount Pleasant Street

Somerville, MA, 2145

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$ 35.05**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.** 5896  **Nonpriority creditor's name and mailing address**

Michael Stambaugh
1802 Louise Circle

Las Cruces, NM, 88001

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$ 44.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Debtor    Sure Thing Sales, LLC.
_____
Name

_____ _____ _____
                                Case number (if known)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

3. **5897** **Nonpriority creditor's name and mailing address**

Michael Stoltz
115 IVYWOOD CT

Lewisville, NC, 27023

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.22

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. **5898** **Nonpriority creditor's name and mailing address**

Michael Suarez
75-05 113 street, forest hills, ny 11375, 2-D

Forest hills, NY, 11375

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. **5899** **Nonpriority creditor's name and mailing address**

Michael Svonavec
1030 N 23rd St, Apt L1A

Allentown, PA, 18104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.71

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. **5900** **Nonpriority creditor's name and mailing address**

Michael Swyryt
66 Mediterranean Blvd N

Port Saint Lucie, FL, 34952

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. **5901** **Nonpriority creditor's name and mailing address**

Michael Tamura
5430 Camino De Bryant

Yorba Linda, CA, 92887

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 225.93

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor   Sure Thing Sales, LLC.
_____
Name   Case number (if known) _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 5902 **Nonpriority creditor's name and mailing address**

Michael Thomas
4310 N 320 Rd , 4310 N 320 Rd

Haskell, OK, 74436

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5903 **Nonpriority creditor's name and mailing address**

Michael Tyau
210 Albacore Ln

Foster City, CA, 94404

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5904 **Nonpriority creditor's name and mailing address**

Michael WADE Hobby
4298 Lillian Hall Ln

Orlando, FL, 32812

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 109.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5905 **Nonpriority creditor's name and mailing address**

Michael Warren
311 West Soo Street

Parkers Prairie, MN, 56361

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 257.69

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5906 **Nonpriority creditor's name and mailing address**

Michael Weidenheimer
21324 virgina ave. N.E.

Kingston, WA, 98346

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 403.29

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_ _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 5907 **Nonpriority creditor's name and mailing address**

Michael Wilk
330 Spencer St

Elizabeth, NJ, 7202

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 90.62

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5908 **Nonpriority creditor's name and mailing address**

Michael Williams
4809 Shadycreek Lane

Colleyville, TX, 76034

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5909 **Nonpriority creditor's name and mailing address**

Michael Winters
18 Piedmont Road

Edison, NJ, 8817

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.78

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5910 **Nonpriority creditor's name and mailing address**

Michael Zeitlin
174 Main Rd, PO Box 850, PO Box 850

Milford, ME, 4461

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.87

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5911 **Nonpriority creditor's name and mailing address**

michaela witkowski
2560 carson way

SACRAMENTO, CA, 95821

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.99

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
         Name                                              Case number *(if known)*

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 5912   **Nonpriority creditor's name and mailing address**

Michele Doto
124 Athena Lane

Lexington, SC, 29072

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 24.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5913   **Nonpriority creditor's name and mailing address**

Michele Hawkins
329 Bennett St

Woonsocket, RI, 2895

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5914   **Nonpriority creditor's name and mailing address**

Michele Mulkey
8133 SW 140th Ave

Dunnellon, FL, 34432-3425

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.34

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5915   **Nonpriority creditor's name and mailing address**

Michele Wanger
320 Overbrook Dr

Belleair, FL, 33756

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 45.96

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5916   **Nonpriority creditor's name and mailing address**

Michell Garza
5002 Rosemary Lane

Houston, TX, 77093

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 251.93

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
_____
Name

Case number *(if known)* _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

3. ⌐5917 **Nonpriority creditor's name and mailing address**

Michell Reyna Aguilar
3832 Jefferson Street

Napa, CA, 94558

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 14.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⌐5918 **Nonpriority creditor's name and mailing address**

Michelle  Vanek vician
2114 east beach drive

Fox river grove, IL, 60021

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 42.78**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⌐5919 **Nonpriority creditor's name and mailing address**

Michelle Anderson
178 McMahon Rd

Purvis, MS, 39475

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 44.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⌐5920 **Nonpriority creditor's name and mailing address**

Michelle Blaise
299 Williams Road

Wallingford, CT, 6492

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 95.70**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⌐5921 **Nonpriority creditor's name and mailing address**

Michelle Dier
3432 Dixiana Dr

Lexington, KY, 40517

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 34.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number _(if known)_ |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** `5922` **Nonpriority creditor's name and mailing address**

MICHELLE GO-FRIGILLANA
20541 via tarara

yorba linda, CA, 92887

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 42.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** `5923` **Nonpriority creditor's name and mailing address**

Michelle Hawkins
3011 Washington st

Commerce, TX, 75428-3847

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 49.78

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** `5924` **Nonpriority creditor's name and mailing address**

Michelle Lemus Alvarez
3606 W 66th Pl

Chicago, IL, 60629

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 160.96

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** `5925` **Nonpriority creditor's name and mailing address**

Michelle M Patrino
19591 Rainier View Rd SE

Monroe, WA, 98272

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 67.97

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** `5926` **Nonpriority creditor's name and mailing address**

Michelle Marini
232 Torrey Pine Drive

Rochester, NY, 14612

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 21.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5927  **Nonpriority creditor's name and mailing address**

Michelle Maxey
7429 West Palm Brook Place

Tucson, AZ, 85743

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 5928  **Nonpriority creditor's name and mailing address**

Michelle McCarty
611 S ERIN AVE

TUCSON, AZ, 85711-4888

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 49.98

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 5929  **Nonpriority creditor's name and mailing address**

Michelle Mullady
21203 Stone Saddle

San Antonio, TX, 78258

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 59.53

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 5930  **Nonpriority creditor's name and mailing address**

Michelle Murfin
6801 E. Cheery Lynn Rd., Apt. 4

Scottsdale, AZ, 85251

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 49.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 5931  **Nonpriority creditor's name and mailing address**

Michelle Prado
3044 Jamaica Dr, Apt. 1

Corpus Christi, TX, 78418

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 36.79

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number *(if known)*_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 5932  **Nonpriority creditor's name and mailing address**

Michelle Reese
9952 O'Neil Rd,

Port Byron, NY, 13140

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.15

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 5933  **Nonpriority creditor's name and mailing address**

Michelle Saxton
3037 Palace Gate Court

Las Vegas, NV, 89117

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.42

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 5934  **Nonpriority creditor's name and mailing address**

Michelle T.G.
13608 Southeast Rhine Street

Portland, OR, 97236

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 344.98

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 5935  **Nonpriority creditor's name and mailing address**

Michelle Thomas
2062 State Route 350

Macedon, NY, 14502

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 104.75

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 5936  **Nonpriority creditor's name and mailing address**

Michelle Timmins
3111 WEEPING WILLOW DR

BRIDGEVILLE, PA, 15017

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____    _____
Name    Case number (if known)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3. **5937** Nonpriority creditor's name and mailing address

Michelle Vacio
1627 Central East Freeway

Wichita Falls, TX, 76306

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 48.70

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. **5938** Nonpriority creditor's name and mailing address

Michelle Viana
41 South Rd

Harrison, NY, 10528

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 38.09

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. **5939** Nonpriority creditor's name and mailing address

Michelle Ybarzabal
185 Margate Drive

Davenport, FL, 33897

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 34.23

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. **5940** Nonpriority creditor's name and mailing address

Michelle Young
1704 Broad Street

Greensburg, PA, 15601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28.61

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. **5941** Nonpriority creditor's name and mailing address

mig rodriguez
5048 31st Place, basement

Cicero, IL, 60804

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 39.86

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Debtor ___Sure Thing Sales, LLC_____   Case number _(if known)_____
      Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. **5942** **Nonpriority creditor's name and mailing address**

Miguel  Angel
124 Merriam Street, 2nd floor

Bridgeport, CT, 6604

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 57.98

---

3. **5943** **Nonpriority creditor's name and mailing address**

Miguel A Perez
2807 N Promenade Cir, Apt 14

Sheboygan, WI, 53081

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 79.11

---

3. **5944** **Nonpriority creditor's name and mailing address**

MIGUEL ALVAREZ
777 Ada St, Unit 3

Chula Vista, CA, 91911

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 99.98

---

3. **5945** **Nonpriority creditor's name and mailing address**

Miguel Arroyo
1003 Sanderling Drive

Hercules, CA, 94547

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 185.71

---

3. **5946** **Nonpriority creditor's name and mailing address**

Miguel Beltran
94-15 58Th Ave, 3

Elmhurst, NY, 11373

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 64.99

---

Debtor    Sure Thing Sales, LLC.
_____    _____
          Name                                              Case number (if known)

| **Part 2:** | **Additional Page** |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3. 5947   Nonpriority creditor's name and mailing address**

Miguel Beltran
94-15 58th ave, Apt 3

Elmhurst, NY, 11373-5148

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 38.09

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**3. 5948   Nonpriority creditor's name and mailing address**

Miguel Casarrubias
717 West 80th Street, Apt#3

Los Angeles, CA, 90044

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 39.99

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**3. 5949   Nonpriority creditor's name and mailing address**

Miguel Chavez jr
7844 S 70th East Ave

Tulsa, OK, 74133

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 86.80

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**3. 5950   Nonpriority creditor's name and mailing address**

miguel contreras
3432 110th St, Apt 2

Corona, NY, 11368-1377

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 272.96

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**3. 5951   Nonpriority creditor's name and mailing address**

Miguel Flores
720 Carignane Dr

Gilroy, CA, 95020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13.08

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 5952  **Nonpriority creditor's name and mailing address**

Miguel Garcia
332 West Orangewood Avenue, Apt C

Anaheim, CA, 92802

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 68.95**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** 5953  **Nonpriority creditor's name and mailing address**

Miguel Genao
2436 W Kimberly Ave

Milwaukee, WI, 53221

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 12.65**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** 5954  **Nonpriority creditor's name and mailing address**

Miguel Kanaski
4088 Split Rail Ln

Fenton, MI, 48430

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 52.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** 5955  **Nonpriority creditor's name and mailing address**

miguel morais
4 settlers way

South Easton, MA, 2375

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 64.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** 5956  **Nonpriority creditor's name and mailing address**

Miguel Moran
658 Chemeketa Dr

San Jose, CA, 95123

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 71.08**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

Debtor     Sure Thing Sales, LLC.
           Name                                          Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5957   **Nonpriority creditor's name and mailing address**

Miguel Ruiz
656 s eastern ave

Los Angeles, CA, 90022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 53.98

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5958   **Nonpriority creditor's name and mailing address**

Miguel Torres
1086 Bethel Church Road

Lincolnton, NC, 28092

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 353.93

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5959   **Nonpriority creditor's name and mailing address**

Miguel Trillo
2457 W ZEPHER AVE

FLAGSTAFF, AZ, 86001-2543

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.98

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5960   **Nonpriority creditor's name and mailing address**

Mihir Ganesan
3196 Cortona Drive

San Jose, CA, 95135

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 36.08

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 5961   **Nonpriority creditor's name and mailing address**

Mikayla Johnson
3000 springfield ave.

Chesapeake, VA, 23325

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    Sure Thing Sales, LLC
_____
Name

Case number *(if known)*_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

3. 5962  **Nonpriority creditor's name and mailing address**

Mike Ade
6104 Southern Drive

St. Louis, MO, 63123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75.40

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5963  **Nonpriority creditor's name and mailing address**

Mike Allen
1805 E Lone Oak Drive

Draper, UT, 84020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.86

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5964  **Nonpriority creditor's name and mailing address**

mike blackley
520 Danver Lane

Beech Grove, IN, 46107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5965  **Nonpriority creditor's name and mailing address**

Mike Corcoran
10501 South Spaulding Avenue

Chicago, IL, 60655

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48.50

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5966  **Nonpriority creditor's name and mailing address**

Mike Filisha
12881 Marian Dr.

Lemont, IL, 60439

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 5967   **Nonpriority creditor's name and mailing address**

Mike Fumai Jr
9 Abenaki Trail

Oak Ridge, NJ, 7438

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5968   **Nonpriority creditor's name and mailing address**

Mike Harper
6 Tait drive

New Freedom, PA, 17349

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 37.09

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5969   **Nonpriority creditor's name and mailing address**

Mike Hess Jr.
6540 Alder Ct.

Indianapolis, IN, 46268

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5970   **Nonpriority creditor's name and mailing address**

Mike Hoggatt
4405 Southeast Franklin Street

Milwaukie, OR, 97222

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 5971   **Nonpriority creditor's name and mailing address**

Mike Marra
601 Kayleigh Dr

Webster, NY, 14580

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 12.95

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.
_____
          Name

Case number *(if known)*_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 5972  **Nonpriority creditor's name and mailing address**

Mike Mcdonough
390 cherokee dr

Cheektowaga, NY, 14225

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 10.99

---

**3.** 5973  **Nonpriority creditor's name and mailing address**

Mike Muschynka
925 Marshall Dr

Warminster, PA, 18974-1809

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 108.93

---

**3.** 5974  **Nonpriority creditor's name and mailing address**

Mike Portnoy
1618 Winston Road

Gladwyne, PA, 19035

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 28.61

---

**3.** 5975  **Nonpriority creditor's name and mailing address**

Mike Roupas
757 N Orleans Street #1002

Chicago, IL, 60654

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 39.99

---

**3.** 5976  **Nonpriority creditor's name and mailing address**

Mike Siler
7614 NW FOLKSTONE WAY

Lawton, OK, 73505-4107

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 14.99

---

Debtor    Sure Thing Sales, LLC.

Name    Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. ⌐5977⌐ **Nonpriority creditor's name and mailing address**

Mike Sperano
886 Roosa Gap Rd

Bloomingburg, NY, 12721

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 30.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⌐5978⌐ **Nonpriority creditor's name and mailing address**

Mike Stedham
3302 Hidden Lake Drive West

Jacksonville, FL, 32216

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 69.86

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⌐5979⌐ **Nonpriority creditor's name and mailing address**

Mike Struble
23 S Lakeview Dr

Goddard, KS, 67052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.92

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⌐5980⌐ **Nonpriority creditor's name and mailing address**

Mike Terranova
30 CIDER MILL RD

FRAMINGHAM, MA, 1701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⌐5981⌐ **Nonpriority creditor's name and mailing address**

Mike Vain
6789 Portage Avenue

Portage, IN, 46368

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. [5982] **Nonpriority creditor's name and mailing address**

Mike Weigand
5605A Creek Bottom

Austin, TX, 78731

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 129.89

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. [5983] **Nonpriority creditor's name and mailing address**

Mikey Bennett
6054 Sheffield Cove

Southaven, MS, 38671

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.70

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. [5984] **Nonpriority creditor's name and mailing address**

Mikey Pantel
7532 Rhone lane

Huntington beach, CA, 92647

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. [5985] **Nonpriority creditor's name and mailing address**

Mikey Santiago
2411 Brownwood Dr.

Mulberry, FL, 33860

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. [5986] **Nonpriority creditor's name and mailing address**

Mikie Dantonio III
5 Emile Avenue

Kenner, LA, 70065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 130.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3. 5987  **Nonpriority creditor's name and mailing address**

Mildred Shipman
1483 Garywood Ave

Columbus, OH, 43227

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

3. 5988  **Nonpriority creditor's name and mailing address**

miles kelley
19361 brookhurst street, 87

huntington beach, CA, 92646

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.16

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

3. 5989  **Nonpriority creditor's name and mailing address**

Militza Rincon
305 West Baker Road, 1303

Baytown, TX, 77521

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.87

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

3. 5990  **Nonpriority creditor's name and mailing address**

Milka Mercado
9209 Shellgrove  Ct

Tampa, FL, 33615

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

3. 5991  **Nonpriority creditor's name and mailing address**

Milton Diego
14712 Gledhill St

Panorama City, CA, 91402

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor ___Sure Thing Sales, LLC._____  Case number _(if known)_____
      Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 5992  **Nonpriority creditor's name and mailing address**

Min Liu
6120 Ravens Crest Drive

Plainsboro, NJ, 8536

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 69.30**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 5993  **Nonpriority creditor's name and mailing address**

Mina Lampe
9588 Akes Hill Road

Dillsboro, IN, 47018

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 11.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 5994  **Nonpriority creditor's name and mailing address**

Mina zhang
1350 Boylston Street, 1410

Boston, MA, 2215

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 41.43**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 5995  **Nonpriority creditor's name and mailing address**

Mindy Bentley
9964 Jackson Street

Yelm, WA, 98597

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 37.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 5996  **Nonpriority creditor's name and mailing address**

mindy leonard
970 Monticello ave

DAVIE, FL, 33325

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 252.95**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor    Sure Thing Sales, LLC
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 5997  **Nonpriority creditor's name and mailing address**

Mindy Starcher
210 Clark Drive

Marietta, OH, 45750

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 40.74

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5998  **Nonpriority creditor's name and mailing address**

Minerva Salas
844 N Oxford Ave

Los Angeles, CA, 90029

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 5999  **Nonpriority creditor's name and mailing address**

Minghao Chen
3111 La Campania

Alameda, CA, 94502

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 36.20

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6000  **Nonpriority creditor's name and mailing address**

minghua hu
5419 Demerest Lane

San Jose, CA, 95138

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 99.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6001  **Nonpriority creditor's name and mailing address**

Minh Cao
14552 Petsworth Lane

Westminster, CA, 92683

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                                    Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3. **6002**  Nonpriority creditor's name and mailing address

Miranda  Luna
811 Derrickson Drive

El Paso, TX, 79912

As of the petition filing date, the claim is: $ 77.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **6003**  Nonpriority creditor's name and mailing address

Miranda Gruber
1062 56e Avenue

Montr?©al, QC, H1A 2R8

As of the petition filing date, the claim is: $ 32.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **6004**  Nonpriority creditor's name and mailing address

Miranda Komlenovich
31227 SHAW DR

WARREN, MI, 48093-1666

As of the petition filing date, the claim is: $ 42.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **6005**  Nonpriority creditor's name and mailing address

Miranda Luparello
26 Belmont Ave

Plainview, NY, 11803

As of the petition filing date, the claim is: $ 38.01
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **6006**  Nonpriority creditor's name and mailing address

Miranda Narcy
1236 Stockton Pl

Escondido, CA, 92026

As of the petition filing date, the claim is: $ 13.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC_____  Case number _(if known)_____
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 6007  **Nonpriority creditor's name and mailing address**

Miranda Schnakenberg
1533 Mahixon Road

Manquin, VA, 23106

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.17

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6008  **Nonpriority creditor's name and mailing address**

Mircea Mihalache
5134 N. Keeler Ave.

Chicago, IL, 60630

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 192.94

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6009  **Nonpriority creditor's name and mailing address**

Mirely Peralta
63 Hudson Street

Newark, NJ, 7103

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 211.10

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6010  **Nonpriority creditor's name and mailing address**

Mireya Martinez
10524 Leeds St

Norwalk, CA, 90650

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 168.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6011  **Nonpriority creditor's name and mailing address**

Miriam Lozano
2446 Nutwood Ave, H11

Fullerton, CA, 92831

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.01

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 1212 of 1682

Debtor    Sure Thing Sales, LLC.
          Name

Case number (if known)

---

**Part 2:      Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** ___6012___ **Nonpriority creditor's name and mailing address**

Miriam Oliva
11865 Cali Drive

Painesville, OH, 44077

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.32

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ___6013___ **Nonpriority creditor's name and mailing address**

Mirko Caldera
11170 SW 25th Street

Miami, FL, 33165

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ___6014___ **Nonpriority creditor's name and mailing address**

Miro Mora
900 West Monte Vista Avenue, B-129

Turlock, CA, 95382

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.32

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ___6015___ **Nonpriority creditor's name and mailing address**

Miroslaw Zadroga
65 MONTCLAIR DR.

EAST HARTFORD, CT, 06118-3328

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.94

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ___6016___ **Nonpriority creditor's name and mailing address**

misael luciano
highland park calle cactus #1220

San Juan, PR, 924

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** **6017** **Nonpriority creditor's name and mailing address**

MISHAEL JOHNSON
7134 east 45th street

Indianapolis, IN, 46226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 43.98**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** **6018** **Nonpriority creditor's name and mailing address**

Misty Lewis
403 Tilbury Lane

Austin, TX, 78745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 11.90**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** **6019** **Nonpriority creditor's name and mailing address**

Mitch Stander
3629 New York 3

Fulton, NY, 13069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 25.91**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** **6020** **Nonpriority creditor's name and mailing address**

Mitchell Lundberg
5077 Bayleaf Dr

Sterling Heights, MI, 48314

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 215.17**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** **6021** **Nonpriority creditor's name and mailing address**

Mitchell Saisho
1220 Rio Blanco Street

Montebello, CA, 90640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 35.27**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor   Sure Thing Sales, LLC
_____
Name

Case number _(if known)_____

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** `6022` **Nonpriority creditor's name and mailing address**

Mitchell Schell
3648 Hillcrest Road

El Sobrante, CA, 94803

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 160.89

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** `6023` **Nonpriority creditor's name and mailing address**

Mitchell slachter
580 Fairfield Ave NW

Grand Rapids, MI, 49504-4649

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 68.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** `6024` **Nonpriority creditor's name and mailing address**

Miwa Ffuru
8127 maugham drive

reynoldsburg, OH, 43068

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 80.98

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** `6025` **Nonpriority creditor's name and mailing address**

Moe Serrano
54 Foster Road

Rochester, NY, 14616

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.95

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** `6026` **Nonpriority creditor's name and mailing address**

Mohan Udayabhanu
308 W Amiron Way, Apt D

Orem, UT, 84057-8341

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.93

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor    Sure Thing Sales, LLC.
          Name

          Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 6027   **Nonpriority creditor's name and mailing address**

Moises  Arrue
3865 Duke Street

Los Angeles, CA, 90031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.31

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6028   **Nonpriority creditor's name and mailing address**

Mok?© Bean?©
1246 East 103rd Street

Brooklyn, NY, 11236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.32

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6029   **Nonpriority creditor's name and mailing address**

Molly Breen-Aronson
2A Harvard St

Arlington, MA, 2476

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6030   **Nonpriority creditor's name and mailing address**

Molly Carrigan
4375 Baywood Drive

Traverse City, MI, 49686

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.51

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6031   **Nonpriority creditor's name and mailing address**

Molly Colopy
2400 Carroll Eastern Rd NE

Pleasantville, OH, 43148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.09

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
_____
Name

Case number _(if known)_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3.⎡6032⎤ **Nonpriority creditor's name and mailing address**

Molly Kubichek
2681 Maple Grove School Road

Oconto, WI, 54153

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.65

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

3.⎡6033⎤ **Nonpriority creditor's name and mailing address**

Molly Tyler
8607 n beaman ave

kansas city, MO, 64154

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.03

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

3.⎡6034⎤ **Nonpriority creditor's name and mailing address**

Momo Garza
2705 Lima Street

Brownsville, TX, 78521

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.90

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

3.⎡6035⎤ **Nonpriority creditor's name and mailing address**

Momoka Milph
5817 N. Houghton St

Portland, OR, 97203

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 5.99

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

3.⎡6036⎤ **Nonpriority creditor's name and mailing address**

Monica  Paige
426 colonial dr

Garland, TX, 75043

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6037 **Nonpriority creditor's name and mailing address**

Monica Alvarez
PO BOX 5192

San Diego, CA, 92165

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.92

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6038 **Nonpriority creditor's name and mailing address**

Monica Burgos
145 Treasure Way, Apt A

San Antonio, TX, 78209

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6039 **Nonpriority creditor's name and mailing address**

Monica Collier
1107 Tahiti Cir,

Davenport, FL, 33897

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.53

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6040 **Nonpriority creditor's name and mailing address**

monica duenas
3009 fillmore way, 108

Costa mesa, CA, 92626

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6041 **Nonpriority creditor's name and mailing address**

Monica Kamin
11260 Overland Ave, #5A

Culver City, CA, 90230

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 137.81

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1218 of 1682

Debtor    Sure Thing Sales, LLC.
Name                                                    Case number (if known)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 6042  **Nonpriority creditor's name and mailing address**

Monica Nguyen
4110 Phoenix Dr

Springfield, OH, 45503

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 32.99**

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6043  **Nonpriority creditor's name and mailing address**

Monica Ortiz
6247 Cross River Drive

RIVERSIDE, CA, 92509

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 23.99**

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6044  **Nonpriority creditor's name and mailing address**

Monica Peele
35606 Aster Dr.

Wildomar, CA, 92595

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 81.98**

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6045  **Nonpriority creditor's name and mailing address**

Monica Toledo
3719 W 116th St

Hawthorne, CA, 90250-2623

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 110.24**

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6046  **Nonpriority creditor's name and mailing address**

Monica Wang
3570 Torrey View Court

San Diego, CA, 92130

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 57.09**

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6047   **Nonpriority creditor's name and mailing address**

Monica Zungali
1987 Plank Road

Carrolltown, PA, 15722

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 22.99

---

**3.** 6048   **Nonpriority creditor's name and mailing address**

Monik Vasquez
4463 Morganford Road , A

St Louis , MO, 63116

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 41.99

---

**3.** 6049   **Nonpriority creditor's name and mailing address**

Monique Arellano
949 Orchid Way

San Diego, CA, 92154

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 18.99

---

**3.** 6050   **Nonpriority creditor's name and mailing address**

Monique Carraby-Valentine
45 W Bort Street Apt 4

Long Beach, CA, 90805

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 92.97

---

**3.** 6051   **Nonpriority creditor's name and mailing address**

Monique Cepeda
2222 Glenfield Ave

Dallas, TX, 75224

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 29.22

---

Debtor    Sure Thing Sales, LLC.
_____
Name    Case number (if known) _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 6052 **Nonpriority creditor's name and mailing address**

Monique Duvall
PO Box 43005

Tucson, AZ, 85733

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 6053 **Nonpriority creditor's name and mailing address**

Monique Frisby
2455 South Sawtelle Avenue

Tucson, AZ, 85713

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 61.94

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 6054 **Nonpriority creditor's name and mailing address**

Monique Snagg
3150 Candace Lane

Conyers, GA, 30094

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 128.39

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 6055 **Nonpriority creditor's name and mailing address**

Montana Romo
P.O. Box 65

Black River Falls, WI, 54615

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75.94

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 6056 **Nonpriority creditor's name and mailing address**

Morgan Anderson
712 Wellborn Avenue

Carrabelle, FL, 32322

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 103.78

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
             Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 6057  **Nonpriority creditor's name and mailing address**

Morgan Byrd
12633 Roy Road

Pearland, TX, 77581

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6058  **Nonpriority creditor's name and mailing address**

Morgan Penny
5114 Shenandoah St

Ventura, CA, 93003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.15

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6059  **Nonpriority creditor's name and mailing address**

Morgan Rogge
5747 Cherry Way

Livermore, CA, 94551-8697

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.76

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6060  **Nonpriority creditor's name and mailing address**

Morpheus Esquivel
14948 Southwest Tracy Ann Court, Apartment
101 suite 3

Beaverton, OR, 97007

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6061  **Nonpriority creditor's name and mailing address**

Morris Barfield Jr
1242 Anacostia Rd SE

Washington, DC, 20019-2113

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.19

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor __Sure Thing Sales, LLC._____    Case number _(if known)_____
        Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 6062 **Nonpriority creditor's name and mailing address**

Movses Guluzian
38 Carlyle Green

Staten Island, NY, 10312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6063 **Nonpriority creditor's name and mailing address**

Ms julie kelley
1848 elevado ave

Arcadia, CA, 91006

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6064 **Nonpriority creditor's name and mailing address**

Ms Sasha Khan
5 Copper Ridge Circle

Egg Harbor Township, NJ, 8234

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6065 **Nonpriority creditor's name and mailing address**

Ms. Z
10112 Gard Avenue

Santa Fe Springs, CA, 90670-3608

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.00

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6066 **Nonpriority creditor's name and mailing address**

Muchen Zhang
2204 S Bentley Ave, Apt 303

Los Angeles, CA, 90064

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 126.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor _____Sure Thing Sales, LLC_____    Case number _(if known)_____
      Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 6067   **Nonpriority creditor's name and mailing address**

Mufan Lu
355 Serrano Drive, APT 8D

San Francisco, CA, 94132

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 124.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6068   **Nonpriority creditor's name and mailing address**

Muhammed Fayaz
3109 Charing Cross

Wilmington, DE, 19808

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 33.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6069   **Nonpriority creditor's name and mailing address**

Muriel Hasso
1180 Sidonia Ct

Encinitas, CA, 92024-2227

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 54.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6070   **Nonpriority creditor's name and mailing address**

MUY CHANG
14346 Fosters Run Ln

Humble, TX, 77396

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 18.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6071   **Nonpriority creditor's name and mailing address**

Mya-Mima Arcos
9961 SW 16th ST

Miami, FL, 33165

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.09

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**     

Debtor    Sure Thing Sales, LLC.
Name

Case number _(if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3. 6072  **Nonpriority creditor's name and mailing address**

Myrisha Prince
1909 Hazelwood Avenue, Apt A

Fort Wayne, IN, 46805-1393

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 6073  **Nonpriority creditor's name and mailing address**

Myrna Toldy
3440 Hollywood Boulevard, Suite 415

Hollywood, FL, 33021

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 6074  **Nonpriority creditor's name and mailing address**

Na Cho
20130 26th Dr SE

Bothell, WA, 98012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.64

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 6075  **Nonpriority creditor's name and mailing address**

Na Li
1929 18th Ave NE

Issaquah, WA, 98029

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.50

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 6076  **Nonpriority creditor's name and mailing address**

Na Ree Jung
11479 Sierra Ranch View Rd.

Tujunga, CA, 91042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 110.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6077 **Nonpriority creditor's name and mailing address**

Nadine Lopez
7757 White Ginger Avenue

Las Vegas, NV, 89178

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.82

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6078 **Nonpriority creditor's name and mailing address**

Naheed Raja
4732 Wermuth Way

Woodbridge, VA, 22192

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.19

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6079 **Nonpriority creditor's name and mailing address**

Nai-Jelee Cibrian
9805 JAKE LANE APT 14309

San Diego, CA, 92126

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 223.03

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6080 **Nonpriority creditor's name and mailing address**

Naichee  Lewis
714 east spruce street

Rawlins , WY, 82301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.67

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6081 **Nonpriority creditor's name and mailing address**

Nail Studio
13391 South Beach Boulevard

La Mirada, CA, 90638

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.13

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Sure Thing Sales, LLC
         Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 6082  **Nonpriority creditor's name and mailing address**

Nairi Serna
2659 Murray Pass

Odessa, FL, 33556

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 47.29

---

**3.** 6083  **Nonpriority creditor's name and mailing address**

Nancy Acosta
28868 94th Avenue

Marcellus, MI, 49067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 11.99

---

**3.** 6084  **Nonpriority creditor's name and mailing address**

Nancy Catherine Beenadski
10811 FILLMORE DR

BOYNTON BEACH, FL, 33437-3955

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 25.66

---

**3.** 6085  **Nonpriority creditor's name and mailing address**

Nancy Dickall
4006 Pendleton Dr

Spring Hill, TN, 37174-2765

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 42.79

---

**3.** 6086  **Nonpriority creditor's name and mailing address**

Nancy Doherty
8611 Shauna Oaks Cir N

Jacksonville, FL, 32277

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 32.99

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 1227 of 1682

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

3. 6087    **Nonpriority creditor's name and mailing address**

Nancy Foster
901 Mark drive

Shelby, NC, 28152

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 26.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. 6088    **Nonpriority creditor's name and mailing address**

Nancy Hays
11275 North 99th Avenue, Unit 177

Peoria, AZ, 85345

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 22.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. 6089    **Nonpriority creditor's name and mailing address**

Nancy Morkovsky
7911 Woodstone Lane

Dallas, TX, 75248

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 49.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. 6090    **Nonpriority creditor's name and mailing address**

Nancy Williams
903 Gordons Gin

San Antonio, TX, 78253

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 29.97**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. 6091    **Nonpriority creditor's name and mailing address**

Nandranie Baichu
2012 Morris Ave

Bronx, NY, 10453

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 53.95**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor _____Sure Thing Sales, LLC._____    _____
       Name                                              Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.**__6092__  **Nonpriority creditor's name and mailing address**

Naomi Pace
293 Sickles Avenue, 2nd Floor

New Rochelle, NY, 10801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 105.96

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.**__6093__  **Nonpriority creditor's name and mailing address**

Naomi Shibata
64-49 Wetherole Street, 6E

Rego Park, NY, 11374

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 252.57

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.**__6094__  **Nonpriority creditor's name and mailing address**

Napoleon Contreras
2720 Avenue D

Fort Worth, TX, 76105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27.05

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.**__6095__  **Nonpriority creditor's name and mailing address**

nash hren
123 East Beacon Hill Road

Ely, MN, 55731

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 59.04

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.**__6096__  **Nonpriority creditor's name and mailing address**

Nash Mixon
116 East Hill Drive

Madison, MS, 39110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 199.98

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor   Sure Thing Sales, LLC.
Name

Case number _(if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.**6097** Nonpriority creditor's name and mailing address

Nash Wolfram
21310 Neptune Avenue

Carson, CA, 90745

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 13.22

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3.**6098** Nonpriority creditor's name and mailing address

Nash Wooten
3218 Little John Cir SE

Cleveland, TN, 37323

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 45.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3.**6099** Nonpriority creditor's name and mailing address

Nasr Matthews
1064 Blackbird Landing Road

Townsend, DE, 19734

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 26.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3.**6100** Nonpriority creditor's name and mailing address

Natalie Dickes
PO Box 1587

La Mirada, CA, 90637

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 52.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3.**6101** Nonpriority creditor's name and mailing address

Natalie Garcia
232 Saddlebrook Dr

San Antonio, TX, 78245

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 52.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC
_____
Name

Case number _(if known)_ _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3. 6102 **Nonpriority creditor's name and mailing address**

natalie mears
525 Silverberry Lane

Sugar Hill, GA, 30518

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

3. 6103 **Nonpriority creditor's name and mailing address**

Natalie Nu?±ez Lopez
14549 Sauder St.

La Puente, CA, 91744

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.39

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

3. 6104 **Nonpriority creditor's name and mailing address**

Nataly Becerril
1404 North Fayetteville Street, Trlr 19

Asheboro, NC, 27203

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 139.98

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

3. 6105 **Nonpriority creditor's name and mailing address**

Nataly Hernandez
165 North 200 East

Bountiful, UT, 84010

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 17.15

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

3. 6106 **Nonpriority creditor's name and mailing address**

Natascha Jabeguero
3697 White Ash Road

San Bernardino, CA, 92407

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.61

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Sure Thing Sales, LLC
         Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6107    **Nonpriority creditor's name and mailing address**

Natasha Fortin
568 station rd

Mount holly, VT, 5758

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 286.19

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6108    **Nonpriority creditor's name and mailing address**

Natasha Pietila
25 Acorn Way

Kentfield, CA, 94904

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 130.79

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6109    **Nonpriority creditor's name and mailing address**

Nate Bond
246 Ground Dove Cir

Lehigh Acres, FL, 33936

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.43

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6110    **Nonpriority creditor's name and mailing address**

Nate Dogg
10889 Lehigh Ave, #155

Pacoima, CA, 91331

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6111    **Nonpriority creditor's name and mailing address**

Nate LaBar
129 Elizabeth Street

Noxen, PA, 18636

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number *(if known)* _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

3. **6112**  **Nonpriority creditor's name and mailing address**

Nate Shoffner
247 North Duke Street, Apt 8

Lancaster, PA, 17602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.67

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6113**  **Nonpriority creditor's name and mailing address**

Nathalie Cano
2601 Sarah Ave, 211

Mcallen, TX, 78503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6114**  **Nonpriority creditor's name and mailing address**

Nathalie Sciacca
52-41 69th Street

Maspeth, NY, 11378

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6115**  **Nonpriority creditor's name and mailing address**

Nathaly Garcia
11311 Emelita Street, Apt 6

North Hollywood, CA, 91601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.50

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6116**  **Nonpriority creditor's name and mailing address**

Nathan Anthopoulos
605 Northeast 84th Circle

Vancouver, WA, 98665

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 144.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 6117  **Nonpriority creditor's name and mailing address**

Nathan Boyd
1467 Forrester Road

Jasper, AL, 35504

**As of the petition filing date, the claim is:**  $ 43.79
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 6118  **Nonpriority creditor's name and mailing address**

Nathan Butler
206 Outlaw Street

Chesapeake, VA, 23320

**As of the petition filing date, the claim is:**  $ 211.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 6119  **Nonpriority creditor's name and mailing address**

Nathan Friend
14701 River Walk Way, 213

Woodbridge, VA, 22191

**As of the petition filing date, the claim is:**  $ 59.35
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 6120  **Nonpriority creditor's name and mailing address**

Nathan Gonzalez
10506 tally ho ln

San Antonio, TX, 78216-3716

**As of the petition filing date, the claim is:**  $ 137.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 6121  **Nonpriority creditor's name and mailing address**

Nathan Kim
11329 W 141st Terr

Overland Park, KS, 66221

**As of the petition filing date, the claim is:**  $ 22.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Official Form 206E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 page ___1234___ of ___1682___

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.** 6122 **Nonpriority creditor's name and mailing address**

Nathan Kohler
23211 Green Garden Circle

Chugiak, AK, 99567

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6123 **Nonpriority creditor's name and mailing address**

Nathan Lizardo
1201 E Long Valley Dr Apt 2A

palatine, IL, 60074-3347

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.69

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6124 **Nonpriority creditor's name and mailing address**

Nathan Luong
5610 Riverstone Crossing Dr

Sugar Land , TX, 77479

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6125 **Nonpriority creditor's name and mailing address**

Nathan McClellan
7315 Saint Andrews Woods Cir, #203

Louisville, KY, 40214

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6126 **Nonpriority creditor's name and mailing address**

Nathan Ramjiawan
107 08 104 St

OZONE PARK, NY, 11417

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor   Sure Thing Sales, LLC.
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 6127  **Nonpriority creditor's name and mailing address**

Nathan Samora
9712 Adams St

Thornton, CO, 80229

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6128  **Nonpriority creditor's name and mailing address**

Nathan Springle
1125 11th Street, Apt 4

Huntington, WV, 25701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.04

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6129  **Nonpriority creditor's name and mailing address**

Nathan Vassiliades
4224 S SNOWCAP DR

Gilbert, AZ, 85297

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.70

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6130  **Nonpriority creditor's name and mailing address**

Nathan-Ace Jimenez
1365 Bluebird Avenue

VENTURA, CA, 93003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6131  **Nonpriority creditor's name and mailing address**

Nathanael Anderson
112 Helen Street

Gadsden, AL, 35904

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.69

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC._____  Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 6132  **Nonpriority creditor's name and mailing address**

Nathanael Schmidt
15130 228 th Ave SE

Monroe, WA, 98272

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.08

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 6133  **Nonpriority creditor's name and mailing address**

Nathanial Hansen
455 Drager St

Ashland, OR, 97520

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 6134  **Nonpriority creditor's name and mailing address**

Nathaniel Lopez
4058 Crown Shore Dr

Dallas, TX, 75244

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.79

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 6135  **Nonpriority creditor's name and mailing address**

Nathaniel Munday
800 Pennsylvania Street, Apt 209

Denver, CO, 80203

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.84

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 6136  **Nonpriority creditor's name and mailing address**

Nathaniel Piette
820 Brighton drive

Menasha, WI, 54952

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.49

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

Debtor _____Sure Thing Sales, LLC_____   Case number _(if known)_____
         Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **6137**  **Nonpriority creditor's name and mailing address**

Nathaniel Santiago
3050 Park Avenue, 15A

The Bronx, NY, 10451

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.05

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **6138**  **Nonpriority creditor's name and mailing address**

Nathaniel Scorpio
5034 West Bullard Avenue, 217, 217

Fresno, CA, 93722

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.41

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **6139**  **Nonpriority creditor's name and mailing address**

Nayeli Gellibert
30 Paladino Avenue, 6b

New york city, NY, 10035

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **6140**  **Nonpriority creditor's name and mailing address**

Nayeli Noriega
14010 Fox Street

San Fernando, CA, 91340

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.82

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **6141**  **Nonpriority creditor's name and mailing address**

Nayomee Casso
2116 Jefferson Avenue

McAllen, TX, 78504

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 6142 **Nonpriority creditor's name and mailing address**

Nazima Rahamat
1126 Ardsley Road

Schenectady, NY, 12308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.99

| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6143 **Nonpriority creditor's name and mailing address**

Nedra Hinchman
235 Catalina Isle Drive

Merritt Island, FL, 32953

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.81

| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6144 **Nonpriority creditor's name and mailing address**

Neftali Castillo
2522 W SOUTHCROSS BLVD

SAN ANTONIO, TX, 78211-1849

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.99

| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6145 **Nonpriority creditor's name and mailing address**

Neftali Vanegas
7857 W MANSFIELD PKWY , APT 9-203

LAKEWOOD, CO, 80235

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.19

| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6146 **Nonpriority creditor's name and mailing address**

neil a yergeau
167 FRIENDSHIP ST

NORTH PROVIDENCE, RI, 2904

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 134.95

| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3. 6147 **Nonpriority creditor's name and mailing address**

neil camacho
19 langdon st, 1

boston, MA, 2119

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6148 **Nonpriority creditor's name and mailing address**

Neil Czebieniak
8611 Continental Ave

Warren, MI, 48089

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6149 **Nonpriority creditor's name and mailing address**

Neil Fragata
1168 Globe St, Apt 3

Fall River, MA, 02721-7506

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6150 **Nonpriority creditor's name and mailing address**

Neil Smith
11006 Trimble Blvd, Unit A

Fort Campbell, KY, 42223

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6151 **Nonpriority creditor's name and mailing address**

Neil V
131 Mangels Ave

San Francisco, CA, 94131

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.56

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Sure Thing Sales, LLC___
    Name

_____ Case number *(if known)*_____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 6152  **Nonpriority creditor's name and mailing address**

Neila Sandoval
8107 Ruby Drive

Mission, TX, 78574

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.81

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 6153  **Nonpriority creditor's name and mailing address**

Nellie Lowry
403 Tradewinds Dr, Apt E

Fayetteville, NC, 28314

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 6154  **Nonpriority creditor's name and mailing address**

Nelson Andrades
34 cotter rd

Highland, NY, 12528

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 92.97

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 6155  **Nonpriority creditor's name and mailing address**

Nelson Campos
2613 Wynterhall Road Southeast, A

Huntsville, AL, 35803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 77.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 6156  **Nonpriority creditor's name and mailing address**

Nelson Corcuera
2110 48th Street

North Bergen, NJ, 7047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor _____Sure Thing Sales, LLC._____   Case number _(if known)_____
         Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3. 6157 **Nonpriority creditor's name and mailing address**

Nelson Franco
531 Longfellow Avenue

Piscataway, NJ, 8854

As of the petition filing date, the claim is: $ 33.04
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 6158 **Nonpriority creditor's name and mailing address**

Nelson Miranda
230 W 8th St

Pittsburg, CA, 94565

As of the petition filing date, the claim is: $ 49.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 6159 **Nonpriority creditor's name and mailing address**

Nerilyn Peahi-Ayau
4200 ?Áé Silver Dollar Avenue, Apt 5

Las Vegas, NV, 89102

As of the petition filing date, the claim is: $ 16.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 6160 **Nonpriority creditor's name and mailing address**

Nestor Bravo
14520 Manzanillo Street

Cabazon, CA, 92230

As of the petition filing date, the claim is: $ 1,039.96
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 6161 **Nonpriority creditor's name and mailing address**

Nestor Hernandez
4703 Merced Avenue

Baldwin Park , CA, 91706

As of the petition filing date, the claim is: $ 79.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
          Name

Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 6162  **Nonpriority creditor's name and mailing address**

Nevina Bradley
400 Central Avenue

Wilmington, DE, 19805

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 111.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6163  **Nonpriority creditor's name and mailing address**

New Jersey Manufacturers insurance Company
PO Box 70167

Philadelphia, PA, 19176-0167

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 970.00

**Basis for the claim:** Insurance company

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6164  **Nonpriority creditor's name and mailing address**

Neybi Pineda
64 Fayette Street

Lynn, MA, 1902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 212.49

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6165  **Nonpriority creditor's name and mailing address**

NGA YU
8736 21st Avenue

Brooklyn, NY, 11214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 172.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6166  **Nonpriority creditor's name and mailing address**

Ngan Kim
5918 Turnberry Drive

Dublin, CA, 94568

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.45

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor        Sure Thing Sales, LLC.
              Name                                                    Case number *(if known)*_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 6167 **Nonpriority creditor's name and mailing address**

Nghi Lac
1135 Levick Street

Philadelphia, PA, 19111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 6168 **Nonpriority creditor's name and mailing address**

Ngoc Ly
106 Faxon Road

Quincy, MA, 2171

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 112.60

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 6169 **Nonpriority creditor's name and mailing address**

Nia Martin
2918 Network Place, Apt 202B

Lutz, FL, 33559

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 97.29

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 6170 **Nonpriority creditor's name and mailing address**

Nic Schreder
9120 Pearl Cotton Avenue

Las Vegas, NV, 89149

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 24.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 6171 **Nonpriority creditor's name and mailing address**

Nicholas  Gonzalez
1645 E Cypress St.

San Dimas, CA, 91773

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 109.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.
          Name                                                        Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** ⌐6172⌐ **Nonpriority creditor's name and mailing address**

Nicholas Adamcewicz
811 SW King St

Lake City, FL, 32024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 185.93

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⌐6173⌐ **Nonpriority creditor's name and mailing address**

Nicholas Affinito
4 St Johns Wood

Gansevoort, NY, 12831

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 27.81

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⌐6174⌐ **Nonpriority creditor's name and mailing address**

Nicholas Albano
5 vista CT

bayville, NY, 11709

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 11.94

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⌐6175⌐ **Nonpriority creditor's name and mailing address**

Nicholas Bailon
13324 Humphrey Dr

Austin, TX, 78729

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 32.46

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⌐6176⌐ **Nonpriority creditor's name and mailing address**

Nicholas Begemann
207 Sarah Dr

Ashland, MO, 65010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 13.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
    Name    Case number *(if known)*

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 6177 | **Nonpriority creditor's name and mailing address**

Nicholas Bostater
9318 E Lippincott Blvd

Davison, MI, 48423

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 88.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6178 | **Nonpriority creditor's name and mailing address**

nicholas camperlengo
2601 Brookridge Drive

hurst, TX, 76054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6179 | **Nonpriority creditor's name and mailing address**

Nicholas Carmen
1028 Blue Stream Lane

Indian Trail, NC, 28079

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.80

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6180 | **Nonpriority creditor's name and mailing address**

Nicholas Clapcich
678 Chestnut Street

Stirling, NJ, 7980

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.59

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6181 | **Nonpriority creditor's name and mailing address**

Nicholas Coon
293 Oak Valley Drive

Longview, TX, 75605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC
_____
Name

Case number (if known) _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 6182 **Nonpriority creditor's name and mailing address**

Nicholas D Wilson
1339 Glassboro Road

Woodbury Heights, NJ, 8097

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.36

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6183 **Nonpriority creditor's name and mailing address**

Nicholas Dassow
2 oak landing trl s

Douglasville, GA, 30134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.83

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6184 **Nonpriority creditor's name and mailing address**

Nicholas Deason
571 Arbor Hollow Circle, 23-204

Memphis, TN, 38018

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6185 **Nonpriority creditor's name and mailing address**

Nicholas Diaz
153 Plantation Drive

Shelbyville, KY, 40065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.73

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6186 **Nonpriority creditor's name and mailing address**

Nicholas Diaz Galarza
3541 Waxwing Way

Antioch, CA, 94509

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC_____  Case number _(if known)_____
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 6187  **Nonpriority creditor's name and mailing address**

Nicholas Ehrman
4363 11 Mile Rd

Auburn, MI, 48611

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 6188  **Nonpriority creditor's name and mailing address**

Nicholas Enders
142 sw 98th lane

Coral Springs, FL, 33071

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.46

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 6189  **Nonpriority creditor's name and mailing address**

nicholas ferrara
1700 woodbury rd. apt 307

orlando, FL, 32828

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.09

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 6190  **Nonpriority creditor's name and mailing address**

Nicholas Fishter
517 South Wayne Street

Lewistown, PA, 17044

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.16

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 6191  **Nonpriority creditor's name and mailing address**

Nicholas Garcia
309 Heavens Way

San Antonio, TX, 78260

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC.    Case number *(if known)*
           Name

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6192 **Nonpriority creditor's name and mailing address**

Nicholas Herrera
4941 Bandera Street

Montclair, CA, 91763

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 19.60**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 6193 **Nonpriority creditor's name and mailing address**

Nicholas Joniec
176 New Street

Millersville, PA, 17551

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 23.99**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 6194 **Nonpriority creditor's name and mailing address**

Nicholas Kaprielian
10796 N Windham Bay Circle

Fresno, CA, 93730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 11.99**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 6195 **Nonpriority creditor's name and mailing address**

Nicholas Kowalczyk
10210 PALM GLEN DR, UNIT 77

Santee, CA, 92071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 133.83**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 6196 **Nonpriority creditor's name and mailing address**

Nicholas Lapuma
16512 ne 10th st

Gainesville, FL, 32609

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 49.99**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Official Form 206E/F                  Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Sure Thing Sales, LLC.
Name                                                    Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3. 6197  **Nonpriority creditor's name and mailing address**

Nicholas Mangreum
7 Ross Street

Lumberton, NJ, 8048

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72.49

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

3. 6198  **Nonpriority creditor's name and mailing address**

Nicholas Morgan
6680 Margarita Road

San Diego, CA, 92114

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

3. 6199  **Nonpriority creditor's name and mailing address**

Nicholas Morin
12 Whipple Avenue

Blackstone, MA, 1504

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.24

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

3. 6200  **Nonpriority creditor's name and mailing address**

Nicholas Moy
11 Charthouse Lane

Foster City, CA, 94404

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.52

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

3. 6201  **Nonpriority creditor's name and mailing address**

Nicholas Paccione
3465 Amboy Rd, Apt 1F

Staten Island, NY, 10306

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 154.98

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.
          Name                                                    Case number (if known)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

3. 6202  **Nonpriority creditor's name and mailing address**

Nicholas Palermo
530 Huseman Ln.

Covington, LA, 70435

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

3. 6203  **Nonpriority creditor's name and mailing address**

Nicholas Rivera
40 CHESTNUT ST, n/a

AVENEL, NJ, 7001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.78

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

3. 6204  **Nonpriority creditor's name and mailing address**

Nicholas Schlichte
1446 Chestnut Rd.

Coon Rapids, IA, 50058

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

3. 6205  **Nonpriority creditor's name and mailing address**

Nicholas Simms
2021 deer field way

harker heights, TX, 76548

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

3. 6206  **Nonpriority creditor's name and mailing address**

Nicholas Tastinger
14867 Hawksmoor Run Cir

Orlando, FL, 32828-7510

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Debtor _____Sure Thing Sales, LLC_____     Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. **6207**  **Nonpriority creditor's name and mailing address**

nicholas valentino
1848 Danfield Drive

Norman, OK, 73072

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6208**  **Nonpriority creditor's name and mailing address**

Nicholas Vasquez
1341 Rebecchi Cir

Firebaugh, CA, 93622-2537

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6209**  **Nonpriority creditor's name and mailing address**

Nicholas Welliver
3007 NW Florence Ave.

Riverside, MO, 64150

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6210**  **Nonpriority creditor's name and mailing address**

Nicholaus Mclane
91-1039 Keoneula Boulevard, D5

Ewa Beach, HI, 96706

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.56

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6211**  **Nonpriority creditor's name and mailing address**

Nichole Thompson
4428 Kenfield Road

Columbus, OH, 43224

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.51

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
         Name

Case number *(if known)*_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 6212 | **Nonpriority creditor's name and mailing address**

Nick Arch
1100 West Valencia Mesa Drive

Fullerton, CA, 92833

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6213 | **Nonpriority creditor's name and mailing address**

Nick Avgerinos
9914 S. Wildcat Rd

Molalla, OR, 97038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6214 | **Nonpriority creditor's name and mailing address**

Nick Beltrano
305 Archer St

Oceanside, CA, 92058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 149.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6215 | **Nonpriority creditor's name and mailing address**

NICK DUARTE
3019 DOUGLAS ST NE

WASHINGTON, DC, 20018-1546

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 306.96

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6216 | **Nonpriority creditor's name and mailing address**

Nick Garcia
7203 Loggia Pl

Round Rock, TX, 78665

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
    Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 6217   **Nonpriority creditor's name and mailing address**

Nick Guarente
2605 Willowbrook Lane, Apt # 40

Aptos, CA, 95003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 708.48

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 6218   **Nonpriority creditor's name and mailing address**

Nick Guerin
340 Gran Via, 1052

Irving, TX, 75039

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 6219   **Nonpriority creditor's name and mailing address**

Nick Jimenez
3724 Corinne Avenue

Chalmette, LA, 70043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 6220   **Nonpriority creditor's name and mailing address**

Nick Lanni
4207 California Ave.

Norco, CA, 92860

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 120.00

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 6221   **Nonpriority creditor's name and mailing address**

Nick Layton
14870 SW GEARHART DR

Beaverton , OR, 97007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC
_____    Case number _(if known)_____
Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 6222  **Nonpriority creditor's name and mailing address**

Nick Lombardi
170 Meadow Creek Dr

Florence, KY, 41042-9469

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6223  **Nonpriority creditor's name and mailing address**

Nick Lonstrup
144 Huron Dr

chatham/nj/07928, NJ, 7928

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.30

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6224  **Nonpriority creditor's name and mailing address**

Nick Moran
93 Longbeach Rd

Montgomery, IL, 60538

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72.74

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6225  **Nonpriority creditor's name and mailing address**

Nick Murphy
307 Glenmoore Court

Pataskala, OH, 43062

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.89

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6226  **Nonpriority creditor's name and mailing address**

Nick Najdek
42424 SE TRUBEL RD

SANDY, OR, 97055-7644

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 6227  **Nonpriority creditor's name and mailing address**

nick perros
5651 Derby Drive

helena, MT, 59602

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 6228  **Nonpriority creditor's name and mailing address**

Nick Walsh
3 Florence Road

Port Jefferson Station, NY, 11776

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 6229  **Nonpriority creditor's name and mailing address**

Nick Ward
2865 Valwood Cir.

Farmers Branch, TX, 75234

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.04

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 6230  **Nonpriority creditor's name and mailing address**

Nicki Theodoridis
715 Glenridge Drive

Edmond, OK, 73013

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 6231  **Nonpriority creditor's name and mailing address**

Nickolas Cowan
1732 Hancock Boulevard

Reading, PA, 19607

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.49

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. 6232 **Nonpriority creditor's name and mailing address**

Nickolas Smith
428 E MLK Blvd, 200

Chattanooga, TN, 37403

**As of the petition filing date, the claim is:** $38.23
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. 6233 **Nonpriority creditor's name and mailing address**

Nicky Bargabos
9031 Carneros Creek Rd

Charlotte, NC, 28214

**As of the petition filing date, the claim is:** $21.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. 6234 **Nonpriority creditor's name and mailing address**

Nicolas Cannaverde
10125 junction drive, 267

Annapolis Junction, MD, 20701

**As of the petition filing date, the claim is:** $13.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. 6235 **Nonpriority creditor's name and mailing address**

Nicolas Castillo
13530 LONGFELLOW LN

SAN DIEGO, CA, 92129-2859

**As of the petition filing date, the claim is:** $11.84
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. 6236 **Nonpriority creditor's name and mailing address**

Nicolas De Pinto
8440 South Dixie Highway, 303

Miami, FL, 33143

**As of the petition filing date, the claim is:** $12.83
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims

Debtor ___Sure Thing Sales, LLC_____   Case number _(if known)_____
         Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **6237** Nonpriority creditor's name and mailing address

Nicolas Flores
555 West 160th Street, 53

New York, NY, 10032

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.75

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6238** Nonpriority creditor's name and mailing address

nicole  johnson
45147 Road 792

Ansley, NE, 68814

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6239** Nonpriority creditor's name and mailing address

Nicole  LaPlante
110 Saint Andrew Street

Fitchburg, MA, 1420

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6240** Nonpriority creditor's name and mailing address

Nicole  Rogers
25110 Eshelman Avenue, 216

Lomita, CA, 90717

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.27

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6241** Nonpriority creditor's name and mailing address

Nicole Avery Ortiz
4 Hudson Lane

Warwick, RI, 2886

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.19

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
  Name

Case number *(if known)*

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6242 **Nonpriority creditor's name and mailing address**

Nicole Barker
118 High Street, Apt 2

Auburn, ME, 4210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 240.97

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6243 **Nonpriority creditor's name and mailing address**

Nicole Boothe
8131 Mystic Chase

Boerne, TX, 78015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 5.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6244 **Nonpriority creditor's name and mailing address**

Nicole Cabana
1242 Oak Haven Way

Antioch, CA, 94531

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 68.03

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6245 **Nonpriority creditor's name and mailing address**

Nicole D?AôArco
200 Swanton St, 232

Winchester, MA, 01890-1962

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 30.95

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6246 **Nonpriority creditor's name and mailing address**

Nicole Emerson
7639 11th Avenue South

Minneapolis, MN, 55423

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.50

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor   Sure Thing Sales, LLC
_____
Name

Case number (if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.** 6247 **Nonpriority creditor's name and mailing address**

Nicole Higgins
449 BEECHWOOD AVE

FEASTERVILLE TREVOSE, PA, 19053

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 32.97

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 6248 **Nonpriority creditor's name and mailing address**

Nicole Langreck
1969 110th Street

Ossian, IA, 52161

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 27.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 6249 **Nonpriority creditor's name and mailing address**

Nicole Lanto
184 N 31st St.

San Jose, CA, 95116

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 32.80

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 6250 **Nonpriority creditor's name and mailing address**

Nicole Laski
156 Falconer St

North Tonawanda, NY, 14120

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 28.07

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 6251 **Nonpriority creditor's name and mailing address**

Nicole Meyer
503 Durham Ave

Hatton, ND, 58240

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 139.74

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor      Sure Thing Sales, LLC.
_____
            Name                                              Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 6252  **Nonpriority creditor's name and mailing address**

Nicole Natanauan
14 Hawser Way

Randolph, NJ, 7869

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6253  **Nonpriority creditor's name and mailing address**

Nicole Nick-Shartrand
214 Traders Pointe Cir

Council Bluffs, IA, 51501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6254  **Nonpriority creditor's name and mailing address**

Nicole Perez
7623 Sturgess Avenue

La Mesa, CA, 91941

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6255  **Nonpriority creditor's name and mailing address**

Nicole Perez
8625 Pioneer Blvd.

Whittier, CA, 90606-2950

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.59

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6256  **Nonpriority creditor's name and mailing address**

Nicole Telhiard
1010 Navion Drive

Mobile, AL, 36695

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.19

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC
_____
Name

_____
Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6257   **Nonpriority creditor's name and mailing address**

Nicole Tellez
80 west Fullerton

Glendale Heights, IL, 60139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 58.42

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 6258   **Nonpriority creditor's name and mailing address**

Nicole Winje
933 Rafael Avenue North

Keizer, OR, 97303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 87.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 6259   **Nonpriority creditor's name and mailing address**

Nicolette  Garcia
111 Dover Dell St

Victoria, TX, 77904

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 37.87

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 6260   **Nonpriority creditor's name and mailing address**

Nicolette Parmese
31 Bent Lane

Levittown, NY, 11756

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 61.90

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 6261   **Nonpriority creditor's name and mailing address**

Nicoleus Nishi
5780 Lateral B Rd

Wapato, WA, 98951

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 26.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor    Sure Thing Sales, LLC.
          Name    Case number *(if known)*

---

**Part 2:**    **Additional Page**

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.⎣6262⎦  **Nonpriority creditor's name and mailing address**

nics chits
9818 Walley Avenue

Philadelphia, PA, 19115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 76.67

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3.⎣6263⎦  **Nonpriority creditor's name and mailing address**

Nihemy Henr??quez
11735 Varnell St

Houston, TX, 77039

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3.⎣6264⎦  **Nonpriority creditor's name and mailing address**

Niki Tumanyan
12271 Martha Ann Drive

Los Alamitos, CA, 90720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 56.79

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3.⎣6265⎦  **Nonpriority creditor's name and mailing address**

nikki brezny
5758 South Skyline Drive

Evergreen, CO, 80439

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 152.89

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3.⎣6266⎦  **Nonpriority creditor's name and mailing address**

NIKKI JED CRESCINI
10 Walnut St Apt B

Wellsboro, PA, 16901-1548

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 153.69

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor   Sure Thing Sales, LLC.

Name

Case number *(if known)*

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

3. 6267  **Nonpriority creditor's name and mailing address**

Nikki Morton
54 Iroquois Ave

Lake Hiawatha , NJ, 7034

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.95

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6268  **Nonpriority creditor's name and mailing address**

Nikolai Espinoza
9301 Turrentine Drive

El Paso, TX, 79925

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.21

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6269  **Nonpriority creditor's name and mailing address**

nile wallace
172 stevens st

Appomattox, VA, 24522

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.42

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6270  **Nonpriority creditor's name and mailing address**

Nina  Guzman
957 W Riggs Ave

Raymondville, TX, 78580

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6271  **Nonpriority creditor's name and mailing address**

Nina Nahmias
14274 Southwest 153rd Terrace

Miami, FL, 33177

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3. 6272  **Nonpriority creditor's name and mailing address**

Nini Williams
21225 Evalyn Ave

Torrance, CA, 90503

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 6273  **Nonpriority creditor's name and mailing address**

NJ E-Zpass
PO Box 4971

Trenton, NJ, 08650

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.00

**Basis for the claim:** Toll violations

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 6274  **Nonpriority creditor's name and mailing address**

Noah Cabrera
324 South Plainfield Avenue

South Plainfield, NJ, 7080

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.37

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 6275  **Nonpriority creditor's name and mailing address**

Noah Carrasco
19202 Elston Way

Estero, FL, 33928

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 6276  **Nonpriority creditor's name and mailing address**

Noah Liang
48 Clydesdale Road

Scotch Plains, NJ, 7076

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC
_____
Name

Case number (if known)_____

| | |
|---|---|
| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 6277  **Nonpriority creditor's name and mailing address**

Noah Regan
130 Abbott Street

Lawrence, MA, 1843

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 112.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6278  **Nonpriority creditor's name and mailing address**

Noah Wilkins
30429 South Readman Lane

Wilmington, IL, 60481

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6279  **Nonpriority creditor's name and mailing address**

Noam Gross
25520 Karen St

Oak Park, MI, 48237

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 44.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6280  **Nonpriority creditor's name and mailing address**

Noe  Paredes
10556 Blue Wing Road

San Antonio, TX, 78223

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 52.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6281  **Nonpriority creditor's name and mailing address**

Noe B
124 siesta rd

Carpentersville, IL, 60110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 754.94

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
_____
Name

Case number _(if known)_____

| Part 2: | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 6282  **Nonpriority creditor's name and mailing address**

Noe Gomez
322 East Adams Street

Santa Ana, CA, 92707

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 107.05

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.** 6283  **Nonpriority creditor's name and mailing address**

Noel Angel
12973 Pfeifle Ave

San Jose, CA, 95111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 101.70

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.** 6284  **Nonpriority creditor's name and mailing address**

Noel Angel
12973 Pfeifle Ave.

SAN JOSE, CA, 95111-3324

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 38.28

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.** 6285  **Nonpriority creditor's name and mailing address**

Noel Vermander
51426 fox hill trail

New baltimore, MI, 48047

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 34.98

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.** 6286  **Nonpriority creditor's name and mailing address**

Noele Ashbarry
13752 Midland road

Poway, CA, 92064

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 44.99

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

Official Form 206E/F  **Schedule E/F: Creditors Who Have Unsecured Claims**  page 1267 of 1682

Debtor    Sure Thing Sales, LLC.
Name    Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**    Amount of claim

---

3. 6287 **Nonpriority creditor's name and mailing address**

Noelia Arevalo
16631 Echo Hill Way

Hacienda heights, CA, 91745

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6288 **Nonpriority creditor's name and mailing address**

Noemi Benitez
3246 Broadway Ave, A

Huntington Park, CA, 90255

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.54

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6289 **Nonpriority creditor's name and mailing address**

Nolan Collard
2395 W. Dusty Wren Dr.

Phoenix, AZ, 85085

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.83

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6290 **Nonpriority creditor's name and mailing address**

Nolan Howard
7888 Schoolhouse Ave

Gig Harbor , WA, 98335

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.30

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6291 **Nonpriority creditor's name and mailing address**

Nolan Khai
6331 Southeast Johnson Street

Hillsboro, OR, 97123

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
        Name

Case number *(if known)*

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6292 **Nonpriority creditor's name and mailing address**

Nolan Martinez
1202 North 19th Avenue

Durant, OK, 74701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6293 **Nonpriority creditor's name and mailing address**

NORA Algasali
8793 Sylvia Beach Ct

Las vegas, NV, 89148

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6294 **Nonpriority creditor's name and mailing address**

Norah Kellum
11528 Depew Ct

Westminster, CO, 80020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6295 **Nonpriority creditor's name and mailing address**

Norm Hjelm
128 19th Ave SW

Olympia, WA, 98501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.12

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6296 **Nonpriority creditor's name and mailing address**

Norma Cano
7017 Grantham Dr

Joliet, IL, 60431

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.09

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
              Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

3. ⌐6297⌐ **Nonpriority creditor's name and mailing address**

Norma Duez
3402 Kings Mountain Drive

Kingwood, TX, 77345

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.31

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ⌐6298⌐ **Nonpriority creditor's name and mailing address**

Nunziata Gallo
28 Eve Lane

Levittown, NY, 11756

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.16

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ⌐6299⌐ **Nonpriority creditor's name and mailing address**

Nyah barajas
35 Northup Avenue

Pasadena, CA, 91107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.22

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ⌐6300⌐ **Nonpriority creditor's name and mailing address**

Nydia Sanchez
4653 Alojar Lane

Palmdale, CA, 93551

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.68

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ⌐6301⌐ **Nonpriority creditor's name and mailing address**

Ockchul Kim
326 Baxter Street

Kernersville, NC, 27284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 207.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor   Sure Thing Sales, LLC
         Name                                                    Case number (if known)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6302   **Nonpriority creditor's name and mailing address**

Octavia Sanchez
222 Gregory Drive

Winston, OR, 97496

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6303   **Nonpriority creditor's name and mailing address**

Octavio De Avila
5624 S Moody Ave

Chicago, IL, 60638

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.55

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6304   **Nonpriority creditor's name and mailing address**

Ole Olsen
11 E. front Street

SAINT JOHN, WA, 99171

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.85

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6305   **Nonpriority creditor's name and mailing address**

Ole Rodriguez
1919 Sandalwood St

Mount Vernon, WA, 98273

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 137.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6306   **Nonpriority creditor's name and mailing address**

Oleg Markin
64-10 , Madison Street

Ridgewood, NY, 11385

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 185.08

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 6307   **Nonpriority creditor's name and mailing address**

Oliver Lopez
10312 10th Avenue Court South

Tacoma, WA, 98444

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 6308   **Nonpriority creditor's name and mailing address**

Oliver Pellett
13220 97th Ave NE, Apt C301

KIRKLAND, WA, 98034

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 358.88

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 6309   **Nonpriority creditor's name and mailing address**

Oliver So
33857 Cansler Way

Yucaipa, CA, 92399

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 429.97

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 6310   **Nonpriority creditor's name and mailing address**

olivette FELIX
39875 La Moria Corte

Murrieta, CA, 92562

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 21.74

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 6311   **Nonpriority creditor's name and mailing address**

Olivia DeNoyer
27 Pontiac Road

Walpole, MA, 2081

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 33.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC.

Name

Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 6312  **Nonpriority creditor's name and mailing address**

Olivia Harrison
4873 Kennedy Drive

Brooklyn, OH, 44144

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.91

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6313  **Nonpriority creditor's name and mailing address**

Olivia T  Guevara
202 Circulo Silva

Rio Rico, AZ, 85648

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 8.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6314  **Nonpriority creditor's name and mailing address**

Omar Delgadillp
9220 Placid St

Manassas, VA, 20110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 116.59

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6315  **Nonpriority creditor's name and mailing address**

Omar Escalona
807 West 15th Street, F

Santa Ana, CA, 92706

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 275.96

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6316  **Nonpriority creditor's name and mailing address**

Omar Guzman
2453 N 73RD DR

Phoenix, AZ, 85035

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC                                Case number *(if known)*
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 6317 **Nonpriority creditor's name and mailing address**

omar perez
1720 Paveys Glen Run

Fort Wayne, IN, 46804

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.81

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6318 **Nonpriority creditor's name and mailing address**

Omar Sangid
616 Live Oak Dr.

McLean, VA, 22101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6319 **Nonpriority creditor's name and mailing address**

Omar solomon
1406 Willshire Dr

Aberdeen, MD, 21001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6320 **Nonpriority creditor's name and mailing address**

Omar Syed
2202 Sheridan St

Houston, TX, 77030-2016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6321 **Nonpriority creditor's name and mailing address**

Omar Vasquez
2113 oakwood

Richmond, VA, 23228

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 55.10

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name                                    Case number _(if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 6322 **Nonpriority creditor's name and mailing address**

Omayra Torres
19739 N Casas Ave

Maricopa, AZ, 85138

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75.33

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6323 **Nonpriority creditor's name and mailing address**

Omer Khan
49 Johnson Avenue

Teaneck, NJ, 7666

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 374.24

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6324 **Nonpriority creditor's name and mailing address**

ONAIZ ZINNA
2844 Forrestal Court

New Port Richey, FL, 34655

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.88

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6325 **Nonpriority creditor's name and mailing address**

Onassis Daniels
27456 Lovettsville Ln

Temecula, CA, 92591

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6326 **Nonpriority creditor's name and mailing address**

Ore Afolayan
2753 West Walnut Hill Lane, 127

Irving, TX, 75038

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
           Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3.____6327    **Nonpriority creditor's name and mailing address**

oriana pasch
1165 Lady Campbell Drive

Colorado Springs, CO, 80905

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.85

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____6328    **Nonpriority creditor's name and mailing address**

Oriana Villarreal
5901 Edmond Ave, 144, 144

Waco, TX, 76710

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.04

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____6329    **Nonpriority creditor's name and mailing address**

Orlando Castaneda
411 N COVELL AVE

SIOUX FALLS, SD, 57104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 186.36

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____6330    **Nonpriority creditor's name and mailing address**

orlando pina
12473 correnti st

Pacoima, CA, 91331

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.27

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____6331    **Nonpriority creditor's name and mailing address**

Oscar Aguirre
18314 Tahoma St SE

Monroe, WA, 98272

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.25

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

| | Amount of claim |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

---

3. ⎡6332⎤ **Nonpriority creditor's name and mailing address**

Oscar Cumplido
8853 SPECTRUM CENTER BLVD APT 7208

SAN DIEGO, CA, 92123-1470

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.31

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⎡6333⎤ **Nonpriority creditor's name and mailing address**

Oscar Garza
4408 E MCMILLAN ST

COMPTON, CA, 90221-1854

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.91

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⎡6334⎤ **Nonpriority creditor's name and mailing address**

Oscar Leza
11201 Tenaha

El Paso, TX, 79936

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⎡6335⎤ **Nonpriority creditor's name and mailing address**

Oscar Manuel Acabal
1290 Potrero Ave, Apt 305

San Francisco, CA, 94110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 114.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ⎡6336⎤ **Nonpriority creditor's name and mailing address**

Oscar Martinez
8111 Stanford Ave, Unit 83

Garden Grove, CA, 92841

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.01

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | | Case number (if known) | |
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6337 **Nonpriority creditor's name and mailing address**

Oscar mauleon
87-58 Lefferts Boulevard

Queens, NY, 11418

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 171.90

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6338 **Nonpriority creditor's name and mailing address**

Oscar Olazaba
4812 melita ave

fort worth, TX, 76133

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 260.97

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6339 **Nonpriority creditor's name and mailing address**

Oscar Ortega Mejia
2027 Hillcrest Street, 2106

Mesquite, TX, 75149

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.30

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6340 **Nonpriority creditor's name and mailing address**

Oscar Oyola
251 Copeland Avenue

Lyndhurst, NJ, 7071

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.02

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6341 **Nonpriority creditor's name and mailing address**

Oscar Pinales
4500 North Prospector Lane

Enoch, UT, 84721

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6342  **Nonpriority creditor's name and mailing address**

Oscar Preciado
6322 Corona Avenue

Bell, CA, 90201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6343  **Nonpriority creditor's name and mailing address**

Oscar Yuen
2150 28th Avenue

San Francisco, CA, 94116

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 229.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6344  **Nonpriority creditor's name and mailing address**

Oscari Gomez
112 Northeast 36th Avenue Road

Homestead, FL, 33033

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.09

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6345  **Nonpriority creditor's name and mailing address**

Oseye Boyd
1838 Wellesley Commons

Indianapolis, IN, 46219

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 17.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6346  **Nonpriority creditor's name and mailing address**

Osmar Martinez
306 Sandra Drive

Irving, TX, 75060

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.88

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
Name _____   Case number _(if known)_____

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6347  **Nonpriority creditor's name and mailing address**

Osvaldo Hernandez
13838 1/2 Santa Ana ave

Fontana, CA, 92337

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.02

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6348  **Nonpriority creditor's name and mailing address**

Osvaldo LopezReyna
1302 CALDWELL ST

DALLAS, TX, 75223

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6349  **Nonpriority creditor's name and mailing address**

Osvaldo Serrano
Hc02 Box 6160

Florida, PR, 650

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 435.89

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6350  **Nonpriority creditor's name and mailing address**

Oswald Espinoza
585 11th street

Brooklyn, NY, 11215

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 349.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6351  **Nonpriority creditor's name and mailing address**

Ot.
2306 Sage Dr

Weslaco, TX, 78596-6848

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.71

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
         Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **6352**  **Nonpriority creditor's name and mailing address**

Otto Dunn
429 1st Ave N, Apt D

Algona, WA, 98001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 71.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6353**  **Nonpriority creditor's name and mailing address**

Owen Bell
1228 North Flores Street

West Hollywood, CA, 90069

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.53

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6354**  **Nonpriority creditor's name and mailing address**

Owen Carlson
2837 Mariposa Avenue

Chico, CA, 95973

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 15.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6355**  **Nonpriority creditor's name and mailing address**

Owen Jaekle
175 Twin Oaks Terrace

Stratford, CT, 6614

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.96

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6356**  **Nonpriority creditor's name and mailing address**

Owen Simwale
2406 Dorrington Court

Modesto, CA, 95350

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 42.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 6357  **Nonpriority creditor's name and mailing address**

Owen Walker
4395 Minges Road South

Battle Creek, MI, 49015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 56.17

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6358  **Nonpriority creditor's name and mailing address**

Oytun Kaplan
10 Colibri

Rancho Santa Margarita, CA, 92688

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6359  **Nonpriority creditor's name and mailing address**

PA Turnpike Toll by Plate
PO Box 645631

Pittsburgh, PA, 15264-5254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Toll violations

$ 9.20

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6360  **Nonpriority creditor's name and mailing address**

Pablo Ceas
189 S 9th St., 28

Brooklyn, NY, 11211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6361  **Nonpriority creditor's name and mailing address**

Pablo Guzman
350 Lake Lane

New Oxford, PA, 17350

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 18.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC_____   Case number _(if known)_____
             Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6362  **Nonpriority creditor's name and mailing address**

Pablo Kingsley
19665 Indian Summer lane

Monument, CO, 80132

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 148.98

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6363  **Nonpriority creditor's name and mailing address**

Pablo Perez
341 FM 2436

La Grange, TX, 78945

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 51.98

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6364  **Nonpriority creditor's name and mailing address**

Pabloin PRIETO
12883 MESA VIEW DRIVE

Victorville, CA, 92392-0483

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.98

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6365  **Nonpriority creditor's name and mailing address**

Paige  Manini
900 Mulberry Street, 2498 The DeNaples Center
The University of Scranton

Scranton, PA, 18510

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.99

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6366  **Nonpriority creditor's name and mailing address**

Paige Mertens
3035 Mineral Springs Blvd

Oconomowoc, WI, 53066

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 220.96

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC
_____
Name

Case number *(if known)* _____

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6367  **Nonpriority creditor's name and mailing address**

Paige Miller
2154 Alice Ave 202

Oxon Hill, MD, 20745

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6368  **Nonpriority creditor's name and mailing address**

Pam Catalano
18754 Crystal Creek Drive

Mokena, IL, 60448

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6369  **Nonpriority creditor's name and mailing address**

Pam Mchale
5396 S 300 W

Ogden, UT, 84405

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.34

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6370  **Nonpriority creditor's name and mailing address**

Pam Morlan
32 Liege Place

Westerville, OH, 43081

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6371  **Nonpriority creditor's name and mailing address**

Pam Smith
11 Joseph Ave

Lebanon, PA, 17042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
        Name

Case number *(if known)*

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 6372  **Nonpriority creditor's name and mailing address**

Pamela Aquino
3729 Branson Dr

San Mateo, CA, 94403

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 356.24

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6373  **Nonpriority creditor's name and mailing address**

Pamela Clarke
334 Pulaski Avenue

Staten Island, NY, 10303

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6374  **Nonpriority creditor's name and mailing address**

Pamela Lucado
448 West Malvern Avenue

Fullerton, CA, 92832

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6375  **Nonpriority creditor's name and mailing address**

Pamela Ruiz
308 churchill drive apt 1

richmond, KY, 40475-3265

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.79

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6376  **Nonpriority creditor's name and mailing address**

Pamela Schwartz
320 East 83rd Street, 2D

New York, NY, 10028

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.14

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_ _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **6377** **Nonpriority creditor's name and mailing address**

Pamela Summers
106 Pinegrove CT

Jacksonville, NC, 28546

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 9.99

---

3. **6378** **Nonpriority creditor's name and mailing address**

Pandi Reding
7405 28th st

White city, OR, 97503

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 24.99

---

3. **6379** **Nonpriority creditor's name and mailing address**

Pang Leung
824 tegner dr

monterey park, CA, 91755

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 273.73

---

3. **6380** **Nonpriority creditor's name and mailing address**

Paola Bernal
123 Summer Lane

Mechanicsburg, PA, 17050

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 79.49

---

3. **6381** **Nonpriority creditor's name and mailing address**

Paola Chavez
12600 Oneal Road

Wake Forest, NC, 27587

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 10.99

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 6382  **Nonpriority creditor's name and mailing address**

Parker  Nowak
38221 Ladywood Court

Livonia, MI, 48154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 61.47

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 6383  **Nonpriority creditor's name and mailing address**

Parker Bonner
1 University Park Dr

Nashville, TN, 37204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 87.39

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 6384  **Nonpriority creditor's name and mailing address**

Parker Cark
974 Wolf Creek Dr

Longmont, CO, 80504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.02

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 6385  **Nonpriority creditor's name and mailing address**

Parker Franks
4138 Morley Circle

Colorado Springs, CO, 80916

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 51.60

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 6386  **Nonpriority creditor's name and mailing address**

Parker Hall
10 South Green Street

Larkspur, CA, 94939

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 408.89

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC

_____
Name

_____
Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

3.___ 6387 **Nonpriority creditor's name and mailing address**

Parker Johnson
2401 Narvik Court

Henrico, VA, 23233

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.14

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3.___ 6388 **Nonpriority creditor's name and mailing address**

Parker Layne
4701 OAKTON WAY

GREENWOOD, IN, 46143

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.72

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3.___ 6389 **Nonpriority creditor's name and mailing address**

Parker Lukjanovs
3014 Iris Ave

Edinburg, TX, 78539

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 199.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3.___ 6390 **Nonpriority creditor's name and mailing address**

Parker Robertson
607 SW Murray Rd

Lee?Äôs Summit, MO, 64081

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.15

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3.___ 6391 **Nonpriority creditor's name and mailing address**

Pasquale Grasso
949 Sycamore Drive

Denver, PA, 17517

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor _____Sure Thing Sales, LLC._____    _____Case number__ _(if known)_____
              Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 6392  **Nonpriority creditor's name and mailing address**

Pat Anbe
94-510 Hoohele Place

Waipahu, HI, 96797

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 109.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6393  **Nonpriority creditor's name and mailing address**

pat french
2505 West 88th Street

Leawood, KS, 66206

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.53

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6394  **Nonpriority creditor's name and mailing address**

Pat ODell
6803 NE Berwick Drive

Ankeny, IA, 50021

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6395  **Nonpriority creditor's name and mailing address**

Patencio Development, LLC.
4770 Eureka Ave. - Ste 2137

Yorba Linda, CA, 92885

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15,000.00

**Basis for the claim:** Consultant

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6396  **Nonpriority creditor's name and mailing address**

Pathion Collins
307 Raven Dr.

Temple, TX, 76502

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.14

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim** |

**3.** 6397  **Nonpriority creditor's name and mailing address**

Patiphat Wongtouwan
4660 N River Rd, 89

oceanside, CA, 92057

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 80.97

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 6398  **Nonpriority creditor's name and mailing address**

PATRICIA  MEZA
2604 NW 81st street

Lawton, OK, 73505

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 38.13

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 6399  **Nonpriority creditor's name and mailing address**

Patricia  Woods
1825 Parker Road Southeast

Conyers, GA, 30094

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 6400  **Nonpriority creditor's name and mailing address**

Patricia Balleser
1940 Bluff Knoll Ct

North Las Vegas, NV, 89084-2080

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 97.97

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 6401  **Nonpriority creditor's name and mailing address**

Patricia Chischilly
PO BOX 1953, 6 Shundiin Drive

Crownpoint , NM, 87313

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.95

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Sure Thing Sales, LLC.
_____    Case number (if known)_____
Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 6402  **Nonpriority creditor's name and mailing address**

Patricia DeChant
4200 Staatz Dr.

Youngstown, OH, 44511

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 10.99

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 6403  **Nonpriority creditor's name and mailing address**

Patricia Johnson
2472 Greenvale Rd

Cleveland, OH, 44121

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 172.79

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 6404  **Nonpriority creditor's name and mailing address**

Patrick Alza
254 East Kirkwall Road

Azusa, CA, 91702

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 39.99

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 6405  **Nonpriority creditor's name and mailing address**

Patrick Belcher
529 Sage Valley Dr.

Richardson, TX, 75080

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 41.99

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 6406  **Nonpriority creditor's name and mailing address**

Patrick Corrigan
5111 Goethe Ave

Saint Louis, MO, 63109

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 103.08

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor _____Sure Thing Sales, LLC_____ Case number _(if known)_____
            Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 6407 **Nonpriority creditor's name and mailing address**

Patrick Eldon
12272 Blue Pacific Drive

Riverview, FL, 33579

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 6408 **Nonpriority creditor's name and mailing address**

Patrick Gerard
2400 Barrett Creek Blvd, Apt 203

Marietta, GA, 30066

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.49

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 6409 **Nonpriority creditor's name and mailing address**

Patrick Ho
4808 Cheryl Avenue

Glendale, CA, 91214

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.04

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 6410 **Nonpriority creditor's name and mailing address**

Patrick Keens
116 W 90th St

Kansas City, MO, 64114-3613

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 6411 **Nonpriority creditor's name and mailing address**

Patrick Lahr
764 1st Avenue

Lansford, ND, 58750

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 162.74

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor     Sure Thing Sales, LLC.
_____
Name

_____ Case number _(if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

3. __6412__ **Nonpriority creditor's name and mailing address**

Patrick Lait
815 Main Street, 207

El Segundo, CA, 90245

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. __6413__ **Nonpriority creditor's name and mailing address**

Patrick Liu
6399 Christie Avenue, Apt 442

Emeryville, CA, 94608

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 278.94

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. __6414__ **Nonpriority creditor's name and mailing address**

Patrick Lo
8473 Tambor Way

Elk Grove, CA, 95758

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. __6415__ **Nonpriority creditor's name and mailing address**

Patrick Manion
1170 Stonegate Road

Algonquin, IL, 60102

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 159.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. __6416__ **Nonpriority creditor's name and mailing address**

Patrick McGovern
208 Daisy Ln

Carmel, NY, 10512

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 109.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor   Sure Thing Sales, LLC.
         Name

Case number (if known) _____

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 6417  **Nonpriority creditor's name and mailing address**

Patrick Nguyen
4703 del mar trail

san antonio, TX, 78251

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.05

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6418  **Nonpriority creditor's name and mailing address**

Patrick OConnell
17760 Grama Ridge

Colorado Springs, CO, 80908

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6419  **Nonpriority creditor's name and mailing address**

Patrick Pederneira
181 Center Street

Ludlow, MA, 1056

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.97

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6420  **Nonpriority creditor's name and mailing address**

Patrick Quinn
2334 Mountain View Rd

Powhatan, VA, 23139

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.13

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6421  **Nonpriority creditor's name and mailing address**

Patrick Rust
222 N Maple St

Chadron, NE, 69337

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.77

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC_____    Case number _(if known)_____
         Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 6422  **Nonpriority creditor's name and mailing address**

Patrick Su
6170 West Bennington Drive

Fresno, CA, 93722

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 48.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 6423  **Nonpriority creditor's name and mailing address**

patrick Walenty
12458 Kent Drive

Sterling Heights, MI, 48312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 279.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 6424  **Nonpriority creditor's name and mailing address**

Patrick Williams
809 Carey Drive

DeSoto, TX, 75115

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 24.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 6425  **Nonpriority creditor's name and mailing address**

Patrick Wright
218 Highland View Drive

Knoxville, TN, 37920

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 6426  **Nonpriority creditor's name and mailing address**

Patrick Wu
15723 V??a Sorrento

San Lorenzo, CA, 94580

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 149.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC.
          Name

Case number *(if known)*

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6427 **Nonpriority creditor's name and mailing address**

Patti Andrews
112535 South 4712 Road

Muldrow, OK, 74948

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6428 **Nonpriority creditor's name and mailing address**

Patton Gilbert
975 Green St. Circle

Gainesville, GA, 30501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.16

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6429 **Nonpriority creditor's name and mailing address**

Pattrawut Phochana
16100, Gledhill St.

North Hills, CA, 91343

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.11

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6430 **Nonpriority creditor's name and mailing address**

Patty Saint
210 Kelly Ave

Parlier, CA, 93648

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.49

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6431 **Nonpriority creditor's name and mailing address**

Paul Almeda
15210 Sherman Way, #16

Van Nuys, CA, 91405

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 218.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          _____
          Name                                    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 6432  **Nonpriority creditor's name and mailing address**

Paul Amelio
11137 South Spaulding Avenue

Chicago, IL, 60655

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6433  **Nonpriority creditor's name and mailing address**

Paul Cannella
1587 LOWER SOUTH MAIN STREET

BANGOR, PA, 18013

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.10

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6434  **Nonpriority creditor's name and mailing address**

PAUL CHIU
780 WEST END AVE, 11D

NEW YORK, NY, 10025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 224.97

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6435  **Nonpriority creditor's name and mailing address**

Paul Cieslewicz
8070 W Russell Rd Unit 1057

Las Vegas, NV, 89113

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.82

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6436  **Nonpriority creditor's name and mailing address**

Paul Daley
15307 Wilderness Ridge Rd NW

Prior Lake, MN, 55372

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 220.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

3. 6437    **Nonpriority creditor's name and mailing address**

Paul Denetdeale
2575 w Gregory st

Apache Junction , AZ, 85120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.42

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 6438    **Nonpriority creditor's name and mailing address**

Paul DeVivo
51 South Spring Lane

Phoenixville, PA, 19460

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 8.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 6439    **Nonpriority creditor's name and mailing address**

Paul DeVos
4755 Gateway Lane

Flowery Branch, GA, 30542

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 89.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 6440    **Nonpriority creditor's name and mailing address**

Paul Fernandez
9 Summit Street, 803

Newark, NJ, 7103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 42.64

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 6441    **Nonpriority creditor's name and mailing address**

Paul Flamburis
59 Birch Road

Westford, MA, 1886

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.97

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor _____Sure Thing Sales, LLC._____   Case number _(if known)_____
       Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

3. 6442 **Nonpriority creditor's name and mailing address**

Paul Hallbrook
1335 SW Huntington Ave

Portland , OR, 97225

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6443 **Nonpriority creditor's name and mailing address**

Paul Joseph Dizon
17406 93rd Ave. E

Puyallup, WA, 98375

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.01

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6444 **Nonpriority creditor's name and mailing address**

Paul Martinez
4429 Mount Lindsey Avenue

San Diego, CA, 92117

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 251.04

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6445 **Nonpriority creditor's name and mailing address**

Paul McClain
1521 West 17th Street

PORTALES, NM, 88130

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.41

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6446 **Nonpriority creditor's name and mailing address**

Paul Nicotera
1803 Twining Road

Willow Grove, PA, 19090

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 6447   **Nonpriority creditor's name and mailing address**

Paul Nowicki
802 6TH ST APT 1

BOWLING GREEN, OH, 43402

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6448   **Nonpriority creditor's name and mailing address**

Paul Robson
11311 E. Chestnut Drive

Chandler, AZ, 85249

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 47.42

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6449   **Nonpriority creditor's name and mailing address**

Paul S
11 Tanglewood Ct, Apt 22

West Warwick, RI, 2893

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 77.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6450   **Nonpriority creditor's name and mailing address**

paul salgado
12209 midtowne dr

bakersfield, CA, 93312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 15.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6451   **Nonpriority creditor's name and mailing address**

Paul Turner
104 Newberry Ct

Knob Noster, MO, 65336

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.80

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 6452  **Nonpriority creditor's name and mailing address**

Paul Tuscano
14 Patton Drive

South Hamilton, MA, 1982

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.74

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6453  **Nonpriority creditor's name and mailing address**

Paul Wright
3102 SW 152nd PL

Miami, FL, 33185-5653

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.49

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6454  **Nonpriority creditor's name and mailing address**

Paula  Cochran
1126 Birkdale drive

Mebane, NC, 27302

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6455  **Nonpriority creditor's name and mailing address**

Paula Cosgrove
367 Arbor Falls Drive

Wadsworth, OH, 44281

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.00

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6456  **Nonpriority creditor's name and mailing address**

Paula Kirwin
8917 Mapleview Avenue

Henrico, VA, 23294

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
Name                                    Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 6457  **Nonpriority creditor's name and mailing address**

PAULA PETERS
5022 S 150th Plz

Omaha, NE, 68137-1408

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 299.59

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6458  **Nonpriority creditor's name and mailing address**

Paula Spicer
2400 N SMITH RD

EATON RAPIDS, MI, 48827

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 100.69

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6459  **Nonpriority creditor's name and mailing address**

Paula Stevens
198 Fairpark Drive

Berea, OH, 44017

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6460  **Nonpriority creditor's name and mailing address**

Pauline Gonalez
4038 Abilene Street

Dallas, TX, 75212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6461  **Nonpriority creditor's name and mailing address**

Paulo Avalos
3969 Big Cloud Way

Antelope, CA, 95843

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC. | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 6462  **Nonpriority creditor's name and mailing address**

Paxton Schiermeyer
5121 Glenwood Avenue

La Crescenta-Montrose, CA, 91214

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 106.93

---

**3.** 6463  **Nonpriority creditor's name and mailing address**

Payia Lee
3821 Elm Street

Sacramento, CA, 95838

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 29.35

---

**3.** 6464  **Nonpriority creditor's name and mailing address**

Payton Neil
2514 Jasmine Trace Drive

Kissimmee, FL, 34758

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 18.26

---

**3.** 6465  **Nonpriority creditor's name and mailing address**

Payton Terry
155 West 1st Avenue

Crestview, FL, 32536

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 35.30

---

**3.** 6466  **Nonpriority creditor's name and mailing address**

Pe Ti
95-24 76th Street

Queens, NY, 11416

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 23.99

---

Debtor ___Sure Thing Sales, LLC_____  Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 6467 **Nonpriority creditor's name and mailing address**

Peach Hulett
394 S 15th St

Saint Helens, OR, 97051

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6468 **Nonpriority creditor's name and mailing address**

Pearl Davis
1824 SW Prairie Road

Topeka, KS, 66604

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.97

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6469 **Nonpriority creditor's name and mailing address**

Pedro Angulo
11037 Blackburn Cove Ln

Manassas, VA, 20109

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.71

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6470 **Nonpriority creditor's name and mailing address**

Pedro Carlevarino
150-01 78th Avenue

Queens, NY, 11367

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.85

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6471 **Nonpriority creditor's name and mailing address**

Pedro Castanon
1207 Taylor Ave

Halethorpe, MD, 21227-1424

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.42

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 6472  **Nonpriority creditor's name and mailing address**

Pedro Duarte
2294 Menalto Ave

East Palo Alto, CA, 94303-1428

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 6473  **Nonpriority creditor's name and mailing address**

Pedro Jimenez
2225 Roosevelt Street, Unit 2

Brownsville, TX, 78521

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 6474  **Nonpriority creditor's name and mailing address**

Pedro Ramos
601 North 9th Street

Lamar, CO, 81052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.85

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 6475  **Nonpriority creditor's name and mailing address**

Peggy Yang
9115 Aubrac Lane

Charlotte, NC, 28213

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 160.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 6476  **Nonpriority creditor's name and mailing address**

Pengfei Li
42-42 colden st, aptE4

flushing, NY, 11355

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 469.93

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Debtor _____Sure Thing Sales, LLC._____    _____Case number _(if known)_____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

3. 6477  **Nonpriority creditor's name and mailing address**

percy williams
5528 Bridgeway Dr

Greensboro, NC, 27406

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.16

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6478  **Nonpriority creditor's name and mailing address**

Perry Johnson
1610 Winter Pass Trl

Arlington, TX, 76002

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6479  **Nonpriority creditor's name and mailing address**

Peter Aponte
31 Butterfly Ln

West Henrietta, NY, 14586-9316

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.95

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6480  **Nonpriority creditor's name and mailing address**

Peter Brown
8314 Greenleaf Lake Drive

Houston, TX, 77095

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.05

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6481  **Nonpriority creditor's name and mailing address**

Peter Carey
86 Erasmus St Apt 1A

Brooklyn, NY, 11226-4054

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC_____    Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. ⌐6482⌐  **Nonpriority creditor's name and mailing address**

Peter Chan
295 Princeton Hightstown Road, Unit 11-338

West Windsor, NJ, 8550

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.65

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ⌐6483⌐  **Nonpriority creditor's name and mailing address**

peter chang
951 V St NE

Washington DC, DC, 20018

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ⌐6484⌐  **Nonpriority creditor's name and mailing address**

Peter Di Teresa
5219 S Blackstone Ave

Chicago, IL, 60615

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 125.66

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ⌐6485⌐  **Nonpriority creditor's name and mailing address**

Peter Dillon
1058 Fairmount Avenue

Saint Paul, MN, 55105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.29

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ⌐6486⌐  **Nonpriority creditor's name and mailing address**

Peter Dzubay
304 Jacob Road

Southbury, CT, 6488

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.75

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number *(if known)*_____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 6487  **Nonpriority creditor's name and mailing address**

Peter Jesse
601 Avenida Cuarta, Apt 306

Clermont, FL, 34714-6576

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 10.99

---

**3.** 6488  **Nonpriority creditor's name and mailing address**

Peter Kuchta
2053 West Augusta Boulevard

Chicago, IL, 60622

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 13.22

---

**3.** 6489  **Nonpriority creditor's name and mailing address**

Peter Newbury
1879 Tamarack Lane

Columbia Falls, MT, 59912

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 22.99

---

**3.** 6490  **Nonpriority creditor's name and mailing address**

PETER NGUYEN
7501 VANTAGE AVE

NORTH HOLLYWOOD, CA, 91605

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 21.96

---

**3.** 6491  **Nonpriority creditor's name and mailing address**

Peter Nhan
7962 Cresentdale Way

Sacramento, CA, 95823

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 26.92

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

3. 6492  **Nonpriority creditor's name and mailing address**

Peter Oltean
1181 Los Molinos Way

Sacramento, CA, 95864

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 130.50

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6493  **Nonpriority creditor's name and mailing address**

Peter Perez
12114 Magazine Street, #3302

Orlando, FL, 32828

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.77

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6494  **Nonpriority creditor's name and mailing address**

Peter Tokar
5900 S Lake Forest Dr Ste 110, Ste 100

McKinney, TX, 75070-2194

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6495  **Nonpriority creditor's name and mailing address**

Peter Truong
1415 Eldridge Pkwy, Apt 232

Houston, TX, 77077-1636

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6496  **Nonpriority creditor's name and mailing address**

Peter Vu
2656 Balboa Vista Drive

San Diego, CA, 92105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.78

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC._____   Case number _(if known)_____
            Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 6497 **Nonpriority creditor's name and mailing address**

Peyton Knight
3 Jefferson Street

West Warwick, RI, 2893

$ 42.99

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6498 **Nonpriority creditor's name and mailing address**

phetsada, Justin
3132 179th Street Southeast

Bothell, WA, 98012

$ 174.42

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6499 **Nonpriority creditor's name and mailing address**

Philbert Loekman
19903 Tennessee Trail

Walnut, CA, 91789

$ 15.99

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6500 **Nonpriority creditor's name and mailing address**

philip aja
393 Wallis Street

Pasadena, CA, 91106

$ 43.98

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6501 **Nonpriority creditor's name and mailing address**

Philip Campbell Jr.
62 East Stephen Drive

Newark, DE, 19713

$ 109.98

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Sure Thing Sales, LLC
         Name                                    Case number _(if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 6502  **Nonpriority creditor's name and mailing address**

Philip Talley
14818 Distaff rd

Midlothian, VA, 23112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

---

**3.** 6503  **Nonpriority creditor's name and mailing address**

Philip Vaccaro
51 S Rambling Ridge Place

Conroe , TX, 77385

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

---

**3.** 6504  **Nonpriority creditor's name and mailing address**

Philipp Renard
571 N Verde Ave

Rialto, CA, 92376

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

---

**3.** 6505  **Nonpriority creditor's name and mailing address**

Phillip Bledsoe
152 ohio st.

Barnsville, OH, 43713

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

---

**3.** 6506  **Nonpriority creditor's name and mailing address**

Phillip Coonce
5312 NE 43rd Terrace

Kansas City, MO, 64117

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

---

Debtor   Sure Thing Sales, LLC
_____
Name

Case number *(if known)* _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

---

3. ___6507___ **Nonpriority creditor's name and mailing address**

Phillip Fung
65 Linden Ln

Temple City, CA, 91780

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 395.23

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___6508___ **Nonpriority creditor's name and mailing address**

Phillip Gladstone
12846 SE 40th ln #11

Bellevue, WA, 98006

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 71.55

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___6509___ **Nonpriority creditor's name and mailing address**

Phillip Kunzig
31033 Buttonwood Drive

Lewes, DE, 19958

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___6510___ **Nonpriority creditor's name and mailing address**

Phillip Martins
1432 Maryland Avenue

Severn, MD, 21144

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___6511___ **Nonpriority creditor's name and mailing address**

Phillip Morgan
15838 Country Trail

Tomball, TX, 77377

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.69

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Sure Thing Sales, LLC.
_____
         Name

Case number _(if known)_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. ___6512___  **Nonpriority creditor's name and mailing address**

Phillip Moss
4 Jeffrey Manor Rd.

Oakdale, CT, 6370

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___6513___  **Nonpriority creditor's name and mailing address**

Phillip Phan
5808 Laguna Seca Way

San Jose, CA, 95123-3245

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 111.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___6514___  **Nonpriority creditor's name and mailing address**

phillip stamper
1713 robin lane

garland, TX, 75240

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___6515___  **Nonpriority creditor's name and mailing address**

Phillip Starnes
12807 Bridge Cedar

Helotes, TX, 78023

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___6516___  **Nonpriority creditor's name and mailing address**

Phillip Wheatley
74 N 775 E

Tremomton , UT, 84337

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
        Name

Case number *(if known)*

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 6517 **Nonpriority creditor's name and mailing address**

Phillip White
9321 s woodlawn

chicago, IL, 60619

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 29.76

---

**3.** 6518 **Nonpriority creditor's name and mailing address**

Phillipe Santos
32-06 47th Street, Apt 5C

Astoria, NY, 11103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 119.95

---

**3.** 6519 **Nonpriority creditor's name and mailing address**

Phoebe O
1622 SE 71st Ave

Portland, OR, 97215

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7.99

---

**3.** 6520 **Nonpriority creditor's name and mailing address**

Phoeberly Ungos
91-1025 Manakuke St., Apartment B

Ewa Beach, HI, 96706

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 30.65

---

**3.** 6521 **Nonpriority creditor's name and mailing address**

Phonesy Saengphachanh
3632 Beresford Dr.

Modesto, CA, 95357

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 98.98

---

Debtor    Sure Thing Sales, LLC
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 6522  **Nonpriority creditor's name and mailing address**

Phong Pham
597 Commercial Street

Braintree, MA, 2184

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6523  **Nonpriority creditor's name and mailing address**

Phu Huynh
233 Bellam Blvd

San Rafael, CA, 94901

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 85.00

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6524  **Nonpriority creditor's name and mailing address**

Phuc Nguyen
6918 Belleglade Dr

Dayton, OH, 45424

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.23

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6525  **Nonpriority creditor's name and mailing address**

Phuc Nguyen
8120 Power Inn Rd, , Apt 113

Sacramento, CA, 95828

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.55

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6526  **Nonpriority creditor's name and mailing address**

Phuoc Doan
500 13th Avenue East, apt 205

Seattle, WA, 98102

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.

Name

Case number *(if known)*

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 6527   **Nonpriority creditor's name and mailing address**

Phuong Mai
34338 Sandburg Drive

Union City, CA, 94587

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.17

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 6528   **Nonpriority creditor's name and mailing address**

Piankhi Zimmerman
904 Whitehall Street

Silver Spring, MD, 20901

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.10

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 6529   **Nonpriority creditor's name and mailing address**

Piero Lopez Rodriguez-Gaona
35 Gallagher Lane

Wharton, NJ, 7885

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 6530   **Nonpriority creditor's name and mailing address**

Pierre Demassey
13 Bisbee Dr

Burlington, NJ, 8016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 133.25

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 6531   **Nonpriority creditor's name and mailing address**

Pierre Pelen
3536 53rd Ave NE Tacoma, 3536 53rd Ave NE Tacoma

Tacoma, WA, 98422

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.12

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor __Sure Thing Sales, LLC__ Case number _(if known)_____
        Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 6532  **Nonpriority creditor's name and mailing address**

Ping Somsack
13204 Wat Rd

Fort Worth, TX, 76244

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 21.68**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6533  **Nonpriority creditor's name and mailing address**

Pinto
95 US Highway 46 West

Lodi, NJ, 07644

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service Invoice

**$ 279.41**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6534  **Nonpriority creditor's name and mailing address**

Piper Sullentrup
463 Basswood Drive

Leslie, MO, 63056

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 102.62**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6535  **Nonpriority creditor's name and mailing address**

Pratsanee Galluzzo
7202 Nocona Drive

Abilene, TX, 79602

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 81.18**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6536  **Nonpriority creditor's name and mailing address**

Preston Dupriest
10965 West 192nd Place

Spring Hill, KS, 66225

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 52.99**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Sure Thing Sales, LLC_____    Case number _(if known)_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 6537   **Nonpriority creditor's name and mailing address**

Preston Owens
239 Three Bridge Road

Monroeville, NJ, 08343-1880

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 149.26**

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

**3.** 6538   **Nonpriority creditor's name and mailing address**

Preston Tingley
659 Ruby Drive

Vacaville, CA, 95687

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 74.99**

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

**3.** 6539   **Nonpriority creditor's name and mailing address**

Preston Ward
4283 Treat Blvd.

Concord, CA, 94521

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 76.81**

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

**3.** 6540   **Nonpriority creditor's name and mailing address**

Pricila Ortega
9602 Marlive Lane, Apt 3

Houston, TX, 77025

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 24.99**

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

**3.** 6541   **Nonpriority creditor's name and mailing address**

Prime Packaging Corp.
1290 Metropolitan Ave.

Brooklyn, NY, 11237

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 5,129.12**

Basis for the claim: Trade Payables

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.__6542__ **Nonpriority creditor's name and mailing address**

Priscilla  Hamilton
1224 Long Branch Road

Marble, NC, 28905

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.88

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.__6543__ **Nonpriority creditor's name and mailing address**

Priscilla  Miranda
7943 La Merced Road

Rosemead, CA, 91770

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.__6544__ **Nonpriority creditor's name and mailing address**

Proimsa Jose Munoz
2834 NW 72ND AVE

Miami, FL, 33122

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.88

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.__6545__ **Nonpriority creditor's name and mailing address**

PSE&G Co.
PO Box 14444

New Brunswick, NJ, 08906-444

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 765.31

**Basis for the claim:** Utility Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.__6546__ **Nonpriority creditor's name and mailing address**

Qiangqiang Hu
3708 Sara dr

Torrance, CA, 90503

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 138.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6547 **Nonpriority creditor's name and mailing address**

qinglu he
5116 C Sereno Dr , 5116 C

Temple City, CA, 91780

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.04

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6548 **Nonpriority creditor's name and mailing address**

Quan Vo
11859 Goodale Ave

Fountain Valley, CA, 92708

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.15

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6549 **Nonpriority creditor's name and mailing address**

Quang Tran
147 Barry Oak Road

Statesville, NC, 28625

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6550 **Nonpriority creditor's name and mailing address**

Queen McNeill
1023 Brandon Rd.

Durham, NC, 27713

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.87

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6551 **Nonpriority creditor's name and mailing address**

Queenaly Tran
10542 SE Market St

Portland, OR, 97216

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
           Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3.____ **6552** Nonpriority creditor's name and mailing address

Quentin  Welch
6210 Twin Springs Boulevard

Cedar Hill, MO, 63016

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 158.41

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____ **6553** Nonpriority creditor's name and mailing address

Quezada Deloryn
86 Wadsworth Avenue, 5

New York, NY, 10033

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____ **6554** Nonpriority creditor's name and mailing address

R H
300 old batson rd

Taylors, SC, 29687

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.01

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____ **6555** Nonpriority creditor's name and mailing address

Rachael Adams
951 S Frost Dr

Saginaw, MI, 48638

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____ **6556** Nonpriority creditor's name and mailing address

Rachael mehaffey
PO box 1099

Hinesville, GA, 31310

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.07

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
         Name

Case number (if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 6557   **Nonpriority creditor's name and mailing address**

Rachel  Whittle
9832 Ga Highway 112

Danville , GA, 31017

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.51

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6558   **Nonpriority creditor's name and mailing address**

Rachel Ardry
200 N Cayce Lane

columbia, TN, 38401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 61.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6559   **Nonpriority creditor's name and mailing address**

Rachel Bailey
66 Long Branch Rd

Lawrenceburg, TN, 38464

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.33

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6560   **Nonpriority creditor's name and mailing address**

Rachel Bang
12692 Shorewood Dr SW

Burien, WA, 98146

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.93

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6561   **Nonpriority creditor's name and mailing address**

Rachel Bellaire
125 Coal Street

McDonald, PA, 15057

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.55

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. ___6562___ **Nonpriority creditor's name and mailing address**

Rachel Caldwell
70 Pine View Blvd

Russellville, AL, 35654

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 13.07

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ___6563___ **Nonpriority creditor's name and mailing address**

Rachel charlie dixon Dixon
15 Belleview Terrace

Cromwell, CT, 6416

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 32.96

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ___6564___ **Nonpriority creditor's name and mailing address**

Rachel Chitswara
86 karin dr

Mountain Top, PA, 18707

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 36.03

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ___6565___ **Nonpriority creditor's name and mailing address**

Rachel Colwell
11800 Sunset Hills Road, 714

Reston, VA, 20190

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 44.51

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ___6566___ **Nonpriority creditor's name and mailing address**

Rachel Cullar
4855 Tawny Court

Oakley, CA, 94561

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 10.99

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC
     Name

Case number *(if known)*_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 6567  **Nonpriority creditor's name and mailing address**

Rachel Golden
8610 Anglers Pointe Drive

Temple Terrace, FL, 33637

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 29.01

---

3. 6568  **Nonpriority creditor's name and mailing address**

Rachel Grant
38 Laurel Hill Road

McDonald, PA, 15057

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 56.69

---

3. 6569  **Nonpriority creditor's name and mailing address**

Rachel Helling
308 Willow Street, Apt 7

Somerset, WI, 54025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 12.65

---

3. 6570  **Nonpriority creditor's name and mailing address**

Rachel Hensberger
29 Ruxview Ct, Apt 101

Towson, MD, 21204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 35.98

---

3. 6571  **Nonpriority creditor's name and mailing address**

Rachel Kurtz
2002 Noss Rd

York, PA, 17408-8843

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 40.97

---

Debtor  Sure Thing Sales, LLC                                    Case number (if known)
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 6572  **Nonpriority creditor's name and mailing address**

Rachel Kuzara
11640 Alderhill Terrace

San Diego, CA, 92131

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 52.78

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6573  **Nonpriority creditor's name and mailing address**

Rachel LaBerge
32471 Wisconsin Street

Livonia, MI, 48150

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6574  **Nonpriority creditor's name and mailing address**

Rachel Lamancusa
4284 Kerrybrook Avenue

Youngstown, OH, 44511

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 101.87

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6575  **Nonpriority creditor's name and mailing address**

Rachel Melfi
3 Amen Corner Court

Mansfield, TX, 76063

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 61.69

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6576  **Nonpriority creditor's name and mailing address**

Rachel Pollard
1423 W St James Pl

Arlington Hts, IL, 60005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.49

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 6577** Nonpriority creditor's name and mailing address

Rachel Reith
6521 Vine Street, Apt 22

Lincoln, NE, 68505

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.23

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 6578** Nonpriority creditor's name and mailing address

Rachel Rodil
178 REYNOLDSON RD

Gates, NC, 27937

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 6579** Nonpriority creditor's name and mailing address

Rachel Stokes
1971 WEBSTER AVE, APT 1B

BRONX, NY, 10457

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 160.95

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 6580** Nonpriority creditor's name and mailing address

Rachel Stokes
1971 WEBSTER AVE, APT 1B

BRONX, NY, 10457

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.28

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 6581** Nonpriority creditor's name and mailing address

Rachel Treadway
27 Lyncliff Drive

Oswego, IL, 60543

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.71

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 6582 **Nonpriority creditor's name and mailing address**

Rachelle Hahn
11745A SE Ankeny St

Portland, OR, 97216-3711

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6583 **Nonpriority creditor's name and mailing address**

Radito Orodio
48 Madoline St

Pittsburg, CA, 94565

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6584 **Nonpriority creditor's name and mailing address**

Radostin Draganov
175 Cemetery Rd

Buxton, ME, 4093

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 109.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6585 **Nonpriority creditor's name and mailing address**

Radwan Abdalla
1077 Ramsey Street

Shakopee, MN, 55379

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 47.23

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6586 **Nonpriority creditor's name and mailing address**

Rae Tan
53 Turning Mill Road

Lexington, MA, 2420

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 33.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number _(if known)_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___ 6587   **Nonpriority creditor's name and mailing address**

Rae Valdez
6769 Miramar Parkway

Miramar, FL, 33023

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 7.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___ 6588   **Nonpriority creditor's name and mailing address**

Raed Moukarem
13030 North Hunters Circle

San Antonio, TX, 78230

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 109.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___ 6589   **Nonpriority creditor's name and mailing address**

Raelenn Muldrow
9231 South 91st East Avenue

Tulsa, OK, 74133

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.27

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___ 6590   **Nonpriority creditor's name and mailing address**

Raeshawn Spence
110 Broad Street, 303

Newark, NJ, 7104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 149.26

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___ 6591   **Nonpriority creditor's name and mailing address**

Rafael Barbosa
912 Juniper Place

Alexandria, VA, 22304

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.65

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 1328 of ___ 1682

Debtor  Sure Thing Sales, LLC
_____
Name

Case number (if known)_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6592 **Nonpriority creditor's name and mailing address**

rafael garcia
441 Venezian Court

Roseville, CA, 95661

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6593 **Nonpriority creditor's name and mailing address**

Rafael Hernandez Jr
23842 Alicia Parkway, 243

Mission Viejo, CA, 92691

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 15.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6594 **Nonpriority creditor's name and mailing address**

Rafael Rivera
1040 Riker St, 24

Salinas, CA, 93901

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 43.69

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6595 **Nonpriority creditor's name and mailing address**

Rafael Rivera
16735 la cantera parkway, 17206

SAN ANTONIO, TX, 78256

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 97.41

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6596 **Nonpriority creditor's name and mailing address**

Rafael rosario
1817 Eastgate Loop, 102

Ferndale, WA, 98248

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 38.06

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC

Name

Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

3. **6597**    **Nonpriority creditor's name and mailing address**

Rafael Sanchez
4373 Avondale Ave

Las Vegas, NV, 89121

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 70.43

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6598**    **Nonpriority creditor's name and mailing address**

Rafael Vera
325 N Jefferson St

Whitewater, WI, 53190-1423

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.09

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6599**    **Nonpriority creditor's name and mailing address**

Rafaela Ortiz
267 Elberon Avenue

Paterson, NJ, 7502

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 447.81

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6600**    **Nonpriority creditor's name and mailing address**

Rafaella Bressan
135 Sterling Pine Street, SUITE 042037

Sanford, FL, 32773

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6601**    **Nonpriority creditor's name and mailing address**

Raiann Maas
1026 Beagle Club Road

Underwood, IN, 47177

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.09

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
_____
Name

Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3. 6602  **Nonpriority creditor's name and mailing address**

Rain Whelan
206 Drexel Dr

Bel Air, MD, 21014

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 127.18

---

3. 6603  **Nonpriority creditor's name and mailing address**

Rain Wood
1402, 195th Pl SW

Lynnwood, WA, 98036

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13.25

---

3. 6604  **Nonpriority creditor's name and mailing address**

Raina Chalkley
8895 Daer Water Drive

Winston, GA, 30187

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27.81

---

3. 6605  **Nonpriority creditor's name and mailing address**

Raissa Serna
6652 Hunting Path Rd

Haymarket, VA, 20169

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19.06

---

3. 6606  **Nonpriority creditor's name and mailing address**

Ralfy Sanchez
146 73rd Street, 1

North Bergen, NJ, 7047

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 89.55

Debtor ___Sure Thing Sales, LLC.___
    Name

Case number _(if known)_____

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

3. __6607__  Nonpriority creditor's name and mailing address

Ralph Gilson
8880 Surrey Lane

Plain City, OH, 43064

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 22.95

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. __6608__  Nonpriority creditor's name and mailing address

Ralph Jacob
554 Blenheim Road

Columbus, OH, 43214

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 21.49

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. __6609__  Nonpriority creditor's name and mailing address

Ramesh Sharma
1625 brighton dr

Mundelien, IL, 60060

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 231.11

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. __6610__  Nonpriority creditor's name and mailing address

Ramirez Armstrong
838 Greens Road , Apt 159

Houston , TX, 77060

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 352.88

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. __6611__  Nonpriority creditor's name and mailing address

ramiro benavidez
918 Francais Dr

Shreveport, LA, 71118

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 22.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC
_____
Name

Case number *(if known)* _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6612  **Nonpriority creditor's name and mailing address**

Ramiro Diaz
6188 Catlett Road

Bealeton, VA, 22712

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15.78

---

**3.** 6613  **Nonpriority creditor's name and mailing address**

Ramiro Gallardo
37916 28TH ST E

Palmdale, CA, 93550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 121.25

---

**3.** 6614  **Nonpriority creditor's name and mailing address**

Ramon Abreu
141 Twin Lakes Dr

Vine Grove, KY, 40175

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11.99

---

**3.** 6615  **Nonpriority creditor's name and mailing address**

Ramon Escobedo
161 w hanford armona rd , ste j #167

Lemoore, CA, 93245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25.72

---

**3.** 6616  **Nonpriority creditor's name and mailing address**

Ramon Gomez
11578 Northwest 84th Street

Doral, FL, 33178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 231.97

---

Debtor _____Sure Thing Sales, LLC_____ Case number _(if known)_____
       Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **6617** Nonpriority creditor's name and mailing address

Ramona Jorgenson
2210 Black Oak Drive

Minnetonka, MN, 55305

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 11.99**

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. **6618** Nonpriority creditor's name and mailing address

Ramsha Fatima
545 Mission Pl

Danville, CA, 94526

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 38.05**

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. **6619** Nonpriority creditor's name and mailing address

Ramyiah Starks
98Forest mill trl

Mansfield, TX, 76063

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 8.99**

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. **6620** Nonpriority creditor's name and mailing address

Ramzi  Bivens
4089 Edgewater Court

Lewis Center, OH, 43035

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 39.99**

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. **6621** Nonpriority creditor's name and mailing address

Rand Ratinac
10 Hollis Ave, 2

Denistone East, WI, 2112

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 193.94**

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Official Form 206E/F                 Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Sure Thing Sales, LLC.
         Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6622  **Nonpriority creditor's name and mailing address**

Randal Eaton
973 Cascades Park Trail

DeLand, FL, 32720

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 90.94

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6623  **Nonpriority creditor's name and mailing address**

Randal Wilson
22515 W. 56th St.

Shawnee, KS, 66226-7940

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 189.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6624  **Nonpriority creditor's name and mailing address**

Randall Blum
28769 School House Road

Columbus, NJ, 8022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.31

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6625  **Nonpriority creditor's name and mailing address**

Randall Jacob Galzote
941177 Meleinoa Place, Apt 25D

Waipio, HI, 96797

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.64

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6626  **Nonpriority creditor's name and mailing address**

Randall Kemp
492 Connemara trl

Evans, GA, 30809

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.79

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
_____
Name

Case number _(if known)_____

| **Part 2:** | **Additional Page** |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

3. 6627  **Nonpriority creditor's name and mailing address**

Randall Oldaker
259 Leaksville Court

Luray, VA, 22835

**As of the petition filing date, the claim is:** $22.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6628  **Nonpriority creditor's name and mailing address**

Randall Vasquez
13580 Nw 4th ST, 107

Pembroke Pines, FL, 33028

**As of the petition filing date, the claim is:** $139.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6629  **Nonpriority creditor's name and mailing address**

Randee Chavez
6787 Cole Ave, Apt 129

Highland, CA, 92346

**As of the petition filing date, the claim is:** $35.54
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6630  **Nonpriority creditor's name and mailing address**

Randy Gerzog
8697 93rd ave

seminole, FL, 33777

**As of the petition filing date, the claim is:** $16.04
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6631  **Nonpriority creditor's name and mailing address**

Randy Nwigwe
1808 SE Genaro Ter

Port St Lucie, FL, 34952-6641

**As of the petition filing date, the claim is:** $64.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC_____    Case number _(if known)_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 6632   **Nonpriority creditor's name and mailing address**

Randy Runge
8418 E Bull Pine Ln

Spokane, WA, 99217

$ 37.05

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6633   **Nonpriority creditor's name and mailing address**

Randy White
1410 West Wanda

Milwaukee, WI, 53221

$ 210.99

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6634   **Nonpriority creditor's name and mailing address**

Randy White
6057 Linden Avenue, Long Beach, CA, USA,,
6057 Linden Avenue, 6057 Linden Avenue

Long Beach, CA, 90805

$ 37.46

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6635   **Nonpriority creditor's name and mailing address**

Ranya Tawfik
13526 Parkfield Way

Winter Garden, FL, 34787

$ 25.55

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6636   **Nonpriority creditor's name and mailing address**

Raphael D'Sa
614 E. Vista Del Cerro Dr.

Tempe, AZ, 85281

$ 9.99

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number *(if known)* _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 6637 | **Nonpriority creditor's name and mailing address**

Raphael Landicho
12643 Bellflower Lane

Moreno Valley, CA, 92555

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 149.99

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6638 | **Nonpriority creditor's name and mailing address**

Raphael Monte
5532 S Monitor Ave

Chicago, IL, 60638-2720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.35

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6639 | **Nonpriority creditor's name and mailing address**

Raquel Antona
3735 Goldfinch Terrace

Fremont, CA, 94555

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.22

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6640 | **Nonpriority creditor's name and mailing address**

Raquel Montano
302 Atrisco Drive Northwest

Albuquerque, NM, 87105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 49.99

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6641 | **Nonpriority creditor's name and mailing address**

rashan hayes
122 Plane Street

boonton, NJ, 7005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 24.51

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC
_____
        Name

                    Case number (if known)_____

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

3.____ 6642  **Nonpriority creditor's name and mailing address**

Raul  Flores Jr.
2220 Mortimer St.

Huntington Park , CA, 90255

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3.____ 6643  **Nonpriority creditor's name and mailing address**

Raul Esparza
419 North Everton Street

Houston, TX, 77003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3.____ 6644  **Nonpriority creditor's name and mailing address**

Raul Laitano
623 Withee Street

Bakersfield, CA, 93307

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.26

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3.____ 6645  **Nonpriority creditor's name and mailing address**

Raul Lopez
18905 Smoothstone Way, Apt 6

Montgomery Village, MD, 20886

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.95

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3.____ 6646  **Nonpriority creditor's name and mailing address**

Raul Rodriguez
126 Westlake dr

San Antonio, TX, 78227

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 85.00

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC.
         Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6647    **Nonpriority creditor's name and mailing address**

Raul Rodriguez
2910 San Diego Drive

Dallas, TX, 75228

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.27

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6648    **Nonpriority creditor's name and mailing address**

Raul Saenz
1605 Ocean Beach Road

Hoquiam, WA, 98550

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6649    **Nonpriority creditor's name and mailing address**

RAVEN AYERS
12424 JONES GAP RD

SODDY DAISY, TN, 37379

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6650    **Nonpriority creditor's name and mailing address**

Raven Brown
8100 Runaway Bay Dr, S

Charlotte, NC, 28212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6651    **Nonpriority creditor's name and mailing address**

Raven Mills
926 chip cove lane

Knoxville, TN, 37938

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.89

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6652   **Nonpriority creditor's name and mailing address**

Raven Penwell
73 Barrett Street, Apt 5153

Northampton, MA, 1060

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.24

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6653   **Nonpriority creditor's name and mailing address**

Ray Archuletta
3553 Nonchalant Circle East

Colorado Springs, CO, 80917

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6654   **Nonpriority creditor's name and mailing address**

Ray Lump
1957 Universal Ave

San Bernardino, CA, 92407

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6655   **Nonpriority creditor's name and mailing address**

Ray Rosales
545 W Hamilton St

Costa Mesa, CA, 92627-2664

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6656   **Nonpriority creditor's name and mailing address**

Raychel  Villegas
9790 Proud Clarion Street

Las Vegad , NV, 89178

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC_____    Case number _(if known)_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 6657  **Nonpriority creditor's name and mailing address**

Raylyn Corea
15719 Eucalyptus Ave, Apt 21

Bellflower, CA, 90706

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6658  **Nonpriority creditor's name and mailing address**

Raylynn Ramirez
6351 Pacific Sky Street

North Las Vegas, NV, 89081

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.00

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6659  **Nonpriority creditor's name and mailing address**

Raymond Bottaro
2214 Halter Drive

Woodburn, OR, 97071

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6660  **Nonpriority creditor's name and mailing address**

Raymond Chojnacki
2101 Fairland Street

Pittsburgh, PA, 15210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.44

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6661  **Nonpriority creditor's name and mailing address**

Raymond Gardea-Palato
1944 Miramar Street

Pomona, CA, 91767

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 287.84

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC._____   Case number _(if known)_____
           Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 6662  **Nonpriority creditor's name and mailing address**

Raymond J Hill
11825 SW 11th St.

Beaverton, OR, 97005

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.98

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 6663  **Nonpriority creditor's name and mailing address**

Raymond Phu
3 Amboy St

Allston, MA, 2134

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 36.11

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 6664  **Nonpriority creditor's name and mailing address**

Raymond Rollings Jr
2870 New York 9D

Wappingers Falls, NY, 12590

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.98

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 6665  **Nonpriority creditor's name and mailing address**

Raymond Wang
136 102nd Ave SE, Apt 406

Bellevue, WA, 98004

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 77.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 6666  **Nonpriority creditor's name and mailing address**

Raymund Bucog
7555 Mission Street, Unit 312

Daly City, CA, 94014

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_ _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___ 6667   **Nonpriority creditor's name and mailing address**

Rayna Hawes
1287 Springwood Lane, 105 B

Fairborn, OH, 45324

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 128.69

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3.___ 6668   **Nonpriority creditor's name and mailing address**

Razanne Farshoukh
2111 Warfield Avenue, APT B

Redondo Beach, CA, 90278

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3.___ 6669   **Nonpriority creditor's name and mailing address**

ReAnne Marden
110 E Clarendon Dr

ROUND LAKE BEACH, IL, 60073

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 222.51

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3.___ 6670   **Nonpriority creditor's name and mailing address**

Rebecca Torres-Flores
10914 Addison Street Southwest, Apt 5

Lakewood, WA, 98499

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 67.08

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3.___ 6671   **Nonpriority creditor's name and mailing address**

Rebecca Clark
2934 E Little Creek Rd

Norfolk, VA, 23518

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 46.63

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6672  **Nonpriority creditor's name and mailing address**

Rebecca Covos
240 South Chrisalta Way

Anaheim, CA, 92807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 22.99

---

**3.** 6673  **Nonpriority creditor's name and mailing address**

Rebecca Creager
3809 Ivy Avenue

Knoxville, TN, 37914

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 145.28

---

**3.** 6674  **Nonpriority creditor's name and mailing address**

Rebecca Dorneden
9833 Vine St

Thornton, CO, 80229-2489

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 13.28

---

**3.** 6675  **Nonpriority creditor's name and mailing address**

rebecca hamrick
4000 Elkin Ridge Dr, B

Greenville, NC, 27858

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12.83

---

**3.** 6676  **Nonpriority creditor's name and mailing address**

rebecca hamrick
4000 Elkin Ridge Dr, B

Greenville, NC, 27858

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12.99

---

Debtor    Sure Thing Sales, LLC.
         Name

Case number _(if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3. 6677  Nonpriority creditor's name and mailing address

Rebecca Jenkins
7851 Northwest Roanridge Road, D

Kansas City, MO, 64151

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 127.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

3. 6678  Nonpriority creditor's name and mailing address

Rebecca Kiefer
7001 North Yates Road

Fox Point, WI, 53217

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.97

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

3. 6679  Nonpriority creditor's name and mailing address

Rebecca Larrick
5930 Desiree Court

Citrus Heights, CA, 95621

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

3. 6680  Nonpriority creditor's name and mailing address

Rebecca Owens
1309 Wilkshire Circle Southwest

North Canton, OH, 44720

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.56

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

3. 6681  Nonpriority creditor's name and mailing address

Rebecca Picinich
21 RIDGE ROAD

Rutherford, NJ, 7070

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 347.59

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1346 of 1682

Debtor    Sure Thing Sales, LLC.
         Name                                              Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

3. 6682  **Nonpriority creditor's name and mailing address**

Rebecca Randles
5455 Norma Ave SE

Salem, OR, 97306

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 71.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6683  **Nonpriority creditor's name and mailing address**

Rebecca Romero
1230 Arrow Wood Drive

BREA, CA, 92821

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 129.29

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6684  **Nonpriority creditor's name and mailing address**

Rebecca Sorenson
325 Garfield

Huntington, IN, 46750

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 157.97

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6685  **Nonpriority creditor's name and mailing address**

Rebecca Stoltenberg
16259 Windsor Creek Drive

Monument, CO, 80132

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 97.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6686  **Nonpriority creditor's name and mailing address**

Rebecca Thompson
8200 Venice Avenue Northeast

Albuquerque, NM, 87122

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 229.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 6687 **Nonpriority creditor's name and mailing address**

REEVES, GREGORY SCOTT
188 Pheasant Hill Cir

Cotuit, MA, 2635

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 21.24

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6688 **Nonpriority creditor's name and mailing address**

Regan Benbow
808 Benton Dr apt 12

Iowa City, IA, 52246

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 232.13

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6689 **Nonpriority creditor's name and mailing address**

REGINA AVERY
1681 YORKTOWNE BLVD

TOMS RIVER, NJ, 8753

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 10.00

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6690 **Nonpriority creditor's name and mailing address**

Regina Ewing
1130 Wilder Avenue, Apt. 902

Honolulu, HI, 96822

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 29.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6691 **Nonpriority creditor's name and mailing address**

Regina Guan
1706 Avenue X

Brooklyn, NY, 11235

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
Name

Case number _(if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___6692___  **Nonpriority creditor's name and mailing address**

Regina mayberry
317 Deauville Dr

MONROEVILLE, PA, 15146

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 90.94

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

3.___6693___  **Nonpriority creditor's name and mailing address**

Reginald  Lowe
1419 Myrtle Avenue

Plainfield, NJ, 7063

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.78

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

3.___6694___  **Nonpriority creditor's name and mailing address**

Reginald Craig Jr.
4622,Merrick, St

Dearborn Heights, MI, 48125

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.79

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

3.___6695___  **Nonpriority creditor's name and mailing address**

reginald Francia
578 Almaden Walk Loop

San Jose, CA, 95125

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 126.88

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

3.___6696___  **Nonpriority creditor's name and mailing address**

Reginald lowe
1419 Myrtle ave

Plainfield, NJ, 7063

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.97

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Sure Thing Sales, LLC. _____     Case number _(if known)_ _____
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 6697  **Nonpriority creditor's name and mailing address**

Regis Sims
2248 Barrington Ct

Auburn, AL, 36830

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 50.13

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6698  **Nonpriority creditor's name and mailing address**

rehman mansoor
533 Eisenhower LN

LAVON, TX, 75166

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6699  **Nonpriority creditor's name and mailing address**

Remi Gill
57 Nishuane Rd

Montclair, NJ, 7042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 149.26

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6700  **Nonpriority creditor's name and mailing address**

Remy Foster
11056A Bennett Ln

Fort Campbell, KY, 42223

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 15.89

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6701  **Nonpriority creditor's name and mailing address**

Ren Norwood
204 South Spain Street

Darlington, SC, 29532

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.95

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
_____
Name

Case number *(if known)* _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** ⌐6702⌐ **Nonpriority creditor's name and mailing address**

Renato Dulay
13502 Greenbrier Avenue

Bellflower, CA, 90706

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⌐6703⌐ **Nonpriority creditor's name and mailing address**

renato marrero
8845 sw 99 st

miami, FL, 33176

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⌐6704⌐ **Nonpriority creditor's name and mailing address**

Rene Lara
215 W Locust St

Ontario, CA, 91762

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⌐6705⌐ **Nonpriority creditor's name and mailing address**

RENE QUIROGA
13715 Naples Park Ln

Houston, TX, 77070

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.59

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⌐6706⌐ **Nonpriority creditor's name and mailing address**

Renee Craig
2805 Briarwood Dr

Horn Lake, MS, 38637

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC
_____
Name    Case number (if known) _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 6707 **Nonpriority creditor's name and mailing address**

Renee Miller
631 Pen Argyl St, Apt 2

Pen Argyl, PA, 18072

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 21.99

---

**3.** 6708 **Nonpriority creditor's name and mailing address**

Renee Tipton-Netherton
2817 Vale Drive

Kettering, OH, 45420

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 37.61

---

**3.** 6709 **Nonpriority creditor's name and mailing address**

RENEMEL M DECENA
4108 Hayfield Way

Prospect, KY, 40059

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 12.71

---

**3.** 6710 **Nonpriority creditor's name and mailing address**

Renita Ransom
846 Kimberly Drive

American Canyon, CA, 94503

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 39.99

---

**3.** 6711 **Nonpriority creditor's name and mailing address**

Rennie LeDuc
50 Hickory Dr

Maplewood, NJ, 7040

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 31.96

---

Debtor   Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_ _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3. __6712__  **Nonpriority creditor's name and mailing address**

Renwei Cheng
21544 Kouros, Ct.

Ashburn, VA, 20147

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72.07

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

3. __6713__  **Nonpriority creditor's name and mailing address**

Reuben Federico
1605 griffin st

Oceanside, CA, 92054

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

3. __6714__  **Nonpriority creditor's name and mailing address**

Reyes, Tiffany
2021 tiehack lane

Garland, TX, 75044

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 234.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

3. __6715__  **Nonpriority creditor's name and mailing address**

Reyli Vergara
4987 Milano Way

Martinez, CA, 94553

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.13

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

3. __6716__  **Nonpriority creditor's name and mailing address**

Reyna  Rivera
65 North Chestnut Street, 3

Beacon, NY, 12508

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

Debtor ___Sure Thing Sales, LLC.___
       Name

Case number _(if known)_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6717  **Nonpriority creditor's name and mailing address**

REYNA RAMIREZ
5110 SW SCHOLLS FERRY RD, APT D-205

PORTLAND, OR, 97225

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6718  **Nonpriority creditor's name and mailing address**

Reynaldo Morales, Jr.
4926 Antioch Loop

Union City, CA, 94587

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6719  **Nonpriority creditor's name and mailing address**

Reynaldo Pena
2178 state route 94

Salisbury mills, NY, 12577

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.96

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6720  **Nonpriority creditor's name and mailing address**

Rhett Gedies
38824 Place Rd

Fall Creek, OR, 97438

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 149.95

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6721  **Nonpriority creditor's name and mailing address**

Rhett Nenzoski
176 Roosevelt Ave

Elyria, OH, 44035

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 404.69

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*_____

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6722  **Nonpriority creditor's name and mailing address**

rhey paguio
26517 Danti Court

Hayward, CA, 94545

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 37.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 6723  **Nonpriority creditor's name and mailing address**

Rhianna Brown
810 chance ave

silsbee, TX, 77656

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 9.73**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 6724  **Nonpriority creditor's name and mailing address**

Rhonda Dean
11976 Greymont Boulevard

Moundville, AL, 35474

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 69.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 6725  **Nonpriority creditor's name and mailing address**

Rhonda Ricks
219 Mt. Vernon Ave.

City of Orange, NJ, 7050

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 23.45**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 6726  **Nonpriority creditor's name and mailing address**

Rhonda Willey
5544 Forest Grove Road

Parsonsburg, MD, 21849

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 22.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC

Name

Case number *(if known)*

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.** 6727 | **Nonpriority creditor's name and mailing address**

Rhys Pollock
376 Simon's Ave

Hackensack, NJ, 7601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 248.43

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6728 | **Nonpriority creditor's name and mailing address**

Rian Zenner
2510 SE 47th Ave

Portland, OR, 97206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6729 | **Nonpriority creditor's name and mailing address**

Ric Walz-Smith
174 Anchor Dr.

Bay Point, CA, 94565

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.47

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6730 | **Nonpriority creditor's name and mailing address**

Ricardo  Chaparro
4507 N 71st Ave

Phoenix , AZ, 85033

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.26

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6731 | **Nonpriority creditor's name and mailing address**

RICARDO ACEVES
5208 S MOBILE AVE

CHICAGO, IL, 60638

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.65

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 6732  **Nonpriority creditor's name and mailing address**

Ricardo Bautista
1557 Lombardy Street

Houston, TX, 77023

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.98

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 6733  **Nonpriority creditor's name and mailing address**

Ricardo Betancourt
12878 Mulberry Drive

Denham Springs, LA, 70726

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 108.94

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 6734  **Nonpriority creditor's name and mailing address**

Ricardo Castillo
1350 oakland road, spc #5

San Jose, CA, 95112

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 123.98

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 6735  **Nonpriority creditor's name and mailing address**

Ricardo Contreras
1439 North Rohde Avenue

Berkeley, IL, 60163

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 6736  **Nonpriority creditor's name and mailing address**

Ricardo Cruz
13547 Indiana Avenue

Corona, CA, 92879

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 76.11

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name                                                        Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6737  **Nonpriority creditor's name and mailing address**

Ricardo Duenas
42965 River Bend Dr

Plymouth, MI, 48170

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.49

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6738  **Nonpriority creditor's name and mailing address**

Ricardo Gonzalez
3226 47th st

Astoria, NY, 11103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.30

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6739  **Nonpriority creditor's name and mailing address**

Ricardo Grayson
5519 Sparkle Stone Crescent

Fitchburg, WI, 53711

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 104.97

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6740  **Nonpriority creditor's name and mailing address**

Ricardo Lacedelli Jr
3308 swan str

Haltom, TX, 76117

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6741  **Nonpriority creditor's name and mailing address**

Ricardo Monasterio
960 Mockingbird Ln., Apt. 621

Plantation, FL, 33324

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 33.99

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 6742    **Nonpriority creditor's name and mailing address**

Ricardo Navarro
950 Howe Ave Apt 41

Sacramento, CA, 95825

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 147.94

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6743    **Nonpriority creditor's name and mailing address**

Ricardo Padilla
3174 South 24th Street

Milwaukee, WI, 53215

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6744    **Nonpriority creditor's name and mailing address**

Ricardo Pena
1250 ADAMS AVE, APT M103

COSTA MESA, CA, 92626

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 48.46

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6745    **Nonpriority creditor's name and mailing address**

Ricardo Rincon
5034 LONGHORN TRL

Garland, TX, 75043

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.05

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6746    **Nonpriority creditor's name and mailing address**

Ricardo Rodriguez
1707 Stone Field Lane

Laredo, TX, 78045

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 319.32

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | | Case number _(if known)_ |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 6747  **Nonpriority creditor's name and mailing address**

Ricardo Tijerina
5810 Oakwood Drive, Unit 3F

Lisle, IL, 60532

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.44

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6748  **Nonpriority creditor's name and mailing address**

Ricardo Vazquez
8868 pico vista rd

Pico Rivera, CA, 90660

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.76

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6749  **Nonpriority creditor's name and mailing address**

Rich Schultz
1601 East 300th Street

Wickliffe, OH, 44092

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6750  **Nonpriority creditor's name and mailing address**

Rich Sutor
86 Seton Creek Dr

Oswego, IL, 60543

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 202.88

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6751  **Nonpriority creditor's name and mailing address**

Richard  Robles
122 Stern Ct

Tooele, UT, 84074

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 49.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6752  **Nonpriority creditor's name and mailing address**

Richard Andrade
16782 N Gull Dr

CONROE, TX, 77385

**As of the petition filing date, the claim is:** $ 97.41
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6753  **Nonpriority creditor's name and mailing address**

Richard Bardy
171 Exeter Street,

Highland Park, NJ, 8904

**As of the petition filing date, the claim is:** $ 15.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6754  **Nonpriority creditor's name and mailing address**

Richard Bermudez
4305 claridge st

philadelphia, PA, 19124

**As of the petition filing date, the claim is:** $ 12.95
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6755  **Nonpriority creditor's name and mailing address**

Richard Dishman
6639 S Sangamon St 1

Chicago, IL, 60621-1823

**As of the petition filing date, the claim is:** $ 38.58
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6756  **Nonpriority creditor's name and mailing address**

Richard Edminson
842 E 30th St

Tucson, AZ, 85713

**As of the petition filing date, the claim is:** $ 58.66
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
         Name

Case number _(if known)_____

| | |
|---|---|
| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 6757  **Nonpriority creditor's name and mailing address**

Richard Filsinger
76-37 266th Street

Queens, NY, 11040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 6758  **Nonpriority creditor's name and mailing address**

Richard Gonzalez
1856 Lafayette Avenue, Apt.6B

Bronx, NY, 10473

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.37

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 6759  **Nonpriority creditor's name and mailing address**

Richard Gruber
4271 Balcony Breeze Dr

LAND O LAKES, FL, 34638

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 181.89

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 6760  **Nonpriority creditor's name and mailing address**

Richard Hadden
472 Amherst St, Unit 7345020

Nashua, NH, 3063

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 6761  **Nonpriority creditor's name and mailing address**

Richard Hurtado
16703 S. Cuzco Ave.

Compton, CA, 90221

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.03

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Debtor ___Sure Thing Sales, LLC_____    Case number _(if known)_____
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 6762 **Nonpriority creditor's name and mailing address**

Richard Hutnik
187 N Broad St

Nazareth, PA, 18064

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 12.98

---

**3.** 6763 **Nonpriority creditor's name and mailing address**

Richard Jewell
4128 Franklin Rd

Pittsburgh, PA, 15214

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 29.98

---

**3.** 6764 **Nonpriority creditor's name and mailing address**

Richard Landaverde
1315 West 41st Street

Los Angeles, CA, 90037

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 64.98

---

**3.** 6765 **Nonpriority creditor's name and mailing address**

Richard Lanyi
969 S Monarch Rd

San Ramon, CA, 94582

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 12.99

---

**3.** 6766 **Nonpriority creditor's name and mailing address**

Richard Lau
10470 Foothill Blvd, STE 126

Rancho Cucamonga, CA, 91730

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 187.99

---

Debtor    Sure Thing Sales, LLC.
Name

Case number _(if known)_

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 6767   **Nonpriority creditor's name and mailing address**

Richard Lau
2664 Lucena Dr

San Jose, CA, 95132

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6768   **Nonpriority creditor's name and mailing address**

Richard Licudine
General Delivery

Chula Vista, CA, 91910

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6769   **Nonpriority creditor's name and mailing address**

Richard Nguyen
345 Arco Ct

San Jose, CA, 95123-2001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 369.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6770   **Nonpriority creditor's name and mailing address**

Richard O'Brien Jr
9167 Avis Street

Detroit, MI, 48209

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6771   **Nonpriority creditor's name and mailing address**

richard parese
3240 Terkelson Ave

Palm Bay, FL, 32909-7541

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6772 **Nonpriority creditor's name and mailing address**

Richard PEREZ
3481 East 3rd Avenue

HIALEAH, FL, 33013-2614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.83

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6773 **Nonpriority creditor's name and mailing address**

Richard Ray
2670 rudeen close, Apt 5

Rockford, IL, 61108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.10

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6774 **Nonpriority creditor's name and mailing address**

Richard Robertson
1807 WOODPOINTE DR

Winter Haven, FL, 33884

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6775 **Nonpriority creditor's name and mailing address**

Richard Roman
HH2 calle D Luquillo Mar

Luquillo, PR, 773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6776 **Nonpriority creditor's name and mailing address**

Richard Rose
3220 Dove Hollow

Norman, OK, 73072

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Sure Thing Sales, LLC.___
        Name

Case number _(if known)_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **6777** Nonpriority creditor's name and mailing address

richard rutkowski
6200 E Sam Houston Pkwy N Apt, Apt 10110

Houston, TX, 77049-7295

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **6778** Nonpriority creditor's name and mailing address

Richard S  Azucena
6705 Hayvenhurst Avenue

Los Angeles, CA, 91406

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **6779** Nonpriority creditor's name and mailing address

RICHARD SIEG
10332 W MICHIGAN AVE

SALINE, MI, 48176

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.59

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **6780** Nonpriority creditor's name and mailing address

Richard Tiffer
29396 Alamitos Drive

Menifee, CA, 92585

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.31

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **6781** Nonpriority creditor's name and mailing address

Richard Vargas
7415 Sideview drive

Pico Rivera, CA, 90660

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | | |
| --- | --- | --- | --- |
| | Name | Case number *(if known)* | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 6782 **Nonpriority creditor's name and mailing address**

Richard Wion
516 Carver Street Northwest

Massillon, OH, 44647

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 35.14

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| --- | --- | --- |
| Last 4 digits of account number | _____ | ☑ No   ☐ Yes |

**3.** 6783 **Nonpriority creditor's name and mailing address**

Richard Yoshimi
7001 W Parker Rd, APT #334

Plano, TX, 75093

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 14.06

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| --- | --- | --- |
| Last 4 digits of account number | _____ | ☑ No   ☐ Yes |

**3.** 6784 **Nonpriority creditor's name and mailing address**

Rick Cruz
9815 52nd Place

College Park, MD, 20740

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 165.97

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| --- | --- | --- |
| Last 4 digits of account number | _____ | ☑ No   ☐ Yes |

**3.** 6785 **Nonpriority creditor's name and mailing address**

Rick Hunter
1046 Eleven Bridges Road

Cuthbert, GA, 39840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 37.79

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| --- | --- | --- |
| Last 4 digits of account number | _____ | ☑ No   ☐ Yes |

**3.** 6786 **Nonpriority creditor's name and mailing address**

Rick Phillips
1124 Marguerite Avenue

Bremerton, WA, 98337

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 13.09

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| --- | --- | --- |
| Last 4 digits of account number | _____ | ☑ No   ☐ Yes |

Debtor    Sure Thing Sales, LLC
_____
Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 6787  **Nonpriority creditor's name and mailing address**

Rick Pomer
4 Raritan Road

Hazlet, NJ, 7730

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6788  **Nonpriority creditor's name and mailing address**

Rick Romanelli
3055 newton drive

Pensacola, FL, 32503

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.86

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6789  **Nonpriority creditor's name and mailing address**

Rick Wang
304 Kimblewick Drive

Silver Spring , MD, 20904

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 262.86

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6790  **Nonpriority creditor's name and mailing address**

Rickki Davis
249 Ramona St

Pittsburg, CA, 94565

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 172.58

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 6791  **Nonpriority creditor's name and mailing address**

Ricky  DIAZ
NA 4643 Startrain Dr

Las Vegas, NV, 89031

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 130.04

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|--------|-----------------------|--------------------------|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** ___6792___  **Nonpriority creditor's name and mailing address**

Ricky Carter
4680 Goldrock Dr

Fort Worth, TX, 76137

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 93.07**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ___6793___  **Nonpriority creditor's name and mailing address**

Ricky Figueroa
245 Eller Dr

Corning, CA, 96021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 22.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ___6794___  **Nonpriority creditor's name and mailing address**

Ricky Mak
700 S. Abel St., #324

Milpitas, CA, 95035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 98.42**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ___6795___  **Nonpriority creditor's name and mailing address**

Ricky Urrutia
16011 Butterfield Ranch Rd, 328

Chino Hills, CA, 91709

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 11.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ___6796___  **Nonpriority creditor's name and mailing address**

Rigoberto Olmedo
9304 IRONHORSE LN

GAITHERSBURG, MD, 20886

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 287.92**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 6797  **Nonpriority creditor's name and mailing address**

Riki Kujanpaa
703 Penn Avenue Northeast

Atlanta, GA, 30308

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.39

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6798  **Nonpriority creditor's name and mailing address**

Rikki Mohrbacher
420 Jackson Street

Rochester, PA, 15074

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6799  **Nonpriority creditor's name and mailing address**

Riley Branch
4053 E Commanche St

EAGLE MOUNTAIN, UT, 84005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6800  **Nonpriority creditor's name and mailing address**

riley hernandez
9960 Via Montara

Moreno Valley, CA, 92557

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6801  **Nonpriority creditor's name and mailing address**

Riley Karst
226 S Riley St

Kendallville, IN, 46755

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 149.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Sure Thing Sales, LLC.
           Name                                              Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

---

**3.** 6802 **Nonpriority creditor's name and mailing address**

Riley Mcconnell
616 Stevenson Street, 616 Stevenson st

Sayre, PA, 18840

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6803 **Nonpriority creditor's name and mailing address**

Riley Payne
3057 Heritage Rd. NE

Milledgeville, GA, 31061

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 299.59

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6804 **Nonpriority creditor's name and mailing address**

Riley Schwartztrauber
4443 Saint Paul Ave

Lincoln, NE, 68504

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6805 **Nonpriority creditor's name and mailing address**

Riley Schwartztrauber
4443 Saint Paul Avenue

Lincoln, NE, 68504

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.34

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6806 **Nonpriority creditor's name and mailing address**

Riley Stratford
44320 4th Street East

Lancaster, CA, 93535

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 76.06

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name

_____ Case number _(if known)_

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3. **6807** **Nonpriority creditor's name and mailing address**

Rina Hizon
949 Coventry Way

Milpitas, CA, 95035-3591

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 13.11

---

3. **6808** **Nonpriority creditor's name and mailing address**

Rinkwan Saarddee
8571 DIAMOND OAK WAY

ELK GROVE, CA, 95624

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 93.73

---

3. **6809** **Nonpriority creditor's name and mailing address**

Rita Taylor
9055 Cattaraugus Ave

Los Angeles, CA, 90034

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 38.32

---

3. **6810** **Nonpriority creditor's name and mailing address**

Rob  Arluck
67-50 Thornton Place Apt 6F

Forest Hills , NY, 11375

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 49.99

---

3. **6811** **Nonpriority creditor's name and mailing address**

Rob Smith
1308 DEAN ST

SAINT CHARLES, IL, 60174

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 193.96

---

Debtor    Sure Thing Sales, LLC.
_____
Name

_____ Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 6812  **Nonpriority creditor's name and mailing address**

Robbi Garcia
14720 Perthshire Road, Unit a

Houston, TX, 77079

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 6813  **Nonpriority creditor's name and mailing address**

Robbie Hart
5215 walla walla lane

Yakima, WA, 98903

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 113.55

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 6814  **Nonpriority creditor's name and mailing address**

Robbie Perez
140 James Court

South San Francisco, CA, 94080

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 6815  **Nonpriority creditor's name and mailing address**

Robby Gann
152 Old Dandridge Pike

Strawberry Plains, TN, 37871

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.90

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 6816  **Nonpriority creditor's name and mailing address**

Robert  Clayton
4821 Blagden Avenue, N.W.

Washington, DC, 20011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.83

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC
_____
Name

Case number _(if known)_____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3. 6817** **Nonpriority creditor's name and mailing address**

Robert Albritton
1567 Oakmont Dr

Acworth, GA, 30102

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3. 6818** **Nonpriority creditor's name and mailing address**

Robert Avila
8027 South Zarzamora Street, E3

San Antonio, TX, 78224

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3. 6819** **Nonpriority creditor's name and mailing address**

Robert Behlke
5245 Pleasant Chapel Road

South Vienna, OH, 45369

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.18

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3. 6820** **Nonpriority creditor's name and mailing address**

ROBERT BOSQUES
5-01 MORLOT AVE FL 2

FAIR LAWN, NJ, 7410

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 451.00

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3. 6821** **Nonpriority creditor's name and mailing address**

Robert Boyette
102 Sweetwater Cir

Rincon, GA, 31326

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Debtor __Sure Thing Sales, LLC._____ Case number _(if known)_____
     Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

---

**3.** 6822   **Nonpriority creditor's name and mailing address**

Robert Braga
2484 East Tahquitz Canyon Way, 114

Palm Springs, CA, 92262

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6823   **Nonpriority creditor's name and mailing address**

Robert Brangan
217 Lexingdale Dr

Orlando, FL, 32828

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 42.59

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6824   **Nonpriority creditor's name and mailing address**

Robert Brangan
217 Lexingdale Dr

Orlando, FL, 32828

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6825   **Nonpriority creditor's name and mailing address**

Robert Brown
765 Carlysle Street

Akron, OH, 44310

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.81

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6826   **Nonpriority creditor's name and mailing address**

Robert Brunn
2139 Arden Circle

Corona, CA, 92882

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
        Name

Case number *(if known)*_____

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

---

**3.** 6827   **Nonpriority creditor's name and mailing address**

Robert Cecil
601 Innisbrook Ln

Spartanburg, SC, 29306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.19

**Basis for the claim:** Customers with Outstanding Deposits

| **Date or dates debt was incurred** | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

---

**3.** 6828   **Nonpriority creditor's name and mailing address**

Robert Church
1239 brookshire dr

Hudson, NC, 28638

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

| **Date or dates debt was incurred** | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

---

**3.** 6829   **Nonpriority creditor's name and mailing address**

Robert Deacon
128 Saint Croix Dr

Beaver Falls, PA, 15010-3116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72.07

**Basis for the claim:** Customers with Outstanding Deposits

| **Date or dates debt was incurred** | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

---

**3.** 6830   **Nonpriority creditor's name and mailing address**

Robert Dominguez
4243 W Commerce St, 105

San Antonio, TX, 78237

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.99

**Basis for the claim:** Customers with Outstanding Deposits

| **Date or dates debt was incurred** | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

---

**3.** 6831   **Nonpriority creditor's name and mailing address**

Robert Dowdy
3112 Meadowbrook Drive

Blacksburg, VA, 24060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.79

**Basis for the claim:** Customers with Outstanding Deposits

| **Date or dates debt was incurred** | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 6832  **Nonpriority creditor's name and mailing address**

Robert Driver
7906 Westlund Rd, Frnt Hs

Arlington, WA, 98223

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 37.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6833  **Nonpriority creditor's name and mailing address**

Robert Ellis
219 East Bass Avenue

Yukon, OK, 73099

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 138.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6834  **Nonpriority creditor's name and mailing address**

Robert Fierro
14 Skylark Dr.

Larkspur, CA, 94939

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6835  **Nonpriority creditor's name and mailing address**

Robert Flannery
417 New St.

Duryea, PA, 18642

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 44.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6836  **Nonpriority creditor's name and mailing address**

Robert Garcia
16303 CHELSEA PL, APT 710

SELMA, TX, 78154

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC. | Case number _(if known)_ |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6837 **Nonpriority creditor's name and mailing address**

Robert Garcia
6051 Royal Valley Street

San Antonio, TX, 78242

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 249.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 6838 **Nonpriority creditor's name and mailing address**

Robert Gladstone
3905 Andover Avenue

Auburn Hills, MI, 48326

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.78

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 6839 **Nonpriority creditor's name and mailing address**

Robert Glasgow
3367 county road 8

dillonvale, OH, 43917

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 120.00

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 6840 **Nonpriority creditor's name and mailing address**

Robert Gonzales
604 West Overland Road

Payson, AZ, 85541

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 6841 **Nonpriority creditor's name and mailing address**

Robert Groner
28976 Canyon Oak Place

Santa Clarita, CA, 91390

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.94

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor _____Sure Thing Sales, LLC_____    Case number _(if known)_____
              Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 6842 **Nonpriority creditor's name and mailing address**

Robert Hareford
16 earl ave.

Shelby, OH, 44875

As of the petition filing date, the claim is: $ 19.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 6843 **Nonpriority creditor's name and mailing address**

Robert J. Marques
2808 Belleau Woods Drive

Joliet, IL, 60435

As of the petition filing date, the claim is: $ 46.75
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 6844 **Nonpriority creditor's name and mailing address**

Robert Jackson
1453 Neff Dr

Copperas Cove, TX, 76522

As of the petition filing date, the claim is: $ 9.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 6845 **Nonpriority creditor's name and mailing address**

robert jenkins
1000 Pathfinder Way

Round Rock, TX, 78665

As of the petition filing date, the claim is: $ 19.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 6846 **Nonpriority creditor's name and mailing address**

Robert John White
181 new castle rd

Butler, PA, 16001

As of the petition filing date, the claim is: $ 178.07
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   Sure Thing Sales, LLC.
_____
Name

_____ Case number *(if known)*_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

3. 6847  **Nonpriority creditor's name and mailing address**

Robert Kohler
1149 Landings Loop

Tallahassee, FL, 32311

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.01

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

3. 6848  **Nonpriority creditor's name and mailing address**

Robert Legendre
9029 Jefferson Highway, Suite D, #245

River Ridge, LA, 70123

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 138.66

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

3. 6849  **Nonpriority creditor's name and mailing address**

Robert Mack
576 Sherman St

CONNEAUT, OH, 44030

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

3. 6850  **Nonpriority creditor's name and mailing address**

ROBERT MCDANIEL
24 New Castle Lane

Willingboro, NJ, 8046

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.57

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

3. 6851  **Nonpriority creditor's name and mailing address**

Robert Mentzel
19125 W Hillcrest Ct

New Berlin, WI, 53146-4006

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.59

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

Debtor ___Sure Thing Sales, LLC._____  Case number _(if known)_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

3.___6852___ **Nonpriority creditor's name and mailing address**

Robert Milby
11640 S Old Jones Rd

Floral City, FL, 34436

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.99

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

3.___6853___ **Nonpriority creditor's name and mailing address**

Robert Mulligan
5004 walnut st.

riverside, CA, 92505

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6.99

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

3.___6854___ **Nonpriority creditor's name and mailing address**

Robert Neuteboom
4820 169th Ave SE

Davenport, ND, 58021

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29.98

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

3.___6855___ **Nonpriority creditor's name and mailing address**

Robert Nguyen
19032 Standish Ave Apt A

Hayward, CA, 94541-1775

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29.76

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

3.___6856___ **Nonpriority creditor's name and mailing address**

Robert Nolan
534 Warm Spring Road, APT 15

Chambersburg, PA, 17202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.99

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

Debtor _____Sure Thing Sales, LLC_____
        Name

_____Case number_ *(if known)*_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

3. **6857** **Nonpriority creditor's name and mailing address**

Robert Nufer
4915 SW Watson Ave

Beaverton, OR, 97005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6858** **Nonpriority creditor's name and mailing address**

Robert Offerman
508 Terrington Drive

Ballwin, MO, 63021

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6859** **Nonpriority creditor's name and mailing address**

robert olvera
13241 Four Hills Way

Victorville, CA, 92392

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.40

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6860** **Nonpriority creditor's name and mailing address**

Robert Parlin
25 Kelly Rd. #2

Cambridge, MA, 2139

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 127.49

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6861** **Nonpriority creditor's name and mailing address**

Robert Pickell
3 Den Avenue

Merrimack, NH, 3054

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   Sure Thing Sales, LLC.
         Name                                                    Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3. **6862**   Nonpriority creditor's name and mailing address

Robert Rendon
615 Fresnillo Dr.

Brownsville, TX, 78526

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 14.06

---

3. **6863**   Nonpriority creditor's name and mailing address

Robert Richie
2033 Anchor Street

Philadelphia, PA, 19124

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 25.91

---

3. **6864**   Nonpriority creditor's name and mailing address

Robert Riggs
1984 River Inn Ln

Charlottesville, VA, 22901

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 194.97

---

3. **6865**   Nonpriority creditor's name and mailing address

Robert Rivera
2624 Glenriver Way

Woodbridge, VA, 22191

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 29.99

---

3. **6866**   Nonpriority creditor's name and mailing address

Robert Rizzo
213 Blue Heron Blvd

Haines City, FL, 33844

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 32.99

---

Debtor ___Sure Thing Sales, LLC._____    Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

3. ⌐6867  **Nonpriority creditor's name and mailing address**

Robert Roberts
4715 Lacy Spine Rd NW

Albuquerque, NM, 87114

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 35.55

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. ⌐6868  **Nonpriority creditor's name and mailing address**

Robert S Martin Jr
4411 Don Tomaso Dr Apt#3

La, CA, 90008

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 162.04

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. ⌐6869  **Nonpriority creditor's name and mailing address**

Robert Salinas
417 S Hill St, Apt.1100

Los Angeles, CA, 90013

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 42.70

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. ⌐6870  **Nonpriority creditor's name and mailing address**

Robert Scully
16403 Shadow Lane

Linden, MI, 48451

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 158.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. ⌐6871  **Nonpriority creditor's name and mailing address**

Robert Sevigny
291 Old Oxford Road, 291 Old Oxford Road

North Smithfield, RI, 2896

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor   Sure Thing Sales, LLC.
_____
Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** `6872` **Nonpriority creditor's name and mailing address**

Robert Shelton
11172 Vista Sorrento Pkwy #104

San Diego, CA, 92130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 78.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** `6873` **Nonpriority creditor's name and mailing address**

Robert Simuong
8128 Fox Chase Dr

Fort Worth, TX, 76137

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.22

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** `6874` **Nonpriority creditor's name and mailing address**

Robert Sloan
527 Leighty Road

Hopewell, PA, 16650

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.91

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** `6875` **Nonpriority creditor's name and mailing address**

Robert Soto
2200 N Torrey Pines Dr, Apt 1071

Las Vegas, NV, 89108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** `6876` **Nonpriority creditor's name and mailing address**

Robert T Baugh
124 Deer Path Ln

Battle Creek, MI, 49015-7949

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.34

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Debtor    Sure Thing Sales, LLC.

    Name                                       Case number *(if known)*

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 6877   **Nonpriority creditor's name and mailing address**

Robert Taylor
26 crest haven

Belleville, IL, 62221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 62.83

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6878   **Nonpriority creditor's name and mailing address**

Robert Thomson
205 Cedar Springs dr.

Athens, GA, 30605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29.15

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6879   **Nonpriority creditor's name and mailing address**

Robert Torres
1413 Promontory Ter

San Ramon, CA, 94583

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 21.66

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6880   **Nonpriority creditor's name and mailing address**

Robert Tretola
34 Moore dr

Bethpage, NY, 11714

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 96.67

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 6881   **Nonpriority creditor's name and mailing address**

Robert Trujillo
9235 Artesia Boulevard Spc 1

Bellflower, CA, 90706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 52.91

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.
Name                                        Case number (if known)

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

3. 6882    **Nonpriority creditor's name and mailing address**

Robert Turley
36 E 4th Ave

Collegeville, PA, 19426

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 6883    **Nonpriority creditor's name and mailing address**

Robert Turner
27 Third Street

Butler, NJ, 7405

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.78

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 6884    **Nonpriority creditor's name and mailing address**

Robert Valenzuela
14027 daventry st

PACOIMA, CA, 91331

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.59

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 6885    **Nonpriority creditor's name and mailing address**

Robert Viskup
228 Suss Drive

Waterbury Center, VT, 5677

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.79

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 6886    **Nonpriority creditor's name and mailing address**

Robert Weber
50 Broad St

Torrington, CT, 6790

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC.
_____
          Name                           Case number _(if known)_ _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

3. 6887  **Nonpriority creditor's name and mailing address**

Robert Wiese
148 General Arnold St NE , Apt. 8

Albuquerque, NM, 87123

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 26.96

Date or dates debt was incurred        _____
Last 4 digits of account number        _____

---

3. 6888  **Nonpriority creditor's name and mailing address**

Robert Wiget
1015 2nd Ave

Cadillac, MI, 49601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6.99

Date or dates debt was incurred        _____
Last 4 digits of account number        _____

---

3. 6889  **Nonpriority creditor's name and mailing address**

Robert Wilkinson
473 Main Street second floor , Marco's tattoo

South Kingstown, RI, 2879

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 24.60

Date or dates debt was incurred        _____
Last 4 digits of account number        _____

---

3. 6890  **Nonpriority creditor's name and mailing address**

Roberto Arenas
33456 7th Street

Union City, CA, 94587

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 137.97

Date or dates debt was incurred        _____
Last 4 digits of account number        _____

---

3. 6891  **Nonpriority creditor's name and mailing address**

Roberto Blanco
1804 MUNSTER AVE

SAINT PAUL, MN, 55116

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 69.68

Date or dates debt was incurred        _____
Last 4 digits of account number        _____

---

Debtor   Sure Thing Sales, LLC.
         Name                                              Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 6892  **Nonpriority creditor's name and mailing address**

Roberto De Leon
818 San Juanita St.

San Juan, TX, 78589

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 21.24

---

**3.** 6893  **Nonpriority creditor's name and mailing address**

Roberto Romero
3856 Louis Krohn Drive

Santa Rosa, CA, 95407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12.99

---

**3.** 6894  **Nonpriority creditor's name and mailing address**

Roberto Sanchez
1418 Marion Street

Laredo, TX, 78040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 28.13

---

**3.** 6895  **Nonpriority creditor's name and mailing address**

Robin Antila
429 east hudson street

long beach, NY, 11561

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 18.46

---

**3.** 6896  **Nonpriority creditor's name and mailing address**

Robin Antwine
4218 NE Davidson Rd

Kansas City, MO, 64116-2322

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 59.72

---

Debtor   Sure Thing Sales, LLC.
        Name                                                    Case number *(if known)*_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.⎡6897⎤ **Nonpriority creditor's name and mailing address**

Robin Banks
4626 N. Mary Belle Way

Bloomington, IN, 47404

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.88

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

3.⎡6898⎤ **Nonpriority creditor's name and mailing address**

Robin Davis
830 Northeast 59th Street

Fort Lauderdale, FL, 33334

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.04

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

3.⎡6899⎤ **Nonpriority creditor's name and mailing address**

Robin E Malette
97 Cole Street, 2

Pawtucket, RI, 2860

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

3.⎡6900⎤ **Nonpriority creditor's name and mailing address**

Robin Ganahl
21 E. 57th Street

Kansas City, MO, 64113

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 326.53

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

3.⎡6901⎤ **Nonpriority creditor's name and mailing address**

Robin Larita Jr
87-037 Kulaaupuni St #3204

Waianae, HI, 96792

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **6902** **Nonpriority creditor's name and mailing address**

Robin Morgan
1925 Milligan Court Southwest

Cedar Rapids, IA, 52404

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.83

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6903** **Nonpriority creditor's name and mailing address**

Rochelle Mead-Williams
22554 Marylee Street

Woodland Hills, CA, 91367

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6904** **Nonpriority creditor's name and mailing address**

Rochelle Ortiz
312 North Westwood Avenue

Lindsay, CA, 93247

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6905** **Nonpriority creditor's name and mailing address**

Rocio Bravo
11310 Montecito Drive

El Monte, CA, 91731

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6906** **Nonpriority creditor's name and mailing address**

Rocio Saravia
8510 GULLO AVE

PANORAMA CITY, CA, 91402

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 78.82

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC_____    Case number _(if known)_____
            Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6907  **Nonpriority creditor's name and mailing address**

Rocko Bishop
225 Bryan Street, Apartment 3

Denton, TX, 76201

**As of the petition filing date, the claim is:**   $ 71.42
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred          _____
Last 4 digits of account number        _____

---

**3.** 6908  **Nonpriority creditor's name and mailing address**

Rocky Fong
13520 SE 81ST Pl

Newcastle, WA, 98059-7111

**As of the petition filing date, the claim is:**   $ 76.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred          _____
Last 4 digits of account number        _____

---

**3.** 6909  **Nonpriority creditor's name and mailing address**

Rocky Legaspi
901 West Cameron Avenue, 203

West Covina, CA, 91790

**As of the petition filing date, the claim is:**   $ 29.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred          _____
Last 4 digits of account number        _____

---

**3.** 6910  **Nonpriority creditor's name and mailing address**

Rocky Pennington
312 Arlington Ave

Cincinnati, OH, 45215

**As of the petition filing date, the claim is:**   $ 21.55
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred          _____
Last 4 digits of account number        _____

---

**3.** 6911  **Nonpriority creditor's name and mailing address**

Rod  Zapata
20128 bending creek pl

Tampa , FL, 33647

**As of the petition filing date, the claim is:**   $ 123.60
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred          _____
Last 4 digits of account number        _____

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3. 6912** **Nonpriority creditor's name and mailing address**

Roderick Waldridge
680 South 4th Street

Louisville, KY, 40202

As of the petition filing date, the claim is: $ 67.83
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 6913** **Nonpriority creditor's name and mailing address**

Rodger Smith
470 Sivley Road, Apt. 102

Hopkinsville, KY, 42240

As of the petition filing date, the claim is: $ 188.93
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 6914** **Nonpriority creditor's name and mailing address**

Rodnesha Billings
1726 Parkridge Dr

Knoxville, TN, 37924

As of the petition filing date, the claim is: $ 9.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 6915** **Nonpriority creditor's name and mailing address**

Rodney Gray
3913 Dover Drive

Garland, TX, 75043

As of the petition filing date, the claim is: $ 10.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 6916** **Nonpriority creditor's name and mailing address**

Rodney Swift
5783 Sheridan Blvd, Suite 305

Arvada, CO, 80002

As of the petition filing date, the claim is: $ 49.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
         Name

Case number *(if known)*

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 6917  **Nonpriority creditor's name and mailing address**

Rodney Walker
7594 1300 West

West Jordan, UT, 84084

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 26.99

---

**3.** 6918  **Nonpriority creditor's name and mailing address**

Rodolfo Diaz
503 E 4th St #29

Battle Mountain, NV, 89820

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12.84

---

**3.** 6919  **Nonpriority creditor's name and mailing address**

Rodolfo Martinez
1104 cloudy day dr.

Henderson, NV, 89074

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7.99

---

**3.** 6920  **Nonpriority creditor's name and mailing address**

Rodrigo Martinez
7 Via Cuidado, 7

Rancho Santa Margarita, CA, 92688

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 57.09

---

**3.** 6921  **Nonpriority creditor's name and mailing address**

Rogelio Castro
9051 Annette Place

Oak Creek, WI, 53154

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 24.99

---

Debtor    Sure Thing Sales, LLC.
          Name                                              Case number _(if known)_

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.** 6922  **Nonpriority creditor's name and mailing address**

Rogelio Garza
22001 Running Bear Drive

Von Ormy, TX, 78073

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6923  **Nonpriority creditor's name and mailing address**

Rogelio Villasano Jr
11454 186th Street, APT 115

Artesia, CA, 90701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6924  **Nonpriority creditor's name and mailing address**

Rogeo Rocha
9404 Brents Elm Drive

Austin, TX, 78744

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6925  **Nonpriority creditor's name and mailing address**

Roger Arreola
3116 Red Sails

El Paso, TX, 79936

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6926  **Nonpriority creditor's name and mailing address**

Roger Elswood
3168 Jemez Dr

San Diego, CA, 92117

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.07

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 6927  **Nonpriority creditor's name and mailing address**

Roger Jessamy
1264 N James Estates Drive

Henrico, VA, 23231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.33

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6928  **Nonpriority creditor's name and mailing address**

Roland Baptista
8945 SW Ash Meadows Circle, #216

Wilsonville, OR, 97070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6929  **Nonpriority creditor's name and mailing address**

Roland Mello
619 Sanderling

San Antonio, TX, 78245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6930  **Nonpriority creditor's name and mailing address**

Rolando  Torres
225 East Price Street

Nipomo, CA, 93444

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6931  **Nonpriority creditor's name and mailing address**

Rolando Michel
1480 Hammock Ridge Road, 3202

Clermont, FL, 34711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.** 6932 **Nonpriority creditor's name and mailing address**

Rolland Geiger
621 Essex Forest Drive

Cary, NC, 27518

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6933 **Nonpriority creditor's name and mailing address**

Romeo  Clarke
25776 Quagga Street Northwest

Zimmerman, MN, 55398

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.02

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6934 **Nonpriority creditor's name and mailing address**

Romeo Lovelace
810 5th St.

Sheldon, IA, 51201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 107.84

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6935 **Nonpriority creditor's name and mailing address**

Romina  Cortes
4510 W 3650 S

West Valley City, UT, 84120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6936 **Nonpriority creditor's name and mailing address**

Romina Tempest
347 Varick ST, APT 211A

Jersey City, NJ, 7302

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.18

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1397 of 1682

Debtor    Sure Thing Sales, LLC.
Name

Case number _(if known)_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6937 **Nonpriority creditor's name and mailing address**

Ron Eng
506 12th St

brooklyn, NY, 11215

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 334.97**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6938 **Nonpriority creditor's name and mailing address**

Ron Eng
506 12th Street

Brooklyn, NY, 11215

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 88.99**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6939 **Nonpriority creditor's name and mailing address**

Ron English
1061 Oxford Drive North

Pataskala, OH, 43062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 14.99**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6940 **Nonpriority creditor's name and mailing address**

Ronald Arcila
833 North Lake Claire Circle

Oviedo, FL, 32765

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 68.47**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6941 **Nonpriority creditor's name and mailing address**

Ronald DeMartines
11 Cottage Place, 3L

Staten Island, NY, 10302

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 124.99**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC
_____    _____
Name                                        Case number (if known)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** ⎡6942⎦ **Nonpriority creditor's name and mailing address**

Ronald Dube
30 Bradley St

SACO, ME, 4072

**As of the petition filing date, the claim is:**    $ 25.31
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⎡6943⎦ **Nonpriority creditor's name and mailing address**

Ronald Herrera
14 Muirwood Dr.

Daly City, CA, 94014

**As of the petition filing date, the claim is:**    $ 22.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⎡6944⎦ **Nonpriority creditor's name and mailing address**

Ronald Tai
87 Netherwood Drive

Albertson, NY, 11507

**As of the petition filing date, the claim is:**    $ 26.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⎡6945⎦ **Nonpriority creditor's name and mailing address**

Ronald Toyer
208 West 119th street, 4c

New York, NY, 10026

**As of the petition filing date, the claim is:**    $ 143.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⎡6946⎦ **Nonpriority creditor's name and mailing address**

Ronaldo Chen
425 N Olive Ave

Alhambra, CA, 91801-2243

**As of the petition filing date, the claim is:**    $ 362.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
         Name                                    Case number *(if known)*

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. ___6947___ **Nonpriority creditor's name and mailing address**

Ronaldo S Abagatnan Jr
PO BOX 20483

Barrigada, GU, 96921

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. ___6948___ **Nonpriority creditor's name and mailing address**

Ronan Baker
47 Smith Street

Dartmouth, MA, 2748

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.74

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. ___6949___ **Nonpriority creditor's name and mailing address**

Ronara Williams
1008 Chapel Lake Circle

Franklin, TN, 37069

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 93.28

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. ___6950___ **Nonpriority creditor's name and mailing address**

Ronda Estep
3040 Knob Creek Road

Shepherdsville, KY, 40165

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.38

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. ___6951___ **Nonpriority creditor's name and mailing address**

Ronie Camejo
2558 Lurting Avenue

Bronx, NY, 10469

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.75

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6952   **Nonpriority creditor's name and mailing address**

Roniel Ortega
3314 Fermi Drive

Katy, TX, 77493

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 46.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 6953   **Nonpriority creditor's name and mailing address**

Ronnie  Arredondo
406 Linares Street

San Antonio, TX, 78225

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 39.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 6954   **Nonpriority creditor's name and mailing address**

Ronnie Buzzetta
6007 Cambridge Dr

Alexandria, LA, 71303-2151

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 527.75

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 6955   **Nonpriority creditor's name and mailing address**

Ronnie Hinojosa
3914 Hale ave, apt E

Harlingen, TX, 78550

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 6956   **Nonpriority creditor's name and mailing address**

Ronnie Newton
51 Brookside Rd

Southbridge, MA, 1550

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 28.68

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **6957**  **Nonpriority creditor's name and mailing address**

Rory Cannon
17216 SW GREEN HERON DR

SHERWOOD, OR, 97140

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6958**  **Nonpriority creditor's name and mailing address**

Rory Kennedy
1913 Warfield Ave, Apt 4

Redondo Beach, CA, 90278-1342

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.83

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6959**  **Nonpriority creditor's name and mailing address**

Rosa Gonzalez
1300 Keller Pkwy, apt 323

Keller, TX, 76248

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 145.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6960**  **Nonpriority creditor's name and mailing address**

Rosa Guerrero
19 White Place

Staten Island, NY, 10310

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.31

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **6961**  **Nonpriority creditor's name and mailing address**

Rosa Medrano
523 E Pioneer Ave

Redlands, CA, 92374

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.09

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name

_____
Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 6962  **Nonpriority creditor's name and mailing address**

Rosa Robles
P.O Box 217

Perris, CA, 92572

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

3. 6963  **Nonpriority creditor's name and mailing address**

Rosa Rodriguez
2216 East 51st Street South

Wichita, KS, 67216

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 31.52

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

3. 6964  **Nonpriority creditor's name and mailing address**

Rosa Torres
2849 140th Street

Blue Island, IL, 60406

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

3. 6965  **Nonpriority creditor's name and mailing address**

roscoe wentworth
11818 Camp Real Ln

San Antonio, TX, 78253

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 19.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

3. 6966  **Nonpriority creditor's name and mailing address**

Rose Pulickal
1083 Westside Drive

Rochester, NY, 14624

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 39.95

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 6967  **Nonpriority creditor's name and mailing address**

Rosemary Cantu
9328 Jason Court

White Settlement, TX, 76108

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 17.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6968  **Nonpriority creditor's name and mailing address**

Rosendo Garcia
3015 North Avers Avenue

Chicago, IL, 60618

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 44.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6969  **Nonpriority creditor's name and mailing address**

ROSS BRADLEY
4756 N CONNOR RD

JANESVILLE, WI, 53548

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6970  **Nonpriority creditor's name and mailing address**

Ross Martin
4246 2nd Avenue

Sacramento, CA, 95817

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.74

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6971  **Nonpriority creditor's name and mailing address**

Route App, Inc. dba Safe Order Solutions
1557 W Innovation Way - Suite 200

Lehi, UT, 84043-4417

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payables

$ 1,021.72

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_ _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 6972  **Nonpriority creditor's name and mailing address**

Rowan Kost
2623 North Lafayette

Bremerton, WA, 98312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 50.22

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. 6973  **Nonpriority creditor's name and mailing address**

Rowan Pearson
705 East 222nd st, 1

Bronx, NY, 10467

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 1,064.60

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. 6974  **Nonpriority creditor's name and mailing address**

Roxana Merlos
15717 Bow Ln

Houston, TX, 77053

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 175.95

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. 6975  **Nonpriority creditor's name and mailing address**

Roxanna Hembree
110a jake edwards rd

Marshall, NC, 28753

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 60.96

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. 6976  **Nonpriority creditor's name and mailing address**

Roxanne Garcia
16198 Vermeer Drive

Chino Hills, CA, 91709

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
           Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 6977   **Nonpriority creditor's name and mailing address**

Roxanne Reed
5236 Wright Terr

SKOKIE, IL, 60077

**As of the petition filing date, the claim is:**   $ 13.22
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6978   **Nonpriority creditor's name and mailing address**

Roxxana Manzanarez
2935 Queens Court

Norcross, GA, 30071

**As of the petition filing date, the claim is:**   $ 116.58
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6979   **Nonpriority creditor's name and mailing address**

Roy  Ferrara
60 Orient Avenue

Brentwood, NY, 11717

**As of the petition filing date, the claim is:**   $ 32.57
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6980   **Nonpriority creditor's name and mailing address**

Roy Stephens
W1880 BROKEN BOW RD

KESHENA, WI, 54135-9401

**As of the petition filing date, the claim is:**   $ 29.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6981   **Nonpriority creditor's name and mailing address**

Roy Tao
3493 STONER AVE.

Los Angeles, CA, 90066

**As of the petition filing date, the claim is:**   $ 50.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                          Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3. 6982  **Nonpriority creditor's name and mailing address**

Ruben Betancourt Flores
1826 E 83rd St

Los Angeles, CA, 90001

As of the petition filing date, the claim is: $ 28.45
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred          _____
Last 4 digits of account number          _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. 6983  **Nonpriority creditor's name and mailing address**

Ruben Castaneda
6340 Whittier Ave, Apt C, Whittier CA 90601, Apt
C

Whittier, CA, 90601

As of the petition filing date, the claim is: $ 7.71
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred          _____
Last 4 digits of account number          _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. 6984  **Nonpriority creditor's name and mailing address**

Ruben Correa
625 west E St.

Wilmington, CA, 90744

As of the petition filing date, the claim is: $ 39.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred          _____
Last 4 digits of account number          _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. 6985  **Nonpriority creditor's name and mailing address**

Ruben Fernandez
1119 West 10th Street

Mesa, AZ, 85201

As of the petition filing date, the claim is: $ 17.32
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred          _____
Last 4 digits of account number          _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. 6986  **Nonpriority creditor's name and mailing address**

Ruben Hernandez
2619 Hartwick Rd

Houston, TX, 77093

As of the petition filing date, the claim is: $ 57.36
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred          _____
Last 4 digits of account number          _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   Sure Thing Sales, LLC.
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 6987  **Nonpriority creditor's name and mailing address**

Ruben jay Macaraeg
Po Box 824, 28-404 Waiaama Pl

Pepeekeo, HI, 96783

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8.36

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** 6988  **Nonpriority creditor's name and mailing address**

ruben martinez
4200 Porpoise Drive Southeast

St. Petersburg, FL, 33705

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 54.43

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** 6989  **Nonpriority creditor's name and mailing address**

Ruben Martinez
3131 SW 89th St , Apt 9102

Oklahoma City , OK, 73159

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12.99

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** 6990  **Nonpriority creditor's name and mailing address**

Ruben Millan Jr.
Doverwood Dr.

Riverside, CA, 92505-3200

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 52.19

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** 6991  **Nonpriority creditor's name and mailing address**

Ruben Ramirez
6501 N 17th Ave, Unit 209

Phoenix, AZ, 85015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11.99

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

Official Form 206E/F         Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   Sure Thing Sales, LLC.
　　　　Name
　　　　　　　　　　　　　　　　　　　　　　　　Case number *(if known)*

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 6992  **Nonpriority creditor's name and mailing address**

Ruben Rodriguez
14821 Pebble Hills BLVD

El Paso, TX, 79938

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 12.98

---

**3.** 6993  **Nonpriority creditor's name and mailing address**

Ruben Salinas
1957 Via Primero Street

Las Vegas, NV, 89115

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 39.99

---

**3.** 6994  **Nonpriority creditor's name and mailing address**

Ruben Sanchez
1020 South 30th Street

Milwaukee, WI, 53215

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 26.36

---

**3.** 6995  **Nonpriority creditor's name and mailing address**

Ruby  Frank
4031 Marathon St

Los Angeles , CA, 90029

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 12.04

---

**3.** 6996  **Nonpriority creditor's name and mailing address**

Ruby Alvarado
3718 AVENIDA PALO VERDE

BONITA, CA, 91902

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 37.70

---

Debtor      Sure Thing Sales, LLC.

Name

Case number *(if known)*

---

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 6997 **Nonpriority creditor's name and mailing address**

Ruby Bauer
5410 Bold Venture Rd

Louisville, KY, 40272

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.71

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6998 **Nonpriority creditor's name and mailing address**

Ruby Cassidy
36 Sugargrove Lane

Strafford, VT, 5072

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 113.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 6999 **Nonpriority creditor's name and mailing address**

ruby wong
5415 w harmon ave unit 1020

las vegas , NV, 89103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.08

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7000 **Nonpriority creditor's name and mailing address**

Ruddy Quiroga
4403 Elan Ct.

Annandale, VA, 22003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 275.59

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7001 **Nonpriority creditor's name and mailing address**

Rudy Alvarrz
1724 Fawn Glen Circle

Fairfield, CA, 94534

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 146.30

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 7002   **Nonpriority creditor's name and mailing address**

Ruelgar Ochosa
10280 Maya linda Rd, Unit 58

San Diego, CA, 92126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.02

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 7003   **Nonpriority creditor's name and mailing address**

Rui Zhang
9 Ted Lane

Southborough, MA, 1772

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.86

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 7004   **Nonpriority creditor's name and mailing address**

Rui-Ming Liu
10495 Northeast 4th Street, 340

Bellevue, WA, 98004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 287.35

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 7005   **Nonpriority creditor's name and mailing address**

Russell Artist
3836 West 71st Street

Chicago, IL, 60629

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 7006   **Nonpriority creditor's name and mailing address**

Russell Champion
120 East 38th Street

Savannah , GA, 31401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7007   **Nonpriority creditor's name and mailing address**

Russell Sebastian
160 Larsen Cir

Vallejo, CA, 94589

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.25

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 7008   **Nonpriority creditor's name and mailing address**

Russell Sheppard
1779 Donna drive

westlake, OH, 44145

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 7009   **Nonpriority creditor's name and mailing address**

Russell Stitz
11392 Foxglove Ln

Corona, CA, 92878

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.23

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 7010   **Nonpriority creditor's name and mailing address**

Rusty Cole
1380 Dogwood Kelly Road

Hopkinsville, KY, 42240-8811

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 7011   **Nonpriority creditor's name and mailing address**

Rusty Harrington
10905 N. E. 8th Ave.

Vancouver, WA, 98685

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 73.91

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 1412 of 1682

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7012 **Nonpriority creditor's name and mailing address**

Ruth Pcholinsky
3026 Falcon Dr.

Charleston, WV, 25312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.08

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7013 **Nonpriority creditor's name and mailing address**

Ryah Smith
1936 North Boston Avenue

Tulsa, OK, 74106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7014 **Nonpriority creditor's name and mailing address**

Ryan Abbruzzese
301 Oak Manor Drive, Apt T3, Apt T3

Glen Burnie, MD, 21061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.61

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7015 **Nonpriority creditor's name and mailing address**

Ryan Alexander
3456 East Thistle Avenue

Toms River, NJ, 8753

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.83

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7016 **Nonpriority creditor's name and mailing address**

Ryan Aquino
1618 Cottage Walk

Honolulu, HI, 96813

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.17

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_____

| | |
|---|---|
| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 7017  **Nonpriority creditor's name and mailing address**

Ryan Canoy
465 Marguerite St

Elgin, IL, 60123

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 78.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7018  **Nonpriority creditor's name and mailing address**

Ryan Choe
8725 ARIVA CT, APT 462

San Diego, CA, 92123

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 107.74

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7019  **Nonpriority creditor's name and mailing address**

ryan collette
54 ST ASAPH ST

LEOMINSTER, MA, 1453

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.11

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7020  **Nonpriority creditor's name and mailing address**

Ryan Croft
1314 West Chestnut Street, 1R

Chicago, IL, 60642

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.97

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7021  **Nonpriority creditor's name and mailing address**

Ryan Davis
271 W WALNUT AVE, APT 146

PAINESVILLE, OH, 44077

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 184.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Sure Thing Sales, LLC._____    Case number _(if known)_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 7022   **Nonpriority creditor's name and mailing address**

Ryan Day
245 S Yale St Apt 7

Hemet, CA, 92544

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7023   **Nonpriority creditor's name and mailing address**

Ryan De Freitas
4812 Forest Creek Trail

Parrish, FL, 34219

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 121.95

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7024   **Nonpriority creditor's name and mailing address**

Ryan De Korte
1351 Tamarack Ave NW

Grand Rapids, MI, 49504

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 15.89

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7025   **Nonpriority creditor's name and mailing address**

Ryan Deaver
7478 South Travertine Road

West Jordan, UT, 84081

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.94

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7026   **Nonpriority creditor's name and mailing address**

Ryan Degregorio
2706 El Rastro Ln

Carlsbad, CA, 92009-9109

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 109.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Sure Thing Sales, LLC
_____
Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. ___7027___ **Nonpriority creditor's name and mailing address**

Ryan Ditmars
14450 Thousand Oaks Place

Parkville, MO, 64152

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.23

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

3. ___7028___ **Nonpriority creditor's name and mailing address**

Ryan Duane
11301 Echo View Drive

Odessa, FL, 33556

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.21

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

3. ___7029___ **Nonpriority creditor's name and mailing address**

Ryan Fox
1100, Victory ln , apartment 16

Concord, CA, 94520

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.52

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

3. ___7030___ **Nonpriority creditor's name and mailing address**

Ryan Gilbert
5481 Evening Canyon Way

Alta Loma, CA, 91737

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.00

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

3. ___7031___ **Nonpriority creditor's name and mailing address**

Ryan Guerrero
7107 Whitsett Avenue, Apt 2

North Hollywood , CA, 91605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 98.53

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Debtor    Sure Thing Sales, LLC.
          Name

Case number (if known)

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 7032  **Nonpriority creditor's name and mailing address**

Ryan Hannah
4729 Spears St.

Pace, FL, 32571

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 113.40

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7033  **Nonpriority creditor's name and mailing address**

Ryan Hawks
23902 Kuykendahl Road, 5219

Tomball, TX, 77375

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7034  **Nonpriority creditor's name and mailing address**

Ryan Henneberque
6844 NOLAN RD

FORESTVILLE, CA, 95436

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.09

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7035  **Nonpriority creditor's name and mailing address**

Ryan Houle
3165 Shallowford St

Deltona, FL, 32738-8949

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7036  **Nonpriority creditor's name and mailing address**

Ryan Hunt
176 Stillmeadow Drive

Cincinnati, OH, 45245

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1417 of 1682

Debtor    Sure Thing Sales, LLC
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

3. 7037 **Nonpriority creditor's name and mailing address**

Ryan Kennedy
460 South Euclid Avenue, 8

Pasadena, CA, 91101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7038 **Nonpriority creditor's name and mailing address**

Ryan Kenter
928 Edwards Rd

Cincinnati, OH, 45208-3409

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.93

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7039 **Nonpriority creditor's name and mailing address**

ryan ladd
271 PEARY RD

VENICE, FL, 34293

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7040 **Nonpriority creditor's name and mailing address**

Ryan LeBlanc
13506 Celia St.

GONZALES, LA, 70737

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 24.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7041 **Nonpriority creditor's name and mailing address**

ryan lu
9353 glendon way

rosemead, CA, 91770

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 101.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 7042   **Nonpriority creditor's name and mailing address**

Ryan Meizinger
1 Weatherhill Road

Hamburg, NJ, 7419

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 147.13

---

**3.** 7043   **Nonpriority creditor's name and mailing address**

Ryan Mitchell
24215 Kuykendahl Road, 1236

Tomball, TX, 77375

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 64.94

---

**3.** 7044   **Nonpriority creditor's name and mailing address**

Ryan Morgan
7296 South 525 East

Midvale, UT, 84047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 42.89

---

**3.** 7045   **Nonpriority creditor's name and mailing address**

Ryan N Campos
4213 W 137th St, Unit A

Hawthorne, CA, 90250-7232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 50.69

---

**3.** 7046   **Nonpriority creditor's name and mailing address**

Ryan Partridge
2589 Main Street

Rocky Hill, CT, 6067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 90.39

---

| Debtor | Sure Thing Sales, LLC | | Case number (if known) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7047  **Nonpriority creditor's name and mailing address**

Ryan Plopper
461 County Route 65

Bernhards Bay, NY, 13028-3157

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.90

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7048  **Nonpriority creditor's name and mailing address**

Ryan Richardson
1644 White Drive

Lewisburg, TN, 37091

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 63.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7049  **Nonpriority creditor's name and mailing address**

Ryan Rodriguez
15170 Mesa Street

Hesperia, CA, 92345

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 91.57

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7050  **Nonpriority creditor's name and mailing address**

Ryan Schaller
3361 CULBERTSON AVE

ROCHESTER HILLS, MI, 48307

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.97

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7051  **Nonpriority creditor's name and mailing address**

Ryan Serpa
7446 Lake Street

Morton Grove, IL, 60053

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 30.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC_____ Case number _(if known)_____
            Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3. 7052** Nonpriority creditor's name and mailing address

Ryan Shatto
1439 South 73rd Street

West Allis, WI, 53214

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 38.99**

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 7053** Nonpriority creditor's name and mailing address

Ryan Srarkey
671 Cascade Drive

Chaska, MN, 55318

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 22.99**

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 7054** Nonpriority creditor's name and mailing address

Ryan Wesley
31932 cinnabar lane

Castaic, CA, 91384

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 47.08**

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 7055** Nonpriority creditor's name and mailing address

Ryan Wyszynski
10294 Fairchild Rd

Spring Hill, FL, 34608

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 12.77**

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 7056** Nonpriority creditor's name and mailing address

Ryan Zi
7 Sycamore Lane

Rolling Hills Estates, CA, 90274

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 963.91**

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
        Name

Case number *(if known)*_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 7057  **Nonpriority creditor's name and mailing address**

Ryane Thibodeau
22050, Deer Park Circle

Chugiak, AK, 99567

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7058  **Nonpriority creditor's name and mailing address**

Rylan Daley
9 Stanwood Street

Pittsburgh, PA, 15205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.67

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7059  **Nonpriority creditor's name and mailing address**

Rylee Mormillo
4101 East Baseline Road, 714

Gilbert, AZ, 85234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 83.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7060  **Nonpriority creditor's name and mailing address**

Ryou Kai
1658 Savannah Court

Ypsilanti, MI, 48198

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 152.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7061  **Nonpriority creditor's name and mailing address**

S S
121 Gisela Dr

American Canyon, CA, 94503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.15

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor   Sure Thing Sales, LLC.
         Name

Case number (if known)_____

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7062  **Nonpriority creditor's name and mailing address**

Sabina Yi
5275 Golden Sky Court

Columbia, MD, 21045

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.39

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7063  **Nonpriority creditor's name and mailing address**

Sabrina Thornton
203 LUNA VISTA DR

HUTTO, TX, 78634

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 124.48

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7064  **Nonpriority creditor's name and mailing address**

Sade Smith
1100 Calle del Cerro, Apt.24B

San Clemente, CA, 92672

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7065  **Nonpriority creditor's name and mailing address**

Sadie Fuller
7535 Ogemaw Dr

Mount Pleasant, MI, 48858

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 99.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7066  **Nonpriority creditor's name and mailing address**

Sadie Walkup
804 Canyon Wash Dr.

Pasadena, CA, 91107

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.45

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 1429 of 1682

Debtor    Sure Thing Sales, LLC.
          Name                                                        Case number *(if known)*

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 7067   **Nonpriority creditor's name and mailing address**

Sahara Brown
2443 Farm to Market Road 1488, 2005

Conroe, TX, 77384

**As of the petition filing date, the claim is:**          $ 48.70
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7068   **Nonpriority creditor's name and mailing address**

Sahara Stevenson
236 Etna St

Russell, KY, 41169

**As of the petition filing date, the claim is:**          $ 10.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7069   **Nonpriority creditor's name and mailing address**

Sahian Villegas
836 Papaya Street

Madera, CA, 93638

**As of the petition filing date, the claim is:**          $ 14.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7070   **Nonpriority creditor's name and mailing address**

Sai wai To
22-15 Murray Street

Whitestone, NY, 11357

**As of the petition filing date, the claim is:**          $ 696.76
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7071   **Nonpriority creditor's name and mailing address**

Sakib Matin
30-53 69th St

Woodside, NY, 11377

**As of the petition filing date, the claim is:**          $ 39.15
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3. 7072   **Nonpriority creditor's name and mailing address**

Sakura Reyes
565 Mountain View Drive, #6

Daly City, CA, 94014

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.97

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7073   **Nonpriority creditor's name and mailing address**

Sal Castellanos
3315 Auntine Burney Street

Sacramento, CA, 95838

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 73.92

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7074   **Nonpriority creditor's name and mailing address**

Sal Perdichizzi
985 Jennings St

Bronx, NY, 10460

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7075   **Nonpriority creditor's name and mailing address**

Saleem Sayage
1779 New York 106

Syosset, NY, 11791

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.70

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7076   **Nonpriority creditor's name and mailing address**

Saleha Khan
3245 North Biggs Drive

Biggs, CA, 95917

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.95

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      Sure Thing Sales, LLC
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 7077  **Nonpriority creditor's name and mailing address**

Salina Chan
118 Glenwood Street

Malden, MA, 2148

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 202.96

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7078  **Nonpriority creditor's name and mailing address**

SALINA RAMIREZ
11656 Warbler Way

Moreno Valley, CA, 92557

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7079  **Nonpriority creditor's name and mailing address**

Sally Aguilar
15356 Marburn

Horizon City, TX, 79928

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7080  **Nonpriority creditor's name and mailing address**

Sally Cardaci
3420 Gulfshore Blvd north, Unit 21

Naples, FL, 34103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7081  **Nonpriority creditor's name and mailing address**

Sally Leigh
600 8th street

Reedsburg, WI, 53959

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*

---

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 7082  **Nonpriority creditor's name and mailing address**

Sally Nguyen
20690 Damman St

Harper Woods, MI, 48225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7083  **Nonpriority creditor's name and mailing address**

Salman  Dass
128 Neptune Avenue, 5

Jersey City, NJ, 7305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.65

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7084  **Nonpriority creditor's name and mailing address**

Salvador Arias
9649 Philta Way

Elk Grove, CA, 95757-6201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7085  **Nonpriority creditor's name and mailing address**

Salvador Cano
5419 Mavis Ave.

Whittier, CA, 90601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7086  **Nonpriority creditor's name and mailing address**

Salvador Heredia
700 El Caminito

Livermore, CA, 94550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 114.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor ___Sure Thing Sales, LLC._____    Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 7087  **Nonpriority creditor's name and mailing address**

Salvador Lerma
2807 Posters way

Bryan, TX, 77803

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7088  **Nonpriority creditor's name and mailing address**

Salvador Ramirez
118 S Homerest Ave

West Covina, CA, 91791-1819

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.32

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7089  **Nonpriority creditor's name and mailing address**

Salvador Rodriguez
1310 s 57th ct

Cicero, IL, 60804

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.90

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7090  **Nonpriority creditor's name and mailing address**

salvador salinas
1309 Caplin Street

Houston, TX, 77022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 164.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7091  **Nonpriority creditor's name and mailing address**

Salvador Torres
473 east 7th street

reno, NV, 89512

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.47

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.
           Name                                              Case number *(if known)*

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3. 7092  **Nonpriority creditor's name and mailing address**

Salvatore Candido
76 Bay 49th Street

Brooklyn, NY, 11214

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.75

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

---

3. 7093  **Nonpriority creditor's name and mailing address**

Salvatore Iodice
4 Hopkins Ter

Goshen, NY, 10924-2147

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.21

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

---

3. 7094  **Nonpriority creditor's name and mailing address**

Sam Bellinghausen
101 Northwest 22nd Street

Blue Springs, MO, 64015

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 96.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

---

3. 7095  **Nonpriority creditor's name and mailing address**

Sam Favela
3422 Ridgepark St

Caldwell, ID, 83605

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

---

3. 7096  **Nonpriority creditor's name and mailing address**

Sam Fusani
647 Elm St, 1

Wyandotte, MI, 48192

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.18

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor _____Sure Thing Sales, LLC._____  Case number _(if known)_____
              Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 7097  **Nonpriority creditor's name and mailing address**

Sam Garcia
8861 Northwest 98th Avenue

Doral, FL, 33178

**As of the petition filing date, the claim is:**  $ 21.39
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
Date or dates debt was incurred  _____       ☑ No
Last 4 digits of account number  _____       ☐ Yes

---

3. 7098  **Nonpriority creditor's name and mailing address**

sam woods
2141 count rd e carmi IL

carmi, IL, 62821

**As of the petition filing date, the claim is:**  $ 104.75
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
Date or dates debt was incurred  _____       ☑ No
Last 4 digits of account number  _____       ☐ Yes

---

3. 7099  **Nonpriority creditor's name and mailing address**

Samael Dietsch
4943 Pleasant street, 201

West Des Moines, IA, 50266

**As of the petition filing date, the claim is:**  $ 14.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
Date or dates debt was incurred  _____       ☑ No
Last 4 digits of account number  _____       ☐ Yes

---

3. 7100  **Nonpriority creditor's name and mailing address**

Saman Mehrazar
318 E Fairview Blvd.

Inglewood, CA, 90302

**As of the petition filing date, the claim is:**  $ 85.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
Date or dates debt was incurred  _____       ☑ No
Last 4 digits of account number  _____       ☐ Yes

---

3. 7101  **Nonpriority creditor's name and mailing address**

Saman Mehrazar
318 East Fairview Boulevard

Inglewood, CA, 90302

**As of the petition filing date, the claim is:**  $ 49.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
Date or dates debt was incurred  _____       ☑ No
Last 4 digits of account number  _____       ☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*_____

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

3. 7102  **Nonpriority creditor's name and mailing address**

Samantha  Pizano
Po box 10224

Salinas, CA, 93912

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7103  **Nonpriority creditor's name and mailing address**

Samantha Blackowl
1165 Shelly Rd

Yukon, OK, 73099

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.05

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7104  **Nonpriority creditor's name and mailing address**

Samantha C Heiser
24 Rosedale Avenue

Barrington, RI, 2806

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.56

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7105  **Nonpriority creditor's name and mailing address**

SAMANTHA CARRIZALES
4807 GONDOLA AVE

EDINBURG, TX, 78542

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 100.93

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7106  **Nonpriority creditor's name and mailing address**

Samantha Carter
357 N Milstead

Wichita, KS, 67212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.14

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC
_____
Name

Case number (if known)_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7107  **Nonpriority creditor's name and mailing address**

Samantha Chian
4561 Halfway Rock St

Las Vegas, NV, 89147

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7108  **Nonpriority creditor's name and mailing address**

Samantha Defreitas
60 Bridge Street, Apt 3

Salem, MA, 1970

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7109  **Nonpriority creditor's name and mailing address**

Samantha Delfino
160-51 90th Street

Queens, NY, 11414

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 83.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7110  **Nonpriority creditor's name and mailing address**

Samantha Dews
10314 Strathmore Hall Street, APT 401

North Bethesda, MD, 20852

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7111  **Nonpriority creditor's name and mailing address**

samantha Dohring
4800 SW 196th Ln

Southwest Ranches, FL, 33332

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 47.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC
_____
        Name

Case number *(if known)* _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. 7112 **Nonpriority creditor's name and mailing address**

Samantha Evjen
15014 Stablewood Downs Lane

Cypress, TX, 77429

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.47

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

---

3. 7113 **Nonpriority creditor's name and mailing address**

Samantha Gerleman
10911 Amherst Ave #521

Silver Spring, MD, 20902

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.79

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

---

3. 7114 **Nonpriority creditor's name and mailing address**

Samantha Gonzalez
1629 Williamsbridge Rd, Rear Apt

Bronx, NY, 10461

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86.00

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

---

3. 7115 **Nonpriority creditor's name and mailing address**

Samantha Johnson
309 Highland Meadows Dr

Wylie, TX, 75098

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

---

3. 7116 **Nonpriority creditor's name and mailing address**

Samantha Kahns
1741 Sierra Norte Loop NE

Rio Rancho, NM, 87144-2526

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.91

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

---

Debtor    Sure Thing Sales, LLC
         Name

Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 7117   **Nonpriority creditor's name and mailing address**

Samantha Kosina
1238 W Seascape Dr

Gilbert, AZ, 85233

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.93

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7118   **Nonpriority creditor's name and mailing address**

Samantha McNulty
21 Hawthorn Road

Braintree, MA, 2184

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7119   **Nonpriority creditor's name and mailing address**

samantha moosman
829 s 1030 w

richfield, UT, 84701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.01

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7120   **Nonpriority creditor's name and mailing address**

Samantha Ocura
1811 West Ansley Boulevard

San Antonio, TX, 78224

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7121   **Nonpriority creditor's name and mailing address**

Samantha Price
110 Lanyard Dr, Unit A

Mooresville, NC, 28117

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 96.06

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
           Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7122  **Nonpriority creditor's name and mailing address**

Samantha Sanchez
3356 Rodrick  cir.

orlando, FL, 32824

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 127.79

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.** 7123  **Nonpriority creditor's name and mailing address**

Samantha Sark
5502 Dock Side Court

BAKERSFIELD, CA, 93312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.05

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.** 7124  **Nonpriority creditor's name and mailing address**

Samantha Sellers
3267 TACKETT ST

Springfield, OH, 45503

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.09

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.** 7125  **Nonpriority creditor's name and mailing address**

Samantha Skinner
350 Barack Obama Blvd, 314

San Jose, CA, 95126

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.61

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.** 7126  **Nonpriority creditor's name and mailing address**

Samantha Spears
103 12th Ave, 505

Seattle, WA, 98122

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

Debtor    Sure Thing Sales, LLC.
_____    _____
Name    Case number _(if known)_

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 7127 **Nonpriority creditor's name and mailing address**

Samantha Thomas
718 greyrock rd

whitsett, NC, 27377

**As of the petition filing date, the claim is:** $ 54.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7128 **Nonpriority creditor's name and mailing address**

Samantha Tomlin
1316 County Highway 5

Hayden, AL, 35079

**As of the petition filing date, the claim is:** $ 131.01
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7129 **Nonpriority creditor's name and mailing address**

Sami Riley
121 Cedar Creek Dr

Huntington, TX, 75949

**As of the petition filing date, the claim is:** $ 27.05
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7130 **Nonpriority creditor's name and mailing address**

Samira Sarakbi
866 Collinswood Drive

Jacksonville, FL, 32225

**As of the petition filing date, the claim is:** $ 102.11
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7131 **Nonpriority creditor's name and mailing address**

Sammy Hecker
511 Little Mill Road

Monroeville, NJ, 8343

**As of the petition filing date, the claim is:** $ 31.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC_____    Case number _(if known)_____
       Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 7132  **Nonpriority creditor's name and mailing address**

Sammy Vaysman
1817 E 29th St

Brooklyn, NY, 11229

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.76

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7133  **Nonpriority creditor's name and mailing address**

Sampson Austin
630 w teft st Unit 1584

Nipomo, CA, 93444

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7134  **Nonpriority creditor's name and mailing address**

Samuel Albright
1326 Drake Way

Carson City , NV, 89701

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.84

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7135  **Nonpriority creditor's name and mailing address**

Samuel Arevalo
436 S Saint Augustine, Apt 1064

Dallas, TX, 75217

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.88

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7136  **Nonpriority creditor's name and mailing address**

Samuel Bird
123 Route 70, Apt 2103

Evesham, NJ, 8053

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7137  **Nonpriority creditor's name and mailing address**

Samuel Cooke
1875 Stegall Ln

Fort Mill, SC, 29715

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.74

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7138  **Nonpriority creditor's name and mailing address**

samuel hilborn
645 manzanita lane

reno, NV, 89509

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7139  **Nonpriority creditor's name and mailing address**

Samuel Jayden Mendoza
11A Colfax Manor

Roselle Park, NJ, 7204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7140  **Nonpriority creditor's name and mailing address**

Samuel Kok
101 South Marguerita Avenue, Apt. A

Alhambra, CA, 91801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.76

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7141  **Nonpriority creditor's name and mailing address**

Samuel McCoucha
1438A Corona Drive

Glendale, CA, 91205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.05

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor __Sure Thing Sales, LLC._____   Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 7142    **Nonpriority creditor's name and mailing address**

Samuel Moran
628 West Hemlock Street

Port Hueneme, CA, 93041

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 38.05

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 7143    **Nonpriority creditor's name and mailing address**

Samuel Pruyn
3922 Karrywood Ct

Pearland, TX, 77584

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 309.56

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 7144    **Nonpriority creditor's name and mailing address**

Samuel Vargas
6307 S Miramonte Blvd, Apt D unit D

Los Angeles, CA, 90001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 51.98

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 7145    **Nonpriority creditor's name and mailing address**

Samuel Welchel
5707 Goodman Lane

Oklahoma City, OK, 73129

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 52.13

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 7146    **Nonpriority creditor's name and mailing address**

San Diego Comic Convention
PO Box 128458

San Diego, CA, 92112-8458

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 33,400.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC  _____    Case number _(if known)_____
        Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7147   **Nonpriority creditor's name and mailing address**

Sanaa Bonet
123 Gilroy Avenue

Uniondale, NY, 11553

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.15

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7148   **Nonpriority creditor's name and mailing address**

Sand Phan
2636 Doreen Ave

El Monte, CA, 91733

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.04

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7149   **Nonpriority creditor's name and mailing address**

Sandra Campbell
102 Great Laurel Sq. SE

Leesburg, VA, 20175

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.89

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7150   **Nonpriority creditor's name and mailing address**

Sandra Espinosa
19 Harrington Street

Courtdale, PA, 18704

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.30

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7151   **Nonpriority creditor's name and mailing address**

Sandra Jimenez
2905 N. Troy

Chicago, IL, 60618

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.60

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC_____    Case number _(if known)_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 7152 **Nonpriority creditor's name and mailing address**

Sandra Juarez
13110 Samprisi Ave

Victorville, CA, 92392

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7153 **Nonpriority creditor's name and mailing address**

Sandra Molina
1180 S Bristol St, STE 111

Santa Ana, CA, 92704

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7154 **Nonpriority creditor's name and mailing address**

Sandra Mollette
3018 Laconia Ave

Bronx, NY, 10469

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7155 **Nonpriority creditor's name and mailing address**

Sandra Sharpe
124 Maple Street

Massena, NY, 13662

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.19

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7156 **Nonpriority creditor's name and mailing address**

Sandralee Sanchez
13284 Mengas St , Unit D

El Paso, TX, 79908

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.35

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC
_____
Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7157   **Nonpriority creditor's name and mailing address**

Sandy Cuellar
29600 east Colfax Ave  lot 167

Aurora, CO, 80018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.58

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7158   **Nonpriority creditor's name and mailing address**

Sandy Eddington
14170 Torrey Pines Drive

Auburn, CA, 95602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 42.96

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7159   **Nonpriority creditor's name and mailing address**

Sandy Logsdon
1214 Raspberry Way

Jeffersonville, IN, 47130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.04

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7160   **Nonpriority creditor's name and mailing address**

Sandy Switzer
434 Farrington Drive

Lincolnshire, IL, 60069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.98

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7161   **Nonpriority creditor's name and mailing address**

Sandy Trinh
155 N Beretania St #1603

Honolulu, HI, 96817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 15.70

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor     Sure Thing Sales, LLC.
           Name                                                    Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 7162 | **Nonpriority creditor's name and mailing address**

Sandy Turnbull
98 Lewis St

Phillipsburg, NJ, 08865-2927

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.39

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 7163 | **Nonpriority creditor's name and mailing address**

Sandy Vo
8382 WESTMINSTER BLVD, APT 16, APT 16

WESTMINSTER, CA, 92683

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.00

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 7164 | **Nonpriority creditor's name and mailing address**

Santiago Avila
11309 Medina Ct

El Monte, CA, 91731

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.89

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 7165 | **Nonpriority creditor's name and mailing address**

Santiago Maza
108 Hover Creek Rd

Savannah, GA, 31419

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.83

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 7166 | **Nonpriority creditor's name and mailing address**

Santiago Rodriguez
322 Villa Canto Street

El Paso, TX, 79912

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.30

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC
_____
Name

Case number *(if known)*_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7167  **Nonpriority creditor's name and mailing address**

Sara Atrach
145 Central Avenue

Ridgefield Park, NJ, 7660

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7168  **Nonpriority creditor's name and mailing address**

Sara Bhagwan
6625 morningsgate cv

Memphis, TN, 38135

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 68.03

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7169  **Nonpriority creditor's name and mailing address**

Sara Burkart
4070 Crest Lane

Lake Havasu City, AZ, 86406

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.99

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7170  **Nonpriority creditor's name and mailing address**

Sara Diaz
2122 South Washtenaw Avenue

Chicago, IL, 60608

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.76

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7171  **Nonpriority creditor's name and mailing address**

Sara DiGenova
23 Wheatfield Circle

Bluffton, SC, 29910

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 36.03

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1444 of 1682

Debtor  Sure Thing Sales, LLC.
        Name

_____ Case number (if known)_____

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3. 7172 **Nonpriority creditor's name and mailing address**

Sara Lipka
2820 West Covered Bridge Drive

Lincoln, NE, 68523

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 12.86**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3. 7173 **Nonpriority creditor's name and mailing address**

Sara Perugini
127 Monmouth Avenue

Waterbury, CT, 6704

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 25.98**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7174 **Nonpriority creditor's name and mailing address**

Sara Piersainvil
749 SCOTLAND RD, 6k

Orange, NJ, 7050

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 57.56**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7175 **Nonpriority creditor's name and mailing address**

Sara Sims
1112 Corinth Greens Dr

Sun City Ctr, FL, 33573-8065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 141.98**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3. 7176 **Nonpriority creditor's name and mailing address**

Sara Wells
12 Coventry lane

ANDOVER, MA, 1810

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 21.99**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor     Sure Thing Sales, LLC                                    Case number _(if known)_
           Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 7177  **Nonpriority creditor's name and mailing address**

Sarah Barnett Thompson Thompson
822 Oak Drive

Marion, OH, 43302

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 12.86

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

3. 7178  **Nonpriority creditor's name and mailing address**

Sarah Cannon
806 Hearthstone Drive

Lakewood, NJ, 8701

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 63.91

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

3. 7179  **Nonpriority creditor's name and mailing address**

Sarah Chandler
18338 Lake Winds Dr.

Westfield, IN, 46074

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 25.67

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

3. 7180  **Nonpriority creditor's name and mailing address**

Sarah Cole
7280 Acorn Ave

Sparta, WI, 54656

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 29.98

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

3. 7181  **Nonpriority creditor's name and mailing address**

Sarah Coleman
9265 Pine St

Taylor, MI, 48180-3419

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 455.97

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_ _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.⁷¹⁸² **Nonpriority creditor's name and mailing address**

Sarah Crafton
5130 90th Place Northeast

Marysville, WA, 98270

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.⁷¹⁸³ **Nonpriority creditor's name and mailing address**

Sarah DeLeon
5001 Sheridan St, APT C49

Davenport, IA, 52806

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.00

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.⁷¹⁸⁴ **Nonpriority creditor's name and mailing address**

Sarah Delgado
5403 W Poinsettia Dr

Glendale, AZ, 85304

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 463.93

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.⁷¹⁸⁵ **Nonpriority creditor's name and mailing address**

Sarah Dennis
12 Lincklaen Terrace

Cazenovia, NY, 13035

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.⁷¹⁸⁶ **Nonpriority creditor's name and mailing address**

Sarah Duffy
610 Fairview Avenue

Feasterville-Trevose, PA, 19053

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.21

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1447 of 1682

Debtor    Sure Thing Sales, LLC.
            Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.7187    **Nonpriority creditor's name and mailing address**

Sarah Edmiston
137 Palm Circle

Melbourne, FL, 32940

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.7188    **Nonpriority creditor's name and mailing address**

Sarah Glinka
32 Arbor Ridge Lane

Centereach, NY, 11720

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.7189    **Nonpriority creditor's name and mailing address**

SARAH GOEHRING
7476 Comet View Court

San Diego, CA, 92120

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.7190    **Nonpriority creditor's name and mailing address**

Sarah Goldacker
34876 Silversprings Place

Murrieta, CA, 92563

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.52

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.7191    **Nonpriority creditor's name and mailing address**

Sarah Gonzalez
HC5 56624

San Sebastian, PR, 685

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1449 of 1682

Debtor  Sure Thing Sales, LLC.

Name

Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 7192  **Nonpriority creditor's name and mailing address**

Sarah Krull
70 Rosedale Apartments, 70

Hershey, PA, 17033

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.29

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 7193  **Nonpriority creditor's name and mailing address**

Sarah Martinez
2911 Ruby Dr, Unit H

Fullerton, CA, 92831

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 7194  **Nonpriority creditor's name and mailing address**

Sarah Martuscello
2358 Hunt Road

Camillus, NY, 13031

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.90

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 7195  **Nonpriority creditor's name and mailing address**

Sarah McGehearty
2223 S 48TH ST, STE A/B

TEMPE, AZ, 85282

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.01

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 7196  **Nonpriority creditor's name and mailing address**

Sarah Murphree
3626 Bickerstaff Rd Apt D

Lafayette, CA, 94549

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 129.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 1449 of 1682

Debtor    Sure Thing Sales, LLC.
    Name

Case number *(if known)*

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 7197  **Nonpriority creditor's name and mailing address**

SARAH NAKIHEI
620 112th Street Southeast, Trailer 340

Everett, WA, 98208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7198  **Nonpriority creditor's name and mailing address**

Sarah Noble
42560 Adelbert Street

Elyria, OH, 44035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 50.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7199  **Nonpriority creditor's name and mailing address**

Sarah O'Leary
14 Constantine Ct

Athens, NY, 12015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 50.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7200  **Nonpriority creditor's name and mailing address**

Sarah Pannenberg
560 West 144th Street, Apt 66A

New York, NY, 10031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.32

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7201  **Nonpriority creditor's name and mailing address**

Sarah Petersen
9 Kellie Ann Court

Seekonk, MA, 2771

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 7202    **Nonpriority creditor's name and mailing address**

Sarah Rahim
11830 Montella Dr

Rancho Cucamonga, CA, 91701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 45.99

---

**3.** 7203    **Nonpriority creditor's name and mailing address**

Sarah Rajala
53 Spring St

Windsor Locks, CT, 06096-2328

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9.99

---

**3.** 7204    **Nonpriority creditor's name and mailing address**

Sarah Read
51 SARATOGA DR

Pittsfield, MA, MA, 1201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 35.05

---

**3.** 7205    **Nonpriority creditor's name and mailing address**

Sarah Rohde
9449 Sandy Reef Ave, Unit B

Las Vegas, NV, 89147

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 34.67

---

**3.** 7206    **Nonpriority creditor's name and mailing address**

Sarah Sastoque
122 Turner Creek Drive

Hampton, GA, 30228

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12.99

---

Debtor _____Sure Thing Sales, LLC._____ Case number _(if known)_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 7207 **Nonpriority creditor's name and mailing address**

Sarah Sloan
1925 University Park Dr, Apt 203

Westville, IN, 46391-9341

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 35.30

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7208 **Nonpriority creditor's name and mailing address**

Sarah Sotsuda
921 Hickory Street

Great Falls, MT, 59405

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7209 **Nonpriority creditor's name and mailing address**

Sarah Stelly
3307 Stillhouse Lake Rd., TRLR 27

Harker Heights, TX, 76548

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 168.84

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7210 **Nonpriority creditor's name and mailing address**

Sarah Terry
605 Sinewell Drive

Wake Forest, NC, 27587

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 44.97

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7211 **Nonpriority creditor's name and mailing address**

sarah thompson
7340 Princeton rd

MIDDLETOWN, OH, 45044-9794

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.84

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
   Name

Case number (if known) _____

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** ⌐7212⌐ **Nonpriority creditor's name and mailing address**

Sarah Webster
2866 Surfside Shores Ln

Knoxville, TN, 37938

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.20

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**3.** ⌐7213⌐ **Nonpriority creditor's name and mailing address**

sarah whitney
339526 e 1030 rd

meeker, OK, 74855

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**3.** ⌐7214⌐ **Nonpriority creditor's name and mailing address**

Sarah Wornom
309 Woodside Drive

Hampton, VA, 23669

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.79

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**3.** ⌐7215⌐ **Nonpriority creditor's name and mailing address**

sarahlynn conley
7617Lipizzan Rd

Oklahoma city, OK, 73132

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.31

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**3.** ⌐7216⌐ **Nonpriority creditor's name and mailing address**

Sarahy Vasquez
3320 Pasadena Avenue

Los Angeles, CA, 90031

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.56

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Debtor    Sure Thing Sales, LLC.
_____    _____
Name    Case number (if known)

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

---

**3.** 7217    **Nonpriority creditor's name and mailing address**

Sarina Singh
50 S Grant Ave Apt 320

Columbus, OH, 43215-3938

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.97

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.** 7218    **Nonpriority creditor's name and mailing address**

Sarnai Gankhuyag
2835 West Balmoral Avenue, Apt 1W

Chicago, IL, 60625

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.91

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.** 7219    **Nonpriority creditor's name and mailing address**

Sasha Murphy
15224 windmill ridge parkway

Diberville, MS, 39540

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.** 7220    **Nonpriority creditor's name and mailing address**

Sasha Rue
5404 4th Avenue

Valparaiso, IN, 46383

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.** 7221    **Nonpriority creditor's name and mailing address**

Saul Barrera
4455 Bessie Dr.

Dallas, TX, 75211

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Sure Thing Sales, LLC.
_____
        Name

Case number _(if known)_ _____

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 7222  **Nonpriority creditor's name and mailing address**

Saul Figueroa
6106 Vinevale Avenue

Maywood, CA, 90270

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7223  **Nonpriority creditor's name and mailing address**

Saul Nava-Contreras
6581 Ozzie Harriet Avenue

Las Vegas, NV, 89122

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7224  **Nonpriority creditor's name and mailing address**

Saul Ramirez
26 Trader Street

Uniontown, PA, 15401

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 127.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7225  **Nonpriority creditor's name and mailing address**

Savanah Nehls
2505 30th st dr NE

Hickory, NC, 28601

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7226  **Nonpriority creditor's name and mailing address**

Savannah Barnes
302 North Pleasant Street

Oberlin, OH, 44074

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC
_____
Name

Case number *(if known)*_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 7227  **Nonpriority creditor's name and mailing address**

Savannah Wagner
1223 Harley Cir.

STARKE, FL, 32091

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.95

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7228  **Nonpriority creditor's name and mailing address**

Savannah Walker
20337 Caron Circle

Carson, CA, 90746

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 112.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7229  **Nonpriority creditor's name and mailing address**

Savas Tasiopoulos
420 Sheridan Place, Apartment 15

Fairview, NJ, 7022

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.45

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7230  **Nonpriority creditor's name and mailing address**

Sawie Barrios
5417 Michelleanne Road

Las Vegas, NV, 89107

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 71.52

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7231  **Nonpriority creditor's name and mailing address**

sayla russell-blake
6 Naskeag Point Road

Brooklin, ME, 4616

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 7232  **Nonpriority creditor's name and mailing address**

Schaine Carter
2802 James Hamilton Road

Monroe, NC, 28110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.99

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

---

**3.** 7233  **Nonpriority creditor's name and mailing address**

scott  merkle
po box 223

vandalia, OH, 45377-0223

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.99

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

---

**3.** 7234  **Nonpriority creditor's name and mailing address**

Scott Barker
12 Pratt Lane

North Attleborough, MA, 2760

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

---

**3.** 7235  **Nonpriority creditor's name and mailing address**

scott bickler
1810 peachtree drive

valparaiso, IN, 46383

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

---

**3.** 7236  **Nonpriority creditor's name and mailing address**

Scott Braden
196 Winners Circle

Red Lion, PA, 17356

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.13

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No  ☐ Yes |

---

Debtor ___Sure Thing Sales, LLC_____   Case number _(if known)_____
       Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

3.| 7237 | **Nonpriority creditor's name and mailing address**

Scott Carroll
1046 Carter Dr

CHATTANOOGA, TN, 37415-5602

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 91.97

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.| 7238 | **Nonpriority creditor's name and mailing address**

Scott Chapin
6418 SE 83rd Ave

Portland, OR, 97266

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 101.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.| 7239 | **Nonpriority creditor's name and mailing address**

Scott Clevenger
1621 Pilgrim Ct

Johnstown, PA, 15905

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12.71

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.| 7240 | **Nonpriority creditor's name and mailing address**

Scott Crocker
340 North 8th Street

Lewiston, NY, 14092

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.| 7241 | **Nonpriority creditor's name and mailing address**

Scott Frix
2522 Maplewood Drive

Gastonia, NC, 28052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number (if known)_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7242 **Nonpriority creditor's name and mailing address**

Scott Greve
21827 Dolomite

San Antonio, TX, 78259

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 128.81

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7243 **Nonpriority creditor's name and mailing address**

Scott Hall
2585 S Orion st

Denver, CO, 80228

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7244 **Nonpriority creditor's name and mailing address**

Scott Helm
W204N17221 Jackson Drive

Jackson, WI, 53037

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.81

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7245 **Nonpriority creditor's name and mailing address**

SCOTT HOLLOMAN
4105 CABORN RD N

MOUNT VERNON, IN, 47620

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.11

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7246 **Nonpriority creditor's name and mailing address**

Scott Irvin
975 Mineral Springs Road

Buffalo, NY, 14224

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **7247**    Nonpriority creditor's name and mailing address

Scott Johnson
W4790 Palmer Rd

Lake Geneva, WI, 53147-2626

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 23.98

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?

Date or dates debt was incurred    _____
- [x] No
- [ ] Yes

Last 4 digits of account number    _____

---

3. **7248**    Nonpriority creditor's name and mailing address

Scott Kane
15 N 12th Ave

Manville, NJ, 8835

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 46.90

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?

Date or dates debt was incurred    _____
- [x] No
- [ ] Yes

Last 4 digits of account number    _____

---

3. **7249**    Nonpriority creditor's name and mailing address

Scott Kelley
3454 providence rd

Hayes , VA, 23072

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 203.05

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?

Date or dates debt was incurred    _____
- [x] No
- [ ] Yes

Last 4 digits of account number    _____

---

3. **7250**    Nonpriority creditor's name and mailing address

Scott Kramer
3905 W 123RD ST, 304B

Alsip, IL, 60803

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 23.98

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?

Date or dates debt was incurred    _____
- [x] No
- [ ] Yes

Last 4 digits of account number    _____

---

3. **7251**    Nonpriority creditor's name and mailing address

Scott Larson
108 Long Hill Road

Middletown, CT, 6457

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 12.75

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?

Date or dates debt was incurred    _____
- [x] No
- [ ] Yes

Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC
         Name                                          Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3. ___7252___  **Nonpriority creditor's name and mailing address**

Scott Miller
7429 Patricks Ln, Apt 62

Citrus Heights, CA, 95610

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 142.20

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___7253___  **Nonpriority creditor's name and mailing address**

Scott Mills
1909 Main Street #305

Oregon City, OR, 97045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___7254___  **Nonpriority creditor's name and mailing address**

Scott Mittledorf
Po box 2576

Overton, NV, 89040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___7255___  **Nonpriority creditor's name and mailing address**

SCOTT NIELSEN
2695 BROADWAY

SAN DIEGO, CA, 92102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___7256___  **Nonpriority creditor's name and mailing address**

Scott Norman
224 Cunningham Road

Kelso, WA, 98626

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.09

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7257  **Nonpriority creditor's name and mailing address**

Scott Petersen
7537 Blanchard Boulevard

Lincoln, NE, 68516

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.22

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7258  **Nonpriority creditor's name and mailing address**

Scott Pryor
13942 POPLAR GROVE RD

Hagerstown, MD, 21742

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.96

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7259  **Nonpriority creditor's name and mailing address**

Scott Puckett
3 Fieldcrest Road

Fredericksburg, VA, 22406

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 129.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7260  **Nonpriority creditor's name and mailing address**

Scott Putman
712 Eaton Ave

Middletown, OH, 45044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7261  **Nonpriority creditor's name and mailing address**

Scott Rife
1768 Harding Hwy E

Caledonia, OH, 43314

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _____Sure Thing Sales, LLC._____ Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 7262 **Nonpriority creditor's name and mailing address**

Scott Silva
1720 West Trout Way

Mustang, OK, 73064

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 244.92

---

**3.** 7263 **Nonpriority creditor's name and mailing address**

Scott Spasiano
1804 N 17th Ave Apt 202

Hollywood, FL, 33020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 34.23

---

**3.** 7264 **Nonpriority creditor's name and mailing address**

Scott Taylor
550 West Washington Street, Box 203

Upland, IN, 46989

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 37.99

---

**3.** 7265 **Nonpriority creditor's name and mailing address**

Scott Vielman
4501 Addy St, #149

Washougal, WA, 98671

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 11.91

---

**3.** 7266 **Nonpriority creditor's name and mailing address**

Scott Wilco
290 Hatteras Court

Virginia Beach, VA, 23462

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 34.97

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 7267    **Nonpriority creditor's name and mailing address**

Scott Yang
2686 E Pacific Ct

Brea, CA, 92821

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7268    **Nonpriority creditor's name and mailing address**

SCOTT ZEMBERI
2608 Autumn Harvest Dr

LOVELAND, OH, 45140

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 64.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7269    **Nonpriority creditor's name and mailing address**

Se Won Kim
3517 Sharonwood Rd APT 4C

Laurel, MD, 20724

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 50.87

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7270    **Nonpriority creditor's name and mailing address**

Seagren Johnson
4124 HARRISON AVE, APT 204

ROCKFORD, IL, 61108-7981

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 57.62

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7271    **Nonpriority creditor's name and mailing address**

Sean Bennett
1100 Fairview Ave N , Room C3-123

Seattle, WA, 98109

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 35.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
_____
Name                                    Case number _(if known)_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 7272  **Nonpriority creditor's name and mailing address**

Sean Bowsher
468 Maple Ave.

Amherst, OH, 44001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 45.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7273  **Nonpriority creditor's name and mailing address**

Sean Brautigan
57 South Main Street, 145

Neptune City, NJ, 7753

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7274  **Nonpriority creditor's name and mailing address**

Sean Bray
862 Beverly Rd

Jenkintown, PA, 19046

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7275  **Nonpriority creditor's name and mailing address**

sean daniels
5285 Morris Way

Fremont, CA, 94536

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.22

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7276  **Nonpriority creditor's name and mailing address**

Sean Dockery
5313 Beech Grove Rd

Lebanon Junction, KY, 40150

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 47.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3. 7277  **Nonpriority creditor's name and mailing address**

Sean Enis
115 Stonehurst Drive

Tenafly, NJ, 7670

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.31

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7278  **Nonpriority creditor's name and mailing address**

sean Fedoroff
605 E Main St

kirbyville, TX, 75956-2225

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 76.97

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7279  **Nonpriority creditor's name and mailing address**

Sean Higgins
4383 Norman Road

Township of Burtchville, MI, 48059

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.63

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7280  **Nonpriority creditor's name and mailing address**

Sean Licon
4765 E 26th St

Tucson, AZ, 85711-6404

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7281  **Nonpriority creditor's name and mailing address**

Sean Lord
8120 Packard Lane

Green Mountain Falls, CO, 80819

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1466 of 1682

Debtor _____Sure Thing Sales, LLC._____
         Name

Case number _(if known)_____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 7282  **Nonpriority creditor's name and mailing address**

Sean Love
3338 mountain view drive

Tannersville, PA, 18372

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 7283  **Nonpriority creditor's name and mailing address**

Sean Lynch
2910 Zullette ave, Ground floor

Bronx, NY, 10461

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.09

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 7284  **Nonpriority creditor's name and mailing address**

Sean Martinez
139 1/2 S. Sweetzer Ave.

Los Angeles, CA, 90048

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 7285  **Nonpriority creditor's name and mailing address**

Sean McCabe
53 E Main St, Apt 2

Beacon, NY, 12508-3327

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 7286  **Nonpriority creditor's name and mailing address**

Sean McKibben
25 Main Street, Apartment 2C Rear

Ambridge, PA, 15003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 85.00

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor _____Sure Thing Sales, LLC_____   Case number _(if known)_____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 7287 **Nonpriority creditor's name and mailing address**

Sean Mouring
909 Bonnie Ln.

Aiken, SC, 29803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 33.97

**3.** 7288 **Nonpriority creditor's name and mailing address**

Sean Mullen
249 Bethel Rd

Odenville, AL, 35120-7417

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 22.99

**3.** 7289 **Nonpriority creditor's name and mailing address**

Sean P. Montgomery
2366 NW Glen Oak Ave

Redmond, OR, 97756-9017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 47.99

**3.** 7290 **Nonpriority creditor's name and mailing address**

Sean Quddus
1766 Maywood Ave.

Eugene, OR, 97404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 54.98

**3.** 7291 **Nonpriority creditor's name and mailing address**

sean riley
168 MANOMET ST

BROCKTON, MA, 02301-5025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 28.99

Debtor _____Sure Thing Sales, LLC_____
        Name

Case number _(if known)_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 7292  **Nonpriority creditor's name and mailing address**

Sean Riley
168 Manomet Street

Brockton, MA, 2301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27.98

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 7293  **Nonpriority creditor's name and mailing address**

Sean Roberts
10949 SW 5th St, Apt, suite, floor, etc.

Beaverton, OR, 97005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 7294  **Nonpriority creditor's name and mailing address**

Sean Rochin
11020 Loch Avon Dr

Whittier, CA, 90606

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 7295  **Nonpriority creditor's name and mailing address**

Sean Rusnack
325 South Brooksvale Rd

Cheshire, CT, 6410

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 446.66

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 7296  **Nonpriority creditor's name and mailing address**

Sean Spiva
2227 Chapel Valley Lane

Lutherville-Timonium, MD, 21093

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC. | | Case number *(if known)* | |
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

### 3. 7297   Nonpriority creditor's name and mailing address

Sean Starry
50 W Main St.

Fayetteville, PA, 17222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

### 3. 7298   Nonpriority creditor's name and mailing address

Sean Walsh
48 Moody St.

Byfield, MA, 1922

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 31.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

### 3. 7299   Nonpriority creditor's name and mailing address

Sean Willard
304 prospect street

baden, PA, 15005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 21.19

Date or dates debt was incurred _____

Last 4 digits of account number _____

### 3. 7300   Nonpriority creditor's name and mailing address

Sean Windbiel
4230 Morning Ridge Rd

Santa Maria, CA, 93455

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 253.37

Date or dates debt was incurred _____

Last 4 digits of account number _____

### 3. 7301   Nonpriority creditor's name and mailing address

Sebastian Gocan
5215 Addison Street

Philadelphia, PA, 19143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16.19

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  Sure Thing Sales, LLC
 _____
 Name

Case number _(if known)_ _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 7302 **Nonpriority creditor's name and mailing address**

Sebastian Groo
314 Main Avenue S.

Red Lake Falls, MN, 56750

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.81

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 7303 **Nonpriority creditor's name and mailing address**

Sehiry Castro
1502 North Kolin Avenue, Apt 2

Chicago, IL, 60651

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 60.63

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 7304 **Nonpriority creditor's name and mailing address**

Selina Fousekis
6310 Peachblossom st

Corona, CA, 92880

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 7305 **Nonpriority creditor's name and mailing address**

Sennen Phoenix
P.O. Box 10250

Houston, TX, 77206

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 7306 **Nonpriority creditor's name and mailing address**

Seon Augustine
2749 E Chaparral St

Ontario, CA, 91761

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.26

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC
_____
Name

Case number *(if known)*_____

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.** 7307   **Nonpriority creditor's name and mailing address**

Serena Young
23 City Stroll

Irvine, CA, 92620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.48

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7308   **Nonpriority creditor's name and mailing address**

Sergio Aponte
278 Bright Street, 278

Jersey City, NJ, 7302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.44

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7309   **Nonpriority creditor's name and mailing address**

Sergio Castro
35553 Date St

Yucaipa, CA, 92399

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7310   **Nonpriority creditor's name and mailing address**

Sergio Corzo
2609 Lantern Hill Avenue

Brandon, FL, 33511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 118.24

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7311   **Nonpriority creditor's name and mailing address**

Sergio Delgado Jr
1725 Duval Ct

Corpus Christi, TX, 78418-3124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.45

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC._____ Case number _(if known)_____
        Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7312 **Nonpriority creditor's name and mailing address**

Sergio Dovalina
P.O. Box 760462

San Antonio, TX, 78245

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7313 **Nonpriority creditor's name and mailing address**

Sergio Estefano
4585 Ponce De Leon Blvd.

Coral Gables, FL, 33146

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 54.37

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7314 **Nonpriority creditor's name and mailing address**

Sergio Nuno
950 N Acacia Ave, Apt. A

Compton, CA, 90220

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.32

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7315 **Nonpriority creditor's name and mailing address**

SERGIO QUESADA
2745 Northwest 82nd Avenue, Rabbit Logistics
IK-62963

Doral, FL, 33198

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.66

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7316 **Nonpriority creditor's name and mailing address**

Sergio Urena
8815 Traveling Breeze Avenue, Unit 103

Las Vegas, NV, 89178

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 79.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|--------|------------------------|-------------------------|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7317 **Nonpriority creditor's name and mailing address**

Serpico Arriaga
1047 Wheeler Avenue

The Bronx, NY, 10472

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7318 **Nonpriority creditor's name and mailing address**

Seth Adams
5001 Henderson Rd

Temple Hills, MD, 20748

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 149.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7319 **Nonpriority creditor's name and mailing address**

Seth Dasher
1400 Sandal Lane, 1405

Panama City Beach, FL, 32413

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 117.68

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7320 **Nonpriority creditor's name and mailing address**

Seth Hartman
1047 E 7th St

Des Moines, IA, 50316

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 103.85

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7321 **Nonpriority creditor's name and mailing address**

Seth Pacheco
9201 Cedar St

Bellflower, CA, 90706

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.32

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor Sure Thing Sales, LLC.
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 7322  **Nonpriority creditor's name and mailing address**

Seth Saxon
20835 STATE HIGHWAY 155 S

Flint, TX, 75762

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,137.66

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7323  **Nonpriority creditor's name and mailing address**

Seth Tobin
841 East Fort Avenue, #231

Baltimore, MD, 21230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7324  **Nonpriority creditor's name and mailing address**

Seth Travers
14 cottage road

Kensington, NH, 3833

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 117.98

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7325  **Nonpriority creditor's name and mailing address**

Seth Warren
13325 Heacock Street, Apt 40

Moreno Valley, CA, 92553

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.78

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7326  **Nonpriority creditor's name and mailing address**

Seth Wessitsh
2180 29th Ave

San Francisco, CA, 94116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 101.01

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC. | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7327 **Nonpriority creditor's name and mailing address**

Sevanna Rodriguez
825 S Coffman St, Unit 44

Longmont, CO, 80501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.39

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 7328 **Nonpriority creditor's name and mailing address**

Shabad Sarpal
1067 Furth Road

Valley Stream, NY, 11581

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 7329 **Nonpriority creditor's name and mailing address**

Shadow Colema
623 N New Haven Cir

Mesa, AZ, 85205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.91

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 7330 **Nonpriority creditor's name and mailing address**

Shady Dib
7040 Sawley Ct

Talahassee, FL, 32713

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 367.65

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 7331 **Nonpriority creditor's name and mailing address**

shaelin Strickland
833 west main street

woodville, OH, 43469

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  Sure Thing Sales, LLC
         Name

Case number *(if known)* _____

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

---

**3.** 7332 **Nonpriority creditor's name and mailing address**

Shakir Williams
30 Hemlock Court

Trenton, NJ, 8619

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 58.63

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 7333 **Nonpriority creditor's name and mailing address**

Shakira Algarin
RR4 BOX 17367

Anasco, PR, 610

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 38.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 7334 **Nonpriority creditor's name and mailing address**

Shamira Rodriguez
835 North Zang Boulevard, Apt 227

Dallas, TX, 75208

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 99.96

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 7335 **Nonpriority creditor's name and mailing address**

Shan Dave
9007 Briar Rd

Parkville, MD, 21234

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 58.29

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 7336 **Nonpriority creditor's name and mailing address**

Shan Olsen
131 Sunnyside Dr

Kelso, WA, 98626-3215

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor  Sure Thing Sales, LLC.
Name

Case number _(if known)_

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 7337  **Nonpriority creditor's name and mailing address**

Shanahan Lim
10977 Acacia Way

Cupertino, CA, 95014

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.72

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 7338  **Nonpriority creditor's name and mailing address**

Shandon Olmos
15194 Marksmanway

Bluffdale, UT, 84065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 124.39

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 7339  **Nonpriority creditor's name and mailing address**

Shane Bass
489 Hennes Ave

Shakopee, MN, 55379

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 7340  **Nonpriority creditor's name and mailing address**

Shane Chua
6 Andover Court

Laguna Niguel, CA, 92677

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56.02

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 7341  **Nonpriority creditor's name and mailing address**

Shane Collins
320 South 2nd Street, F

Bismarck, ND, 58504

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC
_____    _____
Name    Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7342 **Nonpriority creditor's name and mailing address**

Shane Jenkins
2177 Greenpark Court

Thousand Oaks, CA, 91362

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 240.95

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 7343 **Nonpriority creditor's name and mailing address**

Shane Lavy
9420 3rd st

Lincoln, NE, 68526-9351

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 58.97

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 7344 **Nonpriority creditor's name and mailing address**

Shanmarie Salmon
113 E Franklin Ave

New castle, DE, 19720

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 50.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 7345 **Nonpriority creditor's name and mailing address**

Shanna Broadnax
12625 pavillion court

Upper Marlboro, MD, 20772

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 56.17

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 7346 **Nonpriority creditor's name and mailing address**

Shannon  Kose
8914 Braehill Rd

Cheyenne, WY, 82009

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7347   **Nonpriority creditor's name and mailing address**

Shannon Abercrombie
1608 Hollis Dr.

Orlando, FL, 32822

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 73.98

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 7348   **Nonpriority creditor's name and mailing address**

shannon cowell
12789 monagan hwy

TIpton, MI, 49287

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19.98

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 7349   **Nonpriority creditor's name and mailing address**

Shannon Duncan
905 n 70th st.

Kansas city, KS, 66112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 7350   **Nonpriority creditor's name and mailing address**

Shannon Eller
71 Sara Ln

Robbinsville, NC, 28771

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 117.68

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 7351   **Nonpriority creditor's name and mailing address**

Shannon Hamilton
28 Marilyn Rd

Scott Depot, WV, 25560-9570

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 57.23

Date or dates debt was incurred _____
Last 4 digits of account number _____

| Debtor | Sure Thing Sales, LLC. | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7352  **Nonpriority creditor's name and mailing address**

Shannon McMaster
10448 Ratcliffe Trail

Manassas, VA, 20110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.88

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 7353  **Nonpriority creditor's name and mailing address**

Shannon Redenius
9987 Hamlet Ln S

Cottage Grove, MN, 55016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 7354  **Nonpriority creditor's name and mailing address**

Shannon Riddle
8794 Scott Drive

Macon, GA, 31220-1968

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 7355  **Nonpriority creditor's name and mailing address**

shannon surratt
120 Estates Drive

Lexington, NC, 27295

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.62

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 7356  **Nonpriority creditor's name and mailing address**

Shannon Tighe
10036 wild turkey row

McCordsville, IN, 46055

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 7357  **Nonpriority creditor's name and mailing address**

Shanqualus Barber
868 McClure rd

Memphis, TN, 38116

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.16

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7358  **Nonpriority creditor's name and mailing address**

Shar Pourdanesh
1125 Sullivan

Irvine, CA, 92614

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7359  **Nonpriority creditor's name and mailing address**

Shar'Preas  Jordan
98 S Martin L King Blvd, 154

Las Vegas, NV, 89106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7360  **Nonpriority creditor's name and mailing address**

Sharat Naik
1 Park View Avenue, Apt 1704

Jersey City, NJ, 7302

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.31

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7361  **Nonpriority creditor's name and mailing address**

Shari Cordero
245 East 207th Street, Apt8A

Bronx, NY, 10467

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.31

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7362  **Nonpriority creditor's name and mailing address**

Sharon Butler
5309 Northwest Trail

Corpus Christi, TX, 78410

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7363  **Nonpriority creditor's name and mailing address**

Sharon Carberry
321 S 5th Ave

Mount Vernon, NY, 10550

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7364  **Nonpriority creditor's name and mailing address**

Sharon Hall
3704 Fernwood Court

Davenport, IA, 52807

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.26

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7365  **Nonpriority creditor's name and mailing address**

Sharon Haywood
200 N Pecos Rd, Trlr 97

Las Vegas, NV, 89101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7366  **Nonpriority creditor's name and mailing address**

Sharon Hsu
7665 Palmilla Dr, 5322

San Diego, CA, 92122

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name                                        Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 7367  **Nonpriority creditor's name and mailing address**

Sharon Laase
10618 Ridgemont Lane

Chicago Ridge, IL, 60415

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 18.99

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7368  **Nonpriority creditor's name and mailing address**

Sharon Malicsi
2270 Channing Ct

Fairfield, CA, 94533-2624

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.99

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7369  **Nonpriority creditor's name and mailing address**

Sharon St.Ours
34Riverside Drive

Norwell, MA, 2061

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 54.99

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7370  **Nonpriority creditor's name and mailing address**

Sharon Thomas
218 17TH ST NW

PUYALLUP, WA, 98371-5228

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.99

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7371  **Nonpriority creditor's name and mailing address**

Sharonee green
5812 ENCHANTED LN

DALLAS, TX, 75227

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.95

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC
_____    _____
Name    Case number _(if known)_

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3. 7372  Nonpriority creditor's name and mailing address

Shaun Cruz
587 Susquehanna Avenue

Wyoming, PA, 18644

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3. 7373  Nonpriority creditor's name and mailing address

Shaun Dover
PO Box 6091

Charleston, WV, 25362

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.66

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3. 7374  Nonpriority creditor's name and mailing address

Shaun Motoda
77 South Adams Street, Apt 906

Denver, CO, 80209

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 38.07

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3. 7375  Nonpriority creditor's name and mailing address

Shaun Washington
3719 Turfway Court, N/A

Indianapolis, IN, 46228

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3. 7376  Nonpriority creditor's name and mailing address

shawn allen
1111 Peralta Street

Oakland, CA, 94607

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 33.06

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

3.7377 **Nonpriority creditor's name and mailing address**

Shawn Arndt
4932 Packard Avenue, #19

Cudahy, WI, 53110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 38.95

---

3.7378 **Nonpriority creditor's name and mailing address**

Shawn Bradley
220 Waxmyrtle Drive

Harvest, AL, 35749

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 49.99

---

3.7379 **Nonpriority creditor's name and mailing address**

Shawn Ficocelli
693 South 2nd Street

San Jose, CA, 95112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 87.49

---

3.7380 **Nonpriority creditor's name and mailing address**

Shawn Green
6420 151st Street

Oak Forest, IL, 60452

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 116.97

---

3.7381 **Nonpriority creditor's name and mailing address**

Shawn Hayes
8242 Algon Avenue

Philadelphia, PA, 19152

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 9.99

---

Debtor    Sure Thing Sales, LLC.
    Name

Case number *(if known)*_____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

3. 7382   **Nonpriority creditor's name and mailing address**

Shawn Hernandez
3270 Santa Ana Street

South Gate, CA, 90280

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7383   **Nonpriority creditor's name and mailing address**

Shawn Poole
2428 NW 175th street

2428 NW 175th street, OK, 73012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 146.63

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7384   **Nonpriority creditor's name and mailing address**

Shawn Reed
NA 91-1162 Paapaana Street

Ewa Beach, HI, 96706

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7385   **Nonpriority creditor's name and mailing address**

Shawn Renaud
900 Merrill New Rd

Sugar Grove, IL, 60554

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7386   **Nonpriority creditor's name and mailing address**

Shawn Richter
8606 Avalon CT

Alta Loma, CA, 91701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.92

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Sure Thing Sales, LLC_____  Case number _(if known)_____
        Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.** 7387 | **Nonpriority creditor's name and mailing address**

Shawn Smith
1226 S. Patton Ave

Arlington Heights, IL, 60005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 7388 | **Nonpriority creditor's name and mailing address**

Shawna Maloney
3005 Cumberland Avenue

Wichita Falls, TX, 76309

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 96.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 7389 | **Nonpriority creditor's name and mailing address**

Shay Keele
3336 Welton Circle

Roseville, CA, 95747

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.84

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 7390 | **Nonpriority creditor's name and mailing address**

Shay Reever
4 Lovell Street

Laconia, NH, 3246

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 7391 | **Nonpriority creditor's name and mailing address**

Shayla Wortman
2204 N Lincoln St

Post Falls, ID, 83854

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.49

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7392  **Nonpriority creditor's name and mailing address**

Shaylyn Sprague
P.O Box 1579

Mount Pleasant, MI, 48804

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 99.99

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 7393  **Nonpriority creditor's name and mailing address**

Shayna Mason
4424 Hillcrest Avenue

Las Vegas, NV, 89102

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 97.52

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 7394  **Nonpriority creditor's name and mailing address**

Shea Stoner
2814 Huntington ave

Minneapolis, MN, 55416

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 56.97

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 7395  **Nonpriority creditor's name and mailing address**

Sheena Heuer
2237 BISPHAM RD

SARASOTA, FL, 34231

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 68.98

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 7396  **Nonpriority creditor's name and mailing address**

Sheila Perez
310 Dyer Street, TN

New Haven, CT, 6515

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.99

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Debtor    Sure Thing Sales, LLC.

Name

Case number *(if known)*

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7397    **Nonpriority creditor's name and mailing address**

Shelby Currie
8213 Lansdowne Road

Mechanicsville, VA, 23116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7398    **Nonpriority creditor's name and mailing address**

Shelby De Leon
462 via del plano, 462

Novato, CA, 94949

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 89.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7399    **Nonpriority creditor's name and mailing address**

Shelby Hammer
132 Calvert Circle

Bunker Hill, WV, 25413

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.61

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7400    **Nonpriority creditor's name and mailing address**

Shelby Painter
109 Realini Drive

Havelock, NC, 28532

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 119.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7401    **Nonpriority creditor's name and mailing address**

Shelby Thompson
175 Rollin Acres Road

Reeds Spring, MO, 65737

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 305.12

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC_____ Case number _(if known)_____
         Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3. 7402** Nonpriority creditor's name and mailing address

Shelia Austin
284 Collinswood Road

Stonewall, LA, 71078

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 50.99

---

**3. 7403** Nonpriority creditor's name and mailing address

Shellie  Warren
4698 Highland Drive

Millcreek, UT, 84117

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10.99

---

**3. 7404** Nonpriority creditor's name and mailing address

Shengyi Zhang
23258 Northeast 15th Street

Sammamish, WA, 98074

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 89.99

---

**3. 7405** Nonpriority creditor's name and mailing address

Sheree Hedrick
11308 Clover Hill Drive

Ashland, VA, 23005

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12.71

---

**3. 7406** Nonpriority creditor's name and mailing address

Sheri Pensinger
4 Susan Circle

Norton, MA, 2766

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 11.99

---

Debtor   Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7407 **Nonpriority creditor's name and mailing address**

Sherida Magana
1363 Sheridan St NW

Washington, DC, 20011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.67

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7408 **Nonpriority creditor's name and mailing address**

Sherlyn Morales
36 Saratoga St

LYNN, MA, 01902-3599

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.68

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7409 **Nonpriority creditor's name and mailing address**

Shermayne Reyes
14920 Spriggs Tree Lane

Woodbridge, VA, 22193

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.95

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7410 **Nonpriority creditor's name and mailing address**

SHERRY COLOCHO
4010 Rockwood st

Los angeles, CA, 90063

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7411 **Nonpriority creditor's name and mailing address**

Sherwin Li
272 Schwerin Street, 272

San Francisco, CA, 94134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
_____
Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 7412  **Nonpriority creditor's name and mailing address**

Sheseng Lauwidjaja
2008 S 29th St

Philadelphia, PA, 19145-2411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 70.19

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7413  **Nonpriority creditor's name and mailing address**

Shiori Yen
46835 Mountain Laurel Ter

Sterling, VA, 20164

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 38.15

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7414  **Nonpriority creditor's name and mailing address**

Shireen Hatami
Po box 576

Island heights , NJ, 8732

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7415  **Nonpriority creditor's name and mailing address**

Shirleena Chatman
3702 KECOUGHTAN RD, Apt b

HAMPTON, VA, 23669

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.49

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7416  **Nonpriority creditor's name and mailing address**

Shopify Capital Inc.
33 New Montgomery St. - Suite 750

San Francisco, CA, 94105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 76,174.34

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Sure Thing Sales, LLC_____    Case number *(if known)*_____
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7417    **Nonpriority creditor's name and mailing address**

Shopify Inc.
151 O'Connor St. - Ground Floor

Ottawa, MT, K2P 2L8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,744.33

**Basis for the claim:** Software Invoice

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 7418    **Nonpriority creditor's name and mailing address**

shuo chen
1774 Castlegate Drive

San Jose, CA, 95132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 289.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 7419    **Nonpriority creditor's name and mailing address**

Siamak Ghahremani
233 Purple Glen Drive

San Jose, CA, 95119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.86

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 7420    **Nonpriority creditor's name and mailing address**

Sid Woodcook
1630 Pennsylvania Avenue

Pine City, NY, 14871

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.23

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 7421    **Nonpriority creditor's name and mailing address**

Sidney Bui
14591 Ontario Dr

Westminster, CA, 92683

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 171.81

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** `7422`  **Nonpriority creditor's name and mailing address**

Sienna Beck
4146 WOODLAND DR

Rockingham, VA, 22801-2318

As of the petition filing date, the claim is:  $ 24.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `7423`  **Nonpriority creditor's name and mailing address**

Sierra Bangs
18717 UPPER MIDHILL DR

WEST LINN, OR, 97068

As of the petition filing date, the claim is:  $ 96.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `7424`  **Nonpriority creditor's name and mailing address**

Sierra Bullock
2094 Autumn Lane

Idaho Falls, ID, 83404

As of the petition filing date, the claim is:  $ 45.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `7425`  **Nonpriority creditor's name and mailing address**

Sierra West
459 Effie Court

Brentwood, CA, 94513

As of the petition filing date, the claim is:  $ 36.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `7426`  **Nonpriority creditor's name and mailing address**

Silvestre Moran
68 pupek rd

South Amboy, NJ, 8879

As of the petition filing date, the claim is:  $ 164.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7427  **Nonpriority creditor's name and mailing address**

Silvia Benalcazar
3604 W. Schubert Ave., Apt. 2E

Chicago, IL, 60647-1190

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 14.32

---

**3.** 7428  **Nonpriority creditor's name and mailing address**

Simon  Ho
605 W Duarte Rd Unit A

Monrovia, CA, 91016-4436

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 99.98

---

**3.** 7429  **Nonpriority creditor's name and mailing address**

Simon Willems
6593 South Irvington Way

Aurora, CO, 80016

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 19.99

---

**3.** 7430  **Nonpriority creditor's name and mailing address**

Simone Heckman
812 6th St Se

Roanoke, VA, 24013

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 263.24

---

**3.** 7431  **Nonpriority creditor's name and mailing address**

Sina Meisamy
501 Emerald Ridge Drive

Austin, TX, 78732

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 55.98

---

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** ⎡7432⎦ **Nonpriority creditor's name and mailing address**

Sinatra sinatra
9612 BAILEYWICK RD

raleigh, NC, 27615

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 83.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ⎡7433⎦ **Nonpriority creditor's name and mailing address**

Sineva Haskins
3876 Trans Am Lane

St. George, UT, 84790

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 32.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ⎡7434⎦ **Nonpriority creditor's name and mailing address**

Sir Swaggy Pants1
10060 Jay Street Northwest

Coon Rapids, MN, 55433

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 32.12

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ⎡7435⎦ **Nonpriority creditor's name and mailing address**

Sirot Martin
92-808 Puhoho Street

Kapolei, HI, 96707

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 74.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ⎡7436⎦ **Nonpriority creditor's name and mailing address**

Sky Taylor
7200 Heards Lane, Apt 511

Galveston, TX, 77551

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.72

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
         Name                                                    Case number *(if known)*

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** ⌐7437⌐ **Nonpriority creditor's name and mailing address**

Skyler Meine
1159 North 1100 East

American Fork, UT, 84003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,133.19

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ⌐7438⌐ **Nonpriority creditor's name and mailing address**

Skyler Van hoy
4807 Warwick Boulevard

Newport News, VA, 23607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ⌐7439⌐ **Nonpriority creditor's name and mailing address**

Smyth Welton
4214 Winterburn Avenue

Pittsburgh, PA, 15207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ⌐7440⌐ **Nonpriority creditor's name and mailing address**

Snezana Lukac
8816 Briar Court, 1a

Des Plaines, IL, 60016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.49

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ⌐7441⌐ **Nonpriority creditor's name and mailing address**

socorro martinez
1554 Remington Hills Drive

San Diego, CA, 92154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 103.30

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 1498 of 1682

Debtor    Sure Thing Sales, LLC.

Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.**7442    **Nonpriority creditor's name and mailing address**

sofia  rayas
9415 McNeil Drive, #121

Austin, TX, 78750

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   _____

---

**3.**7443    **Nonpriority creditor's name and mailing address**

Sofia Montenegro
2701 Canal Road

Miramar, FL, 33025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.69

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   _____

---

**3.**7444    **Nonpriority creditor's name and mailing address**

Sofia Thakur
910 Rockefeller Drive, Apt 18 B

Sunnyvale, CA, 94087

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 120.02

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   _____

---

**3.**7445    **Nonpriority creditor's name and mailing address**

Solis, Felix
30 Wiltshire Dr

Avondale Estates, GA, 30002

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   _____

---

**3.**7446    **Nonpriority creditor's name and mailing address**

Solmari Figueroa-Ojeda
129 Florence Street, Apt A

Springfield, MA, 1105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.74

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   _____

---

Debtor   Sure Thing Sales, LLC.

Name

Case number *(if known)*

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

3. 7447 **Nonpriority creditor's name and mailing address**

Songming Zhao
17891 Bellflower Street

Adelanto, CA, 92301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 506.41

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 7448 **Nonpriority creditor's name and mailing address**

Sonia  LAROCQUE
340 strafford rd

Tunbridge, VT, 5077

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.95

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 7449 **Nonpriority creditor's name and mailing address**

Sonia Guzman
15 Beverly Street

Revere, MA, 2151

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 7450 **Nonpriority creditor's name and mailing address**

Sonia Mastroianni
3 Hunters Ridge

Clinton, CT, 6413

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.68

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 7451 **Nonpriority creditor's name and mailing address**

Sonia Pacheco
8320 Signal Peak Place

El Paso, TX, 79904

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.87

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_ _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 7452  **Nonpriority creditor's name and mailing address**

Sonja Notestine
16209 Havenwood Dr.

Woodburn, IN, 46797

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.83

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3. 7453  **Nonpriority creditor's name and mailing address**

sonya avakian
29611 Charlemagne Dr

novi, MI, 48377-2211

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3. 7454  **Nonpriority creditor's name and mailing address**

Sonya Faria
14217 Waterville Cir

Tampa, FL, 33626

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.11

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3. 7455  **Nonpriority creditor's name and mailing address**

sonya sutton
1083 Park place Gate

Stone mountain, GA, 30083

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3. 7456  **Nonpriority creditor's name and mailing address**

Sophia DeMiguel
2321 Bentley Court

Castro Valley, CA, 94546

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.30

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor  Sure Thing Sales, LLC
        Name

Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 7457  **Nonpriority creditor's name and mailing address**

Sophia Jones
3315 121st Place

Pleasant Prairie, WI, 53158

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 33.75

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7458  **Nonpriority creditor's name and mailing address**

Sophia Monroy
15702 East Waterside Circle, 206

Sunrise, FL, 33326

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 19.25

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7459  **Nonpriority creditor's name and mailing address**

SOPHIA MURPHY
75 ELK CT

MANSFIELD, GA, 30055

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7460  **Nonpriority creditor's name and mailing address**

Sophie Fredberg
132 Hammond Street

Chestnut Hill, MA, 2467

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 46.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7461  **Nonpriority creditor's name and mailing address**

Sophie Rancier
221 Anthurium Ave

Johnson City, TN, 37604-3211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 52.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** ⌐7462⌐ **Nonpriority creditor's name and mailing address**

Sophie Townsend
12345 Lamplight Village Ave, #1522

Austin, TX, 78758

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9.73

---

**3.** ⌐7463⌐ **Nonpriority creditor's name and mailing address**

Spencer Gay
6891 Orangewood Avenue

Cypress, CA, 90630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 11.99

---

**3.** ⌐7464⌐ **Nonpriority creditor's name and mailing address**

Spencer Wallin
19515 Highland Ridge Drive

Eagle River, AK, 99577

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 172.99

---

**3.** ⌐7465⌐ **Nonpriority creditor's name and mailing address**

Spo Daddy
733 N Hudson Ave, Apt. 415

Los Angeles, CA, 90038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9.99

---

**3.** ⌐7466⌐ **Nonpriority creditor's name and mailing address**

Sruthi Thinakkal
2056 Hollow Bend Court

Naperville, IL, 60565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 19.98

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 7467 **Nonpriority creditor's name and mailing address**

Stacey McKenzie
31790 US Highway 19 N , Apt 47

Palm Harbor, FL, 34684-3716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 5.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7468 **Nonpriority creditor's name and mailing address**

Stacey Smith
649 Sweetbriar Rd.

Memphis, TN, 38120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7469 **Nonpriority creditor's name and mailing address**

Stacie Davis
7916 Fincastle Ct

Sacramento, CA, 95829

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7470 **Nonpriority creditor's name and mailing address**

Stacy  Kamin
163 Meli Ln

Jackson, NJ, 08527-2375

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.45

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7471 **Nonpriority creditor's name and mailing address**

Stacy Franco
21740 South Figueroa Street, 7

Carson, CA, 90745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.76

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
              Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 7472    **Nonpriority creditor's name and mailing address**

Stacy Sellers
2223 W Augusta Blvd, 2F

Chicago, IL, 60622

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7473    **Nonpriority creditor's name and mailing address**

Stacy Vaughn
2851 29th Ct S

La Crosse, WI, 54601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7474    **Nonpriority creditor's name and mailing address**

Stanley Lee
2724 Harway Avenue

Brooklyn, NY, 11214

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7475    **Nonpriority creditor's name and mailing address**

Stanley Vanm
719 Orchard Street

Franklin, VA, 23851

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.29

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7476    **Nonpriority creditor's name and mailing address**

Stanley Worth
4554 Hercules Ave, Apt 55

El Paso, TX, 79904-3372

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.97

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
         Name

Case number *(if known)*

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

3. **7477**   **Nonpriority creditor's name and mailing address**

Star Panora
21 Rifton Place, --

Walden, NY, 12586

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 35.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **7478**   **Nonpriority creditor's name and mailing address**

Steele Harden
5326 113th Place Northeast

Marysville, WA, 98271

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 76.14

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **7479**   **Nonpriority creditor's name and mailing address**

Stefan Eccles
8104 Northwest 75th Avenue

Tamarac, FL, 33321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **7480**   **Nonpriority creditor's name and mailing address**

Stefani Swiatkowski
12807 7TH AVE S

BURIEN, WA, 98168

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 84.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **7481**   **Nonpriority creditor's name and mailing address**

Stefania Guarneri
392 Totowa Road

Totowa, NJ, 7512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 47.97

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
          Name                                                    Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. ____ 7482   **Nonpriority creditor's name and mailing address**

STEFANIE STUBBLEFIELD
901 East Washington Street

Colton, CA, 92324

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.17

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ____ 7483   **Nonpriority creditor's name and mailing address**

Stefanie Wright
23708 Chestnut Court

Auburn, CA, 95602

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.32

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ____ 7484   **Nonpriority creditor's name and mailing address**

Stella Labellarte
15562 Bluefield Avenue

La Mirada, CA, 90638

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.13

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ____ 7485   **Nonpriority creditor's name and mailing address**

Stellmarys Lopez
648 Hallmark Dr, 203

Glen Burnie, MD, 21061

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.95

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ____ 7486   **Nonpriority creditor's name and mailing address**

Stephanie  Andrews
101 Eagle Feather Road

Waxahachie, TX, 75165

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.46

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Sure Thing Sales, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 7487 **Nonpriority creditor's name and mailing address**

Stephanie Accardo
26 LODI ST

FORESTVILLE, NY, 14062-9552

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7488 **Nonpriority creditor's name and mailing address**

Stephanie Almarez
823 Rubino Ct

Stockton, CA, 95209

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7489 **Nonpriority creditor's name and mailing address**

Stephanie Boele
7331 85TH AVE NE

MARYSVILLE, WA, 98270

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7490 **Nonpriority creditor's name and mailing address**

Stephanie Elleman
PSC 9 Box 6098

APO, AE, 9123

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 199.93

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7491 **Nonpriority creditor's name and mailing address**

Stephanie Eller
4508 Duke St

Caldwell, ID, 83607

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.19

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name                                          Case number (if known)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7492 **Nonpriority creditor's name and mailing address**

Stephanie Ferniza
1213 Dani Ln, null

Springfield, IL, 62712-7514

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 123.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7493 **Nonpriority creditor's name and mailing address**

Stephanie Hernandez
7530 SW 37TH ST

MIAMI, FL, 33155-6606

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.90

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7494 **Nonpriority creditor's name and mailing address**

Stephanie Hyla
118 Grenfell Rd

Dewitt, NY, 13214

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 38.87

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7495 **Nonpriority creditor's name and mailing address**

Stephanie Jimenez
12161 Royal Palm Boulevard, 1c

Coral Springs, FL, 33065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 74.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7496 **Nonpriority creditor's name and mailing address**

Stephanie Juarez
151 Gayland Street, 141

Escondido, CA, 92027

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
Name

Case number (if known)

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3. **7497**  **Nonpriority creditor's name and mailing address**

Stephanie Loheide
312 Harris St

Madison, TN, 37115

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **7498**  **Nonpriority creditor's name and mailing address**

Stephanie Moore
2251 Palm Vista Drive

Apopka, FL, 32712

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **7499**  **Nonpriority creditor's name and mailing address**

Stephanie Nicole Ortiz Vega
Urbanizacion Valle Hucares, 82 Calle Flamboyan

Juana Diaz, 00795-2810

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.54

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **7500**  **Nonpriority creditor's name and mailing address**

Stephanie Novak
4510 Drake Ln Apt 537

Fort Worth, TX, 76137-4584

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.46

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. **7501**  **Nonpriority creditor's name and mailing address**

Stephanie Perez
2808 Taft Hwy Spc 69

Bakersfield , CA, 93313

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.57

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
         Name                                    Case number (if known)

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

3.**7502** Nonpriority creditor's name and mailing address

Stephanie Periban
23002 Village Drive, Apt C

Lake Forest, CA, 92630

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.92

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?

Date or dates debt was incurred    _____
                                                    ☑ No
Last 4 digits of account number    _____    ☐ Yes

---

3.**7503** Nonpriority creditor's name and mailing address

Stephanie Rivera
646 Adee Avenue, 4A

The Bronx, NY, 10467

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.97

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?

Date or dates debt was incurred    _____
                                                    ☑ No
Last 4 digits of account number    _____    ☐ Yes

---

3.**7504** Nonpriority creditor's name and mailing address

Stephanie Rodriguez
PO BOX 72

LYFORD, TX, 78569-0072

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?

Date or dates debt was incurred    _____
                                                    ☑ No
Last 4 digits of account number    _____    ☐ Yes

---

3.**7505** Nonpriority creditor's name and mailing address

Stephanie Sampson
422 Masonic Drive

Elizabethtown, PA, 17022

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?

Date or dates debt was incurred    _____
                                                    ☑ No
Last 4 digits of account number    _____    ☐ Yes

---

3.**7506** Nonpriority creditor's name and mailing address

Stephanie Schweitzer
31 Lexington Rd.

Avon, CT, 6001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?

Date or dates debt was incurred    _____
                                                    ☑ No
Last 4 digits of account number    _____    ☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1511 of 1682

Debtor _____
       Sure Thing Sales, LLC.
       Name

Case number _(if known)_ _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** ⌐7507⌐ **Nonpriority creditor's name and mailing address**

Stephanie Servellon
2729 Nebraska Avenue, Apt. E

South Gate, CA, 90280

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 84.99**

| Date or dates debt was incurred | _____ |
|---|---|
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** ⌐7508⌐ **Nonpriority creditor's name and mailing address**

stephanie solano
906 grant st apt 210

Wichita falls, TX, 76301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 29.22**

| Date or dates debt was incurred | _____ |
|---|---|
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⌐7509⌐ **Nonpriority creditor's name and mailing address**

Stephanie Spark
3908 Paseo De Olivos

Fallbrook, CA, 92028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 29.08**

| Date or dates debt was incurred | _____ |
|---|---|
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⌐7510⌐ **Nonpriority creditor's name and mailing address**

Stephanie Stanford
4560 South 50th Street

Greenfield, WI, 53220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 11.99**

| Date or dates debt was incurred | _____ |
|---|---|
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** ⌐7511⌐ **Nonpriority creditor's name and mailing address**

Stephanie Stewart
2407 Colber Court

Waldorf, MD, 20603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$ 368.98**

| Date or dates debt was incurred | _____ |
|---|---|
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number *(if known)* _____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 7512   **Nonpriority creditor's name and mailing address**

Stephanie Suarez
4670 Dabney Vigor Drive

Charlotte, NC, 28209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.16

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7513   **Nonpriority creditor's name and mailing address**

Stephanie Taylor
703 Daffodil Dr

Wellington, FL, 33414-8249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7514   **Nonpriority creditor's name and mailing address**

Stephanie Torres
925 Otis Court

Red Bluff, CA, 96080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.82

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7515   **Nonpriority creditor's name and mailing address**

Stephanie Willwerth
516 Eastbrook Dr

Anna, TX, 75409

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7516   **Nonpriority creditor's name and mailing address**

Stephanie Yang
76 Park Way

Edison, NJ, 8817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
        Name

Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7517  **Nonpriority creditor's name and mailing address**

Stephany Orozco
1209 W Wahalla Ln

Phoenix, AZ, 85027

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 97.10

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7518  **Nonpriority creditor's name and mailing address**

Stephen Brown
9270 Broadstone Way

Apex, NC, 27502

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.52

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7519  **Nonpriority creditor's name and mailing address**

Stephen Caudill Jr.
3411 Monel Ave

Huntington, WV, 25705

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7520  **Nonpriority creditor's name and mailing address**

Stephen Christy
9520 BRIMTON DR

Orlando, FL, 32817-2736

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 122.90

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7521  **Nonpriority creditor's name and mailing address**

Stephen Esposito
58-34 256 street

Little Neck, NY, 11362

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.43

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 7522    **Nonpriority creditor's name and mailing address**

Stephen Favazza
4127 Miami St

St. Louis, MO, 63116

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 17.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7523    **Nonpriority creditor's name and mailing address**

Stephen Franco
120 33rd Street Northwest

Canton, OH, 44709

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7524    **Nonpriority creditor's name and mailing address**

Stephen Kozak
N 131 Regulator Dr

Cambridge, MD, 21613

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7525    **Nonpriority creditor's name and mailing address**

Stephen LaFerriere
112 Lake Champlain Drive

Little Egg Harbor Township, NJ, 8087

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 46.90

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7526    **Nonpriority creditor's name and mailing address**

Stephen Lafferty
7 Homer Court

Wilmington, DE, 19808

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7527   **Nonpriority creditor's name and mailing address**

Stephen Leedy
186 MOUNTAIN VIEW DR

BEREA, KY, 40403

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.49

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    _____

---

**3.** 7528   **Nonpriority creditor's name and mailing address**

Stephen Lemoi
8 peppermint lane

Johnston, RI, 2919

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 58.84

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    _____

---

**3.** 7529   **Nonpriority creditor's name and mailing address**

Stephen Lewis
5376 Saint Bernard Avenue

New Orleans, LA, 70122

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 42.68

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    _____

---

**3.** 7530   **Nonpriority creditor's name and mailing address**

Stephen Lutz
3 Lisa Road

Windham, NH, 3087

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 30.98

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    _____

---

**3.** 7531   **Nonpriority creditor's name and mailing address**

Stephen Mills
203 adams rd

harleysville, PA, 19438

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    _____

Debtor ___Sure Thing Sales, LLC._____   Case number _(if known)_____
   Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** ⌐7532⌐ **Nonpriority creditor's name and mailing address**

Stephen Mok
241 South Vinedo Avenue

Pasadena, CA, 91107

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 249.97

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⌐7533⌐ **Nonpriority creditor's name and mailing address**

Stephen Pieper
41 Crystal Circle

Burlington, MA, 1803

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.97

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⌐7534⌐ **Nonpriority creditor's name and mailing address**

stephen rountree
post office box 2231

statesboro, GA, 30459

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.63

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⌐7535⌐ **Nonpriority creditor's name and mailing address**

Stephen Sarafin
19002 Atasca South Drive

Humble, TX, 77346

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⌐7536⌐ **Nonpriority creditor's name and mailing address**

Stephen Strong
3950 Coriander Dr

Hesperia, CA, 92345

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.92

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number (if known)_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7537   **Nonpriority creditor's name and mailing address**

Stephen Young
7717 Milwaukee Avenue Ste E,

Lubbock, TX, 79424

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 51.92

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.** 7538   **Nonpriority creditor's name and mailing address**

Stephen Zayac
602 East Southcross

San Antonio, TX, 78214

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 8.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.** 7539   **Nonpriority creditor's name and mailing address**

Steve Davies
5808 Elkins Street

Glen Burnie, MD, 21061

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 38.13

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.** 7540   **Nonpriority creditor's name and mailing address**

Steve Grubb
6726 W Devon Ave

Chicago, IL, 60631

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 38.58

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.** 7541   **Nonpriority creditor's name and mailing address**

Steve Hladek
12421 Mitchell Ave

Los Angeles, CA, 90066

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

Debtor    Sure Thing Sales, LLC.
Name
Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

<table>
<tr><td>Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.</td><td>Amount of claim</td></tr>
</table>

**3.** 7542  **Nonpriority creditor's name and mailing address**

Steve Johnson
786 Robin Drive SE

Conyers, GA, 30094

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7543  **Nonpriority creditor's name and mailing address**

Steve Morris
18 Woodland Road, --

Denville, NJ, 7834

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 127.94

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7544  **Nonpriority creditor's name and mailing address**

Steve Peterson
1048 Fort Drive

Bowling Green, OH, 43402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7545  **Nonpriority creditor's name and mailing address**

Steve Ritter
1523 N.E. 141st Ave

Vancouver, WA, 98684

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7546  **Nonpriority creditor's name and mailing address**

Steve Roman
3 Dohrman Ave

Teaneck , NJ, 7666

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 197.26

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor _____Sure Thing Sales, LLC_____  Case number _(if known)_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. 7547  **Nonpriority creditor's name and mailing address**

Steve schultze
8312 mango way

buena park, CA, 90620

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 60.33

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

3. 7548  **Nonpriority creditor's name and mailing address**

Steve Sorg
6636 Tobias Avenue

Los Angeles, CA, 91405

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

3. 7549  **Nonpriority creditor's name and mailing address**

Steve Soukaserm
719 Bollons Island St

Henderson, NV, 89002

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

3. 7550  **Nonpriority creditor's name and mailing address**

Steve Truscello
186 Tallassee Trail

Leesburg, GA, 31763

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 15.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

3. 7551  **Nonpriority creditor's name and mailing address**

Steve Wake
1148 Opal St, Unit 102

Broomfield, CO, 80020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.46

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

Debtor **Sure Thing Sales, LLC**
Name

Case number *(if known)*

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 7552  **Nonpriority creditor's name and mailing address**

Steve Wheeler
2419 Sandy Dr

Clarksville, TN, 37043-5528

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7553  **Nonpriority creditor's name and mailing address**

Steve Zurita
10645 Foggy Glen Ave

Las Vegas, NV, 89135-1122

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.96

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7554  **Nonpriority creditor's name and mailing address**

Steven  Martinez
6109 Klickitat Ln

Pasco, WA, 99301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 38.10

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7555  **Nonpriority creditor's name and mailing address**

Steven Anderson
475 California 49

Sonora, CA, 95370

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 148.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7556  **Nonpriority creditor's name and mailing address**

Steven Baldwin
1348 Parkview Estates Dr

Ellisvile, MO, 63021

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 44.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page 1521 of 1682

Debtor   Sure Thing Sales, LLC.                                    Case number (if known)
         Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.** 7557    **Nonpriority creditor's name and mailing address**

Steven Borsch
21 Colette Drive

Poughkeepsie, NY, 12601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7558    **Nonpriority creditor's name and mailing address**

Steven Cancinos
3477 W 50th St

Cleveland, OH, 44102

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 83.94

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7559    **Nonpriority creditor's name and mailing address**

Steven Daniels
906 Mcintosh Circle

Belton, MO, 64012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7560    **Nonpriority creditor's name and mailing address**

Steven Doss
140 woody acres drive

odenville, AL, 35120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7561    **Nonpriority creditor's name and mailing address**

STEVEN EDER
137 Cherry Avenue

Hampton, VA, 23661

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 1522 of 1682

Debtor    Sure Thing Sales, LLC.
_____
        Name

Case number (if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 7562  **Nonpriority creditor's name and mailing address**

Steven Epps
533 King George Ave SW

Roanoke, VA, 24016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 252.71

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7563  **Nonpriority creditor's name and mailing address**

Steven Gannon
2509 Boylston Ct

Zionsville, IN, 46077

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7564  **Nonpriority creditor's name and mailing address**

Steven Gaudiano
368 Wild Rose Lane

Romeoville, IL, 60446

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.65

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7565  **Nonpriority creditor's name and mailing address**

Steven Geiger
2010 KINGS FOREST TRL

MOUNT AIRY, MD, 21771-8747

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7566  **Nonpriority creditor's name and mailing address**

Steven Gutierrez Jr
5904 Arc Dome Avenue

Bakersfield, CA, 93313-4965

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
         Name                                                                    Case number (if known)

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

3. ___7567___ **Nonpriority creditor's name and mailing address**

Steven Hilt
3002 Foxtail Ct

Schofield, WI, 54476

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 78.06

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

3. ___7568___ **Nonpriority creditor's name and mailing address**

Steven Hom
8799 Bay Parkway

Brooklyn, NY, 11214

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 278.91

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

3. ___7569___ **Nonpriority creditor's name and mailing address**

Steven Kent Mapes
4327 Country Lane

Grapevine, TX, 76051

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 86.59

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

3. ___7570___ **Nonpriority creditor's name and mailing address**

Steven Lopez
2002 18th St

Hondo, TX, 78861-1624

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 130.93

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

3. ___7571___ **Nonpriority creditor's name and mailing address**

Steven Love
3201 marion ct.

Louisville, KY, 40206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 79.99

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC                                                    Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 7572 **Nonpriority creditor's name and mailing address**

Steven Ly
330 Tremont Street, Apt A803

Boston, MA, 2116

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.74

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7573 **Nonpriority creditor's name and mailing address**

Steven Michaud
5 Poplar Ter

Somerdale, NJ, 08083-2016

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 24.51

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7574 **Nonpriority creditor's name and mailing address**

Steven Nguyen
84 Legacy Way

Irvine, CA, 92602

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 172.39

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7575 **Nonpriority creditor's name and mailing address**

Steven Pearlman
19 Brentwood Dr.

Verona, NJ, 7044

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 138.08

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7576 **Nonpriority creditor's name and mailing address**

Steven Pearlman
19 Brentwood Dr.

Verona, NJ, 7044

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 621.62

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F              Schedule E/F: Creditors Who Have Unsecured Claims

Debtor __Sure Thing Sales, LLC_____    Case number _(if known)_____
        Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7577  **Nonpriority creditor's name and mailing address**

Steven Perez
458 west 38 St

San Pedro, CA, 90731

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 44.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7578  **Nonpriority creditor's name and mailing address**

Steven R Wallace
388 Kelinske Rd

Elm Mott, TX, 76640

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 30.94

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7579  **Nonpriority creditor's name and mailing address**

Steven Rivera
HC 03 box 10973

Juana D??az, PR, 795

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 33.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7580  **Nonpriority creditor's name and mailing address**

Steven Rutt
112 Apollo Ct

Mukwonago, WI, 53149

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 262.50

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7581  **Nonpriority creditor's name and mailing address**

Steven Tuttle
6105 S 34th St, Apt 107

Lincoln, NE, 68516-4793

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.____ 7582 **Nonpriority creditor's name and mailing address**

Steven Tyree
5924 bobwhite ave.

El paso, TX, 79924

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.83

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____ 7583 **Nonpriority creditor's name and mailing address**

Steven x Kenyon
62 Locust St

Pittsburgh, PA, 15223

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____ 7584 **Nonpriority creditor's name and mailing address**

Stevie Urbina
9 oakwood drive street, apartment 157

Peekskill, NY, 10566

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.75

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____ 7585 **Nonpriority creditor's name and mailing address**

Stewart Lilly
2073 Highway 42 W

Bedford, KY, 40006

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 390.89

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____ 7586 **Nonpriority creditor's name and mailing address**

Stuart Janousky
2152 Camel Lake Court

Oviedo, FL, 32765

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 73.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC
_____
Name

Case number _(if known)_ _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 7587  **Nonpriority creditor's name and mailing address**

Sub Lee
8011 San Leon Cir

Buena Park, CA, 90620

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 219.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 7588  **Nonpriority creditor's name and mailing address**

Sue Harralson
7300 Foxtree Cv

Austin, TX, 78750

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 7589  **Nonpriority creditor's name and mailing address**

Sue Hoch
14642 Paul Revere Lane

Plainfield, IL, 60544

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.55

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 7590  **Nonpriority creditor's name and mailing address**

Sue Holzbauer
3445 210th Ave.

Breckenridge, MN, 56520

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 7591  **Nonpriority creditor's name and mailing address**

Suha Khondker
85-38 168th place, Apt 2

Jamaica, NY, 11432

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7592  **Nonpriority creditor's name and mailing address**

Summer Warren
202 Meadow Wood Ct

Thomasville, NC, 27360

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 7593  **Nonpriority creditor's name and mailing address**

Sung-Young Trifault
165 Seaman Ave, 1C

NEW YORK, NY, 10034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 99.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 7594  **Nonpriority creditor's name and mailing address**

Susa laura giron
7343 NW 79th Ter.

Medley, FL, 33166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 7595  **Nonpriority creditor's name and mailing address**

Susan Becker
po box 1465

Blue Ridge, 30513-1064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.52

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 7596  **Nonpriority creditor's name and mailing address**

Susan Bradley
1001 S Sumner St, Apt. 17

Creston, IA, 50801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.83

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.** 7597   **Nonpriority creditor's name and mailing address**

Susan Her
1225 Weston Drive

Decatur, GA, 30032

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.79

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 7598   **Nonpriority creditor's name and mailing address**

Susan Koscielski
17350 E. Temple Ave, 345

La Puente, CA, 91744

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 7599   **Nonpriority creditor's name and mailing address**

Susan Lawson
1519 talmadge way

louisville, KY, 40216

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.71

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 7600   **Nonpriority creditor's name and mailing address**

Susan Magasiny
417 Anvil Dr

Kennett Square, PA, 19348-1821

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 7601   **Nonpriority creditor's name and mailing address**

Susan McAdams
1875 Cherokee Rose Circle

Mount Pleasant, SC, 29466

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.94

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7602  **Nonpriority creditor's name and mailing address**

Susan McCarthy
4178 Liberty Drive

Orchard Park, NY, 14127

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.04

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 7603  **Nonpriority creditor's name and mailing address**

Susan Tabassum
302 West 5th Street

Lansdale, PA, 19446

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.79

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 7604  **Nonpriority creditor's name and mailing address**

Susan Viola
20-20 35th Street

Astoria, NY, 11105

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 47.89

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 7605  **Nonpriority creditor's name and mailing address**

Susana Diaz
364 E BARD RD

Oxnard, CA, 93033

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 7606  **Nonpriority creditor's name and mailing address**

Susana Romero Vazquez
609 Galtier Street

St. Paul , MN, 55103

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 97.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor   Sure Thing Sales, LLC.
_____
Name                                      Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7607 **Nonpriority creditor's name and mailing address**

Susanne Miller
318 Bynum Ridge Rd

Forest Hill, MD, 21050

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.37

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7608 **Nonpriority creditor's name and mailing address**

Susie Wells
507 vina ct

Livingston, CA, 95334

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7609 **Nonpriority creditor's name and mailing address**

Suzanne Bastian
2835 Euclid Avenue

Duboistown, PA, 17702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.97

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7610 **Nonpriority creditor's name and mailing address**

Suzanne Masri
121 Beacon Hill Drive

Coraopolis, PA, 15108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7611 **Nonpriority creditor's name and mailing address**

suzanne stevens hisey
2889 NW 24th Way

boca raton, FL, 33431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name                                                    Case number *(if known)*_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. ___7612___ **Nonpriority creditor's name and mailing address**

suzy bondoc
17 York Way

Hockessin, DE, 19707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

---

3. ___7613___ **Nonpriority creditor's name and mailing address**

Svetlana Embrey
233 East Lakewood Street

Morton, IL, 61550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.15

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

---

3. ___7614___ **Nonpriority creditor's name and mailing address**

Sydney Francoeur
3600 West Kirkwood Street

Rogers, AR, 72758

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.69

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

---

3. ___7615___ **Nonpriority creditor's name and mailing address**

Sydney Gonzalez
3704 Southwest 150th Court

Miami, FL, 33185

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

---

3. ___7616___ **Nonpriority creditor's name and mailing address**

Sydney Hanson
3449 N ELAINE PL, 307, 110

Chicago, IL, 60657

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.60

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*_____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 7617 **Nonpriority creditor's name and mailing address**

Sydney Parrott
14862 County Road 1 50

Edon, OH, 43518-9679

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7618 **Nonpriority creditor's name and mailing address**

Sydney Underwood
3309 72nd Avenue Court Northwest

Gig Harbor, WA, 98335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 174.07

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7619 **Nonpriority creditor's name and mailing address**

syed SHAH
1101 65th street apt#4b

Brooklyn, NY, 11219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 148.88

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7620 **Nonpriority creditor's name and mailing address**

Sylvia Torres
15526 Jimenez rd

SAN BENITO, TX, 78586

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.61

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7621 **Nonpriority creditor's name and mailing address**

Symone Merriman
11811 LaPadera Lane

Florissant, MO, 63033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 88.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
_____
Name

Case number *(if known)*_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.7622 **Nonpriority creditor's name and mailing address**

Syrena West
185 Macedonia Road

Cherokee, NC, 28719

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 58.84

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.7623 **Nonpriority creditor's name and mailing address**

Sysy Second
288 St Phillip Ct.

Fremont, CA, 94539

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 110.22

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.7624 **Nonpriority creditor's name and mailing address**

Szandor Voorhis
409 S Barry St

Greenville, MI, 48838

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.7625 **Nonpriority creditor's name and mailing address**

T Grant Lewis
114 Dummitt Ave

Fayetteville, WV, 25840

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.7626 **Nonpriority creditor's name and mailing address**

Tabitha Bradley
5208 Hollyridge Dr

Raleigh, NC, 27612

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 266.93

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC_____    Case number _(if known)_____
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 7627  **Nonpriority creditor's name and mailing address**

Tabitha Bradley
5208 Hollyridge Dr

Raleigh, NC, 27612

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 319.35

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7628  **Nonpriority creditor's name and mailing address**

Tahir Mahmood
214-08 110th Ave

Queens Village, NY, 11429

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 183.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7629  **Nonpriority creditor's name and mailing address**

Taiyanna I Pereira
3231 West Boone Avenue, #Unit 425

Spokane, WA, 99201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7630  **Nonpriority creditor's name and mailing address**

Tajalee Andrews
1335 8th Avenue

Watervliet, NY, 12189

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.15

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7631  **Nonpriority creditor's name and mailing address**

Takashi Midorikawa
21151 Maria Lane

Saratoga, CA, 95070

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor _____Sure Thing Sales, LLC._____
        Name

Case number _(if known)_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7632 **Nonpriority creditor's name and mailing address**

Talia Clayborn
797 Mount Tabor Church Rd

Pickens, SC, 29671

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9.99

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**3.** 7633 **Nonpriority creditor's name and mailing address**

Talia Rodriguez
1308 e del rio drive

Tempe, AZ, 85282

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 175.94

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**3.** 7634 **Nonpriority creditor's name and mailing address**

Tallun Anderson
377 Fringe Ruff Drive

Las Vegas, NV, 89148

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 38.99

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**3.** 7635 **Nonpriority creditor's name and mailing address**

Tamara Joyner
34711 Shangri ln.

Yucaipa, CA, 92399

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 36.62

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**3.** 7636 **Nonpriority creditor's name and mailing address**

Tamara McKenzie
7418 Tyrone Avenue

Van Nuys, CA, 91405

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 26.99

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Debtor _____Sure Thing Sales, LLC_____    Case number _(if known)_____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 7637 | **Nonpriority creditor's name and mailing address**

Tamara Ruiz
231 De bord Drive

Tracy, CA, 95376

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.11

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7638 | **Nonpriority creditor's name and mailing address**

Tamara Smith
1433 East 89th Street

Brooklyn, NY, 11236

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.38

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7639 | **Nonpriority creditor's name and mailing address**

Tamara Whyte
2180 Silk Wood Ct

Charlottesville, VA, 22911

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.63

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7640 | **Nonpriority creditor's name and mailing address**

Tamarah Knudsen
5418 NW 79TH AVE, CR TRACK 001

Doral, FL, 33195

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.36

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7641 | **Nonpriority creditor's name and mailing address**

Tameka Rushing
2300 Story Road W 166783

Irving, TX, 75038

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____    _____
            Name                                                     Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 7642 **Nonpriority creditor's name and mailing address**

Tamia Nguyen
121 Yolo Ct

Bay Point, CA, 94565

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 55.71

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 7643 **Nonpriority creditor's name and mailing address**

Tamille Pierson
11849 Cedarbrook dr.

South Lyon, MI, 48178

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 7644 **Nonpriority creditor's name and mailing address**

Tammara Boerstler
214 Robinson Drive

New Ellenton, SC, 29809

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 7645 **Nonpriority creditor's name and mailing address**

Tammera Marks
5329 Dorchester

Kalamazoo, MI, 49048

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.09

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 7646 **Nonpriority creditor's name and mailing address**

Tammi Cassady
4903 234th ST SW

Mountlake Terrace, WA, 98043

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.25

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
            Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 7647  **Nonpriority creditor's name and mailing address**

Tammy   k Ervin
7360 Portie-Flamingo Rd. SE.

New Lexington, OH, 43764

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11.78

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 7648  **Nonpriority creditor's name and mailing address**

Tammy Davis
3415 189th St SE

Bothell, WA, 98012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 77.99

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 7649  **Nonpriority creditor's name and mailing address**

Tammy Donnelly
81 Northwoods Drive

Wading River, NY, 11792

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 69.99

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 7650  **Nonpriority creditor's name and mailing address**

Tammy Jacobs
9774 Creekside Way

Streetsboro, OH, 44241

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 74.95

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 7651  **Nonpriority creditor's name and mailing address**

tammy kern
530 Timberlake Avenue

Erlanger, KY, 41018

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.99

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor _____Sure Thing Sales, LLC_____  Case number _(if known)_____
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7652  **Nonpriority creditor's name and mailing address**

Tammy Nourse
2516 Conrad St.

Bossier City, LA, 71111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 174.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7653  **Nonpriority creditor's name and mailing address**

Tammy Phan
2565 Stonecreek Dr

Akron, OH, 44320

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.95

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7654  **Nonpriority creditor's name and mailing address**

Tammy Stone
9175 Firethorn Court

Manassas, VA, 20110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7655  **Nonpriority creditor's name and mailing address**

Tana Flowers
185 White Pine Canyon Road

Park City, UT, 84060

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 129.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7656  **Nonpriority creditor's name and mailing address**

Tanner Lozier
199 Country View Drive

Harrison, OH, 45030

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.01

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor _____Sure Thing Sales, LLC_____    Case number _(if known)_____
       Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **7657**  **Nonpriority creditor's name and mailing address**

Tanner Sigears
1109 Madison Street

Clarksville, TN, 37040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.13

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **7658**  **Nonpriority creditor's name and mailing address**

Tanner Working
141 Gore Road

Onalaska, WA, 98570

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.33

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **7659**  **Nonpriority creditor's name and mailing address**

Tanya skernick
4302 Meadowwood Drive

Rapid City, SD, 57702

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **7660**  **Nonpriority creditor's name and mailing address**

Tapan Sharma
7224 Ridge Creek Trail

Shakopee, MN, 55379

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 109.51

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **7661**  **Nonpriority creditor's name and mailing address**

Tara Bradley
2020 Parkview Cove

Biloxi, MS, 39532

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC. | | |
| --- | --- | --- | --- |
| | Name | | Case number *(if known)* |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.** 7662  **Nonpriority creditor's name and mailing address**

Tara Collison
1105 Northeast 5th Avenue

Aledo, IL, 61231

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 23.58

---

**3.** 7663  **Nonpriority creditor's name and mailing address**

Tara Dienes
299 Friedell St

San Francisco, CA, 94124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 35.15

---

**3.** 7664  **Nonpriority creditor's name and mailing address**

Tara McEvoy
30 Taft Ave

Lynbrook, NY, 11563-1429

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10.99

---

**3.** 7665  **Nonpriority creditor's name and mailing address**

Tara Palmer
24 elm street

Lackawanna, NY, 14218

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 107.97

---

**3.** 7666  **Nonpriority creditor's name and mailing address**

Tara Santoro
302 Windsor Pl

Macungie, PA, 18062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10.99

---

Debtor     Sure Thing Sales, LLC.
           Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 7667 **Nonpriority creditor's name and mailing address**

Tarek Refaie
3 tara lane

montville, NJ, 7045

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 337.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7668 **Nonpriority creditor's name and mailing address**

Tarun Pilli
3189 Deanpark Drive

Hilliard, OH, 43026

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.79

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7669 **Nonpriority creditor's name and mailing address**

Taunisha Manning
1675 Paseo Del Oro, 302

Chula Vista, CA, 91913

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7670 **Nonpriority creditor's name and mailing address**

Taunja Thomson
1095 Schabell Drive

Highland Heights, KY, 41076

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.42

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7671 **Nonpriority creditor's name and mailing address**

Tawnia White
1914 N BEECHWOOD DR

FLORENCE, AL, 35630

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 17.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
        Name

Case number *(if known)*

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 7672   **Nonpriority creditor's name and mailing address**

Tayler Hutchinson
1801 leoni dr

Hanford, CA, 93230

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 79.35

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7673   **Nonpriority creditor's name and mailing address**

tayler smith
2680 Vista De Avila

Avila Beach, CA, 93424

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 28.95

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7674   **Nonpriority creditor's name and mailing address**

Taylor Barnes
5801 East Albany Street, 5801

Mesa, AZ, 85205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 34.64

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7675   **Nonpriority creditor's name and mailing address**

Taylor Fortin
12100 Lima Drive

Manor, TX, 78653

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 32.46

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7676   **Nonpriority creditor's name and mailing address**

Taylor Fuess
262 Capitan St

Thousand Oaks, CA, 91320

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 28.95

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
         Name                                                        Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7677 **Nonpriority creditor's name and mailing address**

Taylor Fuess
368 Spring Oak Road, 1831

Camarillo, CA, 93010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 138.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7678 **Nonpriority creditor's name and mailing address**

Taylor Hawkins
6582 133rd St W

Apple Valley, MN, 55124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 41.77

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7679 **Nonpriority creditor's name and mailing address**

Taylor Kimberly
7906 clover court

La vista, NE, 68128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7680 **Nonpriority creditor's name and mailing address**

Taylor koziol
80 North Raccoon , 69

Youngstown, OH, 44515

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 37.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7681 **Nonpriority creditor's name and mailing address**

Taylor Mecimore
224 Burette Fox Lane

Township of Taylorsville, NC, 28681

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 31.02

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 1546 of 1682

Debtor  Sure Thing Sales, LLC
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 7682  **Nonpriority creditor's name and mailing address**

Taylor Mitchell
2237 South Fern Avenue, Unit E

Ontario, CA, 91762

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7683  **Nonpriority creditor's name and mailing address**

Ted Quitasol
7887 Arroyo Vista Court

Riverside, CA, 92506

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 239.24

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7684  **Nonpriority creditor's name and mailing address**

Teddy Ouwerkerk
4615 Center Boulevard, 1707

Queens, NY, 11109

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7685  **Nonpriority creditor's name and mailing address**

TEENA LORIE  HARRIS
2351 West Altgeld Street

Chicago, IL, 60647

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 114.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7686  **Nonpriority creditor's name and mailing address**

Tella Silver
2079 South 1200 East,, Unit 104

Salt Lake City, UT, 84105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.78

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor _____Sure Thing Sales, LLC_____     Case number _(if known)_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

3. __7687__ **Nonpriority creditor's name and mailing address**

Tena Zertuche
10485 Neale Sound Ct

Gainesville, VA, 20155

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.99

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. __7688__ **Nonpriority creditor's name and mailing address**

Teng Jiang
2347 Chadlington Road

Falls Church, VA, 22043

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 47.99

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. __7689__ **Nonpriority creditor's name and mailing address**

Tenysha Billings
2205 Ambassador Rd NE, Apt 335

Albuquerque, NM, 87112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.92

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. __7690__ **Nonpriority creditor's name and mailing address**

Teppei Hata
425 South St. #3001

Honolulu, HI, 96813

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.99

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. __7691__ **Nonpriority creditor's name and mailing address**

Tequlia Baker
739east third st.

xenia, OH, 45385

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.99

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor   Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_ _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

3.⁷⁶⁹² **Nonpriority creditor's name and mailing address**

Terence Chou
804 s 318th st

federal way, WA, 98003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.96

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

3.⁷⁶⁹³ **Nonpriority creditor's name and mailing address**

Terence Edgar
911 Shadow Ridge Dr

Pensacola, FL, 32514

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.99

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

3.⁷⁶⁹⁴ **Nonpriority creditor's name and mailing address**

Terence Freeman
236 Thompson Avenue

Middletown Township, NJ, 7748

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 36.47

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

3.⁷⁶⁹⁵ **Nonpriority creditor's name and mailing address**

Teresa Dinuova
13 Lancaster Avenue

Quarryville, PA, 17566

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 100.69

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

3.⁷⁶⁹⁶ **Nonpriority creditor's name and mailing address**

TEresa Holland
3210 Trails Lake Drive

Medina, OH, 44256

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 36.97

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

Debtor _____Sure Thing Sales, LLC_____    Case number _(if known)_____
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. __7697__ **Nonpriority creditor's name and mailing address**

Teresa Melara
10249 Limerick Avenue

Chatsworth, CA, 91311

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 78.99

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3. __7698__ **Nonpriority creditor's name and mailing address**

Teresa Romani
910 SE 37th Ave #307

Portland, OR, 97214

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 309.92

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. __7699__ **Nonpriority creditor's name and mailing address**

Teresa Tocco
2 Sherry Ct

Florissant, MO, 63031

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 8.99

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. __7700__ **Nonpriority creditor's name and mailing address**

Teresa Zheng
8722 17th Avenue

Brooklyn, NY, 11214

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 47.98

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. __7701__ **Nonpriority creditor's name and mailing address**

Terra Akagi
3143 Larchmont Lane

San Pablo, CA, 94806

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.39

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC   Case number *(if known)*
         Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 7702 **Nonpriority creditor's name and mailing address**

Terrell Brooks-McEachern
1409 E 84th street

Brooklyn, NY, 11236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 141.52

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7703 **Nonpriority creditor's name and mailing address**

Terrence Chan
2216 Mustang Trl

Frisco, TX, 75033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 148.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7704 **Nonpriority creditor's name and mailing address**

Terri Ruggieri
42085 Plantation Circle

Elizabeth, CO, 80107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.77

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7705 **Nonpriority creditor's name and mailing address**

Terry Brady
404 Pine St

Strasburg, IL, 62465

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7706 **Nonpriority creditor's name and mailing address**

Terry Dishman
1924 West 38th Drive, 3

Kearney, NE, 68845

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.39

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor　Sure Thing Sales, LLC
　　　　Name

Case number _(if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 7707 **Nonpriority creditor's name and mailing address**

Terry Irvin
41065 Meadow Dr

Three Rivers, CA, 93271

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 7.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7708 **Nonpriority creditor's name and mailing address**

Terry Toth
716 Hile Lane

Englewood, OH, 45322

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 82.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7709 **Nonpriority creditor's name and mailing address**

terry vaughn
758 Landons Way

Spring Branch, TX, 78070

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 272.20

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7710 **Nonpriority creditor's name and mailing address**

Teryl Lepon
1545 Longboat Ave.

Beachwood, NJ, 8722

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 69.30

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7711 **Nonpriority creditor's name and mailing address**

Tesius Kent
2211 Ala Wai Boulevard, 1002

Honolulu, HI, 96815

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 82.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. ⌐7712  **Nonpriority creditor's name and mailing address**

Tess Chapin
4310 Timber Ridge Trail Southwest, Apt 9

Wyoming, MI, 49519

**As of the petition filing date, the claim is:**    $ 34.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ⌐7713  **Nonpriority creditor's name and mailing address**

Tessa Solensky
106 Leffler Drive

Johnstown, PA, 15904

**As of the petition filing date, the claim is:**    $ 15.89
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ⌐7714  **Nonpriority creditor's name and mailing address**

Tevin Flores
1980 Horal Street, #724

San Antonio, TX, 78227

**As of the petition filing date, the claim is:**    $ 18.39
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ⌐7715  **Nonpriority creditor's name and mailing address**

Thaj Yeeb Yang
6489 N. DEWOLF

CLOVIS, CA, 93619

**As of the petition filing date, the claim is:**    $ 215.94
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. ⌐7716  **Nonpriority creditor's name and mailing address**

Thalia Castro
10829 South Avenue E

Chicago, IL, 60617

**As of the petition filing date, the claim is:**    $ 70.54
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7717   **Nonpriority creditor's name and mailing address**

Thanh Doan
8925 Coyote Bush Road

Riverside, CA, 92508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 63.06

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7718   **Nonpriority creditor's name and mailing address**

Thanh Nguyen
419 Daniels Place

Bear, DE, 19701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7719   **Nonpriority creditor's name and mailing address**

Thanh Tam Nguyen
7352 Stahov Avenue

Westminster, CA, 92683

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7720   **Nonpriority creditor's name and mailing address**

Thanh-Chi Le
1 Tammie Lane, 1127

Peabody, MA, 1960

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 605.61

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7721   **Nonpriority creditor's name and mailing address**

Thao Dao
2545 Brighton Drive

East York, PA, 17402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 2,273.35

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

<table>
<tr><td>Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.</td><td>Amount of claim</td></tr>
</table>

---

**3.** 7722  **Nonpriority creditor's name and mailing address**

Thatcher Anderson
378 Eliot Street

Ashland, MA, 1721

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7723  **Nonpriority creditor's name and mailing address**

The Port Authority of NY & NJ
PO Box 15186

Albany, NY, 12212-5186

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.00

**Basis for the claim:** Toll violations

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7724  **Nonpriority creditor's name and mailing address**

Thelma De la ola
346 E Dakota

Laredo, TX, 78041

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7725  **Nonpriority creditor's name and mailing address**

Theodore Sewell
14720 Rinaldi Street

San Fernando, CA, 91340

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 61.59

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7726  **Nonpriority creditor's name and mailing address**

Theresa Davidson
706 Smith St, Lower Apt

Buffalo, NY, 14206-2014

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.18

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
Name                                                        Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7727  **Nonpriority creditor's name and mailing address**

Theresa  Perez
1318 Carol Place

National City, CA, 91950

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 7728  **Nonpriority creditor's name and mailing address**

Theresa Doan
2979 Cataldi Drive

San Jose, CA, 95132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.16

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 7729  **Nonpriority creditor's name and mailing address**

Theresa Gogliormella
407 Costa Mesa dr

Toms River, NJ, 8757

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 7730  **Nonpriority creditor's name and mailing address**

Theresa Kinczel
14 Brown Lane

Plumsted Township, NJ, 8533

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 149.26

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 7731  **Nonpriority creditor's name and mailing address**

Theresa Miracle
3751 Windhaven Drive

Clarksville, TN, 37040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
            Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3. 7732  **Nonpriority creditor's name and mailing address**

Therese  Guinto
5905 Chestnut Road

Independence, OH, 44131

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 7733  **Nonpriority creditor's name and mailing address**

Therin Taylor
1018 S Adams Rd

Spokane Valley, WA, 99037

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 249.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 7734  **Nonpriority creditor's name and mailing address**

Thomas  Paige
119 Braeburn Dr

Montgomery, IL, 60538

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.95

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 7735  **Nonpriority creditor's name and mailing address**

Thomas  Woodstock
284 Walnut Path SW

Marietta , GA, 30064

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,366.34

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 7736  **Nonpriority creditor's name and mailing address**

thomas accaria
154 S MORRISON ST

COOS BAY, OR, 97420

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor   Sure Thing Sales, LLC.
_____
Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 7737  **Nonpriority creditor's name and mailing address**

Thomas Akagi
10948 S Topview Rd

South Jordan, UT, 84009

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7738  **Nonpriority creditor's name and mailing address**

Thomas Andreae
1108 Marcussen Drive

Menlo Park, CA, 94025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7739  **Nonpriority creditor's name and mailing address**

Thomas Arenas
5341 N Homerest Ave

Azusa, CA, 91702

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7740  **Nonpriority creditor's name and mailing address**

Thomas Arnott
1560 N Summit St

Wheaton, IL, 60187

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 53.97

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 7741  **Nonpriority creditor's name and mailing address**

Thomas Bentley
1006 Dayton Dr

Robinson, TX, 76706

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.81

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC_____    Case number _(if known)_____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 7742  **Nonpriority creditor's name and mailing address**

Thomas Black Hawk Jr
150 GRANDVIEW LN

BULLS GAP, TN, 37711

**As of the petition filing date, the claim is:**    $ 45.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7743  **Nonpriority creditor's name and mailing address**

Thomas Blake
50486 Bay Run N #1

Chesterfield, MI, 48047

**As of the petition filing date, the claim is:**    $ 296.79
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7744  **Nonpriority creditor's name and mailing address**

Thomas Butler
268 Winding Pond Road

Londonderry, NH, 3053

**As of the petition filing date, the claim is:**    $ 59.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7745  **Nonpriority creditor's name and mailing address**

Thomas Christensen
128 Fairview Lane

Streamwood, IL, 60107

**As of the petition filing date, the claim is:**    $ 138.88
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7746  **Nonpriority creditor's name and mailing address**

Thomas Custer
8225B School rd

Ft. Campbell, KY, 42223

**As of the petition filing date, the claim is:**    $ 37.09
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Sure Thing Sales, LLC
       _____      Case number _____
       Name                                              (if known)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 7747 **Nonpriority creditor's name and mailing address**

Thomas Derrick
611 Bell Fork Rd

Jacksonville, NC, 28540-6315

As of the petition filing date, the claim is: $ 32.08
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. 7748 **Nonpriority creditor's name and mailing address**

Thomas Domenech
1523 S. JOHNSON RD.

NEW BERLIN, WI, 53146

As of the petition filing date, the claim is: $ 136.48
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. 7749 **Nonpriority creditor's name and mailing address**

Thomas Dusza
10216 Church Road

Huron, OH, 44839

As of the petition filing date, the claim is: $ 5.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. 7750 **Nonpriority creditor's name and mailing address**

Thomas Ehrmann
5109 Lakehurst Court

Palmetto, FL, 34221

As of the petition filing date, the claim is: $ 12.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. 7751 **Nonpriority creditor's name and mailing address**

Thomas Fank
42 Linden Avenue

Holtsville, NY, 11742

As of the petition filing date, the claim is: $ 13.02
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor     Sure Thing Sales, LLC.
           Name                                                        Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 7752 **Nonpriority creditor's name and mailing address**

Thomas Finocchio
34 Sunshine Lane

Edison, NJ, 8820

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.57

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 7753 **Nonpriority creditor's name and mailing address**

Thomas Fisk
6931 ELM AVE

CYPRESS, CA, 90630

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.08

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 7754 **Nonpriority creditor's name and mailing address**

Thomas Harms
6708 John Smith Lane

Hayes, VA, 23072

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 197.94

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 7755 **Nonpriority creditor's name and mailing address**

Thomas Holloran
5170 Oak Hill Rd

Delray Beach , FL, 33484

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 7756 **Nonpriority creditor's name and mailing address**

Thomas Kantowski
2804 North 13th Street

Broken Arrow, OK, 74012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 167.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number (if known)_____

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3. 7757** Nonpriority creditor's name and mailing address

Thomas Kehn
16422 Bear Meadow Circle

Cerritos, CA, 90703-1904

As of the petition filing date, the claim is: $ 16.42
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 7758** Nonpriority creditor's name and mailing address

Thomas Kelly
13495 bancroft ave, APT B306

San Leandro, CA, 94578

As of the petition filing date, the claim is: $ 25.23
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 7759** Nonpriority creditor's name and mailing address

Thomas Kim
164 Manor Circle

Jupiter, FL, 33458

As of the petition filing date, the claim is: $ 49.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 7760** Nonpriority creditor's name and mailing address

Thomas Ko
923 East Valley Boulevard #205

San Gabriel, CA, 91776

As of the petition filing date, the claim is: $ 79.72
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 7761** Nonpriority creditor's name and mailing address

Thomas Kreitlow
7222 E Rose Dr.

Tucson, AZ, 85730

As of the petition filing date, the claim is: $ 25.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor ___Sure Thing Sales, LLC._____ Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 7762 **Nonpriority creditor's name and mailing address**

Thomas Lavin
4740 Brookgreen Road

Martinez, GA, 30907

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.19

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7763 **Nonpriority creditor's name and mailing address**

Thomas Lee
13929 seagate dr

san leandro, CA, 94577-6428

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 71.97

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7764 **Nonpriority creditor's name and mailing address**

Thomas LoDico
21 Prairie Lane

Lindenhurst, NY, 11757

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 70.60

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7765 **Nonpriority creditor's name and mailing address**

Thomas Mateyak
3401 Ravens Crest Drive

Plainsboro, NJ, 8536

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7766 **Nonpriority creditor's name and mailing address**

Thomas McCarroll
2102 Stonelick Woods Dr.

Batavia, OH, 45103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

| | |
|---|---|
| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7767 **Nonpriority creditor's name and mailing address**

Thomas Olson
345 Fraser Ln

Ventura, CA, 93001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.86

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7768 **Nonpriority creditor's name and mailing address**

Thomas Roshone
1018 Verdant Street

The Dalles, OR, 97058

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 35.97

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7769 **Nonpriority creditor's name and mailing address**

Thomas Sheehan
218 North Transit Street

Lockport, NY, 14094

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.39

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7770 **Nonpriority creditor's name and mailing address**

Thomas Todd
95-214 Kuahaua Place

Mililani, HI, 96789

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 136.10

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7771 **Nonpriority creditor's name and mailing address**

Thomas Touhey
18305 Summerlin Drive

Hagerstown, MD, 21740

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.97

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 7772  **Nonpriority creditor's name and mailing address**

Thomas Williams
1143 Lyndale Dr

Charleston, WV, 25314-2131

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 331.69

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 7773  **Nonpriority creditor's name and mailing address**

Thomas Yankanich
109 Clarkdale Lane

Gilbertsville, PA, 19525

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.77

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 7774  **Nonpriority creditor's name and mailing address**

Thompson  Truong
79 N 7th St

Brooklyn, NY, 11249-3005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 76.19

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 7775  **Nonpriority creditor's name and mailing address**

Thoms Serfes
2000B 6TH ST NE BASEMENT

Great Falls, MT, 59404

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 7776  **Nonpriority creditor's name and mailing address**

Tiana Pinai
104 South Prize Oaks

Cedar Park, TX, 78613

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.46

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC | | |
| | Name | | Case number *(if known)* |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 7777 **Nonpriority creditor's name and mailing address**

tianyi zhuge
1301 Briarwood Cir, room 400

Ann Arbor, MI, 48108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.87

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7778 **Nonpriority creditor's name and mailing address**

Tiffany Bates
21140 Ponderosa Trail

Kiln, MS, 39556-6021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.02

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7779 **Nonpriority creditor's name and mailing address**

Tiffany Britton
22313 65TH AVE

Bayside, NY, 11364

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7780 **Nonpriority creditor's name and mailing address**

Tiffany Gastineau
1556 Mark Welborn Rd

Somerset, KY, 42503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.55

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7781 **Nonpriority creditor's name and mailing address**

Tiffany Karas
302 South Mulberry Street

Marshall, MI, 49068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor   Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 7782   **Nonpriority creditor's name and mailing address**

Tiffany Kerlin
138 Wickham Drive

Monaca, PA, 15061

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38.15

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7783   **Nonpriority creditor's name and mailing address**

Tiffany Le
6752 Ambercrest Dr

Arlington, TX, 76002

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 159.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7784   **Nonpriority creditor's name and mailing address**

TIFFANY SANA
105 SANDHURST DR

SIMPSONVILLE, SC, 29680

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 496.06

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7785   **Nonpriority creditor's name and mailing address**

Tiffany Sherman
3017 Kennedy Drive

Northampton, PA, 18067

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.33

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7786   **Nonpriority creditor's name and mailing address**

Tiffany Sutton
1407 Oak Marsh Street

Davenport, FL, 33837

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC._____ Case number _(if known)_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 7787  **Nonpriority creditor's name and mailing address**

Tiffany Tran
776 Sterling Hills Dr

Camarillo, CA, 93010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7788  **Nonpriority creditor's name and mailing address**

Tiffany Wernik
4522 Louise Ave

Encino, CA, 91316

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7789  **Nonpriority creditor's name and mailing address**

Tim Alberts
N6420 Ballard Rd

Seymour, WI, 54165

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7790  **Nonpriority creditor's name and mailing address**

Tim DeCoursey Jr
1517 SW Indian Trl

Topeka, KS, 66604

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.91

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7791  **Nonpriority creditor's name and mailing address**

Tim Hardin
1311 wild rose lane

gearhart, OR, 97138-4609

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
_____
         Name

Case number (if known) _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7792  **Nonpriority creditor's name and mailing address**

Tim Lai
125 Saint Paul St Apt 2224

Rochester, NY, 14604-1252

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.87

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7793  **Nonpriority creditor's name and mailing address**

Tim Lopez
215 N Atlantic Ave E

Stratford, NJ, 08084-1703

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 90.63

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7794  **Nonpriority creditor's name and mailing address**

Tim McCarty
2902 West Sweetwater Avenue, Apt. 2146

Phoenix, AZ, 85029

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 24.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7795  **Nonpriority creditor's name and mailing address**

Tim Menard
313 Maple Street

Killingly, CT, 6239

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.56

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7796  **Nonpriority creditor's name and mailing address**

Tim Mosby
6512 Broadway Ave.

Evansville, IN, 47712

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 169.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name                                    Case number (if known) _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 7797  **Nonpriority creditor's name and mailing address**

Tim Russo
59 Continental Dr

Lockport, NY, 14094

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 68.03**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**3.** 7798  **Nonpriority creditor's name and mailing address**

Tim Tinnell
102 whitney avenue, #d

Lawrenceburg, KY, 40342

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 105.98**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**3.** 7799  **Nonpriority creditor's name and mailing address**

Tim Wilson
720 Hilgard Ave., Apt 105

Los Angeles, CA, 90024

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 35.03**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**3.** 7800  **Nonpriority creditor's name and mailing address**

Tim Yeung
14317 Autumn Gold Road

Boyds, MD, 20841

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 67.83**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**3.** 7801  **Nonpriority creditor's name and mailing address**

Timberly Price
3085 NW 91st Avenue Apt 105

Coral Springs, FL, 33065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 29.98**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

Debtor _____Sure Thing Sales, LLC_____   Case number _(if known)_____
     Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 7802  **Nonpriority creditor's name and mailing address**

Timothy  Brooks
324 W Railroad St

Fortville, IN, 46040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 160.48

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7803  **Nonpriority creditor's name and mailing address**

Timothy  Lentz
52 Cove Lane

Great Falls, MT, 59404

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 384.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7804  **Nonpriority creditor's name and mailing address**

Timothy  Pierce
PO Box 17

Alton, VA, 24520

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 9.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7805  **Nonpriority creditor's name and mailing address**

Timothy Baker
536 Hunt Pl

Ypsilanti, MI, 48198-3923

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 54.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7806  **Nonpriority creditor's name and mailing address**

Timothy Bethmann
1405 Montclair St

Arlington, TX, 76015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**$** 29.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
          Name

**Part 2:**   **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 7807 **Nonpriority creditor's name and mailing address**

timothy caudill
807 windy place apt 204

ALTAMONTE SPG, FL, 32714

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.87

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 7808 **Nonpriority creditor's name and mailing address**

Timothy Chang
2418 Halenoho Place

Honolulu, HI, 96816

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 293.18

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 7809 **Nonpriority creditor's name and mailing address**

timothy dorris
16 Mohon Dr a4, A 4

McMinnville, TN, 37110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 7810 **Nonpriority creditor's name and mailing address**

Timothy Freer
369 Obrien Ave

GRIDLEY, CA, 95948-9714

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 7811 **Nonpriority creditor's name and mailing address**

timothy hall
52 Country Lane

Prestonsburg, KY, 41653

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.
Name

Case number _(if known)_

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3. 7812    **Nonpriority creditor's name and mailing address**

Timothy Helsel
200 South Hampton Place , 4-308

Clarksville , TN, 37040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 7813    **Nonpriority creditor's name and mailing address**

Timothy Hendricks
4006 Forestedge Street

Tipp City, OH, 45371

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 7814    **Nonpriority creditor's name and mailing address**

Timothy Hokanson
134 North Washington Street, 100

Papillion, NE, 68046

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.19

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 7815    **Nonpriority creditor's name and mailing address**

Timothy Horn
2029 Sancerre Lane

Carrollton, TX, 75007

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 7816    **Nonpriority creditor's name and mailing address**

Timothy Lehman
94 Liberty Street, 3

Smithfield, PA, 15478

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.09

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor      Sure Thing Sales, LLC.
_____     _____
            Name                                    Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 7817  **Nonpriority creditor's name and mailing address**

Timothy Mehling
1845 WATERVIEW LN

WAUKESHA, WI, 53189

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 7818  **Nonpriority creditor's name and mailing address**

Timothy Robinson
1443 manner drive

Mansfield, OH, 44905

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 7819  **Nonpriority creditor's name and mailing address**

Timothy Rockwell
2930 17th ST S, APT 102

Moorhead, MN, 56560-5231

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 42.94

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 7820  **Nonpriority creditor's name and mailing address**

Timothy Smith
76 Ferraro Drive

Bristol, CT, 6010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 7821  **Nonpriority creditor's name and mailing address**

Timothy Strait
15799 W 11 Mile Rd, APT #119

Southfield, MI, 48076

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 37.09

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Debtor  Sure Thing Sales, LLC
_____
Name

Case number *(if known)*_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 7822  **Nonpriority creditor's name and mailing address**

Tina Alvarado
606 Tiverton Rd

Lake Forest, IL, 60045

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 102.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 7823  **Nonpriority creditor's name and mailing address**

Tina Benacquisto
71 Alexander Road

New Britain, CT, 6053

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 7824  **Nonpriority creditor's name and mailing address**

Tina Dos Reis
4 Fairway Drive

South Setauket, NY, 11720

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 56.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 7825  **Nonpriority creditor's name and mailing address**

Tina Michelson
366 New Jersey 18, D10

East Brunswick, NJ, 8816

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.57

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 7826  **Nonpriority creditor's name and mailing address**

Tion Sutton
221 Howard Avenue, 1R

Brooklyn, NY, 11233

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3. 7827 Nonpriority creditor's name and mailing address

Tipatat Chennavasin
3 Fieldcrest Drive

Daly City, CA, 94015

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 351.58

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

3. 7828 Nonpriority creditor's name and mailing address

Tito Valentin
804 Dewberry Dr

Cedar Park, TX, 78613

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 22.99

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

3. 7829 Nonpriority creditor's name and mailing address

Toan Van
3725 Navarro

Frisco, TX, 75034

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 27.05

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

3. 7830 Nonpriority creditor's name and mailing address

Tobin Schindler
986 Jeannette St

Des Plaines, IL, 60016

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 52.99

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

3. 7831 Nonpriority creditor's name and mailing address

Todd Herzog
352 N 1300 E

Pleasant Grove, UT, 84062

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customers with Outstanding Deposits

$ 29.99

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Debtor  Sure Thing Sales, LLC.
        Name

Case number _(if known)_____

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 7832  **Nonpriority creditor's name and mailing address**

Todd Hinchcliffe
44 Julia Drive

Uxbridge, MA, 1569

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 7833  **Nonpriority creditor's name and mailing address**

Todd Ruggiero
151 Marina Blvd.

San Rafael, CA, 94901

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 7834  **Nonpriority creditor's name and mailing address**

Todd Stordahl
4157 39th Ave SW

Seattle, WA, 98116

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 132.28

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 7835  **Nonpriority creditor's name and mailing address**

Tolls by Mail
PO Box 15183

Albany, NY, 12212-5183

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Toll violations

$ 51.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 7836  **Nonpriority creditor's name and mailing address**

Tom Cooke
635 Carolina Farms Boulevard

Myrtle Beach, SC, 29579

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 167.86

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor ___Sure Thing Sales, LLC._____   Case number _(if known)_____
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 7837 **Nonpriority creditor's name and mailing address**

Tom Demarco
81 LAUSANNE AVE, APT 2

Daly city, CA, 94014

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7838 **Nonpriority creditor's name and mailing address**

Tom Kaliher
1121 Lucca Court

Caseyville, IL, 62232

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.93

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7839 **Nonpriority creditor's name and mailing address**

Tom Lohr
76 cinnamon circle

fairport, NY, 14450

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7840 **Nonpriority creditor's name and mailing address**

Tom Longberry
308 38th ST. NW

Canton, OH, 44709

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.43

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7841 **Nonpriority creditor's name and mailing address**

Tom Moore
2731 Konnoak Dr.

Winston Salem, NC, 27127

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 104.93

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 1578 of 1682

Debtor    Sure Thing Sales, LLC.
          Name                                          Case number *(if known)*_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7842  **Nonpriority creditor's name and mailing address**

Tom Neil
10636 Live Oak Drive

Forney, TX, 75126

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7843  **Nonpriority creditor's name and mailing address**

Tom Olson
345 Fraser Lane

Ventura , CA, 93001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7844  **Nonpriority creditor's name and mailing address**

Tom Shea
10 Buckthorn St

Londonderry, NH, 3053

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7845  **Nonpriority creditor's name and mailing address**

Tomas Bilbao
1839 East Palo Verde Drive

Phoenix, AZ, 85016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7846  **Nonpriority creditor's name and mailing address**

Tomas Lopez
223 8th Avenue Southwest

Decatur, AL, 35601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.94

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor ___Sure Thing Sales, LLC._____    Case number _(if known)_____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3. 7847  Nonpriority creditor's name and mailing address**

Tommy Chen
2038 East 22nd Street

Oakland, CA, 94606

**As of the petition filing date, the claim is:** $ 34.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3. 7848  Nonpriority creditor's name and mailing address**

tommy simpkins
3336 oak bend blvd

canal winchester, OH, 43110-9320

**As of the petition filing date, the claim is:** $ 26.86
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3. 7849  Nonpriority creditor's name and mailing address**

Tommy Simpkins
3336 Oak Bend Boulevard

Canal Winchester, OH, 43110

**As of the petition filing date, the claim is:** $ 79.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3. 7850  Nonpriority creditor's name and mailing address**

Tomokazu Nakamura
3557 Corona St

Camarillo, CA, 93010

**As of the petition filing date, the claim is:** $ 89.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3. 7851  Nonpriority creditor's name and mailing address**

Tomy Nicolas
3321 Commercial ave

South Chicago Heights, IL, 60411

**As of the petition filing date, the claim is:** $ 106.90
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Debtor    Sure Thing Sales, LLC.
         Name

Case number *(if known)*_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 7852  **Nonpriority creditor's name and mailing address**

tongwen ENGNYG
15617 NE Airport Way, C/O ENGNYG

Portland, OR, 97251-9615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 35.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 7853  **Nonpriority creditor's name and mailing address**

Toni Crooks
22 Ireland Ave

Greenhills, OH, 45218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 20.47

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 7854  **Nonpriority creditor's name and mailing address**

Toni Stickles
5733 W Mescal St

Glendale, AZ, 85304-3813

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 54.59

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 7855  **Nonpriority creditor's name and mailing address**

Tonia Demeritte
3160 NW 58 STREET

MIAMI, FL, 33142

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 41.97

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 7856  **Nonpriority creditor's name and mailing address**

Tonkia  Smoots
627 East Markison Avenue

Columbus, OH, 43207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 7857 **Nonpriority creditor's name and mailing address**

Tony Contreras
141 Trent Dr.

Napa, CA, 94558

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 70.02

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7858 **Nonpriority creditor's name and mailing address**

Tony Davenport
2211 STONE WHEEL DR #B, APT 723

RESTON, VA, 20191

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 79.49

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7859 **Nonpriority creditor's name and mailing address**

Tony DeCarlo
1509 Benjamin Drive

Niagara Falls, NY, 14304

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 269.99

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7860 **Nonpriority creditor's name and mailing address**

Tony DiDio
684 Woodcreek Dr

Waterford, MI, 48327-3082

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 35.99

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7861 **Nonpriority creditor's name and mailing address**

Tony Faulkner
1211 Appleby Drive

Silver Spring, MD, 20904

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 49.98

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC | | Case number *(if known)* | |
| | Name | | | |

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 7862 **Nonpriority creditor's name and mailing address**

TONY GONZALES
4387 MATTHEW WAY, TONY GONZALES

TRACY, CA, 95377

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 7863 **Nonpriority creditor's name and mailing address**

Tony Gulli
4410 152ND ST

MIDLOTHIAN, IL, 60445-3250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.97

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 7864 **Nonpriority creditor's name and mailing address**

Tony Lam
18819 Leesbury Way

Rowland Heights, CA, 91748

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 7865 **Nonpriority creditor's name and mailing address**

Tony Le
11023 Olivewood Dr.

Houston, TX, 77089

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 149.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 7866 **Nonpriority creditor's name and mailing address**

Tony Marotta
667 VISTA DR

OSWEGO, IL, 60543

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.01

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC | | |
| | Name | | |

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 7867   **Nonpriority creditor's name and mailing address**

Tony McKinney
954 South 23rd Street

Fort Dodge, IA, 50501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.04

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7868   **Nonpriority creditor's name and mailing address**

Tony Trapasso
6798 San Benito Way

Buena Park, CA, 90620

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 119.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7869   **Nonpriority creditor's name and mailing address**

Tony Vasquez
9686 Amboy Ave.

Pacoima, CA, 91331

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 187.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7870   **Nonpriority creditor's name and mailing address**

Tony Willett
1700 BIRDIE HILLS RD

SAINT PETERS, MO, 63376

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7871   **Nonpriority creditor's name and mailing address**

Tony Wright
115 UNIVERSITY AVE NE, UNIT 415

Minneapolis, MN, 55413

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 129.90

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC_____     Case number _(if known)_____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 7872 | **Nonpriority creditor's name and mailing address**

TONYA MCPARLIN
4340 HALSTEAD CIR

COLORADO SPRIMGS, CO, 80916

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.74

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 7873 | **Nonpriority creditor's name and mailing address**

Tophia Slydell
3901 Lafayette Drive Northeast, Apt 201 building
13

Albuquerque, NM, 87107

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.51

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 7874 | **Nonpriority creditor's name and mailing address**

Tori Bennett
4863 New York 233

Westmoreland, NY, 13490

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70.66

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 7875 | **Nonpriority creditor's name and mailing address**

Toria Owens
2002B Lee Gordon Road

Arnaudville, LA, 70512

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 7876 | **Nonpriority creditor's name and mailing address**

toulo vang
5235 E Kaviland Ave.

Fresno, CA, 93725

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

Debtor   Sure Thing Sales, LLC.
         Name

Case number *(if known)*_____

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 7877   **Nonpriority creditor's name and mailing address**

Tqn Truong
309 Checkers Drive, 201

San Jose, CA, 95133

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67.79

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7878   **Nonpriority creditor's name and mailing address**

Tracey L Cardillo
227 S ALPINE ST

ARROYO GRANDE, CA, 93420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7879   **Nonpriority creditor's name and mailing address**

Traci Fisher-Zaiser
330 Shuniah Street

Thunder Bay, ON, P7A 3A3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7880   **Nonpriority creditor's name and mailing address**

Traci Lew
10 Tremont Terrace

Livingston, NJ, 7039

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7881   **Nonpriority creditor's name and mailing address**

Tracie Carter
204 Richmond Rd

Richmond Heights, OH, 44143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 76.20

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC. | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 7882 **Nonpriority creditor's name and mailing address**

Tracy  Donovan
13685 Legacy Circle, Apt K

Herndon, VA, 20171

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 23.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7883 **Nonpriority creditor's name and mailing address**

Tracy  Pisano
1300 Mountain Road

Larksville, PA, 18651

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 29.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7884 **Nonpriority creditor's name and mailing address**

Tracy Houser
1409 Morse Avenue

Sacramento, CA, 95864

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 174.17

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7885 **Nonpriority creditor's name and mailing address**

Tracy Nguyen
15 Madison Ave.

Randolph, MA, 2368

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 50.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7886 **Nonpriority creditor's name and mailing address**

Tracy Tran
4100 Old Farm Road

Oklahoma City, OK, 73120

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 96.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor   Sure Thing Sales, LLC.
         Name

Case number *(if known)*

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 7887 **Nonpriority creditor's name and mailing address**

Tracy Welch
1540 North Genesee Drive

Lansing, MI, 48915

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 63.59

---

**3.** 7888 **Nonpriority creditor's name and mailing address**

Tramayne Harris
1878 Fred Jackson Way

Richmond, CA, 94801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 126.20

---

**3.** 7889 **Nonpriority creditor's name and mailing address**

Trask Stalnaker1
13726 Northwest Germantown Road

Portland, OR, 97231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 26.99

---

**3.** 7890 **Nonpriority creditor's name and mailing address**

Travelers
PO Box 660317

Dallas, TX, 75266-0317

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance company

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,000.00

---

**3.** 7891 **Nonpriority creditor's name and mailing address**

Travis Ciani
213 Maple Ave

Neptune, NJ, 7753

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 62.90

---

Debtor    Sure Thing Sales, LLC.
         Name                                                    Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7892 **Nonpriority creditor's name and mailing address**

Travis Clark
3732 Patti Pkwy

Decatur, GA, 30034

**As of the petition filing date, the claim is:** $86.39
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7893 **Nonpriority creditor's name and mailing address**

Travis Dickinson
910 E. 16th Ave

San Mateo, CA, 94402

**As of the petition filing date, the claim is:** $50.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7894 **Nonpriority creditor's name and mailing address**

Travis Lee
1951 Drumhead Ct

San Jose, CA, 95131

**As of the petition filing date, the claim is:** $36.08
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7895 **Nonpriority creditor's name and mailing address**

Travis Nguyen
14515 Briar Forest Dr, 727

Houston, TX, 77077

**As of the petition filing date, the claim is:** $38.96
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7896 **Nonpriority creditor's name and mailing address**

Travis Perkins
21710 McGilvray Rd

Bend, OR, 97702

**As of the petition filing date, the claim is:** $25.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 7897   **Nonpriority creditor's name and mailing address**

Travis Reed
1095 N Sterling Ave, Apt 111

Palatine, IL, 60067-1976

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.38

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7898   **Nonpriority creditor's name and mailing address**

Travis Shisler
1483 West Farragut Avenue, Apartment 2

Chicago, IL, 60640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7899   **Nonpriority creditor's name and mailing address**

Tre Hillerich
510 Morrisett Ct SE

Leesburg, VA, 20175-6140

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 159.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7900   **Nonpriority creditor's name and mailing address**

Treasure Nyame
817 Majestic Rock Ave

Las Vegas, NV, 89128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7901   **Nonpriority creditor's name and mailing address**

Treavor Hansley
101 Bogie Dr

Suffolk, VA, 23434-9277

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
         Name

Case number *(if known)*

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 7902   **Nonpriority creditor's name and mailing address**

Tremaine Pollard
8652 38th ave S

Seattle, WA, 98118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    _____

---

**3.** 7903   **Nonpriority creditor's name and mailing address**

Trend Setters LTD.
22500 State Rt. 9

Tremont, IL, 61568

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17,130.00

**Basis for the claim:** Trade Payables

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.** 7904   **Nonpriority creditor's name and mailing address**

Trent Stassi
27777 Violet

Mission Viejo, CA, 92691

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.25

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.** 7905   **Nonpriority creditor's name and mailing address**

Trevor Benoit
830 Norman st

Fall River, MA, 02721-4636

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.49

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.** 7906   **Nonpriority creditor's name and mailing address**

Trevor Lehr
804 Dillon Drive

Normal, IL, 61761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.22

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

Debtor   Sure Thing Sales, LLC
_____
Name

Case number _(if known)_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3. 7907** **Nonpriority creditor's name and mailing address**

Trevor McConnaughey
8742 Capstone Ranch Drive

New Port Richey, FL, 34655

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 74.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 7908** **Nonpriority creditor's name and mailing address**

Trevor Schenck
19686 Perch Ct

Lake Oswego, OR, 97034

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 7909** **Nonpriority creditor's name and mailing address**

Trey Nies
1201 S Scott St, 406

Arlington, VA, 22204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 7910** **Nonpriority creditor's name and mailing address**

Trey Wandler
312 6th Street

Stevensville, MT, 59870

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 325.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 7911** **Nonpriority creditor's name and mailing address**

Trey Wiley
Ripple Creek Drive 2203

Rosenberg, TX, 77471

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 92.01

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.7912  **Nonpriority creditor's name and mailing address**

Tricia Mae S. De Los Reyes
1605 Merchant St. Apt. G

Sparks, NV, 89431

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 62.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

3.7913  **Nonpriority creditor's name and mailing address**

Trini Vela
1001 Fremont Avenue, Unit 3435

South Pasadena, CA, 91030

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 129.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

3.7914  **Nonpriority creditor's name and mailing address**

Trisha Hillis
5330 31st Ave. N.

St. Petersburg, FL, 33710

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 213.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

3.7915  **Nonpriority creditor's name and mailing address**

Trishia Parshall
2855 Arbor Gardens Drive

Evans, CO, 80620

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

3.7916  **Nonpriority creditor's name and mailing address**

Trista Cruz
587 Susquehanna Avenue

Wyoming, PA, 18644

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 97.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

Debtor  Sure Thing Sales, LLC
        Name                                    Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7917  **Nonpriority creditor's name and mailing address**

Tristan Cochran
10451 Greenbrier Road, 120

Minnetonka, MN, 55305

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 58.05

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7918  **Nonpriority creditor's name and mailing address**

Tristan Enciso
250 Knoll Rd, Apt 46

San Marcos, CA, 92069

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8.61

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7919  **Nonpriority creditor's name and mailing address**

Tristan Leone
235 92 st

Brooklyn, NY, 11209

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16.32

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7920  **Nonpriority creditor's name and mailing address**

Tristan Piper
3736 Rotz Road

Chambersburg, PA, 17202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18.01

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 7921  **Nonpriority creditor's name and mailing address**

Tristan Salvanera
1235 Moss Springs Road

Albemarle, NC, 28001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 225.76

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC
_____
        Name

Case number _(if known)_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 7922  **Nonpriority creditor's name and mailing address**

Tristen Wood
15129 Wire Road

Coaling, AL, 35453

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** 7923  **Nonpriority creditor's name and mailing address**

Triston Kapper
111 Bennett court

Festus, MO, 63028

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 78.71

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** 7924  **Nonpriority creditor's name and mailing address**

Triston Myers
3638 LA-27

Sulphur, LA, 70663

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.44

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** 7925  **Nonpriority creditor's name and mailing address**

Troy Bernal
800 Rebecca Street

Weslaco, TX, 78596

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** 7926  **Nonpriority creditor's name and mailing address**

Troy Caywood
420 North Pine Street

Pratt, KS, 67124

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.21

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

Debtor    Sure Thing Sales, LLC.

Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7927 **Nonpriority creditor's name and mailing address**

Troy Hopp
1229 ne Michigan avenue, 1229 ne Michigan avenue

Topeka, KS, 66616

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 27.27

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 7928 **Nonpriority creditor's name and mailing address**

Troy Schneider
811 river raft ct

Modesto, CA, 95351-4533

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 63.85

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 7929 **Nonpriority creditor's name and mailing address**

Troy Tedder
4121 Honey Creek Blvd

Russiaville , IN, 46979

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 189.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 7930 **Nonpriority creditor's name and mailing address**

Truc Phan
329 North Conlon Avenue, B

West Covina, CA, 91790

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 8.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 7931 **Nonpriority creditor's name and mailing address**

Truman Dowdy
24611 Lori Ln

Magnolia, TX, 77355

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 29.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number _(if known)_

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7932 **Nonpriority creditor's name and mailing address**

Tsivyah Levine
2C N Main St, #74

Williamsburg, MA, 1096

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 35.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7933 **Nonpriority creditor's name and mailing address**

Tsun Hung Ko
920 Clementine Ct, Unit B

Azusa, CA, 91702

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.21

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7934 **Nonpriority creditor's name and mailing address**

Tuan Dang
1931 east calico dr

West Covina, CA, 91791

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.42

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7935 **Nonpriority creditor's name and mailing address**

Tuan Nguyen
15243 Arcturus Ave

Gardena, CA, 90249-4111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 52.91

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7936 **Nonpriority creditor's name and mailing address**

Tung Nguyen
10652 Paloma Ave.

Garden Grove, CA, 92843

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 514.10

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
_____
Name

Case number (if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7937  **Nonpriority creditor's name and mailing address**

Tunji Smith
6817 Parkers Crossing Dr.

Charlotte, NC, 28215

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7938  **Nonpriority creditor's name and mailing address**

Turner Swann
3779 N DENNY WAY

Buckeye, AZ, 85396

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.31

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7939  **Nonpriority creditor's name and mailing address**

Tury Ruiz
2820 Neptune Ct, A

LEMOORE, CA, 93245

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7940  **Nonpriority creditor's name and mailing address**

Tuwayne Foster
1850 chestnut pl apt 401

Denver, CO, 80202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7941  **Nonpriority creditor's name and mailing address**

Ty Grittner
1859 5th Ave Clarkston

Clarkston, WA, 99403

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.12

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   Sure Thing Sales, LLC.                                    Case number *(if known)*
         Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. __7942__   **Nonpriority creditor's name and mailing address**

Ty Hall
2010 North Irving Street

Fremont, NE, 68025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

3. __7943__   **Nonpriority creditor's name and mailing address**

Ty Latiolais
566 Kuhne Heights, Troy MO 63379

Troy, MO, 63379

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

3. __7944__   **Nonpriority creditor's name and mailing address**

Ty Walker
259 N Monroe Dr

Xenia, OH, 45385

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.01

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

3. __7945__   **Nonpriority creditor's name and mailing address**

Ty, Damon,
15882 Antioch Rd

White City, OR, 97503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

3. __7946__   **Nonpriority creditor's name and mailing address**

Tyhler Williams
4635 Sw Mueller Dr, E204

Beaverton, OR, 97078

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

Debtor    Sure Thing Sales, LLC.
Name

Case number (if known)

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

3. 7947    **Nonpriority creditor's name and mailing address**

Tyler  White
7252 W Ratliff Rd.

Bloomington, IN, 47404

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 14.99

---

3. 7948    **Nonpriority creditor's name and mailing address**

Tyler Abercrombie
159 Fixie

Irvine, CA, 92618

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 37.99

---

3. 7949    **Nonpriority creditor's name and mailing address**

Tyler Blankenship
714 S 21st Ave

Hattiesburg, MS, 39401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8.55

---

3. 7950    **Nonpriority creditor's name and mailing address**

Tyler Blount
314 Speers Valley Cir

Brandon, MS, 39042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 133.97

---

3. 7951    **Nonpriority creditor's name and mailing address**

Tyler Christian
1277 FISHING CREEK RD

Clover, SC, 29710-1682

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 354.66

---

Debtor _____
     Sure Thing Sales, LLC.
    Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

---

**3.** 7952  **Nonpriority creditor's name and mailing address**

tyler collins
60 little road

altoona, AL, 35952

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 44.99

---

**3.** 7953  **Nonpriority creditor's name and mailing address**

Tyler Darling
15730 East Kim Drive

Fountain Hills, AZ, 85268

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 89.98

---

**3.** 7954  **Nonpriority creditor's name and mailing address**

Tyler Day
4827 Sanford Street

Fair Oaks, CA, 95628

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 29.08

---

**3.** 7955  **Nonpriority creditor's name and mailing address**

Tyler Domanski
750 North Dover Drive, 750

Independence, MO, 64056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 64.99

---

**3.** 7956  **Nonpriority creditor's name and mailing address**

Tyler Ehresman
3228 Rialto Ave

Clovis, CA, 93619

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12.95

---

Debtor   Sure Thing Sales, LLC
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 7957   **Nonpriority creditor's name and mailing address**

Tyler Emrick
5645 Spring Hill Road

Grove City, OH, 43123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 23.99**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7958   **Nonpriority creditor's name and mailing address**

Tyler Freeman
2646 Providence Road

Cassatt, SC, 29032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 35.63**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7959   **Nonpriority creditor's name and mailing address**

Tyler Harper
280 Prospect Street

Pottstown, PA, 19464

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 133.53**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7960   **Nonpriority creditor's name and mailing address**

Tyler Harris
6464 NY-23

Oneonta, NY, 13820

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 41.99**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7961   **Nonpriority creditor's name and mailing address**

Tyler Hays
3217 Brereton St, APT 3

Pittsburgh, PA, 15219-3775

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 96.29**

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
    Name

Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **7962**  Nonpriority creditor's name and mailing address

Tyler Kerr
12905 Red Spruce Cir

Oklahoma City, OK, 73142

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.61

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. **7963**  Nonpriority creditor's name and mailing address

Tyler Liegmann
3224 South Wallace Street

Chicago, IL, 60616

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.86

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. **7964**  Nonpriority creditor's name and mailing address

Tyler Lopes
50 Paisley Boulevard West, 610

Mississauga, ON, L5B 1C9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.17

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. **7965**  Nonpriority creditor's name and mailing address

Tyler Marlowe
3865 Cromwell Lane

Williamsburg, VA, 23188

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51.35

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. **7966**  Nonpriority creditor's name and mailing address

Tyler Mcintosh
29664 ostreich

Brownstown, MI, 48173-9745

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.07

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number _(if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7967  **Nonpriority creditor's name and mailing address**

Tyler Medick
8048 S 116TH ST

SEATTLE, WA, 98178-3842

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.22

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 7968  **Nonpriority creditor's name and mailing address**

Tyler Meeker
1512 South Rocky Mountain Drive

Tucson, AZ, 85710

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 168.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 7969  **Nonpriority creditor's name and mailing address**

Tyler Mild
200 Greenway Avenue

Seneca, PA, 16346

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.03

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 7970  **Nonpriority creditor's name and mailing address**

Tyler Powers
1123 Nature Trail

Manchester, MI, 48158

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94.33

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 7971  **Nonpriority creditor's name and mailing address**

Tyler Reed
408 calumet ave NE, Apt 40

De Smet, SD, 57231

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 97.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7972  **Nonpriority creditor's name and mailing address**

Tyler Rice
6457 Hemmingford Dr

Canal Winchester, OH, 43110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64.49

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7973  **Nonpriority creditor's name and mailing address**

Tyler Seminchuk
14175 savannah road

Amarillo, TX, 79118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7974  **Nonpriority creditor's name and mailing address**

Tyler Whitecotton
561 W Stratford Place, #5A

Chicago, IL, 60657

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7975  **Nonpriority creditor's name and mailing address**

Tyler Young
7089 Copperwood Way

Columbia, MD, 21046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15.89

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7976  **Nonpriority creditor's name and mailing address**

Tymon Woods
724 Paige Circle

Nashville, TN, 37207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.30

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name    _____    Case number _(if known)_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7977  **Nonpriority creditor's name and mailing address**

tyrell steele
9009 greenwood avenue North, apt 311

Seattle, WA, 98103

As of the petition filing date, the claim is: $ 27.55
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7978  **Nonpriority creditor's name and mailing address**

Tyreq Moulton
770 Mitchell Avenue

Whiteman Air Force Base, MO, 65305

As of the petition filing date, the claim is: $ 102.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7979  **Nonpriority creditor's name and mailing address**

Tyson Kubota
5835 Tellefson Rd

Culver City, CA, 90230-5471

As of the petition filing date, the claim is: $ 79.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7980  **Nonpriority creditor's name and mailing address**

Tyszko, Joseph
15220 Rosarie Drive

Homer Glen, IL, 60491

As of the petition filing date, the claim is: $ 91.80
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 7981  **Nonpriority creditor's name and mailing address**

Tzer Hang
1614 S 106th St

Seattle, WA, 98168

As of the petition filing date, the claim is: $ 12.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Sure Thing Sales, LLC._____  Case number _(if known)_____
       Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** ⎡7982⎤ **Nonpriority creditor's name and mailing address**

Ulises Minaya
7335 Fairway Drive, Apartment 623

Miami Lakes, FL, 33014

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 134.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ⎡7983⎤ **Nonpriority creditor's name and mailing address**

Ultra Tokyo Connection
5589 Ayala Ave.

Irwindale, CA, 91706

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 141,186.65

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ⎡7984⎤ **Nonpriority creditor's name and mailing address**

Una Kang
256 Academy Street

South Orange, NJ, 7079

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 37.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ⎡7985⎤ **Nonpriority creditor's name and mailing address**

Understand the Concept
4 Red Leaf Rose Court

Reisterstown, MD, 21136

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ⎡7986⎤ **Nonpriority creditor's name and mailing address**

Unishippers
16 Corporate Woods Blvd. - Ste 2

Albany, NY, 12211

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service Invoice

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25.20

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page ___1607_ of ___1682_

Debtor    Sure Thing Sales, LLC.
Name
Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 7987  **Nonpriority creditor's name and mailing address**

Uriel Luna
113 East Davis Avenue, 662

Weatherford, OK, 73096

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.13

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

**Date or dates debt was incurred** _____

☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 7988  **Nonpriority creditor's name and mailing address**

uriel renteria-valdez
3783 trellis view ave

las vegas, NV, 89115

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

**Date or dates debt was incurred** _____

☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 7989  **Nonpriority creditor's name and mailing address**

val storino
1755 Lily Pond Circle

Henderson, NV, 89012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

**Date or dates debt was incurred** _____

☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 7990  **Nonpriority creditor's name and mailing address**

valentin perales
6923 Emerald Pool Lane

Spring, TX, 77379

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

**Date or dates debt was incurred** _____

☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 7991  **Nonpriority creditor's name and mailing address**

Valentine Lan
820 North Delaware Street, 301

San Mateo, CA, 94401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.06

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**

**Date or dates debt was incurred** _____

☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number _(if known)_____

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7992 **Nonpriority creditor's name and mailing address**

Valeria Gonzalez
15424 West White Road

Medical Lake, WA, 99022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 92.98

---

**3.** 7993 **Nonpriority creditor's name and mailing address**

Valeria Juarez
310 Falcon Drive

Absecon, NJ, 8201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12.78

---

**3.** 7994 **Nonpriority creditor's name and mailing address**

Valeria Medina
1917 South Broadway, Apt A

Escondido, CA, 92025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 27.99

---

**3.** 7995 **Nonpriority creditor's name and mailing address**

Valeria Yundt
63 Faneuil st

Windsor, CT, 6095

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 28.70

---

**3.** 7996 **Nonpriority creditor's name and mailing address**

Valerie Aguirre
323 Front Street, Apt. 313

Salinas, CA, 93901

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 76.98

---

Debtor _____Sure Thing Sales, LLC_____  Case number _(if known)_____
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. ___7997___ **Nonpriority creditor's name and mailing address**

Valerie Balanon
2200 Silver Lane, Apt 101

New Brighton, MN, 55112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number     _____

$ 10.99

---

3. ___7998___ **Nonpriority creditor's name and mailing address**

Valerie Hunter
15586 Rockwell Ave

Fontana, CA, 92336-4178

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number     _____

$ 49.99

---

3. ___7999___ **Nonpriority creditor's name and mailing address**

Valerie Morales
1010 Southwest 5th Street

Grand Prairie, TX, 75051

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number     _____

$ 32.99

---

3. ___8000___ **Nonpriority creditor's name and mailing address**

Valerie Philipps
9279 Hickory Ridge Drive

Streetsboro, OH, 44241

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number     _____

$ 72.71

---

3. ___8001___ **Nonpriority creditor's name and mailing address**

Valerie Ramirez
1858 NW 93rd Terrace

Plantation, FL, 33322

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number     _____

$ 176.97

---

Debtor  Sure Thing Sales, LLC
        Name

Case number *(if known)*

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 8002  **Nonpriority creditor's name and mailing address**

Valerie Stephens
5429 Newcastle Avenue, #322

Encino, CA, 91316

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 52.55

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

3. 8003  **Nonpriority creditor's name and mailing address**

Valerie Vazquez
2636 s 59th ave

Cicero, IL, 60804

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 42.99

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

3. 8004  **Nonpriority creditor's name and mailing address**

Valerie Walton
5502 Pinelawn Ave

Chattanooga, TN, 37411

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 29.98

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

3. 8005  **Nonpriority creditor's name and mailing address**

Vanessa Alvarez
206 WOODARD ST

HOUSTON, TX, 77009-1820

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 55.98

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

3. 8006  **Nonpriority creditor's name and mailing address**

Vanessa Ansley
480 North Davis Boulevard

Bountiful, UT, 84010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.72

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

Debtor    Sure Thing Sales, LLC.
         Name                                    Case number (if known)

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3. 8007**  **Nonpriority creditor's name and mailing address**

Vanessa Bourassa
401 Main Ave N

Park Rapids, MN, 56470

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10.99

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3. 8008**  **Nonpriority creditor's name and mailing address**

Vanessa Campos
6815 Du Boise Road

Houston, TX, 77091

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11.90

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3. 8009**  **Nonpriority creditor's name and mailing address**

Vanessa Dye
5251 Garden Creek Road

Rowe, VA, 24646

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 52.64

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3. 8010**  **Nonpriority creditor's name and mailing address**

Vanessa Fernandez
38608 36th Street East

Palmdale, CA, 93550

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17.98

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3. 8011**  **Nonpriority creditor's name and mailing address**

Vanessa Fisher
9705 South Prairie Road

Tillamook, OR, 97141

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 40.98

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1612 of 1682

Debtor _____Sure Thing Sales, LLC_____    Case number _(if known)_____
        Name

| Part 2: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.** 8012  **Nonpriority creditor's name and mailing address**

Vanessa Garcia
3236 1/2 32nd St

San Diego, CA, 92104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8013  **Nonpriority creditor's name and mailing address**

Vanessa Guest
20507 Morning Creek Dr.

Katy, TX, 77450

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8014  **Nonpriority creditor's name and mailing address**

Vanessa Guillen
3951 Guardia Avenue

Los Angeles, CA, 90032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.59

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8015  **Nonpriority creditor's name and mailing address**

Vanessa Morales
1126 Edgedale Drive

Salisbury, NC, 28144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 152.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8016  **Nonpriority creditor's name and mailing address**

Vanessa Villalobos
12549 West Calle De Baca

Peoria, AZ, 85383

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 78.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_____

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

3. 8017 **Nonpriority creditor's name and mailing address**

Vanity Alston
101 McLellan Dr, Apt. 1042

South San Francisco, CA, 94080

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 8018 **Nonpriority creditor's name and mailing address**

Vanity Wilson
5820 South Tripp Avenue

Chicago, IL, 60629

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 8019 **Nonpriority creditor's name and mailing address**

Varinia Chua
1 AEROPOST WAY GUA-47326

MIAMI, FL, 33206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 8020 **Nonpriority creditor's name and mailing address**

Vassana Earle
14 Old Beahan Road

Rochester, NY, 14624

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.20

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 8021 **Nonpriority creditor's name and mailing address**

Venika Bibra
25221 Pike Road

Laguna Hills, CA, 92653

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24.77

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 8022 **Nonpriority creditor's name and mailing address**

Ventura Uitz
3640 West 110th Street, Apt b

Inglewood, CA, 90303

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 36.28

---

**3.** 8023 **Nonpriority creditor's name and mailing address**

Ver nica Martinez
227 s llanos st

Cortland, IL, 60112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 12.86

---

**3.** 8024 **Nonpriority creditor's name and mailing address**

Vera Lulgjuraj
16 James Drive

Brewster, NY, 10509

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 11.99

---

**3.** 8025 **Nonpriority creditor's name and mailing address**

Verizon
500 Technology Dr. - Suite 5550

Weldon Spring, MO, 63304

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 259.90

---

**3.** 8026 **Nonpriority creditor's name and mailing address**

Veronica  Matos Fernandez
1309 Virginia Boulevard

San Antonio, TX, 78203

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 13.88

---

Debtor   Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 8027  **Nonpriority creditor's name and mailing address**

Veronica Alatorre
9050 Kern Ave Unit H4

Gilroy, CA, 95020-7508

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 13.08

---

3. 8028  **Nonpriority creditor's name and mailing address**

Veronica Alatorre
9050 Kern Avenue, Unit H4

Gilroy, CA, 95020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 39.24

---

3. 8029  **Nonpriority creditor's name and mailing address**

Veronica Carpentier
4747 Luka Lane

Laredo, TX, 78046

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 33.54

---

3. 8030  **Nonpriority creditor's name and mailing address**

Veronica Castilleja
1716 N 49TH ST

MCALLEN, TX, 78501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 42.99

---

3. 8031  **Nonpriority creditor's name and mailing address**

Veronica Gonzalez
320 Derecho Way

Tracy, CA, 95376

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 19.99

---

Debtor   Sure Thing Sales, LLC.
_____    _____
Name                                Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

3. **8032**   **Nonpriority creditor's name and mailing address**

Veronica McNicholas
29 Watson Hill Road

Raymond, NH, 3077

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. **8033**   **Nonpriority creditor's name and mailing address**

Veronica Stegall
11854 garney hood road

Denham springs, LA, 70726

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.18

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. **8034**   **Nonpriority creditor's name and mailing address**

Veronika Frystacka
3314 Northside Drive, #92

Key West, FL, 33040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 109.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. **8035**   **Nonpriority creditor's name and mailing address**

Vicente Cruz
4926 Jarl Court

Katy, TX, 77449

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. **8036**   **Nonpriority creditor's name and mailing address**

Vicente Garcia
1350 SW 122ND AVE APT 305

Miami, FL, 33184

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC.
Name                                          Case number (if known)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 8037  **Nonpriority creditor's name and mailing address**

vicente mendoza
4350 Cedar Ave, Apt C

El Monte, CA, 91732

**As of the petition filing date, the claim is:**  $ 9.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 8038  **Nonpriority creditor's name and mailing address**

Vickie Marino
N2481 COUNTY HIGHWAY P

SARONA, WI, 54870-9410

**As of the petition filing date, the claim is:**  $ 11.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 8039  **Nonpriority creditor's name and mailing address**

Victor Antonio
15008 Allendale Lane

Conroe, TX, 77302

**As of the petition filing date, the claim is:**  $ 379.95
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 8040  **Nonpriority creditor's name and mailing address**

Victor Avena
936 Dalrymple Rd

Las Cruces, NM, 88007

**As of the petition filing date, the claim is:**  $ 23.45
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 8041  **Nonpriority creditor's name and mailing address**

Victor Badillo
444 Encinitas Avenue

San Diego, CA, 92114

**As of the petition filing date, the claim is:**  $ 43.49
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor      Sure Thing Sales, LLC.
_____     Case number _(if known)_____
            Name

| Part 2: | Additional Page |

<table>
<tr><td>Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.</td><td>Amount of claim</td></tr>
</table>

---

**3.** 8042  **Nonpriority creditor's name and mailing address**

Victor Barba
1537 Applegate St

Chula Vista, CA, 91913-1580

**As of the petition filing date, the claim is:**    $ 52.19
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 8043  **Nonpriority creditor's name and mailing address**

Victor Barrios
45321 Kingtree Avenue

Lancaster, CA, 93534

**As of the petition filing date, the claim is:**    $ 137.81
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 8044  **Nonpriority creditor's name and mailing address**

victor barros
234 Green Valley Road

East Meadow, NY, 11554

**As of the petition filing date, the claim is:**    $ 399.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 8045  **Nonpriority creditor's name and mailing address**

Victor Cosme
940 Sonata Lane

Orlando, FL, 32825

**As of the petition filing date, the claim is:**    $ 90.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 8046  **Nonpriority creditor's name and mailing address**

Victor Flowers
1310 W Lambert Rd, 176

La Habra, CA, 90631

**As of the petition filing date, the claim is:**    $ 146.07
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor _____
Sure Thing Sales, LLC.
Name

Case number _(if known)_ _____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 8047    **Nonpriority creditor's name and mailing address**

Victor Gonzalez
53378 Shady Lane

Coachella, CA, 92236

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 163.11

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8048    **Nonpriority creditor's name and mailing address**

Victor Gonzalez
73 East Hopkins Avenue

Pontiac, MI, 48340

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 102.81

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8049    **Nonpriority creditor's name and mailing address**

Victor Hillerich
6502 Southside drive, 6502 Southside drive

Louisville, KY, 40214

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8050    **Nonpriority creditor's name and mailing address**

Victor Lizardi
10357 Del Mar Cir.

Tampa, FL, 33624

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.61

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8051    **Nonpriority creditor's name and mailing address**

victor llano
12555 Jackson Heights Drive

El Cajon, CA, 92021

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.13

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 8052  **Nonpriority creditor's name and mailing address**

Victor M Sosa Rincon
908 4th AVE SE

Hampton, IA, 50441

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 117.69

---

3. 8053  **Nonpriority creditor's name and mailing address**

Victor Martinez
1513 W PICO BLVD APT 20

Los Angeles, CA, 90015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 37.21

---

3. 8054  **Nonpriority creditor's name and mailing address**

Victor Martinez
9818 Hoback St

Bellflower, CA, 90706

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 21.99

---

3. 8055  **Nonpriority creditor's name and mailing address**

Victor Medina
14 W 41 ST

Anderson , IN, 46013

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 10.99

---

3. 8056  **Nonpriority creditor's name and mailing address**

Victor Medrano
5150 Airport Rd, Lot A20

Colorado Springs, CO, 80916-1625

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 140.64

---

Debtor ___Sure Thing Sales, LLC_____    Case number _(if known)_____
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 8057  **Nonpriority creditor's name and mailing address**

Victor Ovalle Jr
12222 Bristol Dr

La Mirada, CA, 90638

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 205.85

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

**3.** 8058  **Nonpriority creditor's name and mailing address**

Victor Perez
13314 Goodland Street, #207

Farmers Branch, TX, 75234

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 119.06

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

**3.** 8059  **Nonpriority creditor's name and mailing address**

Victor Perez
211 Young St,

Nocona, TX, 76255

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 261.95

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

**3.** 8060  **Nonpriority creditor's name and mailing address**

victor saldivar
1135 Hawthorne Ave E,

SAINT PAUL, MN, 55106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

**3.** 8061  **Nonpriority creditor's name and mailing address**

Victor Santaella
35734 Mission Blvd

Fremont, CA, 94536

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

Debtor _____Sure Thing Sales, LLC._____
        Name

Case number _(if known)_ _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 8062  **Nonpriority creditor's name and mailing address**

Victor Sosa
908 4th ave se

Hampton, IA, 50441

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 604.94

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8063  **Nonpriority creditor's name and mailing address**

Victor Wright
8151 EASY MEADOW DR

CONVERSE, TX, 78109-3462

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8064  **Nonpriority creditor's name and mailing address**

Victoria  Lewis
River Road, 333

Andover, MA, 1810

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8065  **Nonpriority creditor's name and mailing address**

Victoria  Valenzuela
7219 Teresa Ave

Rosemead, CA, 91770

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 38.32

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8066  **Nonpriority creditor's name and mailing address**

Victoria Carrillo
19 Furman Circle

Kenner, LA, 70065-3917

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 250.93

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 8067  **Nonpriority creditor's name and mailing address**

Victoria Flores
18557 Eagles Roost Dr

Germantown, MD, 20874

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8068  **Nonpriority creditor's name and mailing address**

Victoria Gonsor
1213 E. 70th Street North

Sioux Falls, SD, 57104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8069  **Nonpriority creditor's name and mailing address**

Victoria Hubauer
5875 Crestwick Way

Cumming, GA, 30040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8070  **Nonpriority creditor's name and mailing address**

Victoria Lewis
57456 Cypress Avenue

Slidell, LA, 70461

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.08

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8071  **Nonpriority creditor's name and mailing address**

VICTORIA MARTINE
5523 NEOLA ROAD

STROUDSBURG, PA, 18360

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 840.80

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sure Thing Sales, LLC | | Case number *(if known)* | |
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 8072  **Nonpriority creditor's name and mailing address**

Victoria Moreno
320 Town Center Pkwy, 2511

Santee, CA, 92071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.57

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No    ☐ Yes |

**3.** 8073  **Nonpriority creditor's name and mailing address**

Victoria Rivera
7 taras drive

Fords, NJ, 8863

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.99

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No    ☐ Yes |

**3.** 8074  **Nonpriority creditor's name and mailing address**

Victoria Sertich
6718 Callaghan Rd, Apt 601

SAN ANTONIO, TX, 78229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.98

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No    ☐ Yes |

**3.** 8075  **Nonpriority creditor's name and mailing address**

Viet Le
6113 Summerset Drive

Midland, MI, 48640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116.59

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No    ☐ Yes |

**3.** 8076  **Nonpriority creditor's name and mailing address**

Viet Nguyen
6633 Brookite Court

Carlsbad, CA, 92009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 579.98

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No    ☐ Yes |

Debtor    Sure Thing Sales, LLC.
_____
         Name

                                                    Case number _(if known)_ _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 8077  **Nonpriority creditor's name and mailing address**

Vince Pai
9122 Sauternes Ct

Dallas, TX, 75231

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 12.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8078  **Nonpriority creditor's name and mailing address**

Vince Vaca
8210 N Hickory St , Apt 9-027

Kansas City , MO, 64118

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 9.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8079  **Nonpriority creditor's name and mailing address**

Vincent Barron
91-1075 Oaniani St 9G, 9G

Kapolei, HI, 96707

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 102.61

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8080  **Nonpriority creditor's name and mailing address**

Vincent Basile
19 Central Ave

Oneonta, NY, 13820

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 56.96

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8081  **Nonpriority creditor's name and mailing address**

Vincent Beltran
314 East South Street

Wilkes Barre, PA, 18702

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 44.51

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Sure Thing Sales, LLC.
         Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 8082    **Nonpriority creditor's name and mailing address**

Vincent Cestone
58 Harrison St

Little Falls, NJ, 7424

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.00

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8083    **Nonpriority creditor's name and mailing address**

Vincent Dorsey
261 north street

Westfield, PA, 16950

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.07

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8084    **Nonpriority creditor's name and mailing address**

Vincent Flores
2502 Piping Rock Trail

Austin, TX, 78748

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 303.08

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8085    **Nonpriority creditor's name and mailing address**

Vincent Greco
71 Jog Hill Road

Trumbull, CT, 6611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.31

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8086    **Nonpriority creditor's name and mailing address**

Vincent Gutosky
2216 Early Settlers Road

Richmond, VA, 23235

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 254.38

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Sure Thing Sales, LLC._____   Case number _(if known)_____
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. __8087__  **Nonpriority creditor's name and mailing address**

Vincent Kwong
14444 Wicks Boulevard

San Leandro, CA, 94577

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 38.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. __8088__  **Nonpriority creditor's name and mailing address**

Vincent Nagoshi
15690 Bernardo Center Drive, Apt 2208

San Diego, CA, 92127

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 94.80

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. __8089__  **Nonpriority creditor's name and mailing address**

Vincent Palazzo III
45 Hamilton Road

Cranston, RI, 2910

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 79.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. __8090__  **Nonpriority creditor's name and mailing address**

Vinnie Gardner
4028 17th ave so

MINNEAPOLIS, MN, 55407

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 17.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. __8091__  **Nonpriority creditor's name and mailing address**

Vioni Villanueva
4025 Porte La Paz, Unit 123

San Diego, CA, 92122

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 44.16

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor     Sure Thing Sales, LLC.
Name                                                    Case number *(if known)*_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 8092   **Nonpriority creditor's name and mailing address**

Vishal Govil
1234 30th Avenue

San Francisco, CA, 94122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 279.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 8093   **Nonpriority creditor's name and mailing address**

Vivian Huynh
20520 Vose St.

Winnetka, CA, 91306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 91.97

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 8094   **Nonpriority creditor's name and mailing address**

Vivian Savarese
3711 Loma Ventosa

Sierra Vista, AZ, 85650

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 51.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 8095   **Nonpriority creditor's name and mailing address**

Vivian Tran
1422 Pass and Covina Road

La Puente, CA, 91744

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 8096   **Nonpriority creditor's name and mailing address**

Viviana gonzalez
813 West McKinley Street

Phoenix, AZ, 85007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

Debtor _____Sure Thing Sales, LLC_____     Case number _(if known)_____
         Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3. 8097** Nonpriority creditor's name and mailing address

Vivien Seidler
115 Hearthstone Circle

Bowling Green, KY, 42101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.29

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 8098** Nonpriority creditor's name and mailing address

Von Young
301 N Main Street

Fithian, IL, 61844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.99

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 8099** Nonpriority creditor's name and mailing address

Vu Huynh
1209 SILK OAK DR

SUISUN CITY, CA, 94585

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.65

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 8100** Nonpriority creditor's name and mailing address

Vu Nguyen
6614 42nd Ave S

Seattle, WA, 98118

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 93.68

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 8101** Nonpriority creditor's name and mailing address

Vu Trinh
210 E 211th St.

Carson, CA, 90745

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.65

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

3. 8102 **Nonpriority creditor's name and mailing address**

Vy Nguyen
4204 Copeland Avenue, Apt5

San Diego, CA, 92105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 6.45

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 8103 **Nonpriority creditor's name and mailing address**

VZW Customer Service
12659 Langstaff Dr

Windermere, FL, 34786

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 14.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 8104 **Nonpriority creditor's name and mailing address**

Wade Eiff
14205 N Fountain Hills Blvd., Unit A

Fountain Hills, AZ, 85268

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 8105 **Nonpriority creditor's name and mailing address**

Wade Laymance
317 Old Tacora Hills Rd.

Clinton, TN, 37716

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 24.13

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 8106 **Nonpriority creditor's name and mailing address**

Wade Walton
630 Martic Heights Drive

Holtwood, PA, 17532

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 8107   **Nonpriority creditor's name and mailing address**

Wai Fong Chang
5396 Diana Common

Fremont, CA, 94555

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.83

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8108   **Nonpriority creditor's name and mailing address**

Wakisha Bryant
2665 Grand Concourse, APT 1C

The Bronx, NY, 10468

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8109   **Nonpriority creditor's name and mailing address**

Walter Gunn
6502 Dellbank Drive

Cleveland, OH, 44144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 168.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8110   **Nonpriority creditor's name and mailing address**

Walter J Beese
536 Second St

Carlstadt, NJ, 7072

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.95

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8111   **Nonpriority creditor's name and mailing address**

Wameng  Lo
6681 Pasado Rd

Goleta, CA, 93117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC_____     Case number _(if known)_____
        Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 8112  **Nonpriority creditor's name and mailing address**

wan hi lee
3316 montrose ave, apt b

la crescenta, CA, 91214

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8113  **Nonpriority creditor's name and mailing address**

Wanda Doviw
72 East 190th Street, Apt E4

Bronx, NY, 10468

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.45

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8114  **Nonpriority creditor's name and mailing address**

wang ning
1127 Main St

Imperial, MO, 63052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69.61

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8115  **Nonpriority creditor's name and mailing address**

Warren Chen
1203 Danlea Court

Herndon, VA, 20170

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8116  **Nonpriority creditor's name and mailing address**

Warren Rohr
1421 8th Ave

Honolulu, HI, 96816

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.11

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
          Name                                    Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 8117 **Nonpriority creditor's name and mailing address**

Warren Vang
9036 North Gilbert Place

Portland, OR, 97203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8118 **Nonpriority creditor's name and mailing address**

Wayne Armstrong
12169-6 Northpointe Lane

holland, MI, 49424

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 8.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8119 **Nonpriority creditor's name and mailing address**

Wayne Hernandez
5572 Green Shadows Pl

Orlando, FL, 32811-2926

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 33.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8120 **Nonpriority creditor's name and mailing address**

Wayne Miskelly
5060 Westminster Way, 905, 905

Beech Island, SC, 29842

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 49.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8121 **Nonpriority creditor's name and mailing address**

Weiheng Guan
244 W 29th, #1f

chicago, IL, 60616

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.64

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC

Name

Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 8122  **Nonpriority creditor's name and mailing address**

Wen Jie Mei
11952 Chanteloup Dr

Houston, TX, 77047

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 103.90

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 8123  **Nonpriority creditor's name and mailing address**

Wendell Alexander
1241 South Ridgeley Drive

Los Angeles, CA, 90019

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 219.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 8124  **Nonpriority creditor's name and mailing address**

Wendy Gregory
11469 S Open View Lane

South Jordan, UT, 84009

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53.60

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 8125  **Nonpriority creditor's name and mailing address**

Wendy Martel
2 Valgo Way

Dudley, MA, 01571-6030

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 8126  **Nonpriority creditor's name and mailing address**

Wendy McLaughlin
62 Penfield Ave

Croton on Hudson, NY, 10520-2702

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.34

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor **Sure Thing Sales, LLC**
Name

Case number *(if known)*

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.** 8127 **Nonpriority creditor's name and mailing address**

Wendy Murrell
PO Box 2277

SUISUN CITY, CA, 94585

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8128 **Nonpriority creditor's name and mailing address**

Wendy velazquez
7959 Bright Avenue, 10

Whittier, CA, 90602

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8129 **Nonpriority creditor's name and mailing address**

Wenhui Kong
1238 66th Street

Brooklyn, NY, 11219

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8130 **Nonpriority creditor's name and mailing address**

Wenyi Chen
6601 127th Pl SE

Bellevue, WA, 98006

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.64

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8131 **Nonpriority creditor's name and mailing address**

Wes Calder
11184 Snapdragon St

Ventura, CA, 93004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor _____Sure Thing Sales, LLC._____     _____
        Name                                        Case number *(if known)*

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 8132  **Nonpriority creditor's name and mailing address**

Wes Lovell
33435 Morse Avenue

Creswell, OR, 97426

**As of the petition filing date, the claim is:**    $ 29.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8133  **Nonpriority creditor's name and mailing address**

Wesley Aleman
11436 Tiger Tail Circle

Sandy , UT, 84094

**As of the petition filing date, the claim is:**    $ 213.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8134  **Nonpriority creditor's name and mailing address**

Wesley Clemons
240 Forest Drive

Lake Jackson, TX, 77566

**As of the petition filing date, the claim is:**    $ 59.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8135  **Nonpriority creditor's name and mailing address**

Wesley Edwards
1501 Oaks Road

Paducah, KY, 42003

**As of the petition filing date, the claim is:**    $ 37.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8136  **Nonpriority creditor's name and mailing address**

Wesley Ellsworth
204 S Brand Blvd Ste 207

San Fernando, CA, 91340-3629

**As of the petition filing date, the claim is:**    $ 14.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Sure Thing Sales, LLC | | | |
| --- | --- | --- | --- | --- |
| | Name | | Case number *(if known)* | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 8137    **Nonpriority creditor's name and mailing address**

Wesley Horne
1243 Wappetaw Place

Mount Pleasant, SC, 29464

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 31.60

---

**3.** 8138    **Nonpriority creditor's name and mailing address**

Wesley Jones
PO BOX 62

Plainville, IN, 47568-0062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 13.90

---

**3.** 8139    **Nonpriority creditor's name and mailing address**

Wesley Li
2117 Blue Knob Ter.

Silver Spring, MD, 20906

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 167.99

---

**3.** 8140    **Nonpriority creditor's name and mailing address**

Wesley Payne
655 Wall Street, Apartment 3

North Tonawanda, NY, 14120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 250.98

---

**3.** 8141    **Nonpriority creditor's name and mailing address**

Wesley Smallwood
2004 Smoky River Road

Knoxville, TN, 37931

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 108.15

---

| Debtor | Sure Thing Sales, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 8142   **Nonpriority creditor's name and mailing address**

Wesley Willmott
6651 Pickett Ave

Garden Grove, CA, 92845

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.95

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8143   **Nonpriority creditor's name and mailing address**

Westin Cross
22 E 500 N

Santaquin, UT, 84655

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8144   **Nonpriority creditor's name and mailing address**

Westin Wikstrom
4613 Hidden Lake Drive

Bountiful, UT, 84010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.45

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8145   **Nonpriority creditor's name and mailing address**

Whitney Fauntleroy
4251 Campbell Avenue, 201

Arlington, VA, 22206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8146   **Nonpriority creditor's name and mailing address**

Whitney Mitchell
5220 Haynes-Sterchi Road

Knoxville, TN, 37912

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor     Sure Thing Sales, LLC.
           Name                                                    Case number _(if known)_

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 8147  **Nonpriority creditor's name and mailing address**

Whitney Rehlander
848 Woodsmans Mill Road

Montville, ME, 4941

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82.26

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 8148  **Nonpriority creditor's name and mailing address**

Wilbur Norman
2334 Twin Flower Ln

Sanford, FL, 32771

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.12

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 8149  **Nonpriority creditor's name and mailing address**

Wild Star
8693 Meadowbrook Drive

Pensacola, FL, 32514

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 8150  **Nonpriority creditor's name and mailing address**

Wilfredo Matos
193 Chestnut Ridge Drive, Apto F

Harrisonburg, VA, 22801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 8151  **Nonpriority creditor's name and mailing address**

Will Kois
2115 Dominion Drive

Charlottesville, VA, 22901

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC.
         Name    Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 8152 **Nonpriority creditor's name and mailing address**

Will Moore
43092 Thoroughfare Gap Ter

Ashburn, VA, 20148-7090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 8153 **Nonpriority creditor's name and mailing address**

Will Moore
6350 Stonehaven Lane

Bedford Heights, OH, 44146

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.79

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 8154 **Nonpriority creditor's name and mailing address**

Will Temple
893 Estey Way

Placerville, CA, 95667

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 8155 **Nonpriority creditor's name and mailing address**

Will Washington
6408 Anderson Drive

Temple Hills, MD, 20748

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.49

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 8156 **Nonpriority creditor's name and mailing address**

Will Xu
13201 Corrigan Avenue

Downey, CA, 90242

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 208.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. ___ 8157  **Nonpriority creditor's name and mailing address**

Willard Smith
5445 E 172nd Ave

Anchorage, AK, 99516-5606

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 54.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. ___ 8158  **Nonpriority creditor's name and mailing address**

Willdavid Padilla
1251 Northwest 20th Street, APT 419

Miami, FL, 33142

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12.83

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. ___ 8159  **Nonpriority creditor's name and mailing address**

Willi Valle
741 Northwest 117th Street

Miami, FL, 33161

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 47.97

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. ___ 8160  **Nonpriority creditor's name and mailing address**

William  Laboy Flores
Calle norte 256

Dorado, PR, 646

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 103.96

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3. ___ 8161  **Nonpriority creditor's name and mailing address**

William  MANCHESTER
247 Fair Street

Warwick, RI, 2888

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 95.22

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor    Sure Thing Sales, LLC.
         Name

Case number *(if known)*_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** ___8162___  **Nonpriority creditor's name and mailing address**

William Alexander
903 Wexford Lane

Statesboro, GA, 30458

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 21.59

**Basis for the claim:** Customers with Outstanding Deposits

| **Date or dates debt was incurred** | _____ |

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| **Last 4 digits of account number** | _____ |

---

**3.** ___8163___  **Nonpriority creditor's name and mailing address**

William Belue
305 Pryor Rd

Taylors, SC, 29687

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 34.97

**Basis for the claim:** Customers with Outstanding Deposits

| **Date or dates debt was incurred** | _____ |

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| **Last 4 digits of account number** | _____ |

---

**3.** ___8164___  **Nonpriority creditor's name and mailing address**

WILLIAM BERNARD
1280 Birch Rd

Lebanon, PA, 17042-9193

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 38.14

**Basis for the claim:** Customers with Outstanding Deposits

| **Date or dates debt was incurred** | _____ |

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| **Last 4 digits of account number** | _____ |

---

**3.** ___8165___  **Nonpriority creditor's name and mailing address**

William Bierach
213 Euphoria Circle

Cary, NC, 27519

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 15.99

**Basis for the claim:** Customers with Outstanding Deposits

| **Date or dates debt was incurred** | _____ |

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| **Last 4 digits of account number** | _____ |

---

**3.** ___8166___  **Nonpriority creditor's name and mailing address**

William Brown
1060 Mallard Ave

Jordan, MN, 55352

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 21.98

**Basis for the claim:** Customers with Outstanding Deposits

| **Date or dates debt was incurred** | _____ |

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| **Last 4 digits of account number** | _____ |

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  Sire Tming Sales, LLC.
        Name

Case number *(if known)*_____

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 8167 **Nonpriority creditor's name and mailing address**

william callaway
804 PINE LEVEL LN

CHESAPEAKE, VA, 23322

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 15.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8168 **Nonpriority creditor's name and mailing address**

William Coffey
11709 Black Powder Drive

Knoxville, TN, 37934

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8169 **Nonpriority creditor's name and mailing address**

William Corbusier
35 Crystal Mountain Ln

Maumelle, AR, 72113

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 60.21

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8170 **Nonpriority creditor's name and mailing address**

William Dempsey
92 Shady Lane

Stamford, CT, 6903

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 49.99

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8171 **Nonpriority creditor's name and mailing address**

William Dykes
13803 ROUND TOP PL

LOUISVILLE, KY, 40299

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 58.29

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. 8172  **Nonpriority creditor's name and mailing address**

William Gallagher
579 Miller Ln

Whitehall, PA, 18052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.71

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3. 8173  **Nonpriority creditor's name and mailing address**

William Grindler
45 Jackson Avenue

Rutherford, NJ, 7070

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 92.95

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3. 8174  **Nonpriority creditor's name and mailing address**

William Guillen
10233, English Oak Dr

Austin, TX, 78748

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.22

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3. 8175  **Nonpriority creditor's name and mailing address**

William Hall
202 Tallow Wood Drive

Clifton Park, NY, 12065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.44

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3. 8176  **Nonpriority creditor's name and mailing address**

William Hanna
26792 Lenox Avenue

Madison Heights, MI, 48071

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 362.89

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor    Sure Thing Sales, LLC.
          Name                                                    Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 8177  **Nonpriority creditor's name and mailing address**

William Lee
1901 west Benjamin holt drive

Stockton, CA, 95207

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.99

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8178  **Nonpriority creditor's name and mailing address**

William Long
695 Duvall Hwy

Pasadena, MD, 21122

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 33.99

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8179  **Nonpriority creditor's name and mailing address**

William Maclean
2910 Rhineberry Road

Rochester Hills, MI, 48309

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 79.99

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8180  **Nonpriority creditor's name and mailing address**

William Marsh
1045 Culmer Dr

VIRGINIA BEACH, VA, 23454

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 57.23

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8181  **Nonpriority creditor's name and mailing address**

William Masback
2110 Southwest 19th Street

Gresham, OR, 97080

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 8182 **Nonpriority creditor's name and mailing address**

William Maye
8044 Hidden View Circle

Fair Oaks, CA, 95628

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8183 **Nonpriority creditor's name and mailing address**

William Mccleery
7718 Greenbrier Rd

Pennsauken, NJ, 8109

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.85

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8184 **Nonpriority creditor's name and mailing address**

William Mccullagh
1905 Delrose St

Joliet, IL, 60435

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.04

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8185 **Nonpriority creditor's name and mailing address**

William McGarry
170 NORTH ST

NORTH READING, MA, 1864

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 15.93

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8186 **Nonpriority creditor's name and mailing address**

William Moran
6450 Dougherty road, Apt 711

Dublin, CA, 94568

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 67.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
         Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 8187    **Nonpriority creditor's name and mailing address**

WILLIAM P. FABINA
204 Boyer St.

Johnstown, PA, 15906

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 33.99**

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No ☐ Yes |

---

**3.** 8188    **Nonpriority creditor's name and mailing address**

William Pague
1842 Pinehaven Drive

Clinton, MS, 39056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 34.23**

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No ☐ Yes |

---

**3.** 8189    **Nonpriority creditor's name and mailing address**

William Ratliff
3335 N Christmas Ave

Tucson, AZ, 85716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 64.99**

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No ☐ Yes |

---

**3.** 8190    **Nonpriority creditor's name and mailing address**

william rogers
8589 Wilburn Cove

Navarre, FL, 32566

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 26.74**

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No ☐ Yes |

---

**3.** 8191    **Nonpriority creditor's name and mailing address**

WILLIAM RUSSELL
4683 LEE ROAD 11

OPELIKA, AL, 36804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 70.84**

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | _____ | ☑ No ☐ Yes |

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

3. 8192  **Nonpriority creditor's name and mailing address**

William Scheel
7224 Highland Loop

Zephyrhills, FL, 33541

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 26.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 8193  **Nonpriority creditor's name and mailing address**

William Schweisthal
2209 PASEO COURT

LAS VEGAS, NV, 89117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 8194  **Nonpriority creditor's name and mailing address**

William Shea
81 South Highland Drive

Lake Leelanau, MI, 49653

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.61

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 8195  **Nonpriority creditor's name and mailing address**

william shockey
1209 w.fred

Whiting, IN, 46394

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. 8196  **Nonpriority creditor's name and mailing address**

William Smelser
606 west pikes peak avenue

Colorado springs, CO, 80905

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 8.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  Sure Thing Sales, LLC.
Name

Case number *(if known)*

## Part 2:  Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

3. 8197  **Nonpriority creditor's name and mailing address**

William Smith
1 Weatherstone Way

Smithtown, NY, 11787

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 59.99

---

3. 8198  **Nonpriority creditor's name and mailing address**

William Smith
215 Cloverbrook Circle

Pittsburg, CA, 94565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 51.98

---

3. 8199  **Nonpriority creditor's name and mailing address**

William Snow
12 Kings Crossing Ct Apt J

Cockeysville, MD, 21030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 49.99

---

3. 8200  **Nonpriority creditor's name and mailing address**

William Thompson
16 Lawton rd Unit 28

Manchester, CT, 6042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 36.15

---

3. 8201  **Nonpriority creditor's name and mailing address**

William Tubao
12854 Pinefield Road

Poway, CA, 92064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 39.99

---

Debtor    Sure Thing Sales, LLC.
_____
Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **8202**  Nonpriority creditor's name and mailing address

William Vista
85-30 112th street

Richmond hill, NY, 11418

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 74.01

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **8203**  Nonpriority creditor's name and mailing address

William Whittemore
1702 Tanglewood Drive

Clinton, MS, 39056

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62.05

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **8204**  Nonpriority creditor's name and mailing address

William Young
339 Palm Terrace Loop

Conway, SC, 29526

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42.11

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **8205**  Nonpriority creditor's name and mailing address

Willie Gutierrez
2401 West Sam Houston Parkway North, 903

Houston, TX, 77043

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.53

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3. **8206**  Nonpriority creditor's name and mailing address

Willow Hall
4 upland road

ASHEVILLE, NC, 28804

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87.97

Basis for the claim: Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor ___Sure Thing Sales, LLC._____
        Name

Case number _(if known)_____

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 8207 **Nonpriority creditor's name and mailing address**

Willy Quijano
501 Bank Lane, Apt#201

HIGHWOOD, IL, 60040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8208 **Nonpriority creditor's name and mailing address**

Willy Wang
3865 Duncan Pl.

PALO ALTO, CA, 94306-4549

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 47.97

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8209 **Nonpriority creditor's name and mailing address**

Willy Williams
38 Seeley Ave

Keansburg, NJ, 7734

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 10.65

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8210 **Nonpriority creditor's name and mailing address**

Wing Leung
12718 35th Ave SE, Apt A4

Everett, WA, 98208-5663

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 2,611.96

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8211 **Nonpriority creditor's name and mailing address**

Winter Rose
2638 North Wyoming Avenue

Fremont, NE, 68025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 84.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

---

| Part 2: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3.8212 **Nonpriority creditor's name and mailing address**

Woodrow  Bailey
5115 Inaglen Way

View Park-Windsor Hills, CA, 90043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 43.78**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3.8213 **Nonpriority creditor's name and mailing address**

wuolfran sanchez
656 henry long blvd

stockton, CA, 95206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 45.76**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3.8214 **Nonpriority creditor's name and mailing address**

Wyatt Barber
1463 Campton St

Ely, NV, 89301-2014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 97.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3.8215 **Nonpriority creditor's name and mailing address**

Wyatt Skelton
408 5th Ave E

Bryant, SD, 57221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 15.99**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3.8216 **Nonpriority creditor's name and mailing address**

Xander Geraldo
998 Longwood Avenue, Apt 34

Bronx, NY, 10459

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 92.53**

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor  Sure Thing Sales, LLC.
        Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3. 8217**  Nonpriority creditor's name and mailing address

xang her
30631 SE PIPELINE RD

Gresham, OR, 97080

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 64.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 8218**  Nonpriority creditor's name and mailing address

Xavier Flores
2813 N Warren Ave

Fresno, CA, 93705

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 6.48

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 8219**  Nonpriority creditor's name and mailing address

Xavier I. Caraballo
Vistas de Rio Grande II, Nogal 407

Rio Grande, PR, 745

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 122.95

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 8220**  Nonpriority creditor's name and mailing address

Xiaodong Yang
9180 Autumn Mist Ct

Las Vegas,, NV, 89148

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 8221**  Nonpriority creditor's name and mailing address

XIAOHE TIAN
203 Park Drive, Apt 326

Boston, MA, 2215

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 263.49

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name    Case number _(if known)_ _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 8222 **Nonpriority creditor's name and mailing address**

Xiaoyi Zhang
35 Bradford Rd

Scarsdale, NY, 10583

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 8223 **Nonpriority creditor's name and mailing address**

Xingyu Liu
2767 S Knightsbridge Cir

Ann Arbor, MI, 48105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28.61

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 8224 **Nonpriority creditor's name and mailing address**

Xinyi Hu
1428 Rosecrest Terrace

San Jose, CA, 95126

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16.40

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 8225 **Nonpriority creditor's name and mailing address**

Xinyou Yu
1580 Meadow Ridge Circle

San Jose, CA, 95131

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 328.11

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 8226 **Nonpriority creditor's name and mailing address**

Xinyu Ma
7696 Oxgate Ct

Hudson, OH, 44236

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.28

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor  Sure Thing Sales, LLC
_____
Name

Case number *(if known)* _____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 8227 **Nonpriority creditor's name and mailing address**

xiuzhi zheng
7510 20th Ave, Apt 3a

BROOKLYN, NY, 11214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 105.55

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8228 **Nonpriority creditor's name and mailing address**

Xue Xiong
1626 Biemeret Street

Green Bay, WI, 54304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 152.96

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8229 **Nonpriority creditor's name and mailing address**

Y Nguyen
2207 E.Beachcomber Dr

Gilbert, AZ, 85234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.98

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8230 **Nonpriority creditor's name and mailing address**

Yadira Torres
223 Ocean Ave

Lakewood, NJ, 8701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 607.75

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8231 **Nonpriority creditor's name and mailing address**

Yaleska Irizarry
HC03 BOX 37214

San Sebastian, PR, 685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.99

**Basis for the claim:** Customers with Outstanding Deposits

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _____Sure Thing Sales, LLC._____    Case number _(if known)_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

3. **8232**  **Nonpriority creditor's name and mailing address**

Yanan Zhao
3935 white rose way

ellicott city, MD, 21042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 243.79

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. **8233**  **Nonpriority creditor's name and mailing address**

Yaneth Gonzalez
1318 Julien Street

Belvidere, IL, 61008

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 57.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. **8234**  **Nonpriority creditor's name and mailing address**

Yang Yu
10058 Tall Oaks Street

Parker, CO, 80134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 49.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. **8235**  **Nonpriority creditor's name and mailing address**

Yaoyuan Xu
907 Buchanan St

Albany, CA, 94706

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 53.76

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. **8236**  **Nonpriority creditor's name and mailing address**

Yaritza Loreto
2856 Berkeley Ct

San Bernardino, CA, 92405

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.26

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    Sure Thing Sales, LLC                                    Case number *(if known)*_____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 8237 **Nonpriority creditor's name and mailing address**

Yarlim Contreras
1913 Galveston Street

Grand Prairie, TX, 75051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45.45

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred            _____
Last 4 digits of account number            _____

---

**3.** 8238 **Nonpriority creditor's name and mailing address**

Yasaman Ghodse-Elahi
33 Newel Street, 2

Brooklyn, NY, 11222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.65

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred            _____
Last 4 digits of account number            _____

---

**3.** 8239 **Nonpriority creditor's name and mailing address**

Yasin Ibn Majdoub Hassani
5167 Aberdeen Ct NW

Lilburn, GA, 30047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 151.56

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred            _____
Last 4 digits of account number            _____

---

**3.** 8240 **Nonpriority creditor's name and mailing address**

Yasmin onder
700 Cocoanut Avenue, Apartment 342

Sarasota, FL, 34236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 128.39

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred            _____
Last 4 digits of account number            _____

---

**3.** 8241 **Nonpriority creditor's name and mailing address**

Yasmina Elmorabit
2158 Cumberland Parkway Southeast, APT# 10407

Atlanta, GA, 30339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 119.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred            _____
Last 4 digits of account number            _____

---

Debtor    Sure Thing Sales, LLC
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 8242 **Nonpriority creditor's name and mailing address**

Yating Wu
16 Lavender Ct

Daly City, CA, 94014

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81.98

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8243 **Nonpriority creditor's name and mailing address**

Yazmin Zavaleta
211 E 115th Street, Floor 3

New York, NY, 10029

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9.99

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8244 **Nonpriority creditor's name and mailing address**

Yecenia E Reyes
928 Maryland Drive

Vista, CA, 92083

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.99

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8245 **Nonpriority creditor's name and mailing address**

Yehan Lee
183 Mount Auburn Street, 46

Watertown, MA, 2472

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59.99

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8246 **Nonpriority creditor's name and mailing address**

Yeji Kim
12931 Oxnard Street, Apt 11

Van Nuys, CA, 91401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.99

**Basis for the claim:** Customers with Outstanding Deposits

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_ _____

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 8247   **Nonpriority creditor's name and mailing address**

Yekaterina Tabatadze
340 Sunderland Road, C3

Worcester, MA, 1604

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 396.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 8248   **Nonpriority creditor's name and mailing address**

Yen Ngo
1813 South Almansor Street

Alhambra, CA, 91801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.63

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 8249   **Nonpriority creditor's name and mailing address**

Yencie Ayala
115 Barrington Rd

Fort Wright, KY, 41011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12.71

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 8250   **Nonpriority creditor's name and mailing address**

yener parra
212 Lincoln Avenue

Elizabeth, NJ, 7208

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.31

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 8251   **Nonpriority creditor's name and mailing address**

yer xiong
2560 Palisades LN

appleton, WI, 54915

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.91

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

Debtor __Sure Thing Sales, LLC._____ Case number _(if known)_____
     Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 8252  **Nonpriority creditor's name and mailing address**

Yesenia Lucio
2702 Dario St

Weslaco, TX, 78599

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8253  **Nonpriority creditor's name and mailing address**

Yesenia Macias
1413 WEST 101TH ST

LOS ANGELES, CA, 90047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8254  **Nonpriority creditor's name and mailing address**

Yesenia Medina
1830 Waverly Lane

algonquin, IL, 60102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8255  **Nonpriority creditor's name and mailing address**

yeshi tsodon
168 Corabelle Avenue

Lodi, NJ, 7644

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.04

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8256  **Nonpriority creditor's name and mailing address**

Yi Jin
2243 North Lincoln Avenue, Apt. 3A

Chicago, IL, 60614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor   Sure Thing Sales, LLC.
  Name

Case number *(if known)*

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 8257 **Nonpriority creditor's name and mailing address**

Yi Wang
333 Grand Street, Apt 1113

Jersey City, NJ, 7302

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.44

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8258 **Nonpriority creditor's name and mailing address**

Ying Zhang
85 Jefferson Avenue

Eagleville, PA, 19403

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8259 **Nonpriority creditor's name and mailing address**

yinny liu
1715 76th st

brooklyn, NY, 11214

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47.98

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8260 **Nonpriority creditor's name and mailing address**

Yiran Zhao
41-42 24th Street, 1401

Long Island City, NY, 11101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54.43

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8261 **Nonpriority creditor's name and mailing address**

Yoelver Lopez
5117 NW Fifth Street

Miami , FL, 33126

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 452.58

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC_____ Case number _(if known)_____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 8262  **Nonpriority creditor's name and mailing address**

Yoh Sawatari
415 Marmore Ave

Coral Gables, FL, 33146

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 24.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8263  **Nonpriority creditor's name and mailing address**

Yolanda M Aquino
1644 Goddard Rd

Lincoln Park, MI, 48146-4032

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 28.61

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8264  **Nonpriority creditor's name and mailing address**

Yong Liu
34831 Starling Drive, APT#4

Union City, CA, 94587

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 394.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8265  **Nonpriority creditor's name and mailing address**

Yongxin Hu
1733 galemont Ave

Hacienda Heights , CA, 91745

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 45.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8266  **Nonpriority creditor's name and mailing address**

Young Kim
9375 Hamilton Ct Apt A

Des Plaines, IL, 60016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 52.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
_____
Name    Case number _(if known)_ _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 8267  **Nonpriority creditor's name and mailing address**

YRC Freight
PO Box 13573

Newark, NJ, 07188-3573

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payables

$ 9,427.66

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8268  **Nonpriority creditor's name and mailing address**

YRC Inc. DBA YRC Freight
PO Box 93151

Chicago, IL, 60673-3151

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payables

$ 1,649.93

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8269  **Nonpriority creditor's name and mailing address**

Ysaac Manuel
1014 Oak Hill Dr

Chula Vista, CA, 91915

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 21.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8270  **Nonpriority creditor's name and mailing address**

Yu-Bo Wang
204 Silver Ridge Dr

Central, SC, 29630

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.81

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8271  **Nonpriority creditor's name and mailing address**

Yu-Feng Hung TWWMTHGG
13822 NE Airport Way

Portland, OR, 97251-9614

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.98

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sure Thing Sales, LLC_____
        Name

Case number _(if known)_ _____

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 8272  **Nonpriority creditor's name and mailing address**

YU-SHENG LIN
1937 Pontius Ave, Fl 4

Los Angeles, CA, 90025-5611

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,269.97

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 8273  **Nonpriority creditor's name and mailing address**

Yubin Li
742 Brunswick Street

San Francisco, CA, 94112

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 26.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 8274  **Nonpriority creditor's name and mailing address**

Yubo Lu
4-74 48th Ave Apt 36G

Long Island City, NY, 11109

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 459.96

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 8275  **Nonpriority creditor's name and mailing address**

Yue Ching Leung
900 Garden Square Lane

Morrisville, NC, 27560

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 57.88

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 8276  **Nonpriority creditor's name and mailing address**

Yujia Li
407 Huntington Avenue

Boston, MA, 2115

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 30.91

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor   Sure Thing Sales, LLC.
_____
         Name

_____
                              Case number (if known)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 8277   **Nonpriority creditor's name and mailing address**

yujie su
3308 vancouver dr

Modesto, CA, 95355

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 35.59

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8278   **Nonpriority creditor's name and mailing address**

Yun Sang Chan
222 21st Street East

North Vancouver, BC, V7L 3B6

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 82.56

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8279   **Nonpriority creditor's name and mailing address**

Yunfeng Chen
18 Forest Ln

Scarsdale, NY, 10583

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 70.43

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8280   **Nonpriority creditor's name and mailing address**

Yuri Lee
991 Arapahoe Street, Unit 501

Los Angeles, CA, 90006

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 31.74

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8281   **Nonpriority creditor's name and mailing address**

yusuf syed
7034 johnnycake rd.

baltimore, MD, 21244-2405

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 23.98

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F              Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Sure Thing Sales, LLC.
          _____          _____
          Name                                             Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 8282   **Nonpriority creditor's name and mailing address**

Yuta Nagasaka
472 7th street, 1st fl

Palisades Park, NJ, 7650

**As of the petition filing date, the claim is:** $ 12.78
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** 8283   **Nonpriority creditor's name and mailing address**

Yvanka Figueroa
251 Florida Ave.

Shenandoah, PA, 17976

**As of the petition filing date, the claim is:** $ 36.03
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** 8284   **Nonpriority creditor's name and mailing address**

Yvette Morales
2093 E Bard Road

Oxnard, CA, 93033

**As of the petition filing date, the claim is:** $ 14.19
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** 8285   **Nonpriority creditor's name and mailing address**

Za Greenhagen
3717 6th Avenue, 144

Des Moines, IA, 50313

**As of the petition filing date, the claim is:** $ 19.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** 8286   **Nonpriority creditor's name and mailing address**

Zach Chambers
8060 Saddlebrook Drive

Lynden, WA, 98264

**As of the petition filing date, the claim is:** $ 20.65
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Debtor ___Sure Thing Sales, LLC._____   Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 8287  **Nonpriority creditor's name and mailing address**

Zach Hilts
116 CLOVIS CIR

MYRTLE BEACH, SC, 29579

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13.07

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8288  **Nonpriority creditor's name and mailing address**

Zach M Alexander
304 Catawba Dr

Summerville, SC, 29483

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8289  **Nonpriority creditor's name and mailing address**

Zach Mendelson
37 SAN SEBASTIAN

RANCHO SANTA MARGARITA, CA, 92688

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 91.57

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8290  **Nonpriority creditor's name and mailing address**

Zach Mora
563 w 114th way

Northglenn, CO, 80234

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8291  **Nonpriority creditor's name and mailing address**

Zach Tankersley
288 Clemmer Ferry Road

Benton, TN, 37307

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25.99

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC.
           Name

Case number *(if known)*_____

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 8292 **Nonpriority creditor's name and mailing address**

Zach Ulle
6601 Vrooman Rd

Painesville, OH, 44077-8841

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52.54

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 8293 **Nonpriority creditor's name and mailing address**

Zachariah Smith
3516 East Tyson Street

Gilbert, AZ, 85295

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 242.56

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 8294 **Nonpriority creditor's name and mailing address**

Zachary Bryson Rogers
3181 Jordan Ln

Redding, CA, 96003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 585.91

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 8295 **Nonpriority creditor's name and mailing address**

Zachary Fouts
909 Avent Meadows Lane

Holly Springs, NC, 27540

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32.16

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 8296 **Nonpriority creditor's name and mailing address**

Zachary Gilbert
80 Cody St

Lakewood, CO, 80226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.79

**Basis for the claim:** Customers with Outstanding Deposits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Sure Thing Sales, LLC.
Name                                                    Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 8297  **Nonpriority creditor's name and mailing address**

Zachary Gilmore
10312, Charlotte Dr

Parrish, FL, 34219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 51.35

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8298  **Nonpriority creditor's name and mailing address**

Zachary Heller
3726 Pricetown Road, Apt C

Fleetwood, PA, 19522

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 39.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8299  **Nonpriority creditor's name and mailing address**

Zachary Johnson
309 La Serena

Winter Haven, FL, 33884

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 17.11

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8300  **Nonpriority creditor's name and mailing address**

Zachary Leighton-Ryan
8 Chatham Street, Apt 7

Kinderhook, NY, 12106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8301  **Nonpriority creditor's name and mailing address**

Zachary Matz
845 Hillman Court

Morgan Hill, CA, 95037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 16.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Sure Thing Sales, LLC.
_____
Name    Case number *(if known)*_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 8302  **Nonpriority creditor's name and mailing address**

Zachary Mouton
13969 Marquesas Way, Apt 306B

Marina Del Rey, CA, 90292

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 22.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 8303  **Nonpriority creditor's name and mailing address**

Zachary Pratt
514 arrowhead rd

Front royal, VA, 22630

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 17.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 8304  **Nonpriority creditor's name and mailing address**

Zachary Senat
3 Wood Thrush Avenue

Gloucester Township, NJ, 8081

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.71

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 8305  **Nonpriority creditor's name and mailing address**

Zachary Sherman
3017 Kennedy Dr

Northampton, PA, 18067

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 209.93

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

3. 8306  **Nonpriority creditor's name and mailing address**

Zachary Wasserman
211 Old Churchmans Rd

New Castle, DE, 19720

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor _____Sure Thing Sales, LLC_____   _____Case number _(if known)_____
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 8307  **Nonpriority creditor's name and mailing address**

Zachary Williams
5322 Lost Cove Ln

Spring, TX, 77373

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 11.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8308  **Nonpriority creditor's name and mailing address**

Zachary Wilson
24586 E Calhoun Pl unit A Aurora

Aurora, CO, 80016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 13.19

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8309  **Nonpriority creditor's name and mailing address**

Zachery Lyons
838 Elk st.

Macy, NE, 68039

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 19.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8310  **Nonpriority creditor's name and mailing address**

Zack Daniels
3622 29th Ave W

Seattle, WA, 98199

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 36.35

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8311  **Nonpriority creditor's name and mailing address**

Zack Renfro
16652 Dolores Ln, #1

Huntington Beach, CA, 92649-3367

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 59.25

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sure Thing Sales, LLC
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. ___8312___  **Nonpriority creditor's name and mailing address**

Zacry DeCriscio
7602 Pine St

Taylor, MI, 48180

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 25.98

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___8313___  **Nonpriority creditor's name and mailing address**

Zahira Camacho
334 Hyde Street

Salinas, CA, 93907

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___8314___  **Nonpriority creditor's name and mailing address**

Zaida Rodriguez
180 E. Market St. Apt 24

Long Beach, CA, 90805

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 32.99

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___8315___  **Nonpriority creditor's name and mailing address**

Zaira Avila
1422 Lomita Boulevard, Apt A

Harbor City, CA, 90710

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 37.21

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. ___8316___  **Nonpriority creditor's name and mailing address**

zaira bravo
8127 Parnell Street

Houston, TX, 77051

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 27.05

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     page 1673 of 1682

Debtor __Sure Thing Sales, LLC._____    Case number _(if known)_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3. 8317** Nonpriority creditor's name and mailing address

Zane Bolton
300 Coral Gables Street

Panama City Beach, FL, 32407

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 31.02**

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 8318** Nonpriority creditor's name and mailing address

Zane Lakson
1120 Reflections Cir, Apt 306

Casselberry, FL, 32707

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 123.04**

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 8319** Nonpriority creditor's name and mailing address

Zara Mott
13715 Dana Ln E

Puyallup, WA, 98373

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 47.99**

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 8320** Nonpriority creditor's name and mailing address

Zehra Hussain
320 Trinity Ln

Oak Brook, IL, 60523

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 13.19**

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 8321** Nonpriority creditor's name and mailing address

Zennia Guerrero
1685 Oro Vista RD, 175

San Diego, CA, 92154

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 358.96**

Basis for the claim: Customers with Outstanding Deposits

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 8322   **Nonpriority creditor's name and mailing address**

Zeyda  Brown
33000 Vista West Drive

Trinidad, CO, 81082

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 108.24

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 8323   **Nonpriority creditor's name and mailing address**

ZFEXZ HDB
14991 NE Airport Way

Portland, OR, 97251-9611

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 139.96

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 8324   **Nonpriority creditor's name and mailing address**

zhangli zhou
23508 deer spring ln

diamond bar, CA, 91765

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 215.94

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 8325   **Nonpriority creditor's name and mailing address**

Zhanna Baughman
1546 Wiese Ct

Mount Pleasant, WI, 53406

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 34.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 8326   **Nonpriority creditor's name and mailing address**

Zhaoqi He
357 Celebration Drive

Milpitas, CA, 95035

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 44.73

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor _____  
Sure Thing Sales, LLC.  
Name

Case number _(if known)_ _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 8327   **Nonpriority creditor's name and mailing address**

Zhe Liu  
2127 S   Apt C Baldwin Ave Arcadia CA91007

Arcadia, CA, 91007

As of the petition filing date, the claim is:  $ 33.99
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 8328   **Nonpriority creditor's name and mailing address**

Zhemin Li  
14469 29th Avenue

Queens, NY, 11354

As of the petition filing date, the claim is:  $ 100.98
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 8329   **Nonpriority creditor's name and mailing address**

Zhi Yao Xie  
3329 Kuykendall PL

San Jose, CA, 95148

As of the petition filing date, the claim is:  $ 9.99
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 8330   **Nonpriority creditor's name and mailing address**

Zhidong Shi  
2382 Merrymount Drive

Suwanee, GA, 30024

As of the petition filing date, the claim is:  $ 67.82
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 8331   **Nonpriority creditor's name and mailing address**

Zhihan Tao  
1601 Holleman Dr, Apt 1608

College Station, TX, 77840

As of the petition filing date, the claim is:  $ 17.99
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor   Sure Thing Sales, LLC
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 8332 **Nonpriority creditor's name and mailing address**

Zhiwei Liu
121 Jasmine Ct

Milpitas, CA, 95035

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8333 **Nonpriority creditor's name and mailing address**

Zhiwei Tan
1428 Valenza Avenue

Rowland Heights, CA, 91748

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.93

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8334 **Nonpriority creditor's name and mailing address**

Ziann Ferguson
237 Border St

Columbus, OH, 43207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.98

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8335 **Nonpriority creditor's name and mailing address**

Ziggy Mj
4241 W Capitol Dr

Milwaukee, WI, 53216

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 164.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8336 **Nonpriority creditor's name and mailing address**

Ziliang Chen
46-07 193rd Street

Flushing, NY, 11358

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 258.96

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   page 1677 of 1682

Debtor    Sure Thing Sales, LLC.
Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 8337 **Nonpriority creditor's name and mailing address**

Zinab Antar
10413 N Woodmere Rd

Tampa, FL, 33617

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 33.99

---

**3.** 8338 **Nonpriority creditor's name and mailing address**

Zinaida Rapoport
1085 Kingsley Road

Jenkintown, PA, 19046

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 64.99

---

**3.** 8339 **Nonpriority creditor's name and mailing address**

Zinnia Rodriguez
334 Lincoln Avenue

Brooklyn, NY, 11208

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 879.73

---

**3.** 8340 **Nonpriority creditor's name and mailing address**

Zinnia Rodriguez
334 Lincoln Avenue

Brooklyn, NY, 11208

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 359.86

---

**3.** 8341 **Nonpriority creditor's name and mailing address**

Zo?? Pitts
8870 Chambray Road

Elk Grove, CA, 95624

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9.99

---

Debtor ___Sure Thing Sales, LLC._____    Case number _(if known)_____
        Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.** 8342  **Nonpriority creditor's name and mailing address**

Zoe Allen
6386 Pearlroth Dr

San Jose, CA, 95123

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8343  **Nonpriority creditor's name and mailing address**

Zoe C
738 S 6300 E , #34

Huntsville , UT, 84317

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.87

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8344  **Nonpriority creditor's name and mailing address**

zoe m
9440 El Campo Avenue

Englewood, FL, 34224

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26.99

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8345  **Nonpriority creditor's name and mailing address**

Zoe Mecholsky
9814 Summerday Drive

Burke, VA, 22015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34.97

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 8346  **Nonpriority creditor's name and mailing address**

Zoe Rhodes
4605 Weiskopf Ln

Corpus Christi, TX, 78413-2143

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27.04

**Basis for the claim:** Customers with Outstanding Deposits

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  Sure Thing Sales, LLC.
_____
Name

Case number (if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 8347  **Nonpriority creditor's name and mailing address**

Zoey  Hopkins
1818 S Davis Blvd

Bountiful, UT, 84010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 49.99

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8348  **Nonpriority creditor's name and mailing address**

Zoey Larson
506 Napoleon St

Valparaiso, IN, 46383

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 49.99

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8349  **Nonpriority creditor's name and mailing address**

Zorawar Singh
1156 Morning Glory Drive

Monroe Township, NJ, 8831

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 234.52

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8350  **Nonpriority creditor's name and mailing address**

Zyler Pointer
3730 West Rock Creek Road, Apt 1106

Norman, OK, 73072

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 38.04

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8351  **Nonpriority creditor's name and mailing address**

EâØE⁸í Aââ
Äúä???Ë?Ø, 132Â??

Ê??ÂíáÂçÄ, 23450

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customers with Outstanding Deposits

$ 155.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sure Thing Sales, LLC _____    Case number _(if known)_____
          Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | American Recovery Service Inc.<br>555 St. Charles Dr. - Suite 100<br>Thousand Oaks, CA, 91360 | Line 3.433<br>☐ Not listed. Explain: | _____ |
| 4.2. | Doyle & Hoefs, LLC<br>PO Box 143,<br>Suffern, NY, 10901 | Line 3.433<br>☐ Not listed. Explain | _____ |
| 4.3. | Euler Hermes Collections North America<br>100 International Dr. - 22nd Floor<br>Baltimore, MD, 21202 | Line 3.863<br>☐ Not listed. Explain | _____ |
| 4.4. | Leviton Law Firm<br>One Pierce Pl. - Suite 725W<br>Itasca, IL, 60143 | Line 3.7983<br>☐ Not listed. Explain | _____ |
| 41. | Marino, Mayers & Jarrach, LLC<br>75 Kingsland Ave - Suite 3,<br>Clifton, NJ, 07014 | Line 3.2844<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line _____<br>☐ Not listed. Explain | _____ |

Debtor    One Thing Sales, LLC
         Name

         Case number *(if known)*

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 218,830.33 |
| 5b. **Total claims from Part 2** | 5b. + | $ 2,108,579.85 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 2,327,410.18 |

**Fill in this information to identify the case:**

Debtor name _Sure Thing Sales, LLC._

United States Bankruptcy Court for the: _District of New Jersey_

Case number (If known): _____    Chapter _7___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | Commercial lease<br>**State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | K&J Associates<br>One Madison St<br>East Rutherford, NJ, 07073 |
| **2.2** | Commercial lease<br>**State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Kelways Associates<br>One Madison St<br>East Rutherford, NJ, 07073 |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | |

**Fill in this information to identify the case:**

Debtor name  Sure Thing Sales, LLC.

United States Bankruptcy Court for the:  District of New Jersey

Case number (If known):  _____

❑ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ❑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | ❑ D  ❑ E/F  ❑ G |
| 2.2 | | | ❑ D  ❑ E/F  ❑ G |
| 2.3 | | | ❑ D  ❑ E/F  ❑ G |
| 2.4 | | | ❑ D  ❑ E/F  ❑ G |
| 2.5 | | | ❑ D  ❑ E/F  ❑ G |
| 2.6 | | | ❑ D  ❑ E/F  ❑ G |

**Fill in this information to identify the case:**

Debtor name _Sure Thing Sales, LLC._

United States Bankruptcy Court for the: District of New Jersey

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2024<br>MM / DD / YYYY | to  Filing date | ☐ Operating a business<br>☐ Other | $ 200,000.00 |
   | **For prior year:** | From 01/01/2023<br>MM / DD / YYYY | to 12/31/2023<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ 3,696,000.00 |
   | **For the year before that:** | From 01/01/2022<br>MM / DD / YYYY | to 12/31/2022<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ 8,449,000.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to  Filing date | _____ | $ _____ |
   | **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $ _____ |
   | **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $ _____ |

---

Debtor    Sure Thing Sales, LLC.
_____    Case number (if known) _____
         Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | |
| 4.2. | _____<br>Insider's name<br><br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | |

| Debtor | Sure Thing Sales, LLC. | Case number (*if known*) |
|---|---|---|
| | Name | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| **5.1.** State of Texas | | _____ | $ 4,000.00 |
| Creditor's name P.O. Box 13528, Capitol Station Austin, TX 78711 | | | |
| **5.2.** _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.1.** | | | ☐ Pending ☐ On appeal ☐ Concluded |
| **Case number** | | | |
| _____ | | | |

| Case title | | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.2.** | | | ☐ Pending ☐ On appeal ☐ Concluded |
| **Case number** | | | |
| _____ | | | |

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|--------|------------------------|-------------------------|
| | Name | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|------------------------------|----------------------------|-------|
| _____ Custodian's name | _____ | $_____ |
| | **Case title** | **Court name and address** |
| | _____ | _____ Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|------------------------------|-------------------------------------------|-------------|-------|
| 9.1. | _____ Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** _____ | | | |
| 9.2. | _____ Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** _____ | | | |

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|------------------------------------------------------------|---|--------------|------------------------|
| | _____ | _____ | $_____ |

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Scura, Wigfield, Heyer, Stevens & Cammarota | Legal fees plus filing fee. | 03/2024 | $ 5,000.00 |
| | **Address** | | | |
| | 1599 Hamburg turnpike Wayne, NJ 07470 | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor      Sure Thing Sales, LLC.
_____
Name

Case number *(if known)*_____

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____  To _____ |
| 14.2. | | From _____  To _____ |

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____ Facility name | | _____ |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____ Facility name | | _____ |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor  Sure Thing Sales, LLC. _____  Case number *(if known)*_____
     Name

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>**Address** | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>**Address** | | | ☐ No<br>☐ Yes |

---

Debtor _____Sure Thing Sales, LLC._____  Case number *(if known)*_____
 Name

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    Sure Thing Sales, LLC.
_____    Case number (*if known*)_____
          Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ **Dates business existed** From _____   To _____ |
| 25.2. | _____ Name | | EIN: _____ **Dates business existed** From _____   To _____ |
| 25.3. | _____ Name | | EIN: _____ **Dates business existed** From _____   To _____ |

---

| Debtor | Sure Thing Sales, LLC. | Case number (if known) |
|---|---|---|
| | Name | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | _____<br>Name | From _____<br>To _____ |
| 26a.2. | _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | _____<br>Name | From _____<br>To _____ |
| 26b.2. | _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | _____<br>Name | |

Debtor    Sure Thing Sales, LLC.
_____    Case number (*if known*)_____
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.    _____
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.    _____
Name

| Name and address |
|---|

26d.2.    _____
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.    _____
Name

| Debtor | Sure Thing Sales, LLC. | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.2. _____
       Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ryan Wing | 45 Villa Road, Little Falls, NJ 07424 | Member | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Ryan Wing | 65,000.00 | _____ | Compensation |
| | Name | | | |
| | 45 Villa Road | | _____ | |
| | Little Falls, NJ 07424 | | _____ | |

| Relationship to debtor | | | _____ | |
|---|---|---|---|---|
| Member | | | | |

Debtor      Sure Thing Sales, LLC.
_____      Case number *(if known)*_____
            Name

| | Name and address of recipient | | |
|---|---|---|---|
| 30.2 | _____ | | |
| | Name | | |
| | | | |
| | Relationship to debtor | | |
| | _____ | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      05/29/2024
            MM  / DD  / YYYY

✖ /s/ Ryan Wing                                        Printed name  Ryan Wing
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

**Fill in this information to identify the case and this filing:**

Debtor Name _Sure Thing Sales, LLC._____

United States Bankruptcy Court for the: _District of New Jersey_____

Case number (*If known*):  _____

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* ____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _05/29/2024_              ✘ /s/ Ryan Wing _____
              MM / DD / YYYY              Signature of individual signing on behalf of debtor

                        Ryan Wing _____
                        Printed name
                        Member _____
                        Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

United States Bankruptcy Court

District of New Jersey

In re:  Sure Thing Sales, LLC.

                     Case No.

                     Chapter    7

            Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____05/29/2024_____

/s/ Ryan Wing
_____
Signature of Individual signing on behalf of debtor

Member
_____
Position or relationship to debtor

Aarhiel Fernandez
90 Canterbury Avenue
Daly City, CA 94015

Aaron  Gaspard
1201 S College Rd, 2
Lafayette, LA 70503

Aaron Bourg
166 East 102nd Street
Cut Off, LA 70345

Aaron Buzzas
1825 Burlington Avenue
Missoula, MT 59801

Aaron Campbell
16830 dry run road south
Dry run, PA 17220-9709

Aaron Cortez
915 South Aprilia Avenue
Compton, CA 90220

Aaron D Archuleta
P.O. Box 668
Espanola, NM 87532

Aaron Davis
224 S. Spencer St.
FRACKVILLE, PA 17931

Aaron Elliott
42956 Beachall Street
Chantilly, VA 20152

Aaron Escobedo
2034 N 18th Ave Apt 8
Melrose Park, IL 60160

Aaron Foster
205 N Forke Dr
Advance, NC 27006

Aaron Gartin
2180 rt65
Delbarton, WV 25670

Aaron herkenhoff
1025 Flagler st
Durham, NC 27713

Aaron Herrera-Pacheco
4611 W Broadway, Apt. B
Hawthorne, CA 90250

Aaron Howard
527 Turkey Lane
Cynthiana, KY 41031

Aaron Jackson
228 Alverstone Street
DeSoto, TX 75115

Aaron Labajo
15480 Red Pepper Place
Fontana, CA 92336

aaron moore
715 Almondwood Place
La Vergne, TN 37086

Aaron Mullinix
337 South Hightpoint Road, 2
Spartanburg, SC 29301

Aaron Nuezca
600 William Street, 109
Oakland, CA 94612

Aaron Nugent
97 Norman Street
Manchester, CT 6040

Aaron Simpliciano
94-413 Honowai Place
Waipahu, HI 96797

Aaron Sims
30w Pebble Beach Cir, 104
Glendale Heights, IL 60139

Aaron Smith
13291 Criolla Circle
Eastvale, CA 92880

Aaron Souvanno
1609 Amy Avenue
Glendale Heights, IL 60139

Aaron Tang
47 Highfield Lane
Nutley, NJ 7110

Aaron Taylor
2907 Kidder Rd
Clinton, MD 20735

Aaron Tietjen
9762 s. chylene dr
sandy, UT 84092

Aaron Villicana
3148 La Mantia Drive
Yuba City, CA 95993

Aaron Woods
6501 Colonial Drive, Apt #3
Myrtle Beach, SC 29572

Aaron Yunk
5201 E. US highway 95, LOT 137
Yuma, AZ 85365

Aarti Kasabwala
583 Paulison Ave
Clifton, NJ 07011-4120

AB Donegan
525 Park Terrace
Greensboro, NC 27403

abbi o?Âômalley
3105 East 5th Road, lot j
La Salle, IL 61301

Abbie Gettys
936 Achord Circle, Apt. 22
Dublin, GA 31021

Abbigail Copeland
1484 E Louise Dr
Columbia City, IN 46725

Abby Dycus
1350 Fort Lamar Rd
Charleston, SC 29412

Abdallah Higazy
21021 Aldine Westfield Road, 1204
Humble, TX 77338

Abdi Rosa
402 Jewell St
Columbus, IN 47203

Abdulla Faiq
40 Metropolitan Oval Apt 2A
Bronx, NY 10462

Abdullah Bakolka
4882 West wiley post way, B6101
SALT LAKE CITY, UT 84116

Abel Mota
4522 S Harding
Chicago, IL 60632-4016

Abiel Reyes
7809 State Line Avenue
Munster, IN 46321

Abigail Cole
1420 Mulberry Ln.
St. Joseph, MI 49085

Abigail Ott
3114 S. Herman St., Apt A
Milwaukee, WI 53207

Abigail Schwartz
9153 County Road 3
Owatonna, MN 55060

Abigail Stringham
17434 Hoskinson Rd
poolesville, MD 20837

Abigail Wilson
5109 N 33rd St
Arlington, VA 22207

Abigaile Caaway
10950 Welsh Road
San Diego, CA 92126

Abigale Rippe
6914 Cottonwood Circle
Eastvale, CA 92880

Abigayil Ramirez
310 East 9th St
BAKERSFIELD, CA 93307

Abraham Castro
1418 Paddocks Way
Powder Springs, GA 30127

Abraham FLores
24191 Pleasant Run Rd
Moreno Valley, CA 92557

Abraham Gonzalez
556 N Chardonnay Dr
Covina, CA 91723

Abraham Higginbotham
14641 Deervale Place
Sherman Oaks, CA 91403

Abraham Mata
6425 Clara St
Bell Gardens, CA 90201

Abraham Ponce
16255 Daisy View Court
Conroe, TX 77302

Abraham Rivera
808 flatters way
Pflugerville , TX 78660

Abram Yang
1918 Georgia Avenue
Sheboygan, WI 53081

Absaar Jawed
49 Green Street, Apartment B
Westwood, NJ 7675

Absalom Menchavez
4346 Faith Home Road
Ceres, CA 95307

Ace owo
1064 60th Street
Brooklyn, NY 11219

Ace Royal
1985 S Knox Ct
Denver, CO 80219

AD L
335 Isabel St.
Los Angeles, CA 90065

Adalicia Garcia-Bellorin
6622 Shadygrove St.
Tujunga, CA 91042

Adam  Conner
5522 Cory Street
Fairview Heights, IL 62208

Adam Bransky
92 3rd Ave, Apt 1
Garwood, NJ 7027

Adam Dilley
1750 Brookview Rd
Baltimore, MD 21222

Adam Dutro
29040 Spring Rd #501
Pine Valley, CA 91962

Adam Enriquez
4719 Hunter Peak Ct
Antioch, CA 94531

Adam Faulkner
1658 N Olympic
Mesa, AZ 85205

Adam Flores
13950 milton ave, suite 200A
westminister, CA 92683

Adam Fox
5770 Ruhl Rd.
Fairview, PA 16415

Adam Grey
135 Garfield Pl, Apt 423
Cincinnati, OH 45202

Adam Lopez
4513 La Madera Avenue
El Monte, CA 91732

Adam Miller
100 1st Avenue
Reisterstown, MD 21136

Adam Nelson
106 Indian Hills Lane
Circle Pines, MN 55014

Adam Nikirk
714 North 7th Street
Grand Junction, CO 81501

Adam Orwig
4 West 32 nd St.
Sand Springs, OK 74063

Adam Presson
20264 NEWSOME RD
OAKBORO, NC 28129-9580

Adam Rivera
1410 West Dekalb Street
Egg Harbor City, NJ 8215

Adam RYAN
832 S. Nova Road, 100
Daytona Beach, FL 32114

Adam Sabata
224 Edinboro Drive
Southern Pines, NC 28387

Adam Schmidt
8133 Sepulveda Boulevard, 102
Panorama City, CA 91402

Adam Shields
303 FIRESIDE ST.
Oceanside, CA 92058

Adam Smith
2543 Flintridge Drive
Glendale, CA 91206

Adam Strantz
790 N Dick Ave
Hamilton, OH 45013

Adam Vitale
269 Chestnut Hill Road
Emmaus, PA 18049

Adam Xiong
4688 E Pitt Ave
Fresno, CA 93725

adan  bojorquez
2125 GREENLEE DR
EL PASO, TX 79936

Adan Flores
7701 Calle Paraiso NE
Albuquerque, NM 87113

Adan Rivas
4313 Altura Avenue, Apt 2
El Paso, TX 79903

Adhitya Sripennem
1853 26th Street, #115, View on 26th
Boulder, CO 80302

Aditya Aiyer
7029 Heron Cir
Carlsbad, CA 92011

Adniel Hernandez
82309 Valencia Avenue
Indio, CA 92201

Adolfo Angel  Medina
10603 S Wilcrest Dr, #43
Houston, TX 77099

Adonis Inman
3485 Princess Tammy Cove
Tucker, GA 30084

Adonis Rodriguez
452 Satsuma Lane
Orlando, FL 32835

Adria Renouard
26099 W ORAIBI DR
BUCKEYE, AZ 85396

Adrian Angel
5007 Caprock Dr
Pearland, TX 77584

Adrian Bocanegra
610 N Mississippi ave
Blg Lake, TX 76932

adrian burstein
2100 NE 208th st
Miami, FL 33179

Adrian Castillo
3828 Wilberta Street
Olney, MD 20832

Adrian Contreras
13526 East Evans Avenue
Aurora, CO 80014

Adrian Contreras
9326 Sandpiper Tree
San Antonio, TX 78251

Adrian Escobar
147 Abney Drive
Houston, TX 77060

Adrian Fernandez
1728 North Karlov Avenue
Chicago, IL 60639

Adrian Garcia
12303 Serenity Farm
San Antonio, TX 78249

Adrian Gonzalez-Perez
5151 W Roscoe St
Chicago, IL 60641-4205

Adrian Herrera
5943 Fox Point Trail,
Dallas, TX 75249

Adrian Joseph Aguilar
10815 Hesby Street, 209
Los Angeles, CA 91601

Adrian Lara
231 Briarwood Drive
Elgin, IL 60120

Adrian Nunez
7435 Wilcox
El Paso, TX 79915

Adrian P
100 Chapel Street, Apt 2
New Haven, CT 6513

Adrian Proctor
1838 CONCORD AVE SE
GRAND RAPIDS, MI 49506-4629

Adrian Rivas
1474 Chaffee st, Apt 103
Upland, CA 91786

adrian ruiz
605 colchester ct
middletown, DE 19709

Adrian Washington
6114 Noah Way
Hanover, MD 21076

Adrian Wong
3855 Kent Way
South San Francisco, CA 94080

Adriana  Huerta
1860 Thompson Ave
Atlanta , GA 30344

Adriana Price
6881 Linda Creek Ct
Las Vegas, NV 89178

Adriana Rodriguez
3314 PEBBLE BEACH DR
HARLINGEN, TX 78550

Adriana Tercilla
905 NE 199th St, 205
Miami, FL 33179

Adrianna Meucci
4231 15th Avenue Southwest
Naples, FL 34116

Adrianne Garcia
714 Pebblecreek Dr
Garland, TX 75040

Adrien Rodriguez
27747 E Frost Pl
Aurora, CO 80016-6253

Adrienne Abercrombie
1608 Hollis Dr
Orlando, FL 32822

Adrienne Gamble
325 S 400 E Apt 1
Salt Lake City, UT 84111

Agustin Arroyo
32 Pierce street
Newark, NJ 7103

Ahlexus Deang
336 Manton Ave
Providence, RI 2909

Ahmed Flores
423 W locust st
Covington , VA 24426

Aidan Ball
393 Monmouth Boulevard
Galesburg, IL 61401

Aidan Esposito
28 Lynwood Rd
Cedar Grove, NJ 7009

Aidan Machin
18 High Pond Ln
Bedminster, NJ 7921

Aidan O'Brien
17315 Cougar Trails Dr.
Wildwood, MO 63040

Aiden Orton
2925 Madison Avenue, Apt 4
Burlington, IA 52601

Aileen Gonzalez
3819 Lawrence Ct
Monroe, NC 28110-8646

Aileen Hernandez
10 Clayton St, Apt 1
Malden, MA 2148

Aisha Heidt
91-310 Peleleu Pl
Ewa Beach, HI 96706

Aisha Swain
39 E 8330 S
Sandy, UT 84070-2115

Aivre Sutton
9875 Prominent Peak Heights, Apt 315
Colorado Springs, CO 80924

AJ Garcia
1208 Northeast 41st Avenue
Homestead, FL 33033

AJ Ramirez
3823 Calle Buenos Aires
Brownsville, TX 78526

Aja Leeann Cruz
587 Westmoor Ave
Daly City, CA 94015

Ajana Jones
7702 Girard Circle
Omaha, NE 68122

Alabama Department of Revenue
PO Box 327790
Montgomery, AL 36132-7790

Alain De Quesada
1695 Southwest 12th Street
Miami, FL 33135

alaina jones
3129 Federalist Ln
Sacramento, CA 95827

alan aguilar
1821 North 40th Avenue
Phoenix, AZ 85009

Alan Byron Rosillo
12040 SHELDON ST, APT B37
Sun valley, CA 91352

Alan Cornford
8477 North Meadowlark Lane
Stillman Valley, IL 61084

Alan Dunmire
70 E Prada Pacana Lane
Washington, UT 84780

Alan Gonsalez
1907 West Jay Street, Apt F
Pasco, WA 99301

Alan Hernandez
9817 Larga Dr.
Dallas, TX 75220

Alan Jeffers
3236 E Avenue H2
Lancaster, CA 93535

Alan Lord
11 Baker Ln
Lakeville, MA 2347

Alan Natanagara
928 Sycamore Drive
Decatur, GA 30030

Alan Sayer
402 Hunter Avenue
Niles, OH 44446

Alan Shepherd
3812 Market Street
West Valley City, UT 84119

Alan Simon
14253 N. 50th DR.
Glendale, AZ 85306

alan vozila
2443 29th Avenue
San Francisco, CA 94116

Alayne Avery
29104 homewood dr
Wickliffe, OH 44092

Albert Dockweiler
2462 Crisfield Street
Toms River, NJ 8755

Albert Gonzalez
11343 LOVEBIRD LN
HOUSTON, TX 77067

Albert Huerta
2591 West 7590 South
West Jordan, UT 84084

Albert Huynh
8322 Worthy Drive
Midway City, CA 92655

Albert Melgar
10403 Gypsy Ave
Weeki Wachee, FL 34613

Albert Mendoza
15 San Raphael Pl
POMONA, CA 91766

Albert Phan
5808 Laguna Seca Way
San Jose, CA 95123

Albert Soliz
1432 E Broadway Rd
Mesa, AZ 85204

Albert Valencia
2142 Tosca Ln
DALLAS, TX 75224-4151

Albert Vega
1213 S. Pacific Dr.
Fullerton, CA 92833

Alberto Gonzalez
2950 Sanchez Avenue, Apartment 3
Eagle Pass, TX 78852

Alberto Vite
6719 Flamewood Dr
Arlington, TX 76001

Albet Rowan
2919 Cane Field Drive
Sugar Land, TX 77479

Ale Bautista
4 Vin Court
Napa, CA 94558

Ale Lozano
2446 Nutwood Ave, Apt H11
Fullerton, CA 92831-3173

Alec Cerrillo
14778 W LARKSPUR DR
Surprise, AZ 85379

Alec Crawford
15 Arrowhead
Irvine, CA 92618

Alec Toillion
224 Sakata Street,
Brighton, CO 80601

Alejandra  Montoya
3 Arbor Ct
Hampton Bays, NY 11946

Alejandra Carrillo
2000 36th Avenue, 207
Oakland, CA 94601

Alejandra De La Huerta
10911 Sherry Lee Cove
Austin, TX 78753

Alejandra Garcia
2014 Rogelio Avenue
El Paso, TX 79902

Alejandra Rodriguez
332 To To Lo Chee Drive
Hialeah, FL 33010

Alejandro Acevedo
39589, Calle Cabernet
Temecula, CA 92591

Alejandro Alvarez
44 College Avenue, A house
Poughkeepsie, NY 12603

Alejandro Belmontes
404 South Bruner Street
West Point, NE 68788

Alejandro Calderon
3223 MADISON ST
Omaha, NE 68107

Alejandro Castillo
16236 78th rd n
Loxahatchee, FL 33470

alejandro hernandez
24919 magic mountain pkwy apt 721
Valencia, CA 91355

Alejandro Jimenez
1319 N Eastern Ave
Los Angeles, CA 90063

Alejandro Marcucci
626 Coral Way, Apt 601B
Coral Gables, FL 33134

Alejandro Morales
1105 E Pico Blvd
Los Angeles, CA 90021-2223

Alejandro Palacios
6955 W 24th Ln
Hialeah, FL 33016

Alejandro Sanchez Perez
3080 Tuscaloosa Ln
Lexington, KY 40515

Alejandro Somilleda
609 N Joplin Ave
Joplin, MO 64801-2431

Alek Johnson
3665 Westwind Dr
Beavercreek, OH 45440

Alen Del Valle
9590 Catawba Ave.
Fontana, CA 92335

Alen Del Valle
9590 Catawba Avenue
Fontana, CA 92335

alena dotzauer
1415 Norwood Crest Court
Raleigh, NC 27614

Alesha Bolton
176 Old Middlesboro Highway
LaFollette, TN 37766

Alessa Saengyothinh
2914 Kelly Drive
Elgin, IL 60124

Alessandro  Mureno
822 East Century Boulevard
Los Angeles, CA 90002

Alessio Bordoni
104 Greenpoint Avenue, 4L
Brooklyn, NY 11222

Aleth Romanillos
4201 Toland way.
Los Angeles, CA 90065

Alex Anacleto
107 South Bowser Road, #244
Richardson, TX 75081

Alex Bradley
202 Queensbury Ct
Acworth, GA 30102

Alex Brenner
8426 54th Ave S
Seattle, WA 98118

Alex Cain
984 Kempson Ct
Westfield, IN 46074

Alex Cast
843 DEEP SPRINGS DR
CLAREMONT, CA 91711-1449

Alex Chan
14 Sunset Drive
Chatham, NJ 7928

Alex Chrisco
668 Port Mann Row, Z5
Taylorsville, UT 84123

Alex Ciccone
3413 Alvara Court
Spring Hill, FL 34609

Alex Connelly-Zackular
136 ruthven street
boston, MA 2121

Alex Douangdara
2186 S 2125 w
Woods Cross, UT 84087

Alex Dusza
116 Lyndale Avenue
Nottingham, MD 21236

Alex Eckroth
8044 Felecity Court
Springfield, VA 22153

Alex Espinoza
2355 Goldenrod Court
Aurora, IL 60506

Alex Godoy-Fowler
4400 Falcon Parkway
Flowery Branch, GA 30542

Alex Hernandez
2033 Pacina Drive
San Jose, CA 95116

Alex Hower
415 Sandstone Dr. NE
Rio Rancho, NM, NM 87124

Alex Johnson
51 Red Bud Cir
Amelia, OH 45102

Alex Klapat
3733 Elm Avenue
Baltimore, MD 21211

Alex Lam
13042 Vinson Court
Maryland Heights, MO 63043

Alex Licon
21816 Elaine Avenue
Hawaiian Gardens, CA 90716

Alex Lira
327 N Soto St
Los Angeles, CA 90033

Alex Macneill
13 Nyack Street
Watertown, MA 2472

Alex Malecha
910 linden St s
Northfield, MN 55057

Alex Martinez
1325 15th St.
SAN DIEGO, CA 92154

Alex Medina
955 Cambridge Drive
Mason, OH 45040

alex myatt
835 west Godfrey drive
lincoln, NE 68521

alex o
774 Park Way
South San Francisco, CA 94080

Alex Olmos
12171 Terra Bella Street
Pacoima, CA 91331

alex palafox
29500 el presidio ln.
menifee, CA 92584

Alex Parker
2820 Pasadena Avenue
Kingman, AZ 86401

Alex Pinto
640 Santa Barbara St
Los Banos, CA 93635

Alex Rivera
628 S Pasadena
Mesa, AZ 85210

alex sokol
6130 reseda blvd, apt 102
tarana, CA 91335

Alex Vaccaro
268 Tucker Dr
Worthington, OH 43085

Alex Weber
5540 Euclid Way
Farmington, MN 55024

Alex Westerfield
2334 New Hope Road
Zebulon, GA 30295

Alex Wilson
3505 Avenida Simi
Simi Valley, CA 93063

Alex Yanish
4837 53rd St S
Fargo, ND 58104

Alexa Cassaro
1020 Rahway Ave, --
Westfield, NJ 7090

Alexa Deaderick
6992 Cinnamon dr.
Sparks, NV 89436

Alexa Lee
525 North Alpine Drive
Beverly Hills, CA 90210

Alexa Urquiza
529 S Hilda Ct
Anaheim, CA 92806

Alexander Brison
5910 Stevehaven Ln
Cumming, GA 30028

Alexander Charles
4 Lacey Lane
Norwalk, CT 6854

Alexander Cooper
2678 36th Ave
San Francisco, CA 94116

Alexander Daniels
8003 South Scottsburg Court
Aurora, CO 80016

Alexander Gutierrez
4014 Calle Puebla
Laredo, TX 78046

Alexander Jacobs
2 Hammond circle
Hudson, MA 1749

Alexander James Dodson
610 Pawtucket Ave.
PAWTUCKET, RI 2860

Alexander Kiser
4503 4th st s
Moorhead, MN 56560

Alexander LeMaine
167 Edenfield Ave.
Watertown, MA 02472-1816

Alexander Markowitz
1650 10th Ave
Brooklyn, NY 11215-6002

Alexander Mayo
1105 Arabian Arch
Chesapeake, VA 23322

Alexander Neff
20421 Berrywood Ln
TAMPA, FL 33647

Alexander Ortega
PO Box 250062, Carr 467 K3 H8 Int Bo Cam
AGUADILLA, PR 604

Alexander Owhadi
9407 Clover Glen Dr
Riverview, FL 33569

Alexander Rivas
176 Westview Lane
Hewlett, NY 11557

Alexander Rozmiarek
20602 Snicker Ct
Waynesville, MO 65583

Alexander Santa Clara
3648 Westwood Blvd. Apt.1
Los angeles, CA 90034

Alexander Stokes
396 Pratt St
Buffalo, NY 14204

Alexander Surton
W4815 Kemp Ave, PO Box 7
Irma, WI 54442

Alexanderia  Caballero
1933 E Bradford St
Stockton, CA 95205

Alexandra Carmona
2634 Idaho Road
Naperville, IL 60564

Alexandra Chavez
17168 Newhope St Apt 204
Fountain Valley, CA 92708-8220

Alexandra Esquivel
3410 Deerwood Ln
Missouri City, TX 77459

Alexandra Fusella
271 Lovers Lane
Rutherfordton, NC 28139

Alexandra Gardner
1906 W Neilscott Dr
Nampa, ID 83651

Alexandra Hartwell
47 Jackladder Drive
Middle Sackville, NS B4E 2X6

Alexandra Katsos
4397 Crowne Lake Circle, 2G
Jamestown, NC 27282

Alexandra Lockhart
808 Western Ave
Joliet, IL 60435-6922

Alexandra Lopez
1545 West 215th Street
Torrance, CA 90501

Alexandra Marah
941 Elm Road
Halethorpe, MD 21227

Alexandra Martin
9903 Ebb Street
Houston, TX 77089

Alexandra Peterson
20 Hassayampa Trail
Henderson, NV 89052

Alexandrea Tackett
13408 120th Ave E
Puyallup, WA 98374

Alexandria Barker
101 NELSON ST
HOLDEN, MA 1520

Alexandrla Young
307 Burnt Pine Court
Apex, NC 27502

Alexi Atteberry
16828 Falda Ave
Torrance, CA 90504

Alexia Blackman
6137 Snowberry Lane NE
Bremerton, WA 98311

Alexia Christou
25-40 Shore Boulevard, #LF
Astoria, NY 11102

Alexia Palmer
235 E 73rd St Apt 10A
New York, NY 10021

Alexis Avalos
2828 E Placita Galapagos
Tucson, AZ 85706

Alexis Chua
17829 LUDLOW ST
GRANADA HILLS, CA 91344

Alexis Fishleigh
469 South Street
Chardon, OH 44024

Alexis Kaminsky
5150 Grand Canyon Rd NW
Concord, NC 28027

Alexis Lebron
Alturas de Villa del Rey, R9 calle Espa?
Caguas, PR 725

alexis lucas
790 grand st brooklyn ny, 2 f
brooklyn, NY 11211

Alexis Moreno
406 Blossom Way
Hayward, CA 94541

Alexis Morley
11621 Pine Grove Lane
Parker, CO 80138

Alexis Olson
1308 Otter Lane
Oregon City, OR 97045

Alexis Rodriguez
3040 Haber Ave
Melrose Park, IL 60164

Alexis Sanders
1828 Lightwood Lane Northwest
Acworth, GA 30102

alexus santikul
6092 Bankside Way
Reno, NV 89523

Alfedo Arroyo
1751 Prairie Rose way
WASCO, CA 93280

Alfonso Laster
483 Thors Street
Pontiac , MI 48342

Alfonso R Tapia
24945 CALLE EL ROSARIO
SALINAS, CA 93908

Alfred Annas III
1122 Ver Circle Northeast
Palm Bay, FL 32905

Alfred Eastburn
803 Warren Rd
Lutz, FL 33548

Alfred Valenzuela
10122 Alondra Dr
Bakersfield, CA 93311

Alfredo Felix
3239 Yellow Rose Trail
Gainesville, GA 30507

Ali Abdul Mateen-El
1859 Benedict Way
Pomona, CA 91767

Ali Al-Husseini
2860 Legion Lake Rd
Douglasville, GA 30135

Ali Asencio
3028 Mountainview Court
Grapevine, TX 76051

Alibia Young
3981 Farm to Market Road 2808
Kempner, TX 76539

Alice Deng
19864 Calle Cadiz
Walnut, CA 91789

Alice Mahone
2101 Wingfield Rd.
Charlottesville, VA 22901

Alice Rodgers
6184marsi
Windsor, CA 95492

Alice Zhu
4210 Fairmount St, Apt 4008
Dallas, TX 75219

Alicia Bozzuto
13322 Greenwood Ave N, Apt. 403
Seattle, WA 98133

Alicia Daubert
6650 Greenshire Drive
Indianapolis, IN 46220

Alicia Gonzalez
1215 Kimberly Lane
Glen Burnie, MD 21061

Alicia Padron
4 East Dogwood Court
Westampton, NJ 8060

Alicia Roe
205 Spice Hollow Rd
JOHNSON CITY, TN 37604

Alicia Silva
859 BLUE PARK AVE
SANTA TERESA, NM 88008

Alicia Wright
11804 N 1000 W
Monticello, IN 47960

Aliette Garcia
14951 Southwest 167th Street
Miami, FL 33187

Alina Gomez
602 Northwest 136th Avenue
Miami, FL 33182

Alisa Gonzalez
2356 63rd St
Brooklyn, NY 11204

Alisay moore
644 East 45th Street, house
Los Angeles, CA 90011

Alisha Hessing
305 Rolling Meadow Court
Anna, TX 75409

Alison  Vargas
1345 East Puente Street
Covina, CA 91724

Alison Cykana
4022 Toban Drive
Madison, WI 53704

Alison MacWilliams
10925 Parkway Court
Plymouth, IN 46563

Alissa Scott
313 Angela dr
Burleson, TX 76028

allan bennerson
36 Linden Street, C 8
Brooklyn, NY 11221

Allan Bennett
2914 Blankenship Loop Southwest
Lilburn, GA 30047

Allan Glover III
1802 Galahad Lane
Arlington, TX 76014-1533

Allan Pascua
15150 SW 167th St
Miami, FL 33187-0806

Allan Punsalan
178-19 69th Avenue
Fresh Meadows, NY 11365

Allan Ritumban
8315 HIGHRIDGE PL
RANCHO CUCAMONGA, CA 91730

Allandale Pequet
12086 Ash Ave
Orosi, CA 93647-2629

Alle Wong
9513 Blue Mountain Way
Sacramento, CA 95829

Allen Cook
478North 2nd Street
Nashville, TN 37207

Allen Ge
3601 KESWICK CT
SAN JOSE, CA 95127

allen mayhew
19 Racine Court
Greenville, SC 29617-1717

Allen Peacock
206 Redfern Street
Hamilton, NJ 8610

Allen Sao
29 Troy Street
Lowell, MA 1851

Allen Sturtevant
77 W Harmony St
Penns Grove, NJ 08069-1320

Allen Sullivan
2220 160th Ave Ct E
Sumner, WA 98391

allen to
21612 audubon way
lake forest, CA 92630

Alliance Entertainment
8201 Peters Rd. - Suite 1000
Plantation, FL 33324

Allie Willson
537 South Court Street
medina, OH 44256

Allisa Ames
18 Oleander Drive
Stafford, VA 22554

Allison Aniloff
101 Allison rd , APT C9
Horsham, PA 19044

Allison Burke
135 Hilltop Acres
Yonkers, NY 10704

Allison Bye
162 Inglewood Street
Long Lake, MN 55356

Allison De Neufville
1602 Georgina Avenue
Santa Monica, CA 90402

Allison Metzinger
23815 Castle Peak
San Antonio, TX 78258

Allison Myers
2171 spanish moss dr
Jacksonville, FL 32246

Allison Pena
10253 Hanna Avenue
Chatsworth, CA 91311

Allison Teets
7264 Elm Tree Ter Apt B
Mechanicsville, VA 23111-1248

Allyson Enriquez
17 ANDREA DR
COLUMBUS, NJ 8022

Allyson Riley
394 Violet Dr.
Robinson, TX 76706

Allyssa Garrido
4061 Maison lane
Tracy, CA 95377

Alma Perez
203 Reynosa Ave
Bakersfield, CA 93307-7088

almitra colon
56 Bay 22nd St, 2fl
Brooklyn, NY 11214

Alondra Sanchez
15959 Meadowside Street
La Puente, CA 91744

Alonso Martinez
1850 W Lincoln Ave, Space # 30
El Centro, CA 92243

Alora Schoenberg
9480 Virginia Center Boulevard, 330
Vienna, VA 22181

Alvarez Park
1474 243rd St.
Harbor City, CA 90710

Alvaro Matos
11191 Langley Dr
Los Alamitos, CA 90720

Alvin Zhang
545 Sycamore Lane, #219
Davis, CA 95616

Alycia Knabenshue
77 Ferndale Rd N
Wayzata, MN 55391

Alysa hallock
1010 Godwin Avenue
Chesapeake, VA 23324

Alyson Hudak
27 Hemenway Rd
Framingham, MA 01701-3134

Alyssa Alva
105 Oak St
Modesto, CA 95351

Alyssa Clevinger
2544 W Pikes Peak Dr.
Flagstaff, AZ 86001

Alyssa Conine
4801 Sanger Avenue, 48
Waco, TX 76710

Alyssa Freese
644 Propp Ave
Franklin Square, NY 11010

Alyssa Gama
2355 Adirondack Row, Unit 2
San Diego, CA 92139

Alyssa Garcia
1870 Naomi Drive
Morris, IL 60450

Alyssa M Arteaga
3731 South Glenstone Avenue, Lot 17 A
Springfield, MO 65804

Alyssa Mettauer
1415 N Main
BLANCHARD, OK 73010

Alyssa Moore
41930 Mayberry Avenue
Hemet, CA 92544

Alyssa Ortisi
16300 Wysong Drive
Clinton Township, MI 48035

Alyssa Peterson
319 Pine Knoll Dr, Apt 1A
Battle Creek, MI 49014

Alyssa Salinas
1012 E La Cantera Ave, Apt 4
McAllen, TX 78503

Alyssia  Walowski
300 Fairwood Road
Bethany , CT 6524

Alyvia Crummy
1870 42nd St S , 304
Fargo , ND 58103

Amabelle Lumbreras
18977 TRUCKE WAY
WALNUT, CA 91789

amal shindy
3257 Bernal Avenue, a
Pleasanton, CA 94566

Amanda  Lugo
300 Cherry St, 11H
New York, NY 10002

amanda abbasi
19 River Birch DR
Kingston, GA 30145

Amanda Barnhart
13582 E HWY 40 Lot 161
SILVER SPRINGS, FL 34488-3954

Amanda Barrett
8 Edgewood Dr
Newnan, GA 30263

Amanda Bielefeld
W5625 County Road KK
Appleton, WI 54915

Amanda Bonela
61 Madison Avenue, Apt 1
Everett, MA 2149

Amanda Cabaniss
8809 Stirrup Way
Fort Worth, TX 76244

Amanda Chamberlain
1420 W 22nd Street
Miami Beach, FL 33140

Amanda Christie
6924 Chaffee Rd, Unit 21
Des Moines, IA 50315

AMANDA ELDREDGE
707 Union Ln
Brielle, NJ 8730

Amanda Harvey
212 Knight Ave
Runnemede, NJ 8078

Amanda Hicks
2990 Mc Kinley Avenue
Columbus, OH 43204

Amanda Johnson
4600 Old Town Dr
Winston Salem, NC 27106

Amanda Massey
4484 Graystone Dr
Southaven, MS 38671-7500

Amanda McIntyre
3029 WINCHESTER DRIVE
Valparaiso, IN 46383

Amanda Muffley
126 Ellis Drive
Yorktown, VA 23692

Amanda Murphy
965 Bluffpoint Drive
Columbus, OH 43235

Amanda Plaugher
3825 Yamala Court
Orlando, FL 32826

Amanda Quinn
7005 Atlantic Ave
Virginia Beach, VA 23451

AMANDA ROME
159A Megan Drive
Houma, LA 70364

Amanda Rusk
2211 North 21st Street
Lafayette, IN 47904

Amanda Russell
11802 Southwest 83rd Drive
Lake Butler, FL 32054

Amanda Santiago
344 E Markison Ave
Columbus, OH 43207

Amanda Siler
8048 Montague Ct
Glen Burnie, MD 21061

Amanda Van Horn
101 Pacific Ave
Sharpsburg, GA 30277

Amani Tovar
22045 West Lakeland Trail
Plainfield, IL 60544

Amari Guzman
600 West 26th Street
Norfolk, VA 23517

Amari Virginia Hopkins
26 Watermill Ct
Stafford, VA 22556

Amaya Culbertson
6366 Bonnie View Drive
San Diego, CA 92119

Amazon Capital Services, Inc
410 Terry Ave. North,
Seattle, WA 98109

Amazon Capital Services, Inc.
2201 Westlake Avenue
Seattle, WA 98121

amber  rauhut
2323 Island View Drive
West Bloomfield Township, MI 48324

Amber Case
17945 Blue Creek Court
Reno, NV 89508

Amber Case
17945 Blue Creek Ct
Reno, NV 89508

Amber Champion
1 MacArthur Blvd, Apt 616
Haddon Township, NJ 8108

Amber Franks
3939 NW 85TH TER, APT. D
Kansas City, MO 64154

Amber Li
16816 East Maplewood DR
Aurora, CO 80016

Amber Marie Mize
320 Ridgewood ave, D1
Gainesville, GA 30501

Amber Riley
214 North Mimosa Lane
Bridgeport, WV 26330

Amber Roscoe-Diaz
6708 Mountain Hawk Loop NE
Rio Rancho, NM 87144

Amber Silberberger
9235 Gamma Ln
Montague, CA 96064

Amber Slachta
2121 S Terripin Cir
mesa, AZ 85209

Amber Vanadore
23 Riverplace Drive
Greenville, SC 29611

Amber Villalobos
11457 Loch Lomond Drive
Whittier, CA 90606

Amber West
509 E Valencia Ave, A
Burbank, CA 91501-2571

Amelia Goncalves
86 Caroline Dr.
Taunton, MA 2780

Amelia Orozco
310 Carol Dr
Grand Prairie, TX 75052

American Express
PO Box 1270
Newark, NJ 07101-1270

American Recovery Service Inc.
555 St. Charles Dr. - Suite 100
Thousand Oaks, CA 91360

Amia Janae Warren
1888 McCullough Drive
Lexington, KY 40511

Amida Fulmer
127 Hammock Road
Trussville, AL 35173

Amir Kondolojy
15044 Greenmount dr
Woodbridge, VA 22193

Amman Gerald
3512 Sudbury Lane
Louisville, KY 40220

Ammy Concepcion
426 W Osceola Ave
Clewiston, FL 33440

Amy Agosto
1129 Stratford Avenue, Ground Floor
The Bronx, NY 10472

Amy Aleksiev
1541 Onyx Circle
Longmont, CO 80504

amy calle
134-50 58th ave, 1
flushing, NY 11355

Amy Castronovo
1367 KENORA PL
Escondido, CA 92027

Amy Chan
12104 Hallwood Drive
El Monte, CA 91732

AMY COX
2001 AZALEA DR
VALDOSTA, GA 31602

Amy Failor
3563 Orrstown Rd
Orrstown, PA 17244

Amy Golden-Bouchard
63 Boutelle Rd
Bangor, ME 04401-5842

Amy Guo
1156 Harold Rd
District of North Vancouver, BC V7K1G3

Amy Ho
8008 Emerson PL
Rosemead, CA 91770

Amy Johnson
1721 Flores Street
Seaside, CA 93955

Amy L Purvis
2299 7th avenue
MILTON, WA 98354

Amy Lopez
202 Ten Eyck Walk, 2B
Brooklyn, NY 11206

Amy Matlock
15825 Quorum Dr, Apt 2130
ADDISON, TX 75001-3486

AMY MURDOCK
849 W. ABBEY DR.
MEDINA, OH 44256

Amy Nobles
125 W Main St
Dryden, NY 13053

Amy Page
1419 Poplar Street
Lebanon, PA 17042

Amy Povick
4211 South 94th Street
Greenfield, WI 53228

Amy Rockey
1804 Stonecrest Ct
North Chesterfield, VA 23236

Amy Tran
5010 Southeast 114th Avenue
Portland, OR 97266

Amy Williamson
29 Lake Village Court
Johnson City, TN 37601

Amy Yaskoff
7543 Loop St
Navarre, FL 32566

Amy Zeng
3872 Stone Pointe Way
Pleasanton, CA 94588

An Vo
24800 Townsend Ave
Hayward, CA 94544

Ana Cestero
1827 Ryon Falls Dr
Richmond, TX 77469

Ana cubilla
4203 South 19th Street
Omaha, NE 68107

Ana G Rios
3018 NW Port Ave
Lincoln City, OR 97367-4707

Ana Li
10676 Ellen St
El Monte, CA 91731

Ana Michelle Gomez
125 Crosspoint Road, Apt 8204
Boerne, TX 78006

Ana Rivera
2553 W Catalina Dr
Phoenix, AZ 85017

Ana Sanchez
6257 Columbus Ave, 6257 Columbus Ave
Van Nuys, CA 91411

Ana Valdes Behrens
6486 W 80th Dr Unit B
Arvada, CO 80003

Ana Vallejo
11400 Culver Blvd, 11
Los Angeles, CA 90066

Anabel Hill
20316 Hunt Club Dr
Harper Woods, MI 48225

Anais Rivera
2620 Centennial Court
Duluth, GA 30096

Anas Rahman
4305 47 Street, Apt A22
Sunnyside, NY 11104

Anastasia Evseeva
22 Old Ranch Road
Laguna Niguel, CA 92677

Anastasiia Osypova
2562 Seymour Avenue
The Bronx, NY 10469

Andi Kausch
208 CLEVELAND LN
PRINCETON, NJ 8540

Andi Nguyen
10281 Empress Ave
San Diego, CA 92126

andre fuller
7044 DARTMOUTH AVE
UNIVERSITY CITY, MO 63130

Andre Robles
6301 Ming Ave, apt. 69
Bakersfield, CA 93309

Andre Santiago
2620 Fatemeh Circle
Anchorage, AK 99507

Andre West
506 Marinella Aisle
Irvine, CA 92606

Andrea Aguilar
631 Sandalwood Dr
El Cajon, CA 92021

Andrea Aleman
2719 Logan Drive
Mansfield, TX 76063

Andrea Cruz
10455 Allenby Street
Riverside, CA 92505

Andrea Haywood
145 Pebble Court
Pike Road, AL 36064

andrea nava
1789 ARMAND DR
MILPITAS, CA 95035

Andrea Ortega
8301 Mesa RD
Santee, CA 92071

Andrea Przybylski
7015 Forest Meadow
San Antonio, TX 78240

Andres Acosta
4133 Durfee Avenue
Pico Rivera, CA 90660

Andres Gutierrez
3004 South L Street
Oxnard, CA 93033

Andres Landeros
4050 N CENTRAL AVE
CHICAGO, IL 60634-1832

Andres Lopez
1201 West Pottery Street
Lake Elsinore, CA 92530

Andres Luna
719 East 40th Place, Apt 8
Los Angeles, CA 90011

Andres S Perez
805 24 Ave. Apt. F
Santa Cruz, CA 95062

Andres Valbuena
1321 Porter Street, A
Richmond, VA 23224

Andres Vazquez
4734N 79TH Dr
Phoenix, AZ 85033

Andrew  Chau
13431 Wynant Dr
Garden Grove, CA 92844

Andrew  J  Glidewell
121 E Tenny Ave
Louisville, KY 40214

Andrew  Park
827 Whitewater Drive
Fullerton, CA 92833

Andrew  Ramos
1641 W Monte Vista Ave
VISALIA, CA 93277-7332

Andrew  Thomas Azud
231 Adeline Drive
Westminster, MD 21157

Andrew  Ward
3187 Bellevue Avenue, Apt B6
Syracuse, NY 13219

Andrew Albrecht
2224 broadhead Place
Lexington, KY 40515

Andrew Alguera
25 Starlight Ct
West Babylon, NY 11704

andrew aros
13940 leedy ave.
sylmar, CA 91342

Andrew Avila
3828 Tahiti Ln
Modesto, CA 95356

Andrew Bartholet
11 OAK DR
STONINGTON, CT 6378

Andrew Belleza
2010 Ardmore Ave, Apt 74
Fort Wayne, IN 46802

Andrew Bennett
300 Prairie Avenue
Bozeman, MT 59718

Andrew Bogdan
616 Union Mills Road
Broadalbin, NY 12025

Andrew Brooks
320 McHenry Rd, Unit 20
Glendale, CA 91206

Andrew Bruck
2335 Washington St, 302
San Francisco, CA 94115

Andrew Bullen
1178 Boyds Corner RD
Middletown, DE 19709

Andrew Burnette
2925 Camden Drive
West Chicago, IL 60185

Andrew Chavez
17375 Via Calma
Tustin, CA 92780

andrew cleair
1424 Elm St
Fort Collins, CO 80521

Andrew Cook
863 Highlander Trail
Hudson, WI 54016

Andrew Cooklin
1603 Pcr 800
Perryville, MO 63775

Andrew Defenbaugh
4545 East Arapahoe Place
Centennial, CO 80122

ANDREW DEMAYO
401 WOLFE ST
VALLEJO, CA 94590

Andrew Elliott
37908 Greenwich St
Clinton Township, MI 48036

Andrew Escobar
5437 GEYSER AVE
Tarzana, CA 91356

Andrew Feller
8400 Metronome Drive
Raleigh, NC 27613

Andrew Gutierrez
5216 North Muscatel Avenue
San Gabriel, CA 91776

Andrew Hensarling
7664 Apple Valley Road
Germantown, TN 38138

Andrew Hoefer
7109 Old Harbor Avenue
Anchorage, AK 99504

Andrew J Richards
16375 Parkwood Dr
Macomb, MI 48044-3220

Andrew Jacobs
3221 Florence Avenue
Steger, IL 60475

Andrew Kooser
7608 HALSEY ST, APT 203
LENEXA, KS 66216

Andrew Le
208 Adams ave
Biloxi, MS 39531

Andrew Lewis
13805 10th Terrace
Grandview, MO 64030

Andrew Masi
12838 W. Segovia Dr.
Litchfield Park, AZ 85340

Andrew Mersel
11 Cypress Ct.
Bordentown, NJ 8505

Andrew Mihalkovic
2865 Einstein Dr
Virginia Beach, VA 23456

Andrew Miller
10916 Tesson Ferry Road
St. Louis, MO 63123

Andrew Moore
9064 Brandywine
Northfield, OH 44067

Andrew Morris
3019 35th Ave
Rock Island, IL 61201

Andrew Munoz
13662 Beckner Street
La Puente, CA 91746

Andrew Nguyen
11245 E Ulysses Ave
Mesa, AZ 85212

Andrew Nielson
824 Rim View Ln E
Twin Falls, ID 83301

Andrew O'Laughlin
48 Vogel Circle
Arnold, MO 63010

Andrew Patton
710 Berkeley Ave.
Orange, NJ 7050

Andrew Ramirez
3055 Cudahy St
Huntington Park, CA 90255

Andrew Roman
2901 Virginia ave, 10
Bakersfield, CA 93307

Andrew Ruelas
2756 East Hickory Street
Gilbert, AZ 85298

Andrew Salgado
1541 COVE DR
PROSPECT HEIGHTS, IL 60070

andrew sirianni
8223 Southeast 71st Street
Mercer Island, WA 98040

Andrew Smith
500 locust st
Burdett, KS 67523

Andrew Swailes
16450 Macon Street, Apt. 301
CLERMONT, FL 34714

Andrew Vu
5567 Annandale Place
Corona, CA 92880

Andrew Wlodyga
6647 Hanna Ct
Byron, MI 48418

Andrew Wong
157 Crestmount Ave, 1
Tonawanda, NY 14150

Andrew Wright
3365 Diego Bay Circle
Las Vegas, NV 89117

Andrew Yen
14561 Manchester Ave
Chino, CA 91710-6969

Andrew Yenco
5046 Relleum Avenue
Cincinnati, OH 45238

Andria Hoover
8031 California Ave SW
Seattle, WA 98136

andrieth martinez
urb.las monjitas calle novicia 328
PONCE, PR 730

Andy Craig
235 e hale st
Ridgeway, OH 43345

Andy Cruz
10810 Odyssey Court
Houston, TX 77099

Andy De Santiago
158 N 13th Ave, Apt. C
Upland, CA 91786

Andy Everett
232 Oakwood Drive
Layton, UT 84040

Andy Gilles
592 Sunset Ave
Keizer, OR 97303

Andy Gomez
8045 Sw 107 Ave, Apt.316
Miami, FL 33173

Andy Leung
3315 Del Mar Avenue, B
Rosemead, CA 91770

Andy Lopez
12401 Tierra Ana Court
El Paso, TX 79938

Andy McGrath
8318 Robey Ave
Annandale, VA 22003

Andy Melgar
16503 MOUNT HOPE DR
Cypress, TX 77433

Andy Nguyen
1125 9th Street
San Leon, TX 77539

Andy Nguyen
930 Ball Avenue
Escondido, CA 92026

andy wong
8621 Greylag way
Elk Grove, CA 95757

Aneth Tirado
434 SECT. NOGUERAS
CIDRA, PR 739

Angel Alvarez
10430 Cr 800
Royse City, TX 75189

Angel Camarillo
2705 Seine Ave
Highland, CA 92346

Angel Cebreros
649 Erica Street
Escondido, CA 92027

angel hernandez
131 Saint Nicholas Avenue
New York, NY 10026

Angel Herrera
1501 Barlow Ave
Dallas, TX 75224

Angel Medina
45 St James St
West Hartford, CT 6119

Angel Mendez
2907 Brighton Ave
Los Angeles, CA 90018-3123

Angel Quintero
1414 South Eastern Avenue
Commerce, CA 90040

Angel Soto
200 Mill St, APT. B6
Belleville, NJ 7109

Angel Soto
P. O. Box 2077
Hatillo, PR 659

Angel Valerio
10250 Spencer Street, 1102
Las Vegas, NV 89183

Angel Vazquez
4808 Blue Springs Dr
Nashville, TN 37211

Angel Velasquez
3837 Hellman ave
Los ?°ngeles, CA 90032

Angela Brown
143 Margate Drive, Address 2
Albany, GA 31721

Angela Emmons
7365 North Peppermill Way
Boise, ID 83714

Angela Kelly
123 Trailwood Avenue
Aiken, SC 29803

Angela Pham
1011 South Main Street, APT 4601
Carrollton, TX 75006

Angela Pluck
19972 New Rome Road
Nevada City, CA 95959

Angela Simpkins
1550 Jasmine Trail
Sevierville, TN 37862

Angela Yan
260 Clara Terrace
Fremont, CA 94539

Angelia Ouk
4930n North Drake Avenue
Chicago, IL 60625

Angelica  Siangco
4231 Shady River
Missouri City, TX 77459

Angelica Buckley
3005 Rugeley St
Bay City, TX 77414

Angelica Cain
P.O. Box 733
Howland, ME 4448

Angelica Pearson
20216 south mountain road
Santa paula , CA 93060

Angelica Shoemaker
149 Eckenrode Rd
Loretto, PA 15940

Angelika Sobilo
628 Humboldt St, 2
Brooklyn, NY 11222

Angelina Ayvazyan
17450 Weddington Street
Los Angeles, CA 91316

Angelina Buscaglia
143 Brendan Avenue
Buffalo, NY 14217

angelina sirico
643 Parakeet Court, 643
Kissimmee, FL 34759

Angelina Ulaj
7323 State Rte 55
Neversink, NY 12765

Angeline Salva
6824 Trovita Way
Citrus Heights, CA 95610

Angelique Gatti
401 Prospect Avenue, Apt 2
Brooklyn, NY 11215

Angelique Ramirez
7747 pioneer blvd
whittier, CA 90606

Angellica Carter
5361 Longhorn Trail
Gulf Breeze, FL 32563

Angelo Atienza
46 franklin ave
Rockaway, NJ 7866

Angelo Beltrame
921 Rowlett Avenue
Melrose Park, IL 60164

Angelo Martinez
1555 South 9th Street
Milwaukee, WI 53204

Angelo Tagliavia
1434 big bend rd, B
WAUKESHA, WI 53189-7651

Angely  Martinez
3317 101st Street
Queens, NY 11368

Angie Lacombe
15 Woods Lane
Cranston, RI 2921

Angie Ramirez
818 Richcrest Drive, Apt 2901
Houston, TX 77060

angie rivera
3832 wenonah avenue
berwyn, IL 60402

Ania T. Manley
11801 Breton Court, 22C
Reston, VA 20191

Anibal Rosado
62 Lower Ridgeview Circle, Unit C
East Stroudsburg, PA 18302

Anika Perry
13305 Northeast 45th Street
Vancouver, WA 98682

Anissa Libler
6467 N Daden Drive
Alexandria, IN 46001

Anita Beth Benkert
1245 Burr Oak Circle
Greenwood, IN 46143

Aniya Patterson
4307 57th Ave, Apt 4
Bladensburg, MD 20710

ann aldrich
209 Hawick Rd
Inwood, WV 25428

Ann Aldrich
209 hawick rd
Inwood, WV 25428

Ann Craig
2924 Swansea Cres E
Allison Park, PA 15101

ann Endsley
1121 K St
Modesto, CA 95354

Ann Palmisciano
227 George Allen rd
Chepachet, RI 2814

Ann Wymer
3409 Eryn Place
Hudson, OH 44236

Anna  Sebastianelli
22 Riverview Drive
Jessup, PA 18434

Anna Kapinos
63 Crane Avenue
Westfield, MA 1085

anna milagrosa
24W661 Meadow Lake Dr
Naperville, IL 60540

Anna Trenholm
4959 Wetzel dr NW
Depauw , IN 47115

anna wilcox
13829 S Vestry Rd
Draper, UT 84020

Annabel Alford
18310 Hrebik Road
Stewartstown, PA 17363

Annabelle Madison
203 Sutterville cv
Austin, TX 78717

AnnaLee Dragon
21 Albany Ave, Apt C
Green Island, NY 12183

Annalisa Villanueva
517 Forest Village Cir
La Marque, TX 77568-1505

AnnaMae Murphy
6679 Grand Oaks Dr
Las Vegas, NV 89156

anne adamson
309 8th Street
Huntington Beach, CA 92648

Anne Ligas
17 South Woodland Ave
East Brunswick, NJ 8816

Anne McGuire
1261 NE Market Dr.
Fairview, OR 97024

Anne Smith
91 Guygrace Lane
Webster, NY 14580

ANNE WRIGHT
310 COTTAGE AVE
HORSHAM, PA 19044

Annette Lee
1102 Iron Ridge Court
Herndon, VA 20170

annmalene Watson
3211 Pearl Street APT 502
Nacogdoches, TX 75965

ANNYELA QUEZADA
3192 VIA VIGANELLO
Chula Vista, CA 91914

Anri Ocampo
754 KIKANAI LOOP
HONOLULU, HI 96818-4434

Anthea Murphy
4616 Heights Drive
Columbia Heights, MN 55421

Anthony  Germanotta
3209 Capri Drive
Philadelphia, PA 19145

Anthony  Saez
2901 Utopia Drive
Miramar, FL 33023

Anthony Andrews
23 Brunswick Ln, Unit B
Palm Coast, FL 32137-3627

Anthony Annunziato
8403 247th Street
Bellerose, NY 11426

Anthony Battaglini
2232 North McCord Road
Toledo, OH 43615

Anthony Bocci
1837 N 52nd Street, BSMT
Seattle, WA 98103

Anthony Breslin
12574 SPRINGBROOK LN SW
LAKEWOOD, WA 98499-3356

Anthony Callaway
12491 Red Fox Dr
Gulfport, MS 39503

Anthony Canez
63 West Maple Avenue
Heber, CA 92249

Anthony Corns
14006 Kentucky 57
Tollesboro, KY 41189

Anthony Corona
7860 Steddom Drive
Rosemead, CA 91770

Anthony Diaz
7009 Via Bella Luna Avenue
Las Vegas, NV 89131

anthony diehm
313 n 875 e
Mill Creek, IN 46365

Anthony Guzman
37 CHADWICK RD
HILLSDALE, NJ 7642

Anthony Irineo
208 Parker Avenue, Apartment 5
Passaic, NJ 7055

Anthony J Gomez
240 Cabrini Blvd Apt B, 240 Cabrini Blvd
New York, NY 10033-1128

Anthony Johnson
999 North Silver Springs Boulevard
Wichita, KS 67212

Anthony Jones
5569 Pinehurst Ln
Columbia, MO 65202

Anthony Knutson
911 E 4th St
Litchfield, MN 55355

Anthony Kukich
8734 Center Drive
North Royalton, OH 44133

Anthony Marosi
3652 Wright Brothers Avenue, 304c
Goldsboro, NC 27534

Anthony Martinez
7640 West Sunset Drive
Elmwood Park, IL 60707

Anthony May
405 22nd Ave
Seattle, WA 98122

anthony maybin
2268 Dutch Lane Northwest
Newark, OH 43055

Anthony Merckel
836 Halyard Drive
Avon, IN 46123

ANTHONY NICHOLSON
7099 N Hualapai Way, 1100
Las Vegas, NV 89166

Anthony Palumbo
41 Shotwell Avenue
Staten Island, NY 10312

Anthony Parrotta
109 Winchester Drive
Liverpool, NY 13088

Anthony Pena
3803 Pipers Crest Street
San Antonio, TX 78251

Anthony Powell
2124 Knickerbocker St. SW
Wyoming, MI 49519

Anthony Ramirez
8051 West Georgia Avenue
Glendale, AZ 85303

Anthony Rivera
11 Forest Acres Drive haverhill MA, 11B
Haverhill, MA 1835

Anthony Sassone
23 Tarragon Terrace
Halfmoon, NY 12065

Anthony Scott
7 Lydia Court
Pikesville, MD 21208

Anthony Smith
18320 West Cinnabar Avenue
Waddell, AZ 85355

Anthony Soliz
3160 Vera Lane
Bluffdale, UT 84065

Anthony Soria
6316 Alamo St
Springfield, VA 22150

Anthony Testa
13423 Hidden Valley St, None
Eastvale, CA 92880

Antoinette Bonanno
24 Maple Wing Drive
Central Islip, NY 11722

antoinette marturana
1821 Meadow Trails Drive
Florissant, MO 63031

Antonia Martinez
97 William Patterson Court
Princeton, NJ 8540

Antonino Garufi
383 Littleworth Lane
Sea Cliff, NY 11579

Antonino N Sabado
2601 COLUMBUS ST, APT C37
BAKERSFIELD, CA 93306

Antonio Bailey
23619 Misty Peak
San Antonio, TX 78258

Antonio Borrero
5 Terra Nova Drive
Hopewell Junction, NY 12533

Antonio Cespedes
2541 82nd Street, 1
Queens, NY 11370

Antonio Contreras
4132 East 5th Street
Tucson, AZ 85711

Antonio Garza
401 E 27TH ST
HOUSTON, TX 77008-2203

Antonio Jimenez
4529 West 64th Place
Chicago, IL 60629

ANTONIO LARA
306 NW 114TH AVE APT 103
MIAMI, FL 33172-4754

Antonio Martinez
928 Ivanhoe Ln.
Dyer, IN 46311

Antonio Romero
21011 Osterman Rd., Apt.C300
Lake Forest, CA 92630

ANTONIO SANCHEZ
950 49th Street, Apt 6F
Brooklyn, NY 11219

Antonio Santillan-Martinez
239 West I St, Apt. 2
Los Banos, CA 93635

Antonio Torres
16 Mill Pond Dr.
Lancaster, PA 17603

Antonio Vela
9209 S Avers Ave
Evergreen Park, IL 60805

April Bermel
2100 s lewis St, APT 217
Anaheim, CA 92802

april defrancesco
29 Joseph pl.
Wayne, NJ 7470

April Iverson
1227 Davenport St
Sturgis, SD 57785-1922

April Kittel
107 Fairview Rd
Thousand Oaks, CA 91362

April Simons
346 Gentry Crossing Boulevard
Mount Washington, KY 40047

April Vieyra
16007 Cutten Rd
Houston, TX 77070

April Vigil
1125 Liberty Avenue
Ogden, UT 84404

April Wittenstrom
301 Randle St
Valparaiso, IN 46383

Arabian Young
243 white oak road
Lake Elsinore, CA 92530

Araceli Guzman
301 Esma Street
San Antonio, TX 78223

arammaru kim
7416 western bay dr
buena park, CA 90621

Arely Rivera
1835 Ash Dr SW
Los Lunas, NM 87031

Ari McDonald
9026 S. Essex Ave
Chicago, IL 60617

Aria Cirillo
3880 LONE MESA DR
LAS VEGAS, NV 89147

Arian Nguyen
13211 Kerry St
Garden Grove, CA 92844

Ariana Perez
402 SIERRA VISTA ST, Apt 4
CORONA, CA 92882

Ariana Tyler
1 Westford Pl, Apt 1
Allston, MA 2134

Arianna Cheng
1925 Kemp Rd
Marietta, GA 30066

Arianna Gleason
21446 Yucca Loma Road
Apple Valley, CA 92307-5846

Arianna Goff
7440 E Thomas Road, Apt 144
Scottsdale, AZ 85251

Ariel Eskridge
33612 Spring Hill Drive
Glade Spring, VA 24340

Ariel Harbin
900 goddard apt 33
Lincoln park, MI 48229

Ariel Lin
36 Jackie Drive
Long Valley, NJ 7853

Ariel Lo
2981 Avenue U
Brooklyn, NY 11229

Ariel Marin
17430 Cleveland Dr
Fort Myers , FL 33967

ariel stallknecht
21 Church Street
Glen Rock, PA 17327

Ariela Johnson
11281 NW 40TH St
Coral Springs, FL 33065-7736

Aries Wintz
18705 E 28th St S
Independence, MO 64057

Arin Adams
1118 Wiliki Dr.
Honolulu, HI 96818

Ariyan Womack
100 3rd St N (Park View Entrance), 812
Moorhead, MN 56560

Arizona Department of Revenue
PO Box 29010
Phoenix, AZ 85038

Arkanas Department of Revenue
PO Box 1272
Little Rock, AR 72203-1272

Arlehn KanYek
6 Lake Avenue
Keyport, NJ 7735

ARLENE WINDLER
4501 N HILLCREST ST
BEL AIRE, KS 67220

Arlette Garcia
1329 Carriage Drive
Irving, TX 75062

Armando Blancarte
670 West 23rd Street
Safford, AZ 85546

Armando Dardon
2200 NW 129 AVE, SUITE 108, GUA-104130
Miami, FL 33182-2485

Armando Furtado
14 Lenky Dr
Cumberland, RI 2864

Armando Gonzalez
12602 Maple Park Drive
SAN ANTONIO, TX 78249

Armando Jimenez
440 Camino Vencejo, F
Rio Rico, AZ 85648

Armando Nunez
11403 lima dr
San Antonio, TX 78213

Armando Ochoa
150 E 1ST AVE, 1216
Hialeah, FL 33010

Armando Rodriguez
Unit # 61439, Apache
APO, AE 9855

Arnita Furgason
5473 Marsh Road
Meridian charter Township, MI 48840

Arnold Juarez
901 South 6th Avenue # space 108
Hacienda Heights, CA 91745

Arnold Mendoza
5954 Kings Ranch Road
Riverside, CA 92505

Aron  Dody
324 North Union Street
Council Grove, KS 66846

Artemaeus Julien
2307 Beverly Drive, Apt 918
Urbandale, IA 50322

Artemio Gonzalez
809 N 29th St
McAllen, TX 78501

Arthur C. Sabio
240 EUGENE DR NW
Roanoke, VA 24017

Arthur Ceker
9419 Meadowbriar Lane
Houston, TX 77063

Arthur Chang
3214 113th ave se
bellevue, WA 98004

arthur morris
20 ASTER DR
SICKLERVILLE, NJ 8081

Arthur Prayogo
4020 Valley Blvd, Unit 100
Walnut, CA 91789

arthur rose
3958 Julian Street
Denver, CO 80211

Arturo Briseno
1221 Victoria Avenue
North Chicago, IL 60064

Arturo Oaxaca
4730 Myrtle Ave
San Diego, CA 92105-3533

Arturo Riojas
7308 Wagner CT
Laredo, TX 78045

Arwen O'Leary
2000 SW 4th St
Battle Ground, WA 98604

Asha Lynn Jones
4881 S 4180 W
Kearns, UT 84118-4064

Asher Cartagena
1091 park forest dr
Lilburn, GA 30047

asher chase
194 saint paul street, 521
Burlington, VT 5401

Ashia Beverly
8016 Old Mill Court
Severn, MD 21144

Ashlea Delarosa
428 Sugar Mill Drive
Cedar Hill, TX 75104

Ashlee Smith
898 Justin Lane
West Chester, PA 19382

Ashleigh Arnone
633 Payton
Irvine, CA 92620

Ashleigh McDonald
1905 Tufton Court
Virginia Beach, VA 23454

Ashleigh Peretic
1400 Cedardale Court
Mt. Juliet, TN 37122

Ashleigh Pyle
1432 Chevelle Drive
Richmond, VA 23235

Ashley Berger-Turner
5819 Shawnee Court
Mishawaka, IN 46545

Ashley Bryan
12808 Strode lane
Windermere, FL 34786

Ashley Bryan
4233 salt springs lane
Lakeland , FL 33811

Ashley Casarrubias
3255 South Dorsey Lane, Apt 2005
Tempe, AZ 85282

Ashley Gillingham
4224 Ort Dr
Woodburn, IN 46797

ASHLEY HILDEBRAND
661 Spears Road
Hornbeck, LA 71439

Ashley Hogue
11170 Foothill Ave
Gilroy, CA 95020

Ashley Hussey
3895 Englewood drive
Stow, OH 44224

Ashley Jackson
6641 lynfield dr
Charlotte, NC 28212

Ashley Juarez
604 Verano Street
Soledad, CA 93960

Ashley Kellett
10434 Harvest Ave
Santa Fe Springs, CA 90670

Ashley Laufert
14613 Tulip Lane
Hancock, MD 21750

Ashley Love
304 E 45th Street
Savannah, GA 31405

Ashley Mal
5520 Lee Highway, apt 102
Arlington, VA 22207

Ashley McKercher
7109 Edgewood Rd
Mechanicsville, VA 23111

Ashley Mochizuki
1368 Baxter Drive
Glendora, CA 91741

Ashley O'Salway
1753 Carlton Blvd.
Avon, IN 46123

Ashley Rodriguez
823 E Hummingbird St
Roma, TX 78584

Ashley Setters
128 s butler ave
Indianapolis, IN 46219

Ashley Siemiaczko
160 Granda Flora Dr
White House, TN 37188

Ashley Sopila
1759 Sharon Drive
Guthrie, OK 73044

Ashley Tabar
1910 South White Road
San Jose, CA 95148

Ashley Watts
272 W Water St
Flemingsburg, KY 41041-1051

Ashley Welch
6128 Creekside cir
Ypsilanti, MI 48197

Ashley White
2651 Reservior Dr
Simi Valley, CA 93065

ASHLEY WILLIAMS
2354 ELM DR
COLUMBUS, GA 31907

Ashlie Duflo
131 South Nebraska Street
Chandler, AZ 85225

Athena Magno
4618 66th Street
Woodside, NY 11377

attn. Mitch-Midnight Express
Po box 1468
Gresham, OR 97030-0500

Aubrey Brunson
8956 Brant Road
Diana, TX 75640

Audra Frogoso
7011 Jasper Hill Way
Las Vegas, NV 89118

Audrey L Johnson
4844 Frontage Road Northwest
Cleveland, TN 37312

Audrey Ojeda
29 Colonial Terr
Nutley, NJ 7110

Audrey Weon
1441 Brett Place, Unit 324
San Pedro, CA 90732

Audrianna R.
331 Belmont Avenue
Redwood City, CA 94061

August Callahan
730 Picket Lane
Longmont, CO 80504

August Sankey
9008 Hierba Rd
Agua Dulce, CA 91390

Augusto Viteri Men?©ndez
325 Vollmer Court
Northvale, NJ 7647

aurelio juarez
8722 Old Town Ln
Indianapolis, IN 46260

Aurielle Davis
2500 Vintage Park Lane
Yukon, OK 73099

Aurora  Malpass
5650 32nd Ter N
Saint Petersburg, FL 33710

Aurora Morrison
5069 Hidden Park Cres, Apt A109
Simi Valley, CA 93063

Austin Alcorn
2202 south jackson cove
Russellville, AR 72802

Austin Caudill
137 Susans Court
Hazard, KY 41701

Austin Cormier
113 Bright street
Waltham, MA 2453

Austin Craig
129 Flemming Road
Fort Bragg, NC 28307

Austin Cusak
1432 Van Valkenburgh Lane
Alexandria, VA 22301

Austin Hussey
1088 North Petaluma Street
Tulare, CA 93274

Austin Jasa
1704 44th ave E, 205
Tacoma, WA 98446

Austin Johnson
876 Johnson Bridge Road
De Queen, AR 71832

Austin Leiser
19296 Lead Mine Road
Anamosa, IA 52205

Austin Lewis
13526 3rd Avenue Northeast
Bradenton, FL 34212

Austin Moyer
13696 E DIABLO CREEK DR
VAIL, AZ 85641

Austin Voravong
1944 Ewing Estates Dr
Dacula, GA 30019

Autumn Drees
2948 Mayfair Ct
Clearwater, FL 33761

Autumn Willey
184 W Elm St
Pembroke, MA 02359-2111

Ava Gartman
108 Bendingwood Cir
Taylors, SC 29687

Ava Park
1770 Chestnut Place
Denver, CO 80202

Ava Russell
254 Seward St
Pittsburgh, PA 15211-1038

Ava Tramm
11540 Weeping Willow Drive
Zionsville, IN 46077

Ava Zolfaghari
722 ROE ST
STEILACOOM, WA 98388

Avery Alexander
1329 Sherwood Avenue
North Tonawanda, NY 14120

Avery Broughton
315 Carpenter Lane
Philadelphia, PA 19119

Avery Burns
13774 Monstrell Road
Frisco, TX 75035

Avery Ellis
2329 Gilmour Ave
Corpus Christi, TX 78414

Avery Whitledge
159 east brimfield road
Holland, MA 1521

Avery Wilson
2501 Soprano Way, Austin, TX, USA
Austin, TX 78759

Avik Banerjee
1028 Austin Pond Drive
Cary, NC 27519

Avram Kaufman
100 West 119th Street, 2D
New York, NY 10026

Axel Andersen
2043 Bedford St.
Santa Rosa, CA 95404

ay- B
6550 Saulsbury Ct
Arvada, CO 80003

Ayat Useinoski
3425 Gates Place, 6G
Bronx, NY 10467

Ayden Gallo
9 Justin Way
Cranston, RI 2910

Ayla Graham
4326 North Maple Street
Spokane, WA 99205

Aylin Hernandez
12-16 30th Dr, 1
Astoria, NY 11102

AYOUNG KIM
3701 Harvard Dr
North Wales, PA 19454

Azaryah Wilson
2506 Waldemar Ln
Tallahassee, FL 32304

Azaryiah Ritter-Williams
5734 Fleetwing Dr
Levittown, PA 19057

Azucena Manzano
3412 Dovewood Street, (LockerBox code 08
Bakersfield, CA 93309

Azul Mejia
82340 Miles Avenue
Indio, CA 92201

Azusena Garcia
415 West Fresno Street
Greenwood, AR 72936

B. Xiong
4646 North 71st Street
Milwaukee, WI 53218

Babak Asaseh
4458 Northwest 65th Street
Coconut Creek, FL 33073

Bach Nguyen
173 Dogwood Ct
Canton, MI 48187

Bailey Carlson
479 Stonegate Way NW
Airdrie, AB T4B 2Y2

Bailey Duenas
930 SW Silverberry ST
Oak Harbor, WA 98277

Bailey Powell
4417 San Mateo Ln
McKinney, TX 75070

Baily Mueller
2024 briarwood Ct
Newton, KS 67114

Baker, Loretta
218  Brandon Drive
Monticello, KY 42633

Bandai Namco Toys & Collectibles America Inc.
23 Odyssey Ave.
Irvine, CA 92618

Bank of America
PO Box 660441
Dallas, TX 75266-0441

Bao Zheng
32708 Regents Blvd
Union City, CA 94587

Barbara Beaver
1739 2nd Street
West Deptford, NJ 8086

Barbara C Breslin
280 Neponset Valley PKWY
Hyde Park, MA 2136

Barbara Canady
2309 Walton Pl
Minneapolis, MN 55411

Barbara Hesik
6310 Winding Stream Dr
Louisville, KY 40272

Barbara Villarreal
918 Richview Drive
Houston, TX 77060

Barclays Bank Delaware
PO Box 70264
Philadelphia, PA 19176-0264

Barry Chan
5352 Debra Lane
Richmond, CA 94803

BARRY SULLIVAN
512 Gideon Road,
Middletown, OH 45044

Barton Lynn
18244 La Casa Ct.
Reno, NV 89508

BAYDEN DORA
2506 Tremont Drive
Eustis, FL 32726

baylee jones
8834 South Alaska Street
Tacoma, WA 98444

Baylee Steele
622 Vine Street
Chillicothe, OH 45601

Beatrice Navarrette
190 Roberta Dr
Watsonville, CA 95076

Beatrice Vantapool
4600 9th Ave, 508
Brooklyn, NY 11220

Beau Floyd
1209 Douglas Street
Euless, TX 76039

Beau Nguyen
5531 Lavaca road
Grand Prairie, TX 75052

Bebito Vargas
1561 7th Avenue Drive
Kingsburg, CA 93631

becca mcgough
Shipslanding Avenue Northwest, 6125
canton, OH 44718

Beckie Boring
6871 Raybear Dr
Canal Winchester, OH 43110-9497

Beckie Ramsey
2303 Education Way
Oakwood, GA 30566

Becky Weeden
90 Jericho Road
Haverhill, MA 1832

belen corona
12413 Clearglen Avenue, Apt 13
Whittier, CA 90604

Belen Lezama
1230 Acmite Avenue
Aubrey, TX 76227

Belinda Hernandez
38060 12th St E
Palmdale, CA 93550

Bella Mcnamara
5821 West Strant Street
Eagle, ID 83616

Belladonna Scala
3443 East 5th Street
Los Angeles, CA 90063

Bellamy Fowlds
1737 20th avenue SE, 606
Aberdeen, SD 57401

Ben Carkhuff
1127 meadow ln
Colona, IL 61241

Ben Castillo
12638 Ridgeline Blvd, Apt 1213
Cedar park, TX 78613

Ben Kasko
1111 Mormon Street
Folsom, CA 95630

Ben Mitchell
5548 Greatpine lane n
Jacksonville, FL 32244

ben rockefeller
3872 South Leawood Avenue
Springfield, MO 65807

Ben Rohde
7836 Ogden Avenue, 276
Lyons, IL 60534

Ben Schuldt
2300 West San Angelo Street, Apt. 1147
Gilbert, AZ 85233

Ben Schultz
15921 W 66th Pl
Arvada, CO 80007

bendee anzures
1492 Palisades Drive
PACIFIC PALISADES, CA 90272

Benito Omana Moro
2740 SE 73rd Ave
Portland, OR 97206

Benjamin Alcaraz
125 San Pascual Ave
Los Angeles, CA 90042

Benjamin Averitt
216 Nunn St
Havelock , NC 28532

Benjamin Bainbridge
203 Market St, BOX 412
Cumbola, PA 17930

Benjamin Bishop
1939 WILLOWGREEN DR
BEAVERCREEK, OH 45432

Benjamin Danaj
7016 DEERING ST
GARDEN CITY, MI 48135

Benjamin Darling
69 South 1300 East
Springville, UT 84663

Benjamin Dillon
7829 49th Ave
Kenosha, WI 53142

Benjamin Gifford
2001 FLORAL DR
WILMINGTON, DE 19810-3835

Benjamin Godwin
4188 Butternut Hill Drive
Troy, MI 48098

Benjamin Hamilton
863 Florida Ave
York, PA 17404

Benjamin Hinely
211 Neely Hammonds Road
Covington, GA 30014

Benjamin Lozensky
510 5th ST
West Concord, MN 55985

Benjamin Magrum
5822 Calaveras Circle
La Palma, CA 90623

Benjamin McElhany
438 Locust Grove Road
YORK, PA 17402

Benjamin Metzemaekers
6 Washington Circle
Hillsboro, NH 3244

Benjamin Morales
204 Greenhurst Ave
Summerville, SC 29485

Benjamin Nichols
601 Orange Avenue Northeast, 264
Roanoke, VA 24016

Benjamin Ortega
2604 Cumberland Ct
College Station, TX 77845

Benjamin Ortiz
1563 West 113th Street
Los Angeles, CA 90047

Benjamin Quach
1407 West Chateau Avenue
Anaheim, CA 92802

Benjamin Reyes
302 Meadow lane
Norfolk, NE 68701

Benjamin Richey
1917 Tabor Circle
Gadsden, AL 35904

Benjamin Robertson
45 Mountain Avenue
Rocky Mount, VA 24151

Benjamin Sennett
257 Weathervane Rd
South Kingstown, RI 2879

Benjamin Tripp
124 Davis St., Apt.#1
Greenfield, MA 1301

Benjamin Tyler
108 Ferntree Ct
Columbia, SC 29210

Benjamin Whitt
1539 E Scott Ave
Gilbert, AZ 85234

Bentley  Dean
1064 boyd crossing rd
Newberry, SC 29108

Berend DeBoer
14501 kolmar ave
Midlothian, IL 60445

Bernard Bernard
26474 Sagewood
Lake Forest, CA 92630

Bernard Panelo
6009 Rancho Mission Road, Unit 208
San Diego, CA 92108

Beth Achterhoff
720 Diamondhead Drive South
Pinehurst, NC 28374

Beth Tchinski
26256 Golada
Mission Viejo, CA 92692

Bethany Carr
PO Box 61
Randolph, NY 14772

Bethany Marner
6409 53rd Avenue Court West Apt D, Apt D
University Place, WA 98467

Bethney Soto
3701 Whitefish Street
Bentonville, AR 72712

Betina Levine-Rivas
427 15th Street, apt 1D
Brooklyn, NY 11215

Betsy Leeloy
HC3 Box 14076, 15-1972 32nd St.-HPP
Keaau, HI 96749

Betzalys Cabrera Kuilan
4008 North Bernard Street, Floor 1
Chicago, IL 60618

Beverly Escamilla
3818 Ohio Ave, Richmond, Apt, suite, flo
Richmond, CA 94804

Beverly Saenz
5 Evans Street
San Diego, CA 92102

Bianca Arellano
704 S Vine Ave
Ontario, CA 91762

Bianca Nascimento
4242 East West Highway, 1109
Bethesda, MD 20815

Bianca Solano
123 Lalor Street
Trenton, NJ 8611

Bianca Yu
98-364 Kaonohi Street, Apt 2
Aiea, HI 96701

Bilal Estwani
12615 Fantasia Drive
Herndon, VA 20170

Bill Dziatkowicz
9682 Kingston Trl
Olmsted Twp, OH 44138

Bill Ghaffary
4766 Dartmoor Court
Moorpark, CA 93021

Bill Kennen
49 Lufkin Ct.
Warwick, RI 2888

Bill Seufert
2424 SE Pine Ln
Portland, OR 97267

Billie Powers
2024 Dane - Kelsey Drive
Pekin, IL 61554

Billy Goshorn
16886 West Roosevelt Street
Goodyear, AZ 85338

Billy Lu
4033 Villeroy Avenue
Las Vegas, NV 89141

Billy Tong
751 Kaiwiula Street, 13H
Honolulu, HI 96817

Billy Trafford
202  E. Plumb St  PO BOX 75
Linden, IN 47955

Bishop Craig
101 crestview drive lot 3
Foley, MO 63347

Bizarre_ Ethen
13767 West Pattison Avenue
Kenton, OH 43326

Bj Sablan
6473 S Hoyt Ct
Littleton, CO 80123

Bladimir Valladarez
26577 Ward Street
Highland, CA 92346

Blair Zhou
6 Phyllis pl
Milltown, NJ 8850

Blake Essex
4500 Emerson Drive
Plano, TX 75093

blake holcomb
572 west berdine street
roseburg, OR 97471

Blake Knecht
424 independence drive
Burlington, NJ 8016

Blake Kunimoto
8906 Bergamo Circle
Stockton, CA 95212

Blake Roberts
41 Old Oak Court
Southington, CT 6489

Blake Weldon
190 Gorget Ct
Troy, MO 63379

blake Wheeler
705 East Market Avenue, Apt 2
Searcy, AR 72143

Blanca Flores
327 Fair Ave.
San Antonio, TX 78223

Blas Gutierrez
2007 North O'Connor Road
Irving, TX 75061

Bleng Puih
704 Carroll Street
Durham, NC 27701

Bob Ayach
21731 Ventura Blvd. Ste 300
Woodland Hills, CA 91364

Bob Mitchell
1730 N. Arlington Pl.
Milwaukee, WI 53202

Bobby Rucker
1200 west oklahoma avenue
Sulphur, OK 73086

BOBBY Z
10903 Northfleet Drive
Anchorage, AK 99515

Bobby Zambella
7338 Heapford Terrace
Port Charlotte, FL 33981

Bonnie Claire Gauthier
7728 Chickory Hollow Ct
Worthington, OH 43085-4883

Bowei Ye
222 N Columbus Dr Apt 1810
Chicago, IL 60601-7951

BOWEN SHEN
959 Stewart Dr, Apt 828
Sunnyvale, CA 94085

Boyle Boyle
2201 Mountain Springs Road
Auburn, CA 95602

Brad Allebone
4707 Cornoustie Street
Pasadena, TX 77505

Brad Farrow
4691 Harpeth Peytonsville Rd
Thompsons Station, TN 37179

Brad Johnson
397 Pennsylvania ave
Bridgeport, WV 26330

Brad Ramirez
7734 Ironbark Drive
Port Richey, FL 34668-1723

Brad Scallin
172 Diablo Court
Pleasant Hill, CA 94523

Brad Vaughn
29226 Greenbrier Dr
Pierce City, MO 65723

Bradley Barwick
20722 Sunset Lane
Redding, CA 96002

Bradley Evans
9804 Pulham Road
Burke, VA 22015

Bradley Good
24 Camborne Circle
Fairport, NY 14450

Bradley Jackson
PO Box 221073
Anchorage , AK 99522

Bradley Lopez
1335 South Scarborough lane
Anaheim, CA 92804

Bradley Rivera
94 Midland Ave
garfield, NJ 7026

Brady Alantzas
14 Mill River Lane
Rowley, MA 1969

Brady Ingersoll
7035 Deepage Drive,
Columbia, MD 21045

Brady VanGorder
80 Pear Street
Cabot, AR 72023

Brandee Riehle
238 West Calle Bayeta
Sahuarita, AZ 85629

Branden Klimas
9 Wynnecliffe Drive
Carnegie, PA 15106

Brandi Camp
5555 Roswell 5555 ROSWELL RD, Apt W4
Atlanta, GA 30342

Brandi McGinty
48 Everard Street, apt 3
Worcester, MA 1605

Brandi Taylor
8104 Blue Hole Court
McKinney, TX 75070

Brandon  Alos Fujimoto
95-1036 Hoalumi St.
Mililani, HI 96789

Brandon Berg
1702 41st Ave s
Moorhead , MN 56560

Brandon Boone
148 Jim Boone Ln
Jacksonville, GA 31544

Brandon Bourland
1102 Markham Avenue
Paducah, KY 42003

brandon carter
2349 e castleman st
Longview, WA 98632

Brandon Castillo
114 Colt Loop
Kyle, TX 78640

Brandon Chan
10890 Macouba Place
San Diego, CA 92124

Brandon Colmenero
1278 Cabelas Drive, Apt 221
Buda, TX 78610

brandon edmonds
1007 Lockett Drive
Danville, VA 24541

BRANDON FRANK
2625 Hillcrest Avenue
Norristown, PA 19401

Brandon Hairston
1663 Firvale Ave
Montebello, CA 90640

Brandon Hamilton
104 Main Street, PO Box 146
MONROE CENTER, IL 61052

Brandon Hamilton
6231 N. Burkhart Rd.
Howell, MI 48855

Brandon Hoang
4733 SW Greensboro Way, Apt 93
Beaverton, OR 97007

Brandon Hwang
394 Boynton Avenue, APT E3
San jose, CA 95117

Brandon Ingraham
5406 Simpson Circle
Doylestown, PA 18902

Brandon Jefferson
726 Roark Street
Chase City, VA 23924

Brandon Kelly
2232 Moldavite Lane
Santa Rosa, CA 95404

Brandon Kent
444 Santa Barbara Drive
Pataskala, OH 43062

Brandon Kosinski
21574 Chase Dr.
Novi, MI 48375

Brandon Lantis
25105 Rancho Lane
Paisley, FL 32767

Brandon Luu
988 B Mowry Ave
Fremont, CA 94536

Brandon McKinney
310 Long Grove Lane
Greer, SC 29650

Brandon Menifee
2868 Kings Lynn
memphis, TN 38128

Brandon Murphypmb1478
285 Farenholt Ave Unit303
Tamuning, GU 96913

Brandon Nichols
4311 W Anthem Dr
Fayetteville, AR 72704-5059

Brandon OBrien
577 Oak Street
Berlin, WI 54923

Brandon Parker
380 Latimore Valley Road
York Springs, PA 17372

Brandon Parsley
54 Grandview Cir
White Lake, MI 48386

Brandon Quintero
1618 Kimberly lane
Romeoville, IL 60446

Brandon Rawlins
3318 BONNEVILLE CIR
Chattanooga, TN 37419

Brandon Reale
6241 Sunnywood dr
Solon, OH 44139

Brandon Rendon
691 Monferino Dr.
San Jose, CA 95112

Brandon Renteria
1734 Luna Bella Ln
Manteca, CA 95337

Brandon Rios
29785 Calle Edmundo
Sun City, CA 92586

Brandon Roof
319 Nell St
Batesburg, SC 29006

Brandon Rountree
822 S Southern St
Seattle, WA 98108-4440

BRANDON STROUP
343 South Boundary Avenue SE, Apt 2
Aiken, SC 29801

Brandon Whitmore
1930 Hopedale Dr
Troy, MI 48085

Brandon Wong
25 Scott Aly
San Francisco, CA 94107-1086

Brandon Worrell
2105 Fort Robinson Dr
Kingsport, TN 37660

Brandy Johnson
31 Highland St
Rice Lake, WI 54868-2220

Brandy Miller
401 Hawkeye Avenue
Williamson, IA 50272

Brandy Ramirez
4825 Sparrow Dr
Saint Cloud, FL 34772

Brandy Steals
18 Lamplighter Lane
Baden, PA 15005

Brantley  Kuglar
140 Hickory Lane
Williston, SC 29853

Brayan Garcia
500 South Lake Street, 317
Los Angeles, CA 90057

Bre Hancock
3120 Naamans Rd, APT S5
Wilmington, DE 19810-2114

Brea Hellard
135 Gadwall Ct
Shepherdsville, KY 40165

Breana Villa
51 Beverly Drive
salinas, CA 93905

Breanna Briggs
69 Stratford Road
Tinton Falls, NJ 7724

Breanna Henriquez
15 Ponus Avenue
Norwalk, CT 6850

Bree Burchinal
2033 Springdale Avenue
Charlotte, NC 28203

Breeanny Meza
3700 Parkview Lane, 24 D
Irvine, CA 92612

Bren Bataclan
25 Kelly Road #2
Cambridge, MA 2139

Brenda  Solem
5815 Mayberry Drive
Imperial, MO 63052

Brenda Curiel
432 E Banning St
compton, CA 90222-1414

Brenda Dickason
7742 N. Avenida de Carlotta
Tucson, AZ 85704

BRENDA FREKING
3333 BELLEVIEW ROAD
PETERSBURG, KY 41080

Brenda Rawson
909 Congressional Dr
Lawrence, KS 66049

Brenda Streitman
3 Shore Lane
Westhampton, NY 11977

Brendan  Coletta
2719 W Bonnie Brook Ln
Waukegan, IL 60087

Brendan Dailey
58 Greenwood Avenue, Apt. 4
East Islip, NY 11730

Brendan Selig
48 phelps st
Windsor, CT 6095

brendon moeller
3 veteran road
patterson, NY 12563

Brenna Bochow
531 Paper Mill Road
Newark, DE 19711

Brenna Lamborn
11698 Stone Crest Circle
Riverton, UT 84065

Brenna Martin
289 Twin Lake Trail
Little Canada, MN 55127

Brennan Jones
5887 Barbanna Lane
Dayton, OH 45415

Brennan Knight
604 Mercer Grant Dr
Cary, NC 27519

Brennan Wong
2840 Nicholas Drive
San Jose, CA 95124

Brent Hamby
22 Gateswood Dr
St. Peters, MO 63376

brent ross
420 Shogan Drive
Greensburg, PA 15601

Brent Snoddy
12111 sunset Dr
Garfield Heights, OH 44125

Brent Triantos
1261 Mariposa Avenue
San Jose, CA 95126

Brenton Milazzo
716 N. 1st Street
Richmond, VA 23219

Bret Rivera
6251 Manor Circle
Bensalem, PA 19020-1207

Brett  Hoffmann
2204 West Park Boulevard, 2103
Plano, TX 75075

Brett Crandall
13 Hickok Avenue
Norwich, NY 13815

Brett Dickson
35643 Reymouth Dr.
Newark, CA 94560

Brett Johnson
27 Eaves Mill Road
Medford, NJ 8055

Brett Thomann
16107 Londelius St
North Hills, CA 91343

Brian  Diaz
9 Sect Zamot
Isabela , PR 662

Brian  Presley
11835 state route 85
Kittanning, PA 16201

Brian Brookshire
105 Colonial Dr
Louisville, KY 40207

Brian Brown
1418 e Calhoun st
Anderson, SC 29621

Brian brown
7770 w 950 n Fairland Indiana 46126
Fairland, IN 46126

Brian Bruzzese
1914 Glen Road
Aliquippa, PA 15001

brian buchanan
170 east porthaven way
Clayton, NC 27527

brian confetti
14144 campagna way
watsonville, CA 95076-9250

Brian Conrad
979 Koontz Rd
Chehalis, WA 98532

BRIAN COUNTS
1280 Appian Way
Lawrenceville, GA 30046-7660

Brian Crawford
186 DONNA RD NE
PALM BAY, FL 32907

Brian Crites
548 East Prospect Street
Front Royal, VA 22630

Brian Davis
1746 Treseder Circle
El Cajon , CA 92019

Brian DiDomenico
14350 Addison St. Apt 211, 91423
SHERMAN OAKS, CA 91423

Brian Fitzgerald
382 Southerland Terrace NE
Atlanta, GA 30307

Brian Hubbart
143 Auburn Avenue Northeast
Grand Rapids, MI 49503

Brian Hunt
10 Pennsylvania Ave
Avon, NY 14414-9790

Brian Huqueriza
5835 El Dorado Ln
Dublin, CA 94568

Brian Jimenez Martinez
9916 11th St
Garden Grove, CA 92844

Brian Kessel
2721 Pine Drive
Columbia, MO 65216

Brian Kirkland
106 W Lynde Street
Watertown, NY 13601

Brian Kramer
2435 Lingerman Way
Avon, IN 46123

Brian Leonard
4751 East Angela Drive
Phoenix, AZ 85032

Brian Masters
32 Ravine Drive West
Hawthorne, NJ 7506

Brian Nieves
839 Vercelli ST
Deltona, FL 32725

Brian Panks
1270 W Derringer Way
Chandler, AZ 85286

Brian Perez
4509 S Brookline Ave
Oklahoma City, OK 73119

Brian R Earley
3535 lincoln st ne
Minneapolis, MN 55418

Brian Ramirez
3710 Newton Falls St
North Las Vegas, NV 89032

Brian Ridings
6620 Vesper Ave
Van Nuys, CA 91405

Brian Salamanca
4130 West 59th Street
Chicago, IL 60629

Brian Sanchez
68535 Tachevah Drive
Cathedral City, CA 92234

Brian Schultz
6225 Obyrne Ln.
Union , KY 41091

Brian Sons
6079 MS Hwy 15
Ackerman, MS 39735

Brian Stands
5 Totem Lane
Griswold, CT 6351

Brian Stewart
13120 Orchard Street
Southgate, MI 48195

Brian Thackeray
220 s 3rd w
Rexburg, ID 83440

Brian Tran
220 East Broadway, STE. 210
GLENDALE, CA 91205

Brian Tran
3704 Tomahawk Lane
San Diego, CA 92117

Brian Vatcher
115 Capen St
Medford, MA 02155-4204

Brian Watson
10117 Oakley Pointe Drive
Richmond, VA 23233

Brian Yarayan
10945 Price Manor Way, 421
Laurel, MD 20723

Brian Zelidon
1618 West 1440 North
St. George, UT 84770

Briana Williams
1722 POPLAR LN
MUNSTER, IN 46321-3849

Brianna  Andrade
1822 Metzerott Rd, Apt 207
Hyattsville , MD 20783

Brianna Benites
1049 West Elgin Street
Chandler, AZ 85224

Brianna Buffalo
923 Morning Oaks st
San Antonio, TX 78245

Brianna Cavender
940 E Old Willow Rd, Apt 304
Prospect Heights, IL 60070

Brianna Cook
26712 Brandon
Mission Viejo, CA 92692

Brianna Hernandez
2209 north 91st Glen
PHOENIX, AZ 85037

Brianna Herrera
4150 East Main Street, 2035
Mesa, AZ 85205

Brianna Hill
2501 Tabor Court
Woodbridge, VA 22191

Brianna Loftus
2710 N Dryden Pl
Arlington Heights, IL 60004

Brianna Murphy
3336 Easton Ave
Chattanooga, TN 37415-4718

Brianna Pullen
1911 Aberdeen Drive
Papillion, NE 68133

Brianna Rogers
596 West Lucky Penny Place
Casa Grande, AZ 85122

Brianna Scheening
1 Anna Court
Utica, NY 13502

Brianna Warren
1404 Samuel Adams Cir SW
Concord, NC 28027

Brianna Warren
385 Settlers Ridge Dr
Kannapolis, NC 28081

Brianna Werdann
249 Riverside Dr N
Brick, NJ 8724

Bridget Ge
745 BREWERTON RD #1614
West Point, NY 10996

Bridget MacLeod
1901 24th Ave S, 2
Grand Forks, ND 58201

Bridget Taylor
18953 Maisons Drive
Lutz, FL 33558

Brigit Collins
4726 Timberlane Drive
Macon, GA 31210-3122

Brine Reyes
66 West Dahlia Lane
Round Lake Beach, IL 60073

Britney Hill
3045 Marina Bay Dr, APT 8103
League City, TX 77573

Britta Duvall
36 Bard Drive
Hudson, OH 44236

Brittanie Irby
311 San Miguel Court, Apt #4
Milpitas, CA 95035

Brittany Adames
PSC 819 Box 4075
FPO, AE 9645

Brittany Boudreaux
207 Sparkling Meadows Lane
Lafayette, LA 70506

Brittany Bullis
6400 W Essex Dr
Sioux Falls, SD 57106

Brittany Loggins
30 Dry Creek Road, 106
Goodlettsville, TN 37072

Brittany Pearson
945 PRESTONWOOD DR
LAWRENCEVILLE, GA 30043

Brittany Stacks
13003 Calabay Court
Clermont, FL 34711

Brittany Young
675 Spring Street
Mapleton, PA 17052

Britton Stice
2625 South Linden Street
Pine Bluff, AR 71603

Bro Mo
5483 S 3350 W
Taylorsville, UT 84129-7851

Brock Macklij
11030 Cooper Road
Pleasant Lake, MI 49272

Brockton MacDonald
28 Sherman Street, Apartment 3
Portland, ME 4101

Brody Laing
29 Bond St
Gloucester, MA 1930

Brogan Rogan
11548 S BRAMBLEBERRY LN
Draper, UT 84020

Brohn Jelks
12858 Westella Dr
HOUSTON, TX 77077

Bronagh Kelly
2702 Fairmount Avenue
Vancouver, WA 98661

Bronson Herrera
2209 Calabazas Blvd.
Santa Clara, CA 95051

Brook Lopez
700 Harris Street, Ste 201
Charlottesville, VA 22903

Brooke Angle
5922 13th St
Sacramento, CA 95822-2904

Brooke Claxon
1708 Yetta Dr
Lexington, KY 40515

Brooke LeJeune
425 Sixth St
Iowa, LA 70647

brooke murphy
7 bassett brook lane
duxbury, MA 2332

Brooke Painter
191 Nonquon Rd, 912
Oshawa, ON L1G 3S3

Brooke Parra
150 East Floral Dr
Monterey Park, CA 91755

brooke rose
3109 Sierra Dr
San Angelo, TX 76904

Brooke Rose
90 S Rhodefer Rd, Apt B 107
Sequim, WA 98382

Brooke Wilson
194 Mountain View Rd
Marion, NC 28752-6466

Bruce Bennett
10804 Beech Creek Drive
Columbia, MD 21044-1023

bruce coltre
12 Magnolia Court
Bordentown, NJ 8505

Bruce Gailey
1581 South Osborne Road
Dansville, MI 48819

Bruce Lehmann
355 W. 2nd S., 204
Recburg, ID 83440

Bruce Solis
53667 Co Rd 5
Elkhart, IN 46514

Bruno Ivaldi
2315 14th St
Lubbock, TX 79401

Bryan Aguilera
12544 Truro ave
Hawthorne, CA 90250

Bryan Arrue
13747 vanowen, apt 102
van nuys, CA 91405

Bryan Budvitis
1037 Tamarack Lane
Libertyville, IL 60048

Bryan Buel
16701 New Kent Hwy
Lanexa, VA 23089-5206

Bryan Byrd
6040 Gordon Rd
Waterford, MI 48327

Bryan Cuevas
1315 NE 200TH Terrace
Miami, FL 33179

bryan Gamez
1170 Willow Glen Dr
Yuba City, CA 95991-1523

Bryan Garcia
14522 Del Mar Dr
Woodbridge, VA 22193

Bryan Hott
142 Specks Run Rd
Bunker Hill, WV 25413-2059

bryan houston
225 Ayliffe Avenue
Westfield, NJ 7090

Bryan Moore
6490 hollyridge dr
riverside, CA 92504

Bryan Romero
67075 HWY 111 92254-5067, Po box 1670/ S
Mecca, CA 92254

Bryan Sales
1201 Pridgen Rd, Unit B3
Myrtle Beach, SC 29577-4297

Bryan Soto-zubia
3557 Merry Ridge Road
Tobaccoville, NC 27050

Bryan Thompson
121 E Victory , I-104
Meridian, ID 83642

Bryan Tillman
2406 Jessica Dr
Conway, AR 72034-2558

Bryan Vaughn
100 Harvard Lane
Easley, SC 29640

Bryan Wright
734 Rock Bridge Road
Bethpage, TN 37022

Bryanna  Falkofske
7325 26th Ave
Kenosha , WI 53143

Bryant Lampano
15024 16th ave w
Lynnwood, WA 98087

Bryant OSheaf
310 Congling Circle
Grovetown, GA 30813

Bryant Williams
106 tryon ct
Jacksonville, NC 28546

bryce braswell
46 Wesley Avenue,
Youngstown, OH 44509

Bryce Emmons
2125 Feather Bush Street
Henderson, NV 89074

Bryce Fussell
5415 Kingsman Avenue
North Port, FL 34288

Bryce Glasper
675 Lincoln Avenue, 15U
Brooklyn, NY 11208

Bryce Miyahara
2520 Lara Ln
Oceano, CA 93445

Bryce Pflughaupt
1605 Cougar Ct
College Station, TX 77840

Bryce Roth
2701 N Career Ave., 347
Sioux Falls, SD 57107

Bryceton Bible
11700 Crystal Brook Lane
Knoxville, TN 37934

Brynnan Fox
701 Quail Ridge Road
Newcastle, OK 73065

Brynne O
815 1st ave #323
Seattle, WA 98104

Bryonia Gutrick
2416 Gerard Court
Bryans Road, MD 20616

Buck Thananaken
460 Camino Del Remedio, Unit A
Santa Barbara, CA 93110

Buffy Reinmuth
24227 Raven St NW
Saint Francis, MN 55070

Burton Lanam
8943 West Cloudwood Drive
Marana, AZ 85653

Buzzy Moore
3224 Vernon-Asbury Road, OH
South Vienna, OH 45369

Byron Kellogg
11114 W Nebraska
Youngtown, AZ 85363

Byron Lee
906 Prospect Place, 3B
Brooklyn, NY 11213

Byron Reynolds
1036 Hampstead Lane
Opelika, AL 36801

C. INNISS
136 Englewood Ave
Teaneck, NJ 07666-6032

Cadence Shupe
3206 Murray Road
Finksburg, MD 21048

Cadence Zaremski
7 Adsit Lane
Clifton Park, NY 12065

caedmon dorn
8200 Northwest 79th Terrace
Kansas City, MO 64152

Caesar Lopez
11972 South Allerton Circle
Parker, CO 80138

Caisha King
1450 E SHERWOOD DR
GRAND JUNCTION, CO 81501-7548

Caitlin Barr
21 Ardmore Drive
Wappingers Falls, NY 12590

Caitlin Cook
5379 Balsam St.  #208B
Arvada, CO 80002

Caitlin Joy
409 Stonehaven Commons Court
Louisville, KY 40207

Caitlin Rivest
23988 Tenbury Wells Place
Aldie, VA 20105-2871

Caitlyn Ramsey
345 Hall Road
Crownsville, MD 21032

Caitlyn Robinson
555 S CEDAR COVE RD
Hartselle, AL 35640-6902

Caleb B
115 W Santa Gertrudis Trl
San Tan Valley, AZ 85143-4997

Caleb DeShazer
1119 Paint Brush Trail
Cedar Park, TX 78613

Caleb Hubbard
610 Oak St
Inverness, FL 34452

Caleb Moring
1359 Empire Court
Freeport, IL 61032

California Department of Tax and Fee Administ
PO Box 942879
Sacramento, CA 94279-0001

Callie Lanter
2334 Gardenia Street
Forest Grove, OR 97116

Callie Oliver
5317 Royal Lytham Rd
Fort Worth, TX 76244

Callie Rodriguez
4609 Hope Valley Road, C
Durham, NC 27707

Calvin Tran
909 West San Marino Avenue
Alhambra, CA 91801

Calvin Vu
12100 Metric Boulevard, APT 1928
Austin, TX 78758

Calvin Wong
851 33rd Avenue
San Francisco, CA 94121

Cameron Burleson
4744 Brown Road
Vassar, MI 48768

Cameron Casto
4726 West Main Street
Norman, OK 73072

Cameron Catapusan
12238 Oakview Way
San Diego, CA 92128

Cameron D. Brown
20178 Emerald Mountain Drive
Richmond, TX 77407

Cameron DeMoss
5212 E Princess Anne RD
Norfolk, VA 23502

Cameron Drouilhet
1103 Lowerline St
New Orleans, LA 70118

Cameron Eckstrom
22448 Obrien Creek RD NE
Hines, MN 56647

Cameron Jagger
1150 S Clarizz Blvd
Bloomington, IN 47401

Cameron Ramon
20329 S 187th Pl
Queen Creek, AZ 85142

Cameron Stopforth
3330 Palos Verdes Dr East
Rancho Palos Verdes, CA 90275

Cameron Waitman
418 S 7th St
Philadelphia, PA 19147

Cameron Watkins
5832 Shreveport Dr
Austin, TX 78727

Cameron Young
33228 N 55th street
Cave Creek, AZ 85331

Camila Decima
37 argyle ave
uniondale, NY 11553

Camille Pagador
2461 Carriage Lamp Drive
Jacksonville, FL 32246

Camy Dang
6836 1/2 13th Street
Berwyn, IL 60402

Canaan  King
4724, Rolando blvd
San Diego , CA 92115

Candace Crisp
899 Rocky Creek Road
Mansfield, GA 30055

candace marzec
2960 ohio
saginaw, MI 48601

CANDACE RISHAR
7522 LAUREL SPRINGS DR
Winter Park, FL 32792

Candemir Kurubas
1520 N. Vista St, Apt. 101
Los Angeles, CA 90046

Candice  Gates
1001 NE 5th St
Washington, IN 47501

candice fierro
418 S. Oakcreek Dr.
pueblo west, CO 81007

Candice Sargent
15807 SE 296th St
Kent, WA 98042

Candy Acosta
3024 W MARYLAND AVE
PHOENIX, AZ 85017

Capital One
PO Box 4069
Carol Stream, IL 60197-4069

Cara Kovalovich
33 Norman Street
Aston, PA 19014

Carisa Phillips
1360 Osterville Rd
West Barnstable, MA 2668

Carissa Foy
5034 Copper Bar Road
Las Cruces, NM 88011

Carissa Gorman
22 Lawnton Rd
Norristown, PA 19401

Carl  Pilgrim
57 Summit St.
Malden, MA 2148

Carl Anderson
11686 Stonewall Jackson Rd
Woodford, VA 22580

carl gonce
108 Club Rd.
Pasadena, MD 21122

Carl Greenblatt
2728 Kennington Dr
Glendale, CA 91206

Carl Hartstein
58335 County Road 105
Elkhart, IN 46517

Carl Jones
5326 West Berks Street
Philadelphia, PA 19131

Carl Vensel
2504 N. Upriver Ct.
Spokane , WA 99217

Carl Victor Salazar
46 Magnolia Street
Bergenfield, NJ 7621

Carla Cain
8753 S. Paxton Ave.
Chicago, IL 60617

Carla Donaldson
459 Bellingham Drive
Beech Island, SC 29842

Carla Gonzalez
7000 Lexington ct
Forest Hill, TX 76140

Carla Morales
HC 1 Box 9087
Bajadero, PR 616

Carla Sanchez
108 East Peach Avenue
Comanche, TX 76442

Carlea Gorczynski
704 S Muskogee Ave
Claremore, OK 74017

Carlene Garrick
3302 Aldrich Avenue
Anoka, MN 55303

Carlito Tamisin
2535 Sheila St
Franklin Park, IL 60131

Carlo Abasta
8930 Boulder Bay Circle
ANCHORAGE, AK 99507

Carlo Labastida
2640 Muirfield Circle
San Bruno, CA 94066

Carlos  Magana
2449 North Oak Park Avenue
Chicago, IL 60707

carlos aleman h
3091 Camino Aleta
San Diego, CA 92154

carlos cabrera
18226 cardinal valley, 18226 cardinal va
Mission, TX 78574

Carlos Cestero
1831 Ryon Falls Dr
Richmond, TX 77469

Carlos Cisneros
10635 SE 244TH ST
KENT, WA 98030

Carlos CO10X240026N
7801 Northwest 37th Street
Doral, FL 33195-6503

carlos fajardo
6 North St
Huntington Station, NY 11746-1370

Carlos Felix
145 BUSSEY ST
Dedham, MA 2026

Carlos Ferrer
4371 NE 13 Avenue
Oakland Park, FL 33334

carlos leon
3090 Rodrick Cir.
Orlando, FL 32824

carlos Lopez
PO Box 1006 Grants NM 87020
Grants, NM 87020

Carlos Martinez
159 Sunrise Pkwy
Mountainside, NJ 7092

Carlos Martinez
4126 Pinell St
Sacramento, CA 95838

Carlos Moscoso
83 PLAUDERVILLE AVE FL 2
GARFIELD, NJ 7026

Carlos Ordonez
1209 Gabriel Garcia Marquez Street, Apt.
Los Angeles, CA 90033

Carlos Ortiz
28451 Saddlecrest st
Menifee, CA 92585

Carlos Ramirez
1114 18th St
Moline, IL 61265

carlos romero
4215 Van Horne Ave
Los Angeles, CA 90032-1133

Carlos Savarin
2825 Claflin Avenue, 4J
The Bronx, NY 10468

Carlos Solis
3033 Valley Boulevard spc 142
West Covina, CA 91792

Carlos Tamayo
341 Saint Paul Street, Apt. 6
Brookline, MA 2446

Carlos Tavares
500 South Lester Rd
Outlook, WA 98938

Carlos Valdez
18150 West Caribbean Lane
Surprise, AZ 85388

carlos Velasquez Gomez
6254 Rosewood St
Mission, KS 66205

Carlos Villegas
1516 East Swift Avenue, 109
Fresno, CA 93704

Carlos Viteri
2978 Ripple Pl., #201
Los Angeles, CA 90039

Carlos Zarate
9306 Latrobe
Skokie, IL 60077

Carlton Kifer
9852 Parkmere Dr
Fort Worth, TX 76108

Carly Glanton
3243 ward street
Pittsburgh, PA 15213

Carly Shields
62 Stuyvesant Rd.
Pittsford, NY 14534

Carly Siddoway
412 N 3425 W
Layton, UT 84041

Carlyn Cumberland
4137 Wisconsin 173
Nekoosa, WI 54457

Carmen Correa
12049 Redstone Street
El Monte, CA 91732

Carmen Gaeta
5 Winchester Drive
Lynnfield, MA 1940

Carmine Capone
14 Clairview Road
DENVILLE, NJ 7834

Carmine Marino
2475 Southern Blvd, Apt 23C
Bronx, NY 10458

Carol Flannigan
2031 19th Ave W
Bradenton, FL 34205

Carol Jeffery
200 Parc Oaks Dr
Aledo, TX 76008

Carol Merwede
19525 15th Avenue Northeast
Arlington, WA 98223

Carol Montoya
12008 Pueblo Laguna Drive
El Paso, TX 79936

Carole Garcia
1526 East Fallbrook Avenue
Fresno, CA 93720

Carolina Aponte
12527, Enchanted Forest Drive
Austin, TX 78727

Carolina Flores
3217 W 139th St
Hawthorne, CA 90250

Carolina Galicia
11940 Gager Street
Sylmar, CA 91342

Carolina Mendez
11117 Addie Road
Balch Springs, TX 75180

Caroline Chandler
207 Johnson RD
Greer, SC 29651

Caroline Godbout
734 Higganum Rd
Durham , CT 6422

Caroline Hanna
629 Collins Street
Pittsburgh, PA 15206

Carolyn  Wyller
306 Garden St.
North Judson, IN 46366

carolyn gasz
501 Mount Vernon Road
Buffalo, NY 14226

Carrie  Duerfeldt
820 Maple Court , PO Box 439
Sweetser, IN 46987

Carrie Adams
3632 North Old Trail
Shamokin Dam, PA 17876

Carrie Little
315 Mullet Drive
Ivor, VA 23866

Carrie Sauter
4040 W. 82nd Place
Chicago, IL 60652

Carrieann Quaranta
3546 Main Street
Bridgeport, CT 6606

Carter Frick
129 Avenue Of Two Rivers
Rumson, NJ 7760

Carter Nottingham
20806 W Prospector Way
Buckeye, AZ 85396

caryle wamsley
2600 Harden Blvd Lot 55
Lakeland, FL 33803-5924

Casandra Kutara
1662 Haku St
Honolulu, HI 96819

Casandra Newsome
965 COLUMBUS AVE, APT 7B
NEW YORK, NY 10025

Casey Braden
824 Chennault Ln
Whiteman Air Force Base, MO 65305-1150

Casey de la Rocha
319 Cheerful Ct
Simi Valley, CA 93065

Casey Hart
1411 East 21st Street
Minneapolis, MN 55404

Casey Hudson
89706 U.S. 59
Stilwell, OK 74960

Casey Johnson
16450 Tribune Street
Los Angeles, CA 91344

casey pennant
8127 149th Place Northeast, A001
Redmond, WA 98052

Casey Thomas
1263 TELFAIR COUNTY LINE RD
RHINE, GA 31077

Casey Warren
3917 Castleberry Bridge Road
Dawsonville, GA 30534

Casper Magnolia
816 Greenwood Dr
Hendersonville , NC 28791

Caspian Berry
12435 West Via Camille
El Mirage, AZ 85335

Cassandra Carrillo
3520 Lowell Ave
Los Angeles, CA 90032-2415

Cassandra Dahl
19261 S Ridge Rd
Oregon City, OR 97045

Cassandra Dorsey
224 Magazine St
Carnegie, PA 15106

Cassandra Ingram
8578 W Wiley Rd
Weidman, MI 48893

Cassandra Mayer
682 Price Drive
Morgan Hill, CA 95037

Cassandra McEllen
8011 W. 119th St
Palos Park, IL 60464

Cassandra Medeiros
132 Fowler Road
Northbridge, MA 1534

Cassi W
1941 Cumberland Ave
Arkdale, WI 54613

cassidy manigo
911 Northeast 174th Avenue
Portland, OR 97230

Cassidy Sulaiman
1629 Commonwealth Avenue, Apartment 3
Boston, MA 2135

Cassidy Wheeler
8554 South 83rd Avenue
Hickory Hills, IL 60457

Cassie Cunningham
203 Plum Cir
Lake Jackson, TX 77566

Cassie DeBoard
464 West 27th Street, 3R
Chicago, IL 60616

Cassie Madewell
911 Leola Lane
Allen, TX 75013

Cassie Payne
111 Greentree Dr
Newnan, GA 30265-2066

Cassie Venable
18146 Oxnard Street, Unit 50
Tarzana, CA 91356

Cath O?ÄôBrien
389 Wood-Ridge Avenue
Wood-Ridge, NJ 7075

Catherine Bui
1901 Crossing Pl, Apt. 1104
AUSTIN, TX 78741

Catherine Forrester
331 Sunset Ave
Pocono Manor, PA 18349

Catherine Olaez
11919 Parklawn Drive, Apt 301
Rockville, MD 20852

Catherine Regan
7008 Colonial Rd
Brooklyn, NY 11209

Catherine Sun
10975 Ayres Ave.
Los Angeles, CA 90064

Cathy Cunningham
2225 Western Ave
Fort Worth, TX 76107

Cathy Longhurst
325 Rose Hill Road
Mount Vernon, KY 40456

Cathy Nolan
404 Lakewood Avenue
Tampa, FL 33613

Cathy Shenefield
3911 Grand Bend Dr
Groveport, OH 43125-9538

Catrina Adams
2114 South Airport Road
Peoria, IL 61607

Catrina Elizardo
489 Center Street, Apt #3
Fall River, MA 2724

CCS
PO Box 55126
Boston, MA 02205-5126

CCS830627 Oscar Belmonte
2250 NW 114th Ave, Unit 1C
Miami, FL 33192-4177

Cecelia Mataalii
25022 Woodward Avenue
Lomita, CA 90717

Cecil Yawn
1727 West Street
Montgomery, AL 36106

Cecilia Chan
6 Coppel Dr
Tenafly, NJ 7670

Cecilia De La Garza
2445 Monarch Dr. #1604
Laredo, TX 78045

Cecilia Pellitteri
10671 Oregon Trail
Huntley, IL 60142

Cecilia Rodriguez
999 W EL MONTE WAY, APT 213
Dinuba, CA 93618-3466

Cecilie Darling
3782 Whisper Creek Dr
Dayton, OH 45414

Cedric Clark
917 Whitney ave
Suisun City, CA 94585

Cehidi Dorantes
2310 South Glenarbor Street
Santa Ana, CA 92704

Celena Caracciolo
167 Old Farm Rd
lexington, VA 24450

Celena Moore
35742 Rhone Lane
Winchester, CA 92596

Celestine Lang
102 Daugherty Avenue
McIntosh, AL 36553

Celina Montiel
201 West Mile 10 North
Weslaco, TX 78596

Celina Nava Camacho
437 West Valencia Drive, Apt A
Fullerton, CA 92832

Celisete Romero
13939 Oolite Run
san antonio, TX 78253

Cesar Aguirre
143 Bayside Terrace
Vallejo, CA 94591

Cesar Barrios
1004 West Granada Court, E
Ontario, CA 91762

Cesar Gonzalez
1333 East Adams Boulevard, Apt. B
Los Angeles, CA 90011

Cesar Ramirez
40440 Sharose Drive
Hemet, CA 92544

Cesar Rendon
1259 W 112TH ST
Los Angeles, CA 90044

Cesar Rodriguez
1411 Cuyler Avenue
Berwyn, IL 60402

Cesar Romero
7317 S San Pedro St
Los Angeles, CA 90003

Cha Len Vang
5700 Wardell Way
Sacramento, CA 95823

Chad  Schroeder
544 Arbor Drive
Round Lake Park, IL 60073

Chad A Reisman
436 Cambridge Drive
Cincinnati, OH 45241

Chad Cannon
5115 Ander Dr
Brentwood, TN 37027

Chad Cannon
5115 Ander Dr
Brentwood, TN 37027-8870

chad cowell
34000 North 27th DR., 3104
phoenix, AZ 85085

Chad Davis
160 Rolling Hills 3rd St
Mcminnville, TN 37110

Chad Elliott
1940 South Lynnwood Drive
Decatur, IL 62521

CHAD KORBEL
16280 SUMMIT WAY
DELHI, CA 95315-9234

Chad Krieger
1930 Avenida Comunidad
Rio Rancho, NM 87124

Chad Miller
p.o. box 115
Middleport, PA 17953

chains Ellis
708 2nd Ave
Sterling, IL 61081

Chance Justice
806 Conway Dr
San Marcos, TX 78666

Chance Williams
64911 Mcdermott Rd
Deer Island, OR 97054

Chandler Carlile
3630 Edinburgh Drive
Las Vegas, NV 89103

Chandler Howrey
5733 Fairford Lane
Virginia Beach, VA 23464

Chandler Smith
2318 South Country Club Drive, Apt 2074
Mesa, AZ 85210

Chandra Andrade
123 Mill Pond Cove
Crestview, FL 32539

Chantelle McGee
725 Aztec Drive, Unit C
Fort Collins, CO 80521

Chantice Barr
33 leverich st
hempstead, NY 11550

chaoyuan chen
7845 lake city way ne
seattle, WA 98115

Charlee Fair
39750 Avenida Miguel Oeste
Murrieta, CA 92563

Charleen Ramirez
133 East 110th St Apt 7, 7
New York, NY 10029

Charlene Hudson
1725 Arial Drive
Austin, TX 78753

Charlene Invencion
12728 N WATT LANE, UNIT C
SYLMAR, CA 91342

Charlene Spears
5911 W. Hwy. 146
Crestwood, KY 40014

Charles  Allen
6510 North Vernal Avenue
Fresno, CA 93722

Charles Benitez
1818 se 5th pl
Cape Coral, FL 33990

Charles Brammer
105 LEWIS CIR
WINCHESTER, VA 22602

Charles Clemencio
5200 Mesa Ridge Dr.
Antioch, CA 94531

Charles Craigmiles
1180 Via Encinos Drive
Fallbrook, CA 92028-8402

CHARLES DEL HIERRO
7010 BEAR AVE APT A
BELL, CA 90201

Charles Drumgole
37100 Julian Lane
Palmdale, CA 93552

Charles Gibbs
1330 Augusta Drive, Apt 6
Houston, TX 77057

Charles J Swank
310 W 15th St
SCOTTSBLUFF, NE 69361

charles jewell
138 south zeigler lane
stout, OH 45684

Charles Perez
14902 prairie vista lp se
Yelm, WA 98597

Charles Ramos
1400 Victory Hwy
Oakland, RI 2858

Charles Thompson
6930 Providence Square Dr., Apt.191
Charlotte, NC 28270

Charles Vinyard
1555 Hecker Pass Road, G102
Gilroy , CA 95020

Charles Young
422 cr 452
Dayton, TX 77535

charlie bejines
7727 Lankershim Blvd, 276
North Hollywood, CA 91605

Charlie Betancourt
149 Woodbury Street
Rochester, NY 14605

Charlie Han
6502 Alamo Ave
Bell, CA 90201-2732

Charlie Hernandez
1907 S SHENANDOAH ST, 2
Los Angeles, CA 90034

Charlie Sheridan
19 Oakleigh St
Patchogue, NY 11772

Charlie Zeman
3223 Manitoba Drive
Woodbridge, VA 22192

Charlotte Davenport
PO Box 297
Onyx, CA 93255

Charlotte Guiney
19449 Via Madronas Ct.
Saratoga, CA 95070

Charlotte Roberts
150 S Magnolia Ave, APT 169
Anaheim, CA 92804

Charlton Kangas
111 Enchanted Way
San Ramon, CA 94583

Charmen Burrage
3010 Golden Dale Lane
Charlotte, NC 28262

Chas Martinez
9044 Misty Creek Dr
Sarasota, FL 34241

Chase
PO Box 1423
Charlotte, NC 28201-1423

Chase Donahue
10240 Carloway Hills Drive
Wimauma, FL 33598

Che Verdejo
96 Wood Ave
Iselin, NJ 8830

Chelsea Blackwell
3507 Stringtown Rd.
Evansville, IN 47711

Chelsea Camejo
578 Stewart St
Ridgefield, NJ 07657-1928

Chelsea De Leon
1818 West Central Avenue
Santa Ana, CA 92704

Chelsea Iritsky
368 Settlemyre Road
Morganton, NC 28655

Chelsea Keyser
1710 Marshall Street
Benwood, WV 26031

Chelsea Laflam
2465 Tandy Turn
Eugene, OR 97401

Chelsea Taylor
8 West Dewart Street
Shamokin, PA 17872

Chelsea Thompson
1818 Woodmont Rd
Huntington, WV 25701

Chelsi Campbell
917 Glenwood ave
Hastings, NE 68901

Chen Ge
1308 ROSENEATH RD, APT 425
RICHMOND, VA 23230

Chen Si
965 East El Camino Real #322
Sunnyvale, CA 94087

Chengyu Deng
626 1st Ave., W.18E
New York, NY 10016

Cheri Stone
455 Baker Road
Merritt Island , FL 32953

Cherri  Picard
1644 North Pearl Street
Jacksonville, FL 32206

Cheryl Kibler
12142 W Columbia Rd
Boise, ID 83709

Cheryl Swords
14 Granger Court
Barbourville, KY 40906

Chester Cramer
501 Evangeline Drive
Waynesboro, PA 17268

Cheyenne McMahan
1794 Coast Ct
Gulf Breeze, FL 32563

Chi Quach
1898 Papaya Park Drive
Ocoee, FL 34761

Chi Quach
1898 Papaya Park Drive,
Ocoee, FL 34761

Chiara Delfino
1514 E. Avalon Ave.
Santa Ana, CA 92705

Chicklet Morales
252 Calhoun Avenue
The Bronx, NY 10465

Chimere Smith
1626 Powell Road
Brookhaven, PA 19015

Chin-Hsiang Ho
2202 YOSEMITE DR
MILPITAS, CA 95035

Chingona Solis
8301 22nd Street NE
Lake Stevens, WA 98258

Chloe Calder
1148 Molino Ave #6
Long Beach, CA 90804

Chloe Mattox
8214 Fan Palm Way
Kissimmee, FL 34747

Chloe Mcconahie
18121 Canopy Ln
Manor, TX 78653

Chloe Parke
7433 Township Highway 43
Findlay, OH 45840

Chloe Schuett
16920 Christensen Rd
Gretna, NE, USA, NE 68028

Chong Paek
4418 E Campo Bello Dr
Phoenix, AZ 85032

Choua Vue
4313 Winchester Lane
Brooklyn Center, MN 55429

chris allen
1600 N 1575 W, Apt G202
Layton, UT 84041

Chris Anderson
420 sunflower trail
Douglas, WY 82633

Chris augustin
158 kensington way
Royal Beach, FL 33414

Chris Beauchamp
3038 BURNLEY STATION RD
BARBOURSVILLE, VA 22923

Chris Bernardi
2375 Erter Drive
Springfield, OH 45503

Chris Burdick
4258 PEARL WOOD WAY, 4258 PEARL WOOD WAY
ANTELOPE, CA 95843

Chris Carrier
295 Depot Street
Waldoboro, ME 4572

Chris Chapman
5340 Locust Drive
Mckinney, TX 75070

Chris Chapman
5340 Locust Drive
McKinney, TX 75070

chris day
11005 16th Ave se, 24A
Everett , WA 98208

chris deese
6253 Reddoch Rd.
Marianna, FL 32446

Chris Duggins
625 Long Valley rd
Irvington, KY 40146

Chris Eads
6513 Landis Road
Brookville, OH 45309

Chris Edwards
5197 Alan Avenue
San Jose, CA 95124

Chris Foley
8083 Stonebrook Pkwy Apt 205
Frisco, TX 75034

CHRIS GARLEN
13440 N 44TH ST, APT 2076
PHOENIX, AZ 85032

Chris Gilson
284 Springs Hill Cir
Seguin, TX 78155

Chris Guerra
3304 Menard Lane
El Paso, TX 79936

Chris Hallman
152 Buffington Avenue
Royse City, TX 75189

Chris Isbrecht
1419 Reiner Road
Norristown, PA 19403

Chris Janak
1311 Pulliam St
N Chesterfield, VA 23235

Chris Jones
214 Sixpence Ln.
Euless, TX 76039

Chris Joslin
802 S LARKSPUR LN
BLOOMINGTON, IN 47403-2946

chris kobashigawa
13126 129TH CT NE
KIRKLAND, WA 98034-3229

CHRIS LAMROUEX
22373 CHEROKEE ROSE PLACE
LAND O LAKES, FL 34639

chris latorre
7 dewitt st
Kingston, NY 12401-6505

Chris Lin
1153 N CALVADOS AVE
COVINA, CA 91722

Chris Lyons
5351 Newport Drive
Lisle, IL 60532

Chris mcneal
3614 Woodford Rd., 4
Cincinnati, OH 45213

Chris Mendoza
525 E Como Ave
Columbus, OH 43202

Chris P
683 Sea Street
Quincy, MA 2169

CHRIS PEREZ
1919 MONTANA AVE E
SAINT PAUL, MN 55119-3030

chris purcell
9500 NW 70th St
Fort Lauderdale, FL 33321-3003

Chris Roque
17 Virginia Street
Springfield, MA 1108

Chris Sargenti
1055 Rodriguez St
Santa Cruz, CA 95062-1617

Chris Skully
7940 Palmer Rd SW
Reynoldsburg, OH 43068-3254

Chris Smith
18859 Pleasant Park Rd
Conifer, CO 80433-6601

chris steinman
14 indian red road
Levittown, PA 19057

Chris Thompson
5728 Windy Knoll Dr
Loves Park, IL 61111

Chris Tlaseca
881 orchid court, Apartment 1
Upland, CA 91786

Chris Williams
2564 Westminster Lane
Aurora, IL 60506

Chris Young
760 Twin Oak Circle
Lebanon, VA 24266

Chrissna Chum
115 2nd Avenue
Cranston, RI 2910

Chrissty Nguyen
9411 Murline Drive
Garden Grove, CA 92841

Christi Osborne
5335 Evian Xing NW
Kennesaw, GA 30152

Christian Aldava
4204 W Bayou Maison Circle
Dickinson, TX 77539

Christian Barrientos
13447 Temple Ave
La Puente, CA 91746

Christian Cardona
360 E 23rd Street
Paterson, NJ 7514

Christian Corpuz
1967 Birchwood Park Drive N
Cherry Hill, NJ 8003

Christian Curry
24 Eisenhower Drive
Middletown, NY 10940

Christian Dominguez
219 Corkwood St
Lake Jackson, TX 77566-5765

Christian Erickson
102 Edgestone Drive
Harvest, AL 35749

Christian Fuentes
3505 Liongate Circle
Modesto, CA 95356

Christian Guerrero
321 State Avenue South
Thief River Falls, MN 56701

Christian Lumbag
1005 Briarcreek Road
Jacksonville, FL 32225

Christian PaffChristian
3245 South Lyons Ave
Indianapolis, IN 46221

Christian Razo
3000 OAKSHIRE ST
Denton, TX 76209

Christian Reed
1012 Strathmore Way
Hendersonville, TN 37075

Christian Rosado-Bermudez
12838 Dunhill Drive
Tampa, FL 33624

CHRISTIAN SILVA
3421 E 5th St
Los Angeles, CA 90063

Christian Torres
1670 Latour pl
Jacksonville, FL 32221

Christian-Jay Lazaro
343 E. 238th St.
Carson, CA 90745

Christiana Jallah
127 East Villa Capri Circle, A
DeLand, FL 32724

Christie Decker
386 Hudson cemetery rd
Camden, TN 38320

Christie Kerr
757 New Tork Dr
Altadena, CA 91001

Christie Kerr
757 New York Dr.
Altadena, CA 91001

Christina  Knezevic
8644 East Montecito Avenue
Scottsdale, AZ 85251

Christina Beran
31-64 21st street, 5A
Queens, NY 11106

Christina Cheek
123 sheldon avenue
pittsburgh, PA 15220

CHRISTINA COLON
412 MACON AVE
ROMEOVILLE, IL 60446

christina dang
1710 silver lining ln
sugar land, TX 77498

Christina DeBrango
514 Avon Road
Pine Beach, NJ 8741

Christina Garcia
2509 McVeary Ct Apt F
Silver Spring, MD 20906-6147

Christina Graslie
1200 Northwest Marshall Street, ste 1107
Portland, OR 97209

Christina Lopez
6409 W DEL RIO ST
CHANDLER, AZ 85226-1765

Christina Mabunga
16139 Crooked Creek Ct
Chino Hills, CA 91709

Christina MacLean
5252 South Pebblecreek Road
West Bloomfield Township, MI 48322

Christina Miller
81 Brookwood Ave , Apt 6
Hamilton, OH 45013

Christina Muldoon
727 Charnwood Drive
Wyckoff, NJ 7481

christina olivos
3708 foster ct
west sacramento, CA 95691

Christina Parra
9450 Virginia Avenue
Phoenix, AZ 85037

christina patton
62 keating circle
weymouth, MA 2190

Christina Rodriguez
6926 Tunney Ave
Reseda, CA 91335

Christina Song
7786 Grandwind Drive
Lorton, VA 22079

Christina Young
604 Falcon Ridge Lane
La Grange, KY 40031

CHRISTINE Batcho
167 Iris Avenue
Buffalo, NY 14224

Christine Blankeknship
PO Box 1783
Palmer, AK 99645

Christine Chrisman
4545 S Mission rd trlr 195
Tucson, AZ 85746

christine janvrin
52 main st
groveton, NH 3582

Christine Joyce Reburiano
27187 Underwood Ave
Hayward, CA 94544

Christine Liang
95 Carriageway Drive, 105
Leominster, MA 1453

Christine Remite
132 Jillian Blvd
Parsippany, NJ 7054

Christine Siebert
218 North Texas Blvd., 204
Denton, TX 76201

Christine Stuart
116 N Norwich Ave
Lubbock, TX 79416-3730

Christine Sturch
1709 McCraren Road
Highland Park, IL 60035

Christine Taylor
20434 W 199th Ter
SPRING HILL, KS 66083

Christine Truong
5907 North Washtenaw Avenue
Chicago, IL 60659

Christine Valley
7 Tori Lane, x815
OAK BLUFFS, MA 2557

Christopher  Greeley
98 Pellana Rd
Norwood, MA 02062-4729

Christopher  Reynolds
3430 Tie Street
San Diego, CA 92105

Christopher Anderson
15 Cerner Court
Ladera Ranch, CA 92694

Christopher Arriaga
913 Cedarbrook Road
Derby, KS 67037

Christopher Ballard
68 Sherbrooke Avenue
Buffalo, NY 14221

Christopher Belvedere
1621 Louis Kossuth Ave
Bohemia, NY 11716-1511

Christopher Briotte
1374 fox glen dr.
Hummelstown, PA 17036

Christopher Brizendine
2496 Checkerberry Drive
Lexington, KY 40509

Christopher Chagdes
118 Bearss Circle
Longwood, FL 32750

Christopher Chang-Lo
550 Kamaaha Ave, Unit 901
Kapolei, HI 96707

Christopher chiaro
14 Cove St
Portsmouth, RI 2871

Christopher Clark
5896 Alturas Way
Hilliard, OH 43026

Christopher Cohen
23 Madeline Rd
Ridge, NY 11961-2942

Christopher de Lis
21641 Kanakoa Lane
Huntington Beach, CA 92646

Christopher DeMorier
59 W View Rd
Troutville, VA 24175

Christopher Dion
369 ROBB RD
AMSTERDAM, NY 12010

Christopher Dravus
2431 W Gunnison St, apt 2
chicago, IL 60625

Christopher Duke
243 Rosedale Road
Yonkers, NY 10710

Christopher Ebelt
6025 SW Karla Ct
Portland, OR 97239-1188

Christopher Fabiano
39 Cambridge Road
Edison, NJ 8817

Christopher Fluit
171 Timber Brook Lane
Penfield, NY 14526

Christopher Garrison
120 Trish Dr.
Novato, CA 94947-1926

Christopher George
226 South Washington Street
Lindsborg, KS 67456

Christopher Goodwin
92 Central Street
Ashland, MA 01721-1750

Christopher Groomes
921 Washington Ave
Winthrop Harbor, IL 60096

Christopher Hawkins
106 Hampton Avenue
Rensselaer, NY 12144

Christopher Horsley
1409A E 2Nd St
Austin, TX 78702-4309

Christopher Hufman
8787 W Alameda Ave
Lakewood, CO 80226

Christopher Iquina
7127 66th place
Glendale, NY 11385

Christopher Jaory
16308 Sisley Drive
Chino Hills, CA 91709

christopher kirkland
1815 Hembree road, 416
Alpharetta, GA 30009

Christopher Koch-Weser
10513 Cheviot Drive
Los Angeles, CA 90064

Christopher Larsen
1315 cherrington drive
HARRISBURG, PA 17110

Christopher Lawrence
171 Young Road
Erie, PA 16509

Christopher Lewis
2401 Papermill Road, 11
Winchester, VA 22601

Christopher Marino
4928 MOUNT LA PLATTA DRIVE
SAN DIEGO, CA 92117

Christopher Marrero
109 Oakview Drive
Floresville, TX 78114

Christopher McKee
11973 Carters Creek Drive
Chesterfield, VA 23838

Christopher Morgan
5886 W Evening Petal Lane
Tucson, AZ 85735

Christopher Nallo
382 Buckingham Way
Westminster, MD 21157

Christopher Nowak
69 Crawford St, Apt 1A
Oxford, MI 48371-4906

Christopher Ouellette
173 Christopher Drive
San Francisco,, CA 94131

Christopher plymire
56887, Jewel Rd
Senecaville, OH 43780

Christopher Price
1926 N. Parham Rd.
Richmond, VA 23229

Christopher Revelas
41 Pennsylvania Avenue
Stratford, NJ 8084

Christopher Ruiz
8768 Hauser Street, G
Lenexa, KS 66215

Christopher Ryan
406 Boscawen Lane
Cary, NC 27519

CHRISTOPHER SMITH
170 Park Side Dr, Unit 104
Fletcher, NC 28732

Christopher Somers
85 Belmont Rd
Gettysburg , PA 17325

Christopher Vazquez
16047 Pago Pago Drive
Tega Cay, SC 29708

Christopher Vidaic
21-40 24th Street
Astoria, NY 11105

Christopher Wilson
4215 NE 94th Terrace
Kansas City, MO 64156

Christopher Wirt
2762 Bonnet St
Manchester Center, VT 05255-9362

Christy Clark
1052 Decatur St
Vermilion, OH 44089

Christy Cox
3360 County Rd 13
Headland, AL 36345

Christy Nisco
5358 Coastal Loop
Blaine, WA 98230

Christy Rios
16211 Windermere Dr
Pflugerville, TX 78660-2440

Christy Rodriguez
2508 CRESCENT WAY
DISCOVERY BAY, CA 94505

Christyn Walters
352 ROCKHOUSE XING
HATFIELD, KY 41514

Chrisy Soulack
6517 Maddox Road
Morrow, GA 30260

Chryssi Ladas
8136 Hillandale Drive
San Diego, CA 92120

Chrystal  Forney
1696 Hill View Pl
Lexington, KY 40504

Chrystelle Hernandez
5370 BRENTFORD WAY
EL DORADO HILLS, CA 95762

Chuck Ridgway
385 South Grant Street
Denver, CO 80209

Chuck Westlake
1110 Ohio Avenue, #2
Ashtabula, OH 44004

Chuiyee Thao
3215 98th Circle North
Minneapolis, MN 55443

Chun Chan
7304 Prestwick Ter
Fort Worth, TX 76126-1405

Chun Ho Wong
3050 Mission Inn Ave, APT 223, APT 223
Riverside, CA 92507

Chun Kit Ma
4507 Hidden Oaks Way
Houston, TX 77084

Chun Iam Chiu
10934 Edes Avenue
Oakland, CA 94603

chun yung
31 Pocahontas Drive
West Hartford, CT 6117

Chung-Ying Tsai
132 Tuers Ave
Jersey City, NJ 7306

Chunie Tong
412 Johnson Avenue
Bohemia, NY 11716

Chuwei Zheng
938 120th Street
Queens, NY 11356

Ciara Fraser
33314 Cheryl Drive
Clinton Township, MI 48035

Cielo Heredia
3788 Hemlock Avenue
Clearlake, CA 95422

Cierra Vincent
1913 12th Avenue
Altoona, PA 16601

Cindy Chheng
2037 Richdale Ave
Hacienda Heights, CA 91745

Cindy Holway
30 Ashworth Court
Amherst, NY 14228

Cindy Lam
1640 Lancewood Avenue
Hacienda Heights, CA 91745

CINDY NAM
1543 77th St
Brooklyn, NY 11228

Cindy robertson
1746 Ronald Rd
Akron, OH 44312

Cindy Wooten
1057 Timber Bluff Dr
Wentzville, MO 63385-2144

Cindy Zaldivar
1024 Gillespie street, 2
Schenectady, NY 12308

CJ Rosario
3136 Chepstow Ln
Falls Church , VA 22042

CJ Wadsworth
4895 Cornish Heights Pkwy
Syracuse, NY 13215-2475

CL Hodge
3830 creal lake court
terre haute, IN 47805

Claire Dickens
13 Wisteria Pl
Aliso Viejo, CA 92656

Claire Fischer
28214 Gadwall Dr
Katy, TX 77494

Claire Pond
115 Field CT NE
Leesburg, VA 20176

Clara Reynolds
10 Guinevere Court
Rosedale, MD 21237

Clark goebel
1366 ANA MARIA CIR
PORT ORANGE, FL 32129

Claude Dearchs
2424 Chancery Lane, Apt. 303
Chesapeake, VA 23321

Claudia Duarte
750 Laporte Avenue
San Bernardino, CA 92405

Claudia Ferdinand
212 BRENTWOOD ST
BAY SHORE, NY 11706-2016

Claudia Gonzalez
3412 Cornell Avenue
McAllen, TX 78504

claudia munoz
915 Paul St
pasadena, TX 77506

Claudia Perez
29908 Southwest 159th Drive
Homestead, FL 33033

claudio mercado
12507 Saratoga Woods Ln
humble, TX 77346-3715

Clever Parajon
3151 North F Street
San Bernardino, CA 92405

Cliff Green
230 Pages Place , Apt 4
Bountiful, UT 84010

Clifford Elor
67 N second ave Nanuet Ny 10954
Nanuet, NY 10954

Clint Grommett
500 E MIFFLIN ST
ORWIGSBURG, PA 17961

Clint Miller
140 Akaloa Dr
Bastrop, TX 78602

CLINT VON HOLLEN
1252 AMHERST COURT
COCOA, FL 32922

Clinton Camp
715 Parkway, Suite 8
Gatlinburg, TN 37738

Clinton Casey
6024 Osprey Dr.
Rosenberg, TX 77469

Clinton Dunn
14003 Lookout Way North
Seminole, FL 33776

Clinton Dybul
3201 E Lake Park Xing, Unit 65
Appleton, WI 54915

Clovis Medeiros 5 HIGHLAND ST MILFORD MA 0175
5 HIGHLAND ST
MILFORD, MA 01757-2313

CNA Insurance
PO Box 74007619
Chicago, IL 60674.7619

Cody Chambers
134 Rosewood Dr.
Princeton, WV 24739

Cody Cramer
1980 Country Road Lot 80
Rapid City, SD 57701

Cody farmer
4608 Williams Valley Road
Clayton, WA 99110

Cody Kreppein
1355 Bradley Blvd, Apt 208
Savannah, GA 31419-8155

Cody Morris
301 West Lin Street
Fulton, MS 38843

Cody Onishi
1415 Victoria Street, Apt 606
Honolulu, HI 96822

cody piet
6240 west 136th avenue
cedar lake, IN 46303

Cody Smith
205 Steeplechase Dr
Auburn, IN 46706

Cole Halverson
2735 E Runaway Bay PL
Gilbert, AZ 85298

Cole Jackson
1049 Chatsworth Drive
Mount Juliet, TN 37138

Cole Kruger
106213 E 297 PR SE
Kennewick, WA 99338

Cole Willingham
2604 Laurelwood Drive
Martinsville, IN 46151

Colin Agpaoa
857 Kellogg Mill Road
Fredericksburg, VA 22406

Colin Taibi
2142 Tournament Way
Grove City, OH 43123

Colleen Scala
5470 Sw 100th Loop
Ocala, FL 34476

Collin Partin
3052 Lakefield Drive
Little Elm, TX 75068

Colorado Department of Revenue
PO Box 17087
Denver, CO 80217-0087

Comptroller of Maryland
110 Carroll Street
Annapolis, MD 21411-0001

CON MALLARI
11364 walcroft street
lakewood, CA 90715

Connan Powers
716 South Fuller Avenue
Independence, MO 64052

Connie Divis
1009 Doubletree Court Northeast
Cedar Rapids, IA 52402

Connie Gilbert
19634 Pine Valley Avenue
Porter Ranch, CA 91326

Connie Oseguera Espinoza
240 Alhambra Street
Salinas, CA 93906

Connie Situ
11 Saint George St, 13B
Boston, MA 2118

Connor  Hoasjoe
102 OaK Leaf Trl.
Benton, LA 71006

Connor Center
712 Oak brook Drive
Hebron, IN 46341

Connor Shropshire
PO box 2974
Redmond, WA 98073

Connor Smith
610 Parkway Blvd
Elizabethton, TN 37643

Connor Young
5 Bells Creek Drive
Simpsonville, SC 29681

Conor McCarty
429 S. Hoover St., 2
Los Angeles, CA 90020

Corey Augustine
2030 e beauregard st
Chalmette, LA 70043

Corey Behanna
378 Bunola River Rd, Box 242
Bunola, PA 15020-1004

Corey Capella
471 W College Ave, 313
Santa Rosa, CA 95401

Corey Danowsky
578 Madison Avenue
Milton, PA 17847

Corey Dean
108 High Street
North East, MD 21901

Corey Fields
4313 Gum Tree Lane
Lexington, KY 40513-1357

Corey Hahnl
779 G Street
Washougal, WA 98671

Corey Heard
4041 N KEYSTONE AVE, 1B
CHICAGO, IL 60641

Corey Hissam
9274 Hare Drive
West Chester, OH 45069

Corey Hutt
109 Driftwood Drive
Oneida, NY 13421

Corey Jones
7509 Ishmael Lane
Corryton, TN 37721

Corey Kener
6134 W. Intrigue Place
Herriman, UT 84096

Corey Leavell
7405 N Audubon St
Spokane, WA 99208

Corey Mulloy
3549 Christy Way N
Saginaw, MI 48603

Corey Stewart
221 Asiago
Schertz, TX 78108

Corina Bray
34383 Summerlyn Drive, 111
Lewes, DE 19958

Corina Houseworth
223 Spetti Drive
Fremont, CA 94536

Cory Howard
33R Adams Pond Rd
Derry, NH 3038

Cory Kakogawa
94-1023 Halekapio St.
Waipahu, HI 96797

Cory Norell
1111 Breen Street
Saint Paul, MN 55106

Cory Richards
1160 89th Street
West Des Moines, IA 50266

Cory Sorrells
279 herron trail
Mcdade, TX 78650

Cory Sutyak
1227 Glenoak Dr
Tallmadge, OH 44278

Cosmo Gonzalez
2905 Abbott Ave
Mission, TX 78572

Court Joy
Windermere Chase Boulevard
Gotha, FL 34734

Courtney Carter
73 North 150 East
Malad City, ID 83252

Courtney Chapman
101 Yeargin circle
FOUNTAIN INN, SC 29644

Courtney Cole
30 Brattleboro Drive
Greensburg, PA 15601

Courtney Copening
3033 Holston Lane, A
Raleigh, NC 27610

Courtney Doring
12 Linden Pl, 2a
Port Jefferson, NY 11777

Courtney Fox
31 Bluffside Drive
Greenville, SC 29611

Courtney Honda
95-1149 Makaikai St. # 109, #109
Mililani, HI 96789

Courtney Ito
1565 W 208th St, apt 4
Torrance, CA 90501

Craig Arnold
96 Martinique Dr
Buffalo, NY 14227

Craig Buren
3201 Leith Lane, Apt 614
Louisville, KY 40218

Craig Fujita
20A Central St.
Somerville, MA 2143

Craig Norberg
1936 Ashfield Street
Orlando, FL 32825

Craig Norman
505 2nd st
menasha, WI 54952

Craig Piccirillo
25 Cary Ave
Milton, MA 2186

Craig Rush
12028 Urbank Circle Northeast
Blaine, MN 55449

Craig Semon
216 Saint Nicholas Avenue
Worcester, MA 1606

Craig Taylor
301 West Main Street
Cortez, CO 81321

craig zeigler
400 W Broadway St ste 101, 204
Missoula , MT 59802

Craige Hood
1986 Scarecrow Drive, 1041#
Camano, WA 98282

Cris E Hough
5717 Concord Hill Dr
Columbus, OH 43213-2607

criss lin
8136 CRIMSON CREEK CT
LAS VEGAS, NV 89139-6909

Cristal Medrano
5916 La Ramada Street
Pharr, TX 78577

Cristi DiBernardo
2172 Crossing Way
Wayne, NJ 7470

Cristian Bruce
2416 Oak CT
Yuba City, CA 95991

Cristian Camarillo
402 Christopher Court
Grand Prairie, TX 75052

Cristian Diaz
6204 South California Avenue
Chicago, IL 60629

Cristian Feliciano
912 calle amor Urb. Sagrado corazon
Penuelas, PR 624

Cristian Moreno
3528s Callao Dr
West Valley City, UT 84128

Cristian Perez
523 Butternut Dr Lot 90
Holland, MI 49424

Cristian Rodriguez
87 Stratler Dr
Shirley, NY 11967

cristina azpeitia
1114 Windsor Dr
Fort Myers, FL 33905

Cristina Duarte
28830 SW Ashland Dr Apt 294
Wilsonville, OR 97070

Cristo Silva
602 South Mancos Place
Anaheim, CA 92806

Cristobal Pena
1087 SE Tamora AVE
Hillsboro, OR 97123

cristobal Quintero
1444 Childs Ave
Ogden, UT 84404

CRISTOBAL RODARTE
9226 WOLCOTT PARK LN
Houston, TX 77075-3824

Cristopher Flores
1417 Menlo Avenue
Los Angeles, CA 90006

Cristopher Lugo
1901 84th Street, 3D
Brooklyn, NY 11214

Crown Equipment Corporation
PO Box 641173
Cincinatti, OH 45264-1173

Crys Lau
54 Ramblewood Drive
Newburgh, NY 12550

Crystal Bedenbaugh
750 Square Lake Dr N
Bartow, FL 33830

Crystal Coronado
3213 Clear Lake Rd
Ontario, CA 91761

Crystal Gutierrez
PO Box 932, 106 W Gray St
Jay, OK 74346-0932

Crystal Hernandez
445 Orchard View Ave
Martinez, CA 94553-3553

Crystal Lohr
111 Keister Ln, Apt 1
Duncansville, PA 16635

Crystal Makkinga
211 Everstone Dr
Calgary, AB T2Y4V1

Crystal Moussouris
9633 E Caley Cir
Englewood, CO 80111

CRYSTAL NIBARGER
125 LINDA DR
NEWPORT NEWS, VA 23608

Crystal Wong
128 Innsbruck Dr
Clayton, NC 27527

Crystal Young
1306 Golden Gate Ln
saint peters, MO 63376-5207

Crystel Byrd
2519 West Edgefield Road
Florence, SC 29501

Cuahutemoc Dominguez
308 Sweetland Dr
Chattanooga, TN 37415

Curtis Castaneda
16090 Euclid Ave
Allen Park, MI 48101

Curtis Helmick
4820 S 350 E, A17
Ogden, UT 84405

CURTIS LOUDON
7108 Heron Hills Dr
Wolverine Lake, MI 48390-1414

Curtis Reichert
3010 West Zachary Drive
Phoenix, AZ 85027

Cy Nguyen
2414 Telegraph Ave., Apt. 614
Berkeley, CA 94704

Cybil  Bennett
10435 Casador Del Oso Northeast
Albuquerque, NM 87111

Cynthia  Andre
1301 Golden Rain, 3
Walnut Creek, CA 94595

cynthia chan
11 rockaway st, apt 1
lynn, MA 1902

Cynthia Franco
1550 Safari Ct.
Palmdale, CA 93551

CYNTHIA GONZALEZ
1909 Burma Lane
South Saint Paul, MN 55075

Cynthia Herrera
1808 arctic ct
LAREDO, TX 78045

Cynthia Hu
14041 Agusta Drive
Chesterfield, MO 63017

Cynthia Lopez
4402 green Ave , Apt a
Los Alamitos , CA 90059

Cynthia Scott
2451 Oak Court Rd
ukiah, CA 95482

Cynthia servin
5722 West 23rd Street
Cicero, IL 60804

Cynthia Torres
23 Ivy Hill Road
Mahopac, NY 10541

Cynthia Vargas
5809 Finchley Rd
Palmdale, CA 93552

Cynthua  Riddle
125 West Bare Hill Road
Harvard, MA 1451

Cyrus Lusk
5569 Gillot Blvd
Port Charlottle, FL 33981

D.J. Bowes
4910 40th place
hyattsville, MD 20781

Dad/Rustyn Duet
246 East 71st St.
Cut Off, LA 70345

Dagoberto  Navarro
444 Santa Barbara Avenue
Daly City, CA 94014

Dahlia Romero
5150 N Valentine Ave, Apt 239
Fresno, CA 93711

Daisy Enciso
201 S Magnolia Ave, Apt 25
Anaheim, CA 92804-2141

Daisy Magdaleno
1025 W Central Ave Apt.C
Santa Ana, CA 92707

Daisy Magdaleno
1025 West Central Avenue Apt.C
Santa Ana, CA 92707

Dakota Hansen
9779 2 Mile Road Northeast
Lowell, MI 49331

Dakota Kessinger
1903 Wyckshire Court, Apt B3
Clarksville, IN 47129

Dakota Phipps
3729 morganton road
Maryville, TN 37801

Dakota Rogert
954 4th st
SULTAN, WA 98294

Dakota Salsberry
1342 Chrysolite Avenue, A
Mentone, CA 92359

Dakota Wresch
17463 Lewis smith dr
Foley, AL 36535

Dale Clark
68 Shennecossett Road
Groton, CT 6340

Dalia Campos
2939 ridgeway dr
national city, CA 91950-7830

Dallan Blunt
4760 Highland Drive
Millcreek, UT 84117

Dallas Miller
3430 SE Harrison St Apt C6
Milwaukie, OR 97222-6555

Dalton Barbot
1687 Dotterers Run
Charleston, SC 29414

Dalton McClung
106 Churchill Drive
LaGrange, GA 30241

Dalton Miatke
11243 East Six Corners Road
Whitewater, WI 53190

Dalton Morris
7801 Susan Circle
Anchorage, AK 99516

Dalya Dickstein
9 Vista Terrace
Livingston, NJ 7039

Damaris Rodriguez
1718 blue jay
Penitas, TX 78576

Damian Andujar
HC 4 Box 13612 Arecibo PR 00612-9221
Arecibo, PR 612

Damian Harris
PO BOX 5158
Greensboro, NC 27435

Damian Womack
6363 Emerald Trail
Acworth, GA 30102

Damien Foster
12724 104th Avenue Ct E, Apt G101
Puyallup, WA 98374

Damien Pavkovich
19 Woodbury Circle
Taylors, SC 29687

Damien Tucker
260 Bay st, APT #4406
San Francisco, CA 94133

Damien Wright
1831 East Rancho Grande Dr
Covina, CA 91724

Dan Berg
11217 43rd Ave
Pleasant Prairie, WI 53158

Dan Bildilli
2409 Sharondale Dr.
Clovis, NM 88101

Dan Bingham
11120 Southwest 43rd Avenue
Portland, OR 97219

Dan Blatnik
11820 57th AVE SE
SNOHOMISH, WA 98296

Dan Cali
2041 Clearfork Road
Bridgeville, PA 15017

Dan Eustathion
161 Horseshoe Drive
Annville, PA 17003

DAN JUAREZ
29100 Avenida La Vista
Cathedral City, CA 92234

Dan Kroft
571 Longworth Avenue, Unit 8
Bowmanville, ON L1C0H3

Dan Leelachat
9876 Silvretta Drive
Cypress, CA 90630

Dan Lenihan
9345 Parkside Lane
Urbandale, IA 50322

Dan Mcgurk
3500 Haverford Avenue
Las Vegas, NV 89121

DANA BRANDT
813 S WEBER ST
COLORADO SPRINGS, CO 80903

Dana Lawrence
401 Dubois St
Bonneau, SC 29431

Danah Aldameth
2635 Quarry Stone Court
Oviedo, FL 32765

Dandan Wang
20180 Volterra Lane
Yorba Linda, CA 92886

Dane Johnson
4554 Cedar Ave S
Minneapolis, MN 55407

Dane Konkel
825 AUBURN DR
BROOKFIELD, WI 53045-3773

Danelle Amalfitano
24 Del Oro Lagoon
Novato, CA 94949

Danelle Sanders
30909 177th Ave. SE
Auburn, WA 98092

Dani Xico
41 Weybosset Street
New Haven, CT 6513

Danica Angeles
1901 Northwind Drive
Junction City, KS 66441

Daniel Armenta
2600 2nd Ave, Unit 702
Seattle, WA 98121

Daniel Barrett
21 Plantation Rd
Myrtle Beach, SC 29588-7022

Daniel Becan
2008 N. Deerpark Dr., Apartment #336, Ap
FULLERTON, CA 92831

Daniel Bogacz
1444 SANDSTONE CT W
TARENTUM, PA 15084

Daniel Bruce
2206 Country Dell Dr
Garland, TX 75040-4072

Daniel Bryz-Gornia
107  S. Suffolk Ave.
Ventnor City, NJ 8406

Daniel Carrillo
2220 Albatross Way
San Jacinto, CA 92582

Daniel Chiavaroli
1801 Kirkwood Dr
Durham, NC 27705

Daniel Conrado
531 Kennedy St.
Rialto, CA 92376

Daniel Di Scala
210 Forest Road
Little Neck, NY 11363

Daniel Downing
315 Steilen Avenue
Ridgewood, NJ 7450

Daniel Eifel
3727 palm tree blvd
Cape Coral, FL 33904

Daniel Fillmon
495 Mitscher Street
Milton, FL 32570

Daniel flores
1539 Sunnyside Ave
Stockton, CA 95205

Daniel Flores
808 South Bonnie Beach Pl
Los Angeles, CA 90023

Daniel Fry
20 Werner Road
Greenville, PA 16125

Daniel Galvez
3854 Stichman Avenue
Baldwin Park, CA 91706

Daniel Garcia
1911 Hannah Drive
Edinburg, TX 78542

Daniel Garcia
3844 Saint Louis Avenue
Fort Worth, TX 76110

Daniel Garcia
4575 Dean St NE
Salem, OR 97301-3057

Daniel Garrido
3617 3rd Ave
Los Angeles, CA 90018

Daniel George
123 Fremont Drive
Summerville, SC 29486

Daniel Germani
29 Everett Street
Rye, NY 10580

Daniel Greenslade
1719 Parkview Avenue
The Bronx, NY 10461

Daniel Guzman
131 Country Park Drive
Winchester, VA 22602

Daniel Hawbaker
552 S HURON RD, APT 77
GREEN BAY, WI 54311

Daniel Heredia
746 Bounty Dr, Apt 4609
Foster City, CA 94404

Daniel Herrera
11021 NW 62nd Ct
Hialeah, FL 33012

Daniel Hurst
2709 Washington St
Alameda, CA 94501

Daniel Jares
9826 Dandelion Ave
Fountain Valley, CA 92708-2029

Daniel Johnson
38395 Alta Drive
Fremont, CA 94536

Daniel L??pez
St. 444, km 4.8, HC 5 Box 10996
Moca, PR 676

Daniel Lahar
6300 Mesquite Dr NW
Albuquerque, NM 87120

Daniel Lopez
149 Amherst Avenue
Menlo Park, CA 94025

daniel martin
217a patterson st
Paris, TN 38242

Daniel Mason
172 Shannon Blvd
Middletown, DE 19709

Daniel Mccormick
223 Quail Drive
Greensburg, PA 15601

Daniel Milliken
1566 Macintosh Way
Hummelstown, PA 17036

Daniel Morales
51 Garretson Avenue
Staten Island, NY 10304

Daniel Moreno
1617 FEATHERBAND DR
VALRICO, FL 33594

daniel negrete
3206 n koning dr
Sheboygan, WI 53083

Daniel ONeill
3667 West Benjamin Holt Drive, APT 236
Stockton, CA 95219

Daniel Padilla
8703 Glen Bluff
San Antonio, TX 78239

Daniel Paradine
89 West 15th Street
Bayonne, NJ 7002

Daniel Plummer
9 Wilson Ln
Groton, CT 6340

Daniel Ramos
790 11th Ave., Apt. #38H
New York, NY 10019

Daniel Reierson
2202 Cascade Street
Juneau, AK 99801

Daniel Saffold
14631 San Bruno Drive
La Mirada, CA 90638

Daniel Shealey
1508 East Rutherford Street
Landrum, SC 29356

Daniel Sosa
732 N Birmingham Place
Tulsa, OK 74110

Daniel Spencer
694 Crestridge Dr
Grand Junction, CO 81506

Daniel Stuart
411 Alliance Blvd, Apt 3208
Waxahachie, TX 75165

Daniel Suhn
1405 Norcross Ln
Severn, MD 21144-1828

Daniel Surom
2132 Dunn Road
Fayetteville, NC 28312

Daniel To
65482 Burrowing Owl Court
Desert Hot Springs, CA 92240

Daniel Tovar
768 North Brand Boulevard
San Fernando, CA 91340

Daniel Vega
3626 Havenmoor Place
Katy, TX 77449

Daniel Webber
951 Turner Rd. Apartment 228
Grapevine, TX 76051

Daniel Yi
1633 Mill Street
San Luis Obispo, CA 93401

Daniela Becker
901 dove creek drive
Athens, TX 75751

Danielle  Walker
12680 Augusta Highway
Walterboro, SC 29488

Danielle Arboleda
13818 Newport Shores Dr
Hudson, FL 34669

Danielle Bedolla
8123 Crab Apple Ct
Bakersfield, CA 93311

Danielle Benzer
947 E Clovefield St
Gilbert , AZ 85299

Danielle Brigham
11132 76TH AVE, APT 5H
FOREST HILLS, NY 11375-6407

Danielle Garner
21806, Baldy pl
Cottonwood, CA 96022-7600

Danielle Gray
307 Shelly Dr
Reading, PA 19608

Danielle LoPresti
2645 Homecrest Avenue, apt 2h
Brooklyn, NY 11235

Danielle Terukina
91-1081 Iwikuamo'o Street, Unit 104
Ewa Beach, HI 96706

Dann Manahan
25 Jasmine
Lake Forest, CA 92630-1456

Danno Mattice
1221 Pouder rd
Sykesville, MD 21784

danny esser
156 Summer Street, Apt 2
Fitchburg, MA 1420

Danny Lin
401 N Veterans Pkwy Ste 2, STE 2
Bloomington, IL 61704

Danny Olivares
34112, Silktassel Rd
Lake Elsinore, CA 92532

danny ortiz
1282 Raleigh Court, 304
Glendale Heights, IL 60139

Danny Phakeovilay
1481 Calle Artigas
Thousand Oaks, CA 91260

Danny Shreffler
3025 Sw 11th court
Cape coral, FL 33914

Dante Kim
15928 MERIDIAN AVE S
BOTHELL, WA 98012-5578

Daphne Aguilar
5353 Carrara Court
St. Cloud, FL 34771

Daphne Do
485 Caffrey Ct.
Monterey, CA 93944

Darci Pelham
8550 Touchton Rd, Unit 734
Jacksonville, FL 32216

Daria Medved
11527 Seneca Forest Cir
Germantown, MD 20876-4308

Darian Glisson
200 Throop Avenue, APT 3A
Brooklyn, NY 11206

Darianne Mullenax
843 BRADDOCK RD
Cumberland, MD 21502-2622

Darien Restifo
3314 New Scotland Road
Voorheesville, NY 12186

darien riley
13904 Coronado Drive
Spring Hill, FL 34609

Darion Vega
8990 Northwest 166th Terrace
Miami Lakes, FL 33018

Darius Scott
172 Creekside Bluff Way
Auburn, GA 30011

Dariusz Polakowski
6 Trembley Court
Bayonne, NJ 7002

Darniesha Beach
3301 Chauncey Pl, Apt 101
Mount Rainier, MD 20712

Daron Hilburn
24506 Pelican Hill Dr.
Katy, TX 77494

Darra Henderson
4452 Winding River Cir
Stockton, CA 95219

Darrel Petri
202 W LOCUST ST, APT 1112
Bloomington, IL 61701

Darrell Albert
2559 55th Ave S
Fargo, ND 58104

Darrell Cuff
909 Bullock Ave
Yeadon, PA 19050

Darrell Turlington
1522 Union Rd Apt. E
Gastonia, NC 28054

Darren Block
6483 109th Ter
Pinellas Park, FL 33782-2421

Darren Ezawa
95-068 Kaulua St.
Mililani , HI 96789

Darren Fang
722 Brussels Street
San Francisco, CA 94134

Darren Fong
9745 Shanelyn Way
Elk Grove, CA 95757

Darren Hoch
1931 Gray Meadow Drive
Apex, NC 27502

Darren Huynh
12611 Ohmer Way
Garden Grove, CA 92841

Darren Myron
2824 Stone Street
Port Huron, MI 48060

Darrien Bigney
3520 Cleveland Heights Boulevard, #159
Lakeland, FL 33803

Darrion Yang
209 E University Ave, APT 332
Champaign, IL 61820

Darry Etheridge
1785 South Burnt Hickory Road
Douglasville, GA 30134

Darryl Hannah
486 calle elegante
vista, CA 92083

Dartenion Damron
13026 Columbine Way
Thornton, CO 80241

Darven Norris
105 Franklin Avenue
Pottsboro, TX 75076

Darwin  Pappas-Fernandes
219 Reeds Lane
Stratford, CT 6614

Darya Suvorova
4640 Kenilworth Drive, Apt 105
Rolling Meadows, IL 60008

DARYES BABERS
31300 AUTO CENTER DR, Apt M157
LAKE ELSINORE, CA 92530

Daryl Williams
801 Thera Drive
Charlotte, NC 28206

Daryush Nadimi
6110 Rosalind Avenue
Richmond, CA 94805

Daulton Sherwin
523 Ardmore Ave
Erie, PA 16505

Dave Nagy
23 Cornwall Avenue
Prospect, CT 6712

Dave Novak
806 Florence ave
East McKeesport, PA 15035

Dave Wright
c/o Sarah Smith, 10501 W Almeria Rd
Avondale, AZ 85392

David  Jimenez
1157 South Alma Avenue
Los Angeles, CA 90023

David  Wong
128 Avenue V
Brooklyn, NY 11223

David A Diaz
7723 Yankee Place
Fontana, CA 92336

david abbott
61 GREELEY ST
HUDSON, NH 3051

David Alexander
2626 Natchez Ct
League City, TX 77573

david allen
70147 10th Street
Covington, LA 70433

David Baecker
1309 11th St Ne
Massillon, OH 44646

David Ballaro
61 Briarwood Dr
Seymour, CT 6483

David Berry
1801 34th Avenue
Stone Park, IL 60165

David Bevevino
4021 Roxbury Road
Erie, PA 16506

David Blackford
12816 Bay Tree Way
Louisville, KY 40245

David Blaufuss
4798 Clark Street
Hamburg, NY 14075

David Brangers
9005 Brandywyne Dr
Louisville, KY 40291

David Brown
5228 Esmond Drive
Odessa, TX 79762

David Burger
581 Lafayette Avenue
Palmerton, PA 18071

David Burns
3243 Stanhope Ave
Cincinnati, OH 45211

David Calel
12345 LAMPLIGHT VILLAGE AVE, APT 416
AUSTIN, TX 78758

David Callahan
189 W Darby Cir
Dover, DE 19904-6083

David Campbell
414 Colerain Street
Sligo, PA 16255

David Carr
13755 Wesleyan Boulevard
Orlando, FL 32826

David Chait
16 Peachtree Rd
Lexington, MA 02420-2411

David Clark
2166 Ridgewood Way
Bountiful, UT 84010

David Collins
166 Beech Street
Roslindale , MA 2131

David Crawford
348 Taffy St
Westland, MI 48186

David Dacre
1001 Dart Way, 412
Des Moines, IA 50309

David De La Rosa Jr
3302 White Oak Drive
Mission, TX 78573

David de Neve
194 Meadow Grass Place
Escondido, CA 92027

David Dela Rosa
149 30th St.
Brooklyn, NY 11232

David Diaz
11956 West Baker Avenue
Avondale, AZ 85392

David Dickinson
3249 Peoria Road
Liberty, MS 39645

DAVID DISHMAN
5209 East Allison Road
Camby, IN 46113

David Duch
1116 Ave. G
Ormond Beach, FL 32174

David Elizais
3280 Arapahoe St.
Riverside, CA 92503

DAVID ELLSWORTH
3631 Seneca Lane
Las Vegas, NV 89169

David Fairchild
17220 North 35th Street
Phoenix, AZ 85032

David Farley
8109 Wendy Ln
Benbrook, TX 76116

David Fein
8203 Raintree Circle
Culver City, CA 90230

David Ferland
109 Lynncrest Terrace
Cheektowaga, NY 14225

david fierro
7700 e. speedway blvd apt 622
tucson, AZ 85710

David Foots
12533 Beacontree Way
Orlando, FL 32837

david freeman
10607 Meadowhill rd.
Silver Spring, MD 20901

David Gernhard
409 Rockaway Dr
Midlothian, TX 76065

David Gilliam
1026 Flower Frst
San Antonio, TX 78245-1333

David Goodwin
30-92 29th Street, Apartment 4H
Astoria, NY 11102

David Guerra
P. O. Box 45457
San Diego, CA 92145

David Guerrero
2753 East Broadway Road, ste 101-180
Mesa, AZ 85204

David gutierrez
609 Stewart St
Killeen, TX 76541-5680

David Hagelin
15206 CALEXICO LN
Woodbridge, VA 22193-1627

David Hill
731 Seaton Ave, Unit 243
Alexandria, VA 22305-3058

David Holtzapfel
134 rolling acres
winfield, WV 25213

David Hong
566 Kiowa Drive
Franklin Lakes, NJ 7417

David Hunter
260 Crumly Chapel Road
Birmingham, AL 35214

David Jauregui
3620 Monroe St apt#617
Riverside, CA 92504

David Johnson
8236 BEDFORD COVE WAY
Sacramento, CA 95828

David Jones
1636 East Skyline Drive
Tucson, AZ 85718-1164

David Jordan
16 Juliette Street, Apt 2
Dorchester, MA 2122

David Karwoski
4521 Ashburner
Philadelphia, PA 19136

David Kelly
6811 Laronda Ln
Las vegas, NV 89156

David Kogut
1704 Wildspring Parkway
Joliet, IL 60431

David Learman
1501 Marquette Avenue
Bay City, MI 48706

David Leja
141 Luce Road
Williamstown, MA 1267

David Lipham
12413 Early Run Ln
Riverview, FL 33578-3308

David Macias
518 Hannah Heights Way
Hull, GA 30646

David Madruga
6167 American Beauty Avenue
Las Vegas, NV 89142

David Maldonado
8815 Willoway St
Houston, TX 77016

DAVID MALINOWSKI
127 Frank Avenue
Mamaroneck, NY 10543

David Marin
18643 Runnymede street
Reseda, CA 91335

David Marion
7 Cobblestone Circle
Hatboro, PA 19040

David McCarthy
6526 Friars Road, Unit 206
San Diego, CA 92108

David McMorrow
174 State RT 17, Suite C
Rochelle Park, NJ 7662

David Milkman
265 E Hanford Armona Rd, Apt 108
Lemoore, CA 93245-2368

David Mogollon
2000 Hungtington Avenue, Apt. 411
Alexandria, VA 22303

David Molina
2795 Sherman Oak Dr.
North Port, FL 34289

David Morales
218 Eldert Ln
Woodhaven, NY 11421

David Mueller
403 N Verzel Dr
Macomb, IL 61455

David Munguia
6590 Marquette St UNIT D
Moorpark, CA 93021

David Murray
115 Fieldcrest Street, 203
Ann Arbor, MI 48103

David Myster
8571 Tern Court
Chanhassen, MN 55317

David Pacheco
2960 San Pasqual St
Pasadena, CA 91107-5332

David Parker
13100 notre dame ln n
jacksonville, FL 32218

David Phillips
379 Kaholalele Road
Kapaa, HI 96746

David Raughley
101 Richmond Hill Pkwy
Byron, GA 31008

David Rich
292 North Street, 421
Pittsfield, MA 1201

David Roberts
116 n 200 e
Cedar City, UT 84720

David Rohrenback
PO Box 744
Johnson, KS 67855

David Romero
1725 Griego Ave
Olivehurst, CA 95961

David Romero
7248 Whittier Ave, Back house
Whittier, CA 90602

david sansone
22 quaspec rd
blauvelt, NY 10913

David Shapiro
11500 Jollyville Road, 2922
Austin, TX 78759

david Shapiro
6206 Caminito Plata
San Diego, CA 92120

David Siman
10788 Kinglet Circle
Cincinnati, OH 45249

David Smith
120 A St
Girardville, PA 17935-1309

David Smith
27 PINEBROOK DR
MORRISONVILLE, NY 12962-9781

David Sorensen
8804 Wood Stork Drive
Austin, TX 78729

David T Wilson
5838 Five Oaks Pkwy null
Saint Louis, MO 63128-1403

David Tanner
720 North Apricot Place
Nampa, ID 83687

David Tharp
3307 Dovel Hollow Road
Stanley, VA 22851

David Tiburcio
451 East 116th Street
New York, NY 10029

David Todd
369 HIGHPOINT XING
POWDER SPRINGS, GA 30127

David Vandervoort
535 Ne Monroe
Portland, OR 97212

David Vasquez
101 Evan Court
Clayton, NC 27520

David Warner
4144 Cobb Drive
Zephyrhills, FL 33543

david whitehurst
620 willruth dr
allison park, PA 15101

David Wigglesworth
183-04 Babylon Avenue
Saint Albans, NY 11412

David Wood
1709 South 92nd Street
Tacoma, WA 98444

David Wood
39 N 1st St
Phillipsburg, NJ 8865

David Worley
795 Rosewood Ln
York, PA 17403-5917

David Ye
2790 86th Street, Apt. 2F
Brooklyn, NY 11223

Davin Acol
73-1237 Ahikawa St
Kailua Kona, HI 96740

Davis Wright Tremaine LLP
920 Fifth Ave. - Suite 3300
Seattle, WA 98104

Davison Brooks
1310 East Horseshoe Bend Drive
Rochester Hills, MI 48306

davon davis
129 Auburnleaf Drive
Hopkins, SC 29061

Davone Fisher
9805 Tailspin Lane, Apartment G
Middle River, MD 21220

Davy Manzanarez
8711 Summercrest Circle
Garden Grove, CA 92844

Dawn Causey
309 Beechwood Lane
Irmo, SC 29063

Dawn McDaniel
2707 FIELDCREST DR
Urbana, IL 61802

Dawn Oshiro
98-1481 Kaahumanu Street, Apt. C
Aiea, HI 96701

Dawn Thomas
13743 Golden Road
Milaca, MN 56353

DAwn Traynor
91 White Street
Eatontown, NJ 7724

Dawnthea Price Lisco
115 N 1ST ST, APT 115
RICHMOND, VA 23219-2125

Dawon Kim
43729 Calabro Street
Temecula, CA 92592

Dawson McCall
1725 Biltmore Dr.
Keller, TX 76262

Dawson Sherman
715 Bethayres Street
Harrington, DE 19952

Dayana Rodriguez
3148 N 37th Drive
Phoenix, AZ 85019

De Andra  Morgan
10834 6th Avenue South
Seattle, WA 98168

Dean Hammett
1741 Chesnee Highway
Gaffney, SC 29341

Dean Hinnegan-Stevenson
30 Chiltern Hill Dr
Worcester, MA 1602

Dean Kim
762 N 203RD ST
SHORELINE, WA 98133

Dean Price
14408 Shady Bend Rd
Olathe, KS 66061

deana travetti
6338 Sherwood Rd.
Philadelphia, PA 19151

Deanna Copenhaver
75 Dew Drop Lane
Gettysburg, PA 17325

Deanna Loren
7068 Spruce Hill Circle
WEST CHESTER, OH 45069

Deanna McCurdy
2825 W Westport Road
Peoria, IL 61615

Debbera DILena
14570 Leary Street
Nokesville, VA 20181

Debbie Pierce
101 W. Riverdale Ave Unit 25
Orange, CA 92865

Debora Fernandez
12831 Sw 43 Dr
Miami, FL 33175

Deborah Hidalgo
11531 Kathy Lane
Garden Grove, CA 92840

Deborah Izquierdo
938 Floyd Ter
Union, NJ 07083-8302

Deborah Rosado
1240 Westchester Ave Apt 4K
Bronx, NY 10459

Deborah Williams
818 Webster Avenue
Hamilton, OH 45013

Debra Glynn
165 N Main St
Uxbridge, MA 1569

Decreeta Gary
1807 Brier Street Southeast
Warren, OH 44484

Dee Dixon
1971 Yellow Pine Drive
Middleton, ID 83644

Dee Gayle
1405 Parker Den Dr
Ruskin, FL 33570

Deepti Ajjampore
18185 Prairie Falcon Lane
Brookfield, WI 53045

Deja Faison
10600 Village Trail
Jonesboro, GA 30238

Delaney Smith
2101 Cheltenham Rd
Columbus, OH 43220

Delaney Thomas
1218 North Ironwood Drive
SOUTH BEND, IN 46615

Deleann Depew
10735 52nd Ave North
St. Petersburg, FL 33708

Delilah Dunn
1575 Hillside Oak Drive
Grayson, GA 30017

Dell Hughes
340 Pocahontas St
Mosheim, TN 37818-3908

Delonta Smith
2793 Noble Road, 1
Cleveland Heights, OH 44121

demarcus adams
833 Ardella Avenue
Akron, OH 44306

Demetrius Casillas
1949 Oakford Avenue
Feasterville-Trevose, PA 19053

Dena Anastasiou
264 Whitesand Court
Casselberry, FL 32707

Dena Neal
Po Box 873604
Wasilla, AK 99687

Denise Ennist
143 South Ferguson Avenue
Cookeville, TN 38501

Denise Feng
2633 Kenney Dr
San Pablo, CA 94806

Denise Levien
3840 Water Drop Court
Burtonsville, MD 20866

Denise Speir
3104 Woodbridge Drive
Birmingham, AL 35242

Denisse Firma
118-C Penny Meadow Lane
Stratford, CT 6614

Denitza  Russi
964 Weeden Creek Rd
Sheboygan, WI 53081

Dennis Dzurikanin
615 Sidney Street
Hopewell, VA 23860

Dennis Gonzales
5225 W. 121 PL
Alsip, IL 60803

Dennis Isip
16054 Cook LN
North Hills, CA 91343

Dennis J Santos
47 Madison Avenue
Chelsea, MA 2150

Dennis Marciuska
4942 Alessandro Avenue
Temple City, CA 91780

Dennis Mooney
75 Central Avenue
East Brunswick, NJ 8816

Dennis Moya
5308 Pitch Pine Ct
Raleigh, NC 27617-5804

Dennis Ong
33211 33rd Ave SW
Federal Way, WA 98023

Dennis Vargas
601 S Seneca Blvd
Daytona Beach, FL 32114-4519

Denny Bradberry
10880 fleming rd
Fowlerville, MI 48836

Denny Newman
641 Green Pasture Ct.
Elgin, SC 29045

Derek Bendixson
8410 135th ave nw
Alamo, ND 58830

Derek Cain
6419 Monteverde Lane
Citrus Heights, CA 95621

Derek Dean
1834 Pecan Grove Drive
Anna, TX 75409

Derek Hendricks
452 Old Winder Jefferson Hwy
Jefferson, GA 30549

Derek Knapp
36843 Lompoc Ave
Barstow, CA 92311

Derek Mckinney
3466 County Road 427
Elba, AL 36323

Derek Michaelson
1605 East 29th Street
Brooklyn, NY 11229

Derek Monacchio
10 Park Row W, #224
Providence, RI 02903-1136

Derek Morris
6432 Ault Place
Indianapolis, IN 46221

Derek n Henry
4105 East R Street
Tacoma, WA 98404

Derek Ruiz
669 47th Avenue Northeast
Columbia Heights, MN 55421

Derek Schneider
11437 South Ki Road
Phoenix, AZ 85044

Derek Stoudt
205 west Granada ave
Hershey, PA 17033-1540

Derek Watt
112 Allenwood Circle Southwest
Milledgeville, GA 31061

Derreck Cochran
1524 E Queen Ave
Spokane, WA 99207-4142

Derrick Gray
PSC 3 Box 7653
APO, AP 96266

DERRICK JOE
PO BOX 4581
YATAHEY, NM 87375

Desiree Gomez-Gutierrez
10808 FOOTHILL BLVD # 160-733
RANCHO CUCAMONGA, CA 91730

Desiree Smith
1200 S Dairy Ashford, #424
Houston, TX 77077

Desiree Sze
1715 popham avenue, apt 1
Bronx, NY 10453

Desmond Bostic
993 Equestrian Dr, Apt 4202
Henderson, NV 89002-8458

Destinee Fannin
609 West 4th Street
Marion, IN 46952

Destiny Goade
750 Keyes Drive
Grovetown, GA 30813

Destiny Sanchez
820 Award Drive
Colton, CA 92324

Devan Bissonette
5692 Ridge Road West
Spencerport, NY 14559

Devi Shamdasani
712 featherwood dr
Diamond bar, CA 91765

Devin Champagne
39 Towne st
North Attleboro, MA 2760

Devin Fabian
5830 5th Ave Apt 2-2
Pittsburgh, PA 15232-2742

Devin Howell
8003 Parkside Lane NW
Washington, DC 20012

Devin Mauldin
795 Avante Place
Morgan Hill, CA 95037

Devin Orr
140 Proctor Hill Road
Hollis, NH 3049

Devin Smith
2004 Hastings Drive
Plainfield, IL 60586

Devin Stocksdale
9718 East Annalyn Dr
Sandy, UT 84070

Devlin O?ÃôHaver
534 NE 80th St.
Seattle, WA 98115

Devon Ceja
114 Woodknoll Pl
Valrico, FL 33594-6732

Devon Mauer
307 West 10th Street
Winona, MN 55987

DeVona Day
8429 Brahma Drive
Justin, TX 76247

Dexter Arafiles
25227 Redlands Blvd, Ste D
Loma Linda, CA 92354-1932

Dexter Heineke
128 S REITER ST
Benson, IL 61516

Dezso Augusztin
220 Johnson Avenue
Stratford, CT 6614

Diamond Comic Distributors, Inc.
10150 York Rd. - Suite 300
Hunt Valley, MD 21030

Diana Alcala
4240 South Centinela Avenue, Apt3
Los Angeles, CA 90066

Diana Gibbs
10621 West 102nd Place
Westminster, CO 80021

Diana Gutierrez
2727 5 Points Road
Indiana, PA 15701

Diana Langie
1439 Northwoods Rd
Deerfield, IL 60015

Diana Pyhala
11S573 Webster Lane
Naperville, IL 60564

Diane Frost
303 W Main, Apt 1601
Elkland, PA 16920

Diane Garcia
Woodtrail Apts, 3130 E Villa Maria Rd Ap
Bryan, TX 77803-5067

Diane Messer
77 Dogwood Road
Asheville, NC 28805

Diane Zeno
16521 Regina Circle, 4, 4
Huntington Beach, CA 92649

Dianna Sajuan Vazquez
36647 Cherry Street
Newark, CA 94560

DiAntha Threat
7920 Branch Way
Fort Worth, TX 76116

Dias reyes reyes
8537 Northwest 66th Street
Silver Lake, KS 66539

Diego Alzaga
2161 Villa Sonoma Glen
Escondido, CA 92029

Diego F Delgado
84-20 153 Ave, 6H
Howard Beach, NY 11414

Diego Guerrero
15562 Outside Trail
Noblesville, IN 46060

Diego Martinez
2882 Mount Hope Drive
Las Vegas, NV 89156

Diego Sanchez
1463 Morgan Rd
San Bernardino, CA 92407

Diego Sernadas
50-21 45th Street, Apt 3f
Queens, NY 11377

Diego V
421 Cardona circle
Greenfield, CA 93927

Diego Villalobos
8785 Frankfort Street
Fontana, CA 92335

Dilene Gonzalez
19750 Saticoy St.
Winnetka, CA 91306

Dillon Thorp
8652 Woodman Avenue
Los Angeles, CA 91331

Dillon Wellerbrady
26 Ansonia Road
Boston, MA 2132

Dina Ost
1313 Maple Drive
Blair, NE 68008

Dina Weslander
2529 West Cactus Road, Apt 3123
Phoenix, AZ 85029

Discover Bank
PO Box 6103
Carol Stream, IL 60197-6103

DJ Singleton
9816 140th Street Court East
Puyallup, WA 98373

DJ SMITH
12717 Carter Street
Overland Park, KS 66213

Dj Smoot
3528 California Avenue
Long Beach, CA 90807

Dmitri Weise
160 Ludlow st
Belchertown, MA 1007

Dmitriy Kazimirko
4558 Spring Blvd
Eugene, OR 97405

Dolf Dodge
3953 Pegg Ave
Columbus, OH 43214

Dolly Becerra
2259 N Latrobe ave , House
Chicago , IL 60639

Dolly Pham
1574 Orangewood Dr
San Jose, CA 95121

Dominador Florentino
2418 Marquette Trl.
Katy, TX 77494

domingo reyes
104 Stahl Ave
New Castle, DE 19720

Dominic DeLellis
120 ENGLEWOOD BLVD
HAMILTON, NJ 8610

Dominic Lam
12 MacDonald Court
Richmond Hill, ON L4E 1E9

Dominic Maffuccio
8 Ashley Street
Pittsfield, MA 1201

Dominic Quinn
4272 Ellinwood Boulevard
Palm Harbor, FL 34685

Dominic Torrez
300 Addison Court
Oswego, IL 60543

Dominik Fernandez
13127 Rockridge Lane
Woodbridge, VA 22191

Don Craft
320 new st.
fairport harbor, OH 44077

Don Kallenberger
720 woodlawn Ave
Muscatine , IA 52761

Donald Fitzgerald
6533 Graylock Ln.
North Highlands, CA 95660

Donald Greguoli
8726 Brackenwood Dr
Orlando, FL 32829

Donald Hanson
3005 South 47th Street, Apt 71
Tacoma, WA 98409

Donald key
3526 south adelle
Mesa, AZ 85212

Donald Moore
77 Borough Road
Concord, NH 3303

Donald Murphy Jr
291 Columbus ave, Apr 2l
Tuckahoe, NY 10707

Donald Nguyen
216 Andrea Drive
Jamestown, NC 27282

Donald Perkins
569 Copperfield Dr
Lawrenceburg, KY 40342

Donald Rexroad
1847 Tin Mine Rd
Lincolnton, NC 28092

Dong Lee
121, 1st CAVALRY RD
FORT LEAVENWORTH, KS 66027-1202

Dong Yuan
136-21 Latimer Place, 2H
Flushing, NY 11354

Dongbo  Liu
477 Baltimore Pl
San Jose, CA 95123

Donna  Oriondo
11328 Euclid Avenue, 206
Cleveland, OH 44106

Donna Edwards
5700 Bayou Dr
Bossier City, LA 71112

Donny Valenzuela
4819 Mendocino Terrace
Fremont, CA 94555

Donovan Pair
219 Saddlebow Road
Bell Canyon, CA 91307

Donte Jackson
22727 Dolorosa St
Woodland Hills, CA 91367

Donte Parks
3516a South Webster Street
Seattle, WA 98118

Doral Moore
470 Hood Road
Stockbridge, GA 30281

Doreen Milazzo
71B Gough Avenue
West Warwick, RI 2893

Dorian Barrios
413 19th Street, Apt 1
Altoona, PA 16602

Doris Ihejirika
1314 Eastwood Dr
District Heights, MD 20747

Dorn, Caedmon
8200 nw 79th terr
Kansas City, MO 64152

Dorothy Anderson
190 Harold Ave
Derby, CT 6418

Dorsey Clemons
12700 Bartram Park Blvd, APT 1723
Jacksonville, FL 32258

Dory Sain
2702 Lakeside Way, Apt 2702, Apt 2702
Newnan, GA 30265

doug emery
PO Box 2202
Gypsum, CO 81637

doug hicks
105 Tinker Way
Sacramento, CA 95838

Doug Singer
2605 Scott Avenue
Los Angeles, CA 90026

Doug Vandiver
1182 Deblin Dr
Milford, OH 45150

Douglas  Piontkowski
3415 Glover Rd
Almont, MI 48003-8130

Douglas Bernard
1838 Davidson Street
Aliquippa, PA 15001

Douglas Caulfield
889 Home Park Drive
Saint Peters, MO 63376

Douglas Fisher
3214 s Durango st, Unit b
Tacoma, WA 98409

Douglas Gordon
1322 W 64th St
Cleveland, OH 44102-2106

Douglas Hassett
644 Hollywood Dr
MONROE, MI 48162

Douglas Shaffer
1723 West Carol Avenue
Mesa, AZ 85202

Douglas Walkinshaw
55 Woodham Ave
Fort Walton Beach, FL 32547

Douglas Wallace
45 Lenox Circle
Roanoke, VA 24019

Douglas Wong
2518 N Marshfield Ave
Chicago, IL 60614

Doyle & Hoefs, LLC
PO Box 143,
Suffern, NY 10901

Doyle, Kassandra
1509 Comer Ave
Indianapolis, IN 46203

Drake Blaney
11028 Labelle Avenue
Cincinnati, OH 45242

Drake Williams
6831 Curry Station Rd
Eastaboga, AL 36260

Dre Quintino
2110 12th Street
Anacortes, WA 98221

Drei  Domes
4120 C Street
Bremerton, WA 98312

Drew Blanchard
25098 72nd Street
South Haven, MI 49090

drew e stone
3608 owens way
north highlands, CA 95660

Drew Sardinha
255 Davis St, FLOOR 2
Fall River, MA 2720

Dreyden Huncovsky
308 2nd Avenue Northeast
Belfield, ND 58622

Drink Meta
1 Gateway Center
Newark, NJ 07102

DRURY SYLVESTER
P. O. Box 2231
PRESCOTT, AZ 86302

duane allen
4488 south 4475 West
West Valley City, UT 84120

Duc Nguyen
7024 Yakima Avenue
Tacoma, WA 98408

Dulan Langel
14207 126th Avenue East
Puyallup, WA 98374

Dulce Hernandez
210 Peachtree St
Shelbyville, KY 40065

Duncan Sheridan
5 Croydon Drive
Merrick, NY 11566

Durham Parker
1753 Tanglewood Road
Jacksonville Beach, FL 32250

Dustin Bredice
4975 Fenton St
Denver, CO 80212

Dustin Bryant
3229 43rd Avenue South
Grand Forks, ND 58201

Dustin Carter
6158 Douglas Ct
Farmington, NY 14425

Dustin Chasteen
9066 108th Ave
Vero Beach, FL 32967

Dustin Cook
3612 HARMS RD
JOLIET, IL 60435

Dustin Deling
420 FORD Road, Apt 139
Minneapolis, MN 55426

Dustin L Turner
3609 Downing Circle
Deer Park, TX 77536

Dustin Markau
6004 Tree Line Ct
Orangevale, CA 95662-4948

dustin miller
2000 Huntington Drive
Waco, TX 76710

Dustin Ochoa
9731 Caritas Circle
Houston, TX 77065

Dustin Wenger
12406 E Cortez Dr
Scottsdale, AZ 85259

Dustin Wood
21805 David dr
Elkmont, AL 35620

Dusty Jarrell
1155 Vine St.
Adrian , MI 49221

Dusty Low
6012 ne 71st ct
VANCOUVER, WA 98661

Duvan Giraldo Micasillero
9 Southwest 107th Avenue Suite B
Miami, FL 33174

Dwight Jenkins
4180 Ann St
Saginaw, MI 48603

Dwight Perreira
62 Wells Ave, 2nd Floor
East Hartford, CT 6108

dwight stewart
3935 Wyckoff Dr
Virginia Beach, VA 23452

Dylan Dorn
705 NE 116th ct
Portland, OR 97220

Dylan Holmen
225 East Main Street
Le Roy, MN 55951

Dylan James
2372 Avalon Court
Aurora, IL 60503

Dylan Jones
20619 Gathering Oak
San Antonio, TX 78258

Dylan Keller
814 N 112TH ST
Wauwatosa, WI 53226-3744

Dylan Korzeniowski
9 Norway Farms Dr
Norfolk, MA 2056

Dylan Lovato
1717 Eighth Street
Manhattan Beach, CA 90266

Dylan Lyon
940 Matinee Blvd, Unit 1F
Cold Spring, KY 41076

Dylan Mayrides
166 Nectar Run
Telford, PA 18969-2183

Dylan McKenzie
171 Goldens Bridge Road
Katonah, NY 10536

Dylan Neves
1142 Washington St.
Gooding, ID 83330

Dylan Ramirez
7 Comet Lane
Levittown, NY 11756

Dylan Rossbaxh
8128 South 94th Street
La Vista, NE 68128

Dylan Strichartz
16 Ferndale Road
New City, NY 10956

Dylan Thomas
14 Edgewood Trail
Fair Grove, MO 65648

Dylan Twigg
1270 Rohm Drive
Auburn, IN 46706

Dylan Weinert
P.O box 8871
Asheville, NC 28814

E Acuna
3 Cottage Lane
Summit, NJ 7901

Eamonn Allen
18 Briarwood Drive
Wappingers Falls, NY 12590

Earl Coombs
751 East 46th Street
Brooklyn, NY 11203

Ebander Reyes
1341 Northwest 2nd Street, Apt 1
Miami, FL 33125

Ed David
4413 Henry St
Oak Forest, IL 60452

Eddie Acosta
12925 DRONFIELD AVE
SYLMAR, CA 91342

Eddie Kwan
1481 Murchison Drive
Millbrae, CA 94030

Eddy  Rojas
7000 Water Meadows Dr
Fort Worth, TX 76123-2979

Eddy L
16600 SW 95th St, Miami, FL 33196
Miami, FL 33196

Eddy Palacios
524 Chain St
Norristown, PA 19401-4608

Eddy Pug
55W 45th Street, 3RD FLOOR
New York, NY 10036

Eddy Virgen
8313 Peakview Dr
Fort Collins, CO 80528

Eddy Zayas
805 E Ontario St
Philadelphia, PA 19134

Edgar  Garcia
1305 Fuente Dr
Oxnard , CA 93030

Edgar Delgadillo
1540 west ball rd, Apt 2E
Anaheim, CA 92802

Edgar Garcia
221South Central Avenue, Lot #23
Avondale, AZ 85323

Edgar Gonzales
5003 Imperial Avenue, 306
San Diego, CA 92113

Edgar Martinez
33817 rancho Vista dr
Cathedral city, CA 92234

Edgar Montano
321 S West St.
Anaheim, CA 92805

Edgar Ortiz
4891 SPRINGFIELD DRIVE
DUNWOODY, GA 30338

edgar shoenfelt
9265 malibu rd ne
minerva, OH 44657

Edgardo Concepcion
2000 LINWOOD AVE
FORT LEE, NJ 7024

Edin Hasangjekaj
134 Wixon Pond Rd
Mahopac, NY 10541

Edith Sanchez
6805 Nordling Rd, Trlr 9
Houston, TX 77076

Edna Gonzaga
10575 S Emerald Meadows Dr
Oak Creek, WI 53154

Eduardo Carcano
2400 Northeast 9th Street, Apt.404
Fort Lauderdale, FL 33304

Eduardo Chavez
8650 Pitner Road, Apt 188
Houston, TX 77080

Eduardo Delgado
1100 Sullivan Ave Unit 905
Daly City, CA 94017

Eduardo Diaz
2700 Colorado Blvd, Apt 1821
Denton, TX 76210

Eduardo Diaz
903 Agua Caliente
El Paso, TX 79912

Eduardo Hernandez
140 S Occidental Blvd, Apt.1
Los Angeles, CA 90057

Eduardo Jos?© Calder??n Escobar
824 S 8th Pl
Phoenix, AZ 85034

Eduardo Palafox
10 Adele Court
Staten Island, NY 10304

Eduardo Porte
2031 Ipsden Dr, House
Orlando, FL 32837

Eduardo Saucedo
11616 South 104th East Avenue
Bixby, OK 74008

Eduardo Verastegui
1207 Avenue C
Del Rio, TX 78840

Edward  Hicks
6732 Highland House Court, A
Affton, MO 63123

Edward A Flores
1498 E LAS SENDAS DR
SAFFORD, AZ 85546-2183

Edward Cardenas
8685 San Luis Avenue
South Gate, CA 90280

Edward Holdfast
33 Elm Street, Unit 5A
Merrimack, NH 3054

Edward Kostich
11090 Mountain View Dr, #72
Rancho Cucamonga, CA 91730

EDWARD L GUNDRUM
1924 Deer Path Rd
Harrisburg, PA 17110

Edward Mooney
3402 Manchester
Bossier City, LA 71111

Edward Normile
2071 N BECHTLE AVE
SPRINGFIELD, OH 45504

Edward Te
2131A Mason Street
San Francisco, CA 94133

EDward Toler
326 North Virginia Avenue
Massapequa, NY 11758

Edward Valdez
16410 Palomino Place, Apt. 102
91387, CA 91387

Edwardleo Crawfoot
363 Bob-O-Link Drive, 363  bob o link dr
Lexington, KY 40503

Edwin Colon
62 Surrey Drive
Easton, PA 18045

Edwin Cordova
141 Kiowa Lane
ALBRIGHTSVLLE, PA 18210

Edwin Lopez
2903 Middletown Road, Bsmt
Bronx, NY 10461

Edwin Potter
1830 Heaton Road
Louisville, KY 40216

Edwin Torres
1951 Sir Charles Drive
Salt Lake City, UT 84116

Efren Guerrero
2605 E 600 N
Spanish Fork, UT 84660

Egan Askay
1801 Congress Circle, Apt. #3
Anchorage, AK 99507

Egardo Santiago
17367 Via Valencia
San Lorenzo, CA 94580

Eileen Lyons
6540 N. Bosworth Ave, 2
Chicago, IL 60626

Eileen Santos
61 Carolyn Avenue
Colonia, NJ 7067

ej s
12734 sw willow point Ln
portland, OR 97224

EL DIABLO  Hatch
3650 W central ave
Toledo, OH 43606

Elaine Chan
2337 E Alaska St
West Covina, CA 91791

Elaine Lam
10431 Nottingham Avenue
Westminster, CA 92683

Elaine Lam
6042 N Lawndale Ave
Chicago, IL 60659

Elaine Raines
Indianfield Estates, 385 South Santee Rd
McClellanville, SC 29458

Elani Jones
25 Delamere Street
Huntington, NY 11743

Eldrick Sean Rillera
29049 Madrid Pl
Castaic, CA 91384-4792

Eleanor White
4400 Massachusetts Avenue Northwest, And
Washington, DC 20016

Elena Munoz
705 West Sequoia Avenue, Apt 117
Woodlake, CA 93286

Elena Salas
1356 East 57th Street
Los Angeles, CA 90011

Elena Tellez
25 Seminole Road
Middlefield, CT 6455

Eli Torres
3201 E FORT LOWELL RD, APT 2096
Tucson, AZ 85716-1689

Eliana Crabb
430 East Lane Avenue
Columbus, OH 43201

Elias Chairez
8971 Dearborn Ave.
South Gate, CA 90280

Elias Dombrowski
7647 Deer Track Run
Hudsonville, MI 49426

Elias Gomez
700 Glen Court
Cleburne, TX 76031

Elieser Abreu
123 Clifton Place
Jersey City, NJ 7304

Elif Bahadir
2420 Franklin Street
Lincoln, NE 68502

Elijah Frank
P.O. Box 3178
Kirtland, NM 87417

Elijah Garcia
491 East Kerley Corners Road
Tivoli, NY 12583

Elijah James
Po Box 65
Avis, PA 17721

Elijah R Hogan
1207 Ohio Avenue
Knoxville, TN 37921

Elijah Sartain
4430 East 16th Street
Chyenne, WY 82001

Elimelec Rodriguez
24445 Calle Ruben Vega
Quebradillas, PR 678

Elisabeth  Pratt
170 Hampton Lane
Key Biscayne, FL 33149

Elisabeth Strand
17198 S Holly Ln
Oregon City, OR 97045

Elise Ginsburg
9301 Wilshie Blvd, #206
Beverly Hills, CA 90210

eliseo aguire
7573 PineRige Tre
Castle Pines, CO 80108

Elisha Miller
621 Constitution Drive
Virginia Beach, VA 23462

Eliza Perez
1230 south c street
Lake worth, FL 33460

Elizabeth  Forbis
2106 Northeast Cranbrook Drive
Vancouver, WA 98664

Elizabeth  Giannini
22 North Street
Hatfield, MA 1038

Elizabeth  Mercado
6433 W Dakin St
Chicago, IL 60634

Elizabeth Alley
32108 HAVERS DR
CARY, NC 27518

Elizabeth Ayme
14 Delaware Ave
Somers Point, NJ 8244

Elizabeth Balestrini
207 Georgetown Ct
Hanover, PA 17331

Elizabeth Blank
4270 Alvin St
Saginaw, MI 48603

Elizabeth Chavez
8170 Maple St
Jax, FL 32244

Elizabeth D Fowler
7831 Hopi TRL
Yucca Valley, CA 92284-3413

Elizabeth DeBoard
130 Thompson Way, Apt B
Indianapolis, IN 46227

Elizabeth Duvkwall
1023 Landings Court, Apartment 1
Brazil, IN 47834

Elizabeth Gordon
77 Hudson Ave
Maplewood, NJ 7040

Elizabeth Green
260 High Street, apt 1
Newburyport, MA 1950

Elizabeth Hrehor
4421 Murphy Road
Binghamton, NY 13903

Elizabeth Hull
1466 Paramount Dr, 8A
Huntsville, AL 35806

Elizabeth Jones
363 Yorkshire Circle
Nashville, TN 37211

Elizabeth Marchand
2339 Diamond ST. NE
Canton, OH 44721

Elizabeth McCusker
9918 Sully Ct
Colorado Springs, CO 80920-1459

Elizabeth Morikawa
23843 Minnequa Dr
Diamond Bar, CA 91765

Elizabeth Nguyen
9801 E Pinyon Pine Dr
Tucson, AZ 85748

Elizabeth Perquin
8719 Grand Avenue
Omaha, NE 68134

Elizabeth Pimentel
144 S Hummingbird Place
Palm Coast, FL 32164

Elizabeth Siqueiros
408 Roberts St North, 211
Fargo, ND 58102

Elizabeth Skerencak
274 Judson Place
Bridgeport, CT 6610

Elizabeth Somsak
15849 Paseo Del Campo
San Lorenzo, CA 94580

Elizabeth Thompson
10503 Brookhill Ct
Louisville, KY 40223

Elizabeth Wade
1934 W Patterson
Chicago, IL 60613

Elizabeth Werner
2728 Quail Hollow Lane
Cedar Falls, IA 50613

Elizabeth Wu
26 Ave At Port Imperial, Apt. 335
West New York, NJ 7093

Elizabeth Yermes
333 E 46th St, 9D
New York, NY 10017

Elle Cardenas
1522 Henry st apt e
Berkeley, CA 94709

Ellen Mezinis
700 Autumn Ridge Ct
St Louis, MO 63125

ELLEN SANTOS
Fairview General Hospital #20 Mercury Fa
Quezon City, NH 1118

Ellie Sain
14618 N Briarwood Dr
Fountain Hills, AZ 85268

Elliet Lugo
13300 Walsingham Road, Apt 30 Bld 3
Largo, FL 33774

Elliot Silvia
10414 lake blvd
Felton, CA 95018

Elliott Carrion
PO Box 56
Woodbourne, NY 12788

Elliott Rivas
6771 E Loop 1604 S
Adkins, TX 78101-2683

Elma  McWilliams
18 Kentwood Boulevard
Brick Township, NJ 8724

Elmer Sorto
2087 Mayflower Dr
Woodbridge, VA 22192

Elowen Scott
18722 61st Pl NE
Kenmore, WA 98028

Elsa Chavez
1505 S Rd 40 E #920
Pasco, WA 99301

Elvis Mak
475 Bright Street
San Francisco, CA 94132

Elyse K Peterson
7 Wedgewood Circle
Eatontown, NJ 7724

Ema Yamashiro
24 Strong Place , Apt 4
Brooklyn, NY 11231

Emanuel  Guerrero
2981 Ash Field Drive
San Antonio, TX 78245

Emanuel Concepcion
PSC 1 box 2623
Apo, AE 9009

Emanuel Solis
603 East Avenue J10
Lancaster, CA 93535

Emerald Doan
2580 29th Ave S Apt 24
Seattle, WA 98144

Emerald Thompson
6 Slate Creek Drive
Cheektowaga, NY 14227

Emerson Decampos
328 Locust st
Roselle Park, NJ 7204

Emileigh Beard
10243 Eggbornsville Road
Rixeyville, VA 22737

Emilia Garrison
102 Jennifer Drive
Mahomet, IL 61853

Emilia Sanford
87 Beachview Lane
Troutville, VA 24064

Emiliano TAPIA
50660 Eisenhower Drive, APT 312
La Quinta, CA 92253

Emilie Gonzalez
2022 Holguin Street
Lancaster, CA 93536

EMILIO GONZALEZ
80622 WILLOW LANE
indio, CA 92201

Emilio Sanchez
5925 Balsam Pine Dr
Las Vegas, NV 89142-1670

Emill Guzman
3433 A ST
Philadelphia, PA 19134

Emily Biskey
21243 SW Silo Terr
Sherwood, OR 97140

Emily Buckelew
36 N Mill Rd
Addison, IL 60101

Emily Chavez
2307 W Lincoln Rd
Mchenry, IL 60051-3636

Emily Daley
17 Rolling Hill Dr.
Millington, NJ 7946

Emily Evans
6 Archer Lane
Darien, CT 6820

Emily Ferg
250 West Iola Street
Iola, WI 54945

Emily Frances Carlin
1353 Wellsley Ct.
Mobile, AL 36695

Emily Hecox
30145 Joliet Ct
Novi, MI 48377

Emily Janik
0885 e sportsman ln
La porte, IN 46350

Emily Jones
31672 Chamise Lane
Murrieta, CA 92563

Emily Kielbasinski
3494 Wyss Road
Cazenovia, NY 13035

Emily Klawiter
604 West Windhorst Road
Brandon, FL 33510

Emily L
1204 Airway Drive
Waterford Township, MI 48327

Emily Locsin
6509 94th Ave
Kenosha, WI 53142

Emily M  Orellana Rosales
725 Pembroke Way
Ridgefield, NJ 7657

Emily McCracken
10500 Kelly Road Northeast
Carnation, WA 98014

Emily Phillips
2924 Claremont Ave APT 5
Berkeley, CA 94705

Emily Portas
5601 kennedy blvd, 8E
west new york, NJ 7093

Emily Roycraft
228 W Cascade Ave
River Falls, WI 54022-2223

Emily Tran
871 Legacy Woods Dr
Norcross, GA 30093

Emily Tran
871 Legacy Woods Dr.
Norcross, GA 30093

Emily Tweed
3008 Angel Court
Erie, PA 16506

Emily Wilhelm
3025 Glendale Avenue
Green Bay, WI 54313

emily worthington
115 Cranford Blvd
Mastic, NY 11950

Emma Allen
135 East Laurel Avenue
Sierra Madre, CA 91024

Emma hill
106 Carr Ct
Mebane, NC 27302

EMMA MEDALS
914 LOGANWOOD AVE
RICHARDSON, TX 75080

Emma O'Connor
1001 20th Street Northeast
Austin, MN 55912

Emma Presnell
9313 Community Cove Way
Louisville, KY 40229-2779

Emma Russo
14 Crescent Dr
Akron, NY 14001-1521

Emma Tavolacci
5070 Becht rd
Coloma, MI 49038

Emmanuel Alzate
12-1 117th Street, 1R, 1R
Queens, NY 11356

Emmanuel Bahena
P.O. Box 1638
Davenport, FL 33836

Emmanuel Brunson
728 S 36th St
Milwaukee, WI 53215

emmanuel graak
30660 Milky WAY DR. Apt A4, Apt. A4
Temecula, CA 92592

Emmanuel Juanta
222 Pulaski Street, Apt 12
Brooklyn, NY 11206

Emmanuel Mejorada
2620 E Madison St
Carson, CA 90810

Emmanuel Torres
1590 Jupiter Drive
Milpitas, CA 95035

Emmanuel Valerio
3535 KINGS COLLEGE PL, APT 3C
BRONX, NY 10467

Emmanuelle De la Cerda
26 Cobb Road
Jackson, TN 38305

Emmit Winn III
3705 Plum Blossom Court
Las Vegas, NV 89129

Emmy Jiang
2314 Kazmir Dr
Corpus Christi, TX 78418

Ena Casco
15111 SW 128th Ave
Miami, FL 33186

Enlai M Aranzabal
10104 Chapel Hill CT
Tampa, FL 33615-2636

Enoch Allingham
1823 Springdale Avenue
Shelbyville, TN 37160

Enrico Falino
15554 Sunquat Drive
Winter Garden, FL 34787

Enrico Leano
1608 Gold Run Road
Chula Vista, CA 91913

Enrique  Felix
2233, Davis Dr
New Smyrna Beach , FL 32168

Enrique Espinoza
6336 University Parkway
Winston-Salem, NC 27105

Enrique Marte
7910 Longdale Drive
Lemon Grove, CA 91945

Enrique Mendez
2053 Pine Street
Des Plaines, IL 60018

Enrique Osorio
9850 Whitehurst Dr., Apt 1006
Dallas, TX 75243

Enrique Robles
28055 Sandlewood Dr.
Hayward, CA 94545

Enrique Rojas
1250 Franklin Avenue
The Bronx, NY 10456

Enrique Vega
6320 1/2 Gotham Street
Bell Gardens, CA 90201

Ephienne Jean-Joseph
104 Northeast 7th Avenue, Apt 206
Boynton Beach, FL 33435

Erasmo Vargas
1092 Post Road East
Westport, CT 6880

Eric  Moore
4614 Park Boulevard
Panama City, FL 32404

Eric Aponte
11187 W Almeria Rd
Avondale, AZ 85392

eric araiza
16808 sam gerry drive
la puente, CA 91744

Eric Becker
23022 melrose ave
Eastpoint, MI 48021

Eric Beharry
13038 129 Street
South Ozone Park, NY 11420

Eric Bernier
32 Columbus St
Chelsea, MA 02150-1444

Eric Blyth
14404 Barley Field Drive
Wimauma, FL 33598

ERIC BROWN
34 SENECA RD
NEW HAVEN, CT 6515

Eric Burnham
27172 Columbia Way
Hayward, CA 94542

Eric Cha
3710 Portals Avenue
Clovis, CA 93619

Eric Chu
101 Drama
Irvine, CA 92618

Eric Davies
839 Indian Creek Drive
O'Fallon, IL 62269

Eric Di Resta
3 Court Square Unit 1003
Long Island City, NY 11101

Eric Elliott
8010 Oak Hill Rd
Bremen, OH 43107

Eric Fagre
31404 Philmar Lane
Wesley Chapel, FL 33543

Eric Fisher
306 Trafalgar Square
Cranberry Township, PA 16066

Eric Fusco
50 cottage st
warwick, RI 2886

Eric Hagenauer
1116 Chatham Court
Cincinnati, OH 45215

Eric Hart
140 Riverside Boulevard, Apt 1015
New York, NY 10069

Eric Holowka
73 Joan Dr.
New City, NY 10956

Eric Horton
330 Turn Pike Dr
Folsom, CA 95630-8085

Eric Huang
84 Farrington St Apt1
Quincy, MA 2170

Eric James
11556 Highway 94
Colorado springs, CO 80929

Eric Kabat
7343 Gold King Way
Indianapolis, IN 46259-5826

Eric MacLean
152 Allen Rd., Unit 217
South Burlington, VT 5403

Eric Martinez
6624 Sherman Way
Bell, CA 90201

Eric McDowell
5206 Elk Creek
San Antonio, TX 78251

Eric Meadows
100 PEAK ST
CHATTANOOGA, TN 37405

Eric Mendoza
20 W Church St , Apt 10
Bergenfield, NJ 7621

Eric Micarsos
2322 Weymouth Ln.
Crofton, MD 21114

eric mooney
40 FOXON HILL ROAD, G22
New Haven, CT 6513

Eric Mounts
312 South Michele Dr
Mount Orab, OH 45154

Eric Newman
60 Norman RD
Rochester, NY 14623-1152

Eric Oneal
13749 Ginger Dr
McCalla, AL 35111

Eric Osterberg
7 Marcel Ct
Ferguson, MO 63135

Eric Padilla
347 Pickwood Lane
Stockton, CA 95207

Eric Pena
6347 Sunset Haven
6347 Sunset Haven, TX 78249-2435

Eric Peres
115 lower rd
linden, NJ 7036

Eric Perez
2541 W. 46th Pl.
Chicago, IL 60632

Eric Perryman
1518 11th
Tell City, IN 47586

Eric Reis
1111 Maunawili Rd.
Kailua, HI 96734

Eric Reyes
14803 Mansa Drive
La Mirada, CA 90638

Eric Shyu
30-47 79th st
East Elmhurst, NY 11370

Eric Silva II
962 Antrim Loop
Colorado Springs, CO 80910

Eric Sisouvanh
614 MELILOT LN
ALPHARETTA, GA 30004-0786

Eric Soto
3421 Foxboro Drive, Apartment G
Woodridge, IL 60517

Eric Strom
24 Oak Street, Apt 18A
Hackensack, NJ 7601

Eric Szwanek
406 Roble Ave.
Pinole, CA 94564

Eric Tarin
2209 E Idaho
LAS CRUCES, NM 88001

eric tusing
419 Oak Ridge Grove Dr
Spring, TX 77386

Eric Valdez
13410 Possum Rock
San Antonio, TX 78232

Eric Wald
259 Ramsgate Way
Haines City, FL 33844

Eric Williams
2638 Cobble Hill Way
Vestavia Hills, AL 35216

eric yarberry
1230 craig rd
maumee, OH 43537-3011

Erica Ann
5852 W. 82nd Street
Burbank, IL 60459

ERICA AUFFORTH
1050 West Venture Place, Apt 211
Sioux Falls, SD 57105

Erica De Guzman
10041 Antigua St
Anaheim, CA 92804

Erica Harding
11356 East Sunland Avenue
Mesa, AZ 85208

Erica Jones
801 North 4th Street
Ponca City, OK 74601

Erica Macaranas
27874 Caraway Ln.
Santa Clarita, CA 91350

Erica Stora
5410 Ridgeline Drive
Medina, OH 44256

Erica Venegas
912 Dosangh Court
Livingston, CA 95334

Erica Vigay
302 Fifth Avenue, Apt 3
Village of Pelham, NY 10803

Erich Majors
2317 Market Street
Harrisburg, PA 17103

Erick Alaniz
15 Cruz Trevino
Roma, TX 78584

Erick Ayala
2800 W.17st APT#243
Santa Ana, CA 92706

Erick Gutierrez
1629 West 22nd Street
Santa Ana, CA 92706

Erick Henriquez
4352 South 60th Avenue
Omaha, NE 68117

Erick Martinez Jr
3927 Arlington Avenue
Los Angeles, CA 90008

Erick Paz
1405 Boca Chica Boulevard, 37
Brownsville, TX 78520

Ericka Trujillo
209 Johnce Road
Newark, DE 19711

Ericzel Catalan
1322 S Shelton St
Santa Ana, CA 92707

Erik  Gallardo
13004 Vicenza Cove
Austin, TX 78739

Erik Elliott
8 Amherst Road
Watertown, MA 2472

Erik Espinoza
614 Calder Ave
duncanville, TX 75116-3508

Erik Fields
8327 Greenview Drive
Rome, NY 13440

Erik J Zuniga
917 Campfire Cir
Rocklin, CA 95765-5345

Erik Limardo
1075 Greene Ave, 2G
Brooklyn, NY 11221

erik lundquist
1144 South St
Tewksbury, MA 1876

Erik Schmid
1125 michigan st, 1125 Michigan St
Hibbing, MN 55746-1637

ERIK SIZEMORE
10728 Casper St
Kensington, MD 20895

Erik Stauch
610 Barry St
Feeding Hills, MA 1030

Erik Swartz
80 Brentwood Dr
Buffalo, NY 14227

Erika Beyer
620 Santa Fe Drive
Vancouver, WA 98661

Erika Jacobi
2851 Leonard Dr, Apt J114
Aventura, FL 33160

Erika King
154 Hampshire Grove Northwest
Calgary, AB T3A 5B3

Erika Quintanilla
1889 Raymond Avenue, 4
Signal Hill, CA 90755

Erika Radabah
4 Martha RD apt 4
Columbia falls, MT 59912

Erin Asilo
31408 Marlin Ct
Union City, CA 94587-2594

Erin Fowler
21 WINDERMERE BND NW
CARTERSVILLE, GA 30120-7783

Erin Hampton
10308 Asheville hwy
Strawberry Plains, TN 37871

Erin Johnson
14108 Periwinkle Lane
Glade Spring, VA 24340

Erin Joyner
1400 Melinda Ln
Edmond, OK 73012

Erin Kizorek
1174 Crandano Court
Sunnyvale, CA 94087

Erin Milligan
6517 S 110th E Ave
Tulsa, OK 74133

Erin Recupero
3269 Sweetwater Dr
Ontario, CA 91761-5052

Erin Schermerhorn
2 Thayer Circle
Wakefield, MA 1880

Erin Strunk
401 12TH AVE SE APT 168
NORMAN, OK 73071

Erin Wiseman-Parkin
7468 Glendora Avenue
Georgetown Township, MI 49428

Erin Yogasundram
500 E 77th St, 1129
New York, NY 10162

Ernest  Lemieux
2655 Merritt Avenue
San Pablo, CA 94806

Ernest  Rivera
395 angora road
Reading, PA 19606

Ernest Morales
1134 Franwood Dr
DALLAS, TX 75217

Ernesto Gonzalez
10 Robillard st
Gardner , MA 1440

Ernesto Munoz
25242 West Maldonado Drive
Buckeye, AZ 85326

Ernesto Sanchez
6922 Port Bay
San Antonio, TX 78242-1526

Ernie Liu
9332 Vineyard Crest
Bellevue, WA 98004

Ernie Ramirez
6639 El Selinda Avenue
Bell Gardens, CA 90201

Eryne Greene
6890 Trinidad Drive
San Jose, CA 95120

Esau Vasquez
3413 West Camille Street
Santa Ana, CA 92704

Esme Carson
708 Old Lancaster Road
Bryn Mawr, PA 19010

Esmeralda Gonzalez
308 Columbine Court
Perris, CA 92570

Esmeralda Martinez
8835 East 39th Place
Yuma, AZ 85365

Espe Pelayo
6402 Arcadia St
EASTVALE, CA 92880-4005

Esperanza Mathiasson
6605 N. Talman Ave, Apt 2
Chicago, IL 60645

Esperanza Ramirez
4148035389, Casa
Milwaukee , WI 53215

Esteban Pineda
1800 Preston On The Lake Boulevard, Trlr
Little Elm, TX 75068

Estefania  Villalobos
14925 Grass Valley Road
Winnemucca, NV 89445

Estela Gonzalez
144 Heather Drive
San Pablo, CA 94806

Estella Diep
4100 Cobblestone Drive
Muskogee, OK 74403

Estevan Rangel
515 N. Guadalupe St
Seguin, TX 78155

Esther Escobedo
1722 North Keeler Avenue
Chicago, IL 60639

Esther Tse
1822 Midnight Circle
San Jose, CA 95133

esther wang
45 Kew Gardens Rd, Apt 5H
Kew Gardens, NY 11415-1148

Ethan  Gilpin
8649  , E. Sunnyside
New Carlisle, IN 46552

Ethan  Kay
2390 Cairnwell Drive
Belvidere, IL 61008

Ethan Davidson
7133 Wynnfield Drive South
Mobile, AL 36695

Ethan Gadberry
1505 Lost Creek Dr
DeSoto, TX 75115

Ethan luettgemann
4434 whitt mill rd
acworth, GA 30101

Ethan Mar
1928 AUSTIN AVE
CLOVIS, CA 93611-5281

Ethan Monma
920 PERSIMMON CT
ST CHARLES, IL 60174-5627

Ethan Roper
413 ARTHUR DR
Hurst, TX 76053

Ethan Selby
555 South Center Road
Boonville, IN 47601

Eugene Mitchell
982 Collegeroad
Union, MO 63084

Eugene Mok
45 Billie Ellis Lane
Princeton, NJ 8540

eugene yoon
10 linwood st, Apt. 115
malden, MA 2148

EUGENIO CALAMARI
610 Ridgewood Rd
Key Biscayne, FL 33149-2019

EUGENIO MARTINEZ MERCADO
187 Westbrook Court
Columbus, IN 47201

Euler Hermes Collections North America
100 International Dr. - 22nd Floor
Baltimore, MD 21202

Eva Bodman
1 East Dunstable Road
Nashua, NH 3060

Eva Espinoza
1657 S. 13th St West
Missoula, MT 59801

Evan Aaron
1307 Mac Drummond Road
Jasper, AL 35504

Evan Ahrendt
2885 Sw. 122nd Ave.
Beaverton, OR 97005

Evan Brandal
18022 E Alki Ave
Spokane Valley, WA 99016

Evan Bryant
127 Rossmoor ct
Anderson, SC 29621

Evan Gross
6908 Conjeo Avenue
Joshua Tree, CA 92252

EVAN OWENS
3411 Braddock Ln
Manvel, TX 77578-3583

Evan Tang
618 West 37th Street
Long Beach, CA 90806

Evan Warren
1703 Rita Ct.
Oak Ridge, NC 27310

Evan Wolf
8126 Charlesderry Rd
Kirtland, OH 44094

Evangelina Sandoval
7362 Greenhaven Avenue, 50
Rancho Cucamonga, CA 91730

Evelina Bejar
565 Venice Avenue
Dinuba, CA 93618-8000

Evelyn Cavazos
6055 North Brawley Avenue, Apt. 214
Fresno, CA 93722

Evelyn M Salazar Camilo
2340 Valentine Ave, 5F
Bronx, NY 10458

Evelyn Robles
21035 North Dr
Nuevo, CA 92567

Evelyn Varela
27641 Southwest 134th Court
Homestead, FL 33032

Evelyn Yanez
182 East Jackson Street, Apt A
Rialto, CA 92376

EVERARDO MATIAS
610 S DITMAR ST
OCEANSIDE, CA 92054-4142

everest nguyen
3315 big sky pass
Missouri, TX 77459

Everett Whiteside
2635 Tambridge Circle
Pensacola, FL 32503

Eylul Monroy
186 Coombs Dr, P.o. Box 536
Paramus, NJ 7652

Ezekiel Jensen
68135 Tumbleweed Road
Montrose, CO 81403

Ezekiel Rivera
Urb. Sierra Linda Calle 12 S31
Bayamon, PR 00957-2120

Fabian Alvarez
5476 DUNBAR DR
Oxnard, CA 93033-9112

Fabian Lopez
13030 Avalon Crest Ct
Riverview, FL 33579

Fabio Mendez
7440 Miami Lakes Dr., Apt.F106
Miami Lakes, FL 33014

Faeryn Koonce
888 Western Ave, Apt 1018
Seattle, WA 98104

fahad alshaheen
182-21 150th Drive, 718-553-8740   arame
Springfield Gardens, NY 11413

Fahiym Sakacs
5417 Brow Avenue, Floor 2
Newburgh Heights, OH 44105

Fairchild, Michael
6593 W Us Highway 6
Gibsonburg, OH 43431

Faith Riner
1032 Eddie Craig Dr.
Mcdonough, GA 30252

Fang-Ting Kao
801 FRANKLIN ST, APT 407
OAKLAND, CA 94607

Fatima Garcia
3175 Carleton Way Northeast
Salem, OR 97301

Fauzia  Mohamed
11040 South Lakeview Drive
Pembroke Pines, FL 33026

Fazia Ahmad
15498 Zalman LN
Lathrop , CA 95330

Fedex
PO Box 223125
Pittsburgh, PA 15251-2125

Felicia Lepur
6851 w.crittenden ln
Phoenix, AZ 85033

Felipe Mendoza
20 MUD MILLS RD
MIDDLETOWN, NY 10940-5035

Felipe pelaez
154 South Broadway
White Plains, NY 10605

Felipe Rumbaut
7915 Bergenline Ave, suite 7458
North bergen, NJ 7047

Felisha Rodriguez
PO Box 11011
Spring, TX 77391

Felix Acosta
54 Bee Mountain Rd
New Hartford, CT 6057

Felix Bahamonde
984 English Town Ln, Apt 302
Winter Springs, FL 32708

Felix Lopez
1 Eusden Drive
Aston, PA 19014

Felix Navarro
5725 N Figueroa St
Los Angeles, CA 90042

FELIX VALERIANO
1424 1/2 Meadowbrook Ave
LOS ANGELES, CA 90019

Felix Wu
Calle Jes??s de Galindez
Santo Domingo,  11501

ferd racelis
622 madrid street
san francisco, CA 94112

Ferdinand Lansang
3414 Fontenay Park
San Antonio, TX 78251

Fernanda Hernandez
21205 ROSCOE BLVD, APT 17
CANOGA PARK, CA 91304-4238

Fernando  Jimenez
12119 Kenney Street
Norwalk, CA 90650

Fernando Barriga
464 N Liberty St
Elgin, IL 60120

Fernando Castillo
143 Cordova Lane
Laredo, TX 78043

Fernando Ceciliano
4750 Princeton Lane
Lake In The Hills, IL 60156

Fernando Esparza
512 I St. SW
Quincy, WA 98848

Fernando Gonzalez
12916 Reis St
Whittier, CA 90605

Fernando Hernandez
1515 hawley ln
Dallas, TX 75217

Fernando Perez
5833 Armour Drive
Houston, TX 77020

Fernando Perez
8057 Bendell Dr
Houston, TX 77017

Fernando Resendiz Jr
1400 CHICKASAW AVE
LABELLE, FL 33935

Fernando Roman
6145 Sage Drive
Orlando, FL 32807

Fernando Santos
1360 Foothill Drive, 82
Vista, CA 92084

Fidela LopezFidela Lopez
8179 Mounatin View Ave Apt C
South Gate, CA 90280

Filiberto Medina
2818 E Orange Grove Ave
Orange, CA 92867-7345

Fiorella Hernandez-Montero
7 Rhonda Court
Greenville, SC 29617

Fish Mutha-effa
4048 N. California Ave, Unit 1
Chicago, IL 60618

Flavio Colorado
451 kingston ave, A5
Brooklyn, NY 11225

Florentino Gomez
2102 186th Place Southeast
Bothell, WA 98012

Florida Department of Revenue
1415 W. US Highway 90 - STE 115
Lake City, FL 32055-6156

Forbes Perkins
1521 West Fulton Place
Broken Arrow, OK 74012

Forrest Brown
16437 S 33rd St
Phoenix, AZ 85048

Forrest Zmoda
316 Brookfield Circle
Macungie, PA 18062

Fran Malouf
P.o. box 101
Odanah, WI 54861

Francelys Desarden Flores
43 Woodland St, 2R Apt
Worcester, MA 1610

Francelys Desarden Flores
43 woodland street, 2R
Worcester, MA 1610

Frances Brockwell
4494 East Black River Road
Black River, MI 48721

frances McClellan
2992 Stonegate  ln
middleburg, FL 32068

Francesco DiCocco
3812 Country Lights Street
Las Vegas, NV 89129

Francesco Policaro
488 Ocean Ave
Lynbrook, NY 11563

Francesco Zappoli
1 pier pointe st
yonkers, NY 10701

Franceska Ong
16060 35th Ave NE
Lake Forest Park, WA 98155

Francie Eyer
170 Colonial Drive
Chambersburg, PA 17202

Francine Yee
55 Riverwalk Place #601
West New York, NJ 7093

Francis McGinley
9956 Wingtip rd
Philadelphia, PA 19115

Francisca  Valdes
233 North Olive Street, Apartment B
Santa Paula, CA 93060

Francisca Carrera
6434 8th street ct w
Bradenton, FL 34207

Francisco  Alas
1760 N Freeman Ave, Apt B
Long Beach, CA 90804

Francisco Alvarez Cavazos
20123 13TH AVE W
LYNNWOOD, WA 98036

Francisco Casillas
7929 Cypress Ave
FONTANA, CA 92336

Francisco Cruz-Varo
2977 Park Avenue, Apt #3
San Bernardino, CA 92404

Francisco Delgado
2007 West 4250 South
Roy, UT 84067

Francisco Emmanuel De Los Santos
32154 Mirasol Bnd
Bulverde, TX 78163

Francisco Garcia
1374 Waterloo Ln
gardnerville, NV 89410-5318

Francisco Garcia
2818 Gardenia Drive
Garland, TX 75041

Francisco Garcia
625 Sw 67th St
Oklahoma City, OK 73139

FRANCISCO GOMEZ
11727 Culebra Rd, 3304
San Antonio, TX 78253

Francisco Gonzalez
51671 Clubhouse Drive
South Bend, IN 46628

Francisco Juan
88 County Road 546
Albertville, AL 35951

Francisco Lopez
333 Silver Ave
San Francisco, CA 94112

Francisco Martinez
5200 Summit Ridge Dr, Apt#5124
Reno, NV 89523

Francisco Mendez
11627 E Kentucky Avenue.
Aurora, CO 80012

Francisco Palomares
864 Laker Lane
Fowler, CA 93625

Francisco Palomino
3050 La Spezia Cir Apt 113
Kissimmee, FL 34741

Francisco Patino
2005 146TH PL SE, 2005 146TH PL SE
BELLEVUE, WA 98007

Francisco Pelegri
180 Northeast 12th Avenue, 16A
Hallandale Beach, FL 33009

francisco rodriguez
132 North Echo Avenue
Fresno, CA 93701

Francisco Velazquez
18551 Merseyside loop
Land o Lakes, FL 34638

Franco Santoyo
465 Champions Dr
Brownsville, TX 78520

FRANCO SOLIS
72 CEDARHURST AVE, 2ND FLR
WOODLAND PARK, NJ 7424

Frank Canino
406 S Interocean Ave
Holyoke, CO 80734

Frank Locantora
16 Alberta Court
Sewell, NJ 8080

Frank Lopez
6801 E Grandview st.
Tacoma, WA 98404

Frank Masiello
2030 Hudson Street, apt. 1227
Fort Lee, NJ 7024

frank michel
3000 Verdugo Road, apt 315
Los Angeles, CA 90065

Frank Peng
4448 Candleberry Ave
Seal Beach, CA 90740

Frank Salonek
1128 Pheasant Circle
Winter Springs, FL 32708

Frank Varela
439 W. 42nd St
Tucson, AZ 85713

Frankie Figueroa
46-01 39th Avenue, L3
Queens, NY 11104

Frankie Gomez
5153 West 88th Street
Oak Lawn, IL 60453

Frankie Kuzemchak
3704 Locust Avenue
Seaford, NY 11783

Frankie Manale
9707 Mia Circle, 1411
Orlando, FL 32819

Frankie Orona
5960 Alta Mesa Way
San Diego, CA 92115

Frankie Whitt
4540 Moore Lane
Culleoka, TN 38451

Franklin Higginbotham
172 DRY VALLEY RD
COOKEVILLE, TN 38506

FraPer Landscape - Francisco Perez
170 Wright ave, #1
Morgan Hill, CA 95037

Frauke Russell
1251 Berkley Hills Pass
Evans, GA 30809

Fred Davis
3806 Bensalem Blvd., 207
Bensalem, PA 19020

Fred Falk
4925 Orchid dr
Fort Worth, TX 76137-6377

Fred Ontalan Jr
91-1023C Kalehuna Street
Kapolei, HI 96707

Freddy Ceballos
7316 Kester Ave, Apt.A
Van Nuys, CA 91405

freddy contreras
8256 Northwest 30th Terrace, CHI-14871
Doral, FL 33122

Freddy Cruz
580 W 176th St , Apartment 56
New York, NY 10033-8447

Freddy Espitia
19609 Babington St
Canyon Country , CA 91351

FREDDY GARCIA
4200 South Fwy Suite 74
Fort Worth, TX 76115-1424

Frederic Ilac
22 cozy corner
avenel, NJ 7001

Frederick Allen
13350 Grinstead Court
Sykesville, MD 21784

Fredy  Rojas
1204 Lasalle Street, 1
Racine, WI 53404

Fredy Gomez Lopez
4057 stephen dr
North highlands, CA 95660

Fredy Gonzales
3633 Galena Dr Apt #4
Auburn, CA 95602

Fredy H Cadavid
10 Lilac Path Apt C
Maple shade, NJ 8052

Freeman
PO Box 734596
Dallas, TX 75373-4596

Fuentes, Dante
1444 Hada Ln
Lawrenceville, GA 30043

FUQUAN FRAGUADA
19 Glendale Road
Colonia, NJ 7067

g q
250 old lyman rd
chicopee, MA 1020

G.E. Ott
82 West Hoke Street
Spring Grove, PA 17362

Gabby Saint
210 Kelly Avenue
Parlier, CA 93648

Gabe Kalama
67-1309 La'ikealoha Street
Kamuela, HI 96743

Gabirel  Cantu
1419 FM-535
Smithville, TX 78957

Gabriel Chin
147-41 Sanford Avenue, Apt 3
Queens, NY 11355

Gabriel Daigle
704 Westwood Dr
Richardson, TX 75080

Gabriel Garcia
2270 Cottonwood Road
Banning, CA 92220

Gabriel Ison
101 Rich Ln
Georgetown, KY 40324

Gabriel Jimenez
381 Northeast 37th Avenue
Homestead, FL 33033

Gabriel Laracuente
117 Helen Avenue
Buffalo, NY 14219

Gabriel Lopez
703 Melbourne ST.
HOUSTON, TX 77022

Gabriel Madrid
1795 Tahoe circle
Tracy, CA 95376

gabriel marquez
2115 Lone Rock Drive
Kingwood, TX 77339

Gabriel Nana
31-31 29th St , Apartment 2B
Astoria, NY 11106

Gabriel Ocampo
81351 Ave 46, Spc 108
Indio, CA 92201

Gabriel Osorio
228 Apalachee way, -
Bossier City, LA 71111

Gabriel Pastor
151 S Resler Dr, #019
El Paso, TX 79912

Gabriel Ramirez
PO BOX 7291
Santa Monica, CA 90406

Gabriel Vargas
Po box 505
Barranquitas, PR 794

gabriel vidal
8737 110TH ST APT 1
RICHMOND HILL, NY 11418-2328

Gabriela E De hoyos
Rio panuco 1717, Jardines del valle
Monclova, OK 25730

Gabriela Holguin
4031 East Arbor Avenue
Mesa, AZ 85206

Gabriela Lara
117 Manning Ave
Ames, IA 50014

Gabriela Saltos
3289 N Weston Ave
Meridian, ID 83646

Gabriella Jones
11 Fountain Rd
Levittown, PA 19056

Gabrielle DuBuclet
2663 Ricker Pond Court
Waldorf, MD 20603

Gabrielle Duchesne
6917 E Yellowglen Dr
Prescott Valley, AZ 86314

Gabrielle Knickerbocker
188 Pinnacle Road
West Monroe, NY 13167

Gaby Galdamez
135 brooks st
East Boston, MA 2128

Gage Sipes
1109 14th Avenue
Fox Island, WA 98333

Gail fahey
100 Pleasant Avenue
Lancaster, NY 14086

Gail J Wood
13375 newcastle ave
spring hill, FL 34609-6710

Gala Wandschneider
401 Prairie Song Drive
Waukesha, WI 53188

Gang Huang
3101 old 63 s, D 206
Columbia, MO 65201

ganhuiqiong ZTDLMG
18432 NE Sandy Blvd,  PES CNZTDLMG
Portland, OR 97251-6835

Garret Firl
1134 6th St SW
Rochester, MN 55902

Garrett Boesiger
3672 s daisy way
Boise, ID 83709

Garrett Burns
216 N. Michigan Avenue
Hobart, IN 46342

Garrett Harvey
16137 Brookfield dr
Gulfport, MS 39503

Garrett Leight
3750 Moore Street
Los Angeles, CA 90066

Garrett Wilson
29 Brainerd Rd, Apt 204
Allston, MA 2134

Garth Lee
16233 Malden Street
Los Angeles, CA 91343

Gary Barrett
1626 Wilcox Avenue, 320
Hollywood, CA 90028

Gary Booth
4192 Peabody Way
Roseville, CA 95747

Gary F Giles
26161 Oakdale Rd
Waverly, VA 23890-3735

Gary Fitzpatrick
25 Banbury Drive
Youngstown, OH 44511

Gary Frantzen
720 W Gordon Terrace - #16N
Chicago, IL 60613

Gary Harbert
1361 JONES RUN RD
LUMBERPORT, WV 26386-8308

Gary Lavoie
269 Woodlawn St
Fall River, MA 2720

Gary Leek
1027 Fain Avenue
Kingsport, TN 37660

Gary Love
506 Westcliffe Way
Greenville, SC 29611-3044

Gary Pair
13207 Armstead Street
Woodbridge, VA 22191

Gaspar Heller
1875 Commonwealth Ave, Apt 5
Brighton, MA 2135

Gauge Norberg
712 6th Ave S
St. Paul, MN 55107

Gaura Allen
8346 NE Milton St
Portland, OR 97220

GAVIN CLARK
9936 BONNIE VISTA DR
LA MESA, CA 91941

Gavin Gruwell
10313 Palladio Drive
New Port Richey, FL 34655

Gavin Kucera
1654 29th Ave NW
Saint Paul, MN 55112-1720

Gaynne Zimmerman
7323 LIGHTSHIP CT
BURKE, VA 22015

Gayoung Lee
126 Neptune Avenue, Apt 6
Jersey City, NJ 7305

Gelin Contreras
42 Stedman Avenue, 2
Pawtucket, RI 2860

Gemma Kern
48  36th Ave NE
Great Falls, MT 59404

Gene Silvestri
10574 Malaga Way
Rancho Cordova, CA 95670

Genevieve Siebers
100 Mansfield Street
New Haven, CT 6511

Genevieve Stella
2605 Lexington Place
McKinney, TX 75070

Genica Heath
4179 S Hemet St
Gilbert, AZ 85297

Geoffrey Grimes
404 nw Fargo st
camas, WA 98607

Georg Brewer
97 sunset drive
Chatham, NJ 7928

George Cabrera
465 46th Street, 5
Brooklyn, NY 11220

George Lopez
1200 S GREVILLEA AVE
INGLEWOOD, CA 90301-3810

George Macey
22 BULGER AVE, APT D
NEW MILFORD, NJ 7646

George Olds
22 Metropolitan Oval, Apt 3A
Bronx, NY 10462-6721

George Villalobos
223 N. Justine
Chicago, IL 60607

George Wu
20022 East Skyline Drive
Walnut, CA 91789

George Youngdahl
1411 Marsh Meadow Lane
Davenport, FL 33896-6708

Georgia  Chavez
13455 Mountain Drive
Hesperia, CA 92344

Georgia Department of Revenue
PO Box 105408
Atlanta, GA 30348-5408

Georgina Green
225 Wynfield Ln
Bonaire, GA 31005

Geraldine  Suniga
7100 Balboa Boulevard, Unit 804
Los Angeles, CA 91406

Geraldine Genuino
14-05 Emerson Drive
Fair Lawn, NJ 7410

Gerardo  Zaninovich
2310 Fountain View Drive #50
Houston, TX 77057

Gerardo Molina
886 West Garrett Avenue
Farmersville, CA 93223

Gerardo Munoz
715 Meeker Ave
La Puente, CA 91746

Gerardo Murray
940 N Cornejo Way
Azusa, CA 91702

Gerardo Santa Rosa
2142 Warwick Road
Houston, TX 77093

Gerardo Santana
13821 Walnut St
Whittier, CA 90602

Gerber Jimenez
3105 NEW COACH LN
Bowie, MD 20716

Germaine Cunningham
2030 Brandilyn Cir
Anchorage, AK 99516

German Torres
2798 flemons ave
Stockton, CA 95205

Giancarlo Chavez
20402 Northeast 14th Court
North Miami Beach, FL 33179

Giankarlo Casanova
332 W 29TH ST
LORAIN, OH 44055-1112

Gianni Vestita
8104 Prairie Rye Dr
Lago vista, TX 78645

Gigi Cinkus
6517 41st Street
Stickney, IL 60402

Gilana Reiss
5800 Arlington Ave, Apt 3B
Bronx, NY 10471

Gilbert Perez
20935 Trails West Drive
Katy, TX 77449

Gilbert Priestley
4113 East 12th Street, Unit 2
Austin, TX 78721

Gilbert Rivera Jr
1430 gaviota dr
salinas, CA 93905

Gilda Meraz
502 S Church Ave
Bloomington, CA 92316

Gileene  Mayllo
1662 Del Amo Boulevard
Torrance, CA 90501

gilianne posadas
245 Desmond Street, Ste 100
San Francisco, CA 94134

Gilmar Rosales
6646 Wilbur ave, Apt 202
Reseda, CA 91335

Gin Tregoning
4277 105th Avenue
Allegan, MI 49010

GINA ARRIOLA
4601 PLANTATION DR
FAIR OAKS, CA 95628

Gina Leccese
6 RIVERLEDGE RD
HUDSON, NY 12534

Gina Mollinary
46 Lackawanna Dr
Stanhope, NJ 07874-3108

Gina Sinaniz
6746 , Aqueduct Ct
San Diego, CA 92119

Gina Tarita-Nistor
147 BELLINI AVE, Apt 205
WOODBRIDGE, ON L4H 0N1

Giodannie Pozo
7507 Morning Glory Lane
Tampa, FL 33619

Giovani Maciel
1015 N Del Norte Ave
Ontario, CA 91764

Giovanni Feliu
3118 Abbie Street
Sachse, TX 75048

Giovanni Guillen
22951 N Stuart Pl Rd
Harlingen, TX 78552

Gisel Badillo
8866 Broad St. NE
Moses Lake, WA 98837

Giselle Lovo
1401 E Lee Rd
Sterling, VA 20164

Gissette Martinez
2235 Lakeside Place, Apt 201
Corona, CA 92879

Giuseppe Sparato
61-19 Linden  street
Ridgewood , NY 11385

Gladdie Cayton
40278 Old Hickory Avenue
Gonzales, LA 70737

Glen Christian
13570 Old Telegraph Road
Providence Forge, VA 23140

Glen H Ackerman
1010 Wisconsin Avenue NW, Suite 208
Washington, DC 20007

Glen Viggiano
45 Tacoma Street
Staten Island, NY 10304

Glenda Romero
1301 Valley Drive
Hyattsville, MD 20782

Glenn Mullinax
2415 Quail Ridge Dr
New Braunfels, TX 78130-9412

Glenn Parker
4666 Trademark Trl
Hilliard, OH 43026-7481

Glenna Watson
703 White Cloud Drive
Boise, ID 83709

Glenry Jason Pontillas
2073 Stansfield Drive
Roseville, CA 95747

Gleyn Shields
3406 13th Street Northwest, apt-5
Washington, DC 20010

Gloria Aluotto
11 Charles Street
Keansburg, NJ 7734

Gloria Castrejon
21030 Gresham st, 404
Canoga park, CA 91304

Gloria Pineda-Sigala
625 West Holt Avenue
El Centro, CA 92243

Gloria Zengewald
3777 Silina Drive
Virginia Beach, VA 23452

Gloria-Joy Yeaton
2784 Golden Currant View #21
Colorado Springs, CO 80918-9057

Godfrey Miles
3836 HIGHWAY US 82 West, LOT 160
Leland, MS 38756-9204

GOKHAN YILMAZ
4 NORTHBROOK ROAD
EAST YORK, ON M4J 4G1

Gong Ning Li
11 new whitney st #308
boston, MA 2115

Gordon Danzey
1905 Barbridge Way
Powell, TN 37849

Gordon Newman
3511 Southern Ave.
Baltimore, MD 21214

Government of the District of Columbia
1101 4th St. SW
Washington, DC 20024

Grace Brooks
23571 Oneida St
Oak Park, MI 48237

Grace Kim
2406 Weycroft
Enid, OK 73703

Grace Thurmond
1270 Plum Street
San Diego, CA 92106

GRACE WORMLEY
514 WEST MAIN ST.  P O BOX 355
EMMITSBURG, MD 21727-0355

gracie allen
568 hi crest drive
Lexington, KY 40505

Grant Bell
3711 Folsom Ct
West Sacramento, CA 95691

Grant Brown
6569 Brandt Pike
Huber Heights, OH 45424

Grant Brownlee
9301 Avondale Rd NE Apt S2103
Redmond, WA 98052-3343

Grant Cole
1071 Turkey Run Rd
Halifax, VA 24558

Grant Hirano
1127 Kassel Ter
sunnyvale, CA 94089-4510

Grant Hirano
1127 Kassel Terrace
SUNNYVALE, CA 94089

Grant Tiemann
88 Baycrest Court
Newport Beach, CA 92660

Greg Buck
1682 w 4450 s
ROY, UT 84067-3041

Greg Capel Jr
123 South Main Street
Glassboro, NJ 08028-2541

Greg D Kammes
17539 County Road G
Mineral Point, WI 53565

Greg Kraft
25 N Cedar Ave
Maple Shade, NJ 8052

Greg Levy
1033 Pebble Lake Street
Henderson, NV 89011

Greg Sinnwell
2067 Grants Valley Ln
Imperial, MO 63052-4017

Greg Smith
2126 S 900 E
Bountiful, UT 84010

Gregg Shiozaki
3905 Wellington Square
San Jose, CA 95136

Gregory Apodaca
2715 Wiedekamp Ct, Unit C
JBER, AK 99506-4660

Gregory Arrington
6724 Wayman Ridge
San Antonio, TX 78233

Gregory Brooks
3900 Greystone Avenue, Apt 53F
Bronx, NY 10463

Gregory C Nordin
6213 Twin Oaks Dr, Apt 1197
Colorado Springs, CO 80918-3261

Gregory Fuller
5804 taft st
arvada, CO 80004

Gregory Ginsburg
1020 Grand Concourse, Apt 7A
Bronx, NY 10451

Gregory Hirn
9078 West Heathwood Drive, 6K
Niles, IL 60714

Gregory j Credille
4320 Commons Drive West apt 3211
Destin, FL 32541

Gregory Lipeles
15111 FREEMAN AVENUE UNIT 71
LAWNDALE, CA 90260

Gregory Pecht
1 JFK Blvd, 25 F
Somerset, NJ 8873

Gregory Sim
914 Crain Hwy N
Glen Burnie, MD 21061

Gregory Tingle
9319 Rum Ridge Road
Delmar, MD 21875

Gregory Tucker
8372 Wilmington Dr, --
Colorado Springs, CO 80920

Gregory Valade
20901 Robinson St
Farmington Hills, MI 48336

Gregory Wheeldon
26 Danielle Court
Mays Landing, NJ 8330

Gregory Williams
2131 Danville Pike
Hillsville, VA 24343

greta katz
104 Kandace Street
Syracuse, NY 13204

Grey Damon
10880 Wilshire Boulevard, Suite 1000
Los Angeles, CA 90024

Grey Damon
4311 Beeman ave
Studio City, CA 91604

Greyson Lazarus
4920 SW Humphrey Park Crest
Portland, OR 97221

Griffin Cooper
14 Indian Field Court
Mahwah, NJ 7430

GRIFFIN Martin
3702 Windmere Lane
Johnsburg, IL 60051

Grolan Malolot
4641 Live Oak Lane
Milton, FL 32571

Guardian
PO Box 677458
Dallas, TX 75267-7458

Guido Barba
85-09 151st Avenue, 4k
Queens, NY 11414

Guido Schettini
4507 Welby Turn
Midlothian, VA 23113

Guillermo  Mora
915 North Elm Street
Seymour, IN 47274

Guillermo Garcia
1335 Roselawn street
National City, CA 91950

Guillermo Reyes
8339 SW 157th Pl
Miami, FL 33193

Guillermo Rivas
2216 West Rock Creek Court
Merced, CA 95348

Guillermo Torres
2410 Huckleberry Lane
Pasadena, TX 77502

Guiyuan  Wu
2617 South Holly Street
Seattle, WA 98108

Guo Yu
409 Grenoble Rd
Santa Barbara, CA 93110

Gust Truy
24 Monmouth Avenue
Edison, NJ 8820

Gustavo Chang
73 Gile Pond RD
Franklin, NH 3235

Gustavo Gonzalez
15485 Shadow Mountain Ln
Lake Elsinore, CA 92530

Gusto
525 20th St.
San Francisco, CA 94107

Guy Higuchi
PO Box 193
Hanapepe, HI 96716-0193

Guy Reeves
PSC 2, Box 7772
APO, AE 9012

Guy Twitty
1941 20th Avenue drive NE, 52
Hickory, NC 28601

Gwen Mulligan
152 Bristol Pass
Aiken, SC 29801

Ha'ani Tydingco
13241 Corte Villanueva
San Diego, CA 92129

Ha'mani Ashley
16275 E 107th Pl
Commerce City, CO 80022

Ha-Won Lee
16 Hollywood Dr
Woodbridge, NJ 7095

Hageo Trinidad
172 Smith Drive
Winchester, VA 22603

Hai Du
541 West Royce Drive
Mountain House, CA 95391

Hai Duong
3624 Bloomsbury Way
San Jose, CA 95132

Haihan Wang
958 Robin Rd
Amherst, NY 14228

hailea fiona
95 RIVER RD APT 18
MANCHESTER, NH 03104-2963

Hailee Yoder
629 Ebersole Road
Reading, PA 19605

Hailey Tinajero
1279 bal
San jose , CA 95122

Hakeem Ferguson
301 Richmondfarm Cir.
Lexington, SC 29072

Haleigh Baez
181 E 111th St, Apt 4A
New York, NY 10029

haley bishop
122 South Grove Street
Sicklerville, NJ 8081

Haley Olson
10551 Greenbrier Rd Apt 309
Minnetonka, MN 55305

Haley Peterson
1645 Ala Wai Boulevard, Apartment #1406
Honolulu, HI 96815

Haley Roldan
10213 Union Terrace Ln N
Maple grove, MN 55369-4712

Haley Roraff
N1247 Coolidge Road
Oconomowoc, WI 53066

HALEY SMITH
106 S BENDING OAK LN
WYLIE, TX 75098

Haley Storey
70 East Road
East Kingston, NH 3827

Han Nguyen
17830 47th ave w
lynnwood, WA 98037

Han Xu
2151 Oakland Road spc 142, 142
San Jose, CA 95131

Hanji Chen
180 South St, Apt 16D
New York, NY 10038-1419

Hank Diplock
27 Macomber Ave
Augusta, ME 4330

Hannah Currey
1138 La Jolla Dr
Thousand Oaks, CA 91362

Hannah Esbenshade
11 Laura Ct
Quarryville, PA 17566

hannah francis
15147 Homestead Road
Thompsonville, MI 49683

Hannah Kerezsi
1704 Falkirk Road
Madison, OH 44057

Hannah Newell
2443 New Hinson Rd
Slocomb, AL 36375

Hannah Panzino
540 Salem Avenue
Newfield, NJ 8344

Hannah Tamaki
24982 Southport Street
Laguna Hills, CA 92653

Hannah Wall
2518 Hightrail dr
Carrollton, TX 75006

Hannah Wambold
17212 North Scottsdale Road, #2137
Scottsdale, AZ 85255

Hannah West
119 Wade Herrod Road
Smyrna, TN 37167

Hannah Wilkinson
4115 Kingman Boulevard, Apt.1
Des Moines, IA 50311

Hannah Zermeno
2285 Lakeside Place, 201
Corona, CA 92879

Hannett, Megan
1005 E Grove Drive
Pleasant Grove, UT 84062

HANS LE
7808 Rose Garden Lane
Springfield, VA 22153

Haoyun Qiu
830 Columba Ln
Foster City, CA 94404

Happy Singh
2100 beechwood court
Antioch, CA 94509

Hari Kavia
24382 Patricia Street
Laguna Hills, CA 92656

Harold Bierwirth
2139 3rd Avenue
Watervliet, NY 12189

Harold Sheridan
28 Park Avenue
Warwick, NY 10990

Harold Sussman
65 Provencal Road, APT 406
Laconia, NH 3246

Harrison Deitz
43864 Piney Stream Ct
Chantilly, VA 20152

Harrison Stewart
27141 Norfolk, 27141 Norfolk
Inkster, MI 48141

Harry A Moore
110 Main Street
Southampton Township, NJ 8088

Harry M Peless
8807 Birchwood Dr
Newport, MI 48166

Harry Tyler
815 CIRCLE DR
PALMER LAKE, CO 80133

Hasan Currie
1511 S 47th street
Philadelphia, PA 19143

Hattie Barger
3967 Winding Blade Road
East Bernstadt, KY 40729

Hattie Bethke
1928 Crystal Springs Rd W
University Place, WA 98466

HAYDE FRANCO
15906 MONTE BELLO LN
EDINBURG, TX 78541-7392

hayden evans
59 Denrose Dr, H
Amherst, NY 14228

Hayes Kwong
3246 Dorset Dr.
Brooklyn Heights, OH 44131

Hayley Green
628 Canyon Rd.
Novato, CA 94947

Hays Amano
138N G 3rd Street, G
Alhambra, CA 91801

Hazel Haggins
6037 Hickory Drive
Forest Park, GA 30297

Heath Wineburner
336 S Oliver
Wichita, KS 67218

Heather Banton
608 Northwynd Cir
Lynchburg, VA 24502

Heather Condon
3244 Prairie St.
Aurora, IL 60506

Heather Crockett
527 East Grandview Way
Casselberry, FL 32707

Heather Gomez
1301 Congress Street
Woodbridge, VA 22191

Heather marshall
161 West Bell Street
Sequim, WA 98382

Heather Russell
411 Candlewood Dr.
State College, PA 16803

Heather Sassi
20 Little River Ct
Youngsville, NC 27596

Heather Schwenker
3046 Alton Darby Creek Rd
Hilliard, OH 43026

Heather Waldenmaier
25 Simmons Rd
Mooers, NY 12958-3834

Heaven Anguiano
45465 25th St E sp 182
Lancaster, CA 93535

Hector Alanis
8516 Paddock Trail
Blacklick, OH 43004

Hector Arizpe
3096 Grandiflora Dr
Greenacres, FL 33467

Hector Cardenas
527 Howard Avenue, Apt. 16
Montebello, CA 90640

Hector Castaneda
35 Baileys Court
Silver Spring, MD 20906

Hector Castellanos
2828 N Cambridge Ave, Apt 516
Chicago, IL 60657-6053

Hector Cervantes
427 Ripley Ave
Richmond, CA 94801-2684

Hector Delgado
7711 Pandora Street
El Paso, TX 79904

Hector Farias
37327 East Ave 35th street
PALMDALE, CA 93550

Hector Flores
13210 May Ct
Silver Spring, MD 20906-3915

Hector Garcia
135 virginia ave
Ontario, CA 91764-4323

Hector Gomez
1403  Thornhill Dr
Newark, DE 19702

Hector Reyes
168 Hampden Street, Unit 1
Chicopee, MA 1013

HECTOR T VELAZQUEZ
PO BOX 367682
San Juan, PR 936

Hector Velasco
449 South Kern Ave
Los Angeles, CA 90022

Hector Zavala
740 Manor St
Houston, TX 77015

Heda Patrick
1212 Taylor Lane
Lewisville, TX 75077

Heidi Asjes
511 Emerald Dunes Place
Horizon City, TX 79928

Heidi Cobb
343 Yockey Road
Mitchell, IN 47446

Heidi Heintzelman
1719 Dressler Ridge Road
Richfield, PA 17086

Heidi Morales
1949 Redberry Ln
Conover, NC 28613

HeimLantz
180 Admiral Cochrane Dr. - Suite 520
Annapolis, MD 21401

Helen Henry
106 Flicker Drive
McKees Rocks, PA 15136

Helen Morales
4313 Flamingo dr
Naples, FL 34104

Helen Uribe
1439 E 90th ST
Los Angeles, CA 90002

Helena Ramning
712 Cowan Ln
McKinney, TX 75071

Helio rodriguez
4040 boulder hwy , Apt#1110  Bldg#14
LAS VEGAS, NV 89121

Hemant Patel
12572 San Pablo Avenue
Richmond, CA 94805

Henricky Nascimento
5202 Hampton Beach Place, town house
Tampa, FL 33609

Henry  Arevalo
88 George St
Milltown , NJ 8850

Henry Arevalo
88 George st
Milltown, NJ 8850

Henry AuYeung
3740 South Halsted Street
Chicago, IL 60609

Henry Bahrs
232 West Talcott Road
Park Ridge, IL 60068

Henry Barnes
75 Van Vlake Drive
Georgetown, SC 29440

Henry Betancourth
8478 Eden Lane
Pennsauken, NJ 8110

Henry Chen
4935 Vail Drive
Caledonia, IL 61011

Henry Chow
3356 Madden Way
Dublin, CA 94568

Henry Do
6600 Tierra Drive
Waco, TX 76712

Henry He
44-10 Ketcham Street, Apt. 1A
Elmhurst, NY 11373

Henry Knoche
1300 Walnut
Higginsville, MO 64037

Henry Rivas
8517 E 83rd St
Tulsa, OK 74133-8005

Henry Tran
648 GROVER WILSON RD
BLYTHEWOOD, SC 29016

Henry Vo
1751 Lakeside Enclave Drive
Houston, TX 77077

Hera Kim
5543 Ridgeton Hill Ct
Fairfax, VA 22032

Herbert  Cholger
24256 Loretta Ave
Warren, MI 48091

Herbert  Isais
46 Via Barberini
Chula Vista, CA 91910

Herman Perez
4211 East 100th Avenue lot 441
Thornton, CO 80229

hermes ramirez
9817 Turf Way, Apt 8
Orlando, FL 32837

Hermione Joseph louis
1602 East 94th Street
Brooklyn, NY 11236

Heron LO
42607 Fontainebleau Park Lane
Fremont, CA 94538

Hien Huynh
1315  E Nasa Parkway, Apt 307
Houston, TX 77058

hien pham
167 Albany Ave
vacaville, CA 95687

Hieu Tran-Nol
17 Snell Street
Holbrook, MA 2343

Hilary Mechler
5 Goodnow Avenue
Ashland, MA 1721

Hilda velez
590 62nd St, Apt 4A
west new york, NJ 07093-1556

Hilton Kreil
9814 South Townsville Circle
Littleton, CO 80130

Hiram Leyva
West Flagler Street, 5
Miami, FL 33144

Ho Chan
27 Perna Lane
Riverside, CT 6878

Ho Yu
7606 Cortina Dr.
Houston, TX 77083

Hoa Huynh
1501 Little Gloucester Road, APT Q-30
BLACKWOOD, NJ 8012

Hoan Que Ly
1623 37TH AVENUE
SAN FRANCISCO, CA 94122-3127

Hoang Gralewski
38W476 N. Lakeview Circle
Saint Charles, IL 60175

Hoang Nguyen
5412 Wellington drive
Richardson, TX 75082

Hoi Yan Cheung
4622 west orchid lane
chandler, AZ 85226

Holden Honor
3025 Crum Road
Brooksville, FL 34604

Hollee Smith
3022 Brookhill Ct.
Georgetown, IN 47122

Hollie Levy
340 Lakeview Ave
Haddonfield, NJ 8033

Holly Bennett
4544 East Corral Road
Phoenix, AZ 85044

Holly Check
19794 Zane St NW
Elk River, MN 55330

Holly Dyer
301 E 26th Ave
Ellensburg, WA 98926-2523

Holly Slaski
4964 Sugar Pie Drive
Schnecksville, PA 18078

Holly Stiffler
406 Stuart Circle
Belle Vernon, PA 15012

Hong L Yeung
755 Northeast Circle Boulevard, 36
Corvallis, OR 97330

Hongshan Xu
3336 Peppermill Drive
West Lafayette, IN 47906

Honor Pomeroy
1920 North 1st Avenue, Apt 114
Tucson, AZ 85719

Hope Amm
5025 Trace Crossings Ln
Birmingham, AL 35244

Horizon Blue Cross Blue Shield of NJ
PO Box 10130
Newark, NJ 07101-3130

Howard Hunter
3813 Orchard Park Lane
Midlothian, TX 76065

Howard Le
3902 Somerset Rd
Yorba Linda, CA 92886

Huaning Wang
1629 Parkway Dr
Folsom, CA 95630

Huck's Filling Station
211 Fall River Avenue
Seekonk, MA 2771

Hugh White
1573 Holcomb Bridge Rd, Apt D
Norcross, GA 30092

Hugo  Ortiz
40 Watchung Avenue
West Orange, NJ 7052

Hugo Antonio
3501 W 118th Pl
Inglewood, CA 90303

Hugo De Luna
6339 Glenview Place
Pittsburgh, PA 15206

Hugo Sanchez
22720 Sidding Rd
Bakersfield, CA 93314

HUI SHAO
34 Meadowbrook Dr.
Huntingtion Station, NY 11746

Hulicez Gonzalez
1514 East 8th Street
Stockton, CA 95206

Hun Kim
4516 Yosemite Way
Los Angeles, CA 90065

Hung Chun  TWXWMANA
13822 NE Airport Way
Portland, OR 97251-9614

Hung Dieu
5702 Candlecreek Drive
Richmond, TX 77469

Hung Nguyen
129 Iron Horse
Irvine, CA 92602

Hung Nguyen
129 Iron Horse
Irvine, CA 92602-1826

hung nguyen
1417 Scollon Ct
San Jose, CA 95132

Hunter Bar
709 Via Palo Alto
Washoe Valley, NV 89704

Hunter Buehl
1091 North Lake Avenue, #3
Pasadena, CA 91104

Hunter Carey
608 Maylawn Ave
Louisville, KY 40217

Hunter Isaacs
3416 Lerwick rd
Sacramento, CA 95821

Hunter Lafferty
204 Prospect Drive
Cottageville, WV 25239

Hunter Leavitt
PO Box 81
Marcus, IA 51035

Hunter Mason
6825 S 185th Ave
Omaha, NE 68135

Hunter Watson
8848 Gore St
Arvada, CO 80007-7312

Husayn Reyes
34 Emerald Lane
Old Bridge, NJ 8857

Huy Chung
6330 Stable Farm
San Antonio, TX 78249

Huy Le
1969 W 16th St.
San Bernardino, CA 92411

Hye Min Choi
16604 Ermanita Ave
Torrance, CA 90504

Hyesu Jung
542 25th St, 208
Oakland, CA 94612-1704

HYUN-SEOK JI
34024 19th Place Southwest
Federal Way, WA 98023

Iain Nicholson
13045 Palancar Drive
Fort Worth, TX 76244

Ialah Buettner
1201 Jubilee Circle
Pell City, AL 35125

Ian Boley
217 Bowen Drive
Fredericksburg, VA 22407

Ian Chi Chen
7600 Lyndale AVE S, APT 212
Minneapolis, MN 55423

Ian DeMers
2293 Bromley St, Apt 2, Apt 2
Medford, OR 97501

Ian Fleck
315 11th St SW
Albuquerque, NM 87102

Ian Goh
5960 Cedar Fern Court
Columbia, MD 21044

Ian Harper
PO Box 883317
Steamboat Springs, CO 80488

Ian MacRitchie
600 S. Ridgeley Dr. , #105
Los Angeles, CA 90036

Ian Monteith
1379 Westfield ave Sw
North Canton, OH 44720

Ian Musial
34 Howard Ave
Hillside, IL 60162

Ian Nelson
7906 South Gaylord Way,
Centennial, CO 80122

Ian Pizano
393 Walnut Court
Palm harbor, FL 34683

Ian Stanley
49 Rosebud Lane
Bloomsburg, PA 17815

Ian Stavis
5431 Grissom Road
San Antonio, TX 78238

Ian Wlodarczyk
5166 Caste Dr
Pittsburgh, PA 15236

Icarus Lincoln
365 Main Street, PO Box 265
Douglas, MA 1516

Ida Tang
12031 Morgan Lane
Garden Grove, CA 92840

Idaho State Tax Commission
PO Box 76
Boise, ID 83707

Ignacio Robles
4119 s sentous ave apt 127
West covina, CA 91792

Igor Aynbund
2034 E 37 Street
Brooklyn, NY 11234-4924

Ihtzel Grijalva
7865 ROESBORO CIRCLE
SACRAMENTO, CA 95828

Ilana Kissel
2218 Westview Dr
Silver Spring, MD 20910

Illana Nugas
21 Georgetown
Irvine, CA 92612

Imari A Thomas
609 N Almon St Spc 1015
Moscow, ID 83843

Imran Shah
144-45 35th Ave, Apt. 3B
Flushing, NY 11354

India Dittemore
11 BLUEBERRY CT
STOW, MA 1775

India Tindale
6900 North East 187th Pl, 106
Kenmore, WA 98028

Ingrid Chen
11533 Spruce Run Drive
San Diego, CA 92131

Ingrid Lopez
346 Winston Rd sw
marietta, GA 30008

inman lee
1234 S WESTERN AVE, #118
Anaheim, CA 92804-4774

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Inyez Soniat
2005 Hearthstone Dr.
Carrollton, TX 75010

Iowa Department of Revenue
PO Box 10412
Des Moines, IA 50306-0412

Irina Tskhomelidze
7402 Bay Parkway, Apt b2
Brooklyn, NY 11204

irvin salinas
32580 lake Bridgeport st
Fremont, CA 94555

Irvin Salinas
32580 Lake Bridgeport Street
Fremont, CA 94555

IRVING CABEZAS
844 E E St, Colton
Colton, CA 92324

Irwin Abraham
130-22 Rockaway Blvd.
South Ozone Park, NY 11420

Isa Haskologlu
625 Lehigh Road, C-06
NEWARK, DE 19711

Isaac  Reyes
1775 Milmont Drive, Apt.T312
Milpitas, CA 95035

Isaac Brenes
64 Caldwell Place, Apartment A
SPRINGFIELD, NJ 07081-1714

Isaac Burgess
1905 Jane Ann Ct.
URBANA, IL 61802

ISAAC GIRON
25287 Moorland Road
Moreno Valley, CA 92551-1105

Isaac Jacobo
100 Oldenburg Lane
Norco, CA 92860

Isaac Johnson
922 Artwood Road Northeast
Atlanta, GA 30307

Isaac Vargas
1423 Tampico Avenue
Salinas, CA 93906

Isabel Briseno
1117 Cotton Street
Reading, PA 19602

Isabel Lopez
901 E Washington St, 205
Colton, CA 92324

isabela malave
154 Broome Street, 9c
New York, NY 10002

Isabella Burkhardt
855 Noble st
Indianapolis, IN 46203

Isabella Hanselman
101 Garfield Ave.,
Cuyahoga Falls, OH 44221

Isabella Navas
10026 sw 163rd PL
Miami, FL 33196

Isabella Olivarez
7809 Zenith Dr
Citrus Heights, CA 95621

Isabelle Wray
10647 Main Street
North Collins, NY 14111

Isaiah  Lozano
7405 Sterling Ave Apt J77
San Bernardino, CA 92410

Isaiah Gonzalez
13340 Roosevelt Ave Apt 6H
FLUSHING, NY 11354-5220

Isaiah Maciel
2116 Setting Sun Drive, House
El Paso, TX 79938

Isaiah Miller
3209 Charlesgate Ave SW
Wyoming, MI 49509

Isaiah Wilson
415 Howard Street, Apt 611
Evanston, IL 60202

Isaiah Wortham
5711 W 92nd Ave APT 2
Westminster, CO 80031-3012

Isaias Cruz
12210 Flushing md. Dr
Houston, TX 77089

Isidro Perez
1538 East Adams Avenue, F
Orange, CA 92867

Isis Thickstun
7410 east rich st
Reynoldsburg , OH 43068

Ismael  De La Cruz Jr
8203 Academic Post
San Antonio, TX 78250

Ismael Barron  Barron
711 Clay Street, Trlr #15
Cleveland, TX 77327

Ismael Candelas
413 Roan Ln
Red Oak, TX 75154

Israel Sandoval
24400 Bostwick Dr.
MORENO VALLEY, CA 92553

Israfel Torres-Ortiz
Urb. Bella Vista Calle Rosa B7
Aibonito, PR 00705-4103

Issac Cerna
511 West Ocean Avenue, Apartment #b
Lompoc, CA 93436

Issac Rico
2133 Lupin Street
Simi Valley, CA 93065

Issac Silva
2122 Clairton Pl
San Diego, CA 92154

Itzamara Vazquez
656 S 910 W, Unit 27
Pleasant Grove, UT 84062

Ivan Alanis
1016 Fieldwood Dr, Unit B
Austin, TX 78758

Ivan Castro
7730 Southwest 47 Lane
Gainesville, FL 32608

Ivan Corona
1687 north durward st.
Banning, CA 92220

IVAN DAVILA
2 Birch Hill Lane
Kent, CT 6757

Ivan Garcia
Diciembre 2113 Dr, Hogar
El Paso, TX 79935

Ivan Luna
4359 Benham Avenue Southeast
Salem, OR 97317

Ivan Rivera JR
215 Longbridge Way
Perry, GA 31069

Ivan Sandoval
221 Alamo st
SULLIVAN CITY, TX 78595

Ivan Wong
18 Augusta Ave
Edison, NJ 8820

Ivette  Castro
1221 Huntsmoor Drive
Gastonia, NC 28054

Ivonne Zavala
6623 San Miguel St.
Paramount, CA 90723

Ixchel Ochoa
131 ALVERSON RD, APT 36
SAN YSIDRO, CA 92173

Ixzamara Sopon
239 BushTail Dr, Apt, suite, floor, etc.
New Braunfels, TX 78130

Izabela Lokiec
8309 Washington blvd., Apt. i
Washington , MI 48094

J M
123 Edison Avenue
South San Francisco, CA 94080

J. Taylor
1111 jefferson davis drive
Bogalusa, LA 70427

J.P. Valente
238 SUSSEX RD
WOOD RIDGE, NJ 7075

JABER W ALEIDAN
Sabah Al-Salem, Block 4, Street 29, Hous
Kuwait City,  44004

Jabril Portillo
15 Greenwich Ave Unit 2
Stamford, CT 06902-5033

Jack Ajubita
65 Woodlake Blvd.
Kenner, LA 70065

Jack C. Christmann
1178 Highland Road
Mundelein, IL 60060

Jack Fruge
524 hensgens Rd
Crowley, LA 70526

Jack Gluckman
3 Grandin Lane
Cincinnati, OH 45208

Jack Hate
539 Brigham Trail
Augusta, GA 30909

Jack Lechelt
1206 South Sunnyvale Drive
Kennewick, WA 99338

Jack Leyva
1995 Padding River Rd.
Chula Vista, CA 91913

Jack Livingston
182 s monroe atreet, Apt 5
Tiffin, OH 44883

Jack Massad
6112 Kenwood Avenue
Dallas, TX 75214

Jack Rabin
330 E Hudson St.
Long Beach, NY 11561

Jack Regan
31209 sleepy Hollow lane
Beverly Hills, MI 48025

Jack Shultz
562 Belle Meade Farm Drive
Loveland, OH 45140

Jack Vartuli
29 Northridge Road
OLD GREENWICH, CT 6870

Jackelyne Reyes
231 montana
San francisco, CA 94112-2951

Jackie Alarid
5773 East 143rd Court
Thornton, CO 80602

Jackie Benton
130 Bowman Loop
Beech Bluff, TN 38313

Jackie Ching
83 Diablo View Drive
Orinda, CA 94563

jackie stoller
364 Belmont Ct
Lebanon, OH 45036

Jacklyn Hart
44 Dorwin Drive
West Springfield, MA 1089

Jackson Bova
670 Wall avenue
PITCAIRN, PA 15140

Jackson Richter
10228 Deerhollow Lane
Cincinnati, OH 45252

Jackson Tang
4249 Callan Blvd
Daly City, CA 94015

Jackson Wright
44 W CAMINO PRESIDIO QUEMADO
SAHUARITA, AZ 85629

Jaclyn Lewis
7115 Shadow Run
San Antonio, TX 78250-3494

Jaclyn Moldawsky
5 Harold Terrace
Towaco, NJ 7082

Jacob  Silva
762 Callecita Aquilla Sur
Chula Vista, CA 91911

Jacob Abbott
555 South Galleria Way, Unit 460
Chandler, AZ 85226

Jacob Baides
2806 Watson Ct
Fairfield, CA 94534

Jacob Colbert
416 Church Street
Farmville, VA 23901

Jacob Esquivel
11219 Forest Grove St.
El Monte, CA 91731

Jacob Ferderigos
150 E Robinson St, APT 2405
Orlando, FL 32801

Jacob Frederick
721 Chandon Dr
Merced, CA 95348

Jacob Hansen
930 YALE AVE
GLADSTONE, OR 97027

Jacob Harmon
3910 Stony Brook Dr
Louisville, KY 40299

Jacob Hecht
35888 Weiss Road
Walker, LA 70785

Jacob Hill
7204 PARK WEST CIR apt 106
FORT WORTH, TX 76134

Jacob Hoffner
616 Iron Street
Lehighton, PA 18235

Jacob Holguin
625 West Baker Avenue
Fullerton, CA 92832

Jacob Horner
44 S. Main St
Mullica Hill, NJ 8062

Jacob Hoskinson
302 Cliffwood Hill Way
Louisville, KY 40206

Jacob Kaine
4708 Waxwing Dr
Arlington, TX 76018-1266

Jacob Kirk
5811 Wollochet Drive Northwest
Gig Harbor, WA 98335

Jacob Luvaas
227 University Dr, 127
Richland, WA 99354

Jacob Montoya
909 Weinberger Trace Dr
Ponchatoula, LA 70454

Jacob Ofarrell
15209 Hanover Avenue
Allen Park, MI 48101

Jacob Peterson
3812 46th ave n
robbinsdale, MN 55422

Jacob Plants
97 Ebbert Road
West Alexander, PA 15376

Jacob Proctor
3301 Irish Road
Chatham, VA 24531

Jacob Queen
2007 N TRAVIS AVE
SPRINGFIELD, MO 65803-3242

Jacob Saldana
27 Adams dr.
Stony point, NY 10980-1022

Jacob Schultz
3061 Corte Portofino
Newport Beach, CA 92660

Jacob Sellner
412 s state street
New Ulm, MN 56073

Jacob Streif
11409 Sunset Trail
Minneapolis, MN 55441

Jacob Watkins
6432 York Boulevard
Los Angeles, CA 90042

Jacob Wittry
1208 Southfield Drive
Jefferson, IA 50129

Jacobo Salazar
2419 Spruce Street
Pueblo, CO 81004

Jacque Troy
3247 South Herman Street
Milwaukee, WI 53207

Jacqueline Brefczynski
1560 Dempster St., Apt. #101
Mount Prospect, IL 60056

Jacqueline Kennedy
2531 S 56TH CT
CICERO, IL 60804

Jacqueline Kerth
624 Frazier Court
Wheaton, IL 60189

Jacqueline Thomas
PO Box 2065
Gainesville, TX 76241

Jada Thai
9536 Glen Iris Street
Las Vegas, NV 89123

Jade Cangiamilla
1432 Inspiration Dr
Modesto, CA 95357-0881

Jade Inglada
11200 Jackson Avenue
Lynwood, CA 90262

Jaden Barney
2214 Oakwood Dr
East Palo Alto, CA 94303

Jaden Goldsby
1080 Broken Spoke Ln
Roseville, CA 95747

Jaden Robbins
1908 Northwest Liberty Avenue
Lawton, OK 73507

jadezia elias
292 Brodhead Avenue
East Stroudsburg, PA 18301

Jadith Sanchez
2502 N 51st Dr
Phoenix, AZ 85035-1902

Jadon  Quintiliano
24 sessions
Bexley, OH 43209

Jaeli Loja
37 Woodcrest Ave
West Harrison, NY 10604

Jaimelyn Mamaril
987 Queen Street, 208
Honolulu, HI 96814

Jaesun Bowman
612 East Rosedale Street, Apt A
Sherman, TX 75090

Jairo Vidales
112 Spruce St
Red Oak, TX 75154

Jahrie Harrell
190 linclon street # 259
Badin, NC 28009

Jake C
109 Forest Oaks Dr
Goodlettsville, TN 37072-8841

Jahvon Ryan
392 Norfolk St, Apt 2
Dorchester, MA 2124

Jake Johnson
1810, kings crossing
Edmond, OK 73013

Jaidah Miles
1-10 Astoria Blvd, Apt 3D
Astoria, NY 11102

Jake Kranz
208 N Lewis St
Saline, MI 48176-1148

Jaide Wug-Caal
4508 West Wrightwood Avenue
Chicago, IL 60639

Jake Lammers
3011 Murdock Ave
Cincinnati, OH 45205

JAIME GARCIA
409 Fairmont ave
Lockport, IL 60441

Jake Landry
405 ORLEANS AVE
NEW IBERIA, LA 70563

Jaime Lopez
2964 West Washington Street
Lincoln, NE 68522

Jake McCauley
1706 98th Ave SE
Lake Stevens, WA 98258

Jaime Martinez
16086 Ivy Ave
Fontana, CA 92335

Jake Mckinna
140 Thompson st., 21A
East Haven, CT 6513

Jaime Martinez
38000 17st E. Apt # 6
Palmdale, CA 93550

Jake Nowak
3114 North 97th Street, Apt 134
Omaha, NE 68134

Jaime Rodriguez
1920 East Price Street, Unit #1
Laredo, TX 78043

Jake Penko
7816 McCreary Road
Seven Hills, OH 44131

Jaime Roman
38 Hileen Dr
Kings Park, NY 11754

Jake Rees
7037 Edgecliff Drive
Parma, OH 44134

Jake Rubinsky
275 West End Avenue
Brooklyn, NY 11235

james crawford
2837 S Monte Cristo Way
las vegas, NV 89117

Jake Son
501 Sunridge Dr, Apt T
BLACKSBURG, VA 24060-3287

James Dawson
1400 College Ave, Apt B
Fredericksburg, VA 22401

Jakob Steele
21393 I-35 saddle creek apartments, 905
Kyle, TX 78640

James Dracoules
2815 Filbert Ave
Reading, PA 19606

Jamal Blackwell
202 Brushy Creek Trail
Hutto, TX 78634

James Dyer
313 Portico Drive
Chesterfield, MO 63017

James  Weaver
1277 Gatewood Dr
Lawrenceville, GA 30043

James Eagle
953 Francis st
west palm beach, FL 33405-2413

James A Ugarte
130 green valley rd
staten Island, NY 10312

James Favors
1302 Fox Glen Trl
Mansfield, TX 76063

James Acosta
1640 S SUNSET AVE., Apt. 04
WEST COVINA, CA 91790

James Fung
2416 84th St
BROOKLYN, NY 11214

James Benoit
9 Eileen Ct
Wharton, NJ 07885-2524

James Furrh
422 Fairfield Drive
Madison, MS 39110

James Bergstrom Jr
17618 71st Ct Apt 1N
Tinley Park, IL 60477-3893

James Gill
842 Ardmore Pl
Bellmore, NY 11710

James Childers
464 Chardonnay Ct
San Marcos, CA 92069

James Gonzalez
682 Clearview Dr
Long Pond, PA 18334-7736

James Chuong
59 Madrone Avenue
San Francisco, CA 94127

James Gross
46 N Mason Ave
Amboy, IL 61310

James Corea
47A Wavecrest Avenue
Winfield, NJ 7036

James Hancock
16230 SW Black Bird St
Beaverton, OR 97007-8963

James Harris
9552 Covington Place
Manassas, VA 20109

James Haught
32337 Elmwood St
Garden city, MI 48135-1516

James Hicks
11 Glen Hollow Dr., Apt. D7
Holtsville, NY 11742

James Kwan
839 Catalpa Drive
Franklin Square, NY 11010

James Laba
24405 Orangelawn
Redford, MI 48239

James Loving
2103 Promontory Pt
Plano, TX 75075-3548

James Lucas
3901 N 24th St
Milwaukee, WI 53206

James Luckey
8 Christopher arms
Pittsfield, MA 1201

James Matthews
10401 Mauretania Cir
Huntington Beach, CA 92646

James McIntyre
2218 East 56th Place
Tulsa, OK 74105

James Miller
304 Melody Lane
Mattoon, IL 61938

James Morales
12 Village Grn
Colonia, NJ 7067

James Murry
4075 Filbert AVE NE
Keizer, OR 97303

James Napoli
20 Oliver Place
Staten Island, NY 10314

James Nelson
229 1/2 Spruce St.
Ridgway, PA 15853

James Newsome
7520 Ashcroft Circle
Fort Worth, TX 76120

James O'Connor
14221 luray road rd
southwest ranches, FL 33330

James pas jr
137 Arenas Valley Rd
Arenas Valley, NM 88022

James Perri
801 W Covina Boulevard SPC 145
San Dimas, CA 91773

James Pinkerton
3049 W Walden Dr
Anthem, AZ 85086

James Ragan
9416 Silverthorn Dr
Waco, TX 76708

James Ramirez
10406 W Haskell St
Wichita, KS 67209-3036

James Rider
100 El Rayo St
Los Alamos, NM 87544

James Robbins
105 Gilbertville rd
ware, MA 1082

James Romp
1633 Lebanon
Toledo, OH 43605

James Rosario
31 Vernon Terrace
East Orange, NJ 7017

James Rout, III
1015 Snowden Farm Road
Collierville, TN 38017

James Sandoval
4520 Bryant St
Denver, CO 80211

James Scannell
2921 Winding Trail Drive
Valrico, FL 33596

james sherlock
4708 bridgewater club loop
springhill, FL 34607

JAMES SISON
24900 Santa Clara Street, Apt 60
Hayward, CA 94544

James States
1508 1st ave
Wilmington, DE 19805

James Stewart
PO Box 993
East Troy, WI 53120-0993

James Thomas
58 Campbell Avenue
Clifton, NJ 7013

James Townsley
38 Houston Lane
Staten Island, NY 10302

James Tyminski
130 West 9th Street
Bayonne, NJ 7002

James Vanwasshenova
302 Baptiste Avenue
Monroe, MI 48162

James Verespej
140 Taylor Street
Talent, OR 97540

James Walsh
1401 North Taft St, Apt 1327
Arlington, VA 22201

James Weatherford
732 chaparral dr
Lakeland, FL 33815-4130

James Whirlwind Horse
124 Little Wound Drive
Kyle, SD 57752

james wright
1845 beech rd
stow, OH 44224

Jamie Alexander
20212 19th DR SE, APT D
Bothell, WA 98012

Jamie Browning
141 Wye Knot Ct
Queenstown, MD 21658

Jamie Fitzgerald
67 Springwood Meadows Drive
Ballston Spa, NY 12020

Jamie Hendrickson
2001 120TH PL SE, APT 6-203
Everett, WA 98208

Jamie Randall
2978 Brushwood Ave
Springdale, AR 72764

Jamie Savage
33 Fox Creek Road, A
Laramie , WY 82070

Jamie Sherman
16037 e cornell pl
Aurora, CO 80013

Jamie Sherman
16037 East Cornell Place
Aurora, CO 80013

Jamison Parker
3845 E Whippoorwill Lane
Byron, IL 61010

Jan Avram Tan
5 Maremma Ln
Ladera Ranch, CA 92694

Janae Ellis
8848 Staghorn Mill
Converse, TX 78109

Jane Carpenter
2066 Heritage Park Way
Navarre, FL 32566

Jane Devito
801 Pine Street
Trenton, NJ 8638

Jane Kim
12563 Summit Manor Drive, 516
Fairfax, VA 22033

Jane Sun
14419 Salisbury Plain Court
Centreville, VA 20120

Jane Valentin
217 Concord Drive S.
Oswego, IL 60543

Janelle Janson
1604 Lakehills Drive
El Dorado Hills, CA 95762

Janelle P?©rez Martinez
3010 Dorchester Way
Madison, WI 53719

Janelle Padilla
2088 South Zenobia Street
Denver, CO 80219

Janelle Wyman
806 E Allouez Ave
Green Bay, WI 54301

Janet  Harvatt
218 Mechanic Street
Cape May Court House, NJ 8210

JANET Benson
28 North Fernwood Drive
Rockledge, FL 32955

Janet Berns
42 S. Monroe St
Monroe, MI 48161

Janet M Segelhurst
15 Foxtrot Drive
FARMINGTON, NH 3835

Janet Rodriguez
117 East Romie Lane, Apt 4
Salinas, CA 93901

Janette Goldstein
3533 Odom Drive
New Port Richey, FL 34652

Janice Ferguson
6715 Southwest State Road 200
Ocala, FL 34476

Janice Heigh
2500 Lunar Drive
Rapid City, SD 57703

Janine Nist
141 Burns Road
New Brighton, PA 15066

Janki Kasabwala
583 Paulison Avenue
Clifton, NJ 7011

Janna Christie
373 Southwest Eastport Circle
Port St. Lucie, FL 34953

Japdev Nagra
1206 Ruess Road
Ripon, CA 95366

Jaqueline Alvarado
311 N 2nd Ave
Maywood, IL 60153

Jared Gardner
204 Elm Street, 12
South Portland, ME 4106

Jared Kennedy
2441 nw rogue valley terrace
Beaverton, OR 97006

Jared Rigsby
206  woodford ave.
berea, KY 40403-1316

Jared Rodriguez
4902 Cedar Brook Court
Louisville, KY 40219

Jared Romano
5391 Swindle Road
Nashville, TN 37189

Jared Shelton
5036 Echo Street, Apt 17
Los Angeles, CA 90042

Jared Sullivan
5104 N. Chatham Dr.
Bloomington, IN 47404

Jared Vick
2988 Frank Street
Saint Paul, MN 55109

Jared Weiland
1B Denise Drive, Building 1 Apt B
Latham, NY 12110

Jaret Henderson
310 Dave Gaskey Lane
Morgantown, KY 42261

Jarid pagan
312 Olmos Drive
Leander, TX 78641

Jaritza Serrano
162 Ansley Ander Avenue
COLLINS, GA 30421

jarling wang
69-97 Park Drive East #B, Pls Do Not Lea
Kew Garden Hills, NY 11367

Jarmon Eldridge
7736 Highway 5
Arlington, AL 36722

Jarod Goenner
195 Sturbridge Drive
Franklin, TN 37064

Jaron Kie
3512 Flat Iron Road Northeast
Rio Rancho, NM 87144

Jarrad Ryan Cravens
16788 39th Ave NE
Lake Forest Park, WA 98155

Jarrel Richburg
109 Angus Dr
Columbia, SC 29223

Jarrod Hastie
3711 7th Street West, A-307
Williston, ND 58801

Jarrod Sullivan
7 Carter Way
Bedford, MA 1730

Jase Celeste
30107 NE Livingston Mtn Cir
Camas, WA 98607

Jasmin Herbick
925 MANSION AVE
OGDENSBURG, NY 13669

JASMIN MANZO
136 MILL STONE DR
VERONA, VA 24482

Jasmine Adachi
44 Helen Avenue
Smithtown, NY 11787

Jasmine Amaya
2654 Independence Ave
Huntington Park, CA 90255

Jasmine garcia
11301 Se 10th St, apt 3
Vancouver, WA 98664

Jasmine Mehnert
557 Knickerbocker Avenue, Apartment 6F
BROOKLYN, NY 11221

Jasmine Yee
4725 Schilling Court
Woodbury, MN 55129

Jason Aker
920 East Moore Avenue
Stillwater, OK 74075

Jason alvarado
626 S Courtleigh St,
Wichita, KS 67218

Jason Atkinson
206 Lighthouse Dr
Manahawkin, NJ 08050-2524

Jason Bailey
1008 N. First Avenue
Evansville, IN 47710

Jason Blasco
11 Ten Eyck Ave
Albany, NY 12209

Jason Brignoni
6 oak branch rd
East windsor, NJ 8512

Jason Bryant
14029 North 8th Place
Phoenix, AZ 85022

Jason Carvalho
28 Oaklawn Ave, Apt 315
Cranston, RI 2920

Jason Ceresa
3533 Calvert Court
Las Vegas, NV 89121

Jason Chacon
345 South Alexandria Avenue, 318
Los Angeles, CA 90020

Jason Cueny
PO Box 241
Antigo, WI 54409

Jason D Okamura
12003 RIVERVIEW DR
WOODWAY, TX 76712

Jason Davis
210 South Country Hill Road
Anaheim, CA 92808

Jason Deeter
10134 Norwick St
Rancho Cucamonga, CA 91730

Jason Delg
1583 E 700TH RD
LAWRENCE, KS 66049

Jason Deveney
130 N Charles St., Apt A
Red Lion, PA 17356

Jason Domela
P.O. Box 507
Girdwood, AK 99587

Jason Encalada
12 Vail Place
Morristown, NJ 7960

Jason Ferreira
177 Albert Avenue
Milltown, NJ 8850

Jason Fukui
6222 SW Garden Home Rd
Portland, OR 97219

Jason Garcia
21 Upper Road
Stafford, CT 6076

Jason Goldman
500 Carpenter Ave
Oceanside, NY 11572

Jason Gonzalez
3378 Lakers rd
Harbor Beach, MI 48441

Jason Guardado
1107 Pike Path
Round Rock, TX 78665

Jason Hale
1207 NW 167th Ave.
Pembroke Pines, FL 33028

Jason Han
1425 N. Wilmington Blvd, Apt 6
Wilmington, CA 90744

Jason Hatfield
269 Little Burwell Rd
Harvest, AL 35749-9123

Jason Hendrix
1535 Crown Point Drive
Mount Olive, AL 35117

Jason Hughes
10799 E Kanney Ave
Walkerton, IN 46574

Jason Hughes
4617 Neal Drive
Seabrook, TX 77586

Jason Jackson
1155 E 56th Street, Apt #1
BROOKLYN, NY 11234

jason jensen
2400 River Hills Dr
Burnsville, MN 55337

Jason Jimenez
8528 Oakdale Ave
Winnetka, CA 91306

Jason Jordan
11516 S 102nd East Ave
Bixby, OK 74008

jason klaich
10111 Margo Lane
Munster, IN 46321

jason krueger
7898 JONAGOLD DR SE
GRAND RAPIDS, MI 49508

jason lail
220 Walnut Avenue
Mount Holly, NC 28120

Jason Long
5800 HAMILTON ST, APT 34
SACRAMENTO, CA 95842

Jason Martin
12829 Harrison Drive
Carmel, IN 46033

Jason McCarthy
631 South 103rd Street
West Allis, WI 53214

Jason Mejia
2710 S.W. 66 Terrace
Miramar, FL 33023

Jason Mendez
8226 Tombstone Drive
Arlington, TX 76001

Jason Miller
4336 Heritage Dr
Hudsonville, MI 49426

Jason Montano
400 Runnymede Street
East Palo Alto, CA 94303

Jason Palacios
PO Box 595
Banquete, TX 78339

Jason Parker
47 Reubens Circle
Newark, DE 19702

Jason Parrott
113 north 7th street, apt 3
Missouri Valley, IA 51555-1781

Jason Patterson
5613 Cletsoway Dr SW
Albuquerque, NM 87105

Jason Payne
655 Wall Street, Apartment 3
North Tonawanda, NY 14120

jason phillips
223 Fairway Dr.
Nashville, TN 37214-2723

Jason Reker
7800 Shamrock Ct
Huber Heights, OH 45424

Jason Reyes
3812 Kauai Drive
San Jose, CA 95111

Jason Roberts
3216 Mott Rd
Dover, FL 33527

Jason Robinson
15552 Harvest Lane
Southgate, MI 48195

Jason Russell
15460 Sprucevale Road
East Liverpool, OH 43920

Jason Sandoval Jr.
18032 Faysmith Avenue
Torrance, CA 90504

Jason Scansaroli
1105 Mellien Drive
Downingtown, PA 19335

Jason Shearer
39 South Chapel Street, Front Apartment
Gowanda, NY 14070

Jason Shoemaker
10308 CHESTNUT SWEET ST
LAS VEGAS, NV 89131-1563

Jason Sircy
1042 63rd Street
Oakland, CA 94608

Jason Sledd
2005 E Tupelo Dr SE
HUNTSVILLE, AL 35803-1837

Jason Tran
260 Mayfield Farms
Lawrenceville, GA 30043

Jason Vicens
5707 Wynnewood Lane
Sheffield Village, OH 44035

Jason Wills
272 Wyckoff Street apt# 4k
Brooklyn, NY 11217

Javier  Bravo Garcia
1894 WELLONS DR
GREENVILLE, NC 27858

Javier Bello Hernandez
3502 West Shangri-la Road
Phoenix, AZ 85029

Javier Diaz Jr
158 Main street, 1
Everett , MA 2149

Javier Hernandez
1833 Cheddar Loop, 210
Austin, TX 78728

Javier Machuca
85202 Avenida Reforma
Coachella , CA 92236

Javier Millan
2300 Fairview , M105
Costa Mesa , CA 92626

Javier Riojas
466 Jefferson street, Suite A
Eagle pass, TX 78852

Javon Reid
1303 Burton Avenue
Sharon Hill, PA 19079

Jawad Awan
7101 Appaloosa Trail
Southwest Ranches, FL 33330

Jax Stockman
33 Esty Street
Ashland, MA 1721

Jay Betley
8796 Gatewood Drive
Mentor, OH 44060

Jay Cabrera
1169 Trivoli Way
Salinas, CA 93905

Jay Hao
6243 English Hollow Road
Tampa, FL 33647

Jay McCoy
120-38 226th Street
Cambria Heights, NY 11411

Jay Roberts
14277 Desert Sky Dr
Horizon City, TX 79928

Jayde Hartzell
324 PINE ST
JOHNSTOWN, PA 15963

Jayden Arias
19554 Castille Lane
Santa clarita, CA 91350

Jayleen Padilla
234 Magnolia Avenue
Mount Vernon, NY 10552

Jaylen Miller
396 Walls Ford Road
Saint Clair, MO 63077

Jaylin Dunn
1246 Hunters Plane
San Antonio, TX 78245

jayna rubino
10504 Conistan Pl
Cornelius, NC 28031

Jayson Bingham
1989 Tobsal Court
Warren, MI 48091

Jayson Hartson
2550 Longbranch Court
Kissimmee, FL 34744

Jayson P Lapat
889 NW Tinkam Ct
Bremerton, WA 98311

Jaz Rodriguez
2515 E Olive Street, Unit 1C
Arlington Heights, IL 60004

Jazmin Hernandez
7735 Donnybrook Court, Apt. 6
Annandale, VA 22003

Jazmin Montoya
3030 Northwest 8th Street
Pompano Beach, FL 33069

Jazmine Noguera
856 Cameron Cir
Milpitas, CA 95035

Jean Patrouch
2417 Acorn Dr
Dayton, OH 45419

Jean Rivera
2166 Crofton Avenue
Davenport, FL 33837

Jeannine Vieni
8356 Ocean View Avenue
Whittier , CA 90602

Jeanninne Trinidad
6920 92nd Street South
Cottage Grove, MN 55016

Jechy Ramirez
1983 Denison Street
Pomona, CA 91766

Jeerasit Leesawet
2721 Rockefeller Ln , Apt #2
Redondo Beach, CA 90278

Jeff  Curtis
15539 8th Ave NE
Shoreline, WA 98155

Jeff Biederstedt
406 West Virginia Street, P.O. Box 135
Sublette, IL 61367

Jeff Collins
6147 Lockwood Drive
Rockford, IL 61109

Jeff Coronado
5002 Rosemary Lane
Houston, TX 77093

jeff finley
4298 Fox Ridge Rd
Eagan, MN 55122-2253

Jeff Lee
1025 Huntington Drive
Elk Grove Village, IL 60007

Jeff Mattson
6345 vincent ave s
Minneapolis, MN 55423

Jeff Mayfield
24862 Tabuenca
Mission Viejo, CA 92692

Jeff Miller
749 Crestview Drive
Tooele, UT 84074

Jeff Morris
5074 Arroyo Lane #303
Simi Valley , CA 93063

Jeff Pardee
76 20th Ave Ct
Milton, WA 98354

Jeff Roberts
5499 W Melinda Ln
Glendale, AZ 85308

jeff schatschneider
13308 grandterrace dr
grandisland, FL 32735

Jeff Scheuer
59 Gingerwood Way
West Henrietta, NY 14586

Jeff Smith
1912 Atwood Avenue, Apt 103
Madison, WI 53704

Jeff Stanislawski
2503 Milfoil Cv
Austin, TX 78704

Jeff Weber
8348 W Utahna St
Boise, ID 83714

Jeff Woolslayer
8424 Fobes Rd
Snohomish, WA 98290

Jeffery  Gist
208 Cedar Falls Ct
Columbia, MO 65203

Jeffery  Placer
505 N Broad St
Ridgway, PA 15853

Jeffery Cole
18 Seaview Terrace
Santa Monica, CA 90401

Jeffery Macias
1505 Schulenberg Ave
Modesto, CA 95350

Jeffery Painter
7602 Buncombe Place
Madison, AL 35757

Jeffrey  King
7400 North Oleander Avenue
Chicago, IL 60631

Jeffrey  Thompson
207 Longview Drive
Smithfield, NC 27577

Jeffrey A Gee
6533 VERSAILLES RD
Lake View, NY 14085

Jeffrey Barr
5562 Bonnie Brae St.
Montclair, CA 91763

Jeffrey Germait
1008 South 112th Street
West Allis, WI 53214

Jeffrey Gilmer
504 S Townes Court
Spartanburg, SC 29301

Jeffrey Goldberg
24 BRADFORD RD
FRAMINGHAM, MA 1701

Jeffrey Golden
2016 North Riverview Circle
Albany, GA 31705

Jeffrey Gould
37554 Arbor Woods Dr
Livonia, MI 48150

Jeffrey Guagliardo
43 , Halifax Dr
Morganville, NJ 7751

Jeffrey Haussler
1812 Dolphin Dr
Seabrook, TX 77586

Jeffrey Hosfelt
24458 Otter Road
Huron Charter Township, MI 48164

Jeffrey Jensen
2616 West Madison Avenue
Norfolk, NE 68701

Jeffrey Johnson
896 Single Tree dr
Las Vegas, NV 89123

Jeffrey Lechner
4640 Eastridge Drive Omaha
Omaha, NE 68134

Jeffrey Long
3202 W Cherry Ln
Boise, ID 83705-4013

Jeffrey Marquez
5471 Zaffina Cir
Las Vegas, NV 89120

Jeffrey Martinez
13 Firtree Lane
Levittown, NY 11756

Jeffrey McLerran
1 E Washington St # 1600
Phoenix, AZ 85004

Jeffrey McManigal
5208 W Main St
Edinburg, PA 16116

Jeffrey Moss
9797 15th Pl SE
Lake Stevens , WA 98258

Jeffrey Novak
331 Euclid Avenue
Kenmore, NY 14217

Jeffrey Peterson
1161 North 2775 West
Layton, UT 84041

Jeffrey Pollard
654 Trimble Road
Joppatowne, MD 21085

Jeffrey Schouten
10371 Douglas Drive
Saint John, IN 46373

Jeffrey Waitkevich
18025 Greensboro St
Spring Hill, FL 34610

Jefry Montalvan Zelaya
1591 Yelverton Grove Road
Smithfield, NC 27577

Jehovany Pineda
23 Nature Trl
Lawrenceville, GA 30043

jen ambriz
1430 South Sycamore, Apt. D
Santa Ana, CA 92707

Jen Correa
11720 Greenspring Ave
Lutherville Timon, MD 21093

Jenae Kincade
po box 2282
tucker, GA 30085

Jeneen Williamson
40 Pamrapo Ave, Apt #2
Jersey City, NJ 7305

Jenna Anderson
96 Richmond Road West
East Syracuse, NY 13057

Jenna Kaczorowski
39 Salzburg Road, unit 3
Bay City, MI 48708

Jenna Lawson
4400 Royalview Rd
Knoxville, TN 37921

Jenness Mayer
105 N Links Drive, 1085
Avondale, AZ 85323

Jenni Naranjo
907 East Ghent Street
Azusa, CA 91702

Jennie Brown
1380 East Street, Apt 401
New Britain, CT 6053

Jennie Tran
3607 Clear Brook Court
San Jose, CA 95111

Jennie VanMeter
229 Preston Ave
Lexington, KY 40502

Jennie Vo
15572 Briarcliff Street
Westminster, CA 92683

Jennifer Czajkowski
13192 Judy Road
Greenwood, DE 19950

Jennifer Mata
717 Cordelia Avenue
Glendora, CA 91740

JENNIFER ALAMO
PO Box 1442
Skippack, PA 19474

Jennifer Alvord
2043 14th St N
Saint Cloud, MN 56303-1736

Jennifer Blanco
21248 Chevalier Drive
Macomb, MI 48044

jennifer buzin
17344 Fountainside loop, 4102
lutz, FL 33558

Jennifer Chandler
380 Town Creek Church Rd
Talking Rock, GA 30175

Jennifer Chrin
2081 Atlantic Avenue
Long Beach, CA 90806

Jennifer Ciurla
3203 Russett Dr
Tampa, FL 33618-1442

Jennifer Clark
7025 Fairway Oaks
Fayetteville, PA 17222

Jennifer Deitz
43864 Piney Stream Court
Chantilly, VA 20152

Jennifer DePetro
4421 Wanda Ln
Flower Mound, TX 75022

Jennifer Diosdado
1038 West Village Court, Apt B
Pasadena, TX 77506

Jennifer Douglas
916 S Rose Street, Apt 1, Apt 1
Kalamazoo, MI 49001

Jennifer Duran
708 Tayopa Court
EL PASO, TX 79932

Jennifer Fritz
29W352 Greenbriar Lane
Warrenville, IL 60555

Jennifer Gargano
313 Cindy St
Old Bridge, NJ 8857

Jennifer Gibbs
7 Forest St
Nashua, NH 03064-1560

Jennifer Holland
2000 FM 1460, Apt 6208
Georgetown, TX 78626

Jennifer Hopson
4472 Magnolia Lane
Hudson, NC 28638

Jennifer James
704 22nd Ave W
Bradenton, FL 34205

Jennifer Jones
8115 Norton Ave
West Hollywood, CA 90046

Jennifer Joseph
7801 Cherrybrook ct
Severn, MD 21144

Jennifer Kean
1602 Lake Mars Ave
Ocean Springs, MS 39564

Jennifer Lam
2315 60th Street
Brooklyn, NY 11204

Jennifer Lam
2315 60th street
Brooklyn, NY 11204

Jennifer Littlejohn
Po box 181
Onsted, MI 49265

Jennifer Maddox
10 Wabon Street, 2
Boston, MA 2121

Jennifer Matos
2793 W CALLE VISTA DR
Rialto, CA 92377

Jennifer McCollister
355 South Wahanna Road, 17
Seaside, OR 97138

Jennifer Miyano
135 ARDMORE AVE
HERMOSA BEACH, CA 90254

Jennifer Ocean
410 East 57th Street, 3A
New York, NY 10022

Jennifer Orozco
310 Knight Ln
Santa Ana, CA 92704

Jennifer Owen
571 Boca Chica Circle, Apt 202
Ocoee, FL 34761

Jennifer Patten
14148 Cobalt Cir NW
Ramsey, MN 55303

Jennifer Reich
12215 Braxfield Court, #10
North Bethesda, MD 20852

Jennifer Rolon
811 Beverley Road, 2C
Brooklyn, NY 11218

Jennifer Rozycki
11715 East Evans Avenue
Aurora, CO 80014

Jennifer Sandoval
1054 Fredrick Boulevard
Reading, PA 19605

Jennifer Sargent
418 Thompson
St Joseph, MO 64504

Jennifer Segura
773 Avalon Way
Livermore, CA 94550

Jennifer Settles
444 Sheyenne Street Apt 408
West Fargo, ND 58078

Jennifer Smith
17 Woodford Dr
Fredericksburg, VA 22405

Jennifer Soriano
495 W Terrace St
Altadena, CA 91001

Jennifer Svane
2607 Larlin Dr.
Everett, WA 98203-6928

Jennifer Tsai
142 STOCKBRIDGE AVE
ALHAMBRA, CA 91801

Jennifer Ventura
11160 C-1 South Lakes Drive, 614
Reston, VA 20191

Jennifer Wagher
206 candlewood way
Harleysville, PA 19438

Jennirose Pedro
66-913 Alena Loop
Waialua, HI 96791

Jenny Juarez
7507 Riptide Dr
Houston, TX 77072

Jenny Miller
2124 Thomas Street
Ashland, KY 41101

Jenny Saucerman
2001 Bristol Street
Middleton, WI 53562

Jenny Wong
3324 S Justine St
Chicago, IL 60608

Jenson Turner
1624 Eleanor Drive
Haslet, TX 76052

Jenwei Lin
2778 Maddison Towns Ave
Norcross, GA 30071

Jerald Skilton
7281 LOBELIA RD
FORT MYERS, FL 33967

Jeramie Robinson
1099 Polaris Rd
Helena, MT 59602-8269

Jeremiah Bowers
17248 American Elm Ct
Dumfries, VA 22026

Jeremiah D
13364 Blackburn Road
Athens, AL 35611

Jeremiah Davenport
1315 LANCER VILLAGE DR, 205
LA CRESCENT, MN 55947

Jeremiah Harvey Maximus Collectors
703 River Rd
Binghamton, NY 13901

Jeremiah Owens
424 Eloquence Drive
Boiling Springs, SC 29316

Jeremiah Perez
233 Prospect Street, 4A
East orange, NJ 7017

Jeremiah Reeves
18627 BROOKHURST ST 557
Fountain Valley, CA 92708

Jeremiah Scott
806 W Palo Verde Dr
Phoenix, AZ 85013

Jeremy Belisle
675 Burlington Rd
Saint Paul, MN 55119

JEREMY BERTEL
6 CARLSTAD ST APT 2
WORCESTER, MA 01607-1948

Jeremy Blodnieks
2925 Begonia Way
Hollywood, FL 33026

Jeremy Bower-Anspach
509 Hickory Drive
Colorado Springs, CO 80911

Jeremy Bremer
16280 RED CLOVER LANE
NOBLESVILLE, IN 46062

Jeremy Charles
24 Roy I Road
Belleville, PA 17004

Jeremy Chen
1245 Boot Hill Ln
NewCastle, CA 95658

Jeremy Clark
40 Ewing Dr
Reisterstown, MD 21136-3636

Jeremy Delong
4914 Reed Road, Apt H
Columbus, OH 43220

Jeremy Feeley
6 Blue Spruce Way
Elkton, MD 21921

Jeremy Hines
6000 Leafridge Lane
Columbus, OH 43232

Jeremy Hodge
1625 Westridge Pl
Modesto, CA 95358-1082

JEREMY HODGES
3758 Hideaway Lane
Grass Lake, MI 49240

Jeremy Holter
908 53rd ST SE
Minot, ND 58701

Jeremy Kasprak
1714 W Rain Ln
Spokane, WA 99208

Jeremy Mccool
219 Cherbourg Street
Houma, LA 70363

Jeremy Moore
207 Pleasant Avenue
Highlands, TX 77562

Jeremy Roper
3105 north 4th street, 34
coeur d'alene, ID 83815

Jeremy Rubio
10019 Carole Lane
Baytown, TX 77521

Jeremy Startz
4839 6th Street
Zephyrhills, FL 33542

Jeremy Swank
4011 Alabama Street, Apt 2208
El Paso, TX 79930

Jeremy Torres
12 Midfield St
Stony Brook, NY 11790-2942

Jerico Salon
11047 Coral Drive
Jurupa Valley, CA 91752

Jerielle Baculi
4030 North 44th Avenue, Apt 1054
Phoenix, AZ 85031

Jermaine Melendez
2825 sierra goldway
riverbank, CA 95367

Jermiah Chatman
900 Canteberry Ln
Smithfield, VA 23430

Jerome Bernardi
5146 Glendenning Road
North Lewisburg, OH 43060

Jerome Eaton
1320w West 101st Street
Los Angeles, CA 90044

Jerome Simmons
1228 W Northwest Blvd Suite A
Spokane, WA 99205

Jerrilyn De Cambra
919 Ehoeho St.
Makawao, HI 96768

Jerry Chao
930 North Monterey Street, #231
Alhambra, CA 91801

Jerry Halbeisen
7260 Cold Harbor Rd, Apt. 103
Mechanicsville, VA 23111

Jerry Soto
8451 Albia St
Downey, CA 90242

Jerry Sun
14131 Kingsride Lane
Houston, TX 77079

Jerry Vongkhamsay
7319 W Acacia St
Milwaukee, WI 53223

jess delgado
2205 S Walker Ave
ontario, CA 91761-8305

Jess Shea
605 3rd Street
Gregory, TX 78359

Jessamin Karabinovich
3835 Michaels Way
Cumming, GA 30040

JESSE BONILLA
9157 Bearint Way
Elk Grove, CA 95758

jesse carpenter
1593 w homecoming way
Tucson, AZ 85704

Jesse Clark
727 N. Wahsatch Ave.
Colorado Springs, CO 80903

Jesse Couch
1313 S Bowdish Rd
Spokane Valley, WA 99206-5480

Jesse Crowder
3316 Santa Rosa Dr
Gulf Breeze, FL 32563

jesse cusworth
6033 Godwin Boulevard
Suffolk, VA 23432

Jesse Diaz
750 Irish rd
Rural Hall, NC 27045

jesse diaz
9810 Carmenita Rd
Whittier, CA 90605

Jesse Griffis
130 Myers Road
Odenville, AL 35120

Jesse Hernandez
22915 Provincial Blvd.
Katy, TX 77450

Jesse Hernandez
6615 Kenwell St
Dallas, TX 75209

Jesse Jedrusiak
910 NJ-36, Unit 304
Hazlet, NJ 7730

Jesse Laurienti
9300 Ciancio Street
Thornton, CO 80229

Jesse OBrien
1411 1st Street West, Apt 211
Thief River Falls, MN 56701

Jesse Orozco
1925 E Grand Ave, APT 40
Escondido, CA 92027

Jesse Owen
132 North Cortez Street, A
New Orleans, LA 70119

Jesse Santos
10220 County Road 223
Oxford, FL 34484

Jesse Silver
5505 Graves Rd
Cincinnati, OH 45243

Jesse Tarantino
156 Porter Street unit 204
East Boston, MA 02128-2134

Jesse Terwillegar
6462 Navajo Place
Maple Falls, WA 98266

Jesse Vance
80 Campus Drive
Edison, NJ 8837

Jessi LaBruno
3240 Morningside Dr
Chesapeake, VA 23321-4612

Jessica  Nicholson
4734 Mawani Rd
Baltimore, MD 21206

Jessica  Pinto
618 Grandiflora Dr
Orlando, FL 32811

Jessica Alder
1155 5th St., Apt #404
Oakland, CA 94607

Jessica Baez
25-76 Steinway Street, Apt 3
Queens, NY 11103

Jessica Baker
714 Market Street
Gloucester City, NJ 8030

Jessica Balsizer
231 Oakwood Drive
Alabaster, AL 35007

Jessica Bolding
1613 college
Lewisville, TX 75077

Jessica Burgos
410 SE 7th Ave
Deerfield Bch, FL 33441-4826

Jessica C Newell
9615 Mossridge Dr
Dallas, TX 75238

Jessica Carmichael
16039 Acre Street
Los Angeles, CA 91343

Jessica Childs
15438 Seamount Cay Court 102
Corpus Christi, TX 78418

Jessica Clark
75 Woodbine Ave
Concord, NH 3303

Jessica Craw
5105 Sprucewood Dr
Louisville, KY 40291

Jessica DeCormier
1712 Northampton St, Apt 3L
Holyoke, MA 01040-1997

Jessica DeLorm
1003 Williams ST NW
Orting, WA 98360

Jessica Donoho
Po box 10072
Brooksville, FL 34603

JESSICA DUFF
2491 BENCH REEF PL
HENDERSON, NV 89052

Jessica Gabaldon
11655 West Levi Drive
Avondale, AZ 85323

Jessica Gandy
3930 Mohigan Way
Las Vegas, NV 89119

Jessica Hidalgo
5040 3rd Street
Rocklin, CA 95677

Jessica Honadel
17273 S. Lichtenauer Drive
Olathe, KS 66062

Jessica Jimenez
319 High Street
Elizabeth, NJ 7202

Jessica Laughter
Po box 1110
Tuba City, AZ 86045

Jessica Mallory
1419 Chirikof Court
Anchorage, AK 99507

Jessica McCarthy
193 Jerome Avenue
Mineola, NY 11501

Jessica Meir
200 S La Peer Dr
Beverly Hills, CA 90211

Jessica Minga
4681 West Beeplant Way
Tucson, AZ 85741

Jessica Oakes
12 Kibbie Rd
Brushton, NY 12916

Jessica Privett
11089 sharon meadows dr.
Sharonville, OH 45241

Jessica Rodriguez
2514 sabana ln
Laredo, TX 78046

Jessica Saiontz
22547 SW 102nd Avenue
Cutler Bay, FL 33190

Jessica Souza
2237 Pacer way
Turlock, CA 95380

Jessica Trebolo
5009 Pinehurst Court
Johnsburg, IL 60051

Jessica Walker
14003 Gatewood Road
Petersburg, VA 23805

Jessica Wang
3604 Sadlers Walk
Marietta, GA 30068

jessie  leon
8623 Burnet Avenue, unit J
Los Angeles, CA 91343

Jessie Frederick
PO Box 234
Bath, ME 4530

Jessie Piltch-Loeb
75 Dana St
CAMBRIDGE, MA 2138

Jessie Wong
173 WASHINGTON DR
Milpitas, CA 95035

Jessinda Clark
P.O. Box 4175
Omak, WA 98841

Jessy Enriquez
3917 Weems Street
Houston, TX 77009

Jesus  Torres
108 Avenue B, Apartment 3R
Woonsocket, RI 2895

Jesus Arellano
4608 Prock Ln Apt A
Austin, TX 78721

Jesus Barraza
2360 Tocayo Avenue, Unit 89
San Diego, CA 92154

Jesus Gastelum
14045 1/2 Orizaba Avenue
Paramount, CA 90723

Jesus Herrera
410 E Geneva St
Rogers, AR 72758

Jesus Ibarrola
3915 WATERWOOD PASS DR.
ELMENDORF, TX 78112

Jesus Martinez
300 S 24th ST
Lincoln, NE 68510

Jesus Navarro
1205 Cabot Dr
Dallas, TX 75217-6837

JESUS Palacios
3408 Pine St
Laredo, TX 78046

Jesus Perez
1753 W 3rd St
Santa Rosa, CA 95401

Jesus Rodriguez
2383 w 5650 s
Roy, UT 84067

Jesus Rodriguez
Bo Puente Zarza Calle C #25, Hc 04 Box 1
Camuy, PR 627

Jesus Romero
5197 sw 175th ave, Apt 8
Aloha, OR 97078

Jesus Salazar
2006 Airline Rd, Apt 402
Corpus Christi, TX 78412

Jesus Solorzano
2540 Country Hills Road, 257
Brea, CA 92821

Jesus Torres
2216 NW 135th Ter
Opa Locka, FL 33054-4020

Jesus Trevizo
12009 South Kildare Avenue
Alsip, IL 60803

Jesus V
9679 Gilpin ST.
Denver, CO 80229

Jesus Zarate
230 Mariposa St
Madera, CA 93638

Jeswin Veliyathukudy
303 W Asbury Dr
Round Lake, IL 60073-5644

Jett Turner
1223 North Avenue 56, 9
Los Angeles, CA 90042

Jheremy Iparra
1752 West Broad St
Bethlehem, PA 18018

Jherwin Torres
13774 Chase Street
Los Angeles, CA 91331

Jhonny Rodriguez
8155 S REDWOOD RD, Trlr 57
WEST JORDAN, UT 84088-9479

Jia Lin Chen
919 W Mission Rd
Alhambra, CA 91801

jiajian hu
37164 CORALBURST ST
Sandy, OR 97055

Jiale Qin
20800 Homesstead Rd Apt 31A
Cupertino, CA 95014

Jiaming Liang
16 Lavender Ct
Daly City, CA 94014

Jianna  Acerbo
18 Tenby Chase Drive
Voorhees Township, NJ 8043

Jianna Harrison
8802 Johnston Street
Highland, IN 46322

JIASHENG XU
167 Concord St
San Francisco, CA 94112

JIAWEI LU
4136 66th St, Apt 1B
Woodside, NY 11377-3740

Jill Rauer
111 Keswick Drive
East Islip, NY 11730

Jill Scott
1108 Mountain St NE
Jacksonville, AL 36265-1942

Jillian Lovett
4690 Portofino Way, Apt 208
West Palm Beach, FL 33409

jim davis
2014 lafayette st.
scranton, PA 18504

Jim Lagunas
5486 Riverside Dr Unit B
Chino, CA 91710

Jim Lee
2012 Paso Real Avenue
Rowland Heights, CA 91748

Jim Seeberg
9382 Meadowview Drive
Orland Hills, IL 60487

Jim Zalud
1031 Perth Dr
Schaumburg, IL 60194

Jimena Garcia
1532 Lauren Dr
Petaluma, CA 94954

Jimi Lopex
5226 Lyndale Cir
Forest Park, GA 30297

Jimmie wu
7719 upper 167th St W
Lakeville, MN 55044

Jimmy Chow
220 Marigold Street,
Danville, CA 94506

Jimmy Johnson
1103 Fairfield pike
Shelbyville, TN 37160

Jimmy Mosher
2078 Cleveland rd
Sandusky, OH 44870-4451

Jimmy Nguyen
1402 Rodney Rd
West Covina, CA 91792-1528

Jimmy Nguyen
2615 Elma St
Kansas City, MO 64124

JIMMY NGUYEN
7149 W Claremont St
Glendale, AZ 85303

Jimmy Quach
3138 Kermath Drive
San Jose, CA 95132

Jimmy Stiles
Po box 1527
Jasper, AL 35502

jin hong zhu
118 Elizabeth St, Apt 3c
New York, NY 10013

Jin-Ning Tioh
1107 Delaware Avenue, Unit 1
Ames, IA 50014

Jing Zhi
481 La Floresta Dr
Brea, CA 92823

JINLIN ZHOU
18212 NW Montreux Dr
Issaquah, WA 98027

Jinlin Zhou
4614 238th Dr SE
Sammamish, WA 98029

jj bond
1651 Greenville-Nashville Rd
Greenville, OH 45331

jj brough
228e 600n
Kaysville, UT 84037

jo bro
206 Lala Dr
reidsville, NC 27320-9248

JO ELLA CANTU
1218 Oaxaca
Mission, TX 78572

Joab Aguilar
1813 South 57th Avenue
Cicero, IL 60804

Joan Mekawy
226 Mauch Chunk St
Nazareth, PA 18064

Joani Bencosme
35-47 34th street, 2G
Astoria, NY 11106-1982

JoAnn Baker
1074 N. Hulet Lane
Flagstaff, AZ 86004

Joanna  Lin
41 Maple Street
Malden, MA 2148

Joanna Ayala
831 COLUMBUS AVENUE
STROUDSBURG, PA 18360

Joanna Beblo
PO Box 1087
Gresham, OR 97030

Joanna Winkowski
9 Franklin Ave
DERBY, CT 6418

Joanne Choi
26314 Western Ave #200
Lomita, CA 90717

Joanne Suski
7850 FM 1960 RD E APT 204
Humble, TX 77346

Joannie  Betancourt
4561 Gardens Park blvd, apt 5216, apt 52
ORLANDO, FL 32839

Joao Sanchez Riquelme
805 85st miami beach fl 33141
Miami Beach, FL 33141

Joaquin Longoria
2401 Mancuso Bend
Cedar Park, TX 78613

Jocelyn Li
1720 Sandypoint Rd
West Sacramento, CA 95691

Jocelynn Rubio
1145 Ciric Avenue
Sacramento, CA 95833

Jodean Duquette
501 Lindsay Road
Newport, NY 13416

Jodi Banghart
1820 Washington Valley Road
Martinsville, NJ 8836

Jodi Nash
222 Pheasant Run
Hendersonville, NC 28739-8323

Jodi Whitler
1266 S Old State Rd 65
Princeton, IN 47670

Jodie Cinco
37243 Maas Dr.
Sterling Heights, MI 48312

Jodie Collett
300 Justin Dr #3
Weymouth, MA 2188

Jody Pack
411 Crestline Way
Woodstock, GA 30188

Joe Alvarez
59 Pine Acres Blvd
Deer Park, NY 11729-2712

Joe Arenas
9433 Hearthside ct
Rancho Cucamonga, CA 91730

Joe Bariso
10420 Piper Dr.
NEW PORT RICHEY, FL 34654

Joe Bellanca
232 Washington Place
Cliffside Park, NJ 7010

Joe Cvikel
1140 River Park Circle East, 108
Mukwonago, WI 53149

Joe Davis
6243 North Woods Edge Court
McCordsville, IN 46055

Joe DeLuca
824 Mirabelle Ave
Westbury, NY 11590

Joe Diaz Jr
13241 Southwest 37th Terrace
Miami, FL 33175

JOE LAJOIE
22 ADAM TAYLOR RD
STERLING, MA 01564-2827

Joe Lambert
10300 golf course Rd NW Apt 803
Albuquerque, NM 87114

joe lolla
5 South Chestnut st
mount carmel, PA 17851

Joe Mateo
17026 Stare St
Northridge, CA 91325-1647

Joe Mateo
17026 Stare st.
Northridge, CA 91325

Joe Mitchell
3263 Motor Ave Apt 4
Los Angeles, CA 90034-3718

Joe Pelliccio
10734 Fiddlesticks Court
New Port Richey, FL 34654

Joe Quiles
6328 West Beloit Road
West Allis, WI 53219

Joe Quiroz
1776 W Orange Ave, Apt 218
El Centro, CA 92243

joe retherford
18 rose lea
Hamilton, OH 45011

Joe Vendemia
107 Wenatchee Way Southwest
Poplar Grove, IL 61065

Joe Zertuche
10485 Neale Sound Ct
Gainesville, VA 20155-4848

Joel Baer
9448 East Florida Avenue, 1078
Denver, CO 80247

Joel Castaneda
20839 Rivershire Lane
Houston, TX 77073

Joel Hunter
219 Northeast 49th Street
Oak Island, NC 28465

Joel Marayag
2086 Admiral Place
San Jose, CA 95133

Joel Martinez
1413 O Sullivan Drive
Horizon City, TX 79928

Joel Nance
5248 Northeast Cesar E Chavez Boulevard
Portland, OR 97211

Joel Phillips
636 Lakeland Dr, 2
Baton Rouge, LA 70802

Joel Qui?±ones
11 calle Jaicoa, Urb. Hacienda Jaicoa
Moca, PR 676

Joel Vivas
2256 Mangum Rd
Memphis, TN 38134

Joey Barry
331 Oliver Lee Drive
Belleville, IL 62223

Joey Marchese
9025 Sweden blvd
Punta Gorda, FL 33982

Joey Marrero
26 Adirondack circle, Apt E
Gansevoort, NY 12831

Joey Miller
47674 Mocking Bird Ct
Novi, MI 48374

Joey Perez
3927 Annapolis Ct
Merced, CA 95348

Joey Rodberry
Pflugerville
15114 moss phlox circle, TX 78660

Johana Castro
3217 w 134th pl
Hawthorne, CA 90250

Johana Ocampo Becerra
3208 Arbor Street
Mount Vernon, WA 98273

Johanna Glenn
10654 W BLACKHAWK DR
Boise, ID 83709

John A Brennan
23 Lori Lane
East Longmeadow, MA 1028

John Anderson
10404 Coward Mill Road
Knoxville, TN 37931

John Atanasio
6715 Valley Falls Road
Hope Mills, NC 28348

John Atud
1531 Stanley Way
Escondido, CA 92027

John Ayala
210 North Horne Street
Duncanville, TX 75116

John Bogley
1104 Riverboat Ct
Annapolis, MD 21409

John Bolton
5901 Hyatt Road
Knoxville, TN 37918

John Bonacci
2923 Payson Way
Wellington, FL 33414

John Bonewicz
55 Ivy Lane
Cherry Hill, NJ 8002

John Buckingham 3rd
120 Alcock Rd
Essex, MD 21221-2108

John Campbell
12010 Farwell Road
Philadelphia, PA 19154

John Catalano
908 Fields End Ct
Fairview Heights, IL 62208-2936

John Conway
222 Rose Lake Road
Lexington, SC 29072

John Cregar
7541 south county road 410 west
Laurel, IN 47024

John Decio
20507 Starling Court
Santa Clarita, CA 91350

John Deluca
1 Prentiss Drive
Hopewell Junction, NY 12533

John Ferguson
795 Chaseridge Drive
McDonough, GA 30253

john gleva
62430 Locust Road, #222
South Bend, IN 46614

John Golomb
200 N Wynnewood Ave., A407
Wynnewood, PA 19096-1430

John Gonzalez
207 Preston Street
Hartford, CT 6114

John Griffin
108 East Melody Lane
Corinth, MS 38834

John Halley
26 View St
Jasper, TN 37347-5723

John Heide
141 Spring Garden Street
Riverside, NJ 8075

John Henderson
42020 Long Hollow Drive
Coarsegold, CA 93614

John Hillman
125 Locust Ave.
Westville, NJ 08093-1419

John Ho
220 N IVY AVE
MONROVIA, CA 91016

john macciocca
9 Forest Drive, G.
Garnerville, NY 10923

John Hodge
4239 Briarcliff Road Northeast
Atlanta, GA 30345

John Matyas
52180 Hwy HH
Hannibal, MO 63401

John Horn
7505 N Woodland Ave.
Gladstone, MO 64118

John McCloskey
37402, Radde
Clinton Township, MI 48036

John Iliopoulos
208 W D st
Elmwood, NE 68349-6052

John McCoy
300 HICKS FARM RD NW
Acworth, GA 30102

John Kim
245 North Arizona Avenue
Chandler, AZ 85225

John Montagna
4924 Shallowford Circle
Virginia Beach, VA 23462

John Kimpson
18325 Milmore Avenue
Carson, CA 90746

John Morales
116 Chorley Run
Ellenwood, GA 30294-2905

John Kinzie
2955 Fairway View Drive
West Wendover, NV 89883

John Murphy
8 Spruce Street
Clifton Park, NY 12065

John Kubina
307 UNION DR
Ruther Glen, VA 22546

John N. Mayer
274 Brookside Ave
Wyckoff, NJ 7481

John Lawrence
8505 Lot B. Pollock Ferry Rd.
Moss Point , MS 39562

john okuda
12022 Bailey Street #1
Garden Grove, CA 92845

John Laycock
1643 Savannah Highway B, #108
Charleston, SC 29407

John P Crosby
8642 Brookfield Avenue, Apt 2L
Brookfield, IL 60513

John Limoli
23933 DEL MONTE DR, UNIT 20
VALENCIA, CA 91355

John Paul Douglass
34 Chestnut Sq
Jamaica Plain, MA 2130

John M Nguyen
8616 N 32nd Dr
Phoenix, AZ 85051

John Perry
78 East Chestnut Street, Unit 107
Columbus, OH 43215

JOHN PISCOPINK
1215 Manchester Rd
Birmingham, MI 48009-5806

John Powers
7667, 21st Ave
Sacramento, CA 95820

John Reed
29 messmore st apt. D, Apt D
Centerburg, OH 43011

John Robinson
5545 bayridge dr
Hilliard, OH 43026

John Rodriguez
2501 Foothill Blvd Apt 9
La crescenta, CA 91214-3520

John Sanchez
539 N. Ravine Dr
Round Lake Beach, IL 60073-3166

John Schloman
4851 N Monticello Ave
Chicago, IL 60625

John Serpa III
1130 High Chaparral Dr
Reno, NV 89521

John Seymour
21635 Conners Avenue
Warren, MI 48091

John Simpson
1291 Greenbrier Lane
North Tonawanda, NY 14120

John Sokolis
177 Elm Street
Meriden, CT 6450

John Starkey
671 Cascade Drive
Chaska, MN 55318

John Stetz
4259 9th Avenue Circle South, Apt 102
Fargo, ND 58103

John Stone
3820 Nicholasville Rd., Apt 1410
Lexington, KY 40503

John Stuart
1810 highland ridge rd
Estill Springs, TN 37330-4303

John Thompson
22313 17th Place West
Bothell, WA 98021

John Tiet
11672 fredrick dr
Garden grove, CA 92840

John Velasquez
2477 Belmont Avenue, 2L
Bronx, NY 10458

John Vick
518 W Winter Park St
Orlando, FL 32804

JOhn Wailly
1967 N 18th Ave,, apt 5
Melrose Park, IL 60160-1213

john Walker
1447 east saginaw
lansing, MI 48906

John Weinreich
5097 River Chase Rdg
WINSTON SALEM, NC 27104-4491

John Wilkins
6811 Smithfield Boulevard
Indianapolis, IN 46237

John Wilmer Samaniego
3777 Peachtree Rd Ne Apt 1636
Brookhaven, GA 30319

Johnathan Aguirre
957 Mossy Vale St
Henderson, NV 89052

Johnathan Franklin
1961 Howe Avenue, 80
Sacramento, CA 95825

Johnathon Evans
12206 Fair Oaks Boulevard, Apt. 19
Fair Oaks, CA 95628

Johnathon Herrera
14721 Southwest 113th Lane
Miami, FL 33196

Johnny Brooke
147 Ginger Quill Cir
Biltmore Lake, NC 28715

Johnny Esperon
322 View Drive
Blythewood, SC 29016

Johnny Pingshaw
30 E County Road 2006
Bunnell, FL 32110

Johnny Reutted
101 Durango Loop Street
Davenport, FL 33897

Johnny Tran
3522 Penn Mar Ave, Apt A
El Monte, CA 91732

johnson fountain
1104 commanchero dr
Colorado Springs, CO 80915

Jojo Medina
996 Hegeman Avenue, 1E
Brooklyn, NY 11208

Jolee Harvey
14287 Avenue 23 1/2
Chowchilla, CA 93610

Jolene Hobbs
8514 Branch Hollow Dr
Universal City, TX 78148

Jolie Speckmeyer
25215 Oak St, 5
Lomita, CA 90717

jon fawkes
12 ramsgate ridge
nashua, NH 3063

Jon Jablonsky
1851 Colby Ave.
Los Angeles, CA 90025

Jon Kava
504 5th St., P.O. Box 248
Silver Creek, NE 68663

jon marcus
80 hemlock ln.
highland park, IL 60035

Jon Nelson
11455 Sw Shrope Ct.
Tigard, OR 97223

jon Newberry
280 B Street, Unit 102
Blaine, WA 98230

Jon Rances
85-40 Somerset Street
Queens, NY 11432

Jon Reed
213 Manoah Lane
Nicholasville, KY 40356

Jon-Michael Huber
7130 Kismet Place
Huber Heights, OH 45424

Jon-Mitchel Sherburne
20480 St. Rt. 31
Marysville, OH 43040

Jonah Cowan
1 Iris Arbor Court
Conroe, TX 77301

Jonah Ford
618 Heritage Drive, Apartment 11
Brookings, SD 57006

Jonah Hedlund
5115 Reservoir Drive
San Diego, CA 92115

Jonah Homrighausen
15594 East Arizona Avenue, Unit 306
Aurora, CO 80017

Jonas Blanco
1422 5 D Drive
El Cajon, CA 92021

Jonathan  Gengler
1107 Freeport Road
Natrona Heights, PA 15065

Jonathan  Ochoa
9560 hapmshire.st
rancho cucamonga, CA 91730

Jonathan  Smith
611 N BROWN ST
GLOUCESTER CITY, NJ 8030

Jonathan Aguiniga Vazquez
1059 Las Rosas Dr
San Jacinto, CA 92583

Jonathan Andrey Quesada Solis
1625 Nantucket Circle, Apt 156
Santa Clara, CA 95054

Jonathan Anthony
1743 East Iowa Avenue, Apartment 1004
Saint Paul, MN 55106

Jonathan Armenta
911 Marlin Drive
Vista, CA 92084

Jonathan Bembanaste
11200 SW 51st Street
Davie, FL 33330

Jonathan Bice
1504 Hardwood Cove Circle
Birmingham, AL 35242

Jonathan Boettcher
2042 Hidden Lake Dr, Apt. B
Stow, OH 44224

Jonathan Box
1835 Hwy 33
Pelham, AL 35124

Jonathan Calderas
583 park way apt D
Chula vista, CA 91910

Jonathan Carter
300 Rolling Oaks Dr # 370
Thousand Oaks, CA 91361

Jonathan Cenna
1334 Whitney Road
Southampton, PA 18966

Jonathan Chan
618 East 21st Street
Oakland, CA 94606-1919

Jonathan Cheung
40135 Blanchard Street
Fremont, CA 94538

Jonathan Chong
105 Stardance Drive
Mission Viejo, CA 92692

Jonathan Chu(13369OF)
90 South Spruce Avenue, Suite B
South San Francisco, CA 94080

Jonathan Chu12535 OF
90 S SPRUCE AVE STE B
SOUTH SAN FRANCISCO, CA 94080-4555

Jonathan Coates
3417 4th Street West
Lehigh Acres, FL 33971

Jonathan Cole
2400 jupiter rd, L2, L2
plano, TX 75074

Jonathan Davy
301 Northshore Blvd, Apt 714
Portland, TX 78374

Jonathan Delgado
4240 Studio St
Las Vegas, NV 89115

jonathan dorr
655 Blackstone Dr
Myrtle Beach, SC 29588

Jonathan Flores
1050 Florida Grove Rd, Apt. 5
Perth Amboy, NJ 8861

Jonathan Garcia
2450 South Quebec Street, Apt #308
Denver, CO 80231

Jonathan Gentile
623 West Alderwood Lane
Nampa, ID 83651

Jonathan George
8288 Wooster Pike, Apt 2
Cincinnati, OH 45227

Jonathan Geronimo
2541 Holland Ave, Side Door BSMT
Bronx, NY 10467

Jonathan Gindhart
900 Easy Street, D
Tullytown, PA 19007

Jonathan Gragert
4970 23rd ct sw
Naples, FL 34116

Jonathan Guzman
142 Lancer Avenue
Oceanside, CA 92058

Jonathan Harrison
332 S 230 W
Orem, UT 84058

Jonathan Joanis
10 Chris Avenue
Lampasas, TX 76550

Jonathan Lemus
450 state Route 94
Columbia, NJ 7832

Jonathan Lyvers
4006 sunrise blvd, Apartment A
Fort Pierce, FL 34982

Jonathan Miller
964 Chateau Dr
Marion, OH 43302

Jonathan Moniz
20 SE Wyoming BLVD, apt 42
Casper, WY 82609

Jonathan Nguyen
1709 Evergreen Alcove
Woodbury, MN 55125

Jonathan O'Donnell
10801 Blake Gardens
McKinney, TX 75070

Jonathan Obenchain
5751 West Chestnut Avenue
Littleton, CO 80128

Jonathan Odom
5025 Social Circle
Indian Land, SC 29707

Jonathan Olson
26 Peggy Ln
Portsmouth, RI 2871

Jonathan Pace
2905 Graftons Lane
Churchville, MD 21028

jonathan valencia
351 Riva Ridge Ln, Apt J108
Fort Collins, CO 80526-6372

Jonathan Parrenas
5901 Monroe
Morton Grove, IL 60053

Jonathan Yeung
124 Holcomb ave.
Staten Island, NY 10312

Jonathan Pena
11512 SW 239th Ter
Homestead, FL 33032

Jonathon Christopher
20130 Picadilly Rd
Detroit , MI 48221

Jonathan Pimentel
11 Clove Drive
Colonia, NJ 7067

Jonathon Eayre
1608 Nazareth Court
Monroe  , NC 28110

Jonathan Rios
64 Beauvue Terrace
Bridgeport, CT 6606

Jong Woo Lee
13 Arminta Ct
Chico, CA 95928

Jonathan Rios
8171 Eleanor St
Tyler, TX 75708

Jonnel Videna
7575 woodridge way
san diego, CA 92114

Jonathan Rodriguez
1600 Tamarack Avenue, 19
McAllen, TX 78501

Jonny Davis
13800 Egrets Nest Drive, #1736
Jacksonville, FL 32258

Jonathan Ruiz
2685 Barry st
Camarillo, CA 93010

Jonuel Velez
Po Box 1092
Sabana Grande, PR 637

Jonathan sanchez
647 South Palm Street, Unit F
LA HABRA, CA 90631

joohwan cho
404 Shatto pl., #224B
Los Angeles, CA 90020

Jonathan Shelby
416 Twin Bridge Road
Sandy Hook, MS 39478

Jordan Anderson
PO Box 34
Kingsville, OH 44048-0034

jonathan trayes
1618 Perkins Ln
Greenville, NC 27834

Jordan Atkins
114 Plaxedale road
Liverpool, NY 13088

Jonathan Urtiz
191 harden parkway, Apartment c
salinas, CA 93906-5195

jordan bracey
118 East Avenue 45, D
Los Angeles, CA 90031

Jordan Donati
3902 N. Lakeside Dr.
Muncie, IN 47304

Jordan Dreasher
3035 Mark Twain Dr
Dallas, TX 75234-2131

Jordan Esparza
P.O. Box 692965
Stockton, CA 95269

Jordan Ewald
12813 Maryland Woods Court
Orlando, FL 32824

Jordan Gaudette
443 De Mar Drive
Sacramento, CA 95831

Jordan Haise
1015 San Jose Drive
Elm Grove, WI 53122

Jordan Harvey
2408 Arbor Cir
MIDLAND, TX 79707

Jordan King
6554 North Sidney Place, APT 103
Glendale, WI 53209

Jordan King
9881 Piney Point Cir
Orlando, FL 32825-6526

Jordan McFarland
1674 Gellenbeck St
Cincinnati, OH 45205

Jordan Moran
19 Bean Ct
Wanaque, NJ 7465

Jordan Nichols
800 Turtle Court, Apartment 822
Spartanburg, SC 29303

Jordan Ong
24807 Thorton Knolls Dr
Spring, TX 77389

Jordan Parkman
3197 Post Woods Drive, APT G
Atlanta, GA 30339

Jordan Pineda
13086 Blackbird St, Apt 5
Garden Grove, CA 92843-2913

Jordan Santos
10515 Dabney Dr
San Diego, CA 92126

Jordan Schroeder
5550 state route 109
leipsic, OH 45856

Jordan Smith
219 Brushy Mountain Road
East Stroudsburg, PA 18301

Jordan Stephens
508 Muhlenberg Ave
Wenonah, NJ 8090

jordan taddei
135 Summit Avenue
Montclair, NJ 7043

Jordan Thomas
27 Logan Hill Dr
Rogersville, MO 65742

Jordan Vargas
8818 Lido Lane
Port Richey, FL 34668

Jordan Warner
13 Cahill St
Amityville, NY 11701

Jordan Woolems
102 Thistledown Trail
Hot Springs, AR 71913

Jordy Chavez
211 Shortwood Street
Spartanburg, SC 29301

Jordyn Connell
1024 South Street
Jackson, MN 56143

Jordyn Raines
25201 Wagner Way
Hemet, CA 92544

Jordynn Zito
61128 Manhae Loop
Bend, OR 97702

Jorge Cano
511 Adalee DR
Donna, TX 78537

Jorge Cruz
1751 Mojave View Cir
Corona, CA 92882

Jorge E Almeida
2717 Peach Drive
Little Elm, TX 75068

Jorge Figueroa
12901 E 23rd St
Tulsa, OK 74134

Jorge Garcia
2912 Clay Avenue
San Diego, CA 92113

Jorge Garcia
2925 Emerald Lake Dr
HARLINGEN, TX 78550

Jorge Morales
170 French Ave
Los Angeles, CA 90065

Jorge Quezada
11020 Lillian Lane
South Gate, CA 90280

Jorge R quirarte
Matchaponix road  309
Monroe, NJ 8831

Jorge Ramirez
7925 santa Barbara dr
rohnert park, CA 94928

Jorge Virgilio
Calle B Manzana IV 23
Ciudad de Mexico, DF 4400

Josafath Garcia
2086 W Algonquin Rd, 2A
Mount Prospect, IL 60056

Jose  Olmedo
180 Bianca Court
Imperial, CA 92251

Jose A Gomez
52448 Dos palmas ave.
Coachella, CA 92236

JOSE AGUIRRE
13207 1/2 Venice Blvd
Los Angeles, CA 90066

Jose Alfredo Gallegos Chavarria
6813 193rd Avenue East
Bonney Lake, WA 98391

jose alonso
14039 Pine Ln
Humble, TX 77396

Jose Alvarado
3901 Carlota Boulevard, apt 1
Los Angeles, CA 90031

Jose AlvarezPerez
162 Martin Street
Oceanside, CA 92058

Jose Arceo
11921 Vose Street
North Hollywood, CA 91605

Jose Burgos
4410 Cocopah Loop
Saint Cloud, FL 34772

Jose Caldera
1421 West 51st Place
Los Angeles, CA 90062

Jose Carrasquillo
p o box 20743
huntington station, NY 11746

Jose Chavez
4513 division st
Melrose park , IL 60160

Jose Corona
1718 Dolomite Drive
Los Banos, CA 93635

jose cortes
4023 Ithaca St., 3FW
Elmhurst, NY 11373

Jose Cruz
3100 5th Street, Apt 26
Davis, CA 95618

Jose Davis
436 West Side Avenue, Apt. 1, Floor 2
Jersey City, NJ 7304

Jose Galagarza
2559 Twin Springs Dr S
Jacksonville, FL 32246

JOSE GARCIA
5514 S.NeeNah Ave.
Chicago, IL 60638

Jose Garcia
6107 Trout Court
Pearland, TX 77581

Jose Garcia
816 N. 34th st, Street Address 2
Omaha, NE 68131

Jose Gomez Moreno
13922 Sayre St Apt 23
Sylmar, CA 91342

Jose Gutierrez
15540 Vanowen St Apt.126
Van Nuys, CA 91406

JOSE HERNANDEZ
5954 ELM DR
FOREST PARK, GA 30297

jose hernandez
9510 Townley Dr
Pico Rivera, CA 90660

jose izaguirre
136 beaconridge dr
bolingbrook, IL 60440

Jose Jimenez
5358 S Kenneth Ave
Chicago, IL 60632

Jose Leon
1907 West Willow Ave
Anaheim, CA 92804

Jose Mont
157 woodycrest dr
Farmingville , NY 11738

Jose Montero
2493 Roll dr #210-423
san diego, CA 92154

Jose Munoz
82 Alexander St
Dorchester, MA 2125

jose olmos
600 Harding Avenue
East Los Angeles, CA 90022

Jose Pena
15212 NE 11th Circle
Vancouver, WA 98684

Jose Perez
5114 Camarosa Dr
Pasadena, TX 77504

Jose Rendon
516 Myrtle Drive
Arlington, TX 76018

Jose Reyes
2434 w Fillmore st
Chicago, IL 60612

Jose Rivera
1410 West 82nd Street
Los Angeles, CA 90047

JOSE ROCHA
5009 S LECLAIRE AVE
CHICAGO, IL 60638

jose rodriguez
5418 w Byron st, 2nd floor
CHICAGO, IL 60641

Jose Saldana
3503 Chestnut Street
Reading, PA 19605

Jose Sanchez THP
8427 Nw 68th St
Miami, FL 33166-2658

Jose Serrano
580 Boulevard
Hasbrouck Heights, NJ 7604

Jose Solorio
14000 Kornblum Ave
Hawthorne, CA 90250

JOSE SOLORZANO
1017 SUNSET DR
GARLAND, TX 75040

Jose Torres
13082 13th Street
Chino, CA 91710

Jose Trejo
2733 Country Club Blvd, 73
Stockton, CA 95204

Jose Valadez
6316 Desert Leaf St, 201
North Las Vegas, NV 89081

Jose Valenzuela Salas
Saudi Aramco PO Box 2812
Dhahran,  31311

Jose Villagomez
128 5th Ave
Moline, IL 61265

Jose Villalobos
2509 Larchmont Ave
Santa Ana, CA 92706

Josef Stojsik
37 Cemetery Rd Oppelo
Oppelo, AR 72110

Joseph  Richardson
3555 Bainbridge Ave, Apt 7-H
The Bronx, NY 10467

Joseph Alston
10534 S Wallace st
Chicago, IL 60628

Joseph Amorelli
336 Avenue L
Pittsburgh, PA 15221-4232

Joseph Archibeque
4914 tiamo way
STOCKTON, CA 95212

Joseph Baes
10400 Champions Circle
Grand Blanc, MI 48439

Joseph Bryant
36 Fairview Avenue
Staten Island, NY 10314

Joseph Burnette
1910 Crest Ridge Dr
Papillion, NE 68133

JOSEPH CANONICA JR
24 STATE ST
BLACKWOOD, NJ 8012

Joseph Castillo
109 Salt Pond
Hamptn, VA 23664

Joseph Cerrito
50 W Palm Dr
Margate, FL 33063

Joseph Cowles
9964 Jackson ST SE
Yelm, WA 98597

Joseph Drozdz
7427 Bellingham Ave
North Hollywood, CA 91605

Joseph Estrada
24228 Arch St.
Newhall, CA 91321

Joseph Fabian
3343 Eder Street
Highland, IN 46322

Joseph Fernandez
12509 107th Ave CT E
Puyallup, WA 98374

Joseph Fong
1065 Kawaiahao St #1610
Honolulu, HI 96814-4125

Joseph Forgione
727 Wyoming Avenue
Maywood, NJ 7607

Joseph Frederick
151 Calderon Avenue, 72
Mountain View, CA 94041

Joseph Glad
6 WELLINGTON COURT DR
DANBURY, CT 6811

joseph gross
4121 Berryman Ct.
Lexington, KY 40514

Joseph Guevara
2030 242nd Street
Lomita, CA 90717

Joseph Guzy
8361 SW 107th Ave, APT A
Miami, FL 33173

Joseph Haney
6203a Robertson Ave
Nashville, TN 37209

Joseph Huang
66 Clark Court
Woodland, CA 95776

Joseph Laraio Jr
85 Lomond Road
Williamstown, NJ 08094-2929

Joseph Lemley
201 Darr Rd
Belle Vernon, PA 15012

Joseph Martin
3335 7th Avenue
Troy, NY 12180

Joseph martz
550 Rustic Ln
Tarentum, PA 15084

Joseph McClaren
105 E STOP 13 RD
INDIANAPOLIS, IN 46227-2835

Joseph Montgomery
950 South Chatham Avenue
Addison, IL 60101

Joseph Napolitano
1841 Central Park Avenue
Yonkers, NY 10710

Joseph Navarro
2808 Trailing Vine Road, Apt #D
Spring, TX 77373

Joseph Neff
165 S Mulberry St
Florence, AZ 85132

Joseph Nolan
2936 Sunset Drive
New Smyrna Beach, FL 32168

Joseph oseguera
1240 n Ravenna st
Anaheim, CA 92801

Joseph O?ÃôConnor
548 Nathan Street
Saginaw, TX 76179

Joseph Perales
30 Bianculli Drive
South Plainfield, NJ 7080

joseph perez
2100 kaiser dr
austin, TX 78748

Joseph Premetz
10662 Cobblecreek Way
Missouri City, TX 77459

Joseph Rivera
3600 Greystone Drive, 408
Austin, TX 78731

Joseph Rossi
13131 NE 97th St
Kirkland, WA 98033

Joseph Rost
9187 Grand Prix Lane
Boynton beach, FL 33472

Joseph Shamel
6023 North Vista Street
San Gabriel, CA 91775

Joseph Simon
2006 N. 19th Ave, Melrose Park
Melrose Park, IL 60160

Joseph Stewart
1430 Amsterdam Avenue, Apt 18G
New York, NY 10027

Joseph Wade
225 E LLOYD ST
MILWAUKEE, WI 53212

Joseph Ward
76 Belmont
Little Rock, AR 72204

Joseph white
2015 h street road
Blaine, WA 98230

Joseph Ybarra
323 Walnut Street
Shafter , CA 93263

Joseph0 Driscoll
1317 Morgan Avenue
Cinnaminson, NJ 8077

Josephine  Julian
6255 Shadow Tree Lane
Lake Worth, FL 33463

josh bossone
26 knot street
east patchogue, NY 11772

Josh Calhoun
116 North Douglas Avenue
Belleville, IL 62220

Josh Glynn
62 Myra Avenue
Pontiac, MI 48341

Josh Gonzales
525 Herron Trl
Mcdade, TX 78650

Josh Holder
1000 E. Agate Lane
WASILLA, AK 99654

josh korbel
2617 Glenview dr.
hollister, CA 95023-8109

Josh Meisinger
4218 N 60th St
Omaha, NE 68104

Josh Morley
1201 West Esplanade Avenue, 812
Kenner, LA 70065

Josh Seymour
12245 Spring Street
Unionville, VA 22567

Josh Stolp
1800 111TH AVE NW, APT 231
MINNEAPOLIS, MN 55433-3637

Josh Veld
520 McCourtie Street
Kalamazoo, MI 49008

Josh Weldon
405 Fannon Street
Alexandria, VA 22301

Joshoa Santos
12626 Mineola Street
Los Angeles, CA 91331

Joshua Barboza
413 west 16 street apt# 2E
New York, NY 10011

Joshua Bueno
1608 Quesada Way
Burlingame, CA 94010

Joshua Bullock
1199 GREENWAY CT APT L, Apt L
ALTOONA, IA 50009

Joshua Butler
18108 Breann Ct
Accokeek, MD 20607-3604

Joshua Cadena
9006 FM-812
Austin, TX 78719

Joshua Clancy
66 NARRAGANSETT AVE
WEYMOUTH, MA 2188

Joshua Cyphers
25 Eastfield Dr
Lebanon, PA 17042-8000

Joshua Deena
4600 University Drive, 1116
Durham, NC 27707

Joshua Dorstad
701 Redwood Boulevard, 75
Redding, CA 96003

Joshua French
12815 Creekwood Street
Firestone, CO 80504

Joshua Gegen
14843 Meadows Way
Eastvale, CA 92880

Joshua Harp
10018 Riata Lane
Bakersfield, CA 93306

Joshua Harrison
11 Bmw Drive
Griswold, CT 6351

Joshua Hill
14210 West Franciscan Drive
Sun City West, AZ 85375

Joshua Horton
1087 Shorttown Branch Road
Bessemer, AL 35023

Joshua Ireland
900 Timber Valley Way, apt 115
Virginia Beach, VA 23464

Joshua Jones
4712 durant rd.
Dover, FL 33527

joshua jordan
2313 Rodgers Drive Northeast
Huntsville, AL 35811

Joshua Kipps
7 Lisa Robyn Cir, Apt 206
Lakewood, NJ 8701

Joshua Lanier
5610 TOWSON VW
COLORADO SPRINGS, CO 80918

Joshua Lentry
6548 Centerwalk Dr, Apt B
Winter Park, FL 32792

Joshua Lyon
13 Garrison Road
Shady, NY 12409

Joshua Madero
16617 Barbee St
Fontana, CA 92336

Joshua Marquez
307 East Crestline Drive
San Antonio, TX 78201

Joshua Marshall
38954 Bel Air Dr
Cathedral City, CA 92234-2306

Joshua Melendez
15655 Versailles Ct.
Moreno Valley, CA 92555

Joshua Ponce
5955 Northwest Larkspur Street
Camas, WA 98607

Joshua Purvis
144 Little John Lane
Warner Robins, GA 31088

Joshua Register
618 Giles Circle, APT E106
Byron, GA 31008

Joshua Robertson
121 Comanche St
Daleville, AL 36322

Joshua Schulze
196 Sue Ellen Avenue
Belton, MO 64012

Joshua Sears
436 Wendover Ln
Wilmington, NC 28411

Joshua Spear
120 Commons Way
Goose Creek, SC 29445

Joshua Taylor
36947 Giles Road
Grafton, OH 44044

Joshua Torres
4712 haywood parkway
Dallas, TX 75232

Joshua W Nolin
427 N.Main St Apt 15
Cananadaigua, NY 14424

Joshua Watson
P.O. box 41462 Charleston, SC 29423
North Charleston, SC 29423

Joshua Wilson
600 SW 134th St, TLRL 85
Moore, OK 73170

Josiah Amante
25 Lansdale Court
Ladera Ranch, CA 92694

Josiah Johnson
11180 Green Road
Wilton, CA 95693

Josie Gaglio
1872 W 9th St
New York, NY 11223

Jossue Barajas
14038 Kornblum Avenue
Hawthorne, CA 90250

josty santos lantigua
81 washington st
perth amboy, NJ 8861

Josue Concepcion
1841 North Keeler Avenue
Chicago, IL 60639

Josue Gonzalez
Mountain View M-13 calle 9
Carolina, PR 00987-8077

Joy Chang
23523 SE 380th St.
Enumclaw, WA 98022

joy lee
16632 Blackburn Dr
La Mirada, CA 90638

Joy Rosser
340 Park Creek Drive
Alpharetta, GA 30005

Joy Wang
2080 Leighton Drive
Shelby Twp, MI 48317

Joyce Chua
1521 AUTUMN MEADOW LN
TRACY, CA 95376

Joycelin Lau
1595 Rilla Circle
Lawrenceville, GA 30043

Juan  Guido
6118 Rockne Avenue
Whittier, CA 90606

Juan Alcca
713 fletcher pl
Rockville, MD 20851

Juan Almaraz
2023 Quail Creek Road, 1206
Laredo, TX 78045

Juan Alveno
4517 Maplewood Ave, 6
Los Angeles, CA 90004

Juan Astacio
1056 Saint Johns Street Southeast
Palm Bay, FL 32909

Juan Avelar
3236 Monarch Court
Fort Collins, CO 80525

Juan Carlos Ticona
61 Hudson Street, Apt 2
Somerville, MA 2143

Juan Eudave
16707 Lakewood Drive, Apt 302
Tinley Park, IL 60477

Juan Fracisco Salinas Garcia
405 E Gardenia Ave
McAllen, TX 78501

JUAN FUENTES
2945 DE LA VINA ST NO7
SANTA BARBARA, CA 93105

Juan Garcia
95-1055 Kaapeha Street, 151
Mililani, HI 96789

Juan Huertero
3069 Prado Ln
Colton, CA 92324

Juan Hurtado
520 Linden Drive
Round Lake, IL 60073

Juan Lopez
3713 South 8300 West
Magna, UT 84044

Juan Luciano
8611 Northwest 54th Street
Doral, FL 33166

Juan Medina
4359 Center Street
Baldwin Park, CA 91706

JUAN MENJIVAR
7720 Burnt Tree Drive
Manassas, VA 20111

juan olmos
1263 Yost Street
Aurora, CO 80011

Juan Pas
3230 MARYLAND AVE
DALLAS, TX 75216

Juan Quinones
2110 Tanbark Lane
Fort Lauderdale, FL 33312

Juan Ramirez
2225 n harlem, 1floor
chicago, IL 60707-3241

Juan Resto
217 Ave. Jos?© De Diego
Cayey Puerto Rico, PR 736

Juan Rodriguez
2388 State Highway 135 , Lot 68
Gunnison , CO 81230

JUAN RUIZ
4111 Welter Avenue
Las Vegas, NV 89104

Juan Santos
3111 Mendocino Pl
Oxnard, CA 93033

Juan Ultreras
2130 MEADOWLARK LN
CA - California, CA 95821

juan vega
577 central ave apt#16
jersey city, NJ 7307

Juanita Zavala
4679 N Shasta Ave
Kerman, CA 93630

Juanito Soltero
427 Randolph Ave
Pocatello, ID 83201-3912

juanyong lin
410 vine ave
galloway, NJ 8205

Judith Bandars
1713 North 76th Street
Lincoln, NE 68505

Judith Geesaman
243 Stamper Rd
Elma, WA 98541

Judith Kim
12616 Varny Place
Fairfax, VA 22033

Judith Phillips
175 Green Meadow Lane
Rocky Mount, VA 24151

Judson Atkins
2710 Salisbury Rd
Midlothian, VA 23113

Judson Jackson
530 S Hewitt Street, Unit 141
Los Angeles, CA 90013

Julia Cohen
1400 Greenwich St, Apt 9
San Francisco, CA 94109

Julia Crites
649 Teak Court
walnut Creek, CA 94598

julia diaz
11416 Charlesworth rd
Santa Fe Springs , CA 90670

Julia Griles
348 West St
New Vienna, OH 45159-9377

Julia Hewitt
13561 NW Coho Run
Bremerton, WA 98312

Julia Leach
4383 Windsor Oaks Circle
Marietta, GA 30066

Julia Lewis
131 Stratford Drive
Slidell, LA 70458

Julia Miszuk
14110 Chesterfield Trail
Hudson, FL 34669

Julia Nobrega
2401 Timber Ridge Ct.
Parlin, NJ 8859

Julia Swick
8504 NE 13TH Pl
VANCOUVER, WA 98665

Julian Alejandre
1195 2nd avenue
Chula Vista, CA 91911

Julian Balanzar
17271 desert lake ct
Reno, NV 89508

Julian Gaitan
1275 Silver Avenue
San Francisco, CA 94134

Julian Gonzalez
13415 Pelican Crossing
San Antonio, TX 78221

Julian Higgs
7323 Spinnaker Bay Dr
Lake Worth, FL 33467

julian holt
1243 birchcreek dr
Orlando, FL 32828

Julian Joosten
412 W. San Marcos Blvd., Unit 126
San Marcos, CA 92069

julian long
9400 Gilman Drive
La Jolla, CA 92092

Julian Mora
704 Fern St.
Escondido, CA 92027

Julian Pachicano
814 Porter Street
Taylor, TX 76574

Julian Rey
20 MAGNOLIA AVE
KEARNY, NJ 7032

Julian Valdry
706 county road 2654
Loudonvillr, OH 44842

Juliana Pearson
2377 Palmer Circle
Fairfield, CA 94534

Julianna Grossman
37 Dolores Drive
Burlington, MA 1803

Julianne Muench
1687 Ashbrook Dr.
Cincinnati, OH 45238

Julie E Hagala
85 ASH ST, Fl 2
MANCHESTER, NH 03104-4906

Julie Gunter
10413 Blaisdell Av S
MINNEAPOLIS, MN 55420

Julie Hughes
219 SONOMA DR
DELAWARE, OH 43015

Julie Martiato
7512 Marietta Street
Orlando, FL 32807

Julie Peck
5513 E Hillery Dr
Scottsdale, AZ 85254

Julie Shen
94 Pine St, Apt 2
Cambridge, MA 2139

Julie Ton
3254 Trebol Lane
San Jose, CA 95148

Julie Washenik
11268 Homedale St.
Los Angeles, CA 90049

Julie Wilkins
3105-B River Road, Basement
Piedmont, SC 29673

Julien Perri
11345 Figtree Terrace Rd
Corona, CA 92883

Juliet Hossain
9752 Wyndham Dr.
Frederick, MD 21704

Juliet Morehouse
60 Eagle Ridge Circle
Lakewood, NJ 8701

Julio  Cedeno
68 Taylor Drive
Hartford, CT 6120

julio Castelo
783 Graves Ave
el cajon, CA 92021

Julio Chardon
Urb. Los Caobos #929 Acerola street
Ponce, PR 716

Julio Chavez
529 CALIFORNIA AVE
SHAFTER, CA 93263-2107

julio corral
8206 Adams Way
Denver, CO 80221

Julio Jauregui
8986 W Flagler St, Unit 12
Miami, FL 33174

Julio Munoz
212 Key Parkway, Townhouse
Frederick, MD 21702

Julio Reyes
829 Tuskegee St, NA
Grand Prairie, TX 75051

Julio Ribot
546 Beardsley Ave
Bloomfield, NJ 7003

Julio Rodrigues
16332 SW 71st Ter
Miami, FL 33193

Julio Soro
7285 West 34th Lane
Hialeah, FL 33018

Julio Sousa
7646 NW 180th St.
Hialeah, FL 33015

Julio Tirado
4903 Umbrella St SW, Apt A
MCCHORD AFB, WA 98439

JULIO VIDAL
11889 Manor Drive, B
Hawthorne, CA 90250

Julissa Cuevas
2038 Grey Stone Dr
Stockton, CA 95206

Jun Jiang
7946 Buckfield Pl.
Charlotte, NC 28277

Juna Donegan
3117 Guilford Ave
Baltimore, MD 21218

Junfu Wang
35 Bellwood Cir
Bellingham, MA 2019

Jung Kim
20 Durant Avenue
Holmdel, NJ 7733

justice  maldonado
16260 Bothell Way Northeast
Lake Forest Park, WA 98155

Justin Angulo
389 West Turner St
Allentown, PA 18102

Justin Ayotte
18075 NW Tillamook Dr.
Portland, OR 97229

Justin Bland
430 Spurlington Church Rd
CAMPBELLSVILLE, KY 42718-7225

Justin Carpenter
6396 HAWKINS RD
JACKSON, MI 49201

Justin Colvin
6913 Gumwood Cir
Citrus Heights, CA 95621

Justin Crothers
701 Bandera
Allen, TX 75013

Justin Delgado
3071 Perry Avenue, 3D
Bronx, NY 10467

Justin Federico
10 PLEASANT RD
PLYMOUTH MEETING, PA 19462

JUSTIN FILOSA
36 RIVER ST, UNIT # 155
WALTHAM, MA 2453

justin flores
2101 ne 151 ct
vancouver, WA 98684

Justin Fortier
134 Laurian Court
Brentwood, CA 94513

Justin Garcia
2850 West 24th Street Apt 14D
Brooklyn, NY 11224

Justin Hawks
245 Independence Road, APT.2
Sparta, NC 28675

Justin Hill
149 Avis Street
Pearl, MS 39208

Justin Hilton
2959 N Allen Avenue
Chicago, IL 60618

Justin Howe
4602 West Lindner Drive
Glendale, AZ 85308

Justin Kauffmann
5916 Wells Road
St. Louis, MO 63128

Justin Leno
17 W Winona St
Duluth, MN 55803-1902

Justin Li
1714 31st Avenue
San Francisco, CA 94122

Justin Little
2115 November Court Northwest
Acworth, GA 30102

Justin Longorio
673 Harter Road
Dallas, TX 75218

Justin Lowans
324 Pendleton Drive, Apt D
Martinsburg, WV 25401

Justin Matchawate`
PSC 2 BOX 1297
APO, AP 96264-0013

Justin Mclaury
950 otney rd
jackson, MI 49201

Justin Ortiz
518 Colonia de Los Cedros
Los Angeles, CA 90022

Justin Pease
5901 Gibbs Rd
Andover, OH 44003

Justin Penner
810 Janes View Street, 14
Papillion, NE 68046

Justin Perez
2219 Central Avenue, Apt. 1
Union City, NJ 7087

Justin Ramos
115 county road 2112
Decatur, TX 76234

Justin Richardson
200 West 143rd Street, Apt 18C
New York, NY 10030

Justin Rutherford
127 Howard Avenue
Harriman, TN 37748

Justin Stills
325 P Street Southwest, 806
Washington, DC 20024

Justin Trevarthen
P.O.Box 1161, 105 Buckles Dr.
Hollister, FL 32147

Justin Wegner
24436 Grant Drive
Rhoadesville, VA 22542

Justin Wight
3414 Lincoln Hwy E, Apt 311
Paradise, PA 17562

Justine Lim
36 Meadow Gln
Irvine, CA 92602-1624

Juventino Casas
16407 Monte Cristo Drive
Hacienda Heights, CA 91745

K Pearson
2825 Windy Hill Road, Apt. 5302
Marietta, GA 30067

K&J Associates
One Madison St.
East Rutherford, NJ 07073

K&J Associates
One Madison St
East Rutherford, NJ 07073

Ka Lok Chan
1740 Earl Avenue
San Bruno, CA 94066

Kaab Mallick
317 North Astell Avenue
West Covina, CA 91790

kacee takasaki
227 Locust Street
Pacific Grove, CA 93950

Kacey Paulsen
8248 willeta ave
las vegas, NV 89145

Kacy Cook Richardson
8370 Chase Way
Arvada, CO 80003-1446

Kady Jeffares
136, Chrissy Dr
Temple, GA 30179

Kaelah Calderone
1207 East Main Street, Apt 16
Jackson, MO 63755

Kaelin Douglas
4600 Daisy Leaf Drive
Fort worth, TX 76244

Kaesahn Willams
1024 Berkley Avenue Ext, 2c
Norfolk, VA 23523

Kah Ho
22343 Slate Oaks Lane
Richmond, TX 77469

Kai Gilding
45-736 Keneke St
Kaneohe, HI 96744

KAi XU
10554 Heather St
Rancho Cucamonga, CA 91737

Kaia Gavere
2630 Kearney St.
Denver, CO 80207

Kaicy McMasters
652 COUNTY ROAD 4876
COPPERAS COVE, TX 76522

Kailah Chaparro
1713 West Chariot Court, Apt 1B
Mount Prospect, IL 60056

Kailynn Hatler
6012 South Crestview Street
Littleton, CO 80120

Kaitlin Geddis
203 N 104th St
Seattle, WA 98133

Kaitlin Malone
2709 Jack Johnson Boulevard
Galveston, TX 77550

Kaitlin Sera
6428 Whitman Avenue
Van Nuys, CA 91406

Kaitlyn Bloomfield
3938 Chickory Ave
Columbus, OH 43230-1009

Kaitlyn Burrow
3625 Manson Pike, Unit 6301
Murfreesboro, TN 37129

Kaitlyn Enlow
324 Spencer Road, Apt K
Ithaca, NY 14850

Kaitlyn Kleinfelder
33024 26th Pl. SW
Federal Way, WA 98023

Kaitlyn Millington
6765 West 2nd Court, Apt. 116
Hialeah, FL 33012

Kaitlyn Smith
7913 Bobby Point Rd
Wichita Falls, TX 76305

Kaitlyn Sticco
16051 Night Heron Road
Brooksville, FL 34614

kaitlyn tate
514 Ellerdale Road
Anderson, IN 46017

Kaitlyn Westbrook
18 Old Province Road
Newbury, NH 3255

Kaitlyn Westbrook
3117 hwy 258 S
Kinston, NC 28504

Kaled Torres
1106, Hair St
Dalton, GA 30721

Kalee Walter
890 Weir Lake Road
Kunkletown, PA 18058

Kalei Altamirano
851 Havasu Court
Livermore, CA 94551

Kaleigh King
1875 Shay Lin Ct
Niceville, FL 32578

Kaley Delaney
1449 South Kirkman Road, 2020
Orlando, FL 32811

Kalie Peterson
432 Brandon Way
Chesapeake, VA 23320

Kalina Todorova
10 e touhy ave, Address 2, Address 2
Park Ridge, IL 60068

Kam Lau
5444 LITTLE NECK PKWY, APT 3S
LITTLE NECK, NY 11362

Kam Yeung
87A Hickory Rd
Port Washington, NY 11050

Kameron Jones
3630 Pennant Court Northwest
Olympia, WA 98502

Kamila Torres
10554 Rocking A Run
Orlando, FL 32825

Kaniah Tafoya
31 Royal Crest Dr., Apt.D
Pueblo, CO 81005

Kara Amendola
6737 S PEORIA AVE, APT C213
Tulsa, OK 74136

Kara Schmith
219 5th St NE
Oelwein, IA 50662

Karanbir Deol
2100 Electric Avenue, Apt. 131
Bellingham, WA 98229

Karel Spala
3129 Foxwood Drive
Apopka, FL 32703

Karen  Lugo
63 Arch Street
Paterson, NJ 7522

Karen Alvarez
2536 Birch Meadow St
Santa Rosa, CA 95407

Karen Banda
68240 Calle Blanco
Desert Hot Springs, CA 92240

Karen Carpenter
918 Niles St Apt 2
Bakersfield, CA 93305

Karen Dunlap
2525 Fox Squirrel Ct
Apopka, FL 32712

Karen Gonzalez
4535 South Wolcott Avenue
Chicago, IL 60609

Karen Grodis
2514 Autumn Springs Lane
Spring, TX 77373

Karen Hall
21103 Mill Branch Drive
Leesburg, VA 20175

Karen Hammann
5114 Northern Fences Lane
Columbia, MD 21044

KAREN K CASTOR
2422 TEAK CT
SANTA ROSA, CA 95403-1857

Karen Lopez Alfonso Rivera
5206 Corbridge Glen Ct
Katy, TX 77449

Karen Morana
27771 Timberwood Drive
Highland, CA 92346

Karen Ng
28 Clement Street
Malden, MA 2148

karen overton
585 Remsen Avenue
Brooklyn, NY 11236

karen ryals
17607 24th Ave SE
Bothell, WA 98012-6505

Karen Sakai
4551 W. Martin Luther King Jr. Blvd., #35
Los Angeles, CA 90016

Karen Sherman
5204 Amberhill Dr.
Greensboro, NC 27455

Karen Tsai
2517 Potrero Avenue
El Monte, CA 91733

Karen Yaneka
4324 Ontario Center Rd
Walworth, NY 14568

Karey Lester
P.o. box 92063
Long beach, CA 90809

Kari Homola
19700 NE 29th Ave, Apt, suite, floor, et
Ridgefield, WA 98642

Kari Lovelace
530 52nd Terrace N
Saint Petersburg, FL 33703

Kariesha Arnold
5034 W. Bullard Ave, 217
Fresno, CA 93722

Karina Martinez
1817 Waldrop Street
Irving, TX 75061

Karina Rodriguez
1032 North Normandie Avenue, 5
Los Angeles, CA 90029

Karis Pruitt
12601 Hampton Crossing Drive
Chesterfield, VA 23832

Karsen Louderback
524 Adams Street
excelsior springs, MO 64024

Karissa Mclaurin
57 Lexington Gardens
North Haven, CT 6473

Kartik Devineni
18 jenny layne
sussex, NJ 7461

Karl Salazar
1051 Mepham Drive
Pittsburg, CA 94565

Karuna  Namala
4115 Tilden Avenue
Culver City, CA 90232

Karla Cook
1545 Dell Pl
Owatonna, MN 55060

Karyn Deane
186 Highland Pointe Circle East
Dawsonville, GA 30534

Karla Lara
535 S 20th St
Richmond, CA 94804

Kasey Ann
Alturas de Olimpo Calle Pitirre E11 #400
Guayama, PR 784

Karla Ramirez
2103 Summit Avenue, Apt 3
Union City, NJ 7087

Kassandra Montanez
3913 Hollywood Dr
Ceres, CA 95307

Karla Saavedra
11401 Carson St, Ste J
Lakewood, CA 90715-2546

Kassandra Salas
1035 W. Frito Ave
Mesa, AZ 85210

Karla Torres
250 Main St, Apt 220
Hartford, CT 6106

Kassidy Sears
4713 Carita Woods Way
Lexington, KY 40515

Karley Page
515 Cardinal Circle
Muskogee, OK 74403

Kateisa Pena
PO Box 28711
Seattle, WA 98118

Karlos Roa
284 Drake Lane
Des Plaines, IL 60016

Katelin Kobuke
118 Kaeleloi Place,
Honolulu, HI 96821

Karlynn Tanaka
95-1012 Palamoa Street
Mililani, HI 96789

Katelyn Fregoso
12648 Dairy Street
Corona, CA 92880

Karrington Taylor
1651 AC Evans Street
Riviera Beach, FL 33404

Katelyn Giles
4610 Eubank Blvd NE, Apt 1126
Albuquerque, NM 87111

Katelyn Rafferty
256a S Main St
Laconia, NH 03246-3717

Kathleen Karner
221 Boardwalk Dr
Cranberry Twp, PA 16066

Katherine Brooks
Po box 951
Arden, NC 28704

Kathryn Biggs
10209 Marco Polo Avenue
Bakersfield, CA 93312

Katherine Corletto
PO Box 464
Elko, NV 89803

Kathryn Higdon
903 Shannon Meadow Trl
Cedar Park, TX 78613

Katherine Davey
258 Fair Oaks St
San Francisco, CA 94110

Kathryn Jones
2444 Yorkshire Drive
Huntsville, AL 35803

Katherine Dunthorne
9354 East 65th Terrace
Raytown, MO 64133

kATHRYN LANG
3904 Winfield Ave
Moosic, PA 18507

Katherine Martinez
23 East Midland Avenue
Kearny, NJ 7032

Kathryn Villarevia
30 Elm Street
Fryeburg, ME 4037

Katherine Orta
6581 Secluded Avenue
Las Vegas, NV 89110

Kathryn Waddell
204 North Tyler Street
Big Sandy, TX 75755

Katherine Pereira
1126 E Palmer Ave, Apt A
Glendale, CA 91205

Kathy A Miller
5642 Abraham Ave
Westminster, CA 92683

Katherine Romano
1980 E Hazeltine Way
Gilbert, AZ 85298

Kathy Clements
103 Skeet Road
Medford, NJ 8055

Katherine Rowe
14305 Grape Holly Grove, 15
Centreville, VA 20121

Kathy Hansen
3400 Wilderness Circle
Middleburg, FL 32068

Katherine Sinsuan
4621 Silent Knoll Dr
Fallbrook, CA 92028

Kathy Hecker
62 Mountain Ave
West Orange, NJ 7052

Katheyrn  Gonzalez
228 Kennedy Street, D
Chula Vista, CA 91911

Kathy Lynn Halkins
27814 Lokaya Falls
Boerne, TX 78015

Kathy Wong
921 South Valley Drive
Lansing, KS 66043

kathya Quintanilla
1889 Raymond Ave, Apt 4
Signal Hill, CA 90755

Kati Martensen
7836 48th Avenue
Kenosha, WI 53142

Katie  Davis
7221 Magnolia Hills Drive
Nashville, TN 37221

Katie Amaya
6900 Mary Caroline Circle, Unit J
Alexandria, VA 22310

katie burkhart
5426 Toucanet Court
Oceanside, CA 92057

Katie Chapman
1806 SW 48th ST
Lawton, OK 73505

Katie Eckhardt
1403 Paullus Dr
Hollister, CA 95023

Katie Gifford
3687 Bountiful Lane
Eagle Mountain, UT 84005

Katie Hornberger
6596 Gloria Dr
Sacramento, CA 95831

Katie LaHart
6 Ouelette Cir
Keeseville, NY 12944

Katie Lepore
2205 Saxony Drive
Mount Laurel, NJ 8054

Katie Newkirk
4105 E Oak Knoll
Springfield, MO 65809

Katie Nuss
10118 Braemar street
highlands, TX 77562

Katie Rice
3260 146th Street West
Rosemount, MN 55068

Katie Robinson
6121 Magnolia Lane N
Crestview, FL 32539

Katie Schuette
504 SW Stratford Rd
Lees Summit, MO 64081-2734

Katie Schuette
504 SW Stratford Rd
Lees Summit, MO 64081

Katie Silva
800 Northeast 67th Street, Apt 614
Seattle, WA 98115

Katie Winn
240 Walker Avenue
East Patchogue, NY 11772

Katrina Delgado
82732 Castleton Dr
Indio, CA 92203

Katrina Roberts
165 school street
Lisbon, NH 3585

Katrina S Davis
22517 Iverson Drive, Unit 3
Great Mills, MD 20634

Katy Hendricks
2605 W Cavalry Dr
Phoenix, AZ 85086

Kayi Chan
16 Marigold Lane
Hampton, VA 23663

Kayla Boudreau
55 Bernice Avenue
Leominster, MA 1453

Kayla Guthrie
499 E French Camp Road
French Camp, CA 95231

Kayla Maciel Hern?°ndez
3709 slopeview drive
SAN JOSE, CA 95148

Kayla Rodriguez
7789 Leiden Pt
Peyton, CO 80831

Kayla Sanchez
84 Emmet Street
Brockton, MA 2302

Kayla Santana
1206 Concord Circle
Independence, MO 64056

Kayla Skibicki
710 Rutherford St
Hampton, VA 23661-1445

Kayla StJohn
406 West 5th Street
Mount Pleasant, TX 75455

Kayla Taylor
76 Lockwood St
West Warwick, RI 2893

Kayla Turner
7206 Jessman Road East Drive, Apt B
Indianapolis, IN 46256

Kaylan Myers
7811 Montero Drive
Prospect, KY 40059

Kayle Perez
1010 Goff Street
Tifton, GA 31794

Kaylea Brown
620 NE 87th Street
Kansas City, MO 64155

Kaylee holley
19370 Oakdale Ave
Brooksville, FL 34601-1842

Kaylee Senn
15650 Fern Basin Drive
Houston, TX 77084

kaylene hernandez
181 Glenbridge Ave
Providence, RI 2909

Kayro Figueroa
861 East La Verne Avenue
Pomona, CA 91767

Kc porter
2201 Oldham St
Forney, TX 75126

Keegan  Buchanan-Fraser
13 Oxford Street
Woodstock , ON N4S 6A2

Keeley Young Bird
3871 102 AVE NW, P.O. Box 491
New Town, ND 58763

Kei S Chan
219 Manor Dr
Pacifica, CA 94044

Keith Coutray
15 South Windsor Drive
Rogers, AR 72758

KEITH FELTENSTEIN
14410 38TH AVE
FLUSHING, NY 11354

Keith Fung
2801 Sepulveda Blvd, Unit 119
Torrance, CA 90505

Keith Garduce
6060 Claret Ct
Vallejo, CA 94591

Keith Lamae
121 Ranchette Circle
Myrtle Beach, SC 29587

Keith McIlvaine
3518 Neville Way
Nazareth, PA 18064

Keith Redick
2097 Kendall Road
Kendall, NY 14476

Keith Renner
617 South Main Street
Dunkirk, IN 47336

Keith Settles
3319 Northwestern Parkway
Louisville, KY 40212

Keith Wandtke
9185 Bracey Mill Place
MECHANICSVILLE, VA 23116

keith watts
102 HILLTOP RIDGE DR
MADISON, AL 35756

kelley rubino
1788 campbell ave.
san jose, CA 95125

Kelley Wilson
4423 Woodglen Ln
Mount Vernon, IL 62864

Kelli Clausen
2200 Aldrich Avenue South, Apt 4
Minneapolis, MN 55405

Kelli Dunbar
1648 Shetland Ter
Dunedin, FL 34698

Kelli Hedden
321 North 33rd Court
Ridgefield, WA 98642

Kelli Kaminsky
44 Fuller Ave NE
Grand Rapids , MI 49503

Kellie Collins
947 Dan Rd
Robbins, NC 27325

Kellie Kurapka
1937 w. Greenleaf St
Allentown, PA 18104

Kellie Lytle
67 Amara Lane
Westampton, NJ 8060

Kelly Andrews
1512 Brookhaven Rd
Wynnewood, PA 19096

Kelly Evans
4330 Towanda Road
Chesapeake, VA 23325

Kelly Jones
216 Rogers St
Edmonton, KY 42129

Kelly Kirkpatrick
7958 2nd Street, Trailer 1
Peosta, IA 52068

Kelly Lam
431 El Camino Real, 2216
Santa Clara, CA 95050

Kelly Megay
220 Melrose Drive
Gilbertsville, PA 19525

Kelly Miller
1 Lookout Drive
Ukiah, CA 95482

Kelly Mills
31006 Wilderness Trail
Westlake, OH 44145

Kelly Mondina
P.O. Box 315505
Tamuning, GU 96931

Kelly Negrin
31 Colgate Court
Atco, NJ 8004

Kelly Nicholson
108 Locust Ave
Manteca, CA 95337

Kelly Quimby
157B VanAnden Street
Auburn, NY 13021

Kelly Skierski?Äôs
3338 Chesterfield Road
Philadelphia, PA 19114

Kelly Stayart
245 40TH ST
Springfield, OR 97478-5757

Kelly Weir
402 7Th Ave NE
Glen Burnie, MD 21060

Kelsey Hockenberger
24 Ballinger Way
Mount Laurel, NJ 8054

Kelsey Kniess
982 Stonehaven Drive
Sun Prairie, WI 53590

Kelsey Krasas
PO BOX 1456
Poulsbo, WA 98370

Kelsey Minakata
6408 County Road 439, Minakata house?
Jackson, MO 63755

Kelsie  Offill
1715 N Aurora Ave
East Wenatchee, WA 98802

Kelvin Poon
1177 CRYSTAL LN
EL CAJON, CA 92020

Kelvin Quinones
265 Dunbar Hill rd
Hamden, CT 6514

Kelways Associates
One Madison St.
East Rutherford, NJ 07073

Kelways Associates
One Madison St
East Rutherford, NJ 07073

Kelyn Boettcher
5350 Co Rd 123
Mayer, MN 55360

ken collison
800 South Durkin Drive, Apt 411
Springfield, IL 62704

Ken Cory
694 Monterey Boulevard
San Francisco, CA 94127

Ken Estrada
13478 Santa Ysabel Drive
Desert Hot Springs, CA 92240

Ken Robinson
713 Hyde Park Dr
Glen Burnie, MD 21061

Ken Sniatecki
89 Baron Court
Getzville, NY 14068

Ken Walker
1145 Eastview Drive
Paxton, IL 60957

Ken Wysocki
859 71st St, Top Floor
Brooklyn, NY 11228-1016

Kenan Spears
2633 Mckinney ave, 130
Dallas, TX 75204

Kendall Bunje
5241 J St
Washougal, WA 98671

Kendall Parmenter
1320 n Franklin
litchfield, IL 62056

Kendall Perkins
830 Williamsbury Court Apt 390
Waterford Township, MI 48328

Kendel Morgan
1117 elberta st
Houston, TX 77051-1953

Kendra Sanchez
14279 Desert Sunset Drive
Horizon City, TX 79928

Kendrick Garcia
PO Box 530494
Grand Prairie, TX 75053

Kendy B Hernandez
1629 W Civic Center Dr., Apt. 205
Santa Ana, CA 92703

Kenith Scheele
4055 WELLS LAKE CT
FARIBAULT, MN 55021

Kenley  Frey
8620 Napa Valley Road Northeast
Albuquerque, NM 87122

Kenlyn Watson
2993 South Webster Street
Kokomo, IN 46902

Kenneth A Maxey
2403 S 17TH Ave, House
Broadview, IL 60155-3905

Kenneth Alexander
6432 South Sangamon Street, Floor 1
Chicago, IL 60621

Kenneth Bell
16104 Shasta St
Clermont, FL 34714

Kenneth Cash
300 South Utah Street,
La Porte, TX 77571

Kenneth Chang
2307 w cantara dr
dublin, CA 94568-4853

Kenneth Holloway
119 S Vista
Auburn Hills, MI 48326

Kenneth Hopkins
634 South Washington Avenue
Piscataway, NJ 8854

Kenneth Keller
3751 Darrell Drive
Cridersville, OH 45806

Kenneth Kidwell
1733 Silverlawn Drive
Grove City, OH 43123

Kenneth Long
91 Hillview Road
Westwood, MA 2090

Kenneth Ohnuma
500 Central Park Avenue, #431
Scarsdale, NY 10583

Kenneth Reno
19639 W Curtice East and West Rd
Curtice , OH 43412

Kent Glinsky
11 Painted Canyon Pl
Spring, TX 77381

Kenneth Rod
3604 Southeast Powell Valley Road, Apart
Gresham, OR 97080

Kent Hammerstrom
1291 N Kepler Rd
Deland, FL 32724

KENNETH STANLEY
13456 FRAZHO RD
WARREN, MI 48089-1379

Kentucky Department of Revenue
PO Box 299
Frankfort, KY 40602

Kenneth Villalon
1049 South Mayfair Ave.
Daly City, CA 94015

Kenya  Poston
5022 Hilltop Road, Apt Q
Greensboro, NC 27407

Kenneth Williams
1518 Lenox Avenue
Las Cruces, NM 88005

Kenya Adams
3782 Regal Ridge, Apt 3D
Southgate, KY 41071

Kennia Perez
3421 Scoon Rd
Sunnyside, WA 98944

Kera Dobbins
20245 N 32nd Dr, Apt 180
Phoenix, AZ 85027

Kenny Chung
2620 West 235th Street
Torrance, CA 90505

Keri Shigeta
98487 koauka loop, Apt B1004
Aiea, HI 96701

Kenny Lee
7249 Rush River Dr
Sacramento, CA 95831

Kerri Hustad
6617 S Clement Ave
Tacoma, WA 98409

Kenny Lei
119 Wildwood Ave.
Braintree, MA 2184

Kerrie Lutz
244 Bateman Rd
Oakdale, PA 15071

Kenny Loui
192 16th Ave
San Francisco, CA 94118-1017

Kerry Cheng
449 Don Del Monico Ct.
San Jose, CA 95123

Kenny Morales
2405 Fairmount Parkway
Erie, PA 16510

Kersten Duvall
2828 Orchard Avenue, Apartment 102
Grand Junction, CO 81501

Kenny Schunk
63 main street apt b3
SOUTH DAYTON, NY 14138

Kerystyn Johnson
307 11th Street Pl, Apt A
Bremerton, WA 98337

kessee erickson
313 D St W, P.O Box 286
poplar, MT 59255

Kevin Alva
11 MCCARTY CT
Sterling, VA 20165

Kevin Alvayero
7508 20th Ave, Apt 5
Brooklyn, NY 11214-1244

Kevin Antonio
Hacienda La Matilde 5252 La Calle Ingeni
Ponce, PR 728

Kevin Augustine
5265 Rockrose Lane, BLDG D25
Allentown, PA 18104

Kevin Ayala
2301 ramon dr
sacramento, CA 95825

Kevin Best
2035 Paradise rd
Orrville, OH 44667

Kevin Briggs
8770 kings rd
Waynesboro, PA 17268

Kevin Day
4312 Brooks Baker Ave
LAKESIDE, TX 76135

Kevin Delaney
4424 Reef Road
Marietta, GA 30066

Kevin Dellinger
2905 Hickory Grove Road
Gastonia, NC 28056

Kevin Dilmore
4345 Bell Street
Kansas City, MO 64111

Kevin Doty
20 Sequoia Drive
Aliso Viejo, CA 92656

Kevin Esterine
2439 East Avenue R-4
Palmdale, CA 93550

Kevin Garcia
502 21st Street Southeast, Apartment I
Auburn, WA 98002

Kevin Gildo
1226 N RADEMACHER ST
DETROIT, MI 48209

Kevin Gomez
503 e 4th st, 2nd floor rear door
Bethlehem, PA 18015

Kevin Greene
508 Progress Drive
Cottage Grove, WI 53527

Kevin Greenlee
5104 Mayview Rd
Lyndhurst, OH 44124-1244

Kevin Guiracocha
2438 N St Louis Ave
Chicago , IL 60647

Kevin Harlow
392 Camino Elevado
Bonita, CA 91902

Kevin Kammerer
353 E Park Creeke Ln, Apt A
Salt Lake City, UT 84115-4086

Kevin King
15604 N. Freya
Mead, WA 99021

Kevin Lake
923 Huntington Drive
Duncanville, TX 75137

kevin le
333 tucker rd, .
searcy, AR 72143

Kevin M Hanley
138 Dominican Dr
San Rafael, CA 94901

Kevin Marfiandra
5001 W WADLEY AVE APT F216
Midland , TX 79707-5148

Kevin Moncrieft
21 Cecil Court
Staten Island, NY 10303

Kevin Moore
5231 Kingswood Ct
Oceanside, CA 92056

Kevin Moriarty
24965 Jeffery Ave
Chisago City, MN 55013

Kevin OBrien
19 verdun street, --
Watervliet, NY 12189

Kevin Ramirez
1030 Glengrove Avenue
Central Point, OR 97502-2796

Kevin Rohlfing
Kevin Rohlfing, 3007 Crystal Lake Drive
Saint Louis, MO 63129

Kevin Ruiz
2332 S Bentley Ave, Apt 206
Los Angeles, CA 90064-1924

Kevin Ryan
856 Warne Court
Elburn, IL 60119

Kevin Sullivan
2415 Fox Sedge Way, Apt F
West Chester, OH 45069

Kevin Tello
2804 Comstock Plaza Apt.K
Bellevue, NE 68123

Kevin Tirona
421 Lynbrook Drive
Pacifica, CA 94044

Kevin Torres
349 Smith Street
Perth Amboy, NJ 8861

Kevin Towles
2906 Wildtree Dr., 202
Riverview, FL 33578

Kevin Valencia
529 White Cloud Terr.
Palmdale, CA 93551

Kevin Valenzuela
2420 West Glenrosa Avenue, 11
Phoenix, AZ 85015

Kevin Varela
3314 BlackHawk Trail
Saint Charles, IL 60174

Kevin Wolber
1304 Railroad Ave, 304
Bellingham, WA 98225

Kevin Xia
28-10 Jackson Avenue, Apt 5H
Queens, NY 11101

Kevin You
51448 Forster Ln
Shelby Township, MI 48316

Keyur Ajbani
12 Chestnut Street
Hopewell Junction, NY 12533

KHALIL RICO
1903 LANTANA DR
ROUND ROCK, TX 78664

Khanh Nguyen
12218 North Palm Lake Dr.
Houston, TX 77034

Khanh Nguyen
8817 Poynter St
Fort Worth, TX 76123

Khay Truong
6419 Avon rd
Norfolk, VA 23513

Khayla Rol
308 Kuliouou Road
Honolulu, HI 96821

Khoa Bui
4 Mary Ellen Drive
Lynn, MA 1904

Khoa Nguyen
641 NANCY ST
ESCONDIDO, CA 92027

Khoi Le
13249 Firestone Dr.
Rancho Cucamonga, CA 91739

Kian Rathbun
7940 Lake Forest Drive Southeast
Olympia, WA 98503

Kiara Tassone
40 Columbine Ave
Pawtucket, RI 2861

Kiel Trinidad
4585 Donalbain Circle
Fremont, CA 94555

Kieran Kennedy
129 Landing Road
Glen Cove, NY 11542

Kiet Huynh
7741 Nw 38 St.
Hollywood, FL 33024

Killian Trago
3510 Elmleaf Circle
Mansfield, OH 44904

Kim Andreshak
15225 W Rogers Dr
New Berlin, WI 53151

kim christensen
113 Valentine Ct
Michigan City, IN 46360

Kim Fitzgerald
52 Meeting House Road
Schaghticoke, NY 12154

Kim Nelson
1556 Valdez Way
Pacifica, CA 94044

kim phillips
4042 white opal st
Las Vegas, NV 89130

Kim POWE
84 Arrowgate Drive
Randolph, NJ 7869

Kim Tant
99 S Whitaker St
Franklinton, NC 27525-1430

Kim Thomann
4896 S Dudley St Unit 6-8
Littleton, CO 80123-1949

Kim Wentworth
910 Pleasant Valley Avenue
Mount Laurel Township, NJ 8054

Kim Williams
4501 Alexander Valley Drive, Apt 204
Charlotte, NC 28270

Kimani Williams
6621 S Parnell Ave Chicago, IL 60621, un
Chicago, IL 60621

Kimberlea Harris
300 Yandle Dr.
Henderson, TX 75652

Kimberly Arzu
13765 NW 5th Ave
North Miami, FL 33168

Kimberly Barrante
4433 Murietta Ave., Apt 7
Sherman Oaks, CA 91423

Kimberly Brito
3862 Paddy Ln,
Baldwin Park, CA 91706

Kimberly Cooke
351 W. 44th Street, Apt 7
San Bernardino, CA 92407

Kimberly Fritz
1 Courtney Way, 601
Mount Laurel Township, NJ 8054

Kimberly Grindle
78 UPHAM RD
Union, ME 4862

Kimberly Hampton
245 Harvey Lane
Orangeburg, SC 29118

Kimberly Harris
11859 Shady Meadow Pl
Fishers, IN 46037

Kimberly Kohli
1000 Elbel Road, Apt 902
Schertz, TX 78154

Kimberly Massey
8521 Decatur Street
Omaha, NE 68114

Kimberly Mazziott
25 Glyndon Drive, Apt B4
Reisterstown, MD 21136

Kimberly Mendoza
8167 Dunes Court
Sacramento, CA 95828

Kimberly Minardi
673 Bower Hill Rd.
Pittsburgh, PA 15243

Kimberly Nguyen
8300 bellsbrae dr
Antelope, CA 95843

Kimberly Osborne
1710 Jefferson Avenue
Maryville (Default) Kimberly Osborne | 3

Kimberly Savage
15 Pond street, Apt 3
Dorchester, MA 2125

Kimberly Scheyhing
7012 Mimosa Dr.
Carlsbad, CA 92011

Kimberly Shotwell
5436 Lawyers Road
Evington, VA 24550

Kimberly Spuhler
15371 PERIWINKLE CT
Parker, CO 80134

Kimberly Vingara
809 Breckenridge Drive
Branchburg, NJ 8876

Kimberly Weinreich
218 Ellsworth Street
Alexandria, VA 22314

Kimberly Williams
3540 Oakhill Drive
Titusville, FL 32780

Kimberly Yu
1045 Coleman Place Drive
Roswell, GA 30075

Kimi Standley
7632 YANCY DR
LINCOLN, NE 68507

Kin Luk
238 Urbano Drive
San Francisco, CA 94127

Kira Davidson
400 North Concourse Avenue
Montebello, CA 90640

Kira Pratt
2581 Kingstown Road
South Kingstown, RI 2881

Kirby Priovolos
212 South Virginia Avenue
Falls Church, VA 22046

Kirson Williams
904 Belgian Avenue, Apt 1 B
Baltimore, MD 21218

Kirstin Thode
7106 Laketree Ct, No
Fairfax Station, VA 22039

Kiruna Mattson
38 Pennsylvania Ct
Morton, IL 61550-1795

KIT MCCORMICK
2535 W RIVER RD
GRAND ISLAND, NY 14072-2052

Kit Wilcox
5 Madaket Court
Guilford, CT 6437

Kitana Konthong
321 Wheeler St
Dracut, MA 1826

Knema Rezaei
7617 Seneca Falls Loop
Austin, TX 78739

Kobe M De Guzman
1405 Collingswood Trail
VIRGINIA BEACH, VA 23464

kobe ortiz
1017 west lincoln street
easton, PA 18042

Kobe Partlow
109 Bayview St.
Salisbury, NC 28147

Kody Carnahan
819 Ohio Avenue
St. Cloud, FL 34769

Kody Timm
7004 Ralston Road
Arvada, CO 80002

Kolin Kami
11-3717 Nahelenani St, 1343
Volcano, HI 96785-1343

Kolin Shoulders
1524 I Street
Bedford, IN 47421

Kong Tsang
111 E14th Street #165
New York, NY 10003

Koon Him Moon
251-24 71st Ave, Apt 87B
Bellerose, NY 11426

Kory Burkholder
276 Gristmill Rd
New Holland, PA 17557

Kourtney Liggett
1910 Allison Avenue
Speedway, IN 46224

Kraig Horigan
24501 mandeville dr.
laguna hills, CA 92653

Kris A.
1663 RASPBERRY HILL RD
LAS VEGAS, NV 89142

Kris Moore
1187 Bushwick Avenue
Brooklyn, NY 11221

Kris N
1256 W 160th St
Gardena, CA 90247-4410

KRISHA SEATE
2417 THORN OAK DR
MEDFORD, OR 97501

Kristen Babcock
18835 Brescia Lane
Katy, TX 77449

Kristen barkley
3140 Hidden Pond Dr., apt 204
raleigh, NC 27613

Kristen Brooks
2730 Oak Road, APT 53
Walnut Creek, CA 94597

Kristen Caina
732 Hardin Road, Apt 3
Newman, CA 95360

Kristen Daley
1108 West Stone Drive
Kingsport, TN 37660

KRISTEN FAUST
2951 KINGSMARK CT
ABINGDON, MD 21009-1923

Kristen GURNEY
14030 14030 Ridgewater way
Charlotte, NC 28278

Kristen Webb
66 Road 6050
Farmington, NM 87401

Kristen Wehner
997 Winterwood Court
Beavercreek, OH 45430

Kristian Serna
3413 New Mexico 18, Box 1124
Jal, NM 88252

Kristian Torres
P.O. Box 153
Juncos, PR 777

Kristin Fenech
4101 Gulf Shore Boulevard North, PH 2
Naples, FL 34103

kristin hasegawa
45-621 Uhilehua Street
Kaneohe, HI 96744

Kristin McCartney
318 94th Street
Brooklyn, NY 11209

Kristin Meyer
48 South Park ST unit 308
Montclair, NJ 7042

Kristina Douglas
436 Molina Way
St. Charles, MO 63304

Kristina Fiser
2060 LAKE VISTA DR
MOUNT HOLLY, NC 28120

Kristina Hartig
1930 Taylor Ave
Highland Heights, KY 41076

Kristina Lopez
9603 Woodland Hls
San Antonio, TX 78250

Kristina Ong
1910 Lake Street
San Francisco, CA 94121

Kristine Heeger
46964 Shelby Rd
Shelby Twp, MI 48317

Kristine Lopez
14901 Sw 178th Ter
Miami, FL 33187

Kristofer Allen
1303 Walnut Unit 2
Huntington Beach, CA 92648

Kristopher Gordon
337 Bear Run
Maple Hill, NC 28454

Kristopher Houge
2140 East Memorial Drive
Janesville, WI 53545

Kristopher Kolisnyk
16206 windermere circle
southgate, MI 48195

Kristopher Sheahan
6525 Palm Ln
Scottsdale, AZ 85257-2564

Kristy Gardner
8 Louis Ave
SAUGERTIES, NY 12477

Kristy Nguyen
532 3rd Street #1
San Rafael, CA 94901

KRYS EARLES
286 FLAT CREEK RD
Fairview, NC 28730

krystal stanford
8050 sw 19th ct
Davie, FL 33324

Krystelle Diaz
605 FDR Drive, Apt.7B
New York, NY 10002

Krystina Blackwell
12439 Totem Lake Way, Apt #212
Kirkland, WA 98034

Kuan Lee
1382 Walnut Avenue, Apt 206
Tustin, CA 92780

Kue Won
28462 El Peppino
Laguna Niguel, CA 92677

Kurt Forbes
9901 Laurel Drive
Douglasville, GA 30135

Kurt Killberg
S68W12886 Bristlecone Ln
Muskego, WI 53150

KURT LAMPRECHT
4760 NE 4th Ave
Fort Lauderdale, FL 33334-6039

Kwan Chan
5884 Crown Palms Ave
Las Vegas, NV 89139-6974

Kwan S Trina Tam
2352 Upland Drive
Vancouver, BC V5S 2B5

Kya Monasterial
131 Oakridge Drive
Mount Royal, NJ 8061

Kyara Oceguera
1605 SE Eighth St
Moore, OK 73160

Kyell Marsh
3383 n 301st dr
Buckeye, AZ 85396

Kyle Beasley
7715 Pennsylvania Avenue
Saint Louis, MO 63111

Kyle Dupell
57 Vicar Lane
Levittown, PA 19054

Kyle Esparza
18032 North 145th Drive
Surprise, AZ 85374

Kyle Fogg
82 Prospect Ave
South Paris, ME 4281

Kyle Gallagher
2 Saddle Place
Pinehurst, NC 28374

Kyle Graham
29 Jay Street
Wilkes-Barre, PA 18705

Kyle Haug
3510 E. Lakewood Pkwy W, Unit 107
Phoenix, AZ 85048

Kyle Hinze
340 Myrtle Street
Reedsburg, WI 53959

Kyle Jones
1000 Windy Pass, Spc 157
Barstow, CA 92311

Kyle Kaeo
3701 Landsdowne Dr.
Mckinney, TX 75072

Kyle Kikendall
800c Ashewyck Commons Ct, 800 C
Fuquay-Varina, NC 27526

Kyle Moody
3908 Posada Court
Oceanside, CA 92058

Kyle Norman
1164 Bartosh Lane, 14
River Falls, WI 54022

Kyle Oster
9324 Pleasant Hill Ct. NE
Olympia, WA 98516

Kyle Owens
4200 Cherry Orchard Ct
Bloomington, IN 47403

Kyle S Corbet
3939 Garmisch Court
Antelope, CA 95843

Kyle Sanchez
8454 Noble Avenue
North Hills , CA 91343

Kyle Starostka
12012 69th Court
Palos Heights, IL 60463

Kyle Tillman
3916 Wallwerth Dr
Toledo, OH 43612

Kylee  Caines
1708 Park Place
Brooklyn, NY 11233

Kylee Garcia
308 E Oak Ave
Lompoc, CA 93436

Kylee Malone
5990 Roselawn Ave
Columbus, OH 43232

Kyler Noble
434 Sugar Hill Way
Oakley, CA 94561

Kylie Jennings
11710 Evergreen Hills Court
Tallahassee, FL 32305

Kylie Marsden
2644 Jenna Circle
Montgomery, IL 60538

Kym Houston
32012 Watoga Loop
Wesley Chapel, FL 33543

Kyme Nguyen
19424 Charrice Court
Orlando, FL 32833

Kyna S Speake
161 County Road 1187
Cullman, AL 35057

Kyra Mansour
1075 Marcia Road
Memphis, TN 38117

Kyra Morales
836 Duck Pond Dr
Grand Prairie, TX 75052

Kyrk Hamm
115 Landis Ave
Freedom, CA 95019

Kyung Choi
1635 West Wise Road, suite 5
Schaumburg, IL 60193

Kyungse Park
11743 NE SUMNER ST, #KJ5818
PORTLAND, OR 97250

L Holbrook
4935 Sunshine Lane
Sacramento, CA 95841

L. Myers
16835 Jonas Hill Ln SE, P.O. Box 1078
Rainier, WA 98576

Laarni Almirol
625 W Romneya Via
Anaheim, CA 92801

LaBelle Truong
2323 E Kelton Ln
Phoenix, AZ 85022

Lacey Curry
1416 w 30th st
Sioux city, IA 51103-1220

Lacie Flinders
3878 w 1875 n
plain city, UT 84404

Lacy Moncus
745 West Church Street
Sandersville, GA 31082

LaDoria Soto
3927 Fairfield Avenue, Fairfield Ave
Fort Wayne, IN 46807

Laila Ali
1305 North Annie Glidden Road, Unit 423
DeKalb, IL 60115

LaKesha Brooks
1124 Chicago Street Southeast
Washington, DC 20020

Lance Hopp
43 Evergreen Avenue
Clifton park, NY 12065

Lance Laidlaw
1216 Westward Dr.
goose creek, SC 29445

Lance Loeding
275 4th street
Marysville, MI 48040

Lance Powell
13133 Deneb Dr
Littleton, CO 80124

Landon Best
110 Stockbridge Drive
Greer, SC 29650

Landon Burkhardt
10041 E Clements Cir
Livonia, MI 48150

Landon Combs
211 Spurgeon Ln
Gray, TN 37615

Landon Medlin
2710 North Farm Road 137
Springfield, MO 65803

Lane  Kayonnie
203 East 7th Street, Happy Valley traile
Cortez, CO 81321

Lane Bergeron
106 Rye Cir
Scott, LA 70583

Lane Keyoth
10009 W. 99th Ave
Westminster, CO 80021

Larry Cuate
1103 s. washington ave.
compton, CA 90221

Larry L Watson
901 Apple Street
Gibsonville, NC 27249

larry martin
7950 burstaff road
pensacola, FL 32514

Larry P. Jones Jr.
216 Adele Ct
Wilmington, NC 28412

Larry Rodriguez
686 Manes St.
Firebaugh, CA 93622

Larry Walker
1465 e. Lexington ave. , Suite 19a
El. Cajon, CA 92019

Larvine Bustos
7633 Zephyr Hills
Antelope, CA 95843

LaSaundra Hester
1239 Rosewood Dr
Columbus, GA 31907

Lashonda Linder
536 Sniders Hwy
Walterboro, SC 29488

LaTanya Huntley
5505 Hidden Valley Ln
Cumming, GA 30028

Latonya White
7172 Red Cardinal Loop
Colorado Springs, CO 80908

Laura Arro
6510 Merlin Way
San Antonio, TX 78233

Laura Barrios
852 Ridge Avenue, #1
Evanston, IL 60202

Laura Brazier
10611 Fowler Ave, 10611 Fowler Ave
OMAHA, NE 68134

Laura Chavez
361 East J Street
Chula Vista, CA 91910

Laura Crespo
2967 Northwest 28th Street
Miami, FL 33142

Laura Cruz
2730 Gainesborugh Drive
San Antonio, TX 78230

Laura Davis
6909 E PORTIA ST
MESA, AZ 85207-1562

Laura Horan
1055 Watervliet Shaker Rd
Albany, NY 12205

Laura Lease
210 St. Anthony's Drive
Macon, GA 31220

Laura Marin
12373 Knightsbridge Dr.
El Paso, TX 79928

Laura Martinez
2204 Jason Way
Modesto, CA 95350

Laura Parise
7793 W. Calla Rd.
Canfield, OH 44406

Laura Raines
24076 NW 187 Road
High Springs, FL 32643

Laura Rogers
2200 Sinclair Ave
Midland, TX 79705-8649

Laura Santoki
2119 Overview Dr Ne
Tacoma, WA 98422

Laura Snyder
1040 N Vinedo Ave
Pasadena, CA 91107

Laura Thompson
2702 PAOLI PIKE, Apt. 237
New Albany, IN 47150

Laura Young
6023 Northeast Wasco Street
Portland, OR 97213

Lauren Allee
1524 South Lovering Ave.
Fullerton, CA 92833

Lauren Buckhard
4 Water Street, Unit 641
Searsport, ME 4974

Lauren Carducci
61854 Avonlea Circle
Bend, OR 97702

Lauren Della
12221 E Colonial Dr, Apt 1306
Orlando, FL 32826

Lauren Hill
1100 W TRINITY MILLS RD, APT 3046
CARROLLTON, TX 75006

Lauren Jones
Po box 528
Somers point, NJ 8244

Lauren Lopez
4746 Liberty Rd. S. , #301
Salem, OR 97302

Lauren Macfarlane
324 Everson Drive
Santa Cruz, CA 95060

Lauren Moye
3418 S Arcadian Shores Ave
Ontario, CA 91761

Lauren Sorrells
1904 Scurry Street
Big Spring, TX 79720

Lauren Vranov
500 Plymouth Ave
Syracuse, NY 13211

Lauren White
6056, Notre Dame ave
Chino, CA 91710

Lauren Young
6099 South Wallflower Place
Boise, ID 83716

Laurie Acevedo
17350 Blazing Star Circle
Clermont, FL 34714

Laurie Rego
370 Jacintho St
New Bedford, MA 2740

Laurie Valley
180 Princess Ann Drive
Colchester, VT 5446

Lauryn Alderman
33 Wigeon Circle
Oxford, AL 36203

Lavonne Fox
12943 Palatine Hill
San Antonio, TX 78253

Lawrence Freeman
2115 Greencove Lane
Sugar Land, TX 77479

Lawrence Mouri
1302 w. ituni st.
West Covina, CA 91790

Laycion C
Hamiha Place
Ewa Beach, HI 96706

Layne  Hyatt
561 Walker Street
Centerton, AR 72719

Lazaro Sotolongo
7 north salem rd Apart 1c
Ridgefield, CT 6877

Le Nguyen
7881 Holt Dr. #1
Huntington Beach, CA 92647-3766

Lea Mancini
2565 Macero Street
Roseville, CA 95747

Leah Campbell
4215 willowview blvd
LOUISVILLE, KY 40299

Leah Hernandez
336 Cypress Road
St. Augustine, FL 32086

Leah Kruse
401 N Main St #872503
Wasilla, AK 99687

Leandro Villarreal
7423yarrow Blvd#8104
San Antonio, TX 78224

Leanna Johnson
640 fir st ne
Albany, OR 97321-4513

Leanna K
222 Brookhaven Road
Brookhaven, PA 19015

Ledis Molina
925 SW 131st Ave
Davie, FL 33325

Lee Barton
3156 Lake Wesley Court
Warrenton, VA 20187

Lee Brooks
122 Rustic Cedar Lane
Madison, AL 35757

Lee Buchanan
3216 Capri Street
Kingsport, TN 37660

Lee Fleming
6317 W. 6th Street
Los Angeles, CA 90048

Lee Keith
5616 Davida Road Northwest
Knoxville, TN 37912

Lee Vaughn
462 West 46th Street
Los Angeles, CA 90037

Leesa Hunter
320 E Lorena Ave
Wood River, IL 62095-2022

Leesa worden
2217 east ave N
Onalaska, WI 54650-7022

Legosi Wolfen
8325 CAMBRIDGE ST
GRANITE BAY, CA 95746

Leidiana Rodriguez
6365 Southwest 8th Street, Apt 12
West Miami, FL 33144

Leigh Kubishke
915 Red Hill Drive
Lorain, OH 44052

Leighann Martinez
7923 Riata Avenue
San Antonio, TX 78227

Leilani Munoz
2184 Wesleygrove Ave
Duarte, CA 91010

Leilani Tran
2105 Woods Court
Pearland, TX 77581

Leisa Eto
PO box 7
Koloa, HI 96756

Leji Li
46 Bay 34th St 2fl
Brooklyn, NY 11214

Lela McIntyre
2003 Chambers St Se
Olympia, WA 98501

Lena Mutchler
3136 Adamson Drive
Geneva, IL 60134

lenny pinto
47 Irving st
Naugatuck, CT 6770

Leo Carrio
419 Winchester Street
Daly City, CA 94014

Leo DuBois
7048 Kahuna Road, Unit F
Kapa€ªa, HI 96746

Leo Yu
493 Walnut Ave
Arcadia, CA 91007

Leon Blake
10203 Eyelet Court
Clinton, MD 20735

Leon Hill
2015 Driftwood Street
Middletown, OH 45042

Leon Matthews
1519 Dennison Avenue Southwest
Birmingham, AL 35211

Leon Shnayder
56 Creighton Circle
Old Bridge, NJ 8857

Leon so
2003 Gordon verner circle
Stockton, CA 95206

Leona Dakay
16746 Bending Creek Lane
Friendswood, TX 77546

Leonard Haynoski
740 Mill Street, Unit E-9
Belleville, NJ 7109

Leonard Koenigsmark
12204 S 87th Ave
Palos Park, IL 60464-1209

Leonard Lucenti
2832 West 35th Street
Brooklyn, NY 11224

Leonard Sarmiento
25350 Marie Street
Perris, CA 92570

Leonardo Hernandez
613 Maravillas Street
Horizon City, TX 79928

Leonardo Navarro jr
12302 Fourth St
Fort Myers, FL 33905

leonardo vallejo
560 North Evans Street
Banning, CA 92220

Leonel Padilla
415 W Stevens Dr, G08
Addison, IL 60101

Leroy Cornelius
30 pearl ave, Apt 2
Johnson city, NY 13790-1514

Leshay Weaver
5165 MANCHESTER ST
N RIDGEVILLE, OH 44039-1333

Lesley Cao
1925 Osage Ave
Hayward, CA 94545

Leslie Miranda Roman
8213 Boyd St
Houston, TX 77022

Leslie Nguyen
718 S Central Pkwy
Tracy, CA 95391

Leslie Sweeney
1645 Claremont Drive
Darien, IL 60561

leslie tyrell
635 Cadbury drive
Odenton, MD 21113

Lesly Morales salazar
52-32 72nd st
Maspeth, NY 11378

Lester Martinez
17401 ne 12 ave
miami, FL 33162

Lester Tavico
1548 Attridge Avenue
Los Angeles, CA 90063

Leticia Garcia
625 Sw 67th St
Oklahoma City, OK 73139

Leticia Mercado
8010 Schaefer Avenue
Ontario, CA 91761

Leticia Velazquez
11565 Old Field Ave
Fontana, CA 92337

Levan Franco
2018 146th Street, Apt C
Whitestone, NY 11357

Levarnia Grant
4468 Norfleet Street
Concord, NC 28025

Levi O?ÃôMara
1746 Windmill Court
Liberty, MO 64068

Leviton Law Firm
One Pierce Pl. - Suite 725W
Itasca, IL 60143

Lewis Yang
13557 Rose Street
Cerritos, CA 90703

Lex Logan
161 Lundys Lane
San Francisco, CA 94110

Lexie Martinez
103 Lake Vista Drive
Lake Dallas, TX 75065

Leyton Klee
P.O.Box 57
Hotevilla, AZ 86030

Lezlee Sasse
2900 Grand Ave, 43
Kearney, NE 68847

LGBS - DELDOT
PO Box 702118
San Antonio, TX 78270-2118

Li, Leo
1101 South Joyce Street, Apt 2539
Arlington, VA 22202

Lia Rodriguez
6415 Sw 129 Pl, Apt.2404
Miami, FL 33183

Liam Butler
21034 121st Place Southeast
Kent, WA 98031

Liam Fratturo
35 Webster St, #402
East Boston, MA 2128

Liangjie Deng
219 Sweetwater Station Dr.
Savannah, GA 31419

Libba Kelmor
16118 Pointer Ridge Drive
Bowie, MD 20716

Lilian Chevalier
109 Jewett Street
Newton, MA 2458

Liliana Flores
PO BOX 963
Arizona city, AZ 85123

Lillia Parks
528 MACON RD
REYNOLDS, GA 31076-2316

Lillian Giang
1036 W. Paseo Way
Tempe, AZ 85283

Lillian Kass
4520 Wolfcreek Pkwy, K15
Louisville, KY 40241

LILLIAN NGUYEN
250 Cecil Pl
Costa Mesa , CA 92627

Lillie Johnston
1112 North Hampton Street
Siler City, NC 27344

Lillith Gonzales
203 County Road 579
Cisco, TX 76437

Lilly Ladue
61 Citrus Park Ln
Boynton Beach, FL 33436

Lilly Zieba
270 Park St
Hackensack, NJ 7601

Lily Coy-Johnson
1411 ARBOR KNOT DR
KYLE, TX 78640

Lily Malloy
2006 Kenley Court
Alexandria, VA 22308

Lily Riley
303 3rd St., Apt. 608
Cambridge, MA 2142

Lincoln McCleary
18160 Cottonwood Road
Sunriver, OR 97707

Linda  Mikucki
23 Green Street
Franklinville, NY 14737

Linda Aikins
3404 Stone Post Court
Lawrence, KS 66049

Linda Barreto
311 East 23 Street, Apt. 2BB
New York, NY 10010

Linda Berryhill
3237 Poplar Lane
Adamsville, AL 35005

Linda Dumouchelle
1726 15th Avenue, Apt 16
Seattle, WA 98122

Linda Forsyth
12 East Bend Court
Columbia, SC 29223

Linda Meherg
101 South 4th Street Apt #102, 102
Leavenworth, KS 66048

Linda Roman
209 Austin Drive
Avon, IN 46123

Linda Thomas
27144 Woodbluff Road
Laguna Hills, CA 92653

Linda Thomas
279 Five Creek Road
Gardnerville, NV 89460

Linda Zinn
9005 Baywood Cir
Indianapolis, IN 46256

Lindsay Bulmann
1950 Presque Isle Avenue, 323
Marquette, MI 49855

Lindsay West
114 Hillcrest Ave
Benicia, CA 94510

Lindsey Hill
2115 Chestnut Oak Ln
Statesboro, GA 30461

Lindsey Moreno
6767 East Butler Avenue
Fresno, CA 93727

Lindsey Norlander
5427 Wyoming St
Duluth, MN 55804

Lindsey Sexton
2601 New Forest Street
Northport, AL 35475

Linhua Li
6207 Misty Terrace Ct
Katy, TX 77494

Linjie Yang
5329 70th ST, 1FL
Maspeth, NY 11378

Linsey Dorion
501 Nahatan Street
Norwood, MA 2062

Linz Yarnall
9132 Lawncrest Drive
Clio, MI 48420

Liqun Chen
2616 Erwin Rd Apt 1513, Apt 1513
Durham, NC 27705

Lisa Arizaga
53352 Calle Soledad
Coachella, CA 92236

Lisa Arthur
21570 Garmisch Rd.
Cable, WI 54821

Lisa Bloomer
407 Church Street
Weber City, VA 24290

Lisa Childress
20832 Belshire Avenue
Lakewood, CA 90715

Lisa Everhart
116 Cavalcade Circle
Franklin, TN 37069

Lisa Fish
8990 Crestview Drive
Frisco, TX 75033

Lisa Fuchs
122 Hickory Rd
Marlton, NJ 8053

Lisa Leifer
117 ELLIOTT ST E
FORT MILL, SC 29715

Lisa Matthews
P.O. Box 406
Arcadia, FL 34265-0406

Lisa Mulkey
711 oakforest dr
Dallas, TX 75232

Lisa Palmer
5715 Keshena Dr
Liberty Township, OH 45011

Lisa Scavuzzo
27 Albert Street
Shoreham, NY 11786

Lisa Sharp
869 Mathis Rd SE
Rome, GA 30161-9442

Lisa Urich
437 31st Street
Hermosa Beach, CA 90254

Lisa White
5625 Knell Avenue
Baltimore, MD 21206

lisandro sanchez
2707 bomar ave
fort worth, TX 76103

Lisbeth Sedeno Pacheco
10424 Central Avenue, Apt, 1SE
Oak Lawn, IL 60453

Livia Overton
360 Williamsburg Lane
Memphis, TN 38117

Liyi Zheng
239 S Alhambra Ave
Monterey Park, CA 91755

Liz Berrios
13774 sw 33rd ct rd
ocala, FL 34473-2204

Liz Gonzalez
3210 Crownover St
Austin, TX 78725

Liz Marin
1481 Washington Ave, 14B
Bronx, NY 10456-1924

Liz Neyman
205 Drayton st
Winnsboro, SC 29180

Liz Starling
22 HERALD DR
Queensbury, NY 12804-9190

Lizandro Cardenas
1550 NE 13th St
Benton City, WA 99320

Lizeth  Gonzalez
7932 Gladwater Drive
Fort Worth, TX 76134

Lj Tate
2228 East Wier Avenue
Phoenix, AZ 85040

Logan Bender
115 Spruce St
Chaska, MN 55318

Logan Bru
221 Pioneer St
West Paris, ME 4289

Logan Bunner
401 rosette st
Holly, MI 48442

Logan Bunting
8660 N Union Church Rd
Lincoln, DE 19960

Logan Flatt
3432 Golden Eagle Way
Georgetown Township, MI 49428

Logan Furey
1339 Woodgate Drive
Kirkwood, MO 63122

Logan Hancock
460, 22nd St SE
Salem, OR 97301

Logan Jarrett
1719 Pennsylvania Avenue
Charleston, WV 25302

Logan McNeel
18374 Stillwood lane
Flint, TX 75762

Logan Monroe
2072 Calle Contento
Santa Fe, NM 87505

Logan Phillpott
600 Rolling Hills Drive, 1
Tahlequah, OK 74464

Logan Rojano
13843 Maidu Trail
Penn Valley, CA 95946

Logan Tarutis
2316 Creek Valley Circle
Monument, CO 80132

LOK YEUNG
3008 OHARA PL
OLNEY, MD 20832

Longqian Zheng
135 Bridlewood Way, Apt. C21
East York, PA 17402

Lonnie Mcintosh
11716 Beacon Court
Louisville, KY 40299

Loren Cone
31 Guy Place, FRONT
San Francisco, CA 94105

Lorena Govin
1017 Flickerham Drive
Grand Ledge, MI 48837

Lorenzo Bolanos
1701 East D Street, 1012
Ontario, CA 91764

Lorenzo Perez
286 Tobacco Road
Willow spring, NC 27592

Lorenzo Soto
100 beach 131st street
Rockaway Park, NY 11694

Loretta Gontarek
2985 Marion st.
ROSEVILLE, MN 55113

Loretta Reid
264 Love Ave
Mount Washington, KY 40047-6201

Loretta Watson
823 North 48th Avenue
Yakima, WA 98908

Lori Carscallen
3209 S.E. 176th Pl.
Portland, OR 97236

Lori Symons
2120 West Williams Street, 4J
Long Beach, CA 90810

Lorl Lee
2733 Delaney Ct.
Castro Valley, CA 94546

Lorne Hills
1308 Main Street
Relaince, WY 82943

Lorraine Stevenson
1514 IRONWOOD ST
OROVILLE, WA 98844

lorri maake
86 clinton ave
montclair, NJ 7042

Lorrissa Kinchen
7349 Stone Bluff Drive
Douglasville, GA 30134

Lou Gary
177 Manchester Road
Schenectady, NY 12304

Lou Schmidt
246 McClelland Avenue
Bellmawr, NJ 8031

Louie Prieto
411 Santa Mariana Ave.
La Puente, CA 91746

Louie Ybarra
1943 Wedgefield Drive
Eagle Pass, TX 78852

Louis Apodaca
711 South Lincoln st 80209
Denver, CO 80209

Louis Chan
11900 Skylark Road
Clarksburg, MD 20871

Louis Gallal
1218 Folkstone Ave
Hacienda Heights, CA 91745

Louis Killeron  Sewell
902 North Onondaga Avenue
Anaheim, CA 92801

Louis Redpath
7521 SE Hacienda St
Hillsboro, OR 97123

Louis Rodriguez
8472 S 3155 W
West jordan, UT 84088

Louis Serafine
212 Hancock Ave
East Norriton, PA 19401

Louis Wilkerson
3010 Creekside Ct
Warrington, PA 18976-2439

Louisiana Sales and Use Tax Commission For Re
7722 Office Park Blvd. - Suite 400
Baton Rouge, LA 70809

Lowell Hitchener
6414 Grey Fox Way
Riverdale, GA 30296

Lu Porter
9 Banneret Place
Durham, NC 27713

Luca iannino
54 STEVENS ST
ANDOVER, MA 01810-3521

Lucas Alvarez Tobon
9148 Pershore Place
Tamarac, FL 33321

Lucas Benjamin
32 32nd Street
Las pinas, MA 1747

Lucas Claverie-Berg?©
12 Lancelot Drive
Paxton, MA 1612

Lucas Cruz
29804 Deer Run
Farmington Hills, MI 48331

Lucas Garrett
2431 Travis court
McKinleyville, CA 95519

Lucas KAY
110 Carstensen Drive
Scarsdale, NY 10583

Lucas Melby
214 W Pleasant St
Mankato, MN 56001

lucas Ochoa
9200 Swannanoa Trl
Mechanicsville, VA 23116

Lucas Purvis
11119 Alterra Pkwy, #1227
Austin, TX 78758

Lucas Turner
220 MAPLE LN, LOT 23
GREEN SPRINGS, OH 44836-9692

Luci Anderson
7637 W Peterson Ave
Chicago, IL 60631-2212

Lucia Vasquez
154 Homestead Pl
Bogota, NJ 7603

Luciano Flores
3402 Earle Avenue
Rosemead, CA 91770

Luciano Perez
74 Sleepy Hollow Rd
New Canaan, CT 6840

LUCINDA COOKE
332 W 600 N
salt Lake city, UT 84103

LUCIO FRIAS
5844 Woodsway Dr
Cincinnati, OH 45236

Lucy Clark
7346 South 300 East
Midvale, UT 84047

Lucy Rios
865 Provincetown Drive
Salinas, CA 93906

Luis  Looez
11651 Evesborough Dr
Houston, TX 77099

Luis  Parra
11895 Firebrand Circle
Garden Grove, CA 92840

Luis A  Burgos
3429 South Central Avenue
Cicero, IL 60804

Luis Aguirre
612 Lakewood Way
Upland, CA 91786

Luis Alanis
4700 Staggerbrush Road, Apt 528
Austin, TX 78749

Luis Alberto Ortiz
Paseo 10 #195 Alturas De Bayamon
Bayamon, PR 956

luis andrade
9859 Kenton Cir. , Kenton Cir.
Commerce Ciry, CO 80022

Luis Arroyo
1461 32nd Ave
Columbus, NE 68601

Luis Artica
1033 Island Manor Dr
Greenacres, FL 33413

Luis Brock
5157 Groveland Drive, APT 8
San Diego, CA 92114

Luis Cantu
9902 Brookview Dr
La Porte, TX 77571-8605

Luis Corrales
3101 N Midland Dr, Apt 900
Midland, TX 79707

Luis Diaz
4832 Maureen Circle
El Paso, TX 79924

Luis Felix
37702 CHRISTENSEN CT
Palmdale, CA 93552

Luis Fernandes
17 bell tower ln
Charles town, WV 25414

Luis Garcia
1000 Glazier Cir
Austin, TX 78753

Luis Garcia
1959 Gwen Ct
Conroe, TX 77303

Luis Garcia
643 South Encina Avenue
Rialto, CA 92376

Luis Garnelo
10032 Evergreen Ct N
Brooklyn Park, MN 55443-1577

Luis Hernandez
562 Plantation Creek Drive
Boiling Springs, SC 29316

Luis Huamani Abrigo
7341 NW 34TH ST
Miami, FL 33122

Luis Jasso
424 Thornton Rd, Apt 7
Houston, TX 77018

Luis Jorge Rodriguez Bravo
124 Santa Rosa Drive
San Jose, CA 95111

Luis Marrero
C-20 Camino De Dalias Urb. Enramada
Bayamon, PR 961

Luis Menendez
115 Golfside Circle
Sanford, FL 32773

Luis Minez
726 South Texas Avenue
Mercedes, TX 78570

Luis Montoya
1253 East 13th Street
Des Moines, IA 50316

Luis Morales
14172 Chagall Lane
Fontana, CA 92335

Luis Morales
4606 Helen st
Corpus Christi, TX 78415-1644

Luis Orellana
915 Roswell Avenue
Long Beach, CA 90804

Luis...A Diaz
9546 e 57th ter
Raytown, MO 64133

Luis Otero
9034 182nd Street
HOLLIS, NY 11423

Luka Avgustin
2862 Arabian Court
Mareitta, GA 30062

Luis Pantoja
3530 Chamois Ln
El Paso, TX 79938

Luke DeBoer
14310 Grant Street, Apartment 11-207
Thornton, CO 80023

Luis Quaresma
3223 Vesuvius Lane
San Jose, CA 95132

Luke Macdonald
18 Cherry Wood Dr
Ellington, CT 6029

Luis Robles
785 Northeast 16th Avenue
Canby, OR 97013

Luke Marcum
512 Garner Drive
Salisbury, NC 28146

Luis San Juan
10 Arlington Street
Ladera Ranch, CA 92694

Luke Miguel Guevarra
4415 Toland Pl
Los Angeles, CA 90041

Luis Sanchez
367 Whitfill Road
Ennis, TX 75119

Luke Miller
13326 Birch Circle
Thornton, CO 80241

Luis Sandoval
18061 E Santa Clara Ave
Santa Ana, CA 92705

Luke Naubert
9708 cosmos ave
El Paso, TX 79925

Luis Soto
9643 Mallison Avenue Apartment D
South Gate, CA 90280

Luna Soeiro
1377 Clarete Ct
Tulare, CA 93274

Luis Torres
4937 S. Marshfield Ave.
Chicago, IL 60609-4827

Lundin Cahill
107 East J Street
Benicia, CA 94510

Luis Torres
724 Spike Trail
Murfreesboro, TN 37129

Luong On
483 Landeros Drive
San Mateo, CA 94403

Luis Vargas Ruiz
PO Box 41
Verona, MO 65769

Lupe Lopez
36427 Ironhorse Dr
Palmdale, CA 93550

Luther Solon
4462 Stevely Avenue
Lakewood, CA 90713

Luz Camacho
821 Anna St
Elizabeth, NJ 07201-1901

Luz Gomez
1130 Bedford Street
Santa Paula, CA 93060

Luz Jimenez
45043 Sancroft Avenue
Lancaster, CA 93535

Lydia  key
45605 3rd Infantry Road
El Paso, TX 79904

Lydia Calderon
2815 S 127th St
Seattle, WA 98168

Lydia Chang
17869 E Louisiana Ave
AURORA, CO 80017

Lydianise A Saldana
1307 Zephyr Road
Killeen, TX 76541

Lylybel Deloya
629 Edgebrook Terrace
Elgin, IL 60120

Lynette Mondiello
213 lynbrook street
Islip terrace, NY 11752

Lynette Vega
5435 E Street
Springfield, OR 97478

Lynn Minchew
481 Bartlett RD NE
Pikeville, NC 27863

Lynne Guarini
69-15 Metropolitan Avenue, Apt 1R
Middle Village, NY 11379

Lynnette Franklin
31 Edgemont Street
Boston, MA 2131

Lynnsey Puahala
99-945 Kalamoho Pl
Aiea, HI 96701

Lynsey Baker
611 Innes Street Northeast, Apt 1
Grand Rapids, MI 49503

M Cristina McGuire
1077 Brandy Lane
Richmond, KY 40475

M Lara Telli
1931 Hyacinth Avenue East
Saint Paul, MN 55119

m low
2426 Vista Nobleza
Newport Beach, CA 92660

Mach
19110 olimpia ln
Lebanon, MO 65536

machaela kirchner
4108 G Ave
Kearney, NE 68847

Macharely  Martinez
2125 20th Street
Zion, IL 60099

Mackenzie Longval-Knudson
18 Jacobs Drive
Rochester , NH 3867

Mackie Inthavong
126 Naomi Drive
Stockbridge, GA 30281

Maddie Fox
2543 claude dr
Bay city, MI 48708

Maddy Ablan
3124 W Logan Blvd Apt. G
Chicago, IL 60647

maddy Mullins
9337 Meetze Road
Midland, VA 22728

Maddy Potesta
12149 Lasselle Street
Moreno Valley, CA 92557

Madeline Beanard
130 Whaler Avenue
Summerville, SC 29483

Madeline Dodson
1113 Deep Hollow Ct.
Waxhaw, NC 28173

Madelyn Morales
121 N MCCLAY ST, APT H
SANTA ANA, CA 92701

Madelyn Stoetzel
623 Carefree Drive
Cincinnati, OH 45244

Madi Roush
1804 NW 174th St
Edmond, OK 73012

Madison Chin
132 Buttonwood Drive
Piscataway, NJ 8854

madison derby
100 Gatewood Bay
Cibolo, TX 78108

Madison Dunn
22928 165th Ave SE
Monroe, WA 98272

Madison McCain
430 East Lane Avenue
Columbus, OH 43201

Madison Miller
10425 Hanover Rd
Forestville, NY 14062

Madison Reddington
4440 Muir Ave
San Diego, CA 92107

Madison Warren
5319 Nw Sterling Chase Dr
Topeka, KS 66618

Madison Wright
908 Muirfield Drive
Mansfield, TX 76063

Magdiel Guzman
718 S GARFIELD ST
KENNEWICK, WA 99336

Maggie Gasso
333 Northeast Scenic Drive
Grants Pass, OR 97526

maggie smith
41 Fuller Street
Middleborough, MA 2346

Magnus McConnell
238 Beverly Drive
Metairie, LA 70001

Mahogany Moore
3620 Webster Ave, 7G
Bronx, NY 10467

Mai Miller
2101 W Warm Springs Rd, Apt 3527
Henderson, NV 89014

Mai Vang
1969 Montana Ave
St Paul, MN 55119

Mai Vang
2408 125th Pl SE
Everett, WA 98208-6641

Maia Layo
1728 Apex Avenue
Los Angeles, CA 90026

Maisara Chowdhury
4765 Fieldcrest Place Cir
Newburgh, IN 47630

Maitray Shah
1190 Seaside Way
Milpitas, CA 95035

Makayla Castanon
1350 BUCKINGHAM WAY APT. 36
STOCKTON, CA 95207

Makayla Chipman
9117 Orangevale avenue
Sacramento, CA 95662

Makayla Rubidoux
8908 Round Rock Rd SW
Albuquerque, NM 87121

Makayla Skjefte
4017 Natchez S Ave
Minneapolis, MN 55416-5050

Makela, sami
1106 N K St
Lake Worth Beach, FL 33460

Maki Thomason
1628 8th Street
Berkeley, CA 94710

MALCOLM DOUGAN
6976 Ellicott Court
Jurupa Valley, CA 91752

Malcolm McCanles
142 North Hancock Street
Madison, WI 53703

Maleficent Clevenger
4016 Canyon Loop
Flagstaff, AZ 86005

Malena Hampton
15509 NE 28th St
Vancouver, WA 98682

Malia Young
6790 Duncan Ct
Timnath, CO 80547

Malik Harvey
2102 Sidney Avenue
Baltimore, MD 21230

Malik Kalonji
220 S 6th Str. Apt# 115
Cottonwood, AZ 86326

Malik Rucker
2851 Lancer Avenue
Pomona, CA 91768

Mallory Bruno
1640 Branham Lane, Unit G
San Jose, CA 95118

Manda Moore
2220 Waverly CT
Navarre, FL 32566

Mandy Welborn
1416 200th ST CT E
Spanaway, WA 98387

Manny Herrera
10292 Ben Hur Avenue
Whittier, CA 90605

Manoj Sundar Sundar
1415 140th Avenue Northeast, 67
Bellevue, WA 98005

Manolo Gomez
1107 S 5th St
Effingham, IL 62401-2734

MANUEL AQUINO
4295 East Mexico Avenue, Apt. 608
Denver, CO 80222

Manuel Becerra
1 Alexander Street, 720C
Yonkers, NY 10701

Manuel Carrillo
1284 Red Sea Ave
Thermal, CA 92274

Manuel Cruz
4806 Arrowhead Trail
Chattanooga, TN 37411

Manuel De Los Reyes
35 West Barstow Avenue, 104
Clovis, CA 93612

Manuel Garibay
2024 41st Ave NE
Salem, OR 97305-1801

Manuel Jurado
1648 32nd Street Southeast
Rio Rancho, NM 87124

Manuel Lucero
2616 pine st
Pueblo, CO 81004

manuel martinez
15140 san jose ave
Paramount, CA 90723

Manuel Montano
218 f st 1836
San luis, AZ 85349

Manuel Quintana Pineda
5256 West 24th Court
Hialeah, FL 33016

Manuel Rios
HC 33 Box 3069
Dorado, PR 00646-9711

Manuel Vazquez-Fernandez
10297 Northwest 57th Terrace
Doral, FL 33178

Manzhao Chen
3801 14th Street, Apt 801
Plano, TX 75074

Marangeline Perez
2260 Barker ave 1c
bronx, NY 10467

Marc Brumm
7819 N 20th Gln
Phoenix, AZ 85021

Marc Catalano
20 Rocky Ledge Drive
Madison, CT 6443

Marc Luce
18823 5 Points St
Redford, MI 48240

Marc Marconi
916 Camino La Paz
Chula Vista, CA 91910

Marc Naranjo
871 Circle Avenue
Franklin Lakes, NJ 7417

Marc Rutherford
7403 Copper Cove
Converse, TX 78109

Marc Spadaccini
27 Moulton Avenue, 27 Moulton Ave
Dobbs Ferry, NY 10522-1524

Marc zahler
13790 hidalgo st
Desert Hot Springs, CA 92240

Marcela Perez
16414 stuebner airline rd, Apt 1009
Spring, TX 77379-7369

Marcela Torres
10530 Varmus Drive
Converse, TX 78109

Marcella Angelicchio
6731 Johnson Mill Road
Durham, NC 27712

Marcello Taylor
4913 78th Avenue
Hyattsville, MD 20784

Marcelo Ormond
23053 Old Inlet Bridge Drive
Boca Raton, FL 33433

Marci Aguirre
7890 Alhambra Dr, Apt 6
Huntington Beach, CA 92647-4689

Marci Etzel
9605 Overton Drive
Laurel, MD 20723

Marcie Nelson
713 W Jefferson Ln
Sandy, UT 84070

Marck Fleites
430 21st Court Southwest
Vero Beach, FL 32962

Marco Antonio Castro Ulloa
San Jose, Desamparados, Gravilias, Gravi
San Jose,  10312

Marco Antonio Dominguez Cid
130 Southwest 53rd Court
Coral Gables, FL 33134

Marco Badillo
1605 Townsend Avenue, 3B
Bronx, NY 10452

Marco Castro
3655 W San Jose Ave, Apt 102
Fresno, CA 93711

Marco Cruz
69-16 164th st, APT 1F
Fresh Meadows, NY 11365

Marco Flores
305 North Quincy Place
Kennewick, WA 99336

Marco Garcia
218 south street
Hanford, CA 93230

Marco Gazcon
3026 S Sheridan Blvd
Denver, CO 80227

marco hernandez
2908 pino seco pl.
el paso, TX 79938

Marco Morales Carballo
1 Aeropost Way, SJO-83208
Miami, FL 33206-3206

Marco Plascencia
8673 Piper Pl
Reno, NV 89506

Marco Ramos
109 48th Avenue
Bellwood, IL 60104

Marco Velasquez
1057 Serena Dr
San Jacinto, CA 92583

Marcos Diaz
8681 Katella Avenue, Spc 849
Stanton, CA 90680

Marcos Gonzalez
12 New Castle Ct
Ocean View, DE 19970

Marcos Hern?°ndez
917 West 85th Street
Los Angeles, CA 90044

Marcos Maia
122 EAST CALBOURNE LN UNIT M12
SANDY, UT 84070

Marcos Ramos Seda
1354 n 10th st
Reading, PA 19604

Marcos Rodriguez
5600 Taylor Made Circle
Schertz, TX 78108

Marcos Sanchez
413 M Street Southwest
Quincy, WA 98848

Marcos Sanchez
8012 Rio Grande Boulevard Northwest
Los Ranchos de Albuquerque, NM 87114

Marcos Villa
3125 S Virginia St, 71
Reno, NV 89502

Marcus Arzadon
9718 Wheaton Edge Lane
Houston, TX 77095

Marcus Bryant
3409 Waterloo Court, Apt D
Tampa, FL 33614

Marcus Grant
101 renaissance Lane
New Brunswick , NJ 8901

Marcus Saldana
304 DAKOTA RIDGE DR
Fort Worth, TX 76134

Marcus Uhlenhopp
112 Trotting Way
Charles Town, WV 25414

Marcus W Stowe
321 Gardenia Court
Burleson, TX 76028

Margaret Cayabyab
1152 RUBERTA AVE
GLENDALE, CA 91201-1939

Margaret Currey
15444 Hornell Street
Whittier, CA 90604

Margaret Johnson
3846 Golden Meadow Ct
Amelia, OH 45102

Margaret Mummert
21 Newman Drive
Downingtown, PA 19335

Margaret O'Brien
9988 Windmill Lakes Blvd., Apt. 504
Houston, TX 77075

Margarita  Sarita
7305 Gateshead Circle, Apt 4
Orlando, FL 32822

Margarita Avila
2458 South Trumbull Avenue
Chicago, IL 60623

Marge Polman
106 West Maxson Avenue
West Liberty, IA 52776

Margeaux LeVere
15 Westview Pl
Thornville, OH 43076-9330

Margot A. Cardinale
6 Tuttle Ct
Hillsborough, NJ 8844

margot sayer
7934 Corte Domingo
Carlsbad, CA 92009

Maria  Hernandez
805 Rialto Street
Oxnard, CA 93035

Maria  Mendoza
2580 Senter Road, Spc. 513
San Jose, CA 95111

Maria Aliftiras
25631 Wentink Ave
San Antonio, TX 78261

Maria Argueta
6335 Quail Meadow Dr.
Houston, TX 77035

Maria Coakley
85 Bainbridge St.
Malden, MA 2148

Maria Connor
974 VILLAGE CIR
HICKORY, NC 28602

Maria Contreras
118 Winham St
Salinas, CA 93901-3317

Maria Contreras
9710 Otis Street
South Gate, CA 90280

Maria del carmen Mediano
901 w pueblo
Hobbs, NM 88240

Maria Hernandez
21205 ROSCOE BLVD, APT 17
CANOGA PARK, CA 91304-4238

Maria Hernandez
21205 Roscoe Blvd, Apt# 17
Canoga Park, CA 91304

Maria Jenny V?©lez
Urb. Santa Ana, D-10 Calle Temple
San Juan, PR 927

Maria Polink
20900 Pioneer Ridge Terrace
Ashburn, VA 20147

Maria Rosales
1403 Sutton Circle
Tifton, GA 31794

Maria Sanchez
14823 Southeast 308th Street
Kent, WA 98042

Maria Sciullo
440 Russellwood Avenue
McKees Rocks, PA 15136

Maria Vazquez
1301 W Kennedy St, Apt K
Pharr, TX 78577

Mariah Garbarino
44 Patapsco Road
Linthicum Heights, MD 21090

Mariah Simensky
1200 Mississippi Avenue
Pittsburgh, PA 15216

Marian Oviedo
1621 West Holly Oak Drive
Tucson, AZ 85746

Mariana Thalwitz
3680 Shelby Road
Madison, VA 22727

Marianna De La Torre
1221 Trapani Cove, Unit 1
Chula Vista, CA 91915

Mariano Suarez
1970 East 1st Avenue
Hialeah, FL 33010

Mariateresa Snyder
224 E. Potter St.
Wood Dale, IL 60191

Maribel Ortiz
336 McCovey Ln
San jose, CA 95127

Maribel Salgado
3080 Martin Ave. Apt 7
San Diego, CA 92113

Maribella Lopez
14974 NW Jack Rd
Banks, OR 97106-7038

Maricela Cazares
8671 Beckett Way
Dublin, CA 94568

Marie Booth
3988 LECONT CT
SIMI VALLEY, CA 93063-2855

Marie Clements
62 Spring Hill road
Vineyard Haven, MA 2568

Marie McLendon
14027 Cleobrook drive
Houston, TX 77070

Marie Ozturk
347 South Center Avenue
Bradley, IL 60915

Marie Saba
21004 99th ave s
kent, WA 98031

Mariela Cantoriano
2444 S Sabre Ave
Fresno, CA 93727

marilyn burg
702 N Hokah St
caledonia, MN 55921-1032

Marino, Mayers & Jarrach, LLC
75 Kingsland Ave - Suite 3,
Clifton, NJ 07014

Mario Corte Gonzalez
6713 Barney Rd.
Houston, TX 77092

Mario Cortez
479 N. Olive St
Orange, CA 92866

Mario Garcia
1325 prater way Apt D Sparks NV 89433, A
Sparks, NV 89431

mario gomez
P.o.box 473
Grulla, TX 78548

Mario Guillen
12311 Tule River Way
Bakersfield, CA 93312

Mario Hernandez
1366 Jasper Avenue
Mentone, CA 92359

Mario Mendoza
923 Southeast 10th Street, 3B
DEERFIELD BEACH, FL 33441

Mario Pizano
4015 1st St
East Moline, IL 61244-3329

Mario Ramirez
9154 W Dreyfus Dr
Peoria, AZ 85381

Mario Reyes
4049 Asante Cove Street
Las Vegas, NV 89115

Mario Ross
908 Canterbury Ln.
Waukesha, WI 53188

Mario Salazar
11270 Avocet LN, apt 104
Raleigh, NC 27617

Mario Shoemore
709 Delanie way
Stone mountain , GA 30083

Mario Torres
4630 Apache Ln
Crosby, TX 77532-7189

Mario Vera
411 Spokane Street
Wenatchee, WA 98801

Marisa Jones
36254 Pursh Drive
Lake Elsinore, CA 92532

Marisa Kline
39768 E Sam Arnold Loop
Ponchatoula, LA 70454

Marisela Burgos
1190 East Newburgh Street
Azusa, CA 91702

Marisela Lopez
14643 Loving Lane
El Paso, TX 79938

Marissa Melen
500 West Middlefield Road, Apartment 101
Mountain View, CA 94043

Marissa Winfield
1116 County Line Rd, Apt 32
Kansas City, KS 66103

Maritsa Castillo
204 N Bernice Dr
Garland, TX 75042

Maritza Aguero
16011 n warren rd
Maricopa, AZ 85139

Maritza Ross
1200 Taylor Creek Dr
Mesquite, TX 75181

Mark  Maniaci
42012 , Ehrke
Clinton Township, MI 48038

Mark A Walter
579 Sealock Avenue
Steubenville, OH 43952

Mark Arthur II
3213 Guffey Dr
Grove City, OH 43123

Mark Barrientos
314 Mott Ave
Inwood, NY 11096

Mark Beltran
31 Highcrest Lane
South San Francisco, CA 94080

Mark Bowles
2167 N. Zircon PL
Meridian, ID 83646

Mark Cahill
301 Chestnut Hill Road
Colchester, CT 6415

Mark Carrasco
944 w 30th street
San Bernardino, CA 92405

Mark Claravall
5208 SE 46th St
Oklahoma City, OK 73135

Mark Cole
1119 N Hilton Road
Wilmington, DE 19803

mark davidson
56250 s 36550 road
Terlton, OK 74081

Mark Dellorto
1400 S. Nova Rd., 171
Daytona Beach, FL 32114

Mark Delos Santos
1564 Fall Avenue
San Jose, CA 95127

MARK DIAZ
1529 Hunters Glen Ave
Chula Vista, CA 91913

Mark Garcia
10271 HARMONY RIDGE WAY
CLERMONT, FL 34711-9207

Mark Greco
20 Jamie Dr
Sewell, NJ 08080-3532

Mark Hart
1065 Canyon Shadows Ct.
Cary, NC 27519

Mark Hensel
326 shervin dr
burlington, WI 53105-9628

Mark Isham
1190 main st , Apt 1
Dallas, OR 97338

Mark Jankauskas
8734 Gillespie Street
Philadelphia, PA 19136

Mark Kyker
779 Hiwassee street
Newport, TN 37821

Mark Leon
955 West Rosewood Court
Ontario, CA 91762

Mark Lindsey
11408 sw 213th st
Miami, FL 33189

Mark Manson
110 Walter Way Unit 1722
Stockbridge, GA 30281-9517

Mark Matthews
15218 Hornell Street
Whittier, CA 90604

Mark Micheletti
7113 Marsh Way
Cotati, CA 94931

Mark Morrill
P.O. Box 1203
Fernley, NV 89408

MARK OLIVAREZ
448 Northpark Blvd
San Bernardino, CA 92407

Mark Pagan
1446 Benner Street
Philadelphia, PA 19149

Mark Pecina
331 McCotter Drive
Grifton, NC 28530

Mark R Roush
72 Lucy Crk Apt 10
Amelia, OH 45102-1571

Mark Samkowiak
2659 Indian Trail
Evart, MI 49631

Mark Santos
7211 Abilene Street
Houston, TX 77020

Mark Schwaber
5 Ferrante Avenue
Greenfield, MA 1301

Mark Spero
1405 NE Parvin Rd, Apt 201
Kansas City, MO 64116

Mark Tanner
3305 Carolina Moon Avenue
North Las Vegas, NV 89081

Mark Treadwell
20 Parkway North
Brewer, ME 4412

Mark Vital
146 South Hunter Highway
Drums, PA 18222

Mark Walker
375 Harbour Cove Dr., 517
Sparks, NV 89434

Mark Waymire
521 Sw 164th Ter
Oklahoma City, OK 73170

Mark Zimmelman
309 Sutter Street
San Francisco, CA 94108

Marla Morales
P.O box 142115
Arecibo, PR 614

Marlena Svenson
244 Market Street, PO Box 392
Auburn, PA 17922

Marlene Arthur-schultz
1222 dodge ct
Cheyenne, WY 82001

Marlene Davidson
1390 Santa Alicia Avenue, APT 13102
Chula Vista, CA 91913

Marlene Soo Hoo
91-1121 Keaunui Dr, Suite 108, PMB 198
Ewa Beach, HI 96706

Marley Corcoran
265A View Dr
Sedona, AZ 86336-5541

Marlin Fontanez
860 Riverside Drive, apt 3a
New York, NY 10032

Marlin Fontanez
860 Riverside Drive, Apt 3A
New York, NY 10032

MArlo ADams
80 Freeman Hall Road
Nottingham, NH 3290

Marlon D Morales
1313 Bahia avenue
Orlando, FL 32807

Marlon Galeano
17201 Burton Street
Los Angeles, CA 91406

Marrion Sevilla
24184 Via Vargas dr
Moreno Valley, CA 92553

Marshall Hendricks
384 Four Mile Loop, 9
CHERAW, SC 29520

Marshall Sarisky
85 Forest Hill Dr.
Hubbard, OH 44425

Marta Lacko
4104 Corsair Avenue
Kissimmee, FL 34741

Martha Fuentes
3770 fm 725
New Braunfels, TX 78130

Martha Guerrero
1693 Yale Avenue
Brownsville, TX 78520

Martha Gutierrez
416 Savannah Dr
Pharr, TX 78577

Martha Larios
17202 Chestnut
Irvine, CA 92612

Martin Espinoza II
108 Arbor Drive
Moab, UT 84532

Martin Fung
85 Lupine Ave
San Francisco, CA 94118

Martin Leibold II
10700 Finn Drive
New Market, MD 21774

Martin Miller
2950 Parlin Dr.
Grove City, OH 43123

Martin Murguia
607 N may St
Aurora, IL 60506

Martin Nino
1800 S. Main St Suite 125-326
MCALLEN, TX 78503

Martin Solorio
27515 Rosa Lane, Unit 203
CANYON COUNTRY, CA 91387

martin zhou
68 bay blvd
newward, DE 19702

Martina Schambra
3455 Long Drive
Minden, NV 89423

Martir Bonilla
66 Grand St
Danbury, CT 6810

Marvin Cruz
88-37 213 street
Queens Village, NY 11427

Marvin Diaz-Lacayo
550 LIBERTY ST APT 802
Braintree, MA 2184

Marvin Dimas
6043 Lakewood Blvd
Lakewood, CA 90712

Marvin Rosario
191 Stephens St, Apt A10
Belleville, NJ 7109

Mary  Wong
3712 North Broadway
Chicago, IL 60613

Mary Barrett
2319 17th  strert
Philadelphia, PA 19145

Mary Bennett
6 Sarah Lane
Monroe Township, NJ 8831

Mary Carr
1309 West Virginia Avenue
Dunbar, WV 25064

Mary Darnell
3804 Clubhouse Dr
Paulsboro, NJ 08066-2141

Mary E Crafton
219 Mandalay Dr.
Florence, AL 35630

Mary Florian
1318 Ragsdale Ln
Katy, TX 77494-3573

Mary Furio
7561 8th St
Buena Park, CA 90621-2818

mary furio
7561 8th Street
Buena Park, CA 90621

Mary Guina
4878 Mato Ct
Sparks, NV 89436

Mary Hall
6020 Dona Beatriz Ln
El Paso, TX 79932-1847

Mary Harris
9848 Hathaway Drive
Northville, MI 48167

Mary Horner
11 Water Street
Millville, NJ 8332

Mary Ingrassia
62 COBBLERIDGE LN
MANORVILLE, NY 11949-2523

Mary Kalu
1050 Mockingbird Hill Court
Murphy, TX 75094

Mary Kay COY
129 Abigail Lane
Anderson, SC 29621

Mary Miller
733 North Evergreen Avenue
Arlington Heights, IL 60004

MARY OLIVIA HARLOW
3160 Brierfield Rd
Alpharetta, GA 30004

Mary Reyes
13608 68th Dr, A
Flushing, NY 11367-1620

mary rodriguez
112 ENGINEER CT
harvest, AL 35749-8446

Mary Simons
15378 Monterosa Drive
Granger, IN 46530

Mary Walsh
56 Colberg Avenue
Boston, MA 2131

Mary Youch
5 Downing Lane
Sewell, NJ 8080

Mary-Anne Spina
164-12 Lithonia Ave
Flushing, NY 11365

Mary-Kristen  McDonough
7 Roseland Rd
Newport, NH 3773

Maryam Ghanem
3232 74th Street, R2
East Elmhurst, NY 11370

Maryam Wasim
3319 Noble Drive
Woodridge , IL 60517

MaryAnn Flor
51 Rossmore Place
Belleville, NJ 07109-2615

MaryRuth  Schrotenboer
3061 , Firefly Drive
Norman , OK 73071

Masaki Nagamine
943 E Twill Ct.
Anaheim, CA 92802

Mason Beck
31194 Roberta Drive
Bay Village, OH 44140

Mason Stewart
5 Cheshire Ct
Londonderry, NH 3053

Mason Yu
1919 28th avenue
san francisco, CA 94116

Mason Zook
8444 Swift Lane
Canal Winchester, OH 43110

Massachusetts Department of Revenue
PO Box 7043
Boston, MA 02204

Massimo  Romero
7641 10th Street, Apt #201
Buena Park, CA 90621

mat gardiner
48339 morris rd
hammond, LA 70401

Mateo Chanel
71 Ridgewood Avenue
San Francisco, CA 94112

Mateo Mallard
7004 Green Glade Ct 7004 Green Glade Ct
Alexandria, VA 22315-4243

Mathew Haight
18410 84th Ave W
EDMONDS, WA 98026

Mathew Voos
40 Clark Ln Fl 2
Waterford, CT 06385-2310

Matt Alden
1595 Kilbarron Drive
Morrow, OH 45152

Matt Cummins
26 Cali Ridge
Fairport, NY 14450

Matt Dabertin
3111 Gabriels Place
SANDUSKY, OH 44870

Matt Delay
37 Belhaven Drive
Springfield, IL 62704

Matt Drake
112 Crab Orchard Court
Oakdale, PA 15071

Matt Dyer
203 Brittney
Poteau, OK 74953

Matt Finch
13 Saukdale Trail
Madison, WI 53717

matt foust
2291 east riviera blvd
Oviedo, FL 32765

Matt Grycan
10279 Flagstone Dr
Twinsburg, OH 44087

Matt Horter
550 Chestnut Street, Apt 309
Winnetka, IL 60093

Matt Kershner
1815 31st Street
Moline, IL 61265

Matt Koba
324 Ashford Road
Toms River, NJ 8755

Matt Miller
4067 South Park Avenue
Buffalo, NY 14219

Matt Mitchell
3047 South La Mesa Court
Visalia, CA 93292

Matt Perkins
913 Greenville Street
LaGrange, GA 30241

Matt Randall
415 Collins Street
Ormond Beach, FL 32174

Matt Royka
8109 Highway 70 South
Nashville, TN 37221

Matt Williams
1312 PROVIDENCE AVE
HIGH POINT, NC 27262

Matt Yeary
400 Chapel Ct., Apartment 211
Walkersville, MD 21793

Matthew  Reinhard
3717 S.Taft Hill Rd. Lot #235 N.
Fort Collins, CO 80526

Matthew  West
120 S Fox St
Jenkintown, PA 19046

Matthew Altamirano
434 Betty Avenue
East Los Angeles, CA 90022

Matthew Ampudia
7682 Shadow Lake Dr
Panama City Beach, FL 32407-0292

Matthew Anderson
1312 N AVONDALE AVE
ANAHEIM, CA 92801-1403

Matthew Antonick
1255 Detroit Ave Apt 19
Concord, CA 94520

Matthew Bennett
6575 West Tropicana Avenue, Apt 2129
Las Vegas, NV 89103

Matthew Byrd
306 Lombard Street
Clarence, IA 52216

MATTHEW CASH COLLINS
1014 Graham Dr, Apt K1
Tomball, TX 77375-6403

Matthew Colvin
2813 Hollywood Drive
Decatur, GA 30033

Matthew Cooper
28601 Los Alisos Blvd, APT 1053
Mission Viejo, CA 92692

Matthew DaSilva
P.O. Box 1137
Hilmar, CA 95324

Matthew DeBenedetto
12854 Mapleview St, #23
Lakeside, CA 92040

Matthew DeMarco
443 Hudson Ave
MECHANICVILLE, NY 12118

Matthew Diehl
2031 Rustling Trees Way
Spring, TX 77373

Matthew Donnon
2223 Spring Lake Park Lane
Spring, TX 77386

Matthew Eshragh
281 armadillo drive
Guthrie, OK 73044-7790

Matthew Evangelista
128 Upland Dr.
Industry, PA 15052

Matthew Febus
2546 Northwest 61st Avenue
Margate, FL 33063

Matthew Flint
204 Mckee Street
Pangburn, AR 72121

Matthew Forness
5409 Rinker Road
Kansas City, MO 64129

Matthew Forrest
4 TALLAHATCHIE DR
SUSSEX, NJ 07461-4213

Matthew Giles
13826 Highway 82
Tahlequah, OK 74464

Matthew Giuliani
2 Wagner Drive
Coram, NY 11727

Matthew Hicks
3036 Brakefield Dr
La Grange, NC 28551

Matthew Hunter
13409 Orme Rd
Garfield Heights, OH 44125

Matthew Isaacs
2456 S County Road 750 E
Seymour, IN 47274-9227

Matthew Jackson
1828 Kent Street
Columbus, OH 43205

Matthew Jones
614 Sprucewood Circle
Altamonte Springs, FL 32714

Matthew Locke
4214 Judith Court
Linden, MI 48451

Matthew Maddox
4212 Calm Waters Way
Edmond, OK 73034

Matthew Maguder
2806 Centerwood Ct
Hamburg, NY 14075

Matthew Marchesano
224 North Glendora Avenue
Covina, CA 91724

Matthew Meyers
6123 Fuller street
Houston, TX 77084

Matthew Miceli
3122 Christophers Watch Lane
Ruskin, FL 33570

Matthew Moretti
7 Heritage Road
Barrington, RI 2806

Matthew Paull
2034 Hyannis cir
Manteca, CA 95336

Matthew Penix
1235 PITT LOOP
CHUCKEY, TN 37641-3232

Matthew Pham
6374 Alderman Drive
Alexandria, VA 22315

Matthew Reichner
8 W DEWART ST
SHAMOKIN, PA 17872

Matthew Rhoades
1941 Morgan Avenue
Claremont, CA 91711

Matthew Robayo
28 Meadowbrook Drive
Huntington Station, NY 11746

Matthew Rosenberger
326 Willard St
Toledo, OH 43605

Matthew Santos
271 Belair St
New Bedford, MA 02745-1602

Matthew Schoen
60523 Noble Ridge Drive
South Bend, IN 46614

Matthew Smith
7505 Seel Ave NW
North Canton, OH 44720

matthew Stromquist
418 Brown St
Norway, MI 49870

Matthew Tranter
822 Center St
Bethlehem, PA 18018

Matthew Virkus
55 Cordwood Road
Cortlandt, NY 10567

Matthew Walter
1901 24th Avenue South, Apartment #2
Grand Forks, ND 58201

Matthew Wheeler
828 Winchester Avenue
Alhambra, CA 91803

Matthew Wollersheim
1335 Kensington Ave.
Oshkosh, WI 54902

Matthew Yingling
12 Strawberry Rd
New Freedom, PA 17349

Matthew Yost
116 Cider Mill Road
Mertztown, PA 19539

Matthew Zupon
825 1st St S, Apt 306
Hopkins, MN 55343

Maureen Hunt
2459 Park Place Drive
Gretna, LA 70056

Maureen Maguire
318 Davis Ave
Clifton Heights, PA 19018

Maureen Robinson
424 Madison Ave
Fairborn, OH 45324

Maureen Touhey
30 La Valley Drive
Manalapan, NJ 7726

Maurice Bouchard
106 Clyde Rd
Athens, GA 30605

Maurice Van Roekel
42642 Rivera Dr.
Temecula, CA 92592

Mauricio A Mandara
135 Anderson Av Apt 2
Fairview , NJ 7022

Mauricio Ortiz
2445 Saffire Way
The Colony, TX 75056

Mauricio Romero
102 Belfast Dr
San Antonio, TX 78209

Maverick Mamangon
7576 Sylvan Creek Court
Citrus Heights, CA 95610

Max Anderson
2593 East Pryor Drive
Fresno, CA 93720

Max Fell
38 Maplewood Blvd.
Suffern, NY 10901

Max Nikolaev
3251 Sneath Lane
San Bruno, CA 94066

Max Ochoa
1366 West 112th Street
Los Angeles, CA 90044

Max Solis
182 Acalanes Drive, #7
Sunnyvale, CA 94086

Maximillian Figueroa
5501 Timeless View
Colorado Springs, CO 80915

Maximo Gutierrez
1820 East Bell De Mar Drive, 164
Tempe, AZ 85283

Maximos Mausten
2311 Oak Drive
Steilacoom, WA 98388

MAXINE PIERRE
4283 GALILEE DR NE
KENNESAW, GA 30144

Maxwell Threlkeld
27 Stand Rock Court
Frisco, TX 75033

Maycie  Longworth
567 Benton Rd
Lexington, KY 40505

Mayra Valero
5447 Copperhead
San Antonio, TX 78222

Mayra Vences
1146 Antilles Drive
Salt Lake City, UT 84116

McKayla Snyder
3475 Barcroft Park
Hilliard, OH 43026

McKenzie Mitchell
22102 Bridges Road
Toney, AL 35773

McKinley Lambert
1014 Superior Avenue, Apt 1
Tomah, WI 54660

Md Nafizur Rahman
8405 108 st, Apt B10
Queens, NY 11418

Meadow Waleska
2821 E 8th St, 302A West Suites
Tulsa, OK 74104

Meagan Williams
17 Autumn Dr
Ringgold, GA 30736

Mechae Hall
24465 E Wagontrail Ave
Aurora , CO 80016

Mechea Boughton
Road 88 C 3160
Dunnigan, CA 95937

Meg Linn
702 E Fountain Blvd
Colorado Springs, CO 80903

Megan Conner
5053 Victoria Avenue Southeast
Auburn, WA 98092

Megan Corley Mrozinski
12 Shipmaster Drive, Apt B
Brigantine, NJ 8203

Megan Dotson
5434 Potter Rd
Burton, MI 48509

Megan Francois
6345 E. Colgate Dr.
Tucson, AZ 85710

Megan Guidry
3625 Bryant Ave S, Unit 5
Minneapolis, MN 55409

Megan Gupta
1838 Sinclair Drive
Pleasanton, CA 94588

MEGAN GUPTA
1838 Sinclair Drive
Pleasanton, CA 94588

Megan Horn
2722 Tropicana Pkwy W
Cape Coral, FL 33993-6202

megan huggler
12928 18th Ave E
Tacoma, WA 98445

Megan Johnstone
9127 PERSHING AVE
ORANGEVALE, CA 95662

Megan Mahoney
6 Woodthrush Street
Longview, WA 98632

Megan Root
24863 Abalar Way
Ramona, CA 92065

Megan Stephens
9201 Monument Ct
Fort Worth, TX 76244

Megan villanueva
1342 E ALGONQUIN RD
Des Plaines, IL 60016

Megan Vinciguerra
199 Sherman Ave, APT 4C
New York, NY 10034

Megan Willette
18 Alicia Drive
Taunton, MA 2780

Meggie Cliff
PO Box 985
Kennebunkport, ME 4046

Meggy Banks
10 Windsor Gate Drive
Dix Hills, NY 11746

Meghan O'Connor
12827 Fair Briar Ln
Fairfax, VA 22033

Mehrnaz Emami
10334 Santa Gertrudes Avenue, #39
Whittier, CA 90603

Mei Lin Schraer
2422 Knickerbocker Dr.
Charlotte, NC 28212

MeKesha Beavers
219 Springdale Road
Gadsden, AL 35901

Mekhi Souryyavongsa
5 Newtonville Ave
Fitchburg, MA 1420

Mel Aristeigueta
1603 nw 29th street
cape coral, FL 33993

Mel Johnson
2425 G St
Springfield, OR 97477

Mel Torres
850 Spruce Street
Englewood, FL 34223

Melani Weltens
115 Oak Meadow Ln
Boerne, TX 78006

Melanie Gannon
4995 Old Cliffs Rd
San Diego, CA 92120

Melanie Garcia
12224 Jamestown Place
Chino, CA 91710

melanie hansbauer
633 Linden Avenue
Newport, KY 41071

Melanie Mckenzie
506 E TRINITY LN
NASHVILLE, TN 37207

Melanie Mckenzie
506 East Trinity Lane
Nashville, TN 37207

Melanie Pietenpol
388 West Harborview Road
Santa Rosa Beach, FL 32459

Melchor David Gochioco
7036 Puetollano Drive
North Las Vegas, NV 89084

Melenda Mcquown
1226 Northeast 15th Street
Ocala, FL 34470

Melina Barrera
609 West Glaze Avenue
Exeter, CA 93221

Melinda  Gonzales
6204 75th Pl
Lubbock, TX 79424

Melinda Franzen
2903 Ribbon Creek Way
Spring, TX 77389

Melinda Vue
201 Elm Street
Combined Locks, WI 54113

Melisa Duncan
103 New Hampshire St
Millinocket, ME 4462

melissa arce
1630 West 62nd Street
Los Angeles, CA 90047

Melissa Biddle
2311 E. North Redwood Dr.
Anaheim, CA 92806

melissa buck
8705 Wild Diamond ave
Las vegas, NV 89143

Melissa Cannon
3860 Lindsey rd
Marietta, GA 30067

melissa castillo
711 n Cambria st
Anaheim, CA 92801

melissa christopher
101 heatherington ct
lanoka harbor, NJ 8734

Melissa Cole
1005 LEA AVE
Miamisburg, OH 45342

Melissa Costa
741 Lee Ave
Newman, CA 95360

Melissa Curtis
3 Ridge View court
SMITHFIELD, RI 2917

Melissa Dennis
244 West Mayfair Avenue
Orange, CA 92867

Melissa Dubois
11440 Callahan Mill dr
Charlotte, NC 28213

melissa heinzer
4214 lee hwy
ARLINGTON, VA 22207

Melissa Houle
296 Colden Rd
Colchester, VT 5446

Melissa Mauer
2917 West Main Street
Belleville, IL 62226

Melissa Mesa
3405 Collins Avenue
Evans, CO 80620

Melissa Munoz
740 Jackson Avenue
Carpentersville, IL 60110

Melissa Oronia
11 dawn lane
Calumet city, IL 60409

Melissa phelan
53 crater ave
wharton, NJ 7885

Melissa Piatti
7680 Castano Avenue
Atascadero, CA 93422

MELISSA SEAMAN
2175 COLUMBIA BLVD CASHIER DESK EMMERT M
SAINT HELENS, OR 97051-1738

Melissa Takeda
1520 Ridgecrest St
MONTEREY PARK, CA 91754

Melissa Terrizzi
1445 West Princeton Street
Orlando, FL 32804

Melissa Viera
2498 North Roxbury Drive
San Bernardino, CA 92404

Melody Alderman
25562 Shortcut Pl E
Lincoln, WA 99147-8521

Melody Burgos
271 E KINGSBRIDGE RD APT 11E
BRONX, NY 10458-4419

Melodye Delis
645 Red Pepper Loop
Chuluota, FL 32766

Melvin Andrews 3
9932 Chamberlin Rd.
Twinsburg, OH 44087

Melvin Buzon
25 Brighton Court
Daly City, CA 94015

Melvin Orellana
38 Garrison Ave
San Francisco, CA 94134

Meredith Lund
3966, Colbourn
Hobart, IN 46342

Merlin Barraza
3117 Friendswood Avenue
El Monte, CA 91733

Merlion .
5908 NE 112th Ave 12478
Portland, OR 97250-9606

Merrick Malik
266 Cypress Lakes Drive
Slidell, LA 70458

Mia Bronston
530 Carrier St NE
Grand Rapids, MI 49505

Mia Marrero
2260 Sandringham Circle
Indianapolis, IN 46214

Mia Reyes
2062 77th Street, 3r
Brooklyn, NY 11214

Mia Santos
7307 North 16th Lane
McAllen, TX 78504

Mia Shikhman
8 Jacaranda Court Penfield NY
PENFIELD, NY 14526

Mia Wilmoth
33 Raintree Place
Palm Coast, FL 32164

Micah Coulson
14 Chalet Street
Cabot, AR 72023

Micah Jones
833 Reveille Rd
Ft.Worth, TX 76108

Micah Kosse
1301 W 5th St, Apt 614
Austin, TX 78703

Micajah Hopkins
206 North Trenton Street, 4
Arlington, VA 22203

Michael  Geoege
1348 Saxon Ave
Bay Shore, NY 11706

Michael  Owens
3060 Samantha Way
Gilbertsville, PA 19525

michael aguilar
1908 monterey dr
deltona, FL 32738

Michael Allen
2267 Mancke Dr
Rock Hill, SC 29732

Michael Amato
27 Gladiola Drive
Howell, NJ 7731

Michael Ames
2726 Arlex Dr W
Jacksonville, FL 32211-4085

Michael Andrews
6667 Bill Lundy Road
Laurel Hill, FL 32567

Michael Bahnemann
9407 Stuart Ave
Manassas, VA 20110

Michael ball
205 Susan Lane
Fayetteville, GA 30215

michael Battey
2991 Frederick Douglass Boulevard, Apt 1
New York, NY 10039

Michael Bava
880 Millcreek Road, 1
Radcliff, KY 40160

Michael Berger
7533 Bolero Ct
Camby, IN 46113

Michael Beyhan
1648 Exquisite Street
Castle Rock, CO 80109

Michael Bledsoe
48 Summerfield Ln
Fredericksburg, VA 22405-1771

Michael Bokausek
6528 Inland Shores Dr
Mentor, OH 44060

Michael Boland
14 Hycrest Road
Charlton, MA 1507

Michael Bonner
24431 Glenforest Rd
Euclid, OH 44123-2358

Michael Borelli
2921 West Turner Street
Allentown, PA 18104

Michael Brooks
940 Thornhill Drive
Shelbyville, KY 40065

Michael Brown
13056 8th Ct NE
Seattle, WA 98125

Michael Calderon
408 46st, apt 2
Union City, NJ 7087

Michael Campana
449 Ward Avenue
Brick, NJ 8724

Michael Cardoso
17372 Jacquelyn Lane, #1
Huntington Beach, CA 92647

Michael Castillo
643 East 37th Street
Los Angeles, CA 90011

Michael Chambers
1416 Catfish Rapids
New Braunfels, TX 78130

Michael Christy
126 Elm Park Avenue
Pleasant Ridge, MI 48069

Michael Cianciola
41 Gill St, Apt A
Walpole, MA 2081

Michael Cinotti
9 Ono Drive
Wallingford, CT 6492

Michael Clore
1605 N Karnes Ave
Cameron, TX 76520-1046

Michael Corrao
822 Downfield Lane
Fuquay Varina, NC 27526

Michael Correa
421 E 28th Street
Los Angeles, CA 90011

Michael Corsi
524 HOLMES RD
MORTON, PA 19070

Michael Cortez
2467 1/2 California st
Huntington Park, CA 90255

Michael Coutu
1060 West 10th Street
San Bernardino, CA 92411

Michael D Moore
2741 W Camino De La Caterva
Tucson, AZ 85742-9265

Michael Dagdagan
23019 Mission Drive
Carson, CA 90745

Michael Davis
8522 Legacy Ct.
Fishers, IN 46038

Michael Derczo
8 Kroeger Lane
Piscataway, NJ 8854

Michael Doxzon
149 North Rd.
Deerfield, NH 3037

Michael Durst
105 Pinehurst Drive
Bradenton, FL 34210

Michael Ehemann
578 Stonegate Dr
Russellville, AR 72802

MICHAEL ENG
9384 LAKE SERENA DR
BOCA RATON, FL 33496-6510

michael fabian
5833 Tuttle's Grove Boulevard
Dublin, OH 43016

Michael Fink
39741 Nebraska 22
Genoa, NE 68640

Michael Funkhouser
11845 W Wethersfield Rd
El Mirage, AZ 85335

michael gangi
209 walnut street
Massapequa park, NY 11762

Michael Garcia
7156 Village Lake Dr
Cypress, TX 77433

Michael Goldman
340 Key West Drive
Evansville, IN 47712

Michael Gordon
203 N PLYMOUTH BLVD
LOS ANGELES, CA 90004-3833

Michael Graham
18310 Mossy Creek Ln
Richmond, TX 77407

Michael Grambo Jr
2000 Bowen Rd
Elma, NY 14059

Michael Gray
9324 Bradleigh Dr
Winter Garden, FL 34787

Michael Gray
9324 Bradleigh Drive
Winter Garden, FL 34787

Michael Hammond
3527 Comstock Ave
Bellevue, NE 68123

Michael Harasimowicz
9361 Creek Rd
BATAVIA, NY 14020

MICHAEL HARRIS
121 Edgar Road
Townsend, DE 19734

Michael Hayes
4600 Kost Drive
Bismarck, ND 58503

Michael Howland
94 Locust Blvd
Ronkonkoma, NY 11779-3164

Michael Ival
17470 W Madison St
Goodyear, AZ 85338

Michael Jackson
59 Lenox st
Rochester, NY 14611

Michael Jimenez
1813 NE 17th Avenue
Hillsboro, OR 97124

Michael Jimenez
1813 Northeast 17th Avenue
Hillsboro, OR 97124

Michael Kirchenwitz
7402 143rd Street West
Apple Valley, MN 55124

Michael Kuo
18434 Dancy St
Rowland Heights, CA 91748-4752

Michael Langford
1718 Fairburn Road Dr. SW
Atlanta, GA 30331

MICHAEL LIM
13320 DOUBLEGROVE ST.
BALDWIN PARK, CA 91706

Michael Lloyd
159 Crosby Lane
Rochester, NY 14612

Michael Luchtefeld
93 PEARL DR
HILLSBORO, MO 63050-5032

Michael Mabborang
8751 Carlisle CT
Darien, IL 60561

Michael Manning
12956 BOGGY POINTE DR
Orlando, FL 32824-4842

MICHAEL MATTEO
177 Mount Sinai-Coram Road
Coram, NY 11727

Michael McGuire
5700 North Ashland Avenue, #320
Chicago, IL 60660

Michael Merwin
Po Box 726
Margaretville, NY 12455

Michael Michau
5214 Futura Avenue
Richmond, VA 23231

Michael Monleon
1320 Brookwood St.
Bensenville, IL 60106

Michael Morrison
4008 e 3rd st
Dayton, OH 45403

Michael Mullen
15 Arnold Rd
Fiskdale, MA 1518

Michael Mullett
919 Traction Park
Monongah, WV 26554

Michael Murphree
418 minnesota st.
LAWRENCE, KS 66044

Michael Murphy
121 South Elm Street
Howell, MI 48843

Michael Myers
7 Margory Ct
Novato, CA 94947

Michael Neumann
160 Leahy Cir S
Des Plaines, IL 60016-6025

Michael Nguyen
6487 Peacock Boulevard
Morrow, GA 30260

Michael Nie
11725 MONTANA AVENUE, APT 205
LOS ANGELES, CA 90049

Michael Olivier
402 Brooklyn St
Luling, LA 70070

Michael Owen
6212 Derrick Dr
Louisville, KY 40216

Michael Owens
246 Tindall Drive
North Wilkesboro, NC 28659

Michael Page
275 Coulson Rd
Chehalis, WA 98532

Michael Panas
111 E NOBLE ST
STOCKTON, CA 95204

Michael Paramo
1230 E CityLine Drive, Apt 2401
Richardson, TX 75082

Michael Peden
1876 W Rosewood Dr
Scottsburg, IN 47170

Michael Pelletier
14 Dolores Pl
Central Islip, NY 11722

Michael Penna
1171 Spring Meadow Drive
Quakertown, PA 18951

Michael Pizzileo
3699 Martha Boulevard
Bethpage, NY 11714

Michael Raymond
795 hammond dr, Apt 1702
Atlanta, GA 30328

Michael Roach
802 South Pearl Street
Denver, CO 80209

Michael Rodriguez
14625 Central Avenue
Baldwin Park, CA 91706

michael roldan
265 Martina Dr
chambersburg, PA 17201-8253

Michael Russell
909 Chokecherry Drive
Poplar, MT 59255

Michael Russo
1 Anjo Dr
Massapequa, NY 11758-1106

Michael Rust
14838 se Lincoln st
Portland, OR 97233-3031

Michael Salazar
7026 Glengarry Avenue
Whittier, CA 90606

Michael Salcedo
1166 South 15th
Abilene, TX 79602

Michael Sawayda
149 Camelot Circle
Coraopolis, PA 15108

Michael Sawyer
1592 Nathaniel Mitchell Rd
Dover, DE 19904-7014

Michael Schwob
2399 WINTER CLIFFS ST
HENDERSON, NV 89052

Michael Setias
1701 E D St. Apt 811
Ontario, CA 91764

Michael Shannon
1004 South 3rd Street
Leavenworth, KS 66048

Michael Shea
5535 Starling Loop
Lakeland, FL 33810

Michael Silva
304 N. Begonia Ave.  Apt. A, Apt. # A
Ontario, CA 91762

Michael Smith
2907 Mill Run Road
Hampton Cove, AL 35763

Michael Soule
6540 Cherry Blossom Lane
Warrenton, VA 20187

Michael Sousa
42 Mount Pleasant Street
Somerville, MA 2145

Michael Stambaugh
1802 Louise Circle
Las Cruces, NM 88001

Michael Stoltz
115 IVYWOOD CT
Lewisville, NC 27023

Michael Suarez
75-05 113 street, forest hills, ny 11375
Forest hills, NY 11375

Michael Svonavec
1030 N 23rd St, Apt L1A
Allentown, PA 18104

Michael Swyryt
66 Mediterranean Blvd N
Port Saint Lucie, FL 34952

Michael Tamura
5430 Camino De Bryant
Yorba Linda, CA 92887

Michael Thomas
4310 N 320 Rd , 4310 N 320 Rd
Haskell, OK 74436

Michael Tyau
210 Albacore Ln
Foster City, CA 94404

Michael WADE Hobby
4298 Lillian Hall Ln
Orlando, FL 32812

Michael Warren
311 West Soo Street
Parkers Prairie, MN 56361

Michael Weidenheimer
21324 virgina ave. N.E.
Kingston, WA 98346

Michael Wilk
330 Spencer St
Elizabeth, NJ 7202

Michael Williams
4809 Shadycreek Lane
Colleyville, TX 76034

Michael Winters
18 Piedmont Road
Edison, NJ 8817

Michael Zeitlin
174 Main Rd, PO Box 850, PO Box 850
Milford, ME 4461

michaela witkowski
2560 carson way
SACRAMENTO, CA 95821

Michele Doto
124 Athena Lane
Lexington, SC 29072

Michele Hawkins
329 Bennett St
Woonsocket, RI 2895

Michele Mulkey
8133 SW 140th Ave
Dunnellon, FL 34432-3425

Michele Wanger
320 Overbrook Dr
Belleair, FL 33756

Michell Garza
5002 Rosemary Lane
Houston, TX 77093

Michell Reyna Aguilar
3832 Jefferson Street
Napa, CA 94558

Michelle  Vanek vician
2114 east beach drive
Fox river grove, IL 60021

Michelle Anderson
178 McMahon Rd
Purvis, MS 39475

Michelle Blaise
299 Williams Road
Wallingford, CT 6492

Michelle Dier
3432 Dixiana Dr
Lexington, KY 40517

MICHELLE GO-FRIGILLANA
20541 via tarara
yorba linda, CA 92887

Michelle Hawkins
3011 Washington st
Commerce, TX 75428-3847

Michelle Lemus Alvarez
3606 W 66th Pl
Chicago, IL 60629

Michelle M Patrino
19591 Rainier View Rd SE
Monroe, WA 98272

Michelle Marini
232 Torrey Pine Drive
Rochester, NY 14612

Michelle Maxey
7429 West Palm Brook Place
Tucson, AZ 85743

Michelle McCarty
611 S ERIN AVE
TUCSON, AZ 85711-4888

Michelle Mullady
21203 Stone Saddle
San Antonio, TX 78258

Michelle Murfin
6801 E. Cheery Lynn Rd., Apt. 4
Scottsdale, AZ 85251

Michelle Prado
3044 Jamaica Dr, Apt. 1
Corpus Christi, TX 78418

Michelle Reese
9952 O'Neil Rd,
Port Byron, NY 13140

Michelle Saxton
3037 Palace Gate Court
Las Vegas, NV 89117

Michelle T.G.
13608 Southeast Rhine Street
Portland, OR 97236

Michelle Thomas
2062 State Route 350
Macedon, NY 14502

Michelle Timmins
3111 WEEPING WILLOW DR
BRIDGEVILLE, PA 15017

Michelle Vacio
1627 Central East Freeway
Wichita Falls, TX 76306

Michelle Viana
41 South Rd
Harrison, NY 10528

Michelle Ybarzabal
185 Margate Drive
Davenport, FL 33897

Michelle Young
1704 Broad Street
Greensburg, PA 15601

Michigan Department of Treasury
PO Box 30406
Lansing, MI 48909-7906

mig rodriguez
5048 31st Place, basement
Cicero, IL 60804

Miguel  Angel
124 Merriam Street, 2nd floor
Bridgeport, CT 6604

Miguel A Perez
2807 N Promenade Cir, Apt 14
Sheboygan, WI 53081

MIGUEL ALVAREZ
777 Ada St, Unit 3
Chula Vista, CA 91911

Miguel Arroyo
1003 Sanderling Drive
Hercules, CA 94547

Miguel Beltran
94-15 58Th Ave, 3
Elmhurst, NY 11373

Miguel Beltran
94-15 58th ave, Apt 3
Elmhurst, NY 11373-5148

Miguel Casarrubias
717 West 80th Street, Apt#3
Los Angeles, CA 90044

Miguel Chavez jr
7844 S 70th East Ave
Tulsa, OK 74133

miguel contreras
3432 110th St, Apt 2
Corona, NY 11368-1377

Miguel Flores
720 Carignane Dr
Gilroy, CA 95020

Miguel Garcia
332 West Orangewood Avenue, Apt C
Anaheim, CA 92802

Miguel Genao
2436 W Kimberly Ave
Milwaukee, WI 53221

Miguel Kanaski
4088 Split Rail Ln
Fenton, MI 48430

miguel morais
4 settlers way
South Easton, MA 2375

Miguel Moran
658 Chemeketa Dr
San Jose, CA 95123

Miguel Ruiz
656 s eastern ave
Los Angeles, CA 90022

Miguel Torres
1086 Bethel Church Road
Lincolnton, NC 28092

Miguel Trillo
2457 W ZEPHER AVE
FLAGSTAFF, AZ 86001-2543

Mihir Ganesan
3196 Cortona Drive
San Jose, CA 95135

Mikayla  Johnson
3000 springfield ave.
Chesapeake, VA 23325

Mike Ade
6104 Southern Drive
St. Louis, MO 63123

Mike Allen
1805 E Lone Oak Drive
Draper, UT 84020

mike blackley
520 Danver Lane
Beech Grove, IN 46107

Mike Corcoran
10501 South Spaulding Avenue
Chicago, IL 60655

Mike Filisha
12881 Marian Dr.
Lemont, IL 60439

Mike Fumai Jr
9 Abenaki Trail
Oak Ridge, NJ 7438

Mike Harper
6 Tait drive
New Freedom, PA 17349

Mike Hess Jr.
6540 Alder Ct.
Indianapolis, IN 46268

Mike Hoggatt
4405 Southeast Franklin Street
Milwaukie, OR 97222

Mike Marra
601 Kayleigh Dr
Webster, NY 14580

Mike Mcdonough
390 cherokee dr
Cheektowaga, NY 14225

Mike Muschynka
925 Marshall Dr
Warminster, PA 18974-1809

Mike Portnoy
1618 Winston Road
Gladwyne, PA 19035

Mike Roupas
757 N Orleans Street #1002
Chicago, IL 60654

Mike Siler
7614 NW FOLKSTONE WAY
Lawton, OK 73505-4107

Mike Sperano
886 Roosa Gap Rd
Bloomingburg, NY 12721

Mike Stedham
3302 Hidden Lake Drive West
Jacksonville, FL 32216

Mike Struble
23 S Lakeview Dr
Goddard, KS 67052

Mike Terranova
30 CIDER MILL RD
FRAMINGHAM, MA 1701

Mike Vain
6789 Portage Avenue
Portage, IN 46368

Mike Weigand
5605A Creek Bottom
Austin, TX 78731

Mikey Bennett
6054 Sheffield Cove
Southaven, MS 38671

Mikey Pantel
7532 Rhone lane
Huntington beach, CA 92647

Mikey Santiago
2411 Brownwood Dr.
Mulberry, FL 33860

Mikie Dantonio III
5 Emile Avenue
Kenner, LA 70065

Mildred Shipman
1483 Garywood Ave
Columbus, OH 43227

miles kelley
19361 brookhurst street, 87
huntington beach, CA 92646

Militza Rincon
305 West Baker Road, 1303
Baytown, TX 77521

Milka Mercado
9209 Shellgrove  Ct
Tampa, FL 33615

Milton Diego
14712 Gledhill St
Panorama City, CA 91402

Min Liu
6120 Ravens Crest Drive
Plainsboro, NJ 8536

Mina Lampe
9588 Akes Hill Road
Dillsboro, IN 47018

Mina zhang
1350 Boylston Street, 1410
Boston, MA 2215

Mindy Bentley
9964 Jackson Street
Yelm, WA 98597

mindy leonard
970 Monticello ave
DAVIE, FL 33325

Mindy Starcher
210 Clark Drive
Marietta, OH 45750

Minerva Salas
844 N Oxford Ave
Los Angeles, CA 90029

Minghao Chen
3111 La Campania
Alameda, CA 94502

minghua hu
5419 Demerest Lane
San Jose, CA 95138

Minh Cao
14552 Petsworth Lane
Westminster, CA 92683

Minnisota Department of Revenue
Mail Station 6330
St. Paul, MN 55146-6330

Miranda  Luna
811 Derrickson Drive
El Paso, TX 79912

Miranda Gruber
1062 56e Avenue
Montr?©al, QC H1A 2R8

Miranda Komlenovich
31227 SHAW DR
WARREN, MI 48093-1666

Miranda Luparello
26 Belmont Ave
Plainview, NY 11803

Miranda Narcy
1236 Stockton Pl
Escondido, CA 92026

Miranda Schnakenberg
1533 Mahixon Road
Manquin, VA 23106

Mircea Mihalache
5134 N. Keeler Ave.
Chicago, IL 60630

Mirely Peralta
63 Hudson Street
Newark, NJ 7103

Mireya Martinez
10524 Leeds St
Norwalk, CA 90650

Miriam Lozano
2446 Nutwood Ave, H11
Fullerton, CA 92831

Miriam Oliva
11865 Cali Drive
Painesville, OH 44077

Mirko Caldera
11170 SW 25th Street
Miami, FL 33165

Miro Mora
900 West Monte Vista Avenue, B-129
Turlock, CA 95382

Miroslaw Zadroga
65 MONTCLAIR DR.
EAST HARTFORD, CT 06118-3328

misael luciano
highland park calle cactus #1220
San Juan, PR 924

MISHAEL JOHNSON
7134 east 45th street
Indianapolis, IN 46226

Mississippi Department of Revenue
PO Box 1033
Jackson, MS 39215

Misty Lewis
403 Tilbury Lane
Austin, TX 78745

Mitch Stander
3629 New York 3
Fulton, NY 13069

Mitchell Lundberg
5077 Bayleaf Dr
Sterling Heights, MI 48314

Mitchell Saisho
1220 Rio Blanco Street
Montebello, CA 90640

Mitchell Schell
3648 Hillcrest Road
El Sobrante, CA 94803

Mitchell slachter
580 Fairfield Ave NW
Grand Rapids, MI 49504-4649

Miwa Ffuru
8127 maugham drive
reynoldsburg, OH 43068

Moe Serrano
54 Foster Road
Rochester, NY 14616

Mohan Udayabhanu
308 W Amiron Way, Apt D
Orem, UT 84057-8341

Moises  Arrue
3865 Duke Street
Los Angeles, CA 90031

Mok?© Bean?©
1246 East 103rd Street
Brooklyn, NY 11236

Molly Breen-Aronson
2A Harvard St
Arlington, MA 2476

Molly Carrigan
4375 Baywood Drive
Traverse City, MI 49686

Molly Colopy
2400 Carroll Eastern Rd NE
Pleasantville, OH 43148

Molly Kubichek
2681 Maple Grove School Road
Oconto, WI 54153

Molly Tyler
8607 n beaman ave
kansas city, MO 64154

Momo Garza
2705 Lima Street
Brownsville, TX 78521

Momoka Milph
5817 N. Houghton St
Portland, OR 97203

Monica  Paige
426 colonial dr
Garland, TX 75043

Monica Alvarez
PO BOX 5192
San Diego, CA 92165

Monica Burgos
145 Treasure Way, Apt A
San Antonio, TX 78209

Monica Collier
1107 Tahiti Cir,
Davenport, FL 33897

monica duenas
3009 fillmore way, 108
Costa mesa, CA 92626

Monica Kamin
11260 Overland Ave, #5A
Culver City, CA 90230

Monica Nguyen
4110 Phoenix Dr
Springfield, OH 45503

Monica Ortiz
6247 Cross River Drive
RIVERSIDE, CA 92509

Monica Peele
35606 Aster Dr.
Wildomar, CA 92595

Monica Toledo
3719 W 116th St
Hawthorne, CA 90250-2623

Monica Wang
3570 Torrey View Court
San Diego, CA 92130

Monica Zungali
1987 Plank Road
Carrolltown, PA 15722

Monik Vasquez
4463 Morganford Road , A
St Louis , MO 63116

Monique Arellano
949 Orchid Way
San Diego, CA 92154

Monique Carraby-Valentine
45 W Bort Street Apt 4
Long Beach, CA 90805

Monique Cepeda
2222 Glenfield Ave
Dallas, TX 75224

Monique Duvall
PO Box 43005
Tucson, AZ 85733

Monique Frisby
2455 South Sawtelle Avenue
Tucson, AZ 85713

Monique Snagg
3150 Candace Lane
Conyers, GA 30094

Montana Romo
P.O. Box 65
Black River Falls, WI 54615

Morgan Anderson
712 Wellborn Avenue
Carrabelle, FL 32322

Morgan Byrd
12633 Roy Road
Pearland, TX 77581

Morgan Penny
5114 Shenandoah St
Ventura, CA 93003

Morgan Rogge
5747 Cherry Way
Livermore, CA 94551-8697

Morpheus Esquivel
14948 Southwest Tracy Ann Court, Apartme
Beaverton, OR 97007

Morris Barfield Jr
1242 Anacostia Rd SE
Washington, DC 20019-2113

Movses Guluzian
38 Carlyle Green
Staten Island, NY 10312

Ms julie kelley
1848 elevado ave
Arcadia, CA 91006

Ms Sasha Khan
5 Copper Ridge Circle
Egg Harbor Township, NJ 8234

Ms. Z
10112 Gard Avenue
Santa Fe Springs, CA 90670-3608

Muchen Zhang
2204 S Bentley Ave, Apt 303
Los Angeles, CA 90064

Mufan Lu
355 Serrano Drive, APT 8D
San Francisco, CA 94132

Muhammed Fayaz
3109 Charing Cross
Wilmington, DE 19808

Muriel Hasso
1180 Sidonia Ct
Encinitas, CA 92024-2227

MUY CHANG
14346 Fosters Run Ln
Humble, TX 77396

Mya-Mima Arcos
9961 SW 16th ST
Miami, FL 33165

Myrisha Prince
1909 Hazelwood Avenue, Apt A
Fort Wayne, IN 46805-1393

Myrna Toldy
3440 Hollywood Boulevard, Suite 415
Hollywood, FL 33021

Na Cho
20130 26th Dr SE
Bothell, WA 98012

Na Li
1929 18th Ave NE
Issaquah, WA 98029

Na Ree Jung
11479 Sierra Ranch View Rd.
Tujunga, CA 91042

Nadine Lopez
7757 White Ginger Avenue
Las Vegas, NV 89178

Naheed Raja
4732 Wermuth Way
Woodbridge, VA 22192

Nai-Jelee Cibrian
9805 JAKE LANE APT 14309
San Diego, CA 92126

Naichee  Lewis
714 east spruce street
Rawlins , WY 82301

Nail Studio
13391 South Beach Boulevard
La Mirada, CA 90638

Nairi Serna
2659 Murray Pass
Odessa, FL 33556

Nancy Acosta
28868 94th Avenue
Marcellus, MI 49067

Nancy Catherine Beenadski
10811 FILLMORE DR
BOYNTON BEACH, FL 33437-3955

Nancy Dickall
4006 Pendleton Dr
Spring Hill, TN 37174-2765

Nancy Doherty
8611 Shauna Oaks Cir N
Jacksonville, FL 32277

Nancy Foster
901 Mark drive
Shelby, NC 28152

Nancy Hays
11275 North 99th Avenue, Unit 177
Peoria, AZ 85345

Nancy Morkovsky
7911 Woodstone Lane
Dallas, TX 75248

Nancy Williams
903 Gordons Gin
San Antonio, TX 78253

Nandranie Baichu
2012 Morris Ave
Bronx, NY 10453

Naomi Pace
293 Sickles Avenue, 2nd Floor
New Rochelle, NY 10801

Naomi Shibata
64-49 Wetherole Street, 6E
Rego Park, NY 11374

Napoleon Contreras
2720 Avenue D
Fort Worth, TX 76105

nash hren
123 East Beacon Hill Road
Ely, MN 55731

Nash Mixon
116 East Hill Drive
Madison, MS 39110

Nash Wolfram
21310 Neptune Avenue
Carson, CA 90745

Nash Wooten
3218 Little John Cir SE
Cleveland, TN 37323

Nasr Matthews
1064 Blackbird Landing Road
Townsend, DE 19734

Natalie Dickes
PO Box 1587
La Mirada, CA 90637

Natalie Garcia
232 Saddlebrook Dr
San Antonio, TX 78245

natalie mears
525 Silverberry Lane
Sugar Hill, GA 30518

Natalie Nu?±ez Lopez
14549 Sauder St.
La Puente, CA 91744

Nataly Becerril
1404 North Fayetteville Street, Trlr 19
Asheboro, NC 27203

Nataly Hernandez
165 North 200 East
Bountiful, UT 84010

Natascha Jabeguero
3697 White Ash Road
San Bernardino, CA 92407

Natasha Fortin
568 station rd
Mount holly, VT 5758

Natasha Pietila
25 Acorn Way
Kentfield, CA 94904

Nate Bond
246 Ground Dove Cir
Lehigh Acres, FL 33936

Nate Dogg
10889 Lehigh Ave, #155
Pacoima, CA 91331

Nate LaBar
129 Elizabeth Street
Noxen, PA 18636

Nate Shoffner
247 North Duke Street, Apt 8
Lancaster, PA 17602

Nathalie Cano
2601 Sarah Ave, 211
Mcallen, TX 78503

Nathalie Sciacca
52-41 69th Street
Maspeth, NY 11378

Nathaly Garcia
11311 Emelita Street, Apt 6
North Hollywood, CA 91601

Nathan Anthopoulos
605 Northeast 84th Circle
Vancouver, WA 98665

Nathan Boyd
1467 Forrester Road
Jasper, AL 35504

Nathan Butler
206 Outlaw Street
Chesapeake, VA 23320

Nathan Friend
14701 River Walk Way, 213
Woodbridge, VA 22191

Nathan Gonzalez
10506 tally ho ln
San Antonio, TX 78216-3716

Nathan Kim
11329 W 141st Terr
Overland Park, KS 66221

Nathan Kohler
23211 Green Garden Circle
Chugiak, AK 99567

Nathan Lizardo
1201 E Long Valley Dr Apt 2A
palatine, IL 60074-3347

Nathan Luong
5610 Riverstone Crossing Dr
Sugar Land , TX 77479

Nathan McClellan
7315 Saint Andrews Woods Cir, #203
Louisville, KY 40214

Nathan Ramjiawan
107 08 104 St
OZONE PARK, NY 11417

Nathan Samora
9712 Adams St
Thornton, CO 80229

Nathan Springle
1125 11th Street, Apt 4
Huntington, WV 25701

Nathan Vassiliades
4224 S SNOWCAP DR
Gilbert, AZ 85297

Nathan-Ace Jimenez
1365 Bluebird Avenue
VENTURA, CA 93003

Nathanael Anderson
112 Helen Street
Gadsden, AL 35904

Nathanael Schmidt
15130 228 th Ave SE
Monroe, WA 98272

Nathanial Hansen
455 Drager St
Ashland, OR 97520

Nathaniel Lopez
4058 Crown Shore Dr
Dallas, TX 75244

Nathaniel Munday
800 Pennsylvania Street, Apt 209
Denver, CO 80203

Nathaniel Piette
820 Brighton drive
Menasha, WI 54952

Nathaniel Santiago
3050 Park Avenue, 15A
The Bronx, NY 10451

Nathaniel Scorpio
5034 West Bullard Avenue, 217, 217
Fresno, CA 93722

Nayeli Gellibert
30 Paladino Avenue, 6b
New york city, NY 10035

Nayeli Noriega
14010 Fox Street
San Fernando, CA 91340

Nayomee Casso
2116 Jefferson Avenue
McAllen, TX 78504

Nazima Rahamat
1126 Ardsley Road
Schenectady, NY 12308

Nebraska Department of Revenue
PO Box 98923
Lincoln, NE 68509-8923

Nedra Hinchman
235 Catalina Isle Drive
Merritt Island, FL 32953

Neftali Castillo
2522 W SOUTHCROSS BLVD
SAN ANTONIO, TX 78211-1849

Neftali Vanegas
7857 W MANSFIELD PKWY , APT 9-203
LAKEWOOD, CO 80235

neil a yergeau
167 FRIENDSHIP ST
NORTH PROVIDENCE, RI 2904

neil camacho
19 langdon st, 1
boston, MA 2119

Neil Czebieniak
8611 Continental Ave
Warren, MI 48089

Neil Fragata
1168 Globe St, Apt 3
Fall River, MA 02721-7506

Neil Smith
11006 Trimble Blvd, Unit A
Fort Campbell, KY 42223

Neil V
131 Mangels Ave
San Francisco, CA 94131

Neila Sandoval
8107 Ruby Drive
Mission, TX 78574

Nellie Lowry
403 Tradewinds Dr, Apt E
Fayetteville, NC 28314

Nelson Andrades
34 cotter rd
Highland, NY 12528

Nelson Campos
2613 Wynterhall Road Southeast, A
Huntsville, AL 35803

Nelson Corcuera
2110 48th Street
North Bergen, NJ 7047

Nelson Franco
531 Longfellow Avenue
Piscataway, NJ 8854

Nelson Miranda
230 W 8th St
Pittsburg, CA 94565

Nerilyn Peahi-Ayau
4200 ?Áé Silver Dollar Avenue, Apt 5
Las Vegas, NV 89102

Nestor Bravo
14520 Manzanillo Street
Cabazon, CA 92230

Ngoc Ly
106 Faxon Road
Quincy, MA 2171

Nestor Hernandez
4703 Merced Avenue
Baldwin Park , CA 91706

Nia Martin
2918 Network Place, Apt 202B
Lutz, FL 33559

Nevina Bradley
400 Central Avenue
Wilmington, DE 19805

Nic Schreder
9120 Pearl Cotton Avenue
Las Vegas, NV 89149

New Jersey Department of Labor
PO Box 059
Trenton, NJ 08646-0059

Nicholas  Gonzalez
1645 E Cypress St.
San Dimas, CA 91773

New Jersey Division of Taxation
PO Box 999
Trenton, NJ 08646-0999

Nicholas Adamcewicz
811 SW King St
Lake City, FL 32024

New Jersey Manufacturers insurance Company
PO Box 70167
Philadelphia, PA 19176-0167

Nicholas Affinito
4 St Johns Wood
Gansevoort, NY 12831

New Mexico Taxation & Revenue
1200 South St. Francis Dr.
Santa Fe, NM 87505

Nicholas Albano
5 vista CT
bayville, NY 11709

New York Department of Taxation and Finance
PO Box 5300
Albany, NY 12205-0300

Nicholas Bailon
13324 Humphrey Dr
Austin, TX 78729

Neybi Pineda
64 Fayette Street
Lynn, MA 1902

Nicholas Begemann
207 Sarah Dr
Ashland, MO 65010

NGA YU
8736 21st Avenue
Brooklyn, NY 11214

Nicholas Bostater
9318 E Lippincott Blvd
Davison, MI 48423

Ngan Kim
5918 Turnberry Drive
Dublin, CA 94568

nicholas camperlengo
2601 Brookridge Drive
hurst, TX 76054

Nghi Lac
1135 Levick Street
Philadelphia, PA 19111

Nicholas Carmen
1028 Blue Stream Lane
Indian Trail, NC 28079

Nicholas Clapcich
678 Chestnut Street
Stirling, NJ 7980

Nicholas Coon
293 Oak Valley Drive
Longview, TX 75605

Nicholas D Wilson
1339 Glassboro Road
Woodbury Heights, NJ 8097

Nicholas Dassow
2 oak landing trl s
Douglasville, GA 30134

Nicholas Deason
571 Arbor Hollow Circle, 23-204
Memphis, TN 38018

Nicholas Diaz
153 Plantation Drive
Shelbyville, KY 40065

Nicholas Diaz Galarza
3541 Waxwing Way
Antioch, CA 94509

Nicholas Ehrman
4363 11 Mile Rd
Auburn, MI 48611

Nicholas Enders
142 sw 98th lane
Coral Springs, FL 33071

nicholas ferrara
1700 woodbury rd. apt 307
orlando, FL 32828

Nicholas Fishter
517 South Wayne Street
Lewistown, PA 17044

Nicholas Garcia
309 Heavens Way
San Antonio, TX 78260

Nicholas Herrera
4941 Bandera Street
Montclair, CA 91763

Nicholas Joniec
176 New Street
Millersville, PA 17551

Nicholas Kaprielian
10796 N Windham Bay Circle
Fresno, CA 93730

Nicholas Kowalczyk
10210 PALM GLEN DR, UNIT 77
Santee, CA 92071

Nicholas Lapuma
16512 ne 10th st
Gainesville, FL 32609

Nicholas Mangreum
7 Ross Street
Lumberton, NJ 8048

Nicholas Morgan
6680 Margarita Road
San Diego, CA 92114

Nicholas Morin
12 Whipple Avenue
Blackstone, MA 1504

Nicholas Moy
11 Charthouse Lane
Foster City, CA 94404

Nicholas Paccione
3465 Amboy Rd, Apt 1F
Staten Island, NY 10306

Nicholas Palermo
530 Huseman Ln.
Covington, LA 70435

Nicholas Rivera
40 CHESTNUT ST, n/a
AVENEL, NJ 7001

Nicholas Schlichte
1446 Chestnut Rd.
Coon Rapids, IA 50058

Nicholas Simms
2021 deer field way
harker heights, TX 76548

Nicholas Tastinger
14867 Hawksmoor Run Cir
Orlando, FL 32828-7510

nicholas valentino
1848 Danfield Drive
Norman, OK 73072

Nicholas Vasquez
1341 Rebecchi Cir
Firebaugh, CA 93622-2537

Nicholas Welliver
3007 NW Florence Ave.
Riverside, MO 64150

Nicholaus Mclane
91-1039 Keoneula Boulevard, D5
Ewa Beach, HI 96706

Nichole Thompson
4428 Kenfield Road
Columbus, OH 43224

Nick Arch
1100 West Valencia Mesa Drive
Fullerton, CA 92833

Nick Avgerinos
9914 S. Wildcat Rd
Molalla, OR 97038

Nick Beltrano
305 Archer St
Oceanside, CA 92058

NICK DUARTE
3019 DOUGLAS ST NE
WASHINGTON, DC 20018-1546

Nick Garcia
7203 Loggia Pl
Round Rock, TX 78665

Nick Guarente
2605 Willowbrook Lane, Apt # 40
Aptos, CA 95003

Nick Guerin
340 Gran Via, 1052
Irving, TX 75039

Nick Jimenez
3724 Corinne Avenue
Chalmette, LA 70043

Nick Lanni
4207 California Ave.
Norco, CA 92860

Nick Layton
14870 SW GEARHART DR
Beaverton , OR 97007

Nick Lombardi
170 Meadow Creek Dr
Florence, KY 41042-9469

Nick Lonstrup
144 Huron Dr
chatham/nj/07928, NJ 7928

Nick Moran
93 Longbeach Rd
Montgomery, IL 60538

Nick Murphy
307 Glenmoore Court
Pataskala, OH 43062

Nick Najdek
42424 SE TRUBEL RD
SANDY, OR 97055-7644

nick perros
5651 Derby Drive
helena, MT 59602

Nick Walsh
3 Florence Road
Port Jefferson Station, NY 11776

NIck Ward
2865 Valwood Cir.
Farmers Branch, TX 75234

Nicki Theodoridis
715 Glenridge Drive
Edmond, OK 73013

Nickolas Cowan
1732 Hancock Boulevard
Reading, PA 19607

Nicklas Smith
428 E MLK Blvd, 200
Chattanooga, TN 37403

Nicky Bargabos
9031 Carneros Creek Rd
Charlotte, NC 28214

Nicolas Cannaverde
10125 junction drive, 267
Annapolis Junction, MD 20701

Nicolas Castillo
13530 LONGFELLOW LN
SAN DIEGO, CA 92129-2859

Nicolas De Pinto
8440 South Dixie Highway, 303
Miami, FL 33143

Nicolas Flores
555 West 160th Street, 53
New York, NY 10032

nicole  johnson
45147 Road 792
Ansley, NE 68814

Nicole  LaPlante
110 Saint Andrew Street
Fitchburg, MA 1420

Nicole  Rogers
25110 Eshelman Avenue, 216
Lomita, CA 90717

Nicole Avery Ortiz
4 Hudson Lane
Warwick, RI 2886

Nicole Barker
118 High Street, Apt 2
Auburn, ME 4210

Nicole Boothe
8131 Mystic Chase
Boerne, TX 78015

Nicole Cabana
1242 Oak Haven Way
Antioch, CA 94531

Nicole D?ÃôArco
200 Swanton St, 232
Winchester, MA 01890-1962

Nicole Emerson
7639 11th Avenue South
Minneapolis, MN 55423

Nicole Higgins
449 BEECHWOOD AVE
FEASTERVILLE TREVOSE, PA 19053

Nicole Langreck
1969 110th Street
Ossian, IA 52161

Nicole Lanto
184 N 31st St.
San Jose, CA 95116

Nicole Laski
156 Falconer St
North Tonawanda, NY 14120

Nicole Meyer
503 Durham Ave
Hatton, ND 58240

Nicole Natanauan
14 Hawser Way
Randolph, NJ 7869

Nicole Nick-Shartrand
214 Traders Pointe Cir
Council Bluffs, IA 51501

Nicole Perez
7623 Sturgess Avenue
La Mesa, CA 91941

Nicole Perez
8625 Pioneer Blvd.
Whittier, CA 90606-2950

Nicole Telhiard
1010 Navion Drive
Mobile, AL 36695

Nicole Tellez
80 west Fullerton
Glendale Heights, IL 60139

Nicole Winje
933 Rafael Avenue North
Keizer, OR 97303

Nicolette  Garcia
111 Dover Dell St
Victoria, TX 77904

Nicolette Parmese
31 Bent Lane
Levittown, NY 11756

Nicoleus Nishi
5780 Lateral B Rd
Wapato, WA 98951

nics chits
9818 Walley Avenue
Philadelphia, PA 19115

Nihemy Henr??quez
11735 Varnell St
Houston, TX 77039

Niki Tumanyan
12271 Martha Ann Drive
Los Alamitos, CA 90720

nikki brezny
5758 South Skyline Drive
Evergreen, CO 80439

NIKKI JED CRESCINI
10 Walnut St Apt B
Wellsboro, PA 16901-1548

Nikki Morton
54 Iroquois Ave
Lake Hiawatha , NJ 7034

Nikolai Espinoza
9301 Turrentine Drive
El Paso, TX 79925

nile wallace
172 stevens st
Appomattox, VA 24522

Nina  Guzman
957 W Riggs Ave
Raymondville, TX 78580

Nina Nahmias
14274 Southwest 153rd Terrace
Miami, FL 33177

Nini Williams
21225 Evalyn Ave
Torrance, CA 90503

NJ E-Zpass
PO Box 4971
Trenton, NJ 08650

Noah Cabrera
324 South Plainfield Avenue
South Plainfield, NJ 7080

Noah Carrasco
19202 Elston Way
Estero, FL 33928

Noah Liang
48 Clydesdale Road
Scotch Plains, NJ 7076

Noah Regan
130 Abbott Street
Lawrence, MA 1843

Noah Wilkins
30429 South Readman Lane
Wilmington, IL 60481

Noam Gross
25520 Karen St
Oak Park, MI 48237

Noe  Paredes
10556 Blue Wing Road
San Antonio, TX 78223

Noe B
124 siesta rd
Carpentersville, IL 60110

Noe Gomez
322 East Adams Street
Santa Ana, CA 92707

Noel Angel
12973 Pfeifle Ave
San Jose, CA 95111

Noel Angel
12973 Pfeifle Ave.
SAN JOSE, CA 95111-3324

Noel Vermander
51426 fox hill trail
New baltimore, MI 48047

Noele Ashbarry
13752 Midland road
Poway, CA 92064

Noelia Arevalo
16631 Echo Hill Way
Hacienda heights, CA 91745

Noemi Benitez
3246 Broadway Ave, A
Huntington Park, CA 90255

Nolan Collard
2395 W. Dusty Wren Dr.
Phoenix, AZ 85085

Nolan Howard
7888 Schoolhouse Ave
Gig Harbor , WA 98335

Nolan Khai
6331 Southeast Johnson Street
Hillsboro, OR 97123

Nolan Martinez
1202 North 19th Avenue
Durant, OK 74701

NORA Algasali
8793 Sylvia Beach Ct
Las vegas, NV 89148

Norah Kellum
11528 Depew Ct
Westminster, CO 80020

Norm Hjelm
128 19th Ave SW
Olympia, WA 98501

Norma Cano
7017 Grantham Dr
Joliet, IL 60431

Norma Duez
3402 Kings Mountain Drive
Kingwood, TX 77345

North Dakota Office of the State Tax Commissi
600 E. Boulevard Ave. - Dept 127
Bismark, ND 58505-0599

Nunziata Gallo
28 Eve Lane
Levittown, NY 11756

Nyah barajas
35 Northup Avenue
Pasadena, CA 91107

Nydia Sanchez
4653 Alojar Lane
Palmdale, CA 93551

Ockchul Kim
326 Baxter Street
Kernersville, NC 27284

Octavia Sanchez
222 Gregory Drive
Winston, OR 97496

Octavio De Avila
5624 S Moody Ave
Chicago, IL 60638

Ohio Department of Taxation
PO Box 2678
Columbus, OH 43216-2678

Oklahoma Tax Commission
PO Box 26850
Oklahoma City, OK 73126-0850

Ole Olsen
11 E. front Street
SAINT JOHN, WA 99171

Ole Rodriguez
1919 Sandalwood St
Mount Vernon, WA 98273

Oleg Markin
64-10 , Madison Street
Ridgewood, NY 11385

Oliver Lopez
10312 10th Avenue Court South
Tacoma, WA 98444

Oliver Pellett
13220 97th Ave NE, Apt C301
KIRKLAND, WA 98034

Oliver So
33857 Cansler Way
Yucaipa, CA 92399

olivette FELIX
39875 La Moria Corte
Murrieta, CA 92562

Olivia DeNoyer
27 Pontiac Road
Walpole, MA 2081

Olivia Harrison
4873 Kennedy Drive
Brooklyn, OH 44144

Olivia T  Guevara
202 Circulo Silva
Rio Rico, AZ 85648

Omar Delgadillp
9220 Placid St
Manassas, VA 20110

Omar Escalona
807 West 15th Street, F
Santa Ana, CA 92706

Omar Guzman
2453 N 73RD DR
Phoenix, AZ 85035

omar perez
1720 Paveys Glen Run
Fort Wayne, IN 46804

Omar Sangid
616 Live Oak Dr.
McLean, VA 22101

Omar solomon
1406 Willshire Dr
Aberdeen, MD 21001

Omar Syed
2202 Sheridan St
Houston, TX 77030-2016

Omar Vasquez
2113 oakwood
Richmond, VA 23228

Omayra Torres
19739 N Casas Ave
Maricopa, AZ 85138

Omer Khan
49 Johnson Avenue
Teaneck, NJ 7666

ONAIZ ZINNA
2844 Forrestal Court
New Port Richey, FL 34655

Onassis Daniels
27456 Lovettsville Ln
Temecula, CA 92591

Ore Afolayan
2753 West Walnut Hill Lane, 127
Irving, TX 75038

oriana pasch
1165 Lady Campbell Drive
Colorado Springs, CO 80905

Oriana Villarreal
5901 Edmond Ave, 144, 144
Waco, TX 76710

Orlando Castaneda
411 N COVELL AVE
SIOUX FALLS, SD 57104

orlando pina
12473 correnti st
Pacoima, CA 91331

Oscar Aguirre
18314 Tahoma St SE
Monroe, WA 98272

Oscar Cumplido
8853 SPECTRUM CENTER BLVD APT 7208
SAN DIEGO, CA 92123-1470

Oscar Garza
4408 E MCMILLAN ST
COMPTON, CA 90221-1854

Oscar Leza
11201 Tenaha
El Paso, TX 79936

Oscar Manuel Acabal
1290 Potrero Ave, Apt 305
San Francisco, CA 94110

Oscar Martinez
8111 Stanford Ave, Unit 83
Garden Grove, CA 92841

Oscar mauleon
87-58 Lefferts Boulevard
Queens, NY 11418

Oscar Olazaba
4812 melita ave
fort worth, TX 76133

Oscar Ortega Mejia
2027 Hillcrest Street, 2106
Mesquite, TX 75149

Oscar Oyola
251 Copeland Avenue
Lyndhurst, NJ 7071

Oscar Pinales
4500 North Prospector Lane
Enoch, UT 84721

Oscar Preciado
6322 Corona Avenue
Bell, CA 90201

Oscar Yuen
2150 28th Avenue
San Francisco, CA 94116

Oscari Gomez
112 Northeast 36th Avenue Road
Homestead, FL 33033

Oseye Boyd
1838 Wellesley Commons
Indianapolis, IN 46219

Osmar Martinez
306 Sandra Drive
Irving, TX 75060

Osvaldo Hernandez
13838 1/2 Santa Ana ave
Fontana, CA 92337

Osvaldo LopezReyna
1302 CALDWELL ST
DALLAS, TX 75223

Osvaldo Serrano
Hc02 Box 6160
Florida, PR 650

Oswald Espinoza
585 11th street
Brooklyn, NY 11215

Ot .
2306 Sage Dr
Weslaco, TX 78596-6848

Otto Dunn
429 1st Ave N, Apt D
Algona, WA 98001

Owen Bell
1228 North Flores Street
West Hollywood, CA 90069

Owen Carlson
2837 Mariposa Avenue
Chico, CA 95973

Owen Jaekle
175 Twin Oaks Terrace
Stratford, CT 6614

Owen Simwale
2406 Dorrington Court
Modesto, CA 95350

Owen Walker
4395 Minges Road South
Battle Creek, MI 49015

Oytun Kaplan
10 Colibri
Rancho Santa Margarita, CA 92688

PA Turnpike Toll by Plate
PO Box 645631
Pittsburgh, PA 15264-5254

Pablo Ceas
189 S 9th St., 28
Brooklyn, NY 11211

Pablo Guzman
350 Lake Lane
New Oxford, PA 17350

Pablo Kingsley
19665 Indian Summer lane
Monument, CO 80132

Pablo Perez
341 FM 2436
La Grange, TX 78945

Pabloin PRIETO
12883 MESA VIEW DRIVE
Victorville, CA 92392-0483

Paige  Manini
900 Mulberry Street, 2498 The DeNaples C
Scranton, PA 18510

Paige Mertens
3035 Mineral Springs Blvd
Oconomowoc, WI 53066

Paige Miller
2154 Alice Ave 202
Oxon Hill, MD 20745

Pam Catalano
18754 Crystal Creek Drive
Mokena, IL 60448

Pam Mchale
5396 S 300 W
Ogden, UT 84405

Pam Morlan
32 Liege Place
Westerville, OH 43081

Pam Smith
11 Joseph Ave
Lebanon, PA 17042

Pamela Aquino
3729 Branson Dr
San Mateo, CA 94403

Pamela Clarke
334 Pulaski Avenue
Staten Island, NY 10303

Pamela Lucado
448 West Malvern Avenue
Fullerton, CA 92832

Pamela Ruiz
308 churchill drive apt 1
richmond, KY 40475-3265

Pamela Schwartz
320 East 83rd Street, 2D
New York, NY 10028

Pamela Summers
106 Pinegrove CT
Jacksonville, NC 28546

Pandi Reding
7405 28th st
White city, OR 97503

Pang Leung
824 tegner dr
monterey park, CA 91755

Paola Bernal
123 Summer Lane
Mechanicsburg, PA 17050

Paola Chavez
12600 Oneal Road
Wake Forest, NC 27587

Parker  Nowak
38221 Ladywood Court
Livonia, MI 48154

Parker Bonner
1 University Park Dr
Nashville, TN 37204

Parker Cark
974 Wolf Creek Dr
Longmont, CO 80504

Parker Franks
4138 Morley Circle
Colorado Springs, CO 80916

Parker Hall
10 South Green Street
Larkspur, CA 94939

Parker Johnson
2401 Narvik Court
Henrico, VA 23233

Parker Layne
4701 OAKTON WAY
GREENWOOD, IN 46143

Parker Lukjanovs
3014 Iris Ave
Edinburg, TX 78539

Parker Robertson
607 SW Murray Rd
Lee?Âôs Summit, MO 64081

Pasquale Grasso
949 Sycamore Drive
Denver, PA 17517

Pat Anbe
94-510 Hoohele Place
Waipahu, HI 96797

pat french
2505 West 88th Street
Leawood, KS 66206

Pat ODell
6803 NE Berwick Drive
Ankeny, IA 50021

Patencio Development, LLC.
4770 Eureka Ave. - Ste 2137
Yorba Linda, CA 92885

Pathion Collins
307 Raven Dr.
Temple, TX 76502

Patiphat Wongtouwan
4660 N River Rd, 89
oceanside, CA 92057

PATRICIA  MEZA
2604 NW 81st street
Lawton, OK 73505

Patricia  Woods
1825 Parker Road Southeast
Conyers, GA 30094

Patricia Balleser
1940 Bluff Knoll Ct
North Las Vegas, NV 89084-2080

Patricia Chischilly
PO BOX 1953, 6 Shundiin Drive
Crownpoint , NM 87313

Patricia DeChant
4200 Staatz Dr.
Youngstown, OH 44511

Patricia Johnson
2472 Greenvale Rd
Cleveland, OH 44121

Patrick Alza
254 East Kirkwall Road
Azusa, CA 91702

Patrick Belcher
529 Sage Valley Dr.
Richardson, TX 75080

Patrick Corrigan
5111 Goethe Ave
Saint Louis, MO 63109

Patrick Eldon
12272 Blue Pacific Drive
Riverview, FL 33579

Patrick Gerard
2400 Barrett Creek Blvd, Apt 203
Marietta, GA 30066

Patrick Ho
4808 Cheryl Avenue
Glendale, CA 91214

Patrick Keens
116 W 90th St
Kansas City, MO 64114-3613

Patrick Lahr
764 1st Avenue
Lansford, ND 58750

Patrick Lait
815 Main Street, 207
El Segundo, CA 90245

Patrick Liu
6399 Christie Avenue, Apt 442
Emeryville, CA 94608

Patrick Lo
8473 Tambor Way
Elk Grove, CA 95758

Patrick Manion
1170 Stonegate Road
Algonquin, IL 60102

Patrick McGovern
208 Daisy Ln
Carmel, NY 10512

Patrick Nguyen
4703 del mar trail
san antonio, TX 78251

Patrick OConnell
17760 Grama Ridge
Colorado Springs, CO 80908

Patrick Pederneira
181 Center Street
Ludlow, MA 1056

Patrick Quinn
2334 Mountain View Rd
Powhatan, VA 23139

Patrick Rust
222 N Maple St
Chadron, NE 69337

Patrick Su
6170 West Bennington Drive
Fresno, CA 93722

patrick Walenty
12458 Kent Drive
Sterling Heights, MI 48312

Patrick Williams
809 Carey Drive
DeSoto, TX 75115

Patrick Wright
218 Highland View Drive
Knoxville, TN 37920

Patrick Wu
15723 V??a Sorrento
San Lorenzo, CA 94580

Patti Andrews
112535 South 4712 Road
Muldrow, OK 74948

Patton Gilbert
975 Green St. Circle
Gainesville, GA 30501

Pattrawut Phochana
16100, Gledhill St.
North Hills, CA 91343

Patty Saint
210 Kelly Ave
Parlier, CA 93648

Paul Almeda
15210 Sherman Way, #16
Van Nuys, CA 91405

Paul Amelio
11137 South Spaulding Avenue
Chicago, IL 60655

Paul Cannella
1587 LOWER SOUTH MAIN STREET
BANGOR, PA 18013

PAUL CHIU
780 WEST END AVE, 11D
NEW YORK, NY 10025

Paul Cieslewicz
8070 W Russell Rd Unit 1057
Las Vegas, NV 89113

Paul Daley
15307 Wilderness Ridge Rd NW
Prior Lake, MN 55372

Paul Denetdeale
2575 w Gregory st
Apache Junction , AZ 85120

Paul DeVivo
51 South Spring Lane
Phoenixville, PA 19460

Paul DeVos
4755 Gateway Lane
Flowery Branch, GA 30542

Paul Fernandez
9 Summit Street, 803
Newark, NJ 7103

Paul Flamburis
59 Birch Road
Westford, MA 1886

Paul Hallbrook
1335 SW Huntington Ave
Portland , OR 97225

Paul Joseph Dizon
17406 93rd Ave. E
Puyallup, WA 98375

Paul Martinez
4429 Mount Lindsey Avenue
San Diego, CA 92117

Paul McClain
1521 West 17th Street
PORTALES, NM 88130

Paul Nicotera
1803 Twining Road
Willow Grove, PA 19090

Paul Nowicki
802 6TH ST APT 1
BOWLING GREEN, OH 43402

Paul Robson
11311 E. Chestnut Drive
Chandler, AZ 85249

Paul S
11 Tanglewood Ct, Apt 22
West Warwick, RI 2893

paul salgado
12209 midtowne dr
bakersfield, CA 93312

Paul Turner
104 Newberry Ct
Knob Noster, MO 65336

Paul Tuscano
14 Patton Drive
South Hamilton, MA 1982

Paul Wright
3102 SW 152nd PL
Miami, FL 33185-5653

Paula  Cochran
1126 Birkdale drive
Mebane, NC 27302

Paula Cosgrove
367 Arbor Falls Drive
Wadsworth, OH 44281

Paula Kirwin
8917 Mapleview Avenue
Henrico, VA 23294

PAULA PETERS
5022 S 150th Plz
Omaha, NE 68137-1408

Paula Spicer
2400 N SMITH RD
EATON RAPIDS, MI 48827

Paula Stevens
198 Fairpark Drive
Berea, OH 44017

Pauline Gonalez
4038 Abilene Street
Dallas, TX 75212

Paulo Avalos
3969 Big Cloud Way
Antelope, CA 95843

Paxton Schiermeyer
5121 Glenwood Avenue
La Crescenta-Montrose, CA 91214

Payia Lee
3821 Elm Street
Sacramento, CA 95838

Payton Neil
2514 Jasmine Trace Drive
Kissimmee, FL 34758

Payton Terry
155 West 1st Avenue
Crestview, FL 32536

Pe Ti
95-24 76th Street
Queens, NY 11416

Peach Hulett
394 S 15th St
Saint Helens, OR 97051

Pearl Davis
1824 SW Prairie Road
Topeka, KS 66604

Pedro Angulo
11037 Blackburn Cove Ln
Manassas, VA 20109

Pedro Carlevarino
150-01 78th Avenue
Queens, NY 11367

Pedro Castanon
1207 Taylor Ave
Halethorpe, MD 21227-1424

Pedro Duarte
2294 Menalto Ave
East Palo Alto, CA 94303-1428

Pedro Jimenez
2225 Roosevelt Street, Unit 2
Brownsville, TX 78521

Pedro Ramos
601 North 9th Street
Lamar, CO 81052

Peggy Yang
9115 Aubrac Lane
Charlotte, NC 28213

Pengfei Li
42-42 colden st, aptE4
flushing, NY 11355

Pennsylvania Department of Revenue
PO Box 280404
Harrisburg, PA 17128-0431

percy williams
5528 Bridgeway Dr
Greensboro, NC 27406

Perry Johnson
1610 Winter Pass Trl
Arlington, TX 76002

Peter Aponte
31 Butterfly Ln
West Henrietta, NY 14586-9316

Peter Brown
8314 Greenleaf Lake Drive
Houston, TX 77095

Peter Carey
86 Erasmus St Apt 1A
Brooklyn, NY 11226-4054

Peter Chan
295 Princeton Hightstown Road, Unit 11-3
West Windsor, NJ 8550

peter chang
951 V St NE
Washington DC, DC 20018

Peter Di Teresa
5219 S Blackstone Ave
Chicago, IL 60615

Peter Dillon
1058 Fairmount Avenue
Saint Paul, MN 55105

Peter Dzubay
304 Jacob Road
Southbury, CT 6488

Peter Jesse
601 Avenida Cuarta, Apt 306
Clermont, FL 34714-6576

Peter Kuchta
2053 West Augusta Boulevard
Chicago, IL 60622

Peter Newbury
1879 Tamarack Lane
Columbia Falls, MT 59912

PETER NGUYEN
7501 VANTAGE AVE
NORTH HOLLYWOOD, CA 91605

Peter Nhan
7962 Cresentdale Way
Sacramento, CA 95823

Peter Oltean
1181 Los Molinos Way
Sacramento, CA 95864

Peter Perez
12114 Magazine Street, #3302
Orlando, FL 32828

Peter Tokar
5900 S Lake Forest Dr Ste 110, Ste 100
McKinney, TX 75070-2194

Peter Truong
1415 Eldridge Pkwy, Apt 232
Houston, TX 77077-1636

Peter Vu
2656 Balboa Vista Drive
San Diego, CA 92105

Peyton Knight
3 Jefferson Street
West Warwick, RI 2893

phetsada, Justin
3132 179th Street Southeast
Bothell, WA 98012

Philbert Loekman
19903 Tennessee Trail
Walnut, CA 91789

philip aja
393 Wallis Street
Pasadena, CA 91106

Philip Campbell Jr.
62 East Stephen Drive
Newark, DE 19713

Philip Talley
14818 Distaff rd
Midlothian, VA 23112

Philip Vaccaro
51 S Rambling Ridge Place
Conroe , TX 77385

Philipp Renard
571 N Verde Ave
Rialto, CA 92376

Phillip Bledsoe
152 ohio st.
Barnsville, OH 43713

Phillip Coonce
5312 NE 43rd Terrace
Kansas City, MO 64117

Phillip Fung
65 Linden Ln
Temple City, CA 91780

Phillip Gladstone
12846 SE 40th ln #11
Bellevue, WA 98006

Phillip Kunzig
31033 Buttonwood Drive
Lewes, DE 19958

Phillip Martins
1432 Maryland Avenue
Severn, MD 21144

Phillip Morgan
15838 Country Trail
Tomball, TX 77377

Phillip Moss
4 Jeffrey Manor Rd.
Oakdale, CT 6370

Phillip Phan
5808 Laguna Seca Way
San Jose, CA 95123-3245

phillip stamper
1713 robin lane
garland, TX 75240

Phillip Starnes
12807 Bridge Cedar
Helotes, TX 78023

Phillip Wheatley
74 N 775 E
Tremomton , UT 84337

Phillip White
9321 s woodlawn
chicago, IL 60619

Phillipe Santos
32-06 47th Street, Apt 5C
Astoria, NY 11103

Phoebe O
1622 SE 71st Ave
Portland, OR 97215

Phoeberly Ungos
91-1025 Manakuke St., Apartment B
Ewa Beach, HI 96706

Phonesy Saengphachanh
3632 Beresford Dr.
Modesto, CA 95357

Phong Pham
597 Commercial Street
Braintree, MA 2184

Phu Huynh
233 Bellam Blvd
San Rafael, CA 94901

Phuc Nguyen
6918 Belleglade Dr
Dayton, OH 45424

Phuc Nguyen
8120 Power Inn Rd, , Apt 113
Sacramento, CA 95828

Phuoc Doan
500 13th Avenue East, apt 205
Seattle, WA 98102

Phuong Mai
34338 Sandburg Drive
Union City, CA 94587

Piankhi Zimmerman
904 Whitehall Street
Silver Spring, MD 20901

Piero Lopez Rodriguez-Gaona
35 Gallagher Lane
Wharton, NJ 7885

Pierre Demassey
13 Bisbee Dr
Burlington, NJ 8016

Pierre Pelen
3536 53rd Ave NE Tacoma, 3536 53rd Ave N
Tacoma, WA 98422

Ping Somsack
13204 Wat Rd
Fort Worth, TX 76244

Pinto
95 US Highway 46 West
Lodi, NJ 07644

Piper Sullentrup
463 Basswood Drive
Leslie, MO 63056

Pratsanee Galluzzo
7202 Nocona Drive
Abilene, TX 79602

Preston Dupriest
10965 West 192nd Place
Spring Hill, KS 66225

Preston Owens
239 Three Bridge Road
Monroeville, NJ 08343-1880

Preston Tingley
659 Ruby Drive
Vacaville, CA 95687

Preston Ward
4283 Treat Blvd.
Concord, CA 94521

Pricila Ortega
9602 Marlive Lane, Apt 3
Houston, TX 77025

Prime Packaging Corp.
1290 Metropolitan Ave.
Brooklyn, NY 11237

Priscilla  Hamilton
1224 Long Branch Road
Marble, NC 28905

Priscilla  Miranda
7943 La Merced Road
Rosemead, CA 91770

Proimsa Jose Munoz
2834 NW 72ND AVE
Miami, FL 33122

PSE&G Co.
PO Box 14444
New Brunswick, NJ 08906-444

Qiangqiang Hu
3708 Sara dr
Torrance, CA 90503

qinglu he
5116 C Sereno Dr , 5116 C
Temple City, CA 91780

Quan Vo
11859 Goodale Ave
Fountain Valley, CA 92708

Quang Tran
147 Barry Oak Road
Statesville, NC 28625

Queen McNeill
1023 Brandon Rd.
Durham, NC 27713

Queenaly Tran
10542 SE Market St
Portland, OR 97216

Quentin  Welch
6210 Twin Springs Boulevard
Cedar Hill, MO 63016

Quezada Deloryn
86 Wadsworth Avenue, 5
New York, NY 10033

R H
300 old batson rd
Taylors, SC 29687

Rachael Adams
951 S Frost Dr
Saginaw, MI 48638

Rachael mehaffey
PO box 1099
Hinesville, GA 31310

Rachel  Whittle
9832 Ga Highway 112
Danville , GA 31017

Rachel Ardry
200 N Cayce Lane
columbia, TN 38401

Rachel Bailey
66 Long Branch Rd
Lawrenceburg, TN 38464

Rachel Bang
12692 Shorewood Dr SW
Burien, WA 98146

Rachel Bellaire
125 Coal Street
McDonald, PA 15057

Rachel Caldwell
70 Pine View Blvd
Russellville, AL 35654

Rachel charlie dixon Dixon
15 Belleview Terrace
Cromwell, CT 6416

Rachel Chitswara
86 karin dr
Mountain Top, PA 18707

Rachel Colwell
11800 Sunset Hills Road, 714
Reston, VA 20190

Rachel Cullar
4855 Tawny Court
Oakley, CA 94561

Rachel Golden
8610 Anglers Pointe Drive
Temple Terrace, FL 33637

Rachel Grant
38 Laurel Hill Road
McDonald, PA 15057

Rachel Helling
308 Willow Street, Apt 7
Somerset, WI 54025

Rachel Hensberger
29 Ruxview Ct, Apt 101
Towson, MD 21204

Rachel Kurtz
2002 Noss Rd
York, PA 17408-8843

Rachel Kuzara
11640 Alderhill Terrace
San Diego, CA 92131

Rachel LaBerge
32471 Wisconsin Street
Livonia, MI 48150

Rachel Lamancusa
4284 Kerrybrook Avenue
Youngstown, OH 44511

Rachel Melfi
3 Amen Corner Court
Mansfield, TX 76063

Rachel Pollard
1423 W St James Pl
Arlington Hts, IL 60005

Rachel Reith
6521 Vine Street, Apt 22
Lincoln, NE 68505

Rachel Rodil
178 REYNOLDSON RD
Gates, NC 27937

Rachel Stokes
1971 WEBSTER AVE, APT 1B
BRONX, NY 10457

Rachel Treadway
27 Lyncliff Drive
Oswego, IL 60543

Rachelle Hahn
11745A SE Ankeny St
Portland, OR 97216-3711

Radito Orodio
48 Madoline St
Pittsburg, CA 94565

Radostin Draganov
175 Cemetery Rd
Buxton, ME 4093

Radwan Abdalla
1077 Ramsey Street
Shakopee, MN 55379

Rae Tan
53 Turning Mill Road
Lexington, MA 2420

Rae Valdez
6769 Miramar Parkway
Miramar, FL 33023

Raed Moukarem
13030 North Hunters Circle
San Antonio, TX 78230

Raelenn Muldrow
9231 South 91st East Avenue
Tulsa, OK 74133

Raeshawn Spence
110 Broad Street, 303
Newark, NJ 7104

Rafael Barbosa
912 Juniper Place
Alexandria, VA 22304

rafael garcia
441 Venezian Court
Roseville, CA 95661

Rafael Hernandez Jr
23842 Alicia Parkway, 243
Mission Viejo, CA 92691

Rafael Rivera
1040 Riker St, 24
Salinas, CA 93901

Rafael Rivera
16735 la cantera parkway, 17206
SAN ANTONIO, TX 78256

Rafael rosario
1817 Eastgate Loop, 102
Ferndale, WA 98248

Rafael Sanchez
4373 Avondale Ave
Las Vegas, NV 89121

Rafael Vera
325 N Jefferson St
Whitewater, WI 53190-1423

Rafaela Ortiz
267 Elberon Avenue
Paterson, NJ 7502

Rafaella Bressan
135 Sterling Pine Street, SUITE 042037
Sanford, FL 32773

Raiann Maas
1026 Beagle Club Road
Underwood, IN 47177

Rain Whelan
206 Drexel Dr
Bel Air, MD 21014

Rain Wood
1402, 195th Pl SW
Lynnwood, WA 98036

Raina Chalkley
8895 Daer Water Drive
Winston, GA 30187

Raissa Serna
6652 Hunting Path Rd
Haymarket, VA 20169

Ralfy Sanchez
146 73rd Street, 1
North Bergen, NJ 7047

Ralph Gilson
8880 Surrey Lane
Plain City, OH 43064

Ralph Jacob
554 Blenheim Road
Columbus, OH 43214

Ramesh Sharma
1625 brighton dr
Mundelien, IL 60060

Ramirez Armstrong
838 Greens Road , Apt 159
Houston , TX 77060

ramiro benavidez
918 Francais Dr
Shreveport, LA 71118

Ramiro Diaz
6188 Catlett Road
Bealeton, VA 22712

Ramiro Gallardo
37916 28TH ST E
Palmdale, CA 93550

Ramon Abreu
141 Twin Lakes Dr
Vine Grove, KY 40175

Ramon Escobedo
161 w hanford armona rd , ste j #167
Lemoore, CA 93245

Ramon Gomez
11578 Northwest 84th Street
Doral, FL 33178

Ramona Jorgenson
2210 Black Oak Drive
Minnetonka, MN 55305

Ramsha Fatima
545 Mission Pl
Danville, CA 94526

Ramyiah Starks
98Forest mill trl
Mansfield, TX 76063

Ramzi  Bivens
4089 Edgewater Court
Lewis Center, OH 43035

Rand Ratinac
10 Hollis Ave, 2
Denistone East, WI 2112

Randal Eaton
973 Cascades Park Trail
DeLand, FL 32720

Randal Wilson
22515 W. 56th St.
Shawnee, KS 66226-7940

Randall Blum
28769 School House Road
Columbus, NJ 8022

Randall Jacob Galzote
941177 Meleinoa Place, Apt 25D
Waipio, HI 96797

Randall Kemp
492 Connemara trl
Evans, GA 30809

Randall Oldaker
259 Leaksville Court
Luray, VA 22835

Randall Vasquez
13580 Nw 4th ST, 107
Pembroke Pines, FL 33028

Randee Chavez
6787 Cole Ave, Apt 129
Highland, CA 92346

Randy Gerzog
8697 93rd ave
seminole, FL 33777

Randy Nwigwe
1808 SE Genaro Ter
Port St Lucie, FL 34952-6641

Randy Runge
8418 E Bull Pine Ln
Spokane, WA 99217

Randy White
1410 West Wanda
Milwaukee, WI 53221

Randy White
6057 Linden Avenue, Long Beach, CA, USA,
Long Beach, CA 90805

Ranya Tawfik
13526 Parkfield Way
Winter Garden, FL 34787

Raphael D'Sa
614 E. Vista Del Cerro Dr.
Tempe, AZ 85281

Raphael Landicho
12643 Bellflower Lane
Moreno Valley, CA 92555

Raphael Monte
5532 S Monitor Ave
Chicago, IL 60638-2720

Raquel Antona
3735 Goldfinch Terrace
Fremont, CA 94555

Raquel Montano
302 Atrisco Drive Northwest
Albuquerque, NM 87105

rashan hayes
122 Plane Street
boonton, NJ 7005

Raul  Flores Jr.
2220 Mortimer St.
Huntington Park , CA 90255

Raul Esparza
419 North Everton Street
Houston, TX 77003

Raul Laitano
623 Withee Street
Bakersfield, CA 93307

Raul Lopez
18905 Smoothstone Way, Apt 6
Montgomery Village, MD 20886

Raul Rodriguez
126 Westlake dr
San Antonio, TX 78227

Raul Rodriguez
2910 San Diego Drive
Dallas, TX 75228

Raul Saenz
1605 Ocean Beach Road
Hoquiam, WA 98550

RAVEN AYERS
12424 JONES GAP RD
SODDY DAISY, TN 37379

Raven Brown
8100 Runaway Bay Dr, S
Charlotte, NC 28212

Raven Mills
926 chip cove lane
Knoxville, TN 37938

Raven Penwell
73 Barrett Street, Apt 5153
Northampton, MA 1060

Ray Archuletta
3553 Nonchalant Circle East
Colorado Springs, CO 80917

Ray Lump
1957 Universal Ave
San Bernardino, CA 92407

Ray Rosales
545 W Hamilton St
Costa Mesa, CA 92627-2664

Raychel  Villegas
9790 Proud Clarion Street
Las Vegad , NV 89178

Raylyn Corea
15719 Eucalyptus Ave, Apt 21
Bellflower, CA 90706

Raylynn Ramirez
6351 Pacific Sky Street
North Las Vegas, NV 89081

Raymond Bottaro
2214 Halter Drive
Woodburn, OR 97071

Raymond Chojnacki
2101 Fairland Street
Pittsburgh, PA 15210

Raymond Gardea-Palato
1944 Miramar Street
Pomona, CA 91767

Raymond J Hill
11825 SW 11th St.
Beaverton, OR 97005

Raymond Phu
3 Amboy St
Allston, MA 2134

Raymond Rollings Jr
2870 New York 9D
Wappingers Falls, NY 12590

Raymond Wang
136 102nd Ave SE, Apt 406
Bellevue, WA 98004

Raymund Bucog
7555 Mission Street, Unit 312
Daly City, CA 94014

Rayna Hawes
1287 Springwood Lane, 105 B
Fairborn, OH 45324

Razanne  Farshoukh
2111 Warfield Avenue, APT B
Redondo Beach, CA 90278

ReAnne Marden
110 E Clarendon Dr
ROUND LAKE BEACH, IL 60073

Rebecca  Torres-Flores
10914 Addison Street Southwest, Apt 5
Lakewood, WA 98499

Rebecca Clark
2934 E Little Creek Rd
Norfolk, VA 23518

Rebecca Covos
240 South Chrisalta Way
Anaheim, CA 92807

Rebecca Creager
3809 Ivy Avenue
Knoxville, TN 37914

Rebecca Dorneden
9833 Vine St
Thornton, CO 80229-2489

rebecca hamrick
4000 Elkin Ridge Dr, B
Greenville, NC 27858

Rebecca Jenkins
7851 Northwest Roanridge Road, D
Kansas City, MO 64151

Rebecca Kiefer
7001 North Yates Road
Fox Point, WI 53217

Rebecca Larrick
5930 Desiree Court
Citrus Heights, CA 95621

Rebecca Owens
1309 Wilkshire Circle Southwest
North Canton, OH 44720

Rebecca Picinich
21 RIDGE ROAD
Rutherford, NJ 7070

Rebecca Randles
5455 Norma Ave SE
Salem, OR 97306

Rebecca Romero
1230 Arrow Wood Drive
BREA, CA 92821

Rebecca Sorenson
325 Garfield
Huntington, IN 46750

Rebecca Stoltenberg
16259 Windsor Creek Drive
Monument, CO 80132

Rebecca Thompson
8200 Venice Avenue Northeast
Albuquerque, NM 87122

REEVES, GREGORY SCOTT
188 Pheasant Hill Cir
Cotuit, MA 2635

Regan Benbow
808 Benton Dr apt 12
Iowa City, IA 52246

REGINA AVERY
1681 YORKTOWNE BLVD
TOMS RIVER, NJ 8753

Regina Ewing
1130 Wilder Avenue, Apt. 902
Honolulu, HI 96822

Regina Guan
1706 Avenue X
Brooklyn, NY 11235

Regina mayberry
317 Deauville Dr
MONROEVILLE, PA 15146

Reginald  Lowe
1419 Myrtle Avenue
Plainfield, NJ 7063

Reginald Craig Jr.
4622,Merrick, St
Dearborn Heights, MI 48125

reginald Francia
578 Almaden Walk Loop
San Jose, CA 95125

Reginald lowe
1419 Myrtle ave
Plainfield, NJ 7063

Regis Sims
2248 Barrington Ct
Auburn, AL 36830

rehman mansoor
533 Eisenhower LN
LAVON, TX 75166

Remi Gill
57 Nishuane Rd
Montclair, NJ 7042

Remy Foster
11056A Bennett Ln
Fort Campbell, KY 42223

Ren Norwood
204 South Spain Street
Darlington, SC 29532

Renato Dulay
13502 Greenbrier Avenue
Bellflower, CA 90706

renato marrero
8845 sw 99 st
miami, FL 33176

Rene Lara
215 W Locust St
Ontario, CA 91762

RENE QUIROGA
13715 Naples Park Ln
Houston, TX 77070

Renee Craig
2805 Briarwood Dr
Horn Lake, MS 38637

Renee Miller
631 Pen Argyl St, Apt 2
Pen Argyl, PA 18072

Renee Tipton-Netherton
2817 Vale Drive
Kettering, OH 45420

RENEMEL M DECENA
4108 Hayfield Way
Prospect, KY 40059

Renita Ransom
846 Kimberly Drive
American Canyon, CA 94503

Rennie LeDuc
50 Hickory Dr
Maplewood, NJ 7040

Renwei Cheng
21544 Kouros, Ct.
Ashburn, VA 20147

Reuben Federico
1605 griffin st
Oceanside, CA 92054

Reyes, Tiffany
2021 tiehack lane
Garland, TX 75044

Reyli Vergara
4987 Milano Way
Martinez, CA 94553

Reyna  Rivera
65 North Chestnut Street, 3
Beacon, NY 12508

REYNA RAMIREZ
5110 SW SCHOLLS FERRY RD, APT D-205
PORTLAND, OR 97225

Reynaldo Morales, Jr.
4926 Antioch Loop
Union City, CA 94587

Reynaldo Pena
2178 state route 94
Salisbury mills, NY 12577

Rhett Gedies
38824 Place Rd
Fall Creek, OR 97438

Rhett Nenzoski
176 Roosevelt Ave
Elyria, OH 44035

rhey paguio
26517 Danti Court
Hayward, CA 94545

Rhianna Brown
810 chance ave
silsbee, TX 77656

Rhonda Dean
11976 Greymont Boulevard
Moundville, AL 35474

Rhonda Ricks
219 Mt. Vernon Ave.
City of Orange, NJ 7050

Rhonda Willey
5544 Forest Grove Road
Parsonsburg, MD 21849

Rhys Pollock
376 Simon's Ave
Hackensack, NJ 7601

Rian Zenner
2510 SE 47th Ave
Portland, OR 97206

Ric Walz-Smith
174 Anchor Dr.
Bay Point, CA 94565

Ricardo  Chaparro
4507 N 71st Ave
Phoenix , AZ 85033

RICARDO ACEVES
5208 S MOBILE AVE
CHICAGO, IL 60638

Ricardo Bautista
1557 Lombardy Street
Houston, TX 77023

Ricardo Betancourt
12878 Mulberry Drive
Denham Springs, LA 70726

Ricardo Castillo
1350 oakland road, spc #5
San Jose, CA 95112

Ricardo Contreras
1439 North Rohde Avenue
Berkeley, IL 60163

Ricardo Cruz
13547 Indiana Avenue
Corona, CA 92879

Ricardo Duenas
42965 River Bend Dr
Plymouth, MI 48170

Ricardo Gonzalez
3226 47th st
Astoria, NY 11103

Ricardo Grayson
5519 Sparkle Stone Crescent
Fitchburg, WI 53711

Ricardo Lacedelli Jr
3308 swan str
Haltom, TX 76117

Ricardo Monasterio
960 Mockingbird Ln., Apt. 621
Plantation, FL 33324

Ricardo Navarro
950 Howe Ave Apt 41
Sacramento, CA 95825

Ricardo Padilla
3174 South 24th Street
Milwaukee, WI 53215

Ricardo Pena
1250 ADAMS AVE, APT M103
COSTA MESA, CA 92626

Ricardo Rincon
5034 LONGHORN TRL
Garland, TX 75043

Ricardo Rodriguez
1707 Stone Field Lane
Laredo, TX 78045

Ricardo Tijerina
5810 Oakwood Drive, Unit 3F
Lisle, IL 60532

Ricardo Vazquez
8868 pico vista rd
Pico Rivera, CA 90660

Rich Schultz
1601 East 300th Street
Wickliffe, OH 44092

Rich Sutor
86 Seton Creek Dr
Oswego, IL 60543

Richard  Robles
122 Stern Ct
Tooele, UT 84074

Richard Andrade
16782 N Gull Dr
CONROE, TX 77385

Richard Bardy
171 Exeter Street,
Highland Park, NJ 8904

Richard Bermudez
4305 claridge st
philadelphia, PA 19124

Richard Dishman
6639 S Sangamon St 1
Chicago, IL 60621-1823

Richard Edminson
842 E 30th St
Tucson, AZ 85713

Richard Filsinger
76-37 266th Street
Queens, NY 11040

Richard Gonzalez
1856 Lafayette Avenue, Apt.6B
Bronx, NY 10473

Richard Gruber
4271 Balcony Breeze Dr
LAND O LAKES, FL 34638

Richard Hadden
472 Amherst St, Unit 7345020
Nashua, NH 3063

Richard Hurtado
16703 S. Cuzco Ave.
Compton, CA 90221

Richard Hutnik
187 N Broad St
Nazareth, PA 18064

Richard Jewell
4128 Franklin Rd
Pittsburgh, PA 15214

Richard Landaverde
1315 West 41st Street
Los Angeles, CA 90037

Richard Lanyi
969 S Monarch Rd
San Ramon, CA 94582

Richard Lau
10470 Foothill Blvd, STE 126
Rancho Cucamonga, CA 91730

Richard Lau
2664 Lucena Dr
San Jose, CA 95132

Richard Licudine
General Delivery
Chula Vista, CA 91910

Richard Nguyen
345 Arco Ct
San Jose, CA 95123-2001

Richard O'Brien Jr
9167 Avis Street
Detroit, MI 48209

richard parese
3240 Terkelson Ave
Palm Bay, FL 32909-7541

Richard PEREZ
3481 East 3rd Avenue
HIALEAH, FL 33013-2614

Richard Ray
2670 rudeen close, Apt 5
Rockford, IL 61108

Richard Robertson
1807 WOODPOINTE DR
Winter Haven, FL 33884

Richard Roman
HH2 calle D Luquillo Mar
Luquillo, PR 773

Richard Rose
3220 Dove Hollow
Norman, OK 73072

richard rutkowski
6200 E Sam Houston Pkwy N Apt, Apt 10110
Houston, TX 77049-7295

Richard S  Azucena
6705 Hayvenhurst Avenue
Los Angeles, CA 91406

RICHARD SIEG
10332 W MICHIGAN AVE
SALINE, MI 48176

Richard Tiffer
29396 Alamitos Drive
Menifee, CA 92585

Richard Vargas
7415 Sideview drive
Pico Rivera, CA 90660

Richard Wion
516 Carver Street Northwest
Massillon, OH 44647

Richard Yoshimi
7001 W Parker Rd, APT #334
Plano, TX 75093

Rick Cruz
9815 52nd Place
College Park, MD 20740

Rick Hunter
1046 Eleven Bridges Road
Cuthbert, GA 39840

Rick Phillips
1124 Marguerite Avenue
Bremerton, WA 98337

Rick Pomer
4 Raritan Road
Hazlet, NJ 7730

Rick Romanelli
3055 newton drive
Pensacola, FL 32503

Rick Wang
304 Kimblewick Drive
Silver Spring , MD 20904

Rickki Davis
249 Ramona St
Pittsburg, CA 94565

Ricky  DIAZ
NA 4643 Startrain Dr
Las Vegas, NV 89031

Ricky Carter
4680 Goldrock Dr
Fort Worth, TX 76137

Ricky Figueroa
245 Eller Dr
Corning, CA 96021

Ricky Mak
700 S. Abel St., #324
Milpitas, CA 95035

Ricky Urrutia
16011 Butterfield Ranch Rd, 328
Chino Hills, CA 91709

Rigoberto Olmedo
9304 IRONHORSE LN
GAITHERSBURG, MD 20886

Riki Kujanpaa
703 Penn Avenue Northeast
Atlanta, GA 30308

Rikki Mohrbacher
420 Jackson Street
Rochester, PA 15074

Riley Branch
4053 E Commanche St
EAGLE MOUNTAIN, UT 84005

riley hernandez
9960 Via Montara
Moreno Valley, CA 92557

Riley Karst
226 S Riley St
Kendallville, IN 46755

Riley Mcconnell
616 Stevenson Street, 616 Stevenson st
Sayre, PA 18840

Riley Payne
3057 Heritage Rd. NE
Milledgeville, GA 31061

Riley Schwartztrauber
4443 Saint Paul Ave
Lincoln, NE 68504

Riley Schwartztrauber
4443 Saint Paul Avenue
Lincoln, NE 68504

Riley Stratford
44320 4th Street East
Lancaster, CA 93535

Rina Hizon
949 Coventry Way
Milpitas, CA 95035-3591

Rinkwan Saarddee
8571 DIAMOND OAK WAY
ELK GROVE, CA 95624

Rita Taylor
9055 Cattaraugus Ave
Los Angeles, CA 90034

Rob  Arluck
67-50 Thornton Place Apt 6F
Forest Hills , NY 11375

Rob Smith
1308 DEAN ST
SAINT CHARLES, IL 60174

Robbi Garcia
14720 Perthshire Road, Unit a
Houston, TX 77079

Robbie Hart
5215 walla walla lane
Yakima, WA 98903

Robbie Perez
140 James Court
South San Francisco, CA 94080

Robby Gann
152 Old Dandridge Pike
Strawberry Plains, TN 37871

Robert  Clayton
4821 Blagden Avenue, N.W.
Washington, DC 20011

Robert Albritton
1567 Oakmont Dr
Acworth, GA 30102

Robert Avila
8027 South Zarzamora Street, E3
San Antonio, TX 78224

Robert Behlke
5245 Pleasant Chapel Road
South Vienna, OH 45369

ROBERT BOSQUES
5-01 MORLOT AVE FL 2
FAIR LAWN, NJ 7410

Robert Boyette
102 Sweetwater Cir
Rincon, GA 31326

Robert Braga
2484 East Tahquitz Canyon Way, 114
Palm Springs, CA 92262

Robert Brangan
217 Lexingdale Dr
Orlando, FL 32828

Robert Brown
765 Carlysle Street
Akron, OH 44310

Robert Brunn
2139 Arden Circle
Corona, CA 92882

Robert Cecil
601 Innisbrook Ln
Spartanburg, SC 29306

Robert Church
1239 brookshire dr
Hudson, NC 28638

Robert Deacon
128 Saint Croix Dr
Beaver Falls, PA 15010-3116

Robert Dominguez
4243 W Commerce St, 105
San Antonio, TX 78237

Robert Dowdy
3112 Meadowbrook Drive
Blacksburg, VA 24060

Robert Driver
7906 Westlund Rd, Frnt Hs
Arlington, WA 98223

Robert Ellis
219 East Bass Avenue
Yukon, OK 73099

Robert Fierro
14 Skylark Dr.
Larkspur, CA 94939

Robert Flannery
417 New St.
Duryea, PA 18642

Robert Garcia
16303 CHELSEA PL, APT 710
SELMA, TX 78154

Robert Garcia
6051 Royal Valley Street
San Antonio, TX 78242

Robert Gladstone
3905 Andover Avenue
Auburn Hills, MI 48326

Robert Glasgow
3367 county road 8
dillonvale, OH 43917

Robert Gonzales
604 West Overland Road
Payson, AZ 85541

Robert Groner
28976 Canyon Oak Place
Santa Clarita, CA 91390

Robert Hareford
16 earl ave.
Shelby, OH 44875

Robert J. Marques
2808 Belleau Woods Drive
Joliet, IL 60435

Robert Jackson
1453 Neff Dr
Copperas Cove, TX 76522

robert jenkins
1000 Pathfinder Way
Round Rock, TX 78665

Robert John White
181 new castle rd
Butler, PA 16001

Robert Kohler
1149 Landings Loop
Tallahassee, FL 32311

Robert Legendre
9029 Jefferson Highway, Suite D, #245
River Ridge, LA 70123

Robert Mack
576 Sherman St
CONNEAUT, OH 44030

ROBERT MCDANIEL
24 New Castle Lane
Willingboro, NJ 8046

Robert Mentzel
19125 W Hillcrest Ct
New Berlin, WI 53146-4006

Robert Milby
11640 S Old Jones Rd
Floral City, FL 34436

Robert Mulligan
5004 walnut st.
riverside, CA 92505

Robert Neuteboom
4820 169th Ave SE
Davenport, ND 58021

Robert Nguyen
19032 Standish Ave Apt A
Hayward, CA 94541-1775

Robert Nolan
534 Warm Spring Road, APT 15
Chambersburg, PA 17202

Robert Nufer
4915 SW Watson Ave
Beaverton, OR 97005

Robert Offerman
508 Terrington Drive
Ballwin, MO 63021

robert olvera
13241 Four Hills Way
Victorville, CA 92392

Robert Parlin
25 Kelly Rd. #2
Cambridge, MA 2139

Robert Pickell
3 Den Avenue
Merrimack, NH 3054

Robert Rendon
615 Fresnillo Dr.
Brownsville, TX 78526

Robert Richie
2033 Anchor Street
Philadelphia, PA 19124

Robert Riggs
1984 River Inn Ln
Charlottesville, VA 22901

Robert Rivera
2624 Glenriver Way
Woodbridge, VA 22191

Robert Rizzo
213 Blue Heron Blvd
Haines City, FL 33844

Robert Roberts
4715 Lacy Spine Rd NW
Albuquerque, NM 87114

Robert S Martin Jr
4411 Don Tomaso Dr Apt#3
La, CA 90008

Robert Salinas
417 S Hill St, Apt.1100
Los Angeles, CA 90013

Robert Scully
16403 Shadow Lane
Linden, MI 48451

Robert Sevigny
291 Old Oxford Road, 291 Old Oxford Road
North Smithfield, RI 2896

Robert Shelton
11172 Vista Sorrento Pkwy #104
San Diego, CA 92130

Robert Simuong
8128 Fox Chase Dr
Fort Worth, TX 76137

Robert Sloan
527 Leighty Road
Hopewell, PA 16650

Robert Soto
2200 N Torrey Pines Dr, Apt 1071
Las Vegas, NV 89108

Robert T Baugh
124 Deer Path Ln
Battle Creek, MI 49015-7949

Robert Taylor
26 crest haven
Belleville, IL 62221

Robert Thomson
205 Cedar Springs dr.
Athens, GA 30605

Robert Torres
1413 Promontory Ter
San Ramon, CA 94583

Robert Tretola
34 Moore dr
Bethpage, NY 11714

Robert Trujillo
9235 Artesia Boulevard Spc 1
Bellflower, CA 90706

Robert Turley
36 E 4th Ave
Collegeville, PA 19426

Robert Turner
27 Third Street
Butler, NJ 7405

Robert Valenzuela
14027 daventry st
PACOIMA, CA 91331

Robert Viskup
228 Suss Drive
Waterbury Center, VT 5677

Robert Weber
50 Broad St
Torrington, CT 6790

Robert Wiese
148 General Arnold St NE , Apt. 8
Albuquerque, NM 87123

Robert Wiget
1015 2nd Ave
Cadillac, MI 49601

Robert Wilkinson
473 Main Street second floor , Marco's t
South Kingstown, RI 2879

Roberto Arenas
33456 7th Street
Union City, CA 94587

Roberto Blanco
1804 MUNSTER AVE
SAINT PAUL, MN 55116

Roberto De Leon
818 San Juanita St.
San Juan, TX 78589

Roberto Romero
3856 Louis Krohn Drive
Santa Rosa, CA 95407

Roberto Sanchez
1418 Marion Street
Laredo, TX 78040

Robin Antila
429 east hudson street
long beach, NY 11561

Robin Antwine
4218 NE Davidson Rd
Kansas City, MO 64116-2322

Robin Banks
4626 N. Mary Belle Way
Bloomington, IN 47404

Robin Davis
830 Northeast 59th Street
Fort Lauderdale, FL 33334

Robin E Malette
97 Cole Street, 2
Pawtucket, RI 2860

Robin Ganahl
21 E. 57th Street
Kansas City, MO 64113

Robin Larita Jr
87-037 Kulaaupuni St #3204
Waianae, HI 96792

Robin Morgan
1925 Milligan Court Southwest
Cedar Rapids, IA 52404

Rochelle Mead-Williams
22554 Marylee Street
Woodland Hills, CA 91367

Rochelle Ortiz
312 North Westwood Avenue
Lindsay, CA 93247

Rocio Bravo
11310 Montecito Drive
El Monte, CA 91731

Rocio Saravia
8510 GULLO AVE
PANORAMA CITY, CA 91402

Rocko Bishop
225 Bryan Street, Apartment 3
Denton, TX 76201

Rocky Fong
13520 SE 81ST Pl
Newcastle, WA 98059-7111

Rocky Legaspi
901 West Cameron Avenue, 203
West Covina, CA 91790

Rocky Pennington
312 Arlington Ave
Cincinnati, OH 45215

Rod  Zapata
20128 bending creek pl
Tampa , FL 33647

Roderick Waldridge
680 South 4th Street
Louisville, KY 40202

Rodger Smith
470 Sivley Road, Apt. 102
Hopkinsville, KY 42240

Rodnesha Billings
1726 Parkridge Dr
Knoxville, TN 37924

Rodney Gray
3913 Dover Drive
Garland, TX 75043

Rodney Swift
5783 Sheridan Blvd, Suite 305
Arvada, CO 80002

Rodney Walker
7594 1300 West
West Jordan, UT 84084

Rodolfo Diaz
503 E 4th St #29
Battle Mountain, NV 89820

Rodolfo Martinez
1104 cloudy day dr.
Henderson, NV 89074

Rodrigo Martinez
7 Via Cuidado, 7
Rancho Santa Margarita, CA 92688

Rogelio Castro
9051 Annette Place
Oak Creek, WI 53154

Rogelio Garza
22001 Running Bear Drive
Von Ormy, TX 78073

Rogelio Villasano Jr
11454 186th Street, APT 115
Artesia, CA 90701

Rogeo Rocha
9404 Brents Elm Drive
Austin, TX 78744

Roger Arreola
3116 Red Sails
El Paso, TX 79936

Roger Elswood
3168 Jemez Dr
San Diego, CA 92117

Roger Jessamy
1264 N James Estates Drive
Henrico, VA 23231

Roland Baptista
8945 SW Ash Meadows Circle, #216
Wilsonville, OR 97070

Roland Mello
619 Sanderling
San Antonio, TX 78245

Rolando  Torres
225 East Price Street
Nipomo, CA 93444

Rolando Michel
1480 Hammock Ridge Road, 3202
Clermont, FL 34711

Rolland Geiger
621 Essex Forest Drive
Cary, NC 27518

Romeo  Clarke
25776 Quagga Street Northwest
Zimmerman, MN 55398

Romeo Lovelace
810 5th St.
Sheldon, IA 51201

Romina  Cortes
4510 W 3650 S
West Valley City, UT 84120

Romina Tempest
347 Varick ST, APT 211A
Jersey City, NJ 7302

Ron Eng
506 12th St
brooklyn, NY 11215

Ron Eng
506 12th Street
Brooklyn, NY 11215

Ron English
1061 Oxford Drive North
Pataskala, OH 43062

Ronald Arcila
833 North Lake Claire Circle
Oviedo, FL 32765

Ronald DeMartines
11 Cottage Place, 3L
Staten Island, NY 10302

Ronald Dube
30 Bradley St
SACO, ME 4072

Ronald Herrera
14 Muirwood Dr.
Daly City, CA 94014

Ronald Tai
87 Netherwood Drive
Albertson, NY 11507

Ronald Toyer
208 West 119th street, 4c
New York, NY 10026

Ronaldo Chen
425 N Olive Ave
Alhambra, CA 91801-2243

Ronaldo S Abagatnan Jr
PO BOX 20483
Barrigada, GU 96921

Ronan Baker
47 Smith Street
Dartmouth, MA 2748

Ronara Williams
1008 Chapel Lake Circle
Franklin, TN 37069

Ronda Estep
3040 Knob Creek Road
Shepherdsville, KY 40165

Ronie Camejo
2558 Lurting Avenue
Bronx, NY 10469

Roniel Ortega
3314 Fermi Drive
Katy, TX 77493

Ronnie  Arredondo
406 Linares Street
San Antonio, TX 78225

Ronnie Buzzetta
6007 Cambridge Dr
Alexandria, LA 71303-2151

Ronnie Hinojosa
3914 Hale ave, apt E
Harlingen, TX 78550

Ronnie Newton
51 Brookside Rd
Southbridge, MA 1550

Rory Cannon
17216 SW GREEN HERON DR
SHERWOOD, OR 97140

Rory Kennedy
1913 Warfield Ave, Apt 4
Redondo Beach, CA 90278-1342

Rosa Gonzalez
1300 Keller Pkwy, apt 323
Keller, TX 76248

Rosa Guerrero
19 White Place
Staten Island, NY 10310

Rosa Medrano
523 E Pioneer Ave
Redlands, CA 92374

Rosa Robles
P.O Box 217
Perris, CA 92572

Rosa Rodriguez
2216 East 51st Street South
Wichita, KS 67216

Rosa Torres
2849 140th Street
Blue Island, IL 60406

roscoe wentworth
11818 Camp Real Ln
San Antonio, TX 78253

Rose Pulickal
1083 Westside Drive
Rochester, NY 14624

Rosemary Cantu
9328 Jason Court
White Settlement, TX 76108

Rosendo Garcia
3015 North Avers Avenue
Chicago, IL 60618

ROSS BRADLEY
4756 N CONNOR RD
JANESVILLE, WI 53548

Ross Martin
4246 2nd Avenue
Sacramento, CA 95817

Route App, Inc. dba Safe Order Solutions
1557 W Innovation Way - Suite 200
Lehi, UT 84043-4417

Rowan Kost
2623 North Lafayette
Bremerton, WA 98312

Rowan Pearson
705 East 222nd st, 1
Bronx, NY 10467

Roxana Merlos
15717 Bow Ln
Houston, TX 77053

Roxanna Hembree
110a jake edwards rd
Marshall, NC 28753

Roxanne Garcia
16198 Vermeer Drive
Chino Hills, CA 91709

Roxanne Reed
5236 Wright Terr
SKOKIE, IL 60077

Roxxana Manzanarez
2935 Queens Court
Norcross, GA 30071

Roy  Ferrara
60 Orient Avenue
Brentwood, NY 11717

Roy Stephens
W1880 BROKEN BOW RD
KESHENA, WI 54135-9401

Roy Tao
3493 STONER AVE.
Los Angeles, CA 90066

Ruben Betancourt Flores
1826 E 83rd St
Los Angeles, CA 90001

Ruben Castaneda
6340 Whittier Ave, Apt C, Whittier CA 90
Whittier, CA 90601

Ruben Correa
625 west E St.
Wilmington, CA 90744

Ruben Fernandez
1119 West 10th Street
Mesa, AZ 85201

Ruben Hernandez
2619 Hartwick Rd
Houston, TX 77093

Ruben jay Macaraeg
Po Box 824, 28-404 Waiaama Pl
Pepeekeo, HI 96783

ruben martinez
4200 Porpoise Drive Southeast
St. Petersburg, FL 33705

Ruben Martinez
3131 SW 89th St , Apt 9102
Oklahoma City , OK 73159

Ruben Millan Jr.
Doverwood Dr.
Riverside, CA 92505-3200

Ruben Ramirez
6501 N 17th Ave, Unit 209
Phoenix, AZ 85015

Ruben Rodriguez
14821 Pebble Hills BLVD
El Paso, TX 79938

Ruben Salinas
1957 Via Primero Street
Las Vegas, NV 89115

Ruben Sanchez
1020 South 30th Street
Milwaukee, WI 53215

Ruby  Frank
4031 Marathon St
Los Angeles , CA 90029

Ruby Alvarado
3718 AVENIDA PALO VERDE
BONITA, CA 91902

Ruby Bauer
5410 Bold Venture Rd
Louisville, KY 40272

Ruby Cassidy
36 Sugargrove Lane
Strafford, VT 5072

ruby wong
5415 w harmon ave unit 1020
las vegas , NV 89103

Ruddy Quiroga
4403 Elan Ct.
Annandale, VA 22003

Rudy Alvarrz
1724 Fawn Glen Circle
Fairfield, CA 94534

Ruelgar Ochosa
10280 Maya linda Rd, Unit 58
San Diego, CA 92126

Rui Zhang
9 Ted Lane
Southborough, MA 1772

Rui-Ming Liu
10495 Northeast 4th Street, 340
Bellevue, WA 98004

Russell Artist
3836 West 71st Street
Chicago, IL 60629

Russell Champion
120 East 38th Street
Savannah , GA 31401

Russell Sebastian
160 Larsen Cir
Vallejo, CA 94589

Russell Sheppard
1779 Donna drive
westlake, OH 44145

Russell Stitz
11392 Foxglove Ln
Corona, CA 92878

Rusty Cole
1380 Dogwood Kelly Road
Hopkinsville, KY 42240-8811

Rusty Harrington
10905 N. E. 8th Ave.
Vancouver, WA 98685

Ruth Pcholinsky
3026 Falcon Dr.
Charleston, WV 25312

Ryah Smith
1936 North Boston Avenue
Tulsa, OK 74106

Ryan Abbruzzese
301 Oak Manor Drive, Apt T3, Apt T3
Glen Burnie, MD 21061

Ryan Alexander
3456 East Thistle Avenue
Toms River, NJ 8753

Ryan Aquino
1618 Cottage Walk
Honolulu, HI 96813

Ryan Canoy
465 Marguerite St
Elgin, IL 60123

Ryan Choe
8725 ARIVA CT, APT 462
San Diego, CA 92123

ryan collette
54 ST ASAPH ST
LEOMINSTER, MA 1453

Ryan Croft
1314 West Chestnut Street, 1R
Chicago, IL 60642

Ryan Davis
271 W WALNUT AVE, APT 146
PAINESVILLE, OH 44077

Ryan Day
245 S Yale St Apt 7
Hemet, CA 92544

Ryan De Freitas
4812 Forest Creek Trail
Parrish, FL 34219

Ryan De Korte
1351 Tamarack Ave NW
Grand Rapids, MI 49504

Ryan Deaver
7478 South Travertine Road
West Jordan, UT 84081

Ryan Degregorio
2706 El Rastro Ln
Carlsbad, CA 92009-9109

Ryan Ditmars
14450 Thousand Oaks Place
Parkville, MO 64152

Ryan Duane
11301 Echo View Drive
Odessa, FL 33556

Ryan Fox
1100, Victory In , apartment 16
Concord, CA 94520

Ryan Gilbert
5481 Evening Canyon Way
Alta Loma, CA 91737

Ryan Guerrero
7107 Whitsett Avenue, Apt 2
North Hollywood , CA 91605

Ryan Hannah
4729 Spears St.
Pace, FL 32571

Ryan Hawks
23902 Kuykendahl Road, 5219
Tomball, TX 77375

Ryan Henneberque
6844 NOLAN RD
FORESTVILLE, CA 95436

Ryan Houle
3165 Shallowford St
Deltona, FL 32738-8949

Ryan Hunt
176 Stillmeadow Drive
Cincinnati, OH 45245

Ryan Kennedy
460 South Euclid Avenue, 8
Pasadena, CA 91101

Ryan Kenter
928 Edwards Rd
Cincinnati, OH 45208-3409

ryan ladd
271 PEARY RD
VENICE, FL 34293

Ryan LeBlanc
13506 Celia St.
GONZALES, LA 70737

ryan lu
9353 glendon way
rosemead, CA 91770

Ryan Meizinger
1 Weatherhill Road
Hamburg, NJ 7419

Ryan Mitchell
24215 Kuykendahl Road, 1236
Tomball, TX 77375

Ryan Morgan
7296 South 525 East
Midvale, UT 84047

Ryan N Campos
4213 W 137th St, Unit A
Hawthorne, CA 90250-7232

Ryan Partridge
2589 Main Street
Rocky Hill, CT 6067

Ryan Plopper
461 County Route 65
Bernhards Bay, NY 13028-3157

Ryan Richardson
1644 White Drive
Lewisburg, TN 37091

Ryan Rodriguez
15170 Mesa Street
Hesperia, CA 92345

Ryan Schaller
3361 CULBERTSON AVE
ROCHESTER HILLS, MI 48307

Ryan Serpa
7446 Lake Street
Morton Grove, IL 60053

Ryan Shatto
1439 South 73rd Street
West Allis, WI 53214

Ryan Srarkey
671 Cascade Drive
Chaska, MN 55318

Ryan Wesley
31932 cinnabar lane
Castaic, CA 91384

Ryan Wyszynski
10294 Fairchild Rd
Spring Hill, FL 34608

Ryan Zi
7 Sycamore Lane
Rolling Hills Estates, CA 90274

Ryane Thibodeau
22050, Deer Park Circle
Chugiak, AK 99567

Rylan Daley
9 Stanwood Street
Pittsburgh, PA 15205

Rylee Mormillo
4101 East Baseline Road, 714
Gilbert, AZ 85234

Ryou Kai
1658 Savannah Court
Ypsilanti, MI 48198

S S
121 Gisela Dr
American Canyon, CA 94503

Sabina Yi
5275 Golden Sky Court
Columbia, MD 21045

Sabrina Thornton
203 LUNA VISTA DR
HUTTO, TX 78634

Sade Smith
1100 Calle del Cerro, Apt.24B
San Clemente, CA 92672

Sadie Fuller
7535 Ogemaw Dr
Mount Pleasant, MI 48858

Sadie Walkup
804 Canyon Wash Dr.
Pasadena, CA 91107

Sahara Brown
2443 Farm to Market Road 1488, 2005
Conroe, TX 77384

Sahara Stevenson
236 Etna St
Russell, KY 41169

Sahian Villegas
836 Papaya Street
Madera, CA 93638

Sai wai To
22-15 Murray Street
Whitestone, NY 11357

Sakib Matin
30-53 69th St
Woodside, NY 11377

Sakura Reyes
565 Mountain View Drive, #6
Daly City, CA 94014

Sal Castellanos
3315 Auntine Burney Street
Sacramento, CA 95838

Sal Perdichizzi
985 Jennings St
Bronx, NY 10460

Saleem Sayage
1779 New York 106
Syosset, NY 11791

Saleha Khan
3245 North Biggs Drive
Biggs, CA 95917

Salina Chan
118 Glenwood Street
Malden, MA 2148

SALINA RAMIREZ
11656 Warbler Way
Moreno Valley, CA 92557

Sally Aguilar
15356 Marburn
Horizon City, TX 79928

Sally Cardaci
3420 Gulfshore Blvd north, Unit 21
Naples, FL 34103

Sally Leigh
600 8th street
Reedsburg, WI 53959

Sally Nguyen
20690 Damman St
Harper Woods, MI 48225

Salman  Dass
128 Neptune Avenue, 5
Jersey City, NJ 7305

Salvador Arias
9649 Philta Way
Elk Grove, CA 95757-6201

Salvador Cano
5419 Mavis Ave.
Whittier, CA 90601

Salvador Heredia
700 El Caminito
Livermore, CA 94550

Salvador Lerma
2807 Posters way
Bryan, TX 77803

Salvador Ramirez
118 S Homerest Ave
West Covina, CA 91791-1819

Salvador Rodriguez
1310 s 57th ct
Cicero, IL 60804

salvador salinas
1309 Caplin Street
Houston, TX 77022

Salvador Torres
473 east 7th street
reno, NV 89512

Salvatore Candido
76 Bay 49th Street
Brooklyn, NY 11214

Salvatore Iodice
4 Hopkins Ter
Goshen, NY 10924-2147

Sam Bellinghausen
101 Northwest 22nd Street
Blue Springs, MO 64015

Sam Favela
3422 Ridgepark St
Caldwell, ID 83605

Sam Fusani
647 Elm St, 1
Wyandotte, MI 48192

Sam Garcia
8861 Northwest 98th Avenue
Doral, FL 33178

sam woods
2141 count rd e carmi IL
carmi, IL 62821

Samael Dietsch
4943 Pleasant street, 201
West Des Moines, IA 50266

Saman Mehrazar
318 E Fairview Blvd.
Inglewood, CA 90302

Saman Mehrazar
318 East Fairview Boulevard
Inglewood, CA 90302

Samantha  Pizano
Po box 10224
Salinas, CA 93912

Samantha Blackowl
1165 Shelly Rd
Yukon, OK 73099

Samantha C Heiser
24 Rosedale Avenue
Barrington, RI 2806

SAMANTHA CARRIZALES
4807 GONDOLA AVE
EDINBURG, TX 78542

Samantha Carter
357 N Milstead
Wichita, KS 67212

Samantha Chian
4561 Halfway Rock St
Las Vegas, NV 89147

Samantha Defreitas
60 Bridge Street, Apt 3
Salem, MA 1970

Samantha Delfino
160-51 90th Street
Queens, NY 11414

Samantha Dews
10314 Strathmore Hall Street, APT 401
North Bethesda, MD 20852

samantha Dohring
4800 SW 196th Ln
Southwest Ranches, FL 33332

Samantha Evjen
15014 Stablewood Downs Lane
Cypress, TX 77429

Samantha Gerleman
10911 Amherst Ave #521
Silver Spring, MD 20902

Samantha Gonzalez
1629 Williamsbridge Rd, Rear Apt
Bronx, NY 10461

Samantha Johnson
309 Highland Meadows Dr
Wylie, TX 75098

Samantha Kahns
1741 Sierra Norte Loop NE
Rio Rancho, NM 87144-2526

Samantha Kosina
1238 W Seascape Dr
Gilbert, AZ 85233

Samantha McNulty
21 Hawthorn Road
Braintree, MA 2184

samantha moosman
829 s 1030 w
richfield, UT 84701

Samantha Ocura
1811 West Ansley Boulevard
San Antonio, TX 78224

Samantha Price
110 Lanyard Dr, Unit A
Mooresville, NC 28117

Samantha Sanchez
3356 Rodrick  cir.
orlando, FL 32824

Samantha Sark
5502 Dock Side Court
BAKERSFIELD, CA 93312

Samantha Sellers
3267 TACKETT ST
Springfield, OH 45503

Samantha Skinner
350 Barack Obama Blvd, 314
San Jose, CA 95126

Samantha Spears
103 12th Ave, 505
Seattle, WA 98122

Samantha Thomas
718 greyrock rd
whitsett, NC 27377

Samantha Tomlin
1316 County Highway 5
Hayden, AL 35079

Sami Riley
121 Cedar Creek Dr
Huntington, TX 75949

Samira Sarakbi
866 Collinswood Drive
Jacksonville, FL 32225

Sammy Hecker
511 Little Mill Road
Monroeville, NJ 8343

Sammy Vaysman
1817 E 29th St
Brooklyn, NY 11229

Sampson Austin
630 w teft st Unit 1584
Nipomo, CA 93444

Samuel Albright
1326 Drake Way
Carson City , NV 89701

Samuel Arevalo
436 S Saint Augustine, Apt 1064
Dallas, TX 75217

Samuel Bird
123 Route 70, Apt 2103
Evesham, NJ 8053

Samuel Cooke
1875 Stegall Ln
Fort Mill, SC 29715

samuel hilborn
645 manzanita lane
reno, NV 89509

Samuel Jayden Mendoza
11A Colfax Manor
Roselle Park, NJ 7204

Samuel Kok
101 South Marguerita Avenue, Apt. A
Alhambra, CA 91801

Samuel McCoucha
1438A Corona Drive
Glendale, CA 91205

Samuel Moran
628 West Hemlock Street
Port Hueneme, CA 93041

Samuel Pruyn
3922 Karrywood Ct
Pearland, TX 77584

Samuel Vargas
6307 S Miramonte Blvd, Apt D unit D
Los Angeles, CA 90001

Samuel Welchel
5707 Goodman Lane
Oklahoma City, OK 73129

San Diego Comic Convention
PO Box 128458
San Diego, CA 92112-8458

Sanaa Bonet
123 Gilroy Avenue
Uniondale, NY 11553

Sand Phan
2636 Doreen Ave
El Monte, CA 91733

Sandra Campbell
102 Great Laurel Sq. SE
Leesburg, VA 20175

Sandra Espinosa
19 Harrington Street
Courtdale, PA 18704

Sandra Jimenez
2905 N. Troy
Chicago, IL 60618

Sandra Juarez
13110 Samprisi Ave
Victorville, CA 92392

Sandra Molina
1180 S Bristol St, STE 111
Santa Ana, CA 92704

Sandra Mollette
3018 Laconia Ave
Bronx, NY 10469

Sandra Sharpe
124 Maple Street
Massena, NY 13662

Sandralee Sanchez
13284 Mengas St , Unit D
El Paso, TX 79908

Sandy Cuellar
29600 east Colfax Ave  lot 167
Aurora, CO 80018

Sandy Eddington
14170 Torrey Pines Drive
Auburn, CA 95602

Sandy Logsdon
1214 Raspberry Way
Jeffersonville, IN 47130

Sandy Switzer
434 Farrington Drive
Lincolnshire, IL 60069

Sandy Trinh
155 N Beretania St #1603
Honolulu, HI 96817

Sandy Turnbull
98 Lewis St
Phillipsburg, NJ 08865-2927

Sandy Vo
8382 WESTMINSTER BLVD, APT 16, APT 16
WESTMINSTER, CA 92683

Santiago Avila
11309 Medina Ct
El Monte, CA 91731

Santiago Maza
108 Hover Creek Rd
Savannah, GA 31419

Santiago Rodriguez
322 Villa Canto Street
El Paso, TX 79912

Sara Atrach
145 Central Avenue
Ridgefield Park, NJ 7660

Sara Bhagwan
6625 morningsgate cv
Memphis, TN 38135

Sara Burkart
4070 Crest Lane
Lake Havasu City, AZ 86406

Sara Diaz
2122 South Washtenaw Avenue
Chicago, IL 60608

Sara DiGenova
23 Wheatfield Circle
Bluffton, SC 29910

Sara Lipka
2820 West Covered Bridge Drive
Lincoln, NE 68523

Sara Perugini
127 Monmouth Avenue
Waterbury, CT 6704

Sara Piersainvil
749 SCOTLAND RD, 6k
Orange, NJ 7050

Sara Sims
1112 Corinth Greens Dr
Sun City Ctr, FL 33573-8065

Sara Wells
12 Coventry lane
ANDOVER, MA 1810

Sarah Barnett Thompson Thompson
822 Oak Drive
Marion, OH 43302

Sarah Cannon
806 Hearthstone Drive
Lakewood, NJ 8701

Sarah Chandler
18338 Lake Winds Dr.
Westfield, IN 46074

Sarah Cole
7280 Acorn Ave
Sparta, WI 54656

Sarah Coleman
9265 Pine St
Taylor, MI 48180-3419

Sarah Crafton
5130 90th Place Northeast
Marysville, WA 98270

Sarah DeLeon
5001 Sheridan St, APT C49
Davenport, IA 52806

Sarah Delgado
5403 W Poinsettia Dr
Glendale, AZ 85304

Sarah Dennis
12 Lincklaen Terrace
Cazenovia, NY 13035

Sarah Duffy
610 Fairview Avenue
Feasterville-Trevose, PA 19053

Sarah Edmiston
137 Palm Circle
Melbourne, FL 32940

Sarah Glinka
32 Arbor Ridge Lane
Centereach, NY 11720

SARAH GOEHRING
7476 Comet View Court
San Diego, CA 92120

Sarah Goldacker
34876 Silversprings Place
Murrieta, CA 92563

Sarah Gonzalez
HC5 56624
San Sebastian, PR 685

Sarah Krull
70 Rosedale Apartments, 70
Hershey, PA 17033

Sarah Martinez
2911 Ruby Dr, Unit H
Fullerton, CA 92831

Sarah Martuscello
2358 Hunt Road
Camillus, NY 13031

Sarah McGehearty
2223 S 48TH ST, STE A/B
TEMPE, AZ 85282

Sarah Murphree
3626 Bickerstaff Rd Apt D
Lafayette, CA 94549

SARAH NAKIHEI
620 112th Street Southeast, Trailer 340
Everett, WA 98208

Sarah Noble
42560 Adelbert Street
Elyria, OH 44035

Sarah O'Leary
14 Constantine Ct
Athens, NY 12015

Sarah Pannenberg
560 West 144th Street, Apt 66A
New York, NY 10031

Sarah Petersen
9 Kellie Ann Court
Seekonk, MA 2771

Sarah Rahim
11830 Montella Dr
Rancho Cucamonga, CA 91701

Sarah Rajala
53 Spring St
Windsor Locks, CT 06096-2328

Sarah Read
51 SARATOGA DR
Pittsfield, MA, MA 1201

Sarah Rohde
9449 Sandy Reef Ave, Unit B
Las Vegas, NV 89147

Sarah Sastoque
122 Turner Creek Drive
Hampton, GA 30228

Sarah Sloan
1925 University Park Dr, Apt 203
Westville, IN 46391-9341

Sarah Sotsuda
921 Hickory Street
Great Falls, MT 59405

Sarah Stelly
3307 Stillhouse Lake Rd., TRLR 27
Harker Heights, TX 76548

Sarah Terry
605 Sinewell Drive
Wake Forest, NC 27587

sarah thompson
7340 Princeton rd
MIDDLETOWN, OH 45044-9794

Sarah Webster
2866 Surfside Shores Ln
Knoxville, TN 37938

sarah whitney
339526 e 1030 rd
meeker, OK 74855

Sarah Wornom
309 Woodside Drive
Hampton, VA 23669

sarahlynn conley
7617Lipizzan Rd
Oklahoma city, OK 73132

Sarahy Vasquez
3320 Pasadena Avenue
Los Angeles, CA 90031

Sarina Singh
50 S Grant Ave Apt 320
Columbus, OH 43215-3938

Sarnai Gankhuyag
2835 West Balmoral Avenue, Apt 1W
Chicago, IL 60625

Sasha Murphy
15224 windmill ridge parkway
Diberville, MS 39540

Sasha Rue
5404 4th Avenue
Valparaiso, IN 46383

Saul Barrera
4455 Bessie Dr.
Dallas, TX 75211

Saul Figueroa
6106 Vinevale Avenue
Maywood, CA 90270

Saul Nava-Contreras
6581 Ozzie Harriet Avenue
Las Vegas, NV 89122

Saul Ramirez
26 Trader Street
Uniontown, PA 15401

Savanah Nehls
2505 30th st dr NE
Hickory, NC 28601

Savannah Barnes
302 North Pleasant Street
Oberlin, OH 44074

Savannah Wagner
1223 Harley Cir.
STARKE, FL 32091

Savannah Walker
20337 Caron Circle
Carson, CA 90746

Savas Tasiopoulos
420 Sheridan Place, Apartment 15
Fairview, NJ 7022

Sawie Barrios
5417 Michelleanne Road
Las Vegas, NV 89107

sayla russell-blake
6 Naskeag Point Road
Brooklin, ME 4616

Schaine Carter
2802 James Hamilton Road
Monroe, NC 28110

scott  merkle
po box 223
vandalia, OH 45377-0223

Scott Barker
12 Pratt Lane
North Attleborough, MA 2760

scott bickler
1810 peachtree drive
valparaiso, IN 46383

Scott Braden
196 Winners Circle
Red Lion, PA 17356

Scott Carroll
1046 Carter Dr
CHATTANOOGA, TN 37415-5602

Scott Chapin
6418 SE 83rd Ave
Portland, OR 97266

Scott Clevenger
1621 Pilgrim Ct
Johnstown, PA 15905

Scott Crocker
340 North 8th Street
Lewiston, NY 14092

Scott Frix
2522 Maplewood Drive
Gastonia, NC 28052

Scott Greve
21827 Dolomite
San Antonio, TX 78259

Scott Hall
2585 S Orion st
Denver, CO 80228

Scott Helm
W204N17221 Jackson Drive
Jackson, WI 53037

SCOTT HOLLOMAN
4105 CABORN RD N
MOUNT VERNON, IN 47620

Scott Irvin
975 Mineral Springs Road
Buffalo, NY 14224

Scott Johnson
W4790 Palmer Rd
Lake Geneva, WI 53147-2626

Scott Kane
15 N 12th Ave
Manville, NJ 8835

Scott Kelley
3454 providence rd
Hayes , VA 23072

Scott Kramer
3905 W 123RD ST, 304B
Alsip, IL 60803

Scott Larson
108 Long Hill Road
Middletown, CT 6457

Scott Miller
7429 Patricks Ln, Apt 62
Citrus Heights, CA 95610

Scott Mills
1909 Main Street #305
Oregon City, OR 97045

Scott Mittledorf
Po box 2576
Overton, NV 89040

SCOTT NIELSEN
2695 BROADWAY
SAN DIEGO, CA 92102

Scott Norman
224 Cunningham Road
Kelso, WA 98626

Scott Petersen
7537 Blanchard Boulevard
Lincoln, NE 68516

Scott Pryor
13942 POPLAR GROVE RD
Hagerstown, MD 21742

Scott Puckett
3 Fieldcrest Road
Fredericksburg, VA 22406

Scott Putman
712 Eaton Ave
Middletown, OH 45044

Scott Rife
1768 Harding Hwy E
Caledonia, OH 43314

Scott Silva
1720 West Trout Way
Mustang, OK 73064

Scott Spasiano
1804 N 17th Ave Apt 202
Hollywood, FL 33020

Scott Taylor
550 West Washington Street, Box 203
Upland, IN 46989

Scott Vielman
4501 Addy St, #149
Washougal, WA 98671

Scott Wilco
290 Hatteras Court
Virginia Beach, VA 23462

Scott Yang
2686 E Pacific Ct
Brea, CA 92821

SCOTT ZEMBERI
2608 Autumn Harvest Dr
LOVELAND, OH 45140

Se Won Kim
3517 Sharonwood Rd APT 4C
Laurel, MD 20724

Seagren Johnson
4124 HARRISON AVE, APT 204
ROCKFORD, IL 61108-7981

Sean Bennett
1100 Fairview Ave N , Room C3-123
Seattle, WA 98109

Sean Bowsher
468 Maple Ave.
Amherst, OH 44001

Sean Brautigan
57 South Main Street, 145
Neptune City, NJ 7753

Sean Bray
862 Beverly Rd
Jenkintown, PA 19046

sean daniels
5285 Morris Way
Fremont, CA 94536

Sean Dockery
5313 Beech Grove Rd
Lebanon Junction, KY 40150

Sean Enis
115 Stonehurst Drive
Tenafly, NJ 7670

sean Fedoroff
605 E Main St
kirbyville, TX 75956-2225

Sean Higgins
4383 Norman Road
Township of Burtchville, MI 48059

Sean Licon
4765 E 26th St
Tucson, AZ 85711-6404

Sean Lord
8120 Packard Lane
Green Mountain Falls, CO 80819

Sean Love
3338 mountain view drive
Tannersville, PA 18372

Sean Lynch
2910 Zullette ave, Ground floor
Bronx, NY 10461

Sean Martinez
139 1/2 S. Sweetzer Ave.
Los Angeles, CA 90048

Sean McCabe
53 E Main St, Apt 2
Beacon, NY 12508-3327

Sean McKibben
25 Main Street, Apartment 2C Rear
Ambridge, PA 15003

Sean Mouring
909 Bonnie Ln.
Aiken, SC 29803

Sean Mullen
249 Bethel Rd
Odenville, AL 35120-7417

Sean P. Montgomery
2366 NW Glen Oak Ave
Redmond, OR 97756-9017

Sean Quddus
1766 Maywood Ave.
Eugene, OR 97404

sean riley
168 MANOMET ST
BROCKTON, MA 02301-5025

Sean Riley
168 Manomet Street
Brockton, MA 2301

Sean Roberts
10949 SW 5th St, Apt, suite, floor, etc.
Beaverton, OR 97005

Sean Rochin
11020 Loch Avon Dr
Whittier, CA 90606

Sean Rusnack
325 South Brooksvale Rd
Cheshire, CT 6410

Sean Spiva
2227 Chapel Valley Lane
Lutherville-Timonium, MD 21093

Sean Starry
50 W Main St.
Fayetteville, PA 17222

Sean Walsh
48 Moody St.
Byfield, MA 1922

Sean Willard
304 prospect street
baden, PA 15005

Sean Windbiel
4230 Morning Ridge Rd
Santa Maria, CA 93455

Sebastian Gocan
5215 Addison Street
Philadelphia, PA 19143

Sebastian Groo
314 Main Avenue S.
Red Lake Falls, MN 56750

Sehiry Castro
1502 North Kolin Avenue, Apt 2
Chicago, IL 60651

Selina Fousekis
6310 Peachblossom st
Corona, CA 92880

Sennen Phoenix
P.O. Box 10250
Houston, TX 77206

Seon Augustine
2749 E Chaparral St
Ontario, CA 91761

Serena Young
23 City Stroll
Irvine, CA 92620

Sergio Aponte
278 Bright Street, 278
Jersey City, NJ 7302

Sergio Castro
35553 Date St
Yucaipa, CA 92399

Sergio Corzo
2609 Lantern Hill Avenue
Brandon, FL 33511

Sergio Delgado Jr
1725 Duval Ct
Corpus Christi, TX 78418-3124

Sergio Dovalina
P.O. Box 760462
San Antonio, TX 78245

Sergio Estefano
4585 Ponce De Leon Blvd.
Coral Gables, FL 33146

Sergio Nuno
950 N Acacia Ave, Apt. A
Compton, CA 90220

SERGIO QUESADA
2745 Northwest 82nd Avenue, Rabbit Logis
Doral, FL 33198

Sergio Urena
8815 Traveling Breeze Avenue, Unit 103
Las Vegas, NV 89178

Serpico Arriaga
1047 Wheeler Avenue
The Bronx, NY 10472

Seth Adams
5001 Henderson Rd
Temple Hills, MD 20748

Seth Dasher
1400 Sandal Lane, 1405
Panama City Beach, FL 32413

Seth Hartman
1047 E 7th St
Des Moines, IA 50316

Seth Pacheco
9201 Cedar St
Bellflower, CA 90706

Seth Saxon
20835 STATE HIGHWAY 155 S
Flint, TX 75762

Seth Tobin
841 East Fort Avenue, #231
Baltimore, MD 21230

Seth Travers
14 cottage road
Kensington, NH 3833

Seth Warren
13325 Heacock Street, Apt 40
Moreno Valley, CA 92553

Seth Wessitsh
2180 29th Ave
San Francisco, CA 94116

Sevanna Rodriguez
825 S Coffman St, Unit 44
Longmont, CO 80501

Shabad Sarpal
1067 Furth Road
Valley Stream, NY 11581

Shadow Colema
623 N New Haven Cir
Mesa, AZ 85205

Shady Dib
7040 Sawley Ct
Talahassee, FL 32713

shaelin Strickland
833 west main street
woodville, OH 43469

Shakir Williams
30 Hemlock Court
Trenton, NJ 8619

Shakira Algarin
RR4 BOX 17367
Anasco, PR 610

Shamira Rodriguez
835 North Zang Boulevard, Apt 227
Dallas, TX 75208

Shan Dave
9007 Briar Rd
Parkville, MD 21234

Shan Olsen
131 Sunnyside Dr
Kelso, WA 98626-3215

Shanahan Lim
10977 Acacia Way
Cupertino, CA 95014

Shandon Olmos
15194 Marksmanway
Bluffdale, UT 84065

Shane Bass
489 Hennes Ave
Shakopee, MN 55379

Shane Chua
6 Andover Court
Laguna Niguel, CA 92677

Shane Collins
320 South 2nd Street, F
Bismarck, ND 58504

Shane Jenkins
2177 Greenpark Court
Thousand Oaks, CA 91362

Shane Lavy
9420 3rd st
Lincoln, NE 68526-9351

Shanmarie Salmon
113 E Franklin Ave
New castle, DE 19720

Shanna Broadnax
12625 pavillion court
Upper Marlboro, MD 20772

Shannon  Kose
8914 Braehill Rd
Cheyenne, WY 82009

Shannon Abercrombie
1608 Hollis Dr.
Orlando, FL 32822

shannon cowell
12789 monagan hwy
TIpton, MI 49287

Shannon Duncan
905 n 70th st.
Kansas city, KS 66112

Shannon Eller
71 Sara Ln
Robbinsville, NC 28771

Shannon Hamilton
28 Marilyn Rd
Scott Depot, WV 25560-9570

Shannon McMaster
10448 Ratcliffe Trail
Manassas, VA 20110

Shannon Redenius
9987 Hamlet Ln S
Cottage Grove, MN 55016

Shannon Riddle
8794 Scott Drive
Macon, GA 31220-1968

shannon surratt
120 Estates Drive
Lexington, NC 27295

Shannon Tighe
10036 wild turkey row
McCordsville, IN 46055

Shanqualus Barber
868 McClure rd
Memphis, TN 38116

Shar Pourdanesh
1125 Sullivan
Irvine, CA 92614

Shar'Preas  Jordan
98 S Martin L King Blvd, 154
Las Vegas, NV 89106

Sharat Naik
1 Park View Avenue, Apt 1704
Jersey City, NJ 7302

Shari Cordero
245 East 207th Street, Apt8A
Bronx, NY 10467

Sharon Butler
5309 Northwest Trail
Corpus Christi, TX 78410

Sharon Carberry
321 S 5th Ave
Mount Vernon, NY 10550

Sharon Hall
3704 Fernwood Court
Davenport, IA 52807

Sharon Haywood
200 N Pecos Rd, Trlr 97
Las Vegas, NV 89101

Sharon Hsu
7665 Palmilla Dr, 5322
San Diego, CA 92122

Sharon Laase
10618 Ridgemont Lane
Chicago Ridge, IL 60415

Sharon Malicsi
2270 Channing Ct
Fairfield, CA 94533-2624

Sharon St.Ours
34Riverside Drive
Norwell, MA 2061

Sharon Thomas
218 17TH ST NW
PUYALLUP, WA 98371-5228

Sharonee green
5812 ENCHANTED LN
DALLAS, TX 75227

Shaun Cruz
587 Susquehanna Avenue
Wyoming, PA 18644

Shaun Dover
PO Box 6091
Charleston, WV 25362

Shaun Motoda
77 South Adams Street, Apt 906
Denver, CO 80209

Shaun Washington
3719 Turfway Court, N/A
Indianapolis, IN 46228

shawn allen
1111 Peralta Street
Oakland, CA 94607

Shawn Arndt
4932 Packard Avenue, #19
Cudahy, WI 53110

Shawn Bradley
220 Waxmyrtle Drive
Harvest, AL 35749

Shawn Ficocelli
693 South 2nd Street
San Jose, CA 95112

Shawn Green
6420 151st Street
Oak Forest, IL 60452

Shawn Hayes
8242 Algon Avenue
Philadelphia, PA 19152

Shawn Hernandez
3270 Santa Ana Street
South Gate, CA 90280

Shawn Poole
2428 NW 175th street
2428 NW 175th street, OK 73012

Shawn Reed
NA 91-1162 Paapaana Street
Ewa Beach, HI 96706

Shawn Renaud
900 Merrill New Rd
Sugar Grove, IL 60554

Shawn Richter
8606 Avalon CT
Alta Loma, CA 91701

Shawn Smith
1226 S. Patton Ave
Arlington Heights, IL 60005

Shawna Maloney
3005 Cumberland Avenue
Wichita Falls, TX 76309

Shay Keele
3336 Welton Circle
Roseville, CA 95747

Shay Reever
4 Lovell Street
Laconia, NH 3246

Shayla Wortman
2204 N Lincoln St
Post Falls, ID 83854

Shaylyn Sprague
P.O Box 1579
Mount Pleasant, MI 48804

Shayna Mason
4424 Hillcrest Avenue
Las Vegas, NV 89102

Shea Stoner
2814 Huntington ave
Minneapolis, MN 55416

Sheena Heuer
2237 BISPHAM RD
SARASOTA, FL 34231

Sheila Perez
310 Dyer Street, TN
New Haven, CT 6515

Shelby Currie
8213 Lansdowne Road
Mechanicsville, VA 23116

Shelby De Leon
462 via del plano, 462
Novato, CA 94949

Shelby Hammer
132 Calvert Circle
Bunker Hill, WV 25413

Shelby Painter
109 Realini Drive
Havelock, NC 28532

Shelby Thompson
175 Rollin Acres Road
Reeds Spring, MO 65737

Shelia Austin
284 Collinswood Road
Stonewall, LA 71078

Shellie  Warren
4698 Highland Drive
Millcreek, UT 84117

Shengyi Zhang
23258 Northeast 15th Street
Sammamish, WA 98074

Sheree Hedrick
11308 Clover Hill Drive
Ashland, VA 23005

Sheri Pensinger
4 Susan Circle
Norton, MA 2766

Sherida Magana
1363 Sheridan St NW
Washington, DC 20011

Sherlyn Morales
36 Saratoga St
LYNN, MA 01902-3599

Shermayne Reyes
14920 Spriggs Tree Lane
Woodbridge, VA 22193

SHERRY COLOCHO
4010 Rockwood st
Los angeles, CA 90063

Sherwin Li
272 Schwerin Street, 272
San Francisco, CA 94134

Sheseng Lauwidjaja
2008 S 29th St
Philadelphia, PA 19145-2411

Shiori Yen
46835 Mountain Laurel Ter
Sterling, VA 20164

Shireen Hatami
Po box 576
Island heights , NJ 8732

Shirleena Chatman
3702 KECOUGHTAN RD, Apt b
HAMPTON, VA 23669

Shopify Capital Inc.
33 New Montgomery St. - Suite 750
San Francisco, CA 94105

Shopify Inc.
151 O'Connor St. - Ground Floor
Ottawa, MT K2P 2L8

shuo chen
1774 Castlegate Drive
San Jose, CA 95132

Siamak Ghahremani
233 Purple Glen Drive
San Jose, CA 95119

Sid Woodcook
1630 Pennsylvania Avenue
Pine City, NY 14871

Sidney Bui
14591 Ontario Dr
Westminster, CA 92683

Sienna Beck
4146 WOODLAND DR
Rockingham, VA 22801-2318

Sierra Bangs
18717 UPPER MIDHILL DR
WEST LINN, OR 97068

Sierra Bullock
2094 Autumn Lane
Idaho Falls, ID 83404

Sierra West
459 Effie Court
Brentwood, CA 94513

Silvestre Moran
68 pupek rd
South Amboy, NJ 8879

Silvia Benalcazar
3604 W. Schubert Ave., Apt. 2E
Chicago, IL 60647-1190

Simon  Ho
605 W Duarte Rd Unit A
Monrovia, CA 91016-4436

Simon Willems
6593 South Irvington Way
Aurora, CO 80016

Simone Heckman
812 6th St Se
Roanoke, VA 24013

Sina Meisamy
501 Emerald Ridge Drive
Austin, TX 78732

Sinatra sinatra
9612 BAILEYWICK RD
raleigh, NC 27615

Sineva Haskins
3876 Trans Am Lane
St. George, UT 84790

Sir Swaggy Pants1
10060 Jay Street Northwest
Coon Rapids, MN 55433

Sirot Martin
92-808 Puhoho Street
Kapolei, HI 96707

Sky Taylor
7200 Heards Lane, Apt 511
Galveston, TX 77551

Skyler Meine
1159 North 1100 East
American Fork, UT 84003

Skyler Van hoy
4807 Warwick Boulevard
Newport News, VA 23607

Smyth Welton
4214 Winterburn Avenue
Pittsburgh, PA 15207

Snezana Lukac
8816 Briar Court, 1a
Des Plaines, IL 60016

socorro martinez
1554 Remington Hills Drive
San Diego, CA 92154

sofia  rayas
9415 McNeil Drive, #121
Austin, TX 78750

Sofia Montenegro
2701 Canal Road
Miramar, FL 33025

Sofia Thakur
910 Rockefeller Drive, Apt 18 B
Sunnyvale, CA 94087

Solis, Felix
30 Wiltshire Dr
Avondale Estates, GA 30002

Solmari Figueroa-Ojeda
129 Florence Street, Apt A
Springfield, MA 1105

Songming Zhao
17891 Bellflower Street
Adelanto, CA 92301

Sonia  LAROCQUE
340 strafford rd
Tunbridge, VT 5077

Sonia Guzman
15 Beverly Street
Revere, MA 2151

Sonia Mastroianni
3 Hunters Ridge
Clinton, CT 6413

Sonia Pacheco
8320 Signal Peak Place
El Paso, TX 79904

Sonja Notestine
16209 Havenwood Dr.
Woodburn, IN 46797

sonya avakian
29611 Charlemagne Dr
novi, MI 48377-2211

Sonya Faria
14217 Waterville Cir
Tampa, FL 33626

sonya sutton
1083 Park place Gate
Stone mountain, GA 30083

Sophia DeMiguel
2321 Bentley Court
Castro Valley, CA 94546

Sophia Jones
3315 121st Place
Pleasant Prairie, WI 53158

Sophia Monroy
15702 East Waterside Circle, 206
Sunrise, FL 33326

SOPHIA MURPHY
75 ELK CT
MANSFIELD, GA 30055

Sophie Fredberg
132 Hammond Street
Chestnut Hill, MA 2467

Sophie Rancier
221 Anthurium Ave
Johnson City, TN 37604-3211

Sophie Townsend
12345 Lamplight Village Ave, #1522
Austin, TX 78758

South Dakota Department of Revenue
445 East Capital Ave.
Pierre, SD 57501-3185

Spencer Gay
6891 Orangewood Avenue
Cypress, CA 90630

Spencer Wallin
19515 Highland Ridge Drive
Eagle River, AK 99577

Spo Daddy
733 N Hudson Ave, Apt. 415
Los Angeles, CA 90038

Sruthi Thinakkal
2056 Hollow Bend Court
Naperville, IL 60565

Stacey McKenzie
31790 US Highway 19 N , Apt 47
Palm Harbor, FL 34684-3716

Stacey Smith
649 Sweetbriar Rd.
Memphis, TN 38120

Stacie Davis
7916 Fincastle Ct
Sacramento, CA 95829

Stacy  Kamin
163 Meli Ln
Jackson, NJ 08527-2375

Stacy Franco
21740 South Figueroa Street, 7
Carson, CA 90745

Stacy Sellers
2223 W Augusta Blvd, 2F
Chicago, IL 60622

Stacy Vaughn
2851 29th Ct S
La Crosse, WI 54601

Stanley Lee
2724 Harway Avenue
Brooklyn, NY 11214

Stanley Vanm
719 Orchard Street
Franklin, VA 23851

Stanley Worth
4554 Hercules Ave, Apt 55
El Paso, TX 79904-3372

Star Panora
21 Rifton Place, --
Walden, NY 12586

State of California Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0540

State of Hawaii
PO Box 1530
Honolulu, HI 96806-1530

State of Maine
PO Box 9101
Augusta, ME 04332-9101

State of New Jersey, Division of Taxation
Compliance and Enforcement - Bankruptcy
3 John Fitch Way, 5th Floor, Po box 245
Trenton, NJ 08695

Steele Harden
5326 113th Place Northeast
Marysville, WA 98271

Stefan Eccles
8104 Northwest 75th Avenue
Tamarac, FL 33321

Stefani Swiatkowski
12807 7TH AVE S
BURIEN, WA 98168

Stefania Guarneri
392 Totowa Road
Totowa, NJ 7512

STEFANIE STUBBLEFIELD
901 East Washington Street
Colton, CA 92324

Stefanie Wright
23708 Chestnut Court
Auburn, CA 95602

Stella Labellarte
15562 Bluefield Avenue
La Mirada, CA 90638

Stellmarys Lopez
648 Hallmark Dr, 203
Glen Burnie, MD 21061

Stephanie  Andrews
101 Eagle Feather Road
Waxahachie, TX 75165

Stephanie Accardo
26 LODI ST
FORESTVILLE, NY 14062-9552

Stephanie Almarez
823 Rubino Ct
Stockton, CA 95209

Stephanie Boele
7331 85TH AVE NE
MARYSVILLE, WA 98270

Stephanie Elleman
PSC 9 Box 6098
APO, AE 9123

Stephanie Eller
4508 Duke St
Caldwell, ID 83607

Stephanie Ferniza
1213 Dani Ln, null
Springfield, IL 62712-7514

Stephanie Hernandez
7530 SW 37TH ST
MIAMI, FL 33155-6606

Stephanie Hyla
118 Grenfell Rd
Dewitt, NY 13214

Stephanie Schweitzer
31 Lexington Rd.
Avon, CT 6001

Stephanie Jimenez
12161 Royal Palm Boulevard, 1c
Coral Springs, FL 33065

Stephanie Servellon
2729 Nebraska Avenue, Apt. E
South Gate, CA 90280

Stephanie Juarez
151 Gayland Street, 141
Escondido, CA 92027

stephanie solano
906 grant st apt 210
Wichita falls, TX 76301

Stephanie Loheide
312 Harris St
Madison, TN 37115

Stephanie Spark
3908 Paseo De Olivos
Fallbrook, CA 92028

Stephanie Moore
2251 Palm Vista Drive
Apopka, FL 32712

Stephanie Stanford
4560 South 50th Street
Greenfield, WI 53220

Stephanie Nicole Ortiz Vega
Urbanizacion Valle Hucares, 82 Calle Fla
Juana Diaz,  00795-2810

Stephanie Stewart
2407 Colber Court
Waldorf, MD 20603

Stephanie Novak
4510 Drake Ln Apt 537
Fort Worth, TX 76137-4584

Stephanie Suarez
4670 Dabney Vigor Drive
Charlotte, NC 28209

Stephanie Perez
2808 Taft Hwy Spc 69
Bakersfield , CA 93313

Stephanie Taylor
703 Daffodil Dr
Wellington, FL 33414-8249

Stephanie Periban
23002 Village Drive, Apt C
Lake Forest, CA 92630

Stephanie Torres
925 Otis Court
Red Bluff, CA 96080

Stephanie Rivera
646 Adee Avenue, 4A
The Bronx, NY 10467

Stephanie Willwerth
516 Eastbrook Dr
Anna, TX 75409

Stephanie Rodriguez
PO BOX 72
LYFORD, TX 78569-0072

Stephanie Yang
76 Park Way
Edison, NJ 8817

Stephanie Sampson
422 Masonic Drive
Elizabethtown, PA 17022

Stephany Orozco
1209 W Wahalla Ln
Phoenix, AZ 85027

Stephen Brown
9270 Broadstone Way
Apex, NC 27502

Stephen Caudill Jr.
3411 Monel Ave
Huntington, WV 25705

Stephen Christy
9520 BRIMTON DR
Orlando, FL 32817-2736

Stephen Esposito
58-34 256 street
Little Neck, NY 11362

Stephen Favazza
4127 Miami St
St. Louis, MO 63116

Stephen Franco
120 33rd Street Northwest
Canton, OH 44709

Stephen Kozak
N 131 Regulator Dr
Cambridge, MD 21613

Stephen LaFerriere
112 Lake Champlain Drive
Little Egg Harbor Township, NJ 8087

Stephen Lafferty
7 Homer Court
Wilmington, DE 19808

Stephen Leedy
186 MOUNTAIN VIEW DR
BEREA, KY 40403

Stephen Lemoi
8 peppermint lane
Johnston, RI 2919

Stephen Lewis
5376 Saint Bernard Avenue
New Orleans, LA 70122

Stephen Lutz
3 Lisa Road
Windham, NH 3087

Stephen Mills
203 adams rd
harleysville, PA 19438

Stephen Mok
241 South Vinedo Avenue
Pasadena, CA 91107

Stephen Pieper
41 Crystal Circle
Burlington, MA 1803

stephen rountree
post office box 2231
statesboro, GA 30459

Stephen Sarafin
19002 Atasca South Drive
Humble, TX 77346

Stephen Strong
3950 Coriander Dr
Hesperia, CA 92345

Stephen Young
7717 Milwaukee Avenue Ste E,
Lubbock, TX 79424

Stephen Zayac
602 East Southcross
San Antonio, TX 78214

Steve Davies
5808 Elkins Street
Glen Burnie, MD 21061

Steve Grubb
6726 W Devon Ave
Chicago, IL 60631

Steve Hladek
12421 Mitchell Ave
Los Angeles, CA 90066

Steve Johnson
786 Robin Drive SE
Conyers, GA 30094

Steve Morris
18 Woodland Road, --
Denville, NJ 7834

Steve Peterson
1048 Fort Drive
Bowling Green, OH 43402

Steve Ritter
1523 N.E. 141st Ave
Vancouver, WA 98684

Steve Roman
3 Dohrman Ave
Teaneck , NJ 7666

Steve schultze
8312 mango way
buena park, CA 90620

Steve Sorg
6636 Tobias Avenue
Los Angeles, CA 91405

Steve Soukaserm
719 Bollons Island St
Henderson, NV 89002

Steve Truscello
186 Tallassee Trail
Leesburg, GA 31763

Steve Wake
1148 Opal St, Unit 102
Broomfield, CO 80020

Steve Wheeler
2419 Sandy Dr
Clarksville, TN 37043-5528

Steve Zurita
10645 Foggy Glen Ave
Las Vegas, NV 89135-1122

Steven  Martinez
6109 Klickitat Ln
Pasco, WA 99301

Steven Anderson
475 California 49
Sonora, CA 95370

Steven Baldwin
1348 Parkview Estates Dr
Ellisvile, MO 63021

Steven Borsch
21 Colette Drive
Poughkeepsie, NY 12601

Steven Cancinos
3477 W 50th St
Cleveland, OH 44102

Steven Daniels
906 Mcintosh Circle
Belton, MO 64012

Steven Doss
140 woody acres drive
odenville, AL 35120

STEVEN EDER
137 Cherry Avenue
Hampton, VA 23661

Steven Epps
533 King George Ave SW
Roanoke, VA 24016

Steven Gannon
2509 Boylston Ct
Zionsville, IN 46077

Steven Gaudiano
368 Wild Rose Lane
Romeoville, IL 60446

Steven Geiger
2010 KINGS FOREST TRL
MOUNT AIRY, MD 21771-8747

Steven Gutierrez Jr
5904 Arc Dome Avenue
Bakersfield, CA 93313-4965

Steven Hilt
3002 Foxtail Ct
Schofield, WI 54476

Steven Hom
8799 Bay Parkway
Brooklyn, NY 11214

Steven Kent Mapes
4327 Country Lane
Grapevine, TX 76051

Steven Lopez
2002 18th St
Hondo, TX 78861-1624

Steven Love
3201 marion ct.
Louisville, KY 40206

Steven Ly
330 Tremont Street, Apt A803
Boston, MA 2116

Steven Michaud
5 Poplar Ter
Somerdale, NJ 08083-2016

Steven Nguyen
84 Legacy Way
Irvine, CA 92602

Steven Pearlman
19 Brentwood Dr.
Verona, NJ 7044

Steven Perez
458 west 38 St
San Pedro, CA 90731

Steven R Wallace
388 Kelinske Rd
Elm Mott, TX 76640

Steven Rivera
HC 03 box 10973
Juana D??az, PR 795

Steven Rutt
112 Apollo Ct
Mukwonago, WI 53149

Steven Tuttle
6105 S 34th St, Apt 107
Lincoln, NE 68516-4793

Steven Tyree
5924 bobwhite ave.
El paso, TX 79924

Steven x Kenyon
62 Locust St
Pittsburgh, PA 15223

Stevie Urbina
9 oakwood drive street, apartment 157
Peekskill, NY 10566

Stewart Lilly
2073 Highway 42 W
Bedford, KY 40006

Stuart Janousky
2152 Camel Lake Court
Oviedo, FL 32765

Sub Lee
8011 San Leon Cir
Buena Park, CA 90620

Sue Harralson
7300 Foxtree Cv
Austin, TX 78750

Sue Hoch
14642 Paul Revere Lane
Plainfield, IL 60544

Sue Holzbauer
3445 210th Ave.
Breckenridge, MN 56520

Suha Khondker
85-38 168th place, Apt 2
Jamaica, NY 11432

Summer Warren
202 Meadow Wood Ct
Thomasville, NC 27360

Sung-Young Trifault
165 Seaman Ave, 1C
NEW YORK, NY 10034

Susa laura giron
7343 NW 79th Ter.
Medley, FL 33166

Susan Becker
po box 1465
Blue Ridge,  30513-1064

Susan Bradley
1001 S Sumner St, Apt. 17
Creston, IA 50801

Susan Her
1225 Weston Drive
Decatur, GA 30032

Susan Koscielski
17350 E. Temple Ave, 345
La Puente, CA 91744

Susan Lawson
1519 talmadge way
louisville, KY 40216

Susan Magasiny
417 Anvil Dr
Kennett Square, PA 19348-1821

Susan McAdams
1875 Cherokee Rose Circle
Mount Pleasant, SC 29466

Susan McCarthy
4178 Liberty Drive
Orchard Park, NY 14127

Susan Tabassum
302 West 5th Street
Lansdale, PA 19446

Susan Viola
20-20 35th Street
Astoria, NY 11105

Susana Diaz
364 E BARD RD
Oxnard, CA 93033

Susana Romero Vazquez
609 Galtier Street
St. Paul , MN 55103

Susanne Miller
318 Bynum Ridge Rd
Forest Hill, MD 21050

Susie Wells
507 vina ct
Livingston, CA 95334

Suzanne Bastian
2835 Euclid Avenue
Duboistown, PA 17702

Suzanne Masri
121 Beacon Hill Drive
Coraopolis, PA 15108

suzanne stevens hisey
2889 NW 24th Way
boca raton, FL 33431

suzy bondoc
17 York Way
Hockessin, DE 19707

Svetlana Embrey
233 East Lakewood Street
Morton, IL 61550

Sydney Francoeur
3600 West Kirkwood Street
Rogers, AR 72758

Sydney Gonzalez
3704 Southwest 150th Court
Miami, FL 33185

Sydney Hanson
3449 N ELAINE PL, 307, 110
Chicago, IL 60657

Sydney Parrott
14862 County Road 1 50
Edon, OH 43518-9679

Sydney Underwood
3309 72nd Avenue Court Northwest
Gig Harbor, WA 98335

syed SHAH
1101 65th street apt#4b
Brooklyn, NY 11219

Sylvia Torres
15526 Jimenez rd
SAN BENITO, TX 78586

Symone Merriman
11811 LaPadera Lane
Florissant, MO 63033

Syrena West
185 Macedonia Road
Cherokee, NC 28719

Sysy Second
288 St Phillip Ct.
Fremont, CA 94539

Szandor Voorhis
409 S Barry St
Greenville, MI 48838

T Grant Lewis
114 Dummitt Ave
Fayetteville, WV 25840

Tabitha Bradley
5208 Hollyridge Dr
Raleigh, NC 27612

Tahir Mahmood
214-08 110th Ave
Queens Village, NY 11429

Taiyanna I Pereira
3231 West Boone Avenue, #Unit 425
Spokane, WA 99201

Tajalee Andrews
1335 8th Avenue
Watervliet, NY 12189

Takashi Midorikawa
21151 Maria Lane
Saratoga, CA 95070

Talia Clayborn
797 Mount Tabor Church Rd
Pickens, SC 29671

Talia Rodriguez
1308 e del rio drive
Tempe, AZ 85282

Tallun Anderson
377 Fringe Ruff Drive
Las Vegas, NV 89148

Tamara Joyner
34711 Shangri ln.
Yucaipa, CA 92399

Tamara McKenzie
7418 Tyrone Avenue
Van Nuys, CA 91405

Tamara Ruiz
231 De bord Drive
Tracy, CA 95376

Tamara Smith
1433 East 89th Street
Brooklyn, NY 11236

Tamara Whyte
2180 Silk Wood Ct
Charlottesville, VA 22911

Tamarah Knudsen
5418 NW 79TH AVE, CR TRACK 001
Doral, FL 33195

Tammy Nourse
2516 Conrad St.
Bossier City, LA 71111

Tameka Rushing
2300 Story Road W 166783
Irving, TX 75038

Tammy Phan
2565 Stonecreek Dr
Akron, OH 44320

Tamia Nguyen
121 Yolo Ct
Bay Point, CA 94565

Tammy Stone
9175 Firethorn Court
Manassas, VA 20110

Tamille Pierson
11849 Cedarbrook dr.
South Lyon, MI 48178

Tana Flowers
185 White Pine Canyon Road
Park City, UT 84060

Tammara Boerstler
214 Robinson Drive
New Ellenton, SC 29809

Tanner Lozier
199 Country View Drive
Harrison, OH 45030

Tammera Marks
5329 Dorchester
Kalamazoo, MI 49048

Tanner Sigears
1109 Madison Street
Clarksville, TN 37040

Tammi Cassady
4903 234th ST SW
Mountlake Terrace, WA 98043

Tanner Working
141 Gore Road
Onalaska, WA 98570

Tammy   k Ervin
7360 Portie-Flamingo Rd. SE.
New Lexington, OH 43764

Tanya skernick
4302 Meadowwood Drive
Rapid City, SD 57702

Tammy Davis
3415 189th St SE
Bothell, WA 98012

Tapan Sharma
7224 Ridge Creek Trail
Shakopee, MN 55379

Tammy Donnelly
81 Northwoods Drive
Wading River, NY 11792

Tara Bradley
2020 Parkview Cove
Biloxi, MS 39532

Tammy Jacobs
9774 Creekside Way
Streetsboro, OH 44241

Tara Collison
1105 Northeast 5th Avenue
Aledo, IL 61231

tammy kern
530 Timberlake Avenue
Erlanger, KY 41018

Tara Dienes
299 Friedell St
San Francisco, CA 94124

Tara McEvoy
30 Taft Ave
Lynbrook, NY 11563-1429

Tara Palmer
24 elm street
Lackawanna, NY 14218

Tara Santoro
302 Windsor Pl
Macungie, PA 18062

Tarek Refaie
3 tara lane
montville, NJ 7045

Tarun Pilli
3189 Deanpark Drive
Hilliard, OH 43026

Taunisha Manning
1675 Paseo Del Oro, 302
Chula Vista, CA 91913

Taunja Thomson
1095 Schabell Drive
Highland Heights, KY 41076

Tawnia White
1914 N BEECHWOOD DR
FLORENCE, AL 35630

Tayler Hutchinson
1801 leoni dr
Hanford, CA 93230

tayler smith
2680 Vista De Avila
Avila Beach, CA 93424

Taylor Barnes
5801 East Albany Street, 5801
Mesa, AZ 85205

Taylor Fortin
12100 Lima Drive
Manor, TX 78653

Taylor Fuess
262 Capitan St
Thousand Oaks, CA 91320

Taylor Fuess
368 Spring Oak Road, 1831
Camarillo, CA 93010

Taylor Hawkins
6582 133rd St W
Apple Valley, MN 55124

Taylor Kimberly
7906 clover court
La vista, NE 68128

Taylor koziol
80 North Raccoon , 69
Youngstown, OH 44515

Taylor Mecimore
224 Burette Fox Lane
Township of Taylorsville, NC 28681

Taylor Mitchell
2237 South Fern Avenue, Unit E
Ontario, CA 91762

Ted Quitasol
7887 Arroyo Vista Court
Riverside, CA 92506

Teddy Ouwerkerk
4615 Center Boulevard, 1707
Queens, NY 11109

TEENA LORIE  HARRIS
2351 West Altgeld Street
Chicago, IL 60647

Tella Silver
2079 South 1200 East,, Unit 104
Salt Lake City, UT 84105

Tena Zertuche
10485 Neale Sound Ct
Gainesville, VA 20155

Teng Jiang
2347 Chadlington Road
Falls Church, VA 22043

Tennessee Department of Revenue
500 Deaderick St.  - 3rd Fl.
Nashville, TN 37242

Tenysha Billings
2205 Ambassador Rd NE, Apt 335
Albuquerque, NM 87112

Teppei Hata
425 South St. #3001
Honolulu, HI 96813

Tequlia Baker
739east third st.
xenia, OH 45385

Terence Chou
804 s 318th st
federal way, WA 98003

Terence Edgar
911 Shadow Ridge Dr
Pensacola, FL 32514

Terence Freeman
236 Thompson Avenue
Middletown Township, NJ 7748

Teresa Dinuova
13 Lancaster Avenue
Quarryville, PA 17566

TEresa Holland
3210 Trails Lake Drive
Medina, OH 44256

Teresa Melara
10249 Limerick Avenue
Chatsworth, CA 91311

Teresa Romani
910 SE 37th Ave #307
Portland, OR 97214

Teresa Tocco
2 Sherry Ct
Florissant, MO 63031

Teresa Zheng
8722 17th Avenue
Brooklyn, NY 11214

Terra Akagi
3143 Larchmont Lane
San Pablo, CA 94806

Terrell Brooks-McEachern
1409 E 84th street
Brooklyn, NY 11236

Terrence Chan
2216 Mustang Trl
Frisco, TX 75033

Terri Ruggieri
42085 Plantation Circle
Elizabeth, CO 80107

Terry Brady
404 Pine St
Strasburg, IL 62465

Terry Dishman
1924 West 38th Drive, 3
Kearney, NE 68845

Terry Irvin
41065 Meadow Dr
Three Rivers, CA 93271

Terry Toth
716 Hile Lane
Englewood, OH 45322

terry vaughn
758 Landons Way
Spring Branch, TX 78070

Teryl Lepon
1545 Longboat Ave.
Beachwood, NJ 8722

Tesius Kent
2211 Ala Wai Boulevard, 1002
Honolulu, HI 96815

Thao Dao
2545 Brighton Drive
East York, PA 17402

Tess Chapin
4310 Timber Ridge Trail Southwest, Apt 9
Wyoming, MI 49519

Thatcher Anderson
378 Eliot Street
Ashland, MA 1721

Tessa Solensky
106 Leffler Drive
Johnstown, PA 15904

The Port Authority of NY & NJ
PO Box 15186
Albany, NY 12212-5186

Tevin Flores
1980 Horal Street, #724
San Antonio, TX 78227

Thelma De la ola
346  E Dakota
Laredo, TX 78041

Texas Comptroller of Public Accounts
PO Box 149348
Austin, TX 78714-9348

Theodore Sewell
14720 Rinaldi Street
San Fernando, CA 91340

Texas Comptroller of Public Accounts
PO Box 1149354
Austin, TX 78711-9354

Theresa  Davidson
706 Smith St, Lower Apt
Buffalo, NY 14206-2014

Thaj Yeeb Yang
6489 N. DEWOLF
CLOVIS, CA 93619

Theresa  Perez
1318 Carol Place
National City, CA 91950

Thalia Castro
10829 South Avenue E
Chicago, IL 60617

Theresa Doan
2979 Cataldi Drive
San Jose, CA 95132

Thanh Doan
8925 Coyote Bush Road
Riverside, CA 92508

Theresa Gogliormella
407 Costa Mesa dr
Toms River, NJ 8757

Thanh Nguyen
419 Daniels Place
Bear, DE 19701

Theresa Kinczel
14 Brown Lane
Plumsted Township, NJ 8533

Thanh Tam Nguyen
7352 Stahov Avenue
Westminster, CA 92683

Theresa Miracle
3751 Windhaven Drive
Clarksville, TN 37040

Thanh-Chi Le
1 Tammie Lane, 1127
Peabody, MA 1960

Therese  Guinto
5905 Chestnut Road
Independence, OH 44131

Therin Taylor
1018 S Adams Rd
Spokane Valley, WA 99037

Thomas  Paige
119 Braeburn Dr
Montgomery, IL 60538

Thomas  Woodstock
284 Walnut Path SW
Marietta , GA 30064

thomas accaria
154 S MORRISON ST
COOS BAY, OR 97420

Thomas Akagi
10948 S Topview Rd
South Jordan, UT 84009

Thomas Andreae
1108 Marcussen Drive
Menlo Park, CA 94025

Thomas Arenas
5341 N Homerest Ave
Azusa, CA 91702

Thomas Arnott
1560 N Summit St
Wheaton, IL 60187

Thomas Bentley
1006 Dayton Dr
Robinson, TX 76706

Thomas Black Hawk Jr
150 GRANDVIEW LN
BULLS GAP, TN 37711

Thomas Blake
50486 Bay Run N #1
Chesterfield, MI 48047

Thomas Butler
268 Winding Pond Road
Londonderry, NH 3053

Thomas Christensen
128 Fairview Lane
Streamwood, IL 60107

Thomas Custer
8225B School rd
Ft. Campbell, KY 42223

Thomas Derrick
611 Bell Fork Rd
Jacksonville, NC 28540-6315

Thomas Domenech
1523 S. JOHNSON RD.
NEW BERLIN, WI 53146

Thomas Dusza
10216 Church Road
Huron, OH 44839

Thomas Ehrmann
5109 Lakehurst Court
Palmetto, FL 34221

Thomas Fank
42 Linden Avenue
Holtsville, NY 11742

Thomas Finocchio
34 Sunshine Lane
Edison, NJ 8820

Thomas Fisk
6931 ELM AVE
CYPRESS, CA 90630

Thomas Harms
6708 John Smith Lane
Hayes, VA 23072

Thomas Holloran
5170 Oak Hill Rd
Delray Beach , FL 33484

Thomas Kantowski
2804 North 13th Street
Broken Arrow, OK 74012

Thomas Kehn
16422 Bear Meadow Circle
Cerritos, CA 90703-1904

Thomas Kelly
13495 bancroft ave, APT B306
San Leandro, CA 94578

Thomas Kim
164 Manor Circle
Jupiter, FL 33458

Thomas Ko
923 East Valley Boulevard #205
San Gabriel, CA 91776

Thomas Kreitlow
7222 E Rose Dr.
Tucson, AZ 85730

Thomas Lavin
4740 Brookgreen Road
Martinez, GA 30907

Thomas Lee
13929 seagate dr
san leandro, CA 94577-6428

Thomas LoDico
21 Prairie Lane
Lindenhurst, NY 11757

Thomas Mateyak
3401 Ravens Crest Drive
Plainsboro, NJ 8536

Thomas McCarroll
2102 Stonelick Woods Dr.
Batavia, OH 45103

Thomas Olson
345 Fraser Ln
Ventura, CA 93001

Thomas Roshone
1018 Verdant Street
The Dalles, OR 97058

Thomas Sheehan
218 North Transit Street
Lockport, NY 14094

Thomas Todd
95-214 Kuahaua Place
Mililani, HI 96789

Thomas Touhey
18305 Summerlin Drive
Hagerstown, MD 21740

Thomas Williams
1143 Lyndale Dr
Charleston, WV 25314-2131

Thomas Yankanich
109 Clarkdale Lane
Gilbertsville, PA 19525

Thompson  Truong
79 N 7th St
Brooklyn, NY 11249-3005

Thoms Serfes
2000B 6TH ST NE BASEMENT
Great Falls, MT 59404

Tiana Pinai
104 South Prize Oaks
Cedar Park, TX 78613

tianyi zhuge
1301 Briarwood Cir, room 400
Ann Arbor, MI 48108

Tiffany Bates
21140 Ponderosa Trail
Kiln, MS 39556-6047

Tiffany Britton
22313 65TH AVE
Bayside, NY 11364

Tiffany Gastineau
1556 Mark Welborn Rd
Somerset, KY 42503

Tiffany Karas
302 South Mulberry Street
Marshall, MI 49068

Tiffany Kerlin
138 Wickham Drive
Monaca, PA 15061

Tiffany Le
6752 Ambercrest Dr
Arlington, TX 76002

TIFFANY SANA
105 SANDHURST DR
SIMPSONVILLE, SC 29680

Tiffany Sherman
3017 Kennedy Drive
Northampton, PA 18067

Tiffany Sutton
1407 Oak Marsh Street
Davenport, FL 33837

Tiffany Tran
776 Sterling Hills Dr
Camarillo, CA 93010

Tiffany Wernik
4522 Louise Ave
Encino, CA 91316

Tim Alberts
N6420 Ballard Rd
Seymour, WI 54165

Tim DeCoursey Jr
1517 SW Indian Trl
Topeka, KS 66604

Tim Hardin
1311 wild rose lane
gearhart, OR 97138-4609

Tim Lai
125 Saint Paul St Apt 2224
Rochester, NY 14604-1252

Tim Lopez
215 N Atlantic Ave E
Stratford, NJ 08084-1703

Tim McCarty
2902 West Sweetwater Avenue, Apt. 2146
Phoenix, AZ 85029

Tim Menard
313 Maple Street
Killingly, CT 6239

Tim Mosby
6512 Broadway Ave.
Evansville, IN 47712

Tim Russo
59 Continental Dr
Lockport, NY 14094

Tim Tinnell
102 whitney avenue, #d
Lawrenceburg, KY 40342

Tim Wilson
720 Hilgard Ave., Apt 105
Los Angeles, CA 90024

Tim Yeung
14317 Autumn Gold Road
Boyds, MD 20841

Timberly Price
3085 NW 91st Avenue Apt 105
Coral Springs, FL 33065

Timothy  Brooks
324 W Railroad St
Fortville, IN 46040

Timothy  Lentz
52 Cove Lane
Great Falls, MT 59404

Timothy  Pierce
PO Box 17
Alton, VA 24520

Timothy Baker
536 Hunt Pl
Ypsilanti, MI 48198-3923

Timothy Bethmann
1405 Montclair St
Arlington, TX 76015

timothy caudill
807 windy place apt 204
ALTAMONTE SPG, FL 32714

Timothy Chang
2418 Halenoho Place
Honolulu, HI 96816

timothy dorris
16 Mohon Dr a4, A 4
McMinnville, TN 37110

Timothy Freer
369 Obrien Ave
GRIDLEY, CA 95948-9714

timothy hall
52 Country Lane
Prestonsburg, KY 41653

Timothy Helsel
200 South Hampton Place , 4-308
Clarksville , TN 37040

Timothy Hendricks
4006 Forestedge Street
Tipp City, OH 45371

Timothy Hokanson
134 North Washington Street, 100
Papillion, NE 68046

Timothy Horn
2029 Sancerre Lane
Carrollton, TX 75007

Timothy Lehman
94 Liberty Street, 3
Smithfield, PA 15478

Timothy Mehling
1845 WATERVIEW LN
WAUKESHA, WI 53189

Timothy Robinson
1443 manner drive
Mansfield, OH 44905

Timothy Rockwell
2930 17th ST S, APT 102
Moorhead, MN 56560-5231

Timothy Smith
76 Ferraro Drive
Bristol, CT 6010

Timothy Strait
15799 W 11 Mile Rd, APT #119
Southfield, MI 48076

Tina Alvarado
606 Tiverton Rd
Lake Forest, IL 60045

Tina Benacquisto
71 Alexander Road
New Britain, CT 6053

Tina Dos Reis
4 Fairway Drive
South Setauket, NY 11720

Tina Michelson
366 New Jersey 18, D10
East Brunswick, NJ 8816

Tion Sutton
221 Howard Avenue, 1R
Brooklyn, NY 11233

Tipatat Chennavasin
3 Fieldcrest Drive
Daly City, CA 94015

Tito Valentin
804 Dewberry Dr
Cedar Park, TX 78613

Toan Van
3725 Navarro
Frisco, TX 75034

Tobin Schindler
986 Jeannette St
Des Plaines, IL 60016

Todd Herzog
352 N 1300 E
Pleasant Grove, UT 84062

Todd Hinchcliffe
44 Julia Drive
Uxbridge, MA 1569

Todd Ruggiero
151 Marina Blvd.
San Rafael, CA 94901

Todd Stordahl
4157 39th Ave SW
Seattle, WA 98116

Tolls by Mail
PO Box 15183
Albany, NY 12212-5183

Tom Cooke
635 Carolina Farms Boulevard
Myrtle Beach, SC 29579

Tom Demarco
81 LAUSANNE AVE, APT 2
Daly city, CA 94014

Tom Kaliher
1121 Lucca Court
Caseyville, IL 62232

Tom Lohr
76 cinnamon circle
fairport, NY 14450

Tom Longberry
308 38th ST. NW
Canton, OH 44709

Tom Moore
2731 Konnoak Dr.
Winston Salem, NC 27127

Tom Neil
10636 Live Oak Drive
Forney, TX 75126

Tom Olson
345 Fraser Lane
Ventura , CA 93001

Tom Shea
10 Buckthorn St
Londonderry, NH 3053

Tomas Bilbao
1839 East Palo Verde Drive
Phoenix, AZ 85016

Tomas Lopez
223 8th Avenue Southwest
Decatur, AL 35601

Tommy Chen
2038 East 22nd Street
Oakland, CA 94606

tommy simpkins
3336 oak bend blvd
canal winchester, OH 43110-9320

Tommy Simpkins
3336 Oak Bend Boulevard
Canal Winchester, OH 43110

Tomokazu Nakamura
3557 Corona St
Camarillo, CA 93010

Tomy Nicolas
3321 Commercial ave
South Chicago Heights, IL 60411

tongwen ENGNYG
15617 NE Airport Way, C/O ENGNYG
Portland, OR 97251-9615

Toni Crooks
22 Ireland Ave
Greenhills, OH 45218

Toni Stickles
5733 W Mescal St
Glendale, AZ 85304-3813

Tonia Demeritte
3160 NW 58 STREET
MIAMI, FL 33142

Tonkia  Smoots
627 East Markison Avenue
Columbus, OH 43207

Tony Contreras
141 Trent Dr.
Napa, CA 94558

Tony Davenport
2211 STONE WHEEL DR #B, APT 723
RESTON, VA 20191

Tony DeCarlo
1509 Benjamin Drive
Niagara Falls, NY 14304

Tony DiDio
684 Woodcreek Dr
Waterford, MI 48327-3082

Tony Faulkner
1211 Appleby Drive
Silver Spring, MD 20904

TONY GONZALES
4387 MATTHEW WAY, TONY GONZALES
TRACY, CA 95377

Tony Gulli
4410 152ND ST
MIDLOTHIAN, IL 60445-3250

Tony Lam
18819 Leesbury Way
Rowland Heights, CA 91748

Tony Le
11023 Olivewood Dr.
Houston, TX 77089

Tony Marotta
667 VISTA DR
OSWEGO, IL 60543

Tony McKinney
954 South 23rd Street
Fort Dodge, IA 50501

Tony Trapasso
6798 San Benito Way
Buena Park, CA 90620

Tony Vasquez
9686 Amboy Ave.
Pacoima, CA 91331

Tony Willett
1700 BIRDIE HILLS RD
SAINT PETERS, MO 63376

Tony Wright
115 UNIVERSITY AVE NE, UNIT 415
Minneapolis, MN 55413

TONYA MCPARLIN
4340 HALSTEAD CIR
COLORADO SPRIMGS, CO 80916

Tophia Slydell
3901 Lafayette Drive Northeast, Apt 201
Albuquerque, NM 87107

Tori Bennett
4863 New York 233
Westmoreland, NY 13490

Toria Owens
2002B Lee Gordon Road
Arnaudville, LA 70512

toulo vang
5235 E Kaviland Ave.
Fresno, CA 93725

Tqn Truong
309 Checkers Drive, 201
San Jose, CA 95133

Tracey L Cardillo
227 S ALPINE ST
ARROYO GRANDE, CA 93420

Traci Fisher-Zaiser
330 Shuniah Street
Thunder Bay, ON P7A 3A3

Traci Lew
10 Tremont Terrace
Livingston, NJ 7039

Tracie Carter
204 Richmond Rd
Richmond Heights, OH 44143

Tracy  Donovan
13685 Legacy Circle, Apt K
Herndon, VA 20171

Tracy  Pisano
1300 Mountain Road
Larksville, PA 18651

Tracy Houser
1409 Morse Avenue
Sacramento, CA 95864

Tracy Nguyen
15 Madison Ave.
Randolph, MA 2368

Tracy Tran
4100 Old Farm Road
Oklahoma City, OK 73120

Tracy Welch
1540 North Genesee Drive
Lansing, MI 48915

Tramayne Harris
1878 Fred Jackson Way
Richmond, CA 94801

Trask Stalnaker1
13726 Northwest Germantown Road
Portland, OR 97231

Travelers
PO Box 660317
Dallas, TX 75266-0317

Travis Ciani
213 Maple Ave
Neptune, NJ 7753

Travis Clark
3732 Patti Pkwy
Decatur, GA 30034

Travis Dickinson
910 E. 16th Ave
San Mateo, CA 94402

Travis Lee
1951 Drumhead Ct
San Jose, CA 95131

Travis Nguyen
14515 Briar Forest Dr, 727
Houston, TX 77077

Travis Perkins
21710 McGilvray Rd
Bend, OR 97702

Travis Reed
1095 N Sterling Ave, Apt 111
Palatine, IL 60067-1976

Travis Shisler
1483 West Farragut Avenue, Apartment 2
Chicago, IL 60640

Tre HIllerich
510 Morrisett Ct SE
Leesburg, VA 20175-6140

Treasure Nyame
817 Majestic Rock Ave
Las Vegas, NV 89128

Treavor Hansley
101 Bogie Dr
Suffolk, VA 23434-9277

Tremaine Pollard
8652 38th ave S
Seattle, WA 98118

Trend Setters LTD.
22500 State Rt. 9
Tremont, IL 61568

Trent Stassi
27777 Violet
Mission Viejo, CA 92691

Trevor Benoit
830 Norman st
Fall River, MA 02721-4636

Trevor Lehr
804 Dillon Drive
Normal, IL 61761

Trevor McConnaughey
8742 Capstone Ranch Drive
New Port Richey, FL 34655

Trevor Schenck
19686 Perch Ct
Lake Oswego, OR 97034

Trey Nies
1201 S Scott St, 406
Arlington, VA 22204

Trey Wandler
312 6th Street
Stevensville, MT 59870

Trey Wiley
Ripple Creek Drive 2203
Rosenberg, TX 77471

Tricia Mae S. De Los Reyes
1605 Merchant St. Apt. G
Sparks, NV 89431

Trini Vela
1001 Fremont Avenue, Unit 3435
South Pasadena, CA 91030

Trisha Hillis
5330 31st Ave. N.
St. Petersburg, FL 33710

Trishia Parshall
2855 Arbor Gardens Drive
Evans, CO 80620

Trista Cruz
587 Susquehanna Avenue
Wyoming, PA 18644

Tristan Cochran
10451 Greenbrier Road, 120
Minnetonka, MN 55305

Tristan Enciso
250 Knoll Rd, Apt 46
San Marcos, CA 92069

Tristan Leone
235 92 st
Brooklyn, NY 11209

Tristan Piper
3736 Rotz Road
Chambersburg, PA 17202

Tristan Salvanera
1235 Moss Springs Road
Albemarle, NC 28001

Tristen Wood
15129 Wire Road
Coaling, AL 35453

Triston Kapper
111 Bennett court
Festus, MO 63028

Triston Myers
3638 LA-27
Sulphur, LA 70663

Troy Bernal
800 Rebecca Street
Weslaco, TX 78596

Troy Caywood
420 North Pine Street
Pratt, KS 67124

Troy Hopp
1229 ne Michigan avenue, 1229 ne Michiga
Topeka, KS 66616

Troy Schneider
811 river raft ct
Modesto, CA 95351-4533

Troy Tedder
4121 Honey Creek Blvd
Russiaville , IN 46979

Truc Phan
329 North Conlon Avenue, B
West Covina, CA 91790

Truman Dowdy
24611 Lori Ln
Magnolia, TX 77355

Tsivyah Levine
2C N Main St, #74
Williamsburg, MA 1096

Tsun Hung Ko
920 Clementine Ct, Unit B
Azusa, CA 91702

Tuan Dang
1931 east calico dr
West Covina, CA 91791

Tuan Nguyen
15243 Arcturus Ave
Gardena, CA 90249-4111

Tung Nguyen
10652 Paloma Ave.
Garden Grove, CA 92843

Tunji Smith
6817 Parkers Crossing Dr.
Charlotte, NC 28215

Turner Swann
3779 N DENNY WAY
Buckeye, AZ 85396

Tury Ruiz
2820 Neptune Ct, A
LEMOORE, CA 93245

Tuwayne Foster
1850 chestnut pl apt 401
Denver, CO 80202

Ty Grittner
1859 5th Ave Clarkston
Clarkston, WA 99403

Ty Hall
2010 North Irving Street
Fremont, NE 68025

Ty Latiolais
566 Kuhne Heights, Troy MO 63379
Troy, MO 63379

Ty Walker
259 N Monroe Dr
Xenia, OH 45385

Ty, Damon,
15882 Antioch Rd
White City, OR 97503

Tyhler Williams
4635 Sw Mueller Dr, E204
Beaverton, OR 97078

Tyler  White
7252 W Ratliff Rd.
Bloomington, IN 47404

Tyler Abercrombie
159 Fixie
Irvine, CA 92618

Tyler Blankenship
714 S 21st Ave
Hattiesburg, MS 39401

Tyler Blount
314 Speers Valley Cir
Brandon, MS 39042

Tyler Christian
1277 FISHING CREEK RD
Clover, SC 29710-1682

tyler collins
60 little road
altoona, AL 35952

Tyler Darling
15730 East Kim Drive
Fountain Hills, AZ 85268

Tyler Day
4827 Sanford Street
Fair Oaks, CA 95628

Tyler Domanski
750 North Dover Drive, 750
Independence, MO 64056

Tyler Ehresman
3228 Rialto Ave
Clovis, CA 93619

Tyler Emrick
5645 Spring Hill Road
Grove City, OH 43123

Tyler Freeman
2646 Providence Road
Cassatt, SC 29032

Tyler Harper
280 Prospect Street
Pottstown, PA 19464

Tyler Harris
6464 NY-23
Oneonta, NY 13820

Tyler Hays
3217 Brereton St, APT 3
Pittsburgh, PA 15219-3775

Tyler Kerr
12905 Red Spruce Cir
Oklahoma City, OK 73142

Tyler Liegmann
3224 South Wallace Street
Chicago, IL 60616

Tyler Lopes
50 Paisley Boulevard West, 610
Mississauga, ON L5B 1C9

Tyler Marlowe
3865 Cromwell Lane
Williamsburg, VA 23188

Tyler Mcintosh
29664 ostreich
Brownstown, MI 48173-9745

Tyler Medick
8048 S 116TH ST
SEATTLE, WA 98178-3842

Tyler Meeker
1512 South Rocky Mountain Drive
Tucson, AZ 85710

Tyler Mild
200 Greenway Avenue
Seneca, PA 16346

Tyler Powers
1123 Nature Trail
Manchester, MI 48158

Tyler Reed
408 calumet ave NE, Apt 40
De Smet, SD 57231

Tyler Rice
6457 Hemmingford Dr
Canal Winchester, OH 43110

Tyler Seminchuk
14175 savannah road
Amarillo, TX 79118

Tyler Whitecotton
561 W Stratford Place, #5A
Chicago, IL 60657

Tyler Young
7089 Copperwood Way
Columbia, MD 21046

Tymon Woods
724 Paige Circle
Nashville, TN 37207

tyrell steele
9009 greenwood avenue North, apt 311
Seattle, WA 98103

Tyreq Moulton
770 Mitchell Avenue
Whiteman Air Force Base, MO 65305

Tyson Kubota
5835 Tellefson Rd
Culver City, CA 90230-5471

Tyszko, Joseph
15220 Rosarie Drive
Homer Glen, IL 60491

Tzer Hang
1614 S 106th St
Seattle, WA 98168

Ulises Minaya
7335 Fairway Drive, Apartment 623
Miami Lakes, FL 33014

Ultra Tokyo Connection
5589 Ayala Ave.
Irwindale, CA 91706

Una Kang
256 Academy Street
South Orange, NJ 7079

Understand the Concept
4 Red Leaf Rose Court
Reisterstown, MD 21136

Unishippers
16 Corporate Woods Blvd. - Ste 2
Albany, NY 12211

Uriel Luna
113 East Davis Avenue, 662
Weatherford, OK 73096

uriel renteria-valdez
3783 trellis view ave
las vegas, NV 89115

val storino
1755 Lily Pond Circle
Henderson, NV 89012

valentin perales
6923 Emerald Pool Lane
Spring, TX 77379

Valentine Lan
820 North Delaware Street, 301
San Mateo, CA 94401

Valeria Gonzalez
15424 West White Road
Medical Lake, WA 99022

Valeria Juarez
310 Falcon Drive
Absecon, NJ 8201

Valeria Medina
1917 South Broadway, Apt A
Escondido, CA 92025

Valeria Yundt
63 Faneuil st
Windsor, CT 6095

Valerie Aguirre
323 Front Street, Apt. 313
Salinas, CA 93901

Valerie Balanon
2200 Silver Lane, Apt 101
New Brighton, MN 55112

Valerie Hunter
15586 Rockwell Ave
Fontana, CA 92336-4178

Valerie Morales
1010 Southwest 5th Street
Grand Prairie, TX 75051

Valerie Philipps
9279 Hickory Ridge Drive
Streetsboro, OH 44241

Valerie Ramirez
1858 NW 93rd Terrace
Plantation, FL 33322

Valerie Stephens
5429 Newcastle Avenue, #322
Encino, CA 91316

Valerie Vazquez
2636 s 59th ave
Cicero, IL 60804

Valerie Walton
5502 Pinelawn Ave
Chattanooga, TN 37411

Vanessa Alvarez
206 WOODARD ST
HOUSTON, TX 77009-1820

Vanessa Ansley
480 North Davis Boulevard
Bountiful, UT 84010

Vanessa Bourassa
401 Main Ave N
Park Rapids, MN 56470

Vanessa Campos
6815 Du Boise Road
Houston, TX 77091

Vanessa Dye
5251 Garden Creek Road
Rowe, VA 24646

Vanessa Fernandez
38608 36th Street East
Palmdale, CA 93550

Vanessa Fisher
9705 South Prairie Road
Tillamook, OR 97141

Vanessa Garcia
3236 1/2 32nd St
San Diego, CA 92104

Vanessa Guest
20507 Morning Creek Dr.
Katy, TX 77450

Vanessa Guillen
3951 Guardia Avenue
Los Angeles, CA 90032

Vanessa Morales
1126 Edgedale Drive
Salisbury, NC 28144

Vanessa Villalobos
12549 West Calle De Baca
Peoria, AZ 85383

Vanity Alston
101 McLellan Dr, Apt. 1042
South San Francisco, CA 94080

Vanity Wilson
5820 South Tripp Avenue
Chicago, IL 60629

Varinia Chua
1 AEROPOST WAY GUA-47326
MIAMI, FL 33206

Vassana Earle
14 Old Beahan Road
Rochester, NY 14624

Venika Bibra
25221 Pike Road
Laguna Hills, CA 92653

Ventura Uitz
3640 West 110th Street, Apt b
Inglewood, CA 90303

Ver nica Martinez
227 s llanos st
Cortland, IL 60112

Vera Lulgjuraj
16 James Drive
Brewster, NY 10509

Verizon
500 Technology Dr. - Suite 5550
Weldon Spring, MO 63304

Vermont Department of Taxes
PO Box 1881
Montpelier, VT 05601-1881

Veronica  Matos Fernandez
1309 Virginia Boulevard
San Antonio, TX 78203

Veronica Alatorre
9050 Kern Ave Unit H4
Gilroy, CA 95020-7508

Veronica Alatorre
9050 Kern Avenue, Unit H4
Gilroy, CA 95020

Veronica Carpentier
4747 Luka Lane
Laredo, TX 78046

Veronica Castilleja
1716 N 49TH ST
MCALLEN, TX 78501

Veronica Gonzalez
320 Derecho Way
Tracy, CA 95376

Veronica McNicholas
29 Watson Hill Road
Raymond, NH 3077

Veronica Stegall
11854 garney hood road
Denham springs, LA 70726

Veronika Frystacka
3314 Northside Drive, #92
Key West, FL 33040

Vicente Cruz
4926 Jarl Court
Katy, TX 77449

Vicente Garcia
1350 SW 122ND AVE APT 305
Miami, FL 33184

vicente mendoza
4350 Cedar Ave, Apt C
El Monte, CA 91732

Vickie Marino
N2481 COUNTY HIGHWAY P
SARONA, WI 54870-9410

Victor Antonio
15008 Allendale Lane
Conroe, TX 77302

Victor Avena
936 Dalrymple Rd
Las Cruces, NM 88007

Victor Badillo
444 Encinitas Avenue
San Diego, CA 92114

Victor Barba
1537 Applegate St
Chula Vista, CA 91913-1580

Victor Barrios
45321 Kingtree Avenue
Lancaster, CA 93534

victor barros
234 Green Valley Road
East Meadow, NY 11554

Victor Cosme
940 Sonata Lane
Orlando, FL 32825

Victor Flowers
1310 W Lambert Rd, 176
La Habra, CA 90631

Victor Gonzalez
53378 Shady Lane
Coachella, CA 92236

Victor Gonzalez
73 East Hopkins Avenue
Pontiac, MI 48340

Victor Hillerich
6502 Southside drive, 6502 Southside dri
Louisville, KY 40214

Victor Lizardi
10357 Del Mar Cir.
Tampa, FL 33624

victor llano
12555 Jackson Heights Drive
El Cajon, CA 92021

Victor M Sosa Rincon
908 4th AVE SE
Hampton, IA 50441

Victor Martinez
1513 W PICO BLVD APT 20
Los Angeles, CA 90015

Victor Martinez
9818 Hoback St
Bellflower, CA 90706

Victor Medina
14 W 41 ST
Anderson , IN 46013

Victor Medrano
5150 Airport Rd, Lot A20
Colorado Springs, CO 80916-1625

Victor Ovalle Jr
12222 Bristol Dr
La Mirada, CA 90638

Victor Perez
13314 Goodland Street, #207
Farmers Branch, TX 75234

Victor Perez
211 Young St,
Nocona, TX 76255

victor saldivar
1135 Hawthorne Ave E,
SAINT PAUL, MN 55106

Victor Santaella
35734 Mission Blvd
Fremont, CA 94536

Victor Sosa
908 4th ave se
Hampton, IA 50441

Victor Wright
8151 EASY MEADOW DR
CONVERSE, TX 78109-3462

Victoria  Lewis
River Road, 333
Andover, MA 1810

Victoria  Valenzuela
7219 Teresa Ave
Rosemead, CA 91770

Victoria Carrillo
19 Furman Circle
Kenner, LA 70065-3917

Victoria Flores
18557 Eagles Roost Dr
Germantown, MD 20874

Victoria Gonsor
1213 E. 70th Street North
Sioux Falls, SD 57104

Victoria Hubauer
5875 Crestwick Way
Cumming, GA 30040

Victoria Lewis
57456 Cypress Avenue
Slidell, LA 70461

VICTORIA MARTINE
5523 NEOLA ROAD
STROUDSBURG, PA 18360

Victoria Moreno
320 Town Center Pkwy, 2511
Santee, CA 92071

Victoria Rivera
7 taras drive
Fords, NJ 8863

Victoria Sertich
6718 Callaghan Rd, Apt 601
SAN ANTONIO, TX 78229

Viet Le
6113 Summerset Drive
Midland, MI 48640

Viet Nguyen
6633 Brookite Court
Carlsbad, CA 92009

Vince Pai
9122 Sauternes Ct
Dallas, TX 75231

Vince Vaca
8210 N Hickory St , Apt 9-027
Kansas City , MO 64118

Vincent Barron
91-1075 Oaniani St 9G, 9G
Kapolei, HI 96707

Vincent Basile
19 Central Ave
Oneonta, NY 13820

Vincent Beltran
314 East South Street
Wilkes Barre, PA 18702

Vincent Cestone
58 Harrison St
Little Falls, NJ 7424

Vincent Dorsey
261 north street
Westfield, PA 16950

Vincent Flores
2502 Piping Rock Trail
Austin, TX 78748

Vincent Greco
71 Jog Hill Road
Trumbull, CT 6611

Vincent Gutosky
2216 Early Settlers Road
Richmond, VA 23235

Vincent Kwong
14444 Wicks Boulevard
San Leandro, CA 94577

Vincent Nagoshi
15690 Bernardo Center Drive, Apt 2208
San Diego, CA 92127

Vincent Palazzo III
45 Hamilton Road
Cranston, RI 2910

Vinnie Gardner
4028 17th ave so
MINNEAPOLIS, MN 55407

Vioni Villanueva
4025 Porte La Paz, Unit 123
San Diego, CA 92122

Virginia Department of Taxation
PO Box 1777
Richmond, VA 23218-1777

VZW Customer Service
12659 Langstaff Dr
Windermere, FL 34786

Vishal Govil
1234 30th Avenue
San Francisco, CA 94122

Wade Eiff
14205 N Fountain Hills Blvd., Unit A
Fountain Hills, AZ 85268

Vivian Huynh
20520 Vose St.
Winnetka, CA 91306

Wade Laymance
317 Old Tacora Hills Rd.
Clinton, TN 37716

Vivian Savarese
3711 Loma Ventosa
Sierra Vista, AZ 85650

Wade Walton
630 Martic Heights Drive
Holtwood, PA 17532

Vivian Tran
1422 Pass and Covina Road
La Puente, CA 91744

Wai Fong Chang
5396 Diana Common
Fremont, CA 94555

Viviana gonzalez
813 West McKinley Street
Phoenix, AZ 85007

Wakisha Bryant
2665 Grand Concourse, APT 1C
The Bronx, NY 10468

Vivien Seidler
115 Hearthstone Circle
Bowling Green, KY 42101

Walter Gunn
6502 Dellbank Drive
Cleveland, OH 44144

Von Young
301 N Main Street
Fithian, IL 61844

Walter J Beese
536 Second St
Carlstadt, NJ 7072

Vu Huynh
1209 SILK OAK DR
SUISUN CITY, CA 94585

Wameng  Lo
6681 Pasado Rd
Goleta, CA 93117

Vu Nguyen
6614 42nd Ave S
Seattle, WA 98118

wan hi lee
3316 montrose ave, apt b
la crescenta, CA 91214

Vu Trinh
210 E 211th St.
Carson, CA 90745

Wanda Doviw
72 East 190th Street, Apt E4
Bronx, NY 10468

Vy Nguyen
4204 Copeland Avenue, Apt5
San Diego, CA 92105

wang ning
1127 Main St
Imperial, MO 63052

Warren Chen
1203 Danlea Court
Herndon, VA 20170

Warren Rohr
1421 8th Ave
Honolulu, HI 96816

Warren Vang
9036 North Gilbert Place
Portland, OR 97203

Wayne Armstrong
12169-6 Northpointe Lane
holland, MI 49424

Wayne Hernandez
5572 Green Shadows Pl
Orlando, FL 32811-2926

Wayne Miskelly
5060 Westminster Way, 905, 905
Beech Island, SC 29842

Weiheng Guan
244 W 29th, #1f
chicago, IL 60616

Wen Jie Mei
11952 Chanteloup Dr
Houston, TX 77047

Wendell Alexander
1241 South Ridgeley Drive
Los Angeles, CA 90019

Wendy Gregory
11469 S Open View Lane
South Jordan, UT 84009

Wendy Martel
2 Valgo Way
Dudley, MA 01571-6030

Wendy McLaughlin
62 Penfield Ave
Croton on Hudson, NY 10520-2702

Wendy Murrell
PO Box 2277
SUISUN CITY, CA 94585

Wendy velazquez
7959 Bright Avenue, 10
Whittier, CA 90602

Wenhui Kong
1238 66th Street
Brooklyn, NY 11219

Wenyi Chen
6601 127th Pl SE
Bellevue, WA 98006

Wes Calder
11184 Snapdragon St
Ventura, CA 93004

Wes Lovell
33435 Morse Avenue
Creswell, OR 97426

Wesley Aleman
11436 Tiger Tail Circle
Sandy , UT 84094

Wesley Clemons
240 Forest Drive
Lake Jackson, TX 77566

Wesley Edwards
1501 Oaks Road
Paducah, KY 42003

Wesley Ellsworth
204 S Brand Blvd Ste 207
San Fernando, CA 91340-3629

Wesley Horne
1243 Wappetaw Place
Mount Pleasant, SC 29464

Wesley Jones
PO BOX 62
Plainville, IN 47568-0062

Wesley Li
2117 Blue Knob Ter.
Silver Spring, MD 20906

Wesley Payne
655 Wall Street, Apartment 3
North Tonawanda, NY 14120

Wesley Smallwood
2004 Smoky River Road
Knoxville, TN 37931

Wesley Willmott
6651 Pickett Ave
Garden Grove, CA 92845

Westin Cross
22 E 500 N
Santaquin, UT 84655

Westin Wikstrom
4613 Hidden Lake Drive
Bountiful, UT 84010

Whitney Fauntleroy
4251 Campbell Avenue, 201
Arlington, VA 22206

Whitney Mitchell
5220 Haynes-Sterchi Road
Knoxville, TN 37912

Whitney Rehlander
848 Woodsmans Mill Road
Montville, ME 4941

Wilbur Norman
2334 Twin Flower Ln
Sanford, FL 32771

Wild Star
8693 Meadowbrook Drive
Pensacola, FL 32514

Wilfredo Matos
193 Chestnut Ridge Drive, Apto F
Harrisonburg, VA 22801

Will Kois
2115 Dominion Drive
Charlottesville, VA 22901

Will Moore
43092 Thoroughfare Gap Ter
Ashburn, VA 20148-7090

Will Moore
6350 Stonehaven Lane
Bedford Heights, OH 44146

Will Temple
893 Estey Way
Placerville, CA 95667

Will Washington
6408 Anderson Drive
Temple Hills, MD 20748

Will Xu
13201 Corrigan Avenue
Downey, CA 90242

Willard Smith
5445 E 172nd Ave
Anchorage, AK 99516-5606

Willdavid Padilla
1251 Northwest 20th Street, APT 419
Miami, FL 33142

Willi Valle
741 Northwest 117th Street
Miami, FL 33161

William  Laboy Flores
Calle norte 256
Dorado, PR 646

William  MANCHESTER
247 Fair Street
Warwick, RI 2888

William Alexander
903 Wexford Lane
Statesboro, GA 30458

William Belue
305 Pryor Rd
Taylors, SC 29687

WILLIAM BERNARD
1280 Birch Rd
Lebanon, PA 17042-9193

William Bierach
213 Euphoria Circle
Cary, NC 27519

William Brown
1060 Mallard Ave
Jordan, MN 55352

william callaway
804 PINE LEVEL LN
CHESAPEAKE, VA 23322

William Coffey
11709 Black Powder Drive
Knoxville, TN 37934

William Corbusier
35 Crystal Mountain Ln
Maumelle, AR 72113

William Dempsey
92 Shady Lane
Stamford, CT 6903

William Dykes
13803 ROUND TOP PL
LOUISVILLE, KY 40299

William Gallagher
579 Miller Ln
Whitehall, PA 18052

William Grindler
45 Jackson Avenue
Rutherford, NJ 7070

William Guillen
10233, English Oak Dr
Austin, TX 78748

William Hall
202 Tallow Wood Drive
Clifton Park, NY 12065

William Hanna
26792 Lenox Avenue
Madison Heights, MI 48071

William Lee
1901 west Benjamin holt drive
Stockton, CA 95207

William Long
695 Duvall Hwy
Pasadena, MD 21122

William Maclean
2910 Rhineberry Road
Rochester Hills, MI 48309

William Marsh
1045 Culmer Dr
VIRGINIA BEACH, VA 23454

William Masback
2110 Southwest 19th Street
Gresham, OR 97080

William Maye
8044 Hidden View Circle
Fair Oaks, CA 95628

William Mccleery
7718 Greenbrier Rd
Pennsauken, NJ 8109

William Mccullagh
1905 Delrose St
Joliet, IL 60435

William McGarry
170 NORTH ST
NORTH READING, MA 1864

William Moran
6450 Dougherty road, Apt 711
Dublin, CA 94568

WILLIAM P. FABINA
204 Boyer St.
Johnstown, PA 15906

William Pague
1842 Pinehaven Drive
Clinton, MS 39056

William Ratliff
3335 N Christmas Ave
Tucson, AZ 85716

william rogers
8589 Wilburn Cove
Navarre, FL 32566

WILLIAM RUSSELL
4683 LEE ROAD 11
OPELIKA, AL 36804

William Scheel
7224 Highland Loop
Zephyrhills, FL 33541

William Schweisthal
2209 PASEO COURT
LAS VEGAS, NV 89117

William Shea
81 South Highland Drive
Lake Leelanau, MI 49653

william shockey
1209 w.fred
Whiting, IN 46394

William Smelser
606 west pikes peak avenue
Colorado springs, CO 80905

William Smith
1 Weatherstone Way
Smithtown, NY 11787

William Smith
215 Cloverbrook Circle
Pittsburg, CA 94565

William Snow
12 Kings Crossing Ct Apt J
Cockeysville, MD 21030

William Thompson
16 Lawton rd Unit 28
Manchester, CT 6042

William Tubao
12854 Pinefield Road
Poway, CA 92064

William Vista
85-30 112th street
Richmond hill, NY 11418

William Whittemore
1702 Tanglewood Drive
Clinton, MS 39056

William Young
339 Palm Terrace Loop
Conway, SC 29526

Willie Gutierrez
2401 West Sam Houston Parkway North, 903
Houston, TX 77043

Willow Hall
4 upland road
ASHEVILLE, NC 28804

Willy Quijano
501 Bank Lane, Apt#201
HIGHWOOD, IL 60040

Willy Wang
3865 Duncan Pl.
PALO ALTO, CA 94306-4549

Willy Williams
38 Seeley Ave
Keansburg, NJ 7734

Wing Leung
12718 35th Ave SE, Apt A4
Everett, WA 98208-5663

Winter Rose
2638 North Wyoming Avenue
Fremont, NE 68025

Wisconsin Department of Revenue
PO Box 3028
Milwaukee, WI 53201-3028

Woodrow  Bailey
5115 Inaglen Way
View Park-Windsor Hills, CA 90043

wuolfran sanchez
656 henry long blvd
stockton, CA 95206

Wyatt Barber
1463 Campton St
Ely, NV 89301-2014

Wyatt Skelton
408 5th Ave E
Bryant, SD 57221

Wyoming Department of Revenue
122 West 25th St. - Suite E301
Cheyenne, WY 82002-0110

Xander Geraldo
998 Longwood Avenue, Apt 34
Bronx, NY 10459

xang her
30631 SE PIPELINE RD
Gresham, OR 97080

Xavier Flores
2813 N Warren Ave
Fresno, CA 93705

Xavier I. Caraballo
Vistas de Rio Grande II, Nogal 407
Rio Grande, PR 745

Xiaodong Yang
9180 Autumn Mist Ct
Las Vegas,, NV 89148

XIAOHE TIAN
203 Park Drive, Apt 326
Boston, MA 2215

Xiaoyi Zhang
35 Bradford Rd
Scarsdale, NY 10583

Xingyu Liu
2767 S Knightsbridge Cir
Ann Arbor, MI 48105

Xinyi Hu
1428 Rosecrest Terrace
San Jose, CA 95126

Xinyou Yu
1580 Meadow Ridge Circle
San Jose, CA 95131

Xinyu Ma
7696 Oxgate Ct
Hudson, OH 44236

xiuzhi zheng
7510 20th Ave, Apt 3a
BROOKLYN, NY 11214

Xue Xiong
1626 Biemeret Street
Green Bay, WI 54304

Y Nguyen
2207 E.Beachcomber Dr
Gilbert, AZ 85234

Yadira Torres
223 Ocean Ave
Lakewood, NJ 8701

Yaleska Irizarry
HC03 BOX 37214
San Sebastian, PR 685

Yanan Zhao
3935 white rose way
ellicott city, MD 21042

Yaneth Gonzalez
1318 Julien Street
Belvidere, IL 61008

Yang Yu
10058 Tall Oaks Street
Parker, CO 80134

Yaoyuan Xu
907 Buchanan St
Albany, CA 94706

Yaritza Loreto
2856 Berkeley Ct
San Bernardino, CA 92405

Yarlim Contreras
1913 Galveston Street
Grand Prairie, TX 75051

Yasaman Ghodse-Elahi
33 Newel Street, 2
Brooklyn, NY 11222

Yasin Ibn Majdoub Hassani
5167 Aberdeen Ct NW
Lilburn, GA 30047

Yasmin onder
700 Cocoanut Avenue, Apartment 342
Sarasota, FL 34236

Yasmina Elmorabit
2158 Cumberland Parkway Southeast, APT#
Atlanta, GA 30339

Yating Wu
16 Lavender Ct
Daly City, CA 94014

Yazmin Zavaleta
211 E 115th Street, Floor 3
New York, NY 10029

Yecenia E Reyes
928 Maryland Drive
Vista, CA 92083

Yehan Lee
183 Mount Auburn Street, 46
Watertown, MA 2472

Yeji Kim
12931 Oxnard Street, Apt 11
Van Nuys, CA 91401

Yekaterina Tabatadze
340 Sunderland Road, C3
Worcester, MA 1604

Yen Ngo
1813 South Almansor Street
Alhambra, CA 91801

Yencie Ayala
115 Barrington Rd
Fort Wright, KY 41011

yener parra
212 Lincoln Avenue
Elizabeth, NJ 7208

yer xiong
2560 Palisades LN
appleton, WI 54915

Yesenia Lucio
2702 Dario St
Weslaco, TX 78599

Yesenia Macias
1413 WEST 101TH ST
LOS ANGELES, CA 90047

Yesenia Medina
1830 Waverly Lane
algonquin, IL 60102

yeshi tsodon
168 Corabelle Avenue
Lodi, NJ 7644

Yi Jin
2243 North Lincoln Avenue, Apt. 3A
Chicago, IL 60614

Yi Wang
333 Grand Street, Apt 1113
Jersey City, NJ 7302

Ying Zhang
85 Jefferson Avenue
Eagleville, PA 19403

yinny liu
1715 76th st
brooklyn, NY 11214

Yiran Zhao
41-42 24th Street, 1401
Long Island City, NY 11101

Yoelver Lopez
5117 NW Fifth Street
Miami , FL 33126

Yoh Sawatari
415 Marmore Ave
Coral Gables, FL 33146

Yolanda M Aquino
1644 Goddard Rd
Lincoln Park, MI 48146-4032

Yong Liu
34831 Starling Drive, APT#4
Union City, CA 94587

Yongxin Hu
1733 galemont Ave
Hacienda Heights , CA 91745

Young Kim
9375 Hamilton Ct Apt A
Des Plaines, IL 60016

YRC Freight
PO Box 13573
Newark, NJ 07188-3573

YRC Inc. DBA YRC Freight
PO Box 93151
Chicago, IL 60673-3151

Ysaac Manuel
1014 Oak Hill Dr
Chula Vista, CA 91915

Yu-Bo Wang
204 Silver Ridge Dr
Central, SC 29630

Yu-Feng Hung TWWMTHGG
13822 NE Airport Way
Portland, OR 97251-9614

YU-SHENG LIN
1937 Pontius Ave, Fl 4
Los Angeles, CA 90025-5611

Yubin Li
742 Brunswick Street
San Francisco, CA 94112

Yubo Lu
4-74 48th Ave Apt 36G
Long Island City, NY 11109

Yue Ching Leung
900 Garden Square Lane
Morrisville, NC 27560

Yujia Li
407 Huntington Avenue
Boston, MA 2115

yujie su
3308 vancouver dr
Modesto, CA 95355

Yun Sang Chan
222 21st Street East
North Vancouver, BC V7L 3B6

Yunfeng Chen
18 Forest Ln
Scarsdale, NY 10583

Yuri Lee
991 Arapahoe Street, Unit 501
Los Angeles, CA 90006

yusuf syed
7034 johnnycake rd.
baltimore, MD 21244-2405

Yuta Nagasaka
472 7th street, 1st fl
Palisades Park, NJ 7650

Yvanka Figueroa
251 Florida Ave.
Shenandoah, PA 17976

Yvette Morales
2093 E Bard Road
Oxnard, CA 93033

Za Greenhagen
3717 6th Avenue, 144
Des Moines, IA 50313

Zach Chambers
8060 Saddlebrook Drive
Lynden, WA 98264

Zach Hilts
116 CLOVIS CIR
MYRTLE BEACH, SC 29579

Zach M Alexander
304 Catawba Dr
Summerville, SC 29483

Zach Mendelson
37 SAN SEBASTIAN
RANCHO SANTA MARGARITA, CA 92688

Zach Mora
563 w 114th way
Northglenn, CO 80234

Zach Tankersley
288 Clemmer Ferry Road
Benton, TN 37307

Zach Ulle
6601 Vrooman Rd
Painesville, OH 44077-8841

Zachariah Smith
3516 East Tyson Street
Gilbert, AZ 85295

Zachary Bryson Rogers
3181 Jordan Ln
Redding, CA 96003

Zachary Fouts
909 Avent Meadows Lane
Holly Springs, NC 27540

Zachary Gilbert
80 Cody St
Lakewood, CO 80226

Zachary Gilmore
10312, Charlotte Dr
Parrish, FL 34219

Zachary Heller
3726 Pricetown Road, Apt C
Fleetwood, PA 19522

Zachary Johnson
309 La Serena
Winter Haven, FL 33884

Zachary Leighton-Ryan
8 Chatham Street, Apt 7
Kinderhook, NY 12106

Zachary Matz
845 Hillman Court
Morgan Hill, CA 95037

Zachary Mouton
13969 Marquesas Way, Apt 306B
Marina Del Rey, CA 90292

Zachary Pratt
514 arrowhead rd
Front royal, VA 22630

Zachary Senat
3 Wood Thrush Avenue
Gloucester Township, NJ 8081

Zachary Sherman
3017 Kennedy Dr
Northampton, PA 18067

Zachary Wasserman
211 Old Churchmans Rd
New Castle, DE 19720

Zachary Williams
5322 Lost Cove Ln
Spring, TX 77373

Zachary Wilson
24586 E Calhoun Pl unit A Aurora
Aurora, CO 80016

Zachery Lyons
838 Elk st.
Macy, NE 68039

Zack Daniels
3622 29th Ave W
Seattle, WA 98199

Zack Renfro
16652 Dolores Ln, #1
Huntington Beach, CA 92649-3367

Zacry DeCriscio
7602 Pine St
Taylor, MI 48180

Zahira Camacho
334 Hyde Street
Salinas, CA 93907

Zaida Rodriguez
180 E. Market St. Apt 24
Long Beach, CA 90805

Zaira Avila
1422 Lomita Boulevard, Apt A
Harbor City, CA 90710

zaira bravo
8127 Parnell Street
Houston, TX 77051

Zane Bolton
300 Coral Gables Street
Panama City Beach, FL 32407

Zane Lakson
1120 Reflections Cir, Apt 306
Casselberry, FL 32707

Zara Mott
13715 Dana Ln E
Puyallup, WA 98373

Zehra Hussain
320 Trinity Ln
Oak Brook, IL 60523

Zennia Guerrero
1685 Oro Vista RD, 175
San Diego, CA 92154

Zeyda  Brown
33000 Vista West Drive
Trinidad, CO 81082

ZFEXZ HDB
14991 NE Airport Way
Portland, OR 97251-9611

zhangli zhou
23508 deer spring ln
diamond bar, CA 91765

Zhanna Baughman
1546 Wiese Ct
Mount Pleasant, WI 53406

Zhaoqi He
357 Celebration Drive
Milpitas, CA 95035

Zhe Liu
2127  S   Apt C Baldwin Ave Arcadia CA91
Arcadia, CA 91007

Zhemin Li
14469 29th Avenue
Queens, NY 11354

Zhi Yao Xie
3329 Kuykendall PL
San Jose, CA 95148

Zhidong Shi
2382 Merrymount Drive
Suwanee, GA 30024

Zhihan Tao
1601 Holleman Dr, Apt 1608
College Station, TX 77840

Zhiwei Liu
121 Jasmine Ct
Milpitas, CA 95035

Zhiwei Tan
1428 Valenza Avenue
Rowland Heights, CA 91748

Ziann Ferguson
237 Border St
Columbus, OH 43207

Ziggy Mj
4241 W Capitol Dr
Milwaukee, WI 53216

Ziliang Chen
46-07 193rd Street
Flushing, NY 11358

Zinab Antar
10413 N Woodmere Rd
Tampa, FL 33617

Zinaida Rapoport
1085 Kingsley Road
Jenkintown, PA 19046

Zinnia Rodriguez
334 Lincoln Avenue
Brooklyn, NY 11208

Zo?? Pitts
8870 Chambray Road
Elk Grove, CA 95624

Zoe Allen
6386 Pearlroth Dr
San Jose, CA 95123

Zoe C
738 S 6300 E , #34
Huntsville , UT 84317

zoe m
9440 El Campo Avenue
Englewood, FL 34224

Zoe Mecholsky
9814 Summerday Drive
Burke, VA 22015

Zoe Rhodes
4605 Weiskopf Ln
Corpus Christi, TX 78413-2143

Zoey  Hopkins
1818 S Davis Blvd
Bountiful, UT 84010

Zoey Larson
506 Napoleon St
Valparaiso, IN 46383

Zorawar Singh
1156 Morning Glory Drive
Monroe Township, NJ 8831

Zyler Pointer
3730 West Rock Creek Road, Apt 1106
Norman, OK 73072

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

District of New Jersey

**In re** Sure Thing Sales, LLC.

Case No. _____

**Debtor**

Chapter <u>7</u>_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ <u>FLAT FEE</u>

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>5,000.00</u>

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . $ <u>0.00</u>

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>5,000.00</u>

☐ <u>RETAINER</u>

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . $_____

    The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $_____

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Beyond meeting of creditors.  Any legal proceeding, including but not limited to, adversary proceeding initiated by the Trustee or any Creditors, actions with respect to claimed exemptions and depositions.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

05/29/2024

*Date*

/s/ Aiden Murphy, 12324

*Signature of Attorney*

Scura Wigfield, Heyer, Stevens & Cammarota LLP

*Name of law firm*
1599 Hamburg Turnpike
Wayne, NJ 07470

# United States Bankruptcy Court
### District of New Jersey

In re  __Sure Thing Sales, LLC.__                                    Case No.

Debtor(s)                                    Chapter    __7__


### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __Sure Thing Sales, LLC.__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


__May 23, 2024__                                    __/s/ Aiden Murphy__
Date                                              __Aiden Murphy__

                                                  Signature of Attorney or Litigant
                                                  Counsel for   __Sure Thing Sales, LLC.__
                                                  __Scura, Wigfield, Heyer, Stevens & Cammarota, LLP__
                                                  __1599 Hamburg Turnpike__
                                                  __Wayne, NJ 07470__
                                                  __973-696-8391__
                                                  __ecfbkfilings@scuramealey.com__