| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Donald V. Biase<br>Chapter 7 Trustee<br>PO Box 646<br>Essex Fells, NJ 07021<br>(973) 632-0973 |

In Re:

Sure Thing Sales, LLC,

     Debtor(s)

Case No.: 24-15446

Chapter: 7

Hearing Date:

Judge: Rosemary Gambardella

## CERTIFICATION OF SERVICE

1. I, Donald V. Biase, am the Chapter 7 Trustee in this case.

2. On July 2, 2024, I sent a copy of the following pleadings and/or documents to the parties listed below.

- ✓ Trustee's Application to Retain Accountant
- ✓ Certification of Sean Raquet, CPA
- ✓ Proposed Order Retaining Accountant

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated below.

Date: July 2, 2024          */s/Donald V. Biase*
                      Donald V. Biase, Chapter 7 Trustee

| | |
|---|---|
| Donald V. Biase<br>Chapter 7 Trustee<br>PO Box 646<br>Essex Fells, NJ  07021 | Via ECF mail |
| United States Trustee's Office<br>One Newark Center<br>Newark, NJ  07102 | Via ECF mail |
| Aiden Murphy, Esq.<br>Scura, Wigfield, et al<br>1599 Hamburg Tpk<br>Wayne, NJ  07470<br>Debtor's Counsel | Via ECF mail |